USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/05

U.S. DISTRICT COURT
FILED
AUG 29 2005
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------X

**ORDER STAYING ASSERTION OF AND DEFERRING TIME TO FILE CROSS-CLAIMS AND THIRD-PARTY CLAIMS**

**21 MC 100 (AKH)**

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED THAT:

1. The assertion by any defendant in these consolidated actions of any cross-claim or third-party claim is hereby stayed until October 21, 2005.

2. The filing and service of any answer or other response to any cross-claim or third-party claim previously asserted in these consolidated actions is hereby stayed and the time to file and serve such answer or other response is hereby extended through and including October 21, 2005.

3. The time for defendants in these consolidated actions to file any cross-claims or third-party claims is hereby extended through and including October 21, 2005.

4. The time for defendants in these consolidated actions to serve any cross-claims or third-party claims that have previously been filed in these consolidated actions is also hereby extended through and including October 21, 2005.

5. Nothing in this Order shall be deemed to shorten the time for filing any such cross-claims or third-party claims or for serving such cross-claims or third-party claims in any action proceeding under the above caption where the time to file or the time to serve cross-claims or third-party claims will not yet have expired on October 21, 2005.

MICROFILM
AUG 29 2005 -12 PM

6. If no further Order regarding the matters addressed herein is issued prior to October 21, 2005, all provisions of this Order will remain in effect for an additional sixty days. At the end of that further period, if no further Order regarding the matters addressed herein has been issued, the provisions of this Order will remain in effect for an additional sixty days and will continue to renew each sixty days on this basis into the future.

7. Any party objecting to the entry of this Order shall file such objection by no later than September 2, 2005.

SO ORDERED.

Dated: New York, New York
August 24, 2005

~~ALVIN K. HELLERSTEIN~~
United States District Judge
LAURA TAYLOR SWAIN USDJ Part I



NJ\111151.1