# STERN TANNENBAUM & BELL



Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
Phone 212.792.8484
Fax 212.792.8489
www.sterntannenbaum.com

JESSICA EYLAND
Direct Dial: 212.792.8491
jeyland@sterntannenbaum.com



January 15, 2010

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

**Re: World Trade Center Disaster Site Litigation
21 MC 102 (AKH)**

Dear Justice Hellerstein:

This firm previously represented Broadway West Street Associates Limited Partnership in connection with the World Trade Center Disaster Site Litigation. We were substituted by Frank A. Scanga by Stipulation and Order for Substitution of Counsel signed by you and filed on January 22, 2009 (Docket No. 3089).

Consequently, we are hereby requesting that Stern, Tannenbaum & Bell (David S. Tannenbaum. Esq.) be removed from the Court's service list. I have enclosed a copy of the Order of Substitution of Counsel and Rider, which lists all cases in which we were substituted, for your convenience.

If you have any questions or wish to discuss the above, please contact the undersigned or David S. Tannenbaum, Esq.

Sincerely,

Jessica Eyland

{00007985.DOC v}