HELLERSTEIN J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/10

RECEIVED
JUL 1 2 2010
ALVIN K. ... STEIN
U.S. ...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION                                                      Case No.: 21MC102 (AKH)
----------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES    :
LISTED ON THE ATTACHED SCHEDULES A    :    Docket No.:
AND B                                                      :    (See attached Schedules A
                                                                    and B)
                                                               :
                                                               :    This order relates to claims
                                                               :    against Merrill Lynch,.
                                                               :    Brookfield and Battery Park
                                                               :    City Authority only in all
                                                               :    cases listed on Schedules A
----------------------------------------------------------X    and B

ALVIN K. HELLERSTEIN, U.S.D.J.:

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the
undersigned, the attorneys of record for the Plaintiffs listed on the attached Schedules A
and B, and the attorneys for defendants Merrill Lynch & Co., Inc., 222 Broadway, LLC
and CAP, Inc. (collectively "Merrill Lynch"), Brookfield Financial Properties, Inc.,
Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP
Corp., WFP Tower D Co. L.P., WFP Tower D Co. GP Corp., and WFP Retail Co. L.P.
(collectively "Brookfield") and Battery Park City Authority ("BPCA") in these actions,
that whereas no party hereto is an infant or incompetent person for whom a committee
has been appointed, and no person not a party has an interest in the subject matter of this
action, the matters (a) listed on Schedule A be and the same are hereby dismissed *with
prejudice* as against the above-named Merrill Lynch, Brookfield and BPCA Parties only
and without costs to any party with respect to all claims that could have been brought in

relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule"; and (b) listed on Schedule B be and the same are hereby dismissed *with prejudice* as against the above-named Merrill Lynch Parties only and without costs to any party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule".

IT IS FURTHER STIPULATED AND AGREED, that the attorneys for Merrill Lynch, Brookfield or BPCA will submit a fully executed copy of this stipulation to the Court so that it may be "So Ordered" and filed with the Clerk of the Court.

Dated: July 9, 2010

DICKSTEIN SHAPIRO LLP

By: Judith R. Cohen (JC-8614)
Attorneys for Merrill Lynch
1633 Broadway, NY 10019
(212) 277-6565

FAUST GOETZ SCHENKER & BLEE, LLP

By: William L. Smith (WJS-9137)
Attorneys for Brookfield
Two Rector Street, 20th Floor
New York, N.Y. 10006
(212) 363-6900

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: John M. Flannery (JMF-0229)
Attorneys for BPCA
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: Christopher LoPalo, Esq. (CL-6466)   William Groner
Attorneys for Plaintiffs                 WG-4914
Empire State Building
350 5th Avenue
New York, N.Y. 10018

SO-ORDERED:

Hon. Alvin K. Hellerstein, USDJ

7-22-10

**Schedule A**

Schedule A - 21MC102

| Plaintiff | Case Number |
|---|---|
| Criollo, Jose and Criollo, Maria | 05CV01104 |
| Solis, Lucio and Solis, Linda | 05CV01198 |
| Silva, Antonio and Silva, Lupe C. | 05CV01260 |
| Pena, Gabriel | 05CV01385 |
| Guerrero, Francisco and Guerrero, Arelis | 05CV01636 |
| Salgado, Hipolito and Salgado, Teresa | 05CV01675 |
| Montero, Leidis | 05CV01691 |
| Huaipa, Angel and Huaipa, Rosa | 06CV02501 |
| Pachay, Maximo | 05CV09041 |
| Lascano, Ana | 05CV09333 |
| Alcivar, Raul | 05CV09821 |
| Naranjo, Rosa | 05CV10738 |
| Gaspar, Peter | 05CV10739 |
| Pena, Luis and Delourdes, Maria | 05CV10741 |
| Castillo, Piedad and Avila, Cesar | 05CV10743 |
| Abarca, Edgar and Abarca, Margoth | 06CV01648 |
| Villafuerte, Julio | 06CV01652 |
| Maldonado, Mariana | 06CV01766 |
| Narvaez, Carlos | 06CV02221 |
| Kowalczyk, Adam and Kowalczyk, Sabina | 06CV02252 |
| Gomez, Gildardo | 06CV02285 |
| Jozef Borkowski, as Administrator of the Estate of Jan Pietraszkiewicz | 06CV02527 |
| Gutierrez, Rafael and Gutierrez, Diana V. | 06CV02813 |
| Guzman, Carlos and Guzman, Gloria | 06CV02884 |
| Palma, Patricia | 06CV03932 |
| Kurak, Antoni | 06CV04376 |
| Aristizabal, Enid | 06CV04377 |
| Grabowska, Malgorzata | 06CV04885 |
| Dutan, Elvia and Dutan, Wilfredo | 06CV05504 |
| Rojas, Mario | 06CV05766 |
| Toral, Carlos and Toral, Zoila | 06CV06233 |
| Rivera, Sonia and Rivera, Andres | 06CV06234 |
| Sarmiento, Maydi | 06CV06521 |
| Siesicki, Jerzy | 06CV06814 |
| Perveen, Afroza | 06CV07530 |
| Benavidez, Vincente and Jostina, Florinda | 06CV07913 |
| Perkowski, Kazimierz and Perkowski, Maria | 06CV08278 |
| Porras, Raul and Porras, Diana | 06CV09674 |
| Sanchez, Rocio and Sumba, Jose R. | 06CV10237 |
| Mohlenbrok, Jeffrey and Mohlenbrok, Wallace Ann | 06CV10823 |
| Idrovo, Edgar and Macedo, Gladys | 06CV11025 |

Schedule A - 21MC102

| Name | CSE Number |
|---|---|
| Robles, Maria | 06CV11257 |
| Cortes, Francisco and Yambo, Maria | 06CV11847 |
| Sanchez, Oscar | 06CV11892 |
| Ali, Carlos | 06CV11910 |
| Estrada, Harold and Estrada, Luz | 06CV12045 |
| Moran, Wilson and Moran, Gloria | 06CV12341 |
| Pina, Napoleon and Pina, Maria | 06CV12413 |
| Pyziak, Jan and Pyziak, Zofia | 06CV12425 |
| Tabares, Janeth and Bedoya, Freddi | 06CV12826 |
| Yumbla, Luis and Yumbla, Rosa | 06CV13166 |
| Ariotta, Thomas A. and Ariotta, Guadalupe | 06CV13784 |
| Cardenas, Edison | 06CV14533 |
| Claret, Cecilia and Gonzales, Benito | 06CV14554 |
| Drozdz, Dominik and Drozdz, Ewa | 06CV14619 |
| Dutan, Lucila | 06CV14623 |
| Gallo, Juan | 06CV14670 |
| Jakubowski, Janusz and Karpinska, Krystyna | 06CV14741 |
| Maldonado, Darwin | 06CV14824 |
| Szczepanski, Krzysztof and Szczepanski, Anna | 06CV15084 |
| Vergara, Viviana and Vergara, Verter | 06CV15116 |
| Martinez, Luis and Castellanos, Ludivia | 07CV00057 |
| Avila, Angel and Avila, Ammsy | 07CV00060 |
| Acevedo, Carmelo and Carmelo, Martha | 07CV01453 |
| Alvarez, Rolando and Lidia, Joseta | 07CV01455 |
| Andrade, Alberto | 07CV01456 |
| Aristizabal, Dagoberto and Aristizabal, Alexandria | 07CV01458 |
| Avila, Edgar | 07CV01464 |
| Avila, Norberto and Avila, Nelly | 07CV01465 |
| Balarezo, Jose | 07CV01468 |
| Barragan, Sergio | 07CV01469 |
| Borkowski, Andrzej and Borkowska, Joanna H. | 07CV01472 |
| Camino, Francisco and Sarabia, Berta | 07CV01476 |
| Castellanos, Ludivia and Martinez, Luis L. | 07CV01480 |
| Chalco, Aida | 07CV01481 |
| Colucci, John and Colucci, Theresa | 07CV01485 |
| Cook, William and Cook, Mary Ann | 07CV01486 |
| Duran, Ana and Jaramillo, Manuel | 07CV01493 |
| Giraldo, John and Giraldo, Saraya | 07CV01504 |
| Hernandez, Luis C. and Hernandez, Rubiela | 07CV01507 |
| Santamaria, Emanuel | 07CV01528 |

Schedule A - 21MC102

| Plaintiff | Court Number |
|---|---|
| Sarmiento, Pedro and Sarmiento, Melanee | 07CV01531 |
| Tache, Bertha and Tache, Albert | 07CV01537 |
| Tamayo, Pedro and Tamayo, Gabriella | 07CV01538 |
| Toledo, William and Toledo, Patricia | 07CV01539 |
| Valdez, Wilson and Solis, Jimena | 07CV01541 |
| Valdiviezo, Hector and Casado, Veronica V. | 07CV01542 |
| Villarroel, Segundo and Villarroel, Martha L. | 07CV01546 |
| Walek, Krzysztof and Walek, Agata | 07CV01547 |
| Zamora, Carlos and Zamora, Mercedes | 07CV01549 |
| Avila, Cesar and Avila, Piedad | 07CV01563 |
| Avila, Nolberto and Avila, Brigida | 07CV01564 |
| Barona, Miguel and Sucuzhanya, Maria | 07CV01569 |
| Bunay, Carlos | 07CV01571 |
| Bunay, German Ernesto | 07CV01572 |
| Calle, Gil and Duchitanga, Maria | 07CV01576 |
| Calle, Jose and Calle, Damaris | 07CV01577 |
| Ceron, Armando | 07CV01582 |
| Chavez, Edizon and Chavez, Martha L. | 07CV01585 |
| Chojnowski, Andrzej and Chojnowski, Bozena | 07CV01588 |
| Combos, John and Combos, Donna | 07CV01593 |
| Concepcion, Beatriz | 07CV01594 |
| Diaz, Ruth | 07CV01601 |
| Duchitanga, Maria and Calle, Gil | 07CV01604 |
| Flores, Danilsa | 07CV01608 |
| Gallegos, Wilson and Gallegos, America M. | 07CV01613 |
| Idrovo, Manuel | 07CV01628 |
| Jimbo, Rodrigo and Calle, Dolores | 07CV01632 |
| Karpinski, Slawomir (sometimes referred to as Kappinski, Slawek) and Karpinski, Dorota | 07CV01634 |
| Karus, Marian and Karus, Barbara | 07CV01635 |
| Kasina, Andrzej | 07CV01636 |
| Kiryk, Andrzej and Kiryk, Urszula | 07CV01639 |
| Leon, Jose | 07CV01647 |
| Lituma, Manuel | 07CV01649 |
| Loja, Raul | 07CV01652 |
| Morales, Fabio and Morales, Martha | 07CV01667 |
| Ortiz, Rosa and Yumbla, Elio | 07CV01676 |
| Ortiz, Wilson and Alvaez, Alejandra | 07CV01677 |
| Pena, Jorge | 07CV01682 |
| Pieczynska, Hanna | 07CV01684 |
| Rodas, Patricio and Ruiz, Taina | 07CV01694 |

Schedule A - 21MC102

| NAME | CV NUMBER |
|---|---|
| Rojas, Angel and Realeor, Olga Beatriz | 07CV01696 |
| Santana, Miguel | 07CV01700 |
| Siguachi, Daniel and Siguachi, Narcisa | 07CV01705 |
| Suarez, Felipe and Suarez, Ana C. | 07CV01707 |
| Suco, Norma | 07CV01708 |
| Sumba, Jose and Sumba, Maria | 07CV01709 |
| Sweeney, John and Sweeney, Ann | 07CV01711 |
| Szuberla, Edward | 07CV01712 |
| Vazquez, Francisco and Rodriguez, Tanya | 07CV01721 |
| Velasco, Zoila | 07CV01723 |
| Wierzbicki, Wlodzimierz and Wierzbicka, Alicja B. | 07CV01727 |
| Wolkowicz, Jan and Wolkowicz, Grace | 07CV01728 |
| Zelaya, Jorge and Zelaya, Maria | 07CV01730 |
| Zenteno, Lawrence and Zenteno, Nancy C. | 07CV01731 |
| Reynolds, David and Reynolds, Katherine | 07CV03446 |
| Agudo, Claudio | 07CV04447 |
| Angulo, Rossina | 07CV04449 |
| Barreto, Raul and Avila, Derlim | 07CV04451 |
| Barroso, Hector | 07CV04452 |
| Borowiecki, Wiktor | 07CV04455 |
| Buestan, Hector and Sibri, Lucrecia | 07CV04456 |
| Campozano, Rodrigo and Campozano, Esther | 07CV04459 |
| Collazos, Nohemi | 07CV04461 |
| Criollo, Nancy and Zenteno, Lawrence | 07CV04462 |
| Davila, Paul | 07CV04463 |
| De La Cruz, Maria | 07CV04464 |
| Gallegos, Walter | 07CV04467 |
| Gavidia, Blanca and Gavidia, Alexo | 07CV04468 |
| Giraldo, Jaime and Vellada, Gloria | 07CV04471 |
| Jara, Marina | 07CV04477 |
| Lasica, Andrzej and Lasica, Ewelina | 07CV04480 |
| Loja, Wilmo | 07CV04482 |
| Lora, Andrea | 07CV04484 |
| Macas, Veronica | 07CV04485 |
| Medrano, Trinidad and Medrano, Salvador L. | 07CV04493 |
| Naranjo, Walter and Naranjo, Miriam | 07CV04496 |
| Oquendo, Walter | 07CV04497 |
| Pacho, Miguel and Pacho, Mercedes Y. | 07CV04501 |
| Pajak, Krzysztof and Pajak, Ewa | 07CV04502 |

Schedule A - 21MC102

| NAME | INDEX NUMBER |
|------|------|
| Galli, Diana (sometimes referred to as Palma, Diana) and Galli, Claudio | 07CV04503 |
| Panklewicz, Czeslaw and Panklewicz, Maria | 07CV04505 |
| Pelaez, Rolando and Villamarin, Monica | 07CV04507 |
| Pillco, Luis and Pillco, Anna Lucero | 07CV04508 |
| Quizhpi, Jesus | 07CV04509 |
| Salazar, Victor | 07CV04512 |
| Sanchez, Jose | 07CV04513 |
| Sanmartin, Leonel and Sanmartin, Ana Rosa | 07CV04514 |
| Serrano, Angel and Sarmiento, Tanny | 07CV04516 |
| Skrzeczkowski, Eugeniusz and Skrzeczkowski, Alicja | 07CV04517 |
| Toledo, Jorge | 07CV04518 |
| Torres, Miguel and Torres, Maria | 07CV04519 |
| Vasquez, Klever and Blanca | 07CV04520 |
| Vega, Severo and Gonzalez, Lila | 07CV04521 |
| Vera, Alejandro | 07CV04522 |
| Gabrielsen, Harald and Gabrielsen, Debi | 07CV05169 |
| | 07CV05357 |
| Bastidas, Julio and Calle, Rosa | 07CV05276 |
| Drysdale, Oswald and Drysdale, Alma | 07CV05286 |
| Fisco, Gregory and Fisco, Nicole | 07CV05289 |
| Garcia, Sixta T. | 07CV05292 |
| Hurtado, Julio and Montes, Elda Monica | 07CV05295 |
| Mendoza, Enrique and Mendoza, Maria De | 07CV05302 |
| Mesa, Luis F and Mesa, Maria | 07CV05303 |
| Negron, Herbert and Negron, Rashena | 07CV05305 |
| Robles, Teresa | 07CV05312 |
| Rodriguez, Luis | 07CV05313 |
| Romaniuk, Mieczyslaw and Romaniuk, Maria | 07CV05316 |
| Sanchez, Juan C. and Parrega, Janny | 07CV05318 |
| Velez, Lucrecia | 07CV05325 |
| Zalewski, Krzysztof and Zalewski, Danuta | 07CV05330 |
| Ballon, Peter B. | 07CV05336 |
| Costello, Thomas and Costello, Terri | 07CV05345 |
| Diez, Pancri and Diez, Rosa | 07CV05351 |
| Drake, Jesse and Drake, Susan | 07CV05353 |
| Encalada, Luis K. | 07CV05354 |
| Garcia, Sonia and Chavez, Christian | 07CV05358 |
| Jara, Juan | 07CV05363 |

Schedule A - 21MC102

| NAME | DOCKET NUMBER |
|------|---------------|
| Lara, Emerita E. | 07CV05365 |
| Ostrzycki, Wladyslaw and Ostrzycki, Wieslawa | 07CV05375 |
| Pineda, Hernan and Pineda, Sarito | 07CV05376 |
| Pinela, Carlos and Pinela, Clotilde | 07CV05377 |
| Sanchez, Wilson and Guadolupe, Maria | 07CV05386 |
| Sparano, Robert and Sparano, Theresa | 07CV05388 |
| Melendez, Maria E. | 07CV05397 |
| Orellana, Edgar | 07CV05398 |
| Samuel, Antwi | 07CV05399 |
| Urgiles, Miguel and Urgiles, Martha | 07CV05400 |
| Barahona, José and Barahona, Domenica | 07CV05550 |
| Diaz, Rita | 07CV05552 |
| Guzman, Armando | 07CV05556 |
| Galarce, Juan A | 07CV08280 |
| Garcia, Isabel | 07CV08281 |
| Rozpedowski, Jerzy | 07CV08285 |
| Sanchez, Delta E. and Rojas, Filemon M. | 07CV08286 |
| Solis, Ignacio C. | 07CV08287 |
| Viscaino, Pedro and Viscaino, Diana | 07CV08291 |
| Lukac, Esad and Lukac, Hajra | 07CV10179 |
| Alvarez, Gloria and Sandoya, Henry | 07CV11017 |
| Avila, Derlim and Barreto, Raul | 08CV02237 |
| Gandurski, Wieslaw | 08CV02240 |
| Jimenez, Francisco and Jimenez, Marisol | 08CV02242 |
| Moran, Luis and Moran, Ketty | 08CV02243 |
| Pino, Fernando and Ortega Diaz, Luz Mari | 08CV02245 |
| Tapia, Cristhian | 08CV02248 |
| Arbelaez, Ignacio | 08CV02561 |
| Asmal, Carlos | 08CV02563 |
| Atahortua, Martha | 08CV02565 |
| Avila, Mauricio and Calle, Elva | 08CV02566 |
| Bermeo, Norma | 08CV02569 |
| Bunay, Teresa and Cabrera, Alfonso | 08CV02578 |
| Calle, Elva and Avila, Mauricio | 08CV02584 |
| Castillo, Nancy and Goliano, Cruz | 08CV02593 |
| Cebsllos, Ledia and Domion, Cosme | 08CV02595 |
| Cedeno, Carlos and Pachay, Celia | 08CV02596 |
| Cochero, Robert and Cochero, Doris | 08CV02601 |
| DeJesus, Maria | 08CV02605 |
| Duche, Luz (sometimes referred to as Ductle, Luz), and Duche, Edgard | 08CV02609 |
| Espinosa-Cardenas, Nancy and Alves, Antonio Carlos | 08CV02613 |
| Fares, Manuel | 08CV02617 |

Schedule A - 21MC102

| NAME | DOCKET NUMBER |
|------|---------------|
| Febrillet, Christian | 08CV02618 |
| Gallegos, Victor and Narvaez, Teresa | 08CV02623 |
| Gomez, Ruben | 08CV02628 |
| Gualotuna, Jorge | 08CV02632 |
| Harvey, Frank and Harvey, Nancy | 08CV02635 |
| Korzep, Andrzej and Korzep, Malgorzeta | 08CV02642 |
| Manco, Luz | 08CV02654 |
| Meneses, Luis A. | 08CV02658 |
| Nartowicz, Mieczyslaw | 08CV02669 |
| Naula, Maria Margarita | 08CV02671 |
| Naula, Segundo | 08CV02672 |
| Navarro, Geronimo | 08CV02673 |
| Nieto, Rodolfo and Pachon, Martha | 08CV02674 |
| Parra, Leydi | 08CV02681 |
| Perez- Zapata, David and Votero, Julie | 08CV02686 |
| Ponce, Pedro | 08CV02690 |
| Ramirez, Ramiro | 08CV02694 |
| Rendon, Viviana and Valencia, Nestor R. | 08CV02695 |
| Sanchez, Daniel and Sanchez, Marisol | 08CV02708 |
| Sanguna, Luis and Santos, Ruth | 08CV02712 |
| Siguencia, Nancy, Navanjo, Manuel | 08CV02715 |
| Simancas, Luis and Simancas, Florence | 08CV02717 |
| Sterling, Maximino | 08CV02720 |
| Valladares, Rainel | 08CV02730 |
| Weber, William | 08CV02735 |
| Wieliczko, Romuald and Kaminska, Krystyna | 08CV02737 |
| Wronkowski, Marian and Wronkowski, Danuta | 08CV02738 |
| Zamora, Bolivar and Huiracocha, Fanny | 08CV02740 |
| Arango, Magda | 08CV04930 |
| Paciorkowski, Wojciech and Paciorkowski, Marianna | 08CV04940 |
| Claret, Justina | 08CV06633 |
| Szafranski, Konrad and Szafranski, Maria | 08CV06638 |
| Rejment, Jan and Rejment, Anna | 08CV11455 |
| Vargas, Edwin | 08CV11458 |
| Kucer, Thomas and Kucer, Maria | 09CV02809 |
| Cubero, Carmen | 09CV03450 |
| Pumacuri, Manuel | 09CV03453 |
| Tenempaguy, Rocio | 09CV03455 |
| Giardino, Thomas | |

**Schedule B**

Schedule B - 21MC102

| Name | Docket Number |
|------|--------------|
| Cardona, Luz | 05CV00417 |
| Ocampo, Orlando and Ocampo, Janneth | 05CV09161 |
| Carrasco, Victor and Leon, H. | 06CV00459 |
| Arias, Julio and Arias, Jane | 06CV01340 |
| Quintanilla, Natalia and Quintanilla, Gerardo | 06CV01341 |
| Galvis, Edgar O | 06CV03422 |
| Porowski, Piotr and Porowski, Malgorzata | 06CV03850 |
| Carvajal, Javier | 06CV08348 |
| Loja, Jose and Duranzo, Livia Maria | 06CV12219 |
| Lopez, Miriam | 06CV12221 |
| Bikowski, Roman and Bikowski, Nella | 06CV14498 |
| Villa, Virginia and Villa, Rafael | 06CV15118 |
| Bermudez, Anita | 07CV01470 |
| Restrepo, Javier and Akin, Judith K. | 07CV01517 |
| Chaca, Wilson | 07CV01583 |
| Cordova, Hector | 07CV01595 |
| Siemek, Andrzej and Siemek, Janina | 07CV01704 |
| Bunay, Cruz and Dela Cruz, Berneranda | 07CV04457 |
| Calle, Maria Rocio | 07CV04458 |
| Medrano, Salvador and Medrano, Trinidad L. | 07CV04492 |
| Rendon, Guelmer | 07CV04510 |
| Banda, Jr., Nestor and Velastega, Gabriela | 07CV04873 |
| Molina, Rosa L. | 07CV05017 |
| Arias, Arturo and Quintana, Marilyn | 07CV05274 |
| Cayetano, Teresita | 07CV05282 |
| Guerrero, Antonio | 07CV05294 |
| Kosowski, Edward and Stfanska, Elzbieta | 07CV05299 |
| Narvaez, Julia | 07CV05304 |
| Ruiz, Arley | 07CV05317 |
| Santos, Fernanda | 07CV05319 |
| Valencia, Carlos A. and Bonilla, Gloria N. | 07CV05324 |
| Villa, Patricia | 07CV05326 |
| Saeteros, Milton I. | 07CV05383 |
| Kopcza, Michal and Kopcza, Danuta | 07CV05396 |
| Castro, Janeth and Castro, Javier | 07CV08279 |
| Tabares, Ljiljana | 07CV08289 |
| Morales, Xiomar | 07CV11022 |
| Ruales, Segundo E. and Sarato, Cynthia | 07CV11024 |
| Colorado, Viviana and Carvajal, Leslie | 08CV02239 |

Schedule B - 21MC102

| NAMES | CASE NUMBER |
|---|---|
| Palomeque, Henry | 08CV02244 |
| Bonifaz, Susana | 08CV02574 |
| Castano, Carlos and Castano, Beatriz | 08CV02591 |
| Gil, Claudia and Banonlos, Marco | 08CV02625 |
| Giraldo, Edir | 08CV02626 |
| Mayorga Gonzalez, Julio Cesar and Almos, Margarita | 08CV02656 |
| Montalvo, Luz and Navarro, Hector | 08CV02660 |
| Mora, Andres and Valdez, Rosa | 08CV02661 |
| Munoz, Janeth and Munoz, Javier | 08CV02665 |
| Munoz, Javier and Munoz, Janeth | 08CV02666 |
| Rodriguez, Mirian | 08CV02702 |
| Toledo, Victor and Cenar, Dilia | 08CV02723 |
| Valdez, Rosa and Mora, Andres | 08CV02727 |
| Zamora, Jairo and Zamora, Gloria | 08CV02741 |
| Bermeo, Ana and Encalada, Idalgo | 08CV04933 |
| Gandia, Rosa | 08CV04936 |