


HELLERSTEIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES
LISTED ON THE ATTACHED SCHEDULES A
AND B
---------------------------------X

Case No.: 21MC103 (AKH)

Docket No.:
(See attached Schedules A and B)

This order relates to claims against Merrill Lynch, Brookfield and Battery Park City Authority only in all cases listed on Schedules A and B

ALVIN K. HELLERSTEIN, U.S.D.J.:

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiffs listed on the attached Schedules A and B, and the attorneys for defendants Merrill Lynch & Co., Inc., 222 Broadway, LLC and CAP, Inc. (collectively "Merrill Lynch"), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P., WFP Tower D Co. GP Corp., and WFP Retail Co. L.P. (collectively "Brookfield") and Battery Park City Authority ("BPCA") in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be and the same are hereby dismissed *with prejudice* as against the above-named Merrill Lynch, Brookfield and BPCA Parties only and without costs to any party with respect to all claims that could have been brought in

relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule"; and (b) listed on Schedule B be and the same are hereby dismissed *with prejudice* as against the above-named Merrill Lynch Parties only and without costs to any party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule".

IT IS FURTHER STIPULATED AND AGREED, that the attorneys for Merrill Lynch, Brookfield or BPCA will submit a fully executed copy of this stipulation to the Court so that it may be "So Ordered" and filed with the Clerk of the Court.

Dated: July 9, 2010

DICKSTEIN SHAPIRO LLP

By: Judith R. Cohen (JC-8614)
Attorneys for Merrill Lynch
1633 Broadway, NY 10019
(212) 277-6565

FAUST GOETZ SCHENKER & BLEE, LLP

By: William J. Smith (WJS-9137)
Attorneys for Brookfield
Two Rector Street, 20th Floor
New York, N.Y. 10006
(212) 363-6900

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: John M. Flannery (JMF-0229)
Attorneys for BPCA
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: Christopher LoPalo, Esq. (CL-6466)  *WILLIAM GRONER (WG-4404)*
Attorneys for Plaintiffs
Empire State Building
350 5th Avenue
New York, N.Y. 10018

SO-ORDERED:

Hon. Alvin K. Hellerstein, USDJ
7-22-10

Schedule A

Case 1:21-mc-00102-AKH   Document 3824   Filed 07/23/10   Page 4 of 10

Schedule A - 21MC103

| Plaintiff | Index Number |
|---|---|
| Kajewska-Pielarz, Bozena and Pielarz, Jozef | 05CV00744 |
| Mendez, Edgar and Mendez, Jenny Patricia | 05CV01180 |
| Simpson, William and Simpson, Karen L. | 05CV01208 |
| Nolan, Joseph and Nolan, Lana | 05CV01213 |
| DiRubbo, Nicholas | 05CV01497 |
| Pena, Michael and Pena, Marriana | 05CV01700 |
| Sumba, Samuel and Sumba, Mercedes | 05CV01783 |
| Gallegos, Rebeca | 05CV09820 |
| Encalada, Jorge and Encalada, Maricel | 06CV10737 |
| Guevara, Rodolfo | 06CV03301 |
| Gora, Edward and Gora, Ena Rynczak | 06CV03302 |
| Thomas, Kevin and Thomas, Sherilla | 06CV04381 |
| Hayduk, Jeffrey | 06CV05839 |
| O'Neal, Alexander and O'Neal, Maureen | 06CV06798 |
| Sadowy, Kathleen | 06CV07254 |
| DiRubbo, Leo and DiRubbo, Angela | 06CV07396 |
| Labate, Michael and Labate, Cheryl | 06CV08441 |
| Lewis, Stephen W. and Lewis, Patricia | 06CV08446 |
| Salamone, Vincenzo A. and Mary Salamone | 06CV08530 |
| Daquila, Steven and Daquila, Grace | 06CV08756 |
| Addeo, Stephen and Addeo, Carol | 06CV09963 |
| Salgado, Calinda and Erick Salgado, Erick | 06CV10087 |
| Hylton, Carlton and Carlton, Petronia | 06CV10355 |
| Arendt, Michael and Arendt, Kathy L. | 06CV10980 |
| Rodriguez, Jorge | 06CV11260 |
| Dobronski, Zbigniew | 06CV11533 |
| Stamatakis, Bernice | 06CV11588 |
| Bravo, Teresa | 06CV11955 |
| Herrera, Jose L. (sometimes referred to as Herrera, J. Leonardo) and Querubin, Maria Y. | 06CV12139 |
| Silva, Enrique | 06CV12525 |
| Montero, Hamilton and Molina, Anelly | 06CV12791 |
| Rosales, Cesar and Rosales, Vilma | 06CV12812 |
| Mora, Eugenio and Mora, Olga | 06CV13168 |
| Arruda-Loor, Betsy and Rengifo, Jose | 06CV13787 |
| Garcia, Fernando | 06CV13916 |
| Annunzieto, Eleanor | 06CV14466 |
| DeLuca, Joseph and DeLuca, Elizabeth | 06cv14596 |
| Moreno, Sandra | 06CV14901 |
| Noesges, Denise | 06CV14925 |
| Zammitt, Guy and Zammitt, Deanna | 06CV15155 |
| Gallego, Carmen and Gallego, Salazar | 07CV00062 |
| Naranjo, Angel and Naranjo, Blanca | 07CV00066 |
| Foley, Donald and Foley, Kelly Ann | 07CV00657 |
| Astudillo, Freddy and Astudillo, Mariana | 07CV01463 |

Schedule A - 21MC103

| Plaintiff | Case Number |
|---|---|
| Duchitanga, Angel | 07CV01492 |
| Garces, Segundo | 07CV01498 |
| Robles, Blanca and Encalada, Marcos | 07CV01520 |
| Sanchez, Briscia | 07CV01527 |
| Sinchi, Nelly and Sinchi, Victor | 07CV01535 |
| Alvarracin, Jose | 07CV01558 |
| Astudillo, Wilmer and Avila, Maria I. | 07CV01561 |
| Atiencia, Marcelo | 07CV01562 |
| Baczkowski, Andrzej and Baczkowski, Zofia | 07CV01565 |
| Calvinagua, Juan | 07CV01574 |
| Calle, Wilson | 07CV01578 |
| Dota, Clara | 07CV01602 |
| Gryszkiewicz, Slawomir and Gryszkiewicz, Wanda | 07CV01623 |
| Inga, Jorge | 07CV01629 |
| Llerena, Hilda | 07CV01650 |
| Merchan, Carlos and Merchan, Martha | 07CV01665 |
| Puma, Maria | 07CV01688 |
| Tenezaca, Julia | 07CV01714 |
| VanFechtmann, Edward and VanFechtmann, Lorraine | 07CV01719 |
| Vazquez, Kattia and Vazquez, Peter | 07CV01722 |
| Vasquez, Jose and Vasquez, Liliana G. | 07CV02708 |
| Agudelo, Gladys | 07CV04446 |
| Betancourt, Hector | 07CV04453 |
| Encalada, Cirilo and Encalada, Melva | 07CV04465 |
| Gualpa, Rosa | 07CV04472 |
| Avenia, Hernando and Avenia, Nidia | 07CV04473 |
| Inga, Luis and Inga, Carmen | 07CV04474 |
| Kolodziejczyk, Janina | 07CV04479 |
| Leon, Ines and Quezada, Luis E. | 07CV04481 |
| Toledo Naranjo, Aracely M. (sometimes referred to as Medina, Araceli) | 07CV04490 |
| Mendoza, Gustavo and Mendoza, Hada | 07CV04494 |
| Misalco, Ubaldo | 07CV04495 |
| Rojas, Jaime and Hernandez, Johanna | 07CV04511 |
| Sarmiento, Edwin and Sarmiento, Nora | 07CV04515 |
| Wanlurski, Robert and Wanlurski, Ewa | 07CV04524 |
| Cerbone, Guy and Cerbone, Debbie | 07CV04898 |
| Puma, Pietro (Antonia Puma as Executrix of Pietro Puma) | 07CV05044 |
| Pastuizaca, Zoila and Pastuizaca, Luis F. | 07CV05308 |
| Rodriguez, Susana and Rodriguez, Jose | 07CV05315 |
| Walek, Kazimierz and Walek, Stefania | 07CV05327 |
| Belkowski, Wlodzimierz and Belkowski, Teresa | 07CV05339 |
| Sanchez, Edilberto | 07CV05384 |
| Comier, David and Marcelino, Sandra | 07CV05406 |
| Douso, Joseph and Douso, Jill | 07CV05407 |

Schedule A - 21MC103

| Names | Docket Number |
|---|---|
| Greaney, John E. and Greaney, Andrea | 07CV05410 |
| Maher, Thomas and Maher, Lynn P. | 07CV05416 |
| Marshall, Donna | 07CV05417 |
| Palloto, Michael and Palloto, Lisa | 07CV05421 |
| Renaudin, Roland and Perez, Ana | 07CV05423 |
| Selferheld, James and Selferheld, Fran | 07CV05427 |
| Mrozek, Jacek and Mrozek, Marta | 07CV08275 |
| Nolan, Richard and Nolan, Stephanie | 07CV08276 |
| Bastidas, Ramiro and Bastidas, Zoila | 07CV08278 |
| Koslv, Igor | 07CV08282 |
| Perez, Jacqueline | 07CV08284 |
| Ahearn, Kevin and Ahearn, Theresa | 07CV08863 |
| Papazissis, Nicholas | 07CV10029 |
| Jimenez, Rafael and Jimenez, Gladys | 07CV10784 |
| Sandoya, Henry and Alvarez, Gloria | 07CV11025 |
| Nauta, Dalia and Nauta, Luis | 08CV01015 |
| Arteaga, Kleber and Artega, Mercy | 08CV02253 |
| Aviles, Sixto and Aviles, Matlelde | 08CV02254 |
| Mulcela, Bertha | 08CV02255 |
| Cabrera, Rolendio and Avila, Luz | 08CV02256 |
| Chalco, Joel | 08CV02258 |
| Coballes, Sarbella | 08CV02261 |
| Dominguez, Margarita and Dominguez, Francisco | 08CV02265 |
| Feliciano, Gladys | 08CV02267 |
| Garcia, Ladislao | 08CV02269 |
| Guiracocha, Cesar | 08CV02272 |
| Guzman, Salma P. | 08CV02273 |
| Lopez, Jamie D. | 08CV02282 |
| Lopez, Rolando | 08CV02283 |
| Lozano, Henry | 08CV02284 |
| Martinez, Joffre and Cabrera, Jessica | 08CV02288 |
| Medina, Diego and Medina, Melinda | 08CV02290 |
| Michalik, Wojciech and Michalik, Maigonata | 08CV02292 |
| Miranda, Susana and Labre, Martin | 08CV02293 |
| Ochoa, Gustavo | 08CV02296 |
| Olivo, Wilson and Segoroso, Vanessa | 08CV02297 |
| Osorio, Alicia | 08CV02300 |
| Ramirez, Harold and Thomas, Novoa | 08CV02304 |
| Szynkowski, Zbigniew and Szynkowska, Ewa | 08CV02308 |
| Torres, Pedro | 08CV02310 |
| Uzhca, Manuel (sometimes referred to as Juzhco, Manuel) | 08CV02312 |
| Vasquez, Camilo and Ortega, Rosa | 08CV02313 |
| Vilomar, Patricia | 08CV02316 |
| Vintimilla, Rosalia and Vintimilla, Vincente | 08CV02317 |
| Zambrana, Ramon | 08CV02320 |
| Cuevas, David and Valasquez, Lupe | 08CV02321 |

Schedule A - 21MC103

| Name | Case Number |
|---|---|
| Grageda, Abdon | 08CV02631 |
| Quizhpi, Nelly P. | 08CV04941 |
| Drozd, Bogdan and Drozd, Anna | 08CV04945 |
| Sanchez, George and Arias, Jessica | 08CV04949 |
| Jaramillo, Manuel and Duran, Ana | 09CV03458 |
| Prado, Victor | 09CV03459 |

Schedule B

Schedule B - 21MC103

| Name | Index Number |
|---|---|
| Martz, Kevin and Martz, Stephanie | 05CV01650 |
| Castillo, Silvia and Siguencia, Segundo | 05CV01718 |
| Hanberry, Evelyn | 06CV09075 |
| Banda, Nestor and Banda, Georgina | 06CV14484 |
| Jaramillo, Jonas and Romelo, Blanca | 06CV14746 |
| Ali, Enrique | 07CV01554 |
| Almeida, Jorge and Almeida, Laurentina | 07CV01555 |
| Konopka, Alina | 07CV01641 |
| Ortiz, Daisy and Ortiz, Edwin | 07CV05420 |
| Engelbrecht, Mark and Engelbrecht, Anne | 07CV08274 |
| Leon, Segundo | 07CV08283 |
| Alvarez - Garcia, Hernando and Alvarez, Liza | 07CV11018 |
| Cuervo, Aracelly | 08CV02262 |
| Naranjo, Adolfo and Alcivar, Doris | 08CV02295 |
| Ordonez, Julio | 08CV02298 |
| Sasteros, Blanca and Encalada, Dario | 08CV02305 |