UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE : **ORDER**
LITIGATION :
: 21 MC 100 (AKH)
------------------------------------------------------------ :
IN RE WORLD TRADE CENTER LOWER : 21 MC 102
MAHATTAN DISASTER SITE LITIGATION :
: 21 MC 103
------------------------------------------------------------ :
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (STRADDLER PLAINTIFFS) :
:
:
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J:

     My attention has been drawn to a category of expense intended to be applied to plaintiffs' settlement recovery labeled "interest on funds borrowed by law firm." The reasonableness and appropriateness of this expense has not yet been shown. To clarify the position of plaintiffs' counsel and the obligation of plaintiffs, plaintiffs' liaison counsel shall show cause on Friday, August 20, 2010, at noon, why this category of expenditure should be allowed as a reasonable and necessary expense against plaintiffs' recoveries. Plaintiffs' counsel's submission shall be filed by August 18, 2010, at noon.

SO ORDERED.

Dated: August 4, 2010
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge