UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                                                                                  :

IN RE WORLD TRADE CENTER LOWER     :  **ORDER SETTING STATUS**
MANHATTAN DISASTER SITE LITIGATION  :  **CONFERENCE**
                                                                                                                  :
                                                                                                                 :  21 MC 102 (AKH)
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The court will hold a status conference on August 19, 2010, at 3:00 p.m. in Courtroom 14D.

       SO ORDERED.

Dated:     August 12, 2010
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10