```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER      :   ORDER
SITE LITIGATION                        :
                                       :   21 MC 100 (AKH)
------------------------------------------------------------ :
                                       :
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102
MAHATTAN DISASTER SITE LITIGATION      :
                                       :   21 MC 103
------------------------------------------------------------ :
                                       :
IN RE COMBINED WORLD TRADE CENTER      :
AND LOWER MANHATTAN DISASTER SITE      :
LITIGATION (STRADDLER PLAINTIFFS)      :
                                       :
                                       :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J:

      In anticipation of the hearing scheduled for Friday, August 20, 2010 at noon, plaintiffs' liaison counsel shall provide the following information, to the extent available, by Thursday, August 19, 2010, at 4 p.m.:

1. Representative samples of all forms of engagement letters signed by clients;

2. Representative samples of disclosure letters sent to clients, by tiers, showing range of disbursements identified as potential offsets to settlement recoveries;

3. The accounting practices counsel used to connect interest expense payments to use of loan funds, for example, whether they are tracked on a plaintiff-specific basis;

4. With regard to borrowed funds:

    a. the approximate number of borrowings, by dates, and amounts, and

    b. for each borrowing, whether funds were deposited in a single bank account or, if more than a single bank account, the classifications of bank accounts for various types of expenses, for example:

        i. accounts used only to pay the firm's G&A, and

        ii. accounts used only to pay case specific expenses;

5. With regard to categories of expenses paid in whole or in part using borrowed funds:

   a. the categories of case-specific expenses,

   b. the criteria determining which may be charged to clients and which, absorbed:

      i. for example, as to billing of time spent by paralegals, nurse technicians, and other clerical and technical people,

      ii. for another example, as to billing of time spent, and charges incurred, from lawyers performing specialized services, consultants engaged to evaluate clients' data,

      iii. generally, the criteria to distinguish categories of case specific expenses:

         1. which are to be absorbed as equivalent to work capable of being performed by lawyers on staff,

         2. which should be absorbed as reflecting the enhanced capacity and capability of the law firm, and

         3. which typically are charged to clients as expenses, for example, court fees, photocopying, witness' fees, etc., and

   c. As to work performed by consultants and experts engaged by the law firm, the criteria to determine whether such expenses should be

      i. allocated also to clients of other firms,

      ii. allocated only to clients of Worby Groner,

      iii. charged to specific clients only.

SO ORDERED.

Dated: August 17, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2