```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER    :   ORDER
SITE LITIGATION                       :
                                      :   21 MC 100 (AKH)
------------------------------------------------------------  :
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102
MAHATTAN DISASTER SITE LITIGATION     :
                                      :   21 MC 103
------------------------------------------------------------  :
IN RE COMBINED WORLD TRADE CENTER     :
AND LOWER MANHATTAN DISASTER SITE     :
LITIGATION (STRADDLER PLAINTIFFS)     :
                                      :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/10

ALVIN K. HELLERSTEIN, U.S.D.J:

Pursuant to the Court's Protocol for Regulating Attorneys' Fees and Allowances of Expenses (the "Protocol"), issued June 25, 2010, the law firm of Worby Groner Edelman & Napoli Bern, LLP, submitted on July 23, 2010 its schedule of expenses incurred on behalf of all plaintiffs in the above-captioned matters ("common benefit expenses"). The law firm of Sullivan Papain Block McGrath & Cannavo P.C. filed its response to Worby Groner's submission on August 20, 2010, objecting to a number of claimed common benefit expenses.

Worby Groner shall respond to Sullivan Papain's submission by 4:00 p.m. on Friday, August 27, 2010, including the date and a description of each challenged expense along with any other information supporting its position. The Court will hold a hearing on the issue on Wednesday, September 1, 2010, at 4:15 p.m. in Courtroom 14D.

SO ORDERED.

Dated: August 23, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge