```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER LOWER           :   **ORDER**
MANHATTAN DISASTER SITE LITIGATION       :
                                         :   21 MC 102 (AKH)
                                         :
------------------------------------------------------------ :
                                         :
IN RE COMBINED WORLD TRADE CENTER        :
AND LOWER MANHATTAN DISASTER SITE        :
LITIGATION                               :
                                         :   21 MC 103 (AKH)
                                         :
                                         :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       For their services and assistance in facilitating discussions between plaintiffs and defendants in the 21 MC 102 and 103 dockets, Special Masters Professor James A. Henderson, Jr. and Professor Aaron D. Twerski shall submit monthly invoices of time worked, consistent with the Court's Order Proposing Amendment to Special Masters' Appointment dated June 29, 2010, to Lee Ann Stevenson, Esq. at Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022. Ms. Stevenson, in her role as co-Defense Liaison Counsel in the 21 MC 102 and 103 dockets, shall remit payment on behalf of defendants in those dockets. Defendants' counsel shall then reimburse Ms. Stevenson and Kirkland & Ellis for their client's or clients' pro rata share of the Special Masters' monthly fees.

       SO ORDERED.

Dated: September 1, 2010
      New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge