USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE            21 MC 102 (AKH)
LITIGATION
-----------------------------------------------------------X
HERCEN CASTRO and MARIA LOPEZ,

        Plaintiffs,                            Docket No. 07 CV 3480

   -against-

THE CITY OF NEW YORK,

        Defendants.
-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto that the above entitled action, which was filed by plaintiff in 21MC102 is hereby transferred from 21 MC 102 to 21 MC 103 for all purposes.

Dated: New York, New York
       August 20, 2010

David L. Kremen, Esq. (6877)                    James E. Tyrrell Jr., Esq.
OSHMAN & MIRISOLA, LLP                          PATTON BOGGS
Attorneys for Plaintiffs                        Attorneys for Defendant
42 Broadway, 10th Floor                         The Legal Center
New York, NY 10004                              One Riverfront Plaza
(212) 233-2100                                  Newark, NJ 07102
(212) 964-8656                                  (973) 848-5600
                                           (973) 848-5601

So Ordered  9/3/10

Hon. Alvin K. Hellerstein