USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE          21 MC 102 (AKH)
LITIGATION
------------------------------------------------------------X
LOUIS LECCESE and CATHY LECCESE,

      Plaintiffs,                                        Docket No. 07 CV 3479

  -against-

THE CITY OF NEW YORK,

      Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto that the above entitled action, which was filed by plaintiff in 21MC102 is hereby transferred from 21 MC 102 to 21 MC 100 for all purposes. Plaintiff will file an amended complaint in the 21 MC 100 format within 60 days.

Dated: New York, New York
      August 20, 2010

David L. Kremen, Esq. (6877)          James E. Tyrrell Jr., Esq.
OSHMAN & MIRISOLA, LLP            PATTON BOGGS
Attorneys for Plaintiffs                   Attorneys for Defendant
42 Broadway, 10th Floor                The Legal Center
New York, NY 10004                     One Riverfront Plaza
(212) 233-2100                           Newark, NJ 07102
(212) 964-8656                           (973) 848-5600
                                          (973) 848-5601

                                          So Ordered 9/3/10

                                          Hon. Alvin K. Hellerstein