UNITED STATES DISTRICT COURT
SOUTHERN-DISTRICT OF NEW YORK
-------------------------------------X   CASE NO.:
IN RE WORLD TRADE CENTER LOWER           21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------X   STIPULATION OF DISCONTINUANCE
THE DOCUMENT APPLIES TO ALL LOWER        WITHOUT PREJUDICE AS TO CRITERION
MANHATTAN DISASTER SITE LITIGATION       LABORATORIES, INC. ONLY FOR THE
                                         ACTION COMMENCED BY JOAQUIN
-------------------------------------X   CAMPUZANO, 07CV1478

IT IS HEREBY stipulated and agreed by and between the undersigned, the attorneys of record for the parties, plaintiff Joaquin Campuzano and defendant Criterion Laboratories, Inc., that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent plaintiff can so stipulate that each claim, cross-claim, and counter-claim asserted by and against defendant Criterion Laboratories, Inc., only for the above case, shall be and the same hereby are discontinued without prejudice and without cost to any party as against the other.

It IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the course of the litigation which determines that Criterion Laboratories, Inc. is a proper party to this suit, that plaintiff may re-institute the action without regard to the applicable statute of limitations, assuming said original action was timely commenced, and in such instance defendants shall not assert the statute of limitation as a defense.

This stipulation may be filed without further notice with the
Clerk of the Court.

Dated:      New York, New York
            July 20, 2010

ERNEST J. PECK - 4730
DOWNING & PECK, P.C.
Attorneys for Defendant
CRITERION LABORATORIES, INC.
5 Hanover Square - 20th Floor
New York, New York 10004
212-514-9190

Robert A. Grochow, Esq.
Attorney for Plaintiff
Joaquin Campuzano
233 Broadway
New York, New York 10279

SO ORDERED:
Hon. Alvin K. Hellerstein, U.D.J.