USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER DISASTER SITE  :  **AGENDA FOR STATUS**
LITIGATION  :  **CONFERENCE**
:
------------------------------------------------------------  :  21 MC 100 (AKH)
IN RE WORLD TRADE CENTER LOWER  :
MANHATTAN DISASTER SITE LITIGATION  :
:  21 MC 102
------------------------------------------------------------  :
IN RE COMBINED WORLD TRADE CENTER  :
AND LOWER MANHATTAN DISASTER SITE  :  21 MC 103
LITIGATION  :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J:

A status conference will be held on October 5, 2010, at 2:30pm, to discuss the following issues, and others that may arise before the conference. The parties are invited to add topics and modify the ones suggested below.

1. Status of responses by eligible plaintiffs.

2. Reports of settlement discussions with other defendants.

3. The adequacy of notice to eligible plaintiffs that time to respond has been enlarged, from September 8, 2010, to November 8, 2010.

    - Should there be an interim date to encourage earlier responses, e.g., October 30, 2010.

4. The status of plaintiffs who were not listed as eligible for recovery under the Master Settlement Agreement because they participated in the Victim Compensation Fund, their stated desire to participate in the Master Settlement, and the need for a judicial determination of these plaintiffs' eligibility.

1

- Whether their counsel have a conflict of interest concerning these non-eligible plaintiffs and if so, whether special counsel should be appointed to seek such a judicial declaration.
- How to compensate such special counsel.
- The need for a list of plaintiffs who participated in the VCF and thus may not be eligible to participate in the settlement.

5. Regulating compensation of counsel other than Worby Groner and Sullivan Papain.

    - There are 25 such firms, representing 315 plaintiffs, plus 2 pro se plaintiffs.
    - Determining claims of liason counsel for compensation from such firms and/or their clients, to recognize benefits conferred by activities of liason counsel.

6. Complaints filed on, and continuing to be filed after, April 12, 2010.
7. Other topics that counsel may suggest.

SO ORDERED.

Dated: September 16, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2