USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: WORLD TRADE CENTER       :    21 MC 102 (AKH)
DISASTER SITE LITIGATION        :
                                :
-----------------------------------------------------------X
                                :
THIS DOCUMENT APPLIES TO ALL CASES  :
IN THE WORLD TRADE CENTER       :
DISASTER SITE LITIGATION        :
-----------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE IN CERTAIN ACTIONS AS TO LVI ENVIRONMENTAL SERVICES, INC. AND LVI SERVICES, INC.

The parties to the above-captioned consolidated action, through their respective counsel of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned, that whereas no party is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the civil actions referenced in Attachment A, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as against defendants, LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC. only, with prejudice and without cost to any party.

Dated: New York, New York
       September ____, 2010

GREGORY J. CANNATA & ASSOCIATES

By: _____
    ROBERT GROCHOW ( )   RG 1890
    233 Broadway, 5th Floor
    New York, New York 10279
    (212) 233-5400

COZEN O'CONNOR

By: *[signature]*
MARIA J. CICCIA (2801)
45 Broadway
New York, New York 10006
(212) 509-9400

SO ORDERED: 10-6-10

*[signature]*
ALVIN K. HELLERSTEIN, U.S.D.J.

Attachment A

<u>Alonso Espinosa v. Abatement Professionals</u>, Index No. 08-cv-09720
<u>Jan Welenc v. Abatement Professionals</u> – Index No. 08-cv-06806