UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
IN RE WORLD TRADE CENTER LOWER       :   **ORDER ADJOURNING**
MANHATTAN DISASTER SITE LITIGATION   :   **STATUS CONFERENCE**
                                                             :
                                                             :   21 MC 102 (AKH)
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference set for Thursday, October 7, 2010, is adjourned to Thursday, November 18, 2010, at 2:30pm. The parties shall appear before me in Courtroom 14D.

SO ORDERED

Dated:   October 6, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/10
```