UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE COMBINED WORLD TRADE CENTER DISASTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 (AKH)<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME** |

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Defendants the City of New York and the Contractors ("Settling Defendants") shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order Granting the Settling Defendants' Motion for Extension of Time.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Settling Defendants rely upon the attached Memorandum of Law in Support of the Settling Defendants' Motion for Extension of Time and Certification of James E. Tyrrell, Jr., Esq., dated October 21, 2010.

Dated:  October 21, 2010

<u>s/ James E. Tyrrell, Jr.</u>
James E. Tyrrell, Jr. (JT 6837)
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 246-5100
-and-
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for Defendants The City of New York and the Contractors*
