UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE COMBINED WORLD TRADE CENTER DISASTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 (AKH)<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME** |

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Defendants the City of New York and the Contractors ("Settling Defendants") shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order Granting the Settling Defendants' Motion for Extension of Time.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Settling Defendants rely upon the attached Memorandum of Law in Support of the Settling Defendants' Motion for Extension of Time and Certification of James E. Tyrrell, Jr., Esq., dated October 21, 2010.

*[Handwritten note by Judge:] Subject to review and possible reconsideration if any parties oppose this motion, the Settling Def'ts' motion is granted. The Oct. 21, 2010 date provided by para. 8 of CMO 10 for the end of opt-out period is Dec. 21, 2010. [Signed] AKHellerstein 10-22-10*

Dated: October 21, 2010

                                                        <u>*s/ James E. Tyrrell, Jr.*</u>
                                                        James E. Tyrrell, Jr. (JT 6837)
                                                        PATTON BOGGS LLP
                                                        1185 Avenue of the Americas
                                                        New York, New York 10036
                                                        (212) 246-5100
                                                        -and-
                                                        One Riverfront Plaza, 6th Floor
                                                        Newark, New Jersey 07102
                                                        (973) 848-5600
                                                        *Attorneys for Defendants The City of New York*
                                                        *and the Contractors*

Judge wrote:

"Subject to review and possible reconsideration if any parties oppose this motion, the Settling Defendants' motion is granted. The Oct. 21, 2010 date provided by para. 8 of CMO 10 is changed. The cut-off period now is Dec. 21, 2010.

10/22/10
Alvin K. Hellerstein"