USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         :
IN RE WORLD TRADE CENTER DISASTER                        :
SITE LITIGATION                                          :
                                                         :
-------------------------------------------------------- :
                                                         :
IN RE LOWER MANHATTAN DISASTER                           :
SITE LITIGATION                                          :
                                                         :
-------------------------------------------------------- :
                                                         :
IN RE COMBINED WORLD TRADE CENTER                        :
AND LOWER MANHATTAN DISASTER SITE                        :
LITIGATION                                               :
                                                         :
                                                         :
-------------------------------------------------------- x

**ORDER GRANTING MOTION
FOR ENLARGEMENT OF
EXPIRATION DATE IN
PARAGRAPH 8 OF CASE
MANAGEMENT ORDER 10,
GRANTING MOTION TO
ENLARGE DEADLINE IN
PARAGRAPH 4, AND SETTING
STATUS CONFERENCE**

21 MC 100 (AKH)

21 MC 102

21 MC 103

ALVIN K. HELLERSTEIN, U.S.D.J.:

The City of New York moves to enlarge the expiration date of Case Management

Order 10 ("CMO 10"), provided in Paragraph 8 of that Order. Plaintiffs do not contest the

motion, but move to enlarge another deadline in CMO 10, provided in Paragraph 4. I rule as

follows.

The Settlement Process Agreement ("SPA") originally set the opt-in date for

settling plaintiffs as September 8, 2010. That date has since been enlarged to November 8, 2010.

Paragraph 8 of CMO 10 provides that eligible plaintiffs who opt in are to enter into final

settlement agreements by October 21, 2010. That date should have been, but was not, enlarged

when the opt-in date was enlarged. The City moves to do that now, to December 21, 2010.

Plaintiffs do not oppose the motion. I grant the motion.

Plaintiffs ask to enlarge the deadline in Paragraph 4 of CMO 10 by which those

who are continuing with the cases, whether because they did not opt in or because they became

plaintiffs after the SPA's bar date of April 12, 2010, are required to file expert reports. I grant

the request. Even though the deadline under Paragraph 4 is not tied to the opt-in date for

settlement, the same lawyers are likely to be involved and, practically, they may not be able to

attend to all the obligations they have to perform. Thus, I enlarge the period provided in

Paragraph 4 to January 21, 2011.

It is important for counsel and the Court to evaluate this docket, and related

dockets, to understand the nature and number of the cases that will be continuing. A status

conference for that purpose is appropriate. All parties, through counsel, shall attend such a

conference, to be held February 2, 2011, in Courtroom 14D at 500 Pearl Street, New York, New

York, 10007, at 2:15 p.m. The conference will be public.


SO ORDERED.

Dated:      October 17, 2010
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge