UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER : **ORDER AMENDING PREVIOUS**
SITE LITIGATION : **ORDER REGULATING**
: **PROCEEDINGS OF**
------------------------------------------------------------ : **NOVEMBER 8, 2010**
IN RE LOWER MAHATTAN DISASTER SITE :
LITIGATION : 21 MC 100 (AKH)
: 21 MC 102
------------------------------------------------------------ : 21 MC 103
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION :
:
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J:

      The huge influx of plaintiffs opting into the settlement continues to tax the capacity to process the plaintiffs' releases and other documents evidencing the plaintiffs' decision to opt in. To address this situation, and ensure that all those who desire to opt into the settlement may do so, pursuant to Section VI.B of the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), the WTC Captive Insurance Company, Inc. has extended the time during which plaintiffs may opt into the settlement by eight days, from Monday, November 8, 2010 at 11:59 p.m. EST to Tuesday, November 16, 2010 at 11:59 p.m. EST.

      Accordingly, I order as follows:

      1.    The extension of the time during which plaintiffs may opt into the settlement to Tuesday, November 16, 2010 at 11:59 p.m. EST is approved.

      2.    The deadline for uploading to the Allocation Neutral's website all plaintiffs' releases and other documents evidencing their decision to opt into the settlement is extended to Thursday, November 18, 2010 at 3:00 p.m. EST. Consistent with my previous order

of November 8, 2010, plaintiffs' counsel shall continue to upload all responses as soon as they are received and processed. The parties' joint report concerning the the satisfaction of the Opt-in Threshold and the the number of plaintiffs who have opted in shall be due as soon as possible after November 18.

   3. The deadline for all plaintiffs' counsel to certify the information for their clients on the Eligible Plaintiff List, as required by Section VI.A of the Amended SPA, is Thursday, November 11 at 3:00 p.m. EST.

   4. All other provisions of this Court's November 8, 2010 Order Regulating Proceedings remain in effect.

SO ORDERED.

Dated: November _9_, 2010
   New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge

2

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Margaret H. Warner
Attorney at Law
mwarner@mwe.com
+1 202 756 8228

November 9, 2010

**VIA CERTIFIED MAIL & E-MAIL**

Paul J. Napoli, Esq.
William H. Groner, Esq.
Worby Groner Edelman & Napoli Bern, LLP
350 5th Avenue, Suite 7413
New York, NY 10118

Nicholas Papain, Esq.
Andrew J. Carboy, Esq.
Sullivan Papain Block McGrath & Cannavo, P.C
120 Broadway - 18th Floor
New York, NY 10271

Re: Extension of Opt-In Period for World Trade Center Litigation Settlement Process Agreement, As Amended

Gentlemen:

The WTC Captive Insurance Company, Inc. ("WTC Captive") received Worby Groner Edelman & Napoli Bern, LLP's November 8, 2010 letter requesting an extension of the Opt-In Period. In addition, my firm received a call from Mr. Carboy this morning requesting an extension. These requests confirm that additional plaintiffs wish to opt into the World Trade Center Litigation Settlement Process Agreement, As Amended ("SPA, As Amended") notwithstanding yesterday's deadline for doing so.

Pursuant to Section VI.B of the SPA, As Amended, the WTC Captive hereby extends the expiration of the Opt-In Period from 11:59 PM EST on November 8, 2010, through and including 11:59 PM EST on November 16, 2010.

Please immediately notify all plaintiffs' counsel of this extension.

Sincerely,

Margaret H. Warner

cc: Hon. Alvin K. Hellerstein (via e-mail)
    Dean Aaron Twerski (via e-mail)
    Prof. James Henderson (via e-mail)
    James E. Tyrrell, Jr. Esq. (via e-mail)
    Matthew L. Garretson, Esq. (via e-mail)

U.S. practice conducted through McDermott Will & Emery LLP.

600 Thirteenth Street, N.W. Washington, D.C. 20005-3096 Telephone: +1 202 756 8000 Facsimile: +1 202 756 8087 www.mwe.com