21-mc-102(AKH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of November, two thousand and ten,

Richard Racioppi, Alex Anthony Sanchez, Rafael Valdez, Manuel Checo, Dorota Markut, Roman Markut, Lucyna Foremska, Tadeusz Foremska, Jose Bello, Bozena Kurkowski, Janus Kurkowski, Ludmila Khomik, Voldymyr Khomik, Gustavo Iturralde, Monica Arce, Miguel Zanabria, Ryszard Krysiuk, Viasta Krysiuk, Columbina Estrella, Leonardo Estrella, Marco Fernandez,

Plaintiffs - Appellees,

-v.-

Tully Construction Co., Inc., City of New York, AMEC Construction Management, Inc., Bovis Lend Lease, Inc., Plaza Construction Corp., Turner Construction Company, Tully Construction Co., Inc.,

Defendants- Appellants.

**ORDER**
Docket Number: 10-1379

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 12, 2010

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

CERTIFIED COPY ISSUED ON 11/12/2010

For The Court:

Catherine O'Hagan Wolfe, Clerk

Anna Greenidge, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit