UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE   :   Index No.: 21-MC-102
LITIGATION                                                    :
                                                              :   **LVI SERVICES, INC. &**
                                                              :   **LVI ENVIRONMENTAL**
                                                              :   **SERVICES, INC.**
                                                              :   **RULE 7.1 DISCLOSURE**
-----------------------------------------------------------------X   **STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for LVI SERVICES, INC. and LVI ENVIRONMENTAL SERVICES, INC. (hereinafter collectively referred to as "LVI"), certifies as follows: (i) the name of LVI's parent corporation is LVI PARENT CORP., (ii) that LVI is a non-governmental entity and (iii) that there is no publicly held corporation that owns 10% or more of LVI stock.

Dated: November 12, 2010
       New York, New York

                                        COZEN O'CONNOR

                                        By: *Maria J Ciccia*
                                            Maria J. Ciccia (MC-2801)
                                            45 Broadway Atrium
                                            16th Floor
                                            New York, New York 10006
                                            (212) 509-9400
                                            Attorneys for Defendants
                                            LVI SERVICES, INC. and
                                            LVI ENVIRONMENTAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I, MARIA CICCIA, hereby certify that a true copy of Defendant **LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC.'S RULE 7.1 DISCLOSURE STATEMENT** was served this 12th day of November, 2010, via electronic filing upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, NY 10006

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, NY 10279

Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for the Plaintiffs*

James E. Tyrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006

*Liaison Counsel for the Defendants*

Maria J. Ciccia, Esq. (MC-2801)