

# GARRETSON
### RESOLUTION GROUP

November 18, 2010

The Honorable Alvin K. Hellerstein
United States District Court
Eastern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10

Re: September 11th Litigation – November 16th Order Regulating Procedures
21 MC 100, 21 MC 102 & 21 MC 103 (AKH)

Your Honor:

In order to ensure the accuracy and completeness of the report outlined in your November 16th order, we respectfully request to have until 1:00 p.m. (EST) on Friday, November 19th to submit the report to the Court.

Sincerely,

*[signature]*

Matthew Garretson
Garretson Resolution Group, Inc.
Allocation Neutral

So Ordered
11-18-10
*[signature]* AKHellerstein

Cincinnati Office
Phone 513.794.0400 • Fax 513.936.5186
7775 Cooper Road • Cincinnati, OH • 45242

www.garretsongroup.com

Charlotte Office
Phone 704.559.4300 • Fax 704.559.4331
2115 Rexford Road • 4th Floor • Charlotte, NC • 28211