UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER<br>LOWER MANHATTAN DISASTER SITE LITIGATION | Case No.: 21 MC 102 (AKH) |

-----------------------------------------------------------------------X

| | |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES IN THE<br>WORLD TRADE CENTER LOWER MANHATTAN<br>DISASTER SITE LITIGATION IN WHICH B.C.R.E.<br>90 WEST ST., LLC and THE KIBEL COMPANIES<br>ARE DEFENDANTS | **NOTICE OF<br>APPEARANCE**<br><br>**ELECTRONICALLY<br>FILED** |

-----------------------------------------------------------------------X

To: The Clerk of this Court and All Parties of Record:

PLEASE TAKE NOTICE that Defendants, B.C.R.E. 90 WEST ST., LLC, and THE KIBEL COMPANIES by their attorneys, McMahon Martine & Gallagher, LLP, hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for said defendants and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       November 19, 2010

                                                McMAHON MARTINE & GALLAGHER, LLP
                                                Attorneys for Defendants
                                                B.C.R.E. 90 WEST ST., LLC and THE KIBEL
                                                COMPANIES

                                                By: /s/ Timothy D. Gallagher_____
                                                     Timothy D. Gallagher, Esq. (TG-9525)
                                                     55 Washington St., Ste 720
                                                     Brooklyn, New York 11201
                                                     (212) 747-1230

## CERTIFICATION OF SERVICE

I, Timothy D. Gallagher, hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE BY DEFENDANTS B.C.R.E. 90 WEST ST., LLC, and THE KIBEL COMPANIES was served this 19th day of October, 2010 via ECF upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, NY 10006

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006

Robert A. Grochow, Esq.
The Law Firm of Gregory J. Cannata
233 Broadway, 5th Floor
New York, NY 10279

The Law Firm of Gregory J. Cannata
Gregory J. Cannata, Esq.
233 Broadway, 5th Floor
New York, NY 10279

James E. Tyrell, Esq.
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

Andrew Carboy, Esq.
Sullivan, Papain, Block
MacGrath & Cannavo, P.C
120 Broadway
New York, NY 10271

All parties of record

By: /s/ Timothy D. Gallagher
Timothy D. Gallagher, Esq. (TG-9525)
55 Washington St., Ste 720
Brooklyn, New York 11201
(212) 747-1230