UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER                                           Case No.: 21 MC 102 (AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL CASES IN THE        **RULE 7.1 STATEMENT**
WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION IN WHICH B.C.R.E.
90 WEST ST., LLC AND THE KIBEL COMPANIES
ARE DEFENDANTS

                                                                    **ELECTRONICALLY**
-----------------------------------------------------------------------X     **FILED**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for defendants, B.C.R.E. 90 WEST ST., LLC and THE KIBEL COMPANIES, (both of which are private non-governmental parties) certify that there are no parent companies and there are no publicly held companies that own 10% or more of either parties stock.

Dated:  New York, New York
        November 19, 2010

                                                   McMAHON MARTINE & GALLAGHER, LLP
                                                 Attorneys for Defendants B.C.R.E. 90 WEST ST., LLC and THE KIBEL COMPANIES

                                                 By: _/s/ Timothy D. Gallagher_____
                                                        Timothy D. Gallagher, Esq. (TG-9525)
                                                        55 Washington St., Ste 720
                                                        Brooklyn, New York 11201
                                                        (212) 747-1230