# GARRETSON
RESOLUTION GROUP

November 19, 2010

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*The Report of the Allocation Neutral is accepted for filing in 21 MC 100, 102 and 103.*

11/19/10
[signature]

**Re: World Trade Center Litigation - Response to November 16, 2010 Order**

Your Honor:

In response to your November 16, 2010 Order in the 21 MC 100, 21 MC 102 and 21 MC 103 litigation, please accept the following as the Allocation Neutral's report regarding the opt-in status of the settlement:

1) A total of 10,043 eligible plaintiffs have submitted opt-in documents. Please note that this figure does not account for deficiencies in some of these plaintiffs' documents that are in the process of being corrected.

2) The following is a breakdown of these plaintiffs according to the four tiers set forth in the World Trade Center Litigation Settlement Process Agreement, As Amended:
   a. Tier 1: 2,383
   b. Tier 2: 1,567
   c. Tier 3:   785
   d. Tier 4: 5,308

3) The following is a breakdown of these plaintiffs by tier in relation to the total number of plaintiffs eligible to participate in each tier:
   a. Tier 1: 2,383 out of 2,726 eligible Tier 1 plaintiffs (87.4%)
   b. Tier 2: 1,567 out of 1,619 eligible Tier 2 plaintiffs (96.8%)
   c. Tier 3:   785 out of   807 eligible Tier 3 plaintiffs (97.3%)
   d. Tier 4: 5,308 out of 5,411 eligible Tier 4 plaintiffs (98.1%)
   e. All Tiers: 10,043 out of 10,563 all eligible plaintiffs (95.1%)

We are available at your direction if you have any questions regarding this information.

Sincerely,

[signature]

Matthew Garretson
Garretson Resolution Group, Inc.
Allocation Neutral

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/10

www.garretsongroup.com

Cincinnati Office
Phone 513.794.0400 • Fax 513.936.5186
7775 Cooper Road • Cincinnati, OH • 45242

Charlotte Office
Phone 704.559.4300 • Fax 704.559.4331
2115 Rexford Road • 4th Floor • Charlotte, NC • 28211