| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | |
| ANGEL CAMPOVERDE,<br><br>                        Plaintiffs,<br><br>-against-<br><br>LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC., et al.<br><br>                        Defendants. | DOCKET NUMBER: 07cv01477(AKH)<br><br>**NOTICE OF ADOPTION OF MASTER ANSWER BY LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC.** |

PLEASE TAKE NOTICE that Defendants LVI Environmental Services, Inc. and LVI Services, Inc. (hereinafter collectively "LVI"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopt as their Answer in the instant case their Master Answer to the Master Complaint dated August 3, 2007, that was filed in this matter.

In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, LVI also incorporates by reference all averments and denials contained within its Master Answer to the Master Complaint, as though same were more fully set forth herein at length.

To the extent that LVI's Master Answer to the Master Complaint does not comprehensively address the specific allegations within the Check-off Complaint or the Master Complaint in the above captioned matter, LVI denies knowledge or information sufficient to

form a belief as to the truth of such specific allegations.

Dated:  New York, New York
         December 10, 2010

                              COZEN O'CONNOR

                              By: /s/ Maria Ciccia
                              Maria Ciccia, Esquire (MC2801)
                              45 Broadway Atrium, 16th Floor
                              New York, New York 10006
                              (212) 509-9400
                              Attorneys for Defendants
                              LVI Environmental Services, Inc. and
                              LVI Services, Inc.

## CERTIFICATE OF SERVICE

I, MARIA CICCIA, hereby certify that a true and correct copy of Defendant LVI Environmental Services, Inc. and LVI Services, Inc.'s Notice of Adoption of Master Answer was served this _13_ day of December, 2010, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

All parties of records

_Maria Ciccia_
Maria Ciccia (MC2801)

NEWYORK_DOWNTOWN\2283878\1  182796.000