| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| ANITA BERMUDEZ,<br><br>Plaintiffs,<br><br>-against-<br><br>LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES INC., et al.<br><br>Defendants. | DOCKET NUMBER: 07cv01470(AKH)<br><br>**NOTICE OF ADOPTION OF MASTER ANSWER BY LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC.** |

PLEASE TAKE NOTICE that Defendants LVI Environmental Services, Inc. and LVI Services, Inc. (hereinafter collectively "LVI"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopt as their Answer in the instant case their Master Answer to the Master Complaint dated August 3, 2007, that was filed in this matter.

In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, LVI also incorporates by reference all averments and denials contained within its Master Answer to the Master Complaint, as though same were more fully set forth herein at length.

To the extent that LVI's Master Answer to the Master Complaint does not comprehensively address the specific allegations within the Check-off Complaint or the Master Complaint in the above captioned matter, LVI denies knowledge or information sufficient to

form a belief as to the truth of such specific allegations.

Dated:  New York, New York
       December 6, 2010

                COZEN O'CONNOR

By: *Maria Ciccia*
    Maria Ciccia, Esquire (MC2801)
    45 Broadway Atrium, 16th Floor
    New York, New York 10006
    (212) 509-9400
    Attorneys for Defendants
    LVI Environmental Services, Inc. and
    LVI Services, Inc.

# **CERTIFICATE OF SERVICE**

I, MARIA CICCIA, hereby certify that a true and correct copy of Defendant LVI Environmental Services, Inc. and LVI Services, Inc.'s Notice of Adoption of Master Answer was served this __13__ day of December, 2010, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

All parties of record

_/s/ Maria Ciccia_
Maria Ciccia (MC2801)

NEWYORK_DOWNTOWN\2284304\1  182796.000