```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER    :
SITE LITIGATION                       :
-------------------------------------------------------- :
IN RE LOWER MANHATTAN DISASTER       :
SITE LITIGATION                       :
-------------------------------------------------------- :
IN RE COMBINED WORLD TRADE CENTER    :
AND LOWER MANHATTAN DISASTER SITE    :
LITIGATION                            :
-------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

**ORDER DISMISSING CASES**
**WITH PREJUDICE**

21 MC 100 (AKH)
21 MC 102
21 MC 103

   WHEREAS the Settlement Process Agreement, As Amended, agreed to by

Plaintiffs' Liaison Counsel, Defendants' Counsel, and Counsel for the WTC Captive Insurance

Company on June 10, 2010 and approved by this Court as fair and reasonable on June 23, 2010,

provided a period for individual consideration by each Plaintiff, whether to accept or reject the

settlement; and

   WHEREAS, during that period, and after two informational hearings conducted

by the Court, numerous communications by Plaintiffs' Liaison Counsel to each of the Plaintiffs,

and the additional assistance provided by the Special Counsel, the Plaintiffs identified in the

attached exhibit expressed their intentions neither to enter into the settlement nor to continue

with their cases, but to dismiss their cases; and

   WHEREAS the attorneys have made clear to each said Plaintiff that this Court

would treat such dismissals as being with prejudice, see, e.g., Order Appointing Special Counsel,

Doc. No. 2257, 21 MC 100 (S.D.N.Y. Nov. 24, 2010); therefore,

   IT IS ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), this

Court dismisses the cases listed in the attached exhibit with prejudice for all claims that were

brought or could have been brought in the individual Plaintiffs' existing pleadings, but without

1

prejudice in relation to a second injury to the extent permitted by New York state law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 1997) ("Under the two-injury rule [in New York], diseases that share a common cause may nonetheless be held separate and distinct where there biological manifestations are different and where the presence of one is not necessarily a predicate for the other's development.") (internal quotation omitted)), and as may be defined by any court having jurisdiction over any such later-filed complaint. The dismissals are without costs.

        The Clerk shall close the cases noted in the attached exhibit.

        SO ORDERED.

Dated:      December 30, 2010
          New York, New York        ALVIN K. HELLERSTEIN
                               United States District Judge

**WTC Special Counsel Project**
**Eligible Plaintiffs to Discontinue as of 12/29/2010**

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Antonacci | Anthony |
| 2  | Bergmann | Christopher |
| 3  | Calantjis | Stacy |
| 4  | Calender | Melvin |
| 5  | Camiolo | Andrew |
| 6  | Campisi | Dominick |
| 7  | Candido | Joseph |
| 8  | DeMartino | Michael |
| 9  | DeSanti | John |
| 10 | Downs | Joseph |
| 11 | Driscoll | Timothy |
| 12 | Duckworth | Eugene |
| 13 | Farrell | James |
| 14 | Festa | Anthony |
| 15 | Finn | James |
| 16 | Fuhrmann | William |
| 17 | Garofalo | Christopher |
| 18 | Gipson | Bill |
| 19 | Goldberg | Darren |
| 20 | Golembiowski | David |
| 21 | Griffiths | David |
| 22 | Gupta | Raj |
| 23 | Harmon | Chris |
| 24 | Hartnett | Peter |
| 25 | Johnson | Gerard |
| 26 | Johnson | Joseph |
| 27 | Laili | Anthony |
| 28 | Lisanti | Ralph |
| 29 | Lusardi | Joseph |
| 30 | Maggio | Jason |
| 31 | Mangan | Edward |
| 32 | Matos | Agapito |
| 33 | Matty | John |
| 34 | McLaughlin | John |
| 35 | McRae | Lisa |
| 36 | Miller | Robert |
| 37 | Milne | Michael |
| 38 | Minena-Soriano | Rosemary |
| 39 | Murray | Donald |
| 40 | Muschitiello | Christine |
| 41 | Musto | Frank |
| 42 | Perli | Alexander |
| 43 | Rodriguez | Julio |
| 44 | Rotuh | Marc |
| 45 | Ruddick | Michael |
| 46 | Valente | Gregory |
| 47 | Wenzel | John |

## WTC Special Counsel Project
## Eligible Plaintiffs to Discontinue as of 12/29/2010

| 48 | Woltmann | Edward |
|----|----------|--------|