USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE WORLD TRADE CENTER DISASTER  :
SITE LITIGATION

------------------------------------------------------------ :

IN RE LOWER MANHATTAN DISASTER   :
SITE LITIGATION                  :

------------------------------------------------------------ :

IN RE COMBINED WORLD TRADE CENTER  :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION                       :

------------------------------------------------------------ x

**ORDER DISMISSING CASES
WITH PREJUDICE FOR
FAILURE TO PROSECUTE**

21 MC 100 (AKH)
21 MC 102
21 MC 103

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS the Plaintiffs identified in the attached exhibit, having alleged

suffering injuries arising from their participation in the cleanup of the World Trade Center and

surrounding areas following the events of September 11, 2001, filed lawsuits against the City of

New York and its contractors, conducted extensive discovery, filed numerous motions, and

conducted pretrial and appellate proceedings; and

WHEREAS attorneys representing them entered into the Settlement Process

Agreement, as Amended ("SPA"), on June 10, 2010, and obtained approval of the SPA by this

Court as fair and reasonable on June 23, 2010; and

WHEREAS the SPA has provided a period for individual consideration by each

Plaintiff, whether to accept or reject the settlement; and

WHEREAS, during this period, and after two informational hearings conducted

by the Court and numerous diligent efforts by Plaintiffs' counsel to reach and advise each of the

Plaintiffs, the Plaintiffs identified in the attached exhibit either could not be located, failed to

respond to numerous communications directed to them, or refused to respond; and

1

WHEREAS this Court, by order of November 24, 2010, appointed Special Counsel to communicate with these Plaintiffs, supplementing previous efforts by counsel engaged by them; and

WHEREAS, despite best efforts extended by Special Counsel, the Plaintiffs identified in the attached exhibit could not be located, failed to respond to efforts by Special Counsel to communicate with them, or refused to respond; and

WHEREAS dismissal of a case for failure to prosecute is appropriate when (1) the client's inaction causes significant delay, (2) the client has received notice that further delay will result in dismissal, (3) the delay is likely prejudicial to the defendant, (4) the need to alleviate the Court's calendar congestion outweighs the right for an opportunity to have a day in court, and (5) lesser sanctions would not be efficacious, see Rusza v. Rubenstein & Sendy Attys at Law, 520 F.3d 176, 177 (2d Cir. 2008) (per curiam); and

WHEREAS these Plaintiffs (1) have caused significant delay in calculating the final opt-in thresholds under the SPA and in finalizing the Affirmation of Final Settlement under Section XXII of the SPA; (2) have received substantial notice that they would likely suffer dismissal for failure to respond; (3) may cause substantial prejudice to Defendants who seek to calculate the final settlement amount and obtain as broad a release from liability as possible; (4) have added to this Court's considerable calendar congestion at the expense of a right they do not appear seriously interested in vindicating; and (5) are unlikely to respond to lesser sanctions because they have failed to respond at all to this, the most serious sanction, despite the numerous attempts to obtain communications; therefore

IT IS ORDERED that pursuant to Federal Rule of Civil Procedure 41(b), this Court dismisses the cases listed in the attached exhibit with prejudice for all claims that were

brought or could have been brought in the individual Plaintiffs' existing pleadings, but without prejudice in relation to a second injury to the extent permitted by New York state law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 1997) ("Under the two-injury rule [in New York], diseases that share a common cause may nonetheless be held separate and distinct where there biological manifestations are different and where the presence of one is not necessarily a predicate for the other's development.") (internal quotation omitted)), and as may be defined by any court having jurisdiction over any such later-filed complaint. The dismissals are without costs.

Any Plaintiff wishing to seek relief from this Order on the basis of conditions coming into effect if the James Zadroga 9/11 Health and Compensation Act of 2010, H.R. 847, 111th Congress (2010), becomes law, or for any other reason, may seek such relief by an appropriate motion within 30 days of this Order. See Fed. R. Civ. P. 60(b)(6).

The Clerk shall close the cases noted in the attached exhibit.


SO ORDERED.

Dated:          December 30, 2010
                New York, New York          ALVIN K. HELLERSTEIN
                                            United States District Judge

3

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 1 | Acierno | Albert |
| 2 | Adams | Robert |
| 3 | Allen | Ronnie |
| 4 | Alvarado | John |
| 5 | Alvarado | Robert |
| 6 | Alvarez | Jimmy |
| 7 | Asmal | Carlos |
| 8 | Atiencia | Marcelo |
| 9 | Audino | Joseph |
| 10 | Auerbach | Steven |
| 11 | Baran | Frank |
| 12 | Barberi-Franco | Nancy |
| 13 | Barksdale | Raymond |
| 14 | Barrett | Carland |
| 15 | Barry | William |
| 16 | Basil | John |
| 17 | Baumann | James |
| 18 | Bavelendiseh | John |
| 19 | Belmonte | Martin |
| 20 | Berardi | John |
| 21 | Bermeo | Norma |
| 22 | Bertosen | Kenneth |
| 23 | Biglin | Richard |
| 24 | Black | Marc |
| 25 | Blount | Anthony |
| 26 | Bonadio | Andrew |
| 27 | Bowers | Ronald |
| 28 | Braconi | Thomas |
| 29 | Brambach | Joseph |
| 30 | Brathwaite | Merlin |
| 31 | Braun | Hermann |
| 32 | Bremer | Charles |
| 33 | Brennan | William |
| 34 | Brooks | Milton |
| 35 | Brosnan | Patrick |
| 36 | Brown | Aaron |
| 37 | Brown | Robert |
| 38 | Butrico | George |
| 39 | Callahan | Thomas |
| 40 | Cantwell | Paul |
| 41 | Carroll | Brian |
| 42 | Carter | Aaron |
| 43 | Carter | Yannique |
| 44 | Caruso | Andrew |
| 45 | Castellanos | Ludivia |
| 46 | Charlot | Jean |
| 47 | Cherenfant | Henry |
| 48 | Cheung | Eric |

## WTC Special Counsel Project
### Eligible Plaintiffs with No Response as of 12/29/2010

| 49 | Chuva | Nancy |
|----|-------|-------|
| 50 | Clark | George |
| 51 | Clarke | Tyrone |
| 52 | Cleary | Thomas |
| 53 | Cofield | Morris |
| 54 | Colasanti | Christopher |
| 55 | Colavitti | Kevin |
| 56 | Colvin | Thomas |
| 57 | Contreras | Claudio |
| 58 | Conversano | Christopher |
| 59 | Cook | Sean |
| 60 | Corral | Leiza |
| 61 | Cox | James |
| 62 | Cripps | William |
| 63 | Cronin | William |
| 64 | Currie | Bennie |
| 65 | Cuzzo | John |
| 66 | D Orio | Paul |
| 67 | D'Alessandro | Frank |
| 68 | Dalton | James |
| 69 | Dannenfelser | Gene |
| 70 | Dasilva | Aldonio |
| 71 | Davis | Hobart |
| 72 | Davis | Michael |
| 73 | Dealmeida | Michael |
| 74 | DeFano | John |
| 75 | DeGuardia | Don |
| 76 | Deluca | John |
| 77 | Deluca | Nicholas |
| 78 | DeMatteo | Charles |
| 79 | DeSalvo | Jack |
| 80 | DeVico | Anthony |
| 81 | Diaz | Diego |
| 82 | Diaz | Freddy |
| 83 | DiBlasi | Louis |
| 84 | DiCarlo | Anthony |
| 85 | Dinatale | Luciano |
| 86 | DiPrimo | Donato |
| 87 | Dobbins | Anthony |
| 88 | Doherty | James |
| 89 | Donovan | Derek |
| 90 | Donovan | Michael |
| 91 | Dosmas | Lugner |
| 92 | Dow | Frederick |
| 93 | Drew | Daniel |
| 94 | Dubelbeiss | Gene |
| 95 | Duff | Christopher |
| 96 | Dundon | Leonard |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 97 | Eadicicco | Vincent |
| 98 | Echeverri | Raul |
| 99 | Eglentowicz, Jr. | Gerald |
| 100 | Ellis | Delroy |
| 101 | Espinoza | Jorge |
| 102 | Estevez | Jesus |
| 103 | Fallar | James |
| 104 | Fallon | Patrick |
| 105 | Farley | Dennis |
| 106 | Faro | Joseph |
| 107 | Feeley | Thomas |
| 108 | Felci | Thomas |
| 109 | Ferchland | James |
| 110 | Fernandez | Rudy |
| 111 | Finocchiaro | Mark |
| 112 | Flim | Philip |
| 113 | Flinn | Richard |
| 114 | Flores | Nicholas |
| 115 | Fonseca | Joseph |
| 116 | Forgione | Richard |
| 117 | Freeman | Christopher |
| 118 | Fucci | Preston |
| 119 | Fusco | Kenneth |
| 120 | Gadry | Stephen |
| 121 | Galvin | Thomas |
| 122 | Garabedian | Peter |
| 123 | Garofalo | Edward |
| 124 | Garon | John |
| 125 | Garrone | John |
| 126 | Geiger | Rudolph |
| 127 | Geraghty | Mark |
| 128 | Giardino | Melanie |
| 129 | Gibbons | Michael |
| 130 | Gibbons | Sean |
| 131 | Gibson | Thomas |
| 132 | Gigantino | Leonard |
| 133 | Gilford | Samuel |
| 134 | Gill | Maureen |
| 135 | Gillespie | James |
| 136 | Giovanetti | John |
| 137 | Gnerre | Anthony |
| 138 | Goldstein | Avraham |
| 139 | Gomez | Edwin |
| 140 | Gonce | Charles |
| 141 | Gonzalez | Angel |
| 142 | Grazette | Michael |
| 143 | Griffin | Anitress |
| 144 | Guercio | Jimmie |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 145 | Guevara | Benigno |
| 146 | Gunther | Glenn |
| 147 | Gutierrez | William |
| 148 | Guzman | Juan |
| 149 | Hall | Thaddeus |
| 150 | Hall | Wayne |
| 151 | Hanley | Raymond |
| 152 | Hanley | Robert |
| 153 | Harrington | Joseph |
| 154 | Harris | Gregory |
| 155 | Haynes | Anthony |
| 156 | Hearty | Patrick |
| 157 | Hill Jr | David |
| 158 | Hogue | Gwendolyn |
| 159 | Holder | Daniel |
| 160 | Horan | Joe |
| 161 | Hovington | Dwight |
| 162 | Howard | Gregory |
| 163 | Humphreys | Michael |
| 164 | Hyde | Richard |
| 165 | Isaac | Derek  J |
| 166 | Jackson | Daniel |
| 167 | Janketic | Walter |
| 168 | Janowski | Dean |
| 169 | Johnson | Tomar |
| 170 | Jones | Randy |
| 171 | Jonny | Eugene |
| 172 | Joseph | Bella |
| 173 | Kappock | Daniel |
| 174 | Kearns | John |
| 175 | Kelliher | Scott |
| 176 | Kellyman | Leaford |
| 177 | Klapal | Joy |
| 178 | Kornegay - Pichardo | Kenyetta |
| 179 | Kuczinski | John |
| 180 | Kurz | Roy |
| 181 | Lago-Cambeiro | Leonardo |
| 182 | Lambiasi | Robert |
| 183 | Lavin | Paul |
| 184 | Lediger | Lawrence |
| 185 | Lee | Ricky |
| 186 | Lemire | John |
| 187 | Lentini | Ernest |
| 188 | Lewis | Henry |
| 189 | Leyva | Juan |
| 190 | Libretto | Frank |
| 191 | Limerick | Winston |
| 192 | Linehan | Dennis |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 193 | Locke | Martin |
| 194 | Logan | Lawrence |
| 195 | Lolatte | Robert |
| 196 | Lopez | Wifredo |
| 197 | Lugo | Hector |
| 198 | Lynch | Michael |
| 199 | Maginnis | Joseph |
| 200 | Maira | Lewis |
| 201 | Mallien | Conrad |
| 202 | Mannix | Paul |
| 203 | Margulies | Gilbert |
| 204 | Martin | Darryl |
| 205 | Martinez | Luis |
| 206 | Martinez | Robin |
| 207 | Mathus | Christopher |
| 208 | Mattheis | Christopher |
| 209 | Matthew | Charles |
| 210 | Matthews | Denise |
| 211 | Matula | Robert |
| 212 | Mauceri | Mark |
| 213 | McAllister | Ilene |
| 214 | McCafferty | James |
| 215 | McCain | Karl |
| 216 | McCarney | Joseph |
| 217 | McCarthy | James |
| 218 | McCarton | James |
| 219 | McGloin | John Sean |
| 220 | McGovern | Michael |
| 221 | McMillan | Eric |
| 222 | McNair | Ronald |
| 223 | McPartland | Thomas |
| 224 | Medina | Jose |
| 225 | Mendoza | Marco |
| 226 | Mesa | Ian |
| 227 | Metanovic | Fadila |
| 228 | Miller | Richard |
| 229 | Millman | Lester |
| 230 | Mitchell | Solomon |
| 231 | Moir | John |
| 232 | Molinaro | James |
| 233 | Moncada | Vincent |
| 234 | Monitello | Patrick |
| 235 | Monsolino | John |
| 236 | Moore | William |
| 237 | Mora | Eric |
| 238 | Morales | Arturo |
| 239 | Morales | Wanda |
| 240 | Morin | Milka |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 241 | Morrissey | James |
| 242 | Moscol | Jose |
| 243 | Moynihan | Daniel |
| 244 | Mullane | Kevin |
| 245 | Muller | Brian |
| 246 | Muniz | Hector |
| 247 | Murphy | Stephen |
| 248 | Murray | Arthur |
| 249 | Nelson | Jenny-Ann |
| 250 | Netrosio | Mimi |
| 251 | Nielsen | Kevin |
| 252 | Oakley | Ricardo |
| 253 | O'Boile | Brian |
| 254 | Oconnor | Kenneth |
| 255 | O'Connor | Patrick |
| 256 | Olivieri | Bob |
| 257 | Olsen | Martin |
| 258 | Orbe | Elva |
| 259 | O'Reilly | James |
| 260 | Ortiz | Raymond |
| 261 | Otero | Tarek |
| 262 | Palleschi | Michael |
| 263 | Pasqua | Paul |
| 264 | Pasquarello | Nicholas |
| 265 | Paulino | Miguel |
| 266 | Pawelski | Peter |
| 267 | Pedersen | Edward |
| 268 | Perez | David |
| 269 | Perez | Samuel |
| 270 | Perodin | Paul |
| 271 | Pershad | Ramchand |
| 272 | Persico | Robert |
| 273 | Peterson | Curtis |
| 274 | Pizzichiello | James |
| 275 | Prager | Richard |
| 276 | Ptacek | James |
| 277 | Pumilia | Stephen |
| 278 | Pushkal | Thomas |
| 279 | Pyke | Brian |
| 280 | Quevedo | Fabiola |
| 281 | Quinn | Michael |
| 282 | Ragumar | Vamadevan |
| 283 | Ramirez | Thomas |
| 284 | Randazzo | Michael |
| 285 | Reddington | Michael |
| 286 | Regans | Alicia |
| 287 | Reilly | Frank |
| 288 | Reiman | Malcolm |

**WTC Special Counsel Project**
**Eligible Plaintiffs with No Response as of 12/29/2010**

| | | |
|---|---|---|
| 289 | Reinoso | Bolivar |
| 290 | Revander | Margaret |
| 291 | Rhoden | Marcel |
| 292 | Ricciotti | Christopher |
| 293 | Rivera | Eliseo |
| 294 | Rivera | Enrique |
| 295 | Rivera | Gilbert |
| 296 | Robinson | Herman |
| 297 | Robinson | Michael |
| 298 | Robson | Joseph |
| 299 | Rocano | Angel |
| 300 | Rodriguez | Dennis |
| 301 | Rodriguez | Kenneth |
| 302 | Rodriguez | Rosemary |
| 303 | Rojecki | Thomas |
| 304 | Roman | Jose |
| 305 | Rosado | Joel |
| 306 | Rosario | Joseph |
| 307 | Rosario | Wilfredo |
| 308 | Rosati | John |
| 309 | Ross | Brian |
| 310 | Roy | Kevin |
| 311 | Rubio | Miriam |
| 312 | Russolello | Dominick |
| 313 | Sanchez | Fernando |
| 314 | Sanchez | Jose |
| 315 | Santana | Jose |
| 316 | Saporito | Vincent |
| 317 | Scanlon | Michael |
| 318 | Schaefer | Edward |
| 319 | Schnugg | Michael |
| 320 | Scopelliti | Carmine |
| 321 | Sepulveda | Robert |
| 322 | Serrano | Angel |
| 323 | Sferrazza | Salvatore |
| 324 | Sham | Michael |
| 325 | Sheehan | Angelina |
| 326 | Sheppard | Albert |
| 327 | Sheridan | Farije |
| 328 | Skelton | Gerald |
| 329 | Slater | Justin |
| 330 | Small | Lenworth |
| 331 | Smalls | Raymond |
| 332 | Smith | Godfrey |
| 333 | Smith | Russell |
| 334 | Smith | Thomas |
| 335 | Smith | William |
| 336 | Sneddon | Grant |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| 337 | Southerland | Ronald |
|-----|-------------|--------|
| 338 | Spatz | Joseph |
| 339 | Specce | Gerard |
| 340 | St. Rose | Rogelio |
| 341 | Stanisich | Peter |
| 342 | Stein | Ronald |
| 343 | Steward | Duane |
| 344 | Strickland | William |
| 345 | Suarez | Felipe |
| 346 | Sullivan | Dennis |
| 347 | Susi | Anthony |
| 348 | Swarm | Edward |
| 349 | Syku | Ardian |
| 350 | Szczepanski | Krzysztof |
| 351 | Talavera | Giovanni |
| 352 | Tarmey | Glen |
| 353 | Tartamella | Peter |
| 354 | Techky | Susan |
| 355 | Tello | Sonia |
| 356 | Tesieriro | Vincent |
| 357 | Tessoni | Robert |
| 358 | Than | Porsche |
| 359 | Tighe | James |
| 360 | Tobie | Leonard |
| 361 | Tompkins | Kevin |
| 362 | Torres | Rubin |
| 363 | Torres | Wilfredo |
| 364 | Trazino | Louis |
| 365 | Trinidad | Fernando |
| 366 | Trivino | Guido |
| 367 | Tully | George |
| 368 | Twist | Thomas |
| 369 | Umpierre | Ramon |
| 370 | Urbina | Ervin |
| 371 | Urquhart | Milton |
| 372 | Vaidian | Jacob |
| 373 | Valdiviezo | Hector |
| 374 | Valerio | William |
| 375 | Valla | Edward |
| 376 | VanHyning | Craig |
| 377 | Varrone | Patti |
| 378 | Vasquez | Antonio |
| 379 | Vasquez | Joseph |
| 380 | Vasquez | Nelson |
| 381 | Vaughan | Michael |
| 382 | Vaughn | Anthony |
| 383 | Vazquez | Carlos |
| 384 | Vega | Janette |

## WTC Special Counsel Project
## Eligible Plaintiffs with No Response as of 12/29/2010

| | | |
|---|---|---|
| 385 | Velez | Ernest |
| 386 | Velez | Hector |
| 387 | Vercelli | Thomas |
| 388 | Vetrone | Brian |
| 389 | Vezzola | Stephen |
| 390 | Vigorito | John |
| 391 | Villalona | Wando |
| 392 | Villanueva | Jose |
| 393 | Vitale | James |
| 394 | Vonsee | Robert |
| 395 | Voss | Michael |
| 396 | Walcott | John |
| 397 | Walsh | John |
| 398 | Waterman | Dawnette |
| 399 | Werner | Henry |
| 400 | Wiese | Michael |
| 401 | Williams | Frederick |
| 402 | Willis | Jerome |
| 403 | Wilson | George |
| 404 | Wnek | Joseph |
| 405 | Wu | Ai Fang |
| 406 | Zajac | Robert |
| 407 | Zapata | Alejandro |
| 408 | Zarnowski | John |
| 409 | Zipp | Arthur |