USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Lee Ann Stevenson
To Call Writer Directly:
(212) 446-4917
leeann.stevenson@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

January 10, 2011

*[Handwritten note: A status conference and argument on these issues will be held to discuss these and other areas of concern, on 2/10/11, at 2:15 pm.]*

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Re:   *In re World Trade Center Disaster Site Litigation*
Case No. 21 MC 102 and 21 MC 103 (AKH)

Dear Judge Hellerstein:

On behalf of the Defense Liaison Counsel, we submit this letter to request that Your Honor schedule a status conference in the 21 MC 102 and 103 dockets. As Your Honor is no doubt aware, the President signed the James Zadroga 9/11 Health and Compensation Act of 2010 on January 2, 2011 (the "Zadroga Bill"). We believe that the Zadroga Bill dramatically impacts this litigation, as the vast majority 102 and 103 plaintiffs will be eligible to receive compensation under the reopened Victims Compensation Fund ("VCF"), which Congress has funded with $2.775B.

We respectfully request that a stay of all litigation and settlement activities be put in place until the regulations to effectuate the VCF are promulgated (ie., within 180 days of January 2, 2011). Not only does the Zadroga Bill affect the compensation potentially available to plaintiffs, but we believe it also directly impacts the Court's jurisdiction over these cases, and therefore request that the Court stay briefing on the jurisdictional question for the time being.

Chicago   Hong Kong   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

**KIRKLAND & ELLIS LLP**

Judge Alvin K. Hellerstein
Page 2

      As always, we are available at the Court's convenience to discuss these matters. We appreciate your consideration of this matter.

      Sincerely,

Lee Ann StevensonRichard Leff
Kirkland & Ellis LLPMcGivney & Kluger, P.C.

Cc:

Paul Napoli, Esq.
William Groner, Esq.
Robert Grochow, Esq.
Gregory Cannata, Esq.

LS /bb