UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

-------------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------X

Docket No.: 21 MC 102
      21 MC 103 (AKH)

**NOTICE OF JOINT MOTION
TO VOLUNTARILY DISMISS**

   PLEASE TAKE NOTICE THAT upon the Declaration of Brian D. Crosby dated March 7, 2011 and the exhibits annexed thereto, the undersigned counsel will move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby requesting that this Court:

1. grant the proposed Order of Voluntary Dismissal annexed as **Exhibit "1"** in advance of the March 30, 2011 deadline; and award

2. such other and additional relief as this Court deems just and proper.


Dated:  New York, New York
     March 7, 2011

Respectfully submitted,

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

_____
Brian D. Crosby (BC-9543)
350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3700


To:

All attorneys of record in this matter in the Court's Electronic Case Filing System

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION
-------------------------------------------------------------------X   Docket No.:  21 MC 102 (AKH)

THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
==============================================================================

### JOINT MOTION TO VOLUNTARILY DISMISS
==============================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

*Attorneys for* : Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

==============================================================================

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

_____
Attorney name:  Brian D. Crosby (BC9543)

==============================================================================

Service of a copy of the within                                              is hereby admitted.
Dated,
                                                                _____
                                                                ATTORNEY(S) FOR
==============================================================================

PLEASE TAKE NOTICE:
  ☐ NOTICE OF ENTRY
       that the within is a (certified) true copy of an                duly entered in the
       office of the      clerk of the within named court on _____200__.
  ☐ NOTICE OF SETTLEMENT
       that an order                            of which the within is a true copy,  will be
       presented for settlement to the HON.                    one of the judges of the
       within named Court, at               on         200___ at_____ O'clock ___.M.

Dated,  _____

                                                       Yours, etc.

                                           **WORBY GRONER EDELMAN & NAPOLI BERN LLP**