UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No.:  21 MC 100 (AKH)
                                                                                                21 MC 102 (AKH)
                                                                                                21 MC 103 (AKH)

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION                            DECLARATION OF
                                                                                  COMPLIANCE

-------------------------------------------------------------------X

      DENISE A. RUBIN an attorney duly licensed to practice before the Courts of the State of New York and a member of the bar of this Honorable Court, hereby Declares under penalty of perjury:

      1.    Pursuant to this Court's Order of March 11, 2011, Worby Groner Edelman & Napoli Bern, LLP has completed the delivery of the files and contact information for the 59 VCF clients addressed in the March 11, 2011 Order, on electronic disc, to Noah H. Kushlefsky, Esq., by hand delivery of the same to Mr. Kushlefsky's office located at 750 Third Avenue, New York, NY 10017-2703.

      2.    Pursuant to this Court's Order of March 11, 2011, Worby Groner Edelman & Napoli Bern, LLP has completed the mailing of a copy of the March 11, 2011 Order to each of the 59 VCF clients addressed in the March 11, 2011 Order.

Dated:     New York, New York
              March 16, 2011

                                                                              Denise A. Rubin (DR5591)

## ATTORNEY'S DECLARATION/AFFIRMATION OF SERVICE

Denise A. Rubin, an Attorney duly licensed to practice before the Courts of the State of New York, hereby affirms/declares the following under penalty of perjury:

I am General Counsel of the law firm Worby Groner Edelman & Napoli Bern, LLP and as such represent the plaintiffs in the within action. On March 16, 2011, I duly served a true copy of the within DECLARATION OF COMPLIANCE on the persons listed below by e-mail.

James E. Tyrrell Jr., Esq.
Patton Boggs, LLP
*Defendants' Liaison Counsel*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102
jtyrrell@pattonboggs.com

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
mwarner@mwe.com

Andrew J. Carboy, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271
Acarboy@triallaw1.com

Noah H. Kushlefsky, Esq.
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017-2703
NKushlefsky@kreindler.com

_____
Denise A. Rubin (DR5591)