```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEMENT** |
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | |
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | |
| SANTIAGO ALVEAR, *et al.*, | 21 MC 100 (AKH) |
| Plaintiffs, | 21 MC 102 (AKH) |
| | 21 MC 103 (AKH) |
| -against- | **THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A** |
| THE CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ( "Settling Defendants") that:

1.       Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

2.       Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any

location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

WORBY GRONER EDELMAN &
    NAPOLI BERN, LLP

By: _Paul J. Napoli (CA)_
    Paul J. Napoli, Esq.
*Attorneys for Plaintiffs*
350 5th Avenue, Suite 7413
New York, NY 10118

PATTON BOGGS LLP

By: _James E. Tyrrell_
    James E. Tyrrell, Jr., Esq.
*Attorneys for all Defendants*
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated:    March 18, 2011

Dated:    March 18, 2011

SO ORDERED, this **21** day of **March**, 2011,

ALVIN K. HELLERSTEIN
United States District Judge

Page 2 of 6

**Exhibit A – List of Plaintiffs**

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action Nos. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Alvear | Santiago | Carpio | Martha | 06cv02220 | MC102 |
| 2 | Azubike | Victor | | | 07cv09058 | MC103 |
| 3 | Bailey | Jason | | | 06cv07346 | MC103 |
| 4 | Biancaniello | Deborah | | | 06cv10708 | MC100 |
| 5 | Bruno | James | | | 07cv10115 | MC100 |
| 6 | Canon | Russell | | | 06cv11974 | MC100 |
| 7 | Capobianco | Kenneth | Capobianco | Michele | 06cv14531 | MC100 |
| 8 | Cesta | Monte | Cesta | Elaine | 08cv02597 | MC103 |
| 9 | Dacunto | Robert | Dacunto | Nancy | 06cv09024 | MC100 |
| 10 | Dimmler | David | | | 06cv09989 | MC100 |
| 11 | Dondero | John | Dondero | Lisa | 06cv10930 | MC100 |
| 12 | Dowd | Edward | Dowd | Betsy | 06cv10123 | MC100 |
| 13 | Escalera | Peter | | | 06cv08765 | MC100 |
| 14 | Evans | Donald | Evans | Elmay | 06cv12049 | MC100 |
| 15 | Ferrandino | Nicholas | Conti | Alessandra | 06cv10555 | MC100 |
| 16 | Fiore | Vincent | Fiore | Eileen | 07cv09984 | MC100 |
| 17 | Ford | Jeffrey | Ford | krista | 06cv10557 | MC100 |
| 18 | Fox | Robert | | | 05cv01070 | MC100 |
| 19 | Galvin | Robert | Ramshorn-Galvin | Barbara | 06cv07304 | MC103 |
| 20 | Glancy Jr | Robert | | | 06cv14689 | MC103 |
| 21 | Gullo | Richard | Gullo | Donna- Marie | 05cv01658 | MC103 |
| 22 | Harris | Eugene | | | 05cv01382 | MC100 |
| 23 | Leone | Giovanni | Eagers | Lucia | 07cv10175 | MC100 |
| 24 | Magnus | Connie | | | 06cv10809 | MC100 |
| 25 | Martin | Mark | | | 07cv08968 | MC103 |
| 26 | McKeon | Eugene | | | 10cv07157 | MC100 |
| 27 | Mills | Robert | | | 06cv08474 | MC100 |
| 28 | Nieves, Jr. | Wilfredo | | | 06cv14922 | MC100 |
| 29 | Orlando | Dominic | | | 06cv10148 | MC100 |
| 30 | Owen | Douglas | Owen | Donna | 08cv01776 | MC100 |
| 31 | Paredes | Joel | Paredes | Luz Maria | 06cv12660 | MC100 |

3 of 6

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action Nos. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 32 | Pines | Anthony | Pines | Emma | 06cv10437 | MC100 |
| 33 | Pumacuri | Manuel | | | 09cv03453 | MC102 |
| 34 | Ramirez | Harold | Torres | Novoa | 08cv02304 | MC103 |
| 35 | Salwa | Jan | Salwa | Irena | 08cv02707 | MC103 |
| 36 | Schoffel | Matthew | | | 06cv14119 | MC103 |
| 37 | Schweigert | Annmarie | | | 08cv01783 | MC100 |
| 38 | Sinchi | Nelly | | | 07cv01535 | MC103 |
| 39 | Solis | Oscar | Solis | Sandra | 06cv07551 | MC100 |
| 40 | Spagnola | Joseph | Spagnola | Wendy | 06cv15074 | MC100 |
| 41 | Stanford | Phillip | | | 08cv05157 | MC103 |
| 42 | Sturges | Brian | Sturges | Dawn | 06cv11120 | MC100 |
| 43 | Thomas | Claudia | | | 07cv06504 | MC100 |
| 44 | Tock | Raymond | Malkin | Lynda | 06cv09330 | MC100 |
| 45 | Travaglia | Joseph | Travaglia | Jeanne | 07cv08954 | MC100 |
| 46 | Valdez | Rosa | Mora | Andres | 08cv02727 | MC102 |
| 47 | Valerga | Paul | | | 08cv00804 | MC100 |
| 48 | Valerio | Joseph | Valerio | Patti | 06cv10893 | MC100 |
| 49 | Vazquez | Eric | | | 06cv07337 | MC100 |
| 50 | Voce | Gregory | | | 06cv08568 | MC100 |
| 51 | Villa | Efrain | Villa | Grace | 07cv04222 | MC100 |
| 52 | Wolf | Paul | Wolf | Joanne | 06cv15143 | MC100 |
| 53 | Zamora | Bolivar | Huiracocha | Fanny | 08cv02740 | MC102 |

4 of 6

## Exhibit B – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|    BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
|    BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DAKOTA DEMO-TECH |
|    CITY UNIVERSITY OF NEW YORK | DESIMONE CONSULTING ENGINEERS, PLLC |
|    NEW YORK CITY DEPARTMENT OF EDUCATION | DCM ERECTORS, INC. |
|    NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIAMOND POINT EXCAVATION CORP |
| A RUSSO WRECKING | DIEGO CONSTRUCTION |
| ACROW | DIVERSIFIED CARTING |
| ALLCOM ELECTRIC | DMT ENTERPRISE |
| AMEC CONSTRUCTION MANAGEMENT, INC. | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| AMEC EARTH AND ENVIRONMENTAL | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EAGLE ONE ROOFING CONTRACTORS, INC. |
| ASG PEST CONTROL | EAGLE SCAFFOLDING CO. (SEASONS) |
| ATC GROUP SERV/DBA ATC ASSOCIATES | EJ DAVIES, INC. |
| ATLANTIC HEYDT CORP. | EN-TECH CORP. |
| ATLAS CONCRETE | ENTERTAINMENT PARTNERS |
| AVANTI DEMOLITION & CARTING CORP. | ET ENVIRONMENTAL |
| BECHTEL CONSTRUCTION, INC. | EVERGREEN RECYCLING OF CORONA (EROC) |
| BERGEN CONCRETE CUTTING | EWELL W. FINLEY, P.C. |
| BERKEL & CO. CONTRACTORS, INC. | EXECUTIVE MED SERVICES, PC |
| BIG APPLE WRECKING & CONSTRUCTION | F&G MECHANICAL CORPORATION |
| BOVIS LEND LEASE LMB, INC. | FELIX EQUITIES, INC. |
| BREEZE CARTING | FLEET TRUCKING |
| BREEZE NATIONAL, INC. | FRANCIS A. LEE EXTERIOR RESTORATION |
| BRER FOUR TRANSPORTATION | FRANK MICELLI JR CONTRACTING |
| BURO HAPPOLD CONSULT ENG. | FTI TRUCKING |
| C & D FIREPROOFING | G & G CONTRACTING, INC. |
| C & D PAINTING, INC. | GILSANZ, MURRAY, & STEFICEK |
| C.B. CONTRACTING CORP. | GINO CRACOLICI & SONS, INC. |
| CANRON CONSTRUCTION CORP. | GOLDSTEIN ASSOCIATES PLLC |
| CANTOR SEINUK GROUP | GRACE INDUSTRIES |
| CERTIFIED FENCE CORP. | GUY NORDENSON AND ASSOCIATES |
| CIVETTA COUSINS | HALLEN WELDING SERVICE |
| CLARCO ENTERPRISE CORP. | HELMSMAN MANAGEMENT SERVICES, INC. |
| COMPONENT ASSEMBLY SYS | HGC CONTRACTING CORP. |
| COORDINATED METALS, INC. | HIGH RISE HOISTING AND SCAFFOLDING |
| CORD CONTRACTING CO., INC. | HIGH-RISE ELECTRIC, INC. |

| | |
|---|---|
| HP ENVIRONMENTAL | ROBER SILMAN ASSOCIATES |
| JP EQUIPMENT RENTAL MATERIALS, INC. | ROBERT C STEWART |
| KEVIN MCMANUS | ROBERT ERRAT |
| KOCH SKANSKA, INC. | ROBERT L GEROSA |
| LAQUILLA CONSTRUCTION, INC. | RODAR ENTERPRISES, INC. |
| LASTRADA GENERAL CONTRACTING CORP. | ROYAL GM, INC. |
| LESLIE E. ROBERTSON ASSOCIATES | SAB TRUCKING |
| LIBERTY MUTUAL GROUP | SAFEWAY ENVIRONMENTAL |
| LIRO | SEMCOR EQUIPMENT |
| LOCKWOOD, KESSLER & BARTLETT (LKB) | SEVERUD ASSOCIATES CONSULTING ENGINEERS |
| LUCIUS PITKIN | SHELDRAKE ORGANIZATION, INC. |
| LZA TECH-DIVISION OF THORTON TOMASETTI | SILVERADO CONTRACTORS |
| M. G. MCLAREN, P.C. | SILVERITE CONTRACTING |
| MANAFORT BROTHERS, INC. | SIMPSON, GUMPERTZ, & HEGER |
| MAZZOCCHI WRECKING, INC. | SKIDMORE, OWINGS & MERRILL LLP |
| MEDCOR, INC. | STAR DELTA ELECTRIC |
| MENT BROTHERS | STIER, ANDERSON & MALONE |
| MERIDIAN CONSTRUCTION GROUP | SUMMIT STRUCTURES LLC |
| MG MCLAREN P.C. | TELENET COMMUNICATIONS |
| MORETRENCH AMERICAN, CORP. | THYSSEN KRUPP ELEVATOR CO. |
| MRA ENGINEERING, PC | TOMASETTI GROUP |
| MUESER RUTLEDGE CONSULTING ENGINEERS | TORETTA TRUCKING |
| MUSCO SPORTS LIGHTING, LLC | TOTAL SAFETY CONSULTING LLC |
| NACIREMA INDUSTRIES | TUCCI EQUIPMENT RENTAL CORP |
| NEW YORK CRANE & EQUIPMENT CORP. | TULLY CONSTRUCTION |
| NICHOLSON CONSTRUCTION CO. | TURNER CONSTRUCTION COMPANY |
| NICHOLSON/HEYWOOD JOINT VENTURE | ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE) |
| OFF ROAD WELDING, INC. | UNITED STATES REBAR |
| THE OFFICES OF JAMES RUDERMAN, LLP | VANGUARD EQUIPMENT RENTALS |
| OLYMPIC PLUMBING AND HEATING | VERTICAL TECHNOLOGIES |
| OVE ARUP & PARTNERS | VOLLMER ASSOCIATES |
| PARSON GROUP | W HARRIS & SON INC. |
| PETER SCALAMANDRE & SONS | WALTER WHITE TRUCKING |
| PINNACLE ENVIRONMENTAL | WEEKS MARINE, INC. |
| PLAZA CONSTRUCTION CORP. | WEIDLINGER ASSOCIATES |
| PRO SAFETY SERVICES, LLC | WHITNEY CONTRACTING |
| PT & L CONTRACTING CORP. | WOLKOW BRAKER ROOFING |
| REGIONAL SCAFFOLD & HOISTING CO, INC. | YANNUZZI & SONS, INC. |
| RICH MARK ENVIRONMENTAL SERVICES, INC. | YONKERS CONTRACTING |
| | YORK HUNTER CONSTRUCTION, LLC |
| | ZIEGENFUSS DRILLING |

6 of 6