

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE      :
LITIGATION                                                              :
------------------------------------------------------------ :   **AGENDA FOR MARCH 22,**
IN RE LOWER MANHATTAN DISASTER SITE          :   **2011 CONFERENCE**
LITIGATION                                                              :
------------------------------------------------------------ :   21 MC 100 (AKH)
IN RE COMBINED WORLD TRADE CENTER           :   21 MC 102
DISASTER SITE AND LOWER MANHATTAN        :   21 MC 103
DISASTER SITE LITIGATION                                 :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The following is an agenda of topics to be discussed at the status conference of

March 22, 2011.

1. Procedures for "opt out" cases.

   i. The parties have identified the Plaintiffs who chose not to settle under the

   Settlement Process Agreement, As Amended.

   ii. Procedure to select cases for experts discovery, motions, and trial; and to

   establish a schedule progressing towards trial.

   iii. Continuing need for TCDI, and regulating reasonable compensation for

   TCDI.

   iv. Procedure for "opt-out" cases not selected for early trial, and their stand-

   by status.

2. Procedure for newly filed cases: whether to stay, allow motions, etc.

3. Noah Kushlefsky to report regarding Plaintiffs who received compensation

   from original Victim Compensation Fund, and goals for such Plaintiffs.

4. Status of payments to settling Plaintiffs.

   i. Report of Allocation Neutral.

1

2

    ii.  Report of World Trade Center Captive Insurance Company.

    iii.  Report of Plaintiffs' Liaison Counsel.

5.  Issues regarding Case Management Order 10.

6.  Additional issues introduced by the parties.

7.  Setting the next status conference.


SO ORDERED.

Dated:      March 22, 2011
           New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge