UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES LISTED
ON THE ATTACHED SCHEDULE A
------------------------------------------------------------X

Case No.: 21 MC 102
            21 MC 103 (AKH)

Docket No.: (See attached Schedule A)

This Order relates to claims against Merrill Lynch, Brookfield and Battery Park City *only* in all cases listed on Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

This Order relates to the Plaintiffs listed on the attached Schedule A, and defendants Merrill Lynch & Co., Inc., 222 Broadway, LLC and CAP, Inc. (collectively "Merrill Lynch"), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P., WFP Tower D Co. GP Corp., and WFP Retail Co. L.P. (collectively "Brookfield") and Battery Park City Authority ("BPCA") in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be and the same are hereby dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2) as against the above-named Merrill Lynch, Brookfield and BPCA parties and without costs to any party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule".

Dated: March 22, 2011

SO-ORDERED:

Hon. Alvin K. Hellerstein, USDJ

## SCHEDULE A

| Plaintiff | Civil Action No. |
|---|---|
| Mulhern, Richard | 04CV09081 |
| Barbosa, Virginia | 06CV01649 |
| Kwasniak, Boguslaw | 07CV05300 |
| Iwanczyk, Wladyslaw | 07CV05362 |
| Polo, Jose | 05CV01418 |
| Demko, Wieslaw | 06CV01032 |
| Drozdz, Stanislaw | 06CV14620 |
| Jalil, Julio | 07CV04476 |
| Peski, Slawomir | 08CV02688 |