USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER SITE :
LITIGATION :
 :
--------------------------------------------------------------- : **ORDER SETTING BRIEFING**
IN RE LOWER MANHATTAN DISASTER SITE : **SCHEDULE**
LITIGATION :
 :
--------------------------------------------------------------- : 21 MC 100 (AKH)
IN RE COMBINED WORLD TRADE CENTER : 21 MC 102
DISASTER SITE AND LOWER MANHATTAN : 21 MC 103
DISASTER SITE LITIGATION :
 :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The Court has been advised of a dispute between the WTC Captive Insurance Company and Lloyd's of London, concerning the WTC Captive's indemnity obligation to Lloyd's under a settlement agreement resolving the former's claims against the latter. The inability to resolve the issue has caused a delay in payments due under the settlement agreement, both as settlement compensation to the settling Plaintiffs and as administrative costs for the Allocation Neutral. Given the urgent need for a resolution of the issue and the justiciable nature of the conflict, the parties shall set forth their positions, and provide supporting memoranda, by 5:00pm on April 11, 2011. The parties may reply to each others' submissions by 5:00pm on April 14, 2011. Briefing will then be closed. On April 11, the parties must also jointly submit a complete and unredacted copy of their settlement agreement.

  The Court will either decide the issue on the papers or set argument.

SO ORDERED.

Dated:   April 4, 2011
     New York, New York

                  ALVIN K. HELLERSTEIN
                  United States District Judge