UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAN DOBROWOLKSI

              Plaintiffs,

- against -

110 WALL STREET LP et al.,

              Defendants

------------------------------------------------------------X

21 MC 102 (AKH)
CASE NO. 10CV6589

NOTICE OF ADOPTION OF ANSWER TO MASTER AND AMENDED COMPLAINT

ELECTRONICALLY FILED

PLEASE TAKE NOTICE that Defendants RUDIN MANAGEMENT INC. (hereinafter RUDIN) as and for its response to the allegations set forth in the Amended Complaint filed pursuant to the October 14, 2010 order of Hon. Alvin K. Kellerstein granting plaintiff leave to re-plead this complaint hereby adopts all of the responses and all of the responses and all of the affirmative defenses contained in the Answer to the Master Compliant dated, filed and served August 15, 2007, In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Amended Complaint served and filed herein. Defendant RUDIN, also adopt the responses contained any amended answer filed and served herein.

PLEASE TAKE FURTHER NOTICE that Defendants RUDIN, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all codefendants.

PLEASE TAKE FURTHER NOTICE that Defendant RUDIN, also adopt all affirmative defenses and jury demand herein.

WHEREFORE, RUDIN demands judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
April 7, 2011

                                                                                       _____
Suzanne M. Halbardier, Esq. (SMH-0310)
BARRY McTIERNAN & MOORE
Attorneys for Defendants
RUDIN MANAGEMENT, INC.
2 Rector Street 14th Floor
New York, NY 10006
(212) 313-3600

Index No.: 21 MC 102
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

JAN DOBROWOLSKI,

                                Plaintiff(s),

    -against-

110 WALL STREET LP, et al.,

                               Defendants.

================================================================

## NOTICE OF ADOPTION OF ANSWER

================================================================

PLEASE TAKE NOTICE

[ ] **notice of entry**     that the within is a (certified) true copy of an entered in the office of the clerk of the within named Court on _____.

[ ] **notice of settlement**     that a Proposed Order of which the within is a true copy will be presented for settlement before the Honorable _____ one of the judges of the within named Supreme Court, _____ County, _____, at 9:30 a.m. on the ___ day of _____.

Dated: New York, New York
       April 7, 2011

                        Suzanne M. Halbardier, Esq.
                        BARRY, McTIERNAN & MOORE
                        Attorneys for Defendants
                        2 Rector Street - 14th Floor
                        New York, New York 10006
                        (212) 313-3600
                        File No.: WTC10000