UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MARIAN RETELSKI, Plaintiff, -against- TRC Engineers, Inc., et al. Defendants. | DOCKET NUMBER: 10cv6868(AKH) NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF TRC ENGINEERS, INC. |

Defendant TRC Engineers, Inc. hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which was filed and served on August 3, 2007. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, TRC Engineers, Inc. also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        May 4, 2011

COZEN O'CONNOR

By: _____
Kenneth G. Schwarz, Esq. (KS-6807)
45 Broadway Atrium, 16th Floor
New York, New York 10006
(212) 509-9400
Attorneys for Defendant
TRC Engineers, Inc

## CERTIFICATE OF SERVICE

I, KENNETH G. SCHWARZ, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc. Notice of Adoption of Answer and Defenses to Master Complaint was served this 4 day of May, 2011 via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, LLP
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wiess, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

All parties of record

Kenneth G. Schwarz (KS-6807)

NEWYORK_DOWNTOWN\2358921\1 222782.000