UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE:  WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL PLAINTIFFS ON THE
ATTACHED SCHEDULE A,

                              Plaintiff(s),

-against-

EVANS ENVIRONMENTAL & GEOLOGICAL
SCIENCE AND MANAGEMENT, LLC

                              Defendant(s).

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE AGAINST
EVANS ENVIRONMENTAL &
GEOLOGICAL SCIENCE AND
MANAGEMENT, LLC. ONLY**

21 MC 100
21 MC 102
21 MC 103 (AKH)

Civil Action No: See Schedule A

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41:

1. The plaintiffs' identified on Schedule A are dismissed with prejudice against defendant Evans Environmental & Geological Science and Management, LLC, Inc., only pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ordered by the Court on November 15, 2010;

2. All claims by the Plaintiff(s) identified on Schedule A against Evans Environmental & Geological Science and Management, LLC arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 are dismissed with prejudice; and

3. The dismissal is without costs to either party.

Dated:  New York, New York
         April 27, 2011

PILLINGER MILLER TARALLO, LLP

By: _____
    Marc H. Pillinger (MP-5276)
    570 Taxter Road, Suite 275
    Elmsford, NY 10523
    (914) 703-6300

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP

By: _____
    Christopher R. LoPalo (CL-6466)
    350 5th Avenue, Ste. 7413
    New York, NY 10118
    (212) 267-3700

SO ORDERED, this 5 day of May, 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/11

SCHEDULE A

| # | Derivative Last Name | Derivative First Name | Case # |
|---|---|---|---|
| 1 | Alexander | Geraldine | 07CV04405 |
| 2 | Bagiokos | Patricia | 06cv07938 |
| 3 | Croswell | Roeina | 06CV09525 |
| 4 | Dziubela | Carolann | 06cv08595 |
| 5 | Gelpi | Carmen | 07CV09210 |
| 6 | Godwin | Andrea | 06CV10659 |
| 7 | Lee | Kalena | 06cv09300 |
| 8 | Maguire | Lisa | 07CV05137 |
| 9 | McNamara | Lisa | 06cv14863 |
| 10 | Spinelli | Francine | 05CV01666 |