*HOLLINSTEIN(?)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER       :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                                      :   STIPULATION AND ORDER FOR
-------------------------------------------------------------- X   SUBSTITUTION OF COUNSEL
THIS DOCUMENT APPLIES TO ALL CASES   :
IN THE WORLD TRADE CENTER LOWER      :
MANHATTAN DISASTER SITE LITIGATION  :
FORTH ON SCHEDULE A HERETO               :
-------------------------------------------------------------- X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

the firm of McGuireWoods LLP, 1345 Avenue of the Americas, New York, New York, 10105-0106 be

substituted as counsel of record for defendants Merrill Lynch & Co., and/or 222 Broadway LLC in the

cases set forth on Schedule A hereto, in place and stead of Dickstein Shapiro LLP.

Dated: May _6_, 2011

DICKSTEIN SHAPIRO LLP                              MCGUIREWOODS LLP

By: _____                            By: _____
    Judith R. Cohen, Esq. (JC 8614)                  Philip Goldstein, Esq. (PG 4770)
    1633 Broadway                                            1345 Avenue of the Americas
    New York, New York 10019                          New York, New York 10105-0106
    Tel: (212) 277-6565                                    Tel: (212) 548-2100
    Fax: (212) 277-6501                                   Fax: (212) 548-2150

Former Attorneys for                                  Substituting Attorneys for
MERRILL LYNCH & CO., INC. and             MERRILL LYNCH & CO., INC. and
222 BROADWAY LLC                              222 BROADWAY LLC

SO ORDERED: 5/6/11

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/11

DOCSNY-462539v1

Schedule A
21MC102

| Name | Case No. |
|---|---|
| Sanchez, Alex Anthony | 05CV01091 |
| Valdez, Rafael | 05CV01092 |
| Checo, Manuel | 05CV01093 |
| Markut, Roman and Dorota | 05CV01927 |
| Sowa, Mieczyslaw | 05CV02446 |
| Jozon, Jerzy and Maria | 05CV02666 |
| Foremska, Lucyna and Tadeusz | 05CV03090 |
| Ramirez, Iris Norma | 05CV05666 |
| Cieslak, Romuald | 05CV06240 |
| Wajda, Andrzej and Kazimiera | 05CV06269 |
| Lupinski, Boguslaw | 05CV06284 |
| Wszolkowski, Dariusz | 05CV08499 |
| Mierzejewski, Ireneusz and Krystyna | 06CV01513 |
| Matuszewski, Piotr and Mariola | 06CV01514 |
| Naranjo, Jose and Martha | 06CV01517 |
| Krupinski, Leszek | 06CV01519 |
| Ropel, Waldemar and Krystyna | 06CV01520 |
| Kowalewski Tadeusz and Beata | 06CV01521 |
| Pogorzelski, Jozef | 06CV02748 |
| Sobol, Andrzej | 06CV04171 |
| Koszelnik, Anatol and Maria | 06CV05283 |
| Muszkatel, Jerzy | 06CV05285 |
| Jastrzebowski, Eugeniusz | 06CV05289 |
| Maksimiuk, Marian and Zofia | 06CV05291 |
| Zanabria, Miguel and Arce, Monica | 06CV05319 |
| Arce, Monica  and Zanabria, Miguel | 06CV05323 |
| Balcer, Waldemar and Kalina | 06CV05325 |
| Muszak, Aleksandra | 06CV05334 |
| Acosta, Ruben | 06CV05335 |
| Ginter, Janusz | 06CV05337 |
| Vaca, Jose | 06CV05339 |
| Daikoku, Alex and Carolina | 06CV05342 |
| Perzynska, Irena | 06CV05345 |
| Campuzano, Joaquin | 07CV01478 |
| Reinoso, Bolivar | 07CV01516 |
| Ortiz, Maria | 07CV04499 |
| Peralta, Blanca | 07CV08312 |
| Szymik, Henrik | 07CV11293 |
| Puello, Maria | 07CV11294 |
| Mnich, Marian and Anna | 08CV05764 |
| Galazka, Josef and Jadwiga | 08CV06722 |
| Dul, Alojzy and Krystyna Dul | 08CV09065 |
| Galazka, Jadwiga and Jozef | 08CV09067 |
| Kucharski, Zbigniew | 08CV09069 |

**Schedule A**
**21MC102**

| Name | Case No. |
|---|---|
| Socha, Marek and Haline Socha | 09CV00680 |
| Cardenas, Carlos and Edith | 09CV00681 |
| Zdanowicz, Jan | 09CV02258 |
| Garcia, Sandra | 09CV02817 |
| Ramirez, Nubia | 09CV03101 |
| Arias, Rubiela | 09CV04609 |
| Velasco, Salustio | 09CV04610 |
| Glowaty, Marek | 09CV10591 |
| Ciborowski, Henryk and Irena Barbara | 10CV04226 |
| Concepcion, Yaritza | 10CV06866 |
| Retelski, Marian | 10CV06868 |
| Velez, Noel | 10CV06869 |
| Miroschnychenko, Oleksiy | 10CV06883 |
| Velez, Noel | 10CV06869 |

2