UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION  :  21 MC 102 (AKH)

THIS DOCUMENT APPLIES TO ALL CASES  :  **NOTICE OF APPEARANCE**
IN THE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
FORTH ON SCHEDULE A HERETO
-------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Philip Goldstein, an attorney with the law firm of McGuireWoods LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for defendants Merrill Lynch & Co. and/or 222 Broadway LLC, in this action and in the cases set forth on Schedule A hereto, and requests that all subsequent papers be served at the address indicated below:

Philip Goldstein, Esq. (pgoldstein@mcguirewoods.com)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100 (Telephone)
(212) 715-2315 (Facsimile)

Dated: New York, New York
May 10, 2011

McGuireWoods LLP

By: ___/s/___
Philip Goldstein

1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100
*Attorneys for Merrill Lynch & Co. and/or 222 Broadway LLC*

\31111006.1

Schedule A
21MC102

| Name | Case No. |
|---|---|
| Sanchez, Alex Anthony | 05CV01091 |
| Valdez, Rafael | 05CV01092 |
| Checo, Manuel | 05CV01093 |
| Markut, Roman and Dorota | 05CV01927 |
| Sowa, Mieczyslaw | 05CV02446 |
| Jozon, Jerzy and Maria | 05CV02666 |
| Foremska, Lucyna and Tadeusz | 05CV03090 |
| Ramirez, Iris Norma | 05CV05666 |
| Cieslak, Romuald | 05CV06240 |
| Wajda, Andrzej and Kazimiera | 05CV06269 |
| Lupinski, Boguslaw | 05CV06284 |
| Wszolkowski, Dariusz | 05CV08499 |
| Mierzejewski, Ireneusz and Krystyna | 06CV01513 |
| Matuszewski, Piotr and Mariola | 06CV01514 |
| Naranjo, Jose and Martha | 06CV01517 |
| Krupinski, Leszek | 06CV01519 |
| Ropel, Waldemar and Krystyna | 06CV01520 |
| Kowalewski Tadeusz and Beata | 06CV01521 |
| Pogorzelski, Jozef | 06CV02748 |
| Sobol, Andrzej | 06CV04171 |
| Koszelnik, Anatol and Maria | 06CV05283 |
| Muszkatel, Jerzy | 06CV05285 |
| Jastrzebowski, Eugeniusz | 06CV05289 |
| Maksimiuk, Marian and Zofia | 06CV05291 |
| Zanabria, Miguel and Arce, Monica | 06CV05319 |
| Arce, Monica and Zanabria, Miguel | 06CV05323 |
| Balcer, Waldemar and Kalina | 06CV05325 |
| Muszak, Aleksandra | 06CV05334 |
| Acosta, Ruben | 06CV05335 |
| Ginter, Janusz | 06CV05337 |
| Vaca, Jose | 06CV05339 |
| Daikoku, Alex and Carolina | 06CV05342 |
| Perzynska, Irena | 06CV05345 |
| Campuzano, Joaquin | 07CV01478 |
| Reinoso, Bolivar | 07CV01516 |
| Ortiz, Maria | 07CV04499 |
| Peralta, Blanca | 07CV08312 |
| Szymik, Henrik | 07CV11293 |
| Puello, Maria | 07CV11294 |
| Mnich, Marian and Anna | 08CV05764 |
| Galazka, Josef and Jadwiga | 08CV06722 |
| Dul, Alojzy and Krystyna Dul | 08CV09065 |
| Galazka, Jadwiga and Jozef | 08CV09067 |
| Kucharski, Zbigniew | 08CV09069 |

DOCSNY-461377v1

## Schedule A
## 21MC102

| Name | Case No. |
|---|---|
| Socha, Marek and Haline Socha | 09CV00680 |
| Cardenas, Carlos and Edith | 09CV00681 |
| Zdanowicz, Jan | 09CV02258 |
| Garcia, Sandra | 09CV02817 |
| Ramirez, Nubia | 09CV03101 |
| Arias, Rubiela | 09CV04609 |
| Velasco, Salustio | 09CV04610 |
| Glowaty, Marek | 09CV10591 |
| Ciborowski, Henryk and Irena Barbara | 10CV04226 |
| Concepcion, Yaritza | 10CV06866 |
| Retelski, Marian | 10CV06868 |
| Velez, Noel | 10CV06869 |
| Miroschnychenko, Oleksiy | 10CV06883 |
| Velez, Noel | 10CV06869 |

2

DOCSNY-461377v1