UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER DISASTER SITE  :
LITIGATION  :
:
-------------------------------------------------------------------- :
:
IN RE LOWER MANHATTAN DISASTER SITE  :
LITIGATION  :
:
-------------------------------------------------------------------- :
:
IN RE COMBINED WORLD TRADE CENTER  :
DISASTER SITE AND LOWER MANHATTAN  :
DISASTER SITE LITIGATION  :
:
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/16/11

**ORDER DIRECTING SUBMISSION OF SCHEDULES SHOWING PROGRESS OF SETTLEMENTS AND DISMISSALS**

21 MC 100 (AKH)
21 MC 102
21 MC 103

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff's Liaison Counsel and Counsel for the Port Authority of New York and New Jersey have submitted a joint stipulation seeking to approve a settlement they have reached in the above-captioned Master Calendars, which would dismiss claims by all Plaintiffs who sued the Port Authority. The Court has endorsed the stipulation and granted the motion. However, the form of the stipulation, and of similar stipulations recently submitted by Plaintiffs' Liaison Counsel and settling Defendants, has taxed the ability of the Clerk of this Court to process dismissals in an efficient and orderly fashion. They have also impaired the Court's ability to monitor the progress of the settlement and dismissal process called for under the Settlement Process Agreement, As Amended ("SPA").

      By May 20, 2011, Plaintiff's Liaison Counsel shall submit a schedule identifying, for each Plaintiff who has chosen to settle under the SPA, which Defendants have been dismissed and which Defendants, if any, remain, pursuant to the settlement with the City and its covered contractors, and pursuant to additional settlements thereafter made. Liaison Counsel

1

shall also note the status of any pending settlements with any other Defendants.  Liaison Counsel shall identify Plaintiffs in these Schedules by sequential case number, and not by alphabetical order.

        SO ORDERED.

Dated:      May 13, 2011
              New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge