



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

SEGUNDO MORALES, et al.,

    Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

    Defendants.

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE PURSUANT TO
FINAL SETTLEMENT AGREEMENT

21 MC 100 (AKH)
21 MC 102 (AKH)

THIS STIPULATED ORDER PERTAINS TO
ALL PLAINTIFFS AND DOCKET
NUMBERS SET FORTH ON EXHIBIT A

IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ("Settling Defendants") that:

1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

2. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

| | |
|---|---|
| WORBY GRONER EDELMAN & NAPOLI BERN, LLP | PATTON BOGGS LLP |
| By: *(signed)* Paul J. Napoli, Esq. (CRL) *Attorneys for Plaintiffs* 350 5th Avenue, Suite 7413 New York, NY 10118 | By: *(signed)* James E. Tyrrell, Jr., Esq. *Attorneys for all Defendants* The Legal Center One Riverfront Plaza, Suite 600 Newark, NJ 07102 |
| Dated:   May 3, 2011 | Dated:   May 3, 2011 |

SO ORDERED, this 13 day of May, 2011,

*(signed)*
ALVIN K. HELLERSTEIN
United States District Judge

## Exhibit A – List of Plaintiffs

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action No. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Morales | Segundo | Morales | Dolores | 07cv01668 | 21MC102 |
| 2 | Valarezo | Wilson | Obando-Aguire | Sara | 06cv07564 | 21MC100 |

## Exhibit B – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|     BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
| | DAKOTA DEMO-TECH |
|     BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DESIMONE CONSULTING ENGINEERS, PLLC |
|     CITY UNIVERSITY OF NEW YORK | DCM ERECTORS, INC. |
|     NEW YORK CITY DEPARTMENT OF EDUCATION | DIAMOND POINT EXCAVATION CORP |
| | DIEGO CONSTRUCTION |
|     NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIVERSIFIED CARTING |
| | DMT ENTERPRISE |
| A RUSSO WRECKING | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| ACROW | |
| ALLCOM ELECTRIC | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| AMEC CONSTRUCTION MANAGEMENT, INC. | |
| | EAGLE ONE ROOFING CONTRACTORS, INC. |
| AMEC EARTH AND ENVIRONMENTAL | |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EAGLE SCAFFOLDING CO. (SEASONS) |
| | EJ DAVIES, INC. |
| ASG PEST CONTROL | EN-TECH CORP. |
| ATC GROUP SERV/DBA ATC ASSOCIATES | ENTERTAINMENT PARTNERS |
| | ET ENVIRONMENTAL |
| ATLANTIC HEYDT CORP. | EVERGREEN RECYCLING OF CORONA (EROC) |
| ATLAS CONCRETE | |
| AVANTI DEMOLITION & CARTING CORP. | EWELL W. FINLEY, P.C. |
| BECHTEL CONSTRUCTION, INC. | EXECUTIVE MED SERVICES, PC |
| BERGEN CONCRETE CUTTING | F&G MECHANICAL CORPORATION |
| BERKEL & CO. CONTRACTORS, INC. | FELIX EQUITIES, INC. |
| BIG APPLE WRECKING & CONSTRUCTION | FLEET TRUCKING |
| | FRANCIS A. LEE EXTERIOR RESTORATION |
| BOVIS LEND LEASE LMB, INC. | |
| BREEZE CARTING | FRANK MICELLI JR CONTRACTING |
| BREEZE NATIONAL, INC. | FTI TRUCKING |
| BRER FOUR TRANSPORTATION | G & G CONTRACTING, INC. |
| BURO HAPPOLD CONSULT ENG. | GILSANZ, MURRAY, & STEFICEK |
| C & D FIREPROOFING | GINO CRACOLICI & SONS, INC. |
| C & D PAINTING, INC. | GOLDSTEIN ASSOCIATES PLLC |
| C.B. CONTRACTING CORP. | GRACE INDUSTRIES |
| CANRON CONSTRUCTION CORP. | GUY NORDENSON AND ASSOCIATES |
| CANTOR SEINUK GROUP | HALLEN WELDING SERVICE |
| CERTIFIED FENCE CORP. | HELMSMAN MANAGEMENT SERVICES, INC. |
| CIVETTA COUSINS | |
| CLARCO ENTERPRISE CORP. | HGC CONTRACTING CORP. |
| COMPONENT ASSEMBLY SYS | HIGH RISE HOISTING AND SCAFFOLDING |
| COORDINATED METALS, INC. | |
| CORD CONTRACTING CO., INC. | HIGH-RISE ELECTRIC, INC. |

| | |
|---|---|
| HP ENVIRONMENTAL | ROBER SILMAN ASSOCIATES |
| JP EQUIPMENT RENTAL MATERIALS, INC. | ROBERT C STEWART |
| | ROBERT ERRAT |
| KEVIN MCMANUS | ROBERT L GEROSA |
| KOCH SKANSKA, INC. | RODAR ENTERPRISES, INC. |
| LAQUILLA CONSTRUCTION, INC. | ROYAL GM, INC. |
| LASTRADA GENERAL CONTRACTING CORP. | SAB TRUCKING |
| | SAFEWAY ENVIRONMENTAL |
| LESLIE E. ROBERTSON ASSOCIATES | SEMCOR EQUIPMENT |
| LIBERTY MUTUAL GROUP | SEVERUD ASSOCIATES CONSULTING ENGINEERS |
| LIRO | |
| LOCKWOOD, KESSLER & BARTLETT (LKB) | SHELDRAKE ORGANIZATION, INC. |
| | SILVERADO CONTRACTORS |
| LUCIUS PITKIN | SILVERITE CONTRACTING |
| LZA TECH-DIVISION OF THORTON TOMASETTI | SIMPSON, GUMPERTZ, & HEGER |
| | SKIDMORE, OWINGS & MERRILL LLP |
| M. G. MCLAREN, P.C. | STAR DELTA ELECTRIC |
| MANAFORT BROTHERS, INC. | STIER, ANDERSON & MALONE |
| MAZZOCCHI WRECKING, INC. | SUMMIT STRUCTURES LLC |
| MEDCOR, INC. | TELENET COMMUNICATIONS |
| MENT BROTHERS | THYSSEN KRUPP ELEVATOR CO. |
| MERIDIAN CONSTRUCTION GROUP | TOMASETTI GROUP |
| MG MCLAREN P.C. | TORETTA TRUCKING |
| MORETRENCH AMERICAN, CORP. | TOTAL SAFETY CONSULTING LLC |
| MRA ENGINEERING, PC | TUCCI EQUIPMENT RENTAL CORP |
| MUESER RUTLEDGE CONSULTING ENGINEERS | TULLY CONSTRUCTION |
| | TURNER CONSTRUCTION COMPANY |
| MUSCO SPORTS LIGHTING, LLC | ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE) |
| NACIREMA INDUSTRIES | |
| NEW YORK CRANE & EQUIPMENT CORP. | UNITED STATES REBAR |
| NICHOLSON CONSTRUCTION CO. | VANGUARD EQUIPMENT RENTALS |
| NICHOLSON/HEYWOOD JOINT VENTURE | VERTICAL TECHNOLOGIES |
| OFF ROAD WELDING, INC. | VOLLMER ASSOCIATES |
| THE OFFICES OF JAMES RUDERMAN, LLP | W HARRIS & SON INC. |
| | WALTER WHITE TRUCKING |
| OLYMPIC PLUMBING AND HEATING | WEEKS MARINE, INC. |
| OVE ARUP & PARTNERS | WEIDLINGER ASSOCIATES |
| PARSON GROUP | WHITNEY CONTRACTING |
| PETER SCALAMANDRE & SONS | WOLKOW BRAKER ROOFING |
| PINNACLE ENVIRONMENTAL | YANNUZZI & SONS, INC. |
| PLAZA CONSTRUCTION CORP. | YONKERS CONTRACTING |
| PRO SAFETY SERVICES, LLC | YORK HUNTER CONSTRUCTION, LLC |
| PT & L CONTRACTING CORP. | ZIEGENFUSS DRILLING |
| REGIONAL SCAFFOLD & HOISTING CO, INC. | |
| RICH MARK ENVIRONMENTAL SERVICES, INC. | |