UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

JAN DOBROWOLSKI,

       Plaintiff,

-against-

110 WALL STREET LP, 233 BROADWAY OWNERS, LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALLRIGHT PARKING MANAGEMENT, INC., AMBIENT GROUP, INC., BANKERS TRUST CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP INC., BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BT PRIVATE CLIENTS CORP., CENTRAL PARKING SYSTEM OF NEW YORK, INC., DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EDISON PARKING MANAGEMENT, L.P., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, RY MANAGEMENT CO., INC., RUDIN MANAGEMENT INC., STRUCTURE TONE GLOBAL SERVICES, INC., STRUCTURE TONE (UK), INC.

       Defendants.
------------------------------------------------------------------X

Case No.:

21 MC 102 (AKH)
Docket No.:

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

  Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, and HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Amended Complaint by Adoption (Amended Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

Master Complaint is deemed to deny the allegations of the Amended Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Amended Check-Off Complaint in the above-caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
May 16, 2011

        Yours etc.,

        CALLAN, KOSTER, BRADY & BRENNAN, LLP
        Attorneys for Defendants
        BOARD OF MANAGERS OF THE HUDSON VIEW
        EAST CONDOMINIUM, HUDSON VIEW EAST
        CONDOMINIUM

        By: _____
               Jason J. Lavery
               One Whitehall Street
               New York, New York 10004
               (212) 248-8800

TO:   Gregory J. Cannata & Associates
       Attorneys for Plaintiff
       233 Broadway – 5th Floor
       New York, New York 10279
       (212) 553-9153

       Robert Grochow, P.C.
       Attorney for Plaintiff
       233 Broadway – 5th Floor
       New York, New York 10279
       (212) 553-9206

       **See Attached Rider**

**RIDER**

EDISON PARKING MANAGEMENT L.P.
100 WASHINGTON STREET
NEWARK, NEW JERSEY 07102

THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
30-30 Thompson Avenue
Long Island City, New York 11101

NEW YORK UNIVERSITY
70 Washington Square South
New York, New York 10012

R Y MANAGEMENT CO., INC.
1619 Third Avenue
New York, New York 10028

RUDIN MANAGEMENT INC.
345 Park Avenue
New York, New York 10154

STRUCTURE TONE GLOBAL SERVICES, INC.
770 Broadway – 9th Floor
New York, New York 10003

STRUCTURE TONE (UK), INC.
770 Broadway – 9th Floor
New York, New York 10003

THAMES REALTY CORP.
c/o Stephen Mann
488 Madison Avenue
New York, New York 10022

THE BANK OF NEW YORK TRUST COMPANY NA
700 South Flower Street
Los Angeles, CA 90017

BELFOR USA GROUP, INC.
185 Oakland Avenue, Suite 300
Birmingham, Michigan 48009

BOARD OF EDUCATION OF THE CITY OF NEW YORK
c/o Corporation Counsel
100 Church Street
New York, New York 10007

BOSTON PROPERTIES, INC.
599 Lexington Avenue
New York, New York 10022

BT PRIVATE CLIENTS CORP
c/o Deutsche Bank
60 Wall Street
New York, New York 10005

CENTRAL PARKING SYSTEM OF NEW YORK, INC.
2401 21st Avenue South Suite 200
Nashville, Tennessee 37212-5309

DEPARTMENT OF BUSINESS SERVICES
110 William Street – 7th Floor
New York, New York 10038

DEUTSCHE BANK TRUST COMPANY
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST CORPORATION
60 Wall Street
New York, New York 10005

BANKERS TRUST CORPORATION

THE CITY OF NEW YORK
c/o Corporation Counsel
100 Church Street
New York, New York 10007

THE NEW YORK CITY DEPARTMENT OF EDUCATION
52 Chambers Street
New York, New York 10007

TISHMAN INTERIORS CORPORATION
666 Fifth Avenue
New York, New York 10017

TRIBECA LANDING L.L.C.
c/o Rockrose Development Corp.
Attn: General Counsel
290 Park Avenue South
New York, New York 10010-5312

TULLY CONSTRUCTION CO. INC.
127-50 Northern Blvd.
Flushing, New York 11368-1520

TULLY INDUSTRIES INC.
127-50 Northern Blvd.
Flushing, New York 11368-1520

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**SHALISHA ALSTON**, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I reside in New York County, New York.

On May 19, 2011, I served a true copy of the annexed **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT** by **electronic filing upon:**

**See Attached Rider**

_____
SHALISHA ALSTON

Sworn to before me this
19th day of May, 2011.

_____
NOTARY PUBLIC

Margaret Flanagan
NOTARY PUBLIC, State of New York
No. 01FL6146569
Qualified in Suffolk County
Term Expires: May 22, 2014