UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

THIS DOCUMENT APPLIES TO ALL CASES
IN THE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
AS FORTH ON SCHEDULE A HERETO
                                  Plaintiffs,

------------------------------------------------------------x

21 MC 100 (AKH)
21 MC 102 (AKH)
21 MC 103 (AKH)

NOTICE OF
APPEARANCE

**PLEASE TAKE NOTICE** that Myra Needleman, an attorney with the law firm of LONDON FISCHER LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for defendants NEW YORK UNIVERSITY and NEW YORK UNIVERSITY REAL ESTATE CORPORATION in this action and in the cases set forth in the attached Substitution of Attorneys and requests that all subsequent papers be served at the address indicated below:

Myra Needleman, Esq. (Mneedleman@londonfischer.com)
London Fischer LLP
59 Maiden Lane
New York, New York
(212) 972-1000 (telephone)
(212) 972-1030 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/11

Dated: New York, New York
May 18, 2011

LONDON FISCHER LLP

By: _____
Myra Needleman, Esq. (3508)
Attorneys for Defendants
New York University and New York
University Real Estate Corporation.
59 Maiden Lane
New York, New York 10038
(212) 972-1000

{N0323177.1}