USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/11

RECEIVED
AUG 03 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

IN RE: SEPTEMBER 11 LITIGATION                          21 MC 97 (AKH)

------------------------------------X

------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE                 21 MC 100 (AKH)
LITIGATION

------------------------------------X

------------------------------------X

IN RE: SEPTEMBER 11 PROPERTY DAMAGE                     21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION

------------------------------------X

------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                      21 MC 102 (AKH)

------------------------------------X

------------------------------------X

IN RE: COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE LITIGATION                21 MC 103 (AKH)
(STRADDLER PLAINTIFFS)

------------------------------------X

## ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), and an opportunity having been given to all parties in the above-entitled actions to object, it is hereby

**ORDERED**, that the Port Authority is permitted to allow the New York City Office of the Chief Medical Examiner (OCME) to remove and examine WTC material

contained in and on an FDNY SUV (identified on PANYNJ Artifact Request List as D-011), and to allow the New York State Museum to clean the ambulance prior to its physical transfer from John F. Kennedy International Airport, Hangar 17 to its permanent home at the New York State Museum.

Dated: New York, New York
       August 3, 2011

                                       THE HON. ALVIN K. HELLERSTEIN
                                       UNITED STATES DISTRICT JUDGE