```
USDC SDNY
DOCUMENT
ELECTRONICALLY FI!
DOC #:
DATE FILED: 8/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
IN RE LOWER MANHATTAN DISASTER          :
SITE LITIGATION                                        :
                                                             :
------------------------------------------------------------ x

**SUMMARY ORDER—OTHER**
**DECEDENTS CASES**

21 MC 102 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On June 3, 2011, I issued an Order that reaffirmed the overall fairness and

reasonableness of the Final Settlement Agreement ("FSA"), reached between the parties in the

21 MC 100, 21 MC 102, and 21 MC 103 litigations. Fairness Order—Decedents' Estates, In re

World Trade Center Disaster Site Litig., 21 MC 100 (Doc. No. 2478) (S.D.N.Y. June 3, 2011).

The Order is directed to 104 particular Plaintiffs proceeding as decedents' estates, and provides

the Surrogate's Courts in which the estates are in probate proceedings with a judicial approval of

the FSA. The purpose is to aid the Surrogate's Courts' consideration whether to issue

compromise orders for the decedent's estates, to permit the estates to settle under the FSA, as

required by New York Estates Powers & Trusts Law § 5-4.6 (McKinney 2011).

Another firm representing decedents' estates, Gregory J. Cannata and Associates,

asks me to extend the terms of my June 3 Order to a list of Plaintiffs whom it represents,

identified in a letter to the Court, to support applications for compromise orders in their cases.

Under the circumstances, the terms of the June 3 Order are extended to the Plaintiffs identified.

All other counsel who seek to extend the June 3 Order to his or her cases may make this same

request, identifying by exhibit the cases to which the Order should be extended.

SO ORDERED.

Dated:        August 6, 2011
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge