UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

----------------------------------------x

21MC102 (AKH)
21MC103 (AKH)

ORDER CONTROLLING COST
ALLOCATION AMONG
PLAINTIFFS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/11

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS at the August 2, 2011, status conference, the Court directed Plaintiffs' Liaison Counsel and Defendants' Liaison Committee ("Liaison Counsel") to submit an Order setting forth a procedure for allocating among the parties in this litigation certain costs and expenses incurred by Liaison Counsel, with respect to cost allocation among the plaintiffs:

IT IS NOW, THEREFORE, ORDERED AS FOLLOWS:

1. In that multiple costs have and will continue to be incurred on behalf of the plaintiffs in the 21MC102(AKH) and 21MC103(AKH) dockets, inclusive of items such as invoices from Special Masters, Professors Henderson and Twerski, costs associated with establishing and maintaining Court directed data bases, and other items related to the prosecution and/or management of the claims, Plaintiffs Liaison, 21MC102(AKH) will pro-rate those invoices to the respective plaintiffs firms in the litigation based upon the number of plaintiffs that each respective firm represents.

2. Respective plaintiffs' firms shall remit their pro-rata share of said invoices to Plaintiffs Liaison, 21MC102(AKH) on demand, on a timely basis upon receipt of said invoice, but not later than 30 days of their receipt. In the case of direct billing of the pro-rata share of an invoice by a vendor/provider to the respective plaintiffs' firms, the respective plaintiff's

1

firm shall pay their respective pro-rata invoice on demand, on a timely basis upon receipt of said invoice, but not later than 30 days of their receipt. After the initial determination of the number of cases represented by the respective firms, as per paragraph "3" below, Plaintiffs Liaison will accept any changes in the number of open cases per firm once every 30 days, with pro-rata adjustments applicable to future incurred costs only.

3. To allow for an accurate accounting and verification of the pro-rata shares assigned to each respective plaintiff's firm, each respective plaintiff's firm in the 21MC102(AKH) and 21MC103(AKH) dockets shall, within 10 days of this Order provide to Plaintiffs Liaison, 21MC102(AKH), the total number of their cases in those dockets in a spreadsheet listing of their cases by: case number, docket number, last name, first name, law firm name.

4. Except as otherwise stated herein, this Order shall not supersede any Orders previously entered in this litigation or any individual action consolidated thereunder.

Dated: August 17, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2