UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | CASE NO.: 21-MC-102 (AKH)<br>21-MC-103 (AKH)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark E. Anderson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above-captioned actions.

I am in good standing of the bar of the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted this 16th day of August, 2011.

McGUIREWOODS, LLP

By: _____
Mark E. Anderson
NC State Bar No. 15764
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601
Telephone (919) 755-6600
Facsimile  (919) 755-6699
manderson@mcguirewoods.com
*Attorneys for Defendants*
*Merrill Lynch & Co., Inc. and*
*222 Broadway LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | CASE NO.: 21-MC-102 (AKH)<br>21-MC-103 (AKH)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Mark E. Anderson, for admission to practice *Pro Hac Vice* in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the State of North Carolina; and that his contact information is as follows:

Mark E. Anderson
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919( 755 6699
manderson@mcguirewoods.com

Applicant having required admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above entitled actions.

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

This ____ day of _____, 2011.

_____
United States District Judge

2

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 19, 1988, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## MARK E. ANDERSON

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this August 9, 2011.

*Christie S Cameron*

Christie S. Cameron
Clerk of the Supreme Court
of the State of North Carolina

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing documents:

- MOTION FOR ADMISSION *PRO HAC VICE*, CERTIFICATE OF GOOD STANDING, AND PROPOSED ORDER,

to be filed with the Clerk of the Court on this date. The CM/ECF system will send notification to all counsel for CM/ECF.

Dated: August 19, 2010

James J Simonelli

3