UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | CASE NO.: 21-MC-102 (AKH) 21-MC-103 (AKH) **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Mark E. Anderson, for admission to practice *Pro Hac Vice* in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the State of North Carolina; and that his contact information is as follows:

Mark E. Anderson
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919( 755 6699
manderson@mcguirewoods.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/11

Applicant having required admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above entitled actions.

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

This ___ day of _____, 2011.

_____
United States District Judge