


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE: WORLD TRADE CENTER                    Docket No.: 21 MC 102 (AKH)
DISASTER SITE LITIGATION
-----------------------------------------------------------------x   **NOTICE OF MOTION**

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT upon the Declaration of Denise A. Rubin dated August 24, 2011 and the exhibits annexed thereto, this Court's Order of August 19, 2011, and pursuant to Fed. R. Civ. P. 60 (b)(1) the undersigned will request this Court to reconsider it's Order of August 22, 2011 and upon such reconsideration:

1. To amend and revise the August 19, 2011 Order, annexed at Exhibit "A", related to the allocation of costs among plaintiffs' counsel in the 21MC102 docket to read substantially as the Proposed Order annexed to these papers as Exhibit "B"; and

2. Such other and additional relief as this Court deems just and proper.

Dated:    New York, New York
           August 24, 2011

                           Respectfully submitted,

                           WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                           *Plaintiffs' Co-Liaison Counsel*

                           Denise A. Rubin (DR-5591)

                           350 5th Avenue, Suite 7413
                           New York, New York 10118
                           (212) 267-3700

---

*Handwritten note from Judge Hellerstein:*

The motion is denied. These lawsuits, approximately 3,000 in number, cannot be prosecuted effectively unless liaison counsel's direct costs are equitably shared on a current basis. My order of August 19, 2011 so provides. Movant's argument based on consensus is inequitable and partial pleading is rejected.

8/29/11     /s/ A. K. Hellerstein

To:

Gregory Cannata
The Law Firm of Gregory J. Cannata
The Woolworth Building
233 Broadway, 5th Floor
New York, New York  10279

Robert Grochow
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York  10279

Defendants Liaison Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------X   Docket No.: 21 MC 102 (AKH)

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------X

## MOTION FOR RECONSIDERATION

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for* : numerous Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name: Denise A. Rubin (DR5591)

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
   that the within is a (certified) true copy of an _____ duly entered in the office of the clerk of the within named court on _____ 200__.
☐ NOTICE OF SETTLEMENT
   that an order _____ of which the within is a true copy, will be presented for settlement to the HON. _____ one of the judges of the within named Court, at _____ on _____ 200__ at _____ O'clock ____.M.

Dated, _____

Yours, etc.

**WORBY GRONER EDELMAN & NAPOLI BERN LLP**