UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER SITE
LITIGATION,

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

**NOTICE OF MOTION**

**Case Nos.: 21 MC 100**
**21 MC 102**
**21 MC 103**
**(AKH) (ECF CASE)**

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the affirmation of Howard F. Strongin, Esq., the exhibits annexed thereto, and memorandum of law in support, as redacted for Electronic Case filing purposes pending this Court's decision on the within motion, Defendants NOMURA HOLDING AMERICA INC. and NOMURA SECURITIES INTERNATIONAL, INC., by their attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, will move this Court as soon as this matter may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York for an order: (1) pursuant to the Individual Rules of the Honorable Alvin K. Hellerstein, permitting the undersigned to file a confidential letter, with attached confidential exhibits, under seal; (2) for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that a true and unredacted copy of the foregoing **NOTICE OF MOTION, AFFIRMATION IN SUPPORT, EXHIBITS ATTACHED THERETO, AND MEMORANDUM OF LAW** have been served via

Electronic Mail on those to whom this motion pertains.

Dated: New York, New York
September 7, 2011

           Yours, etc.

           STRONGIN ROTHMAN & ABRAMS, LLP

           *S/Howard F. Strongin*

           ―――――――――――――――
           HOWARD F. STRONGIN, ESQ.
           Attorneys for Defendants
           NOMURA HOLDING AMERICA INC. and
           NOMURA SECURITIES INTERNATIONAL, INC.
           5 Hanover Square, 4th Floor
           New York, NY 10004
           (212) 931-8300