UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALOJZY DUL and KRYSTYNA DUL,

        Plaintiffs,

 -against-

90 CHURCH STREET LIMITED PARTNERSHIP, et al,

        Defendant.
-----------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

This Order relates to:
Docket No.: 08CV09065

**STIPULATION AND ORDER OF DISCONTINUANCE AS TO TRIBECA NORTH END LLC ONLY**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant TRIBECA NORTH END LLC, located at 450 North End Avenue, only as to the claims being made as to the premises located at 201 Warren Street, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the TRIBECA NORTH END LLC is a proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

**IT IS FURTHER STIPULATED AND AGREED** that the Stipulation and Order of Dismissal between Callan, Koster, Brady & Brennan, LLP and Woby Groner Edeleman & Napoli Bern, LLP filed on June 15, 2011 ("June 15, 2011 Order"), annexed hereto as Exhibit "A", shall be amended so that it does not discontinue ALOJZY DUL and KRYSTYNA DUL v. 90 CHURCH STREET LIMITED PARTNERSHIP, et al,; Civil Action No. 08-09065 ("Civil Action No. 08-09065"). Callan, Koster, Brady & Brennan, LLP and Woby Groner Edeleman &

Napoli Bern, LLP mistakenly included Civil Action No. 08-09065 in the June 15, 2011 Order as ALOJZY DUL and KRYSTYNA DUL are not represented by Woby Groner Edeleman & Napoli Bern, LLP but rather the Law Offices of Gregory J. Cannata, Esq. Robert Grochow, P.C., signatories to the instant Stipulation.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
September 6, 2011

| | |
|---|---|
| CALLAN, KOSTER, BRADY & BRENNAN, LLP<br>Attorneys for Defendant -<br>TRIBECA NORTH END LLC<br><br>_____<br>Vincent A. Nagler (6400)<br>One Whitehall Street, 10th Floor<br>New York, New York 10004<br>(212) 248-8800 | LAW OFFICES OF GREGORY J. CANNATA, ESQ<br>ROBERT GROCHOW, P.C.<br>Plaintiffs Liaison<br>In Re Lower Manhattan Disaster Site Litigation<br><br>_____<br>ROBERT GROCHOW, P.C.<br>233 Broadway, 5th Floor<br>New York, New York, 10279<br>(212) 553-9206 |

SO ORDERED: 9/7/11

_____
HON. ALVIN K. HELLERSTEIN

Ex. A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 103 (AKH)

**STIPULATION AND ORDER OF DISMISSAL**
This order relates to:

06 CV 04885 (AKH)
06 CV 06814 (AKH)
06 CV 11910 (AKH)
07 CV 01472 (AKH)
07 CV 01549 (AKH)
07 CV 01623 (AKH)
07 CV 01635 (AKH)
07 CV 01645 (AKH)
07 CV 05300 (AKH)
07 CV 05323 (AKH
07 CV 05362 (AKH)
07 CV 05382 (AKH)
07 CV 05396 (AKH)
07 CV 05558 (AKH)
08 CV 02267 (AKH)
08 CV 02642 (AKH)
08 CV 09065 (AKH)



**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice as against defendant, TRIBECA NORTH END LLC., only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that TRIBECA NORTH END LLC., is a proper party to these suits, a plaintiff may reinstitute these actions without regards to the

K&E 12410800 2

applicable statute of limitations, assuming said original actions were timely commenced, and in such instance this defendant shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 31, 2011

| CALLEN, KOSTER, BRADY & BRENNAN, LLP | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
|---|---|
| *TRIBECA NORTH END LLC* | *Attorneys for Plaintiff* |
| By: _____ VINCENT A. NAGLER | By: _____ CHRISTOPHER R. LOPALO (CL-6466) |
| One Whitehall Street New York, NY 10004 Tel: 212-248-8800 | 350 Fifth Avenue, Suite 7413 New York, New York 10118 Tel: (212) 267-3700 |

SO ORDERED: 6/17/11

_____
HON. ALVIN K. HELLERSTEIN