USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER  :  **SUMMARY ORDER UNSEALING**
SITE LITIGATION                                :  **TRANSCRIPT OF HEARINGS**
                                                               :
------------------------------------------------------------
IN RE LOWER MANHATTAN DISASTER   :  21 MC 100 (AKH)
SITE LITIGATION                                :  21 MC 102
                                                               :  21 MC 103
------------------------------------------------------------
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION                                        :
                                                               :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Beginning November 18, 2010, and concluding November 23, 2010, I held an *in camera* hearing in these cases, to address whether a sufficient number of Plaintiffs eligible to settle under the Settlement Process Agreement, As Amended ("SPA") would choose to settle, and a series of related issues. See Transcript of Status Conference, In re World Trade Center Disaster Site Litig., 21 MC 100 (Nov. 18, 2010 & Nov. 23, 2010). I described the hearing in another Order issued today. Summary Order Denying Objection to Bonus Payments, In re World Trade Center Disaster Site Litig., 21 MC 100 (S.D.N.Y. Sept. 8, 2011). I now order the Clerk of the Court to unseal these transcripts and to make them a part of the public record.

SO ORDERED.

Dated: September 8, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge