N.Y.S.D. Case #
21-mc-102(AKH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of September, two thousand and eleven,

In Re: World Trade Center Lower Manhattan Disaster Site

**ORDER**

Docket Number: 10-2794

Richard Racioppi, Alex Anthony Sanchez, Rafael Valdez, Manuel Checo, Dorota Markut, Roman Markut, Lucyna Foremska, Tadeusz Foremska, Jose Bello, Bozena Kurkowski, Janus Kurkowski, Ludmila Khomik, Voldymyr Khomik, Gustavo Iturralde, Monica Arce, Miguel Zanabria, Ryszard Krysiuk, Viasta Krysiuk, Columbina Estrella, Leonardo Estrella, Marco Fernandez,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 12, 2011

Plaintiffs - Appellees - Cross - Appellants,

Richard Dambakly, Dorothy Dambakly, Edward Deery, James Goldsworthy, Donna Goldsworthy, Philip Kirschner, Timothy Lombardi, Janice Lombardi, Philip Mattera, Laura Mattera, Steven Mozes, Amy Mozes, Arthur Noonan, Denise Noonan, Devrin Perdue, Goldie Perdue, Stanley Salata, Christine Salata, Richard Srniouskas, Truzzolino Barbra, Michael Vandergriff, Angela Vandergriff,

Claimants - Appellants,

v.

Tully Construction Co., Inc., City of New York, AMEC Construction Management, Inc., Bovis Lend Lease LMB, Inc., Plaza Construction Corp., Turner Construction Company, Tully Construction Co., Inc., Fleet Trucking, Inc, A. Russo Wrecking, Inc., AMEC Earth & Environmental, Inc., Atlantic-Heydt Corporation, Berkel & Company Contractors, Inc., Big Apple Wrecking & Construction Corporation, Board of

CERTIFIED COPY ISSUED ON 09/12/2011

Education of the City of New York, Breeze Carting, Inc., Breeze National, Inc., Brer-Four Transportation, Buro Happold Consulting Engineers, PC, C.B. Contracting Corporation, Canron Construction Corporation, Component Assembly Systems, Inc., Cord Contracting Co., Inc., Dakota Demo-Tech, Diamond Point Excavating Corporation, Diversified Carting, Inc., DMT Enterprise, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En-Tech Corporation, Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Medical Services, P.C., Francis A. Lee Company, FTI Trucking Corporation, Gilsanz Murray Steficek, LLP, Goldstein Associates Consulting Engineers PC, Hallen Welding Service, Inc., HP Enviormental, Inc., Hudson Meridian Construction Group LLC, J.P. Equipment & Rental Materials, L.L.C., La Strada General Contracting Corporation, Laquila Construction, Inc., Leslie E. Robertson Associates, R.L.L.P., Liberty Mutual Insurance Company, Lockwood Kessler & Bartlett, Inc., Lucius Pitkin, Inc., LZA Technology - a division of Thornton Tomasetti Manafort Brothers Incorporated, Yonkers Contracting Company, Inc., Yannuzzi & Sons, Inc., WSP Cantor Seinuk, Mazzocchi Wrecking, Inc., Wolkow Braker Roofing Corporation, Moretrench American Corporation, MRA Engineering P.C., Royal GM Inc., Weidlinger Associates P.C., Weeks Marine, Inc., SAB Trucking, Inc., Mueser Rutledge Consulting Engineers, Nacirema Industries Inc., New York City Department of Education, New York City School Construction Authority, New York Crane & Equipment Corporation, Vollmer Associates LLP, Turner/Plaza, A Joint Venture, Tucci Equipment Rental Corporation, Total Safety Consulting, LLC, Thornton Tomasetti, Inc., Rodar Enterprises, Inc., City University of New York, Nicholson Construction Company, Peter Scalamandre and Sons, Inc, Pinnacle Enviornmental Corporation, Pro Safety Services Inc., Skidmore Owings and Merrill, L.L.P., Skanska Koch, Inc., Simpson Gumpertz & Heger, Inc., PT&L Contracting Corporation, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Safeway Environmental Corporation, Semcor Equipment & Manufacturing Corporation, Silverite Contracting Corporation,

Defendants - Appellants - Cross - Appellees.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* [signature with seal]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* [signature with seal]