UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | |

**NOTICE OF OBJECTIONS TO
21 MC 102 COURT DATABASE**

Defendants the City of New York; Board/Department of Education; City University of New York; New York City School Construction Authority; 120 Broadway Condominium (Condo #871); Board of Managers of the 120 Broadway Condominium; Silverstein Properties, Inc.; 120 Broadway Holding, LLC; 120 Broadway Properties, LLC; and 120 Broadway, LLC (collectively, "Defendants") hereby incorporate by reference any and all prior objections regarding the 21 MC 102 Court Database[1] that were set forth in letters or other submissions to the Court, Special Masters Aaron D. Twerski and James A. Henderson, Jr., and/or Plaintiffs' Counsel.

Dated: September 13, 2011

Respectfully submitted,

/s/ James E. Tyrrell, Jr.
James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, NY 10036
(646) 557-5100
-and-
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600

*Attorneys for the City of New York; Board/Department of Education; City University of New York; New York City School Construction Authority*

/s/ Thomas A. Egan
Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500

*Attorneys for 120 Broadway Condominium (Condo #871); Board of Managers of the 120 Broadway Condominium; Silverstein Properties, Inc.; 120 Broadway Holding, LLC; 120 Broadway Properties, LLC; and 120 Broadway, LLC*

---

[1] The "21 MC 102 Court Database" refers to the database framework the Special Masters indicated on August 31, 2011 will be recommended to the Court.