UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

IN RE COMBINED WORLD TRADE
CENTER AND LOWER MANHATTAN
DISASTER SITE LITIGATION

THOMAS GILLAN AND TAMAR GILLAN,

    Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

    Defendants.

STIPULATION OF DISMISSAL
WITH PREJUDICE

21 MC 100 (AKH)
21 MC 102 (AKH)
21 MC 103 (AKH)

10-CV-2452 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/11

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs THOMAS GILLAN AND TAMAR GILLAN hereby stipulate to the dismissal of all Defendants identified in Exhibit 1 with prejudice and with Plaintiffs and the Defendants each to bear their own costs. Plaintiff has received no consideration for agreeing to dismiss the Defendants from this litigation.

DOUGLAS & LONDON, P.C.

By: _____
Virginia E. Anello, Esq.
Michael A. London, Esq.
*Attorneys for Plaintiffs*
111 John Street, Suite 1400
New York, NY 10038

Dated: September 13, 2011

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr., Esq.
*Attorneys for all Defendants*
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated: September 13, 2011

SO ORDERED: 9/16/11

_____
ALVIN K. HELLERSTEIN, U.S.D.J.

SO ORDERED, this ____ day of _____, 2011,



ALVIN K. HELLERSTEIN
United States District Judge

# EXHIBIT 1

| | |
|---|---|
| A Russo Wrecking, Inc. | Canron Construction Corp. |
| Acrow | Cantor Seinuk Group |
| Acrow Corporation of America | Certified Fence Corp. |
| Allcom Electric | City of New York |
| Amec Construction Management, Inc. | City University of New York |
| Amec Earth & Environmental, Inc. | Civetta Cousins JV, L.L.C. |
| Anthony Cortese Specialized Hauling LLC | Clarco Enterprise Corp |
| ASG Pest Control | Clarco Enterprises Corp. |
| ASG Pest Control Services, Inc. | Clarco Enterprises LLC |
| ATC Associates, Inc. | Component Assembly Systems Inc. |
| ATC Group Serv dba ATC Associates | Coordinated Metals, Inc. |
| ATC Group Service Inc. d/b/a ATC Associates Inc. | Cord Contracting Co., Inc. |
| | Craig Test Boring Company, Inc. |
| Atlantic Heydt Corp. | Criticom International Corp. |
| Atlas Concrete & Cutting | Dakota Demo Tech |
| Atlas Concrete Corp | DCM Erectors, Inc. |
| Avanti Demolition & Carting Corp. | Department of Business Services |
| Bechtel Associates Professional Corporation | Desimone Consulting Engineers, PLLC |
| Bechtel Construction, Inc. | Diamond Point Excavating Corp. |
| Bechtel Corporation | Diego Construction, Inc. |
| Bechtel Environmental, Inc. | Diversified Carting, Inc. |
| Bergen Concrete Cutting | DMT Enterprise, Inc |
| Bergen Concrete Cutting, Inc. | D'Onofrio General Contractors Corp. |
| Berkel & Co. Contractors, Inc. | Eagle Leasing & Industrial Supply |
| Big Apple Wrecking & Construction Corp. | Eagle One Roofing Contractors, Inc. |
| Board of Education of the City of New York | Eagle Scaffolding Co. |
| Borough of Manhattan Community College | EJ Davies, Inc. |
| Bovis Construction | En-Tech Corp |
| Bovis Holdings Limited | Entertainment Partners |
| Bovis International | Entertainment Partners Corp |
| Bovis International, Inc | ET Environmental |
| Bovis Lend Lease Interiors, Inc. | ET Environmental Corporation, LLC |
| Bovis Lend Lease LMB, Inc. | Evergreen Recycling of Corona |
| Bovis Lend Lease, Inc. | Ewell W. Finley, P.C. |
| Breeze Carting Corp. | Executive Medical Services, PC |
| Breeze Carting, Inc. | F&G Mechanical Corporation |
| Breeze International | F&G Mechanical Inc. |
| Breeze National Inc. | Felix Equities, Inc. |
| Brer Four Transportation Corp. | Fleet Trucking, Inc. |
| Brer-Four Transportation | Francis (Frank) Micelli Jr. Contracting Inc. |
| Buro Happold Consult Eng. P.C. | Francis A. Lee Company |
| C & D Fireproofing and Plastering Corp. | Francis A. Lee Company, A Corporation |
| C & D Painting and Decorating, Inc. | Francis A. Lee Exterior Restoration, Inc |
| C&D Painting Inc. | Frank Micelli Jr. Contracting |
| C. B. Contracting Corp. | FTI Trucking |

110739

## EXHIBIT 1

| | |
|---|---|
| FTI Trucking Corp. | Mazzocchi Wrecking Inc. |
| G & G Contracting Inc. | Medcor |
| Gilsanz Murray Steficek, LLP | Medcor Medical and Hospital Supply |
| Gilsanz, Murray & Steficek, LLP | Medcor, Inc. |
| Gino Cracolici & Sons Inc. | Ment Bros. Iron Works Co., Inc. |
| Gino Cracouci & Sons Inc. | Ment Brothers |
| Goldstein Associates Consulting Engineers PC | Ment Brothers Iron Works |
| | Meridian Construction Corp |
| Goldstein Associates Consulting Engineers, PLLC | Moretrench American Corp. |
| | Moretrench Construction |
| Grace Construction & Development Corp | MRA Engineering, PC |
| Grace Contracting Corp | Mueser Rutledge Consulting Engineers |
| Grace Industries | Musco Sports Lighting, LLC |
| Grace Industries, Inc. | Nacirema Industries, Inc. |
| Hallen Welding Service, Inc. | New York City Department of Education |
| Helmsman Management Services, Inc. | New York City School Construction Authority |
| HGC Contracting Corp. | |
| High Rise Electric, Inc. | New York Crane & Equipment Corp. |
| High Rise Hoisting and Scaffolding, Inc. | New York Crane Service & Equipment |
| Highrise Hoisting and Scaffolding, Inc. | Nicholson Construction Co. |
| HP Environmental | Nicholson/Heywood Joint Venture |
| HP Environmental, Inc. | Off Road Welding, Inc. |
| Hudson Meridian Construction Group LLC | Office of James Ruderman LLP |
| J&P Equipment & Material Handling Co. | Olympic Plumbing and Heating, Corp. |
| J.P. Equipment & Rental Materials, L.L.C. | Ove Arup & Partners P.C. |
| James Ruderman LLP | Parson Group LLC |
| JP Equipment Rental Materials, Inc. | Peter Scalamandre & Sons, Inc. |
| Kevin McManus | Pinnacle |
| Koch Skanska, Inc. | Pinnacle Environmental Corporation |
| Laquila Construction, Inc. | Plaza Construction Corporation |
| Laquilla Construction Inc. | Plaza Construction Management Corp |
| Lastrada General Contracting Corp. | Pro Safety Services Inc. |
| Leslie E. Robertson Associates Consulting Engineers PC | Pro Safety Services, LLC |
| | PT&L Contracting Corp. |
| Leslie E. Robertson Associates, R.L.L.P. | Regional Scaffold & Hoisting Co, Inc. |
| Liberty Mutual Group | Regional Scaffolding & Hoisting Co., Inc. |
| Liberty Mutual Insurance Company | Rich Mark Contracting, Inc |
| Liberty Mutual Managed Care, Inc. | Rich Mark Environmental Services, Inc. |
| LiRo Group | Robert C. Stewart |
| Liro, Inc. | Robert Errat |
| Lockwood, Kessler & Bartlett, Inc. | Robert L. Gerosa, Inc. |
| Lucius Pitkin, Inc. | Robert Silman Associates |
| LZA Tech - Div of Thornton Tomasetti | Robert Silman Associates, P.C. |
| M.G. McLaren, PC | Rodar Enterprises Inc. |
| Manafort Brothers, Inc. | Royal GM Inc. |

# EXHIBIT 1

| | |
|---|---|
| SAB Trucking Inc. | Tully Environmental Inc. (aka EROC) |
| Safeway Environmental, Corp. | Tully Industries |
| Semcor Equipment | Turner Construction Co. |
| Semcor Equipment and Manufacturing Corporation | Turner Construction Company |
| | Turner Construction International |
| Severud Associates Consulting Engineers, P.C | Turner Construction International LLC |
| | Turner/Plaza, A Joint Venture |
| Sheldrake Organization, Inc. | Ultimate Demolition/CS Hauling (Joint Venture) |
| Silverado Contractors | |
| Silverado Contractors, Inc. | United States Rebar |
| Silverite Contracting Corp. | United States Rebar, Inc. |
| Silverite Contractors | Vanguard Equipment Rentals |
| Simpson, Gumpertz & Heger, Inc | Vanguard Equities Inc. |
| Skanska Koch, Inc. | Vertical Technologies |
| Skidmore, Owings & Merrill LLP | Vertical Technologies, Inc. |
| Star Delta Electric | Vertical Technology Inc. |
| Stier Anderson, LLC | Vollmer Associates LLP |
| Summit Structures | W. Harris & Sons Inc. |
| Summit Structures LLC | Walter White Trucking |
| Survivair | Weeks Marine, Inc. |
| Telenet Communications, Inc. | Weidlinger Associates Consulting Engineers PC |
| The City University of New York | |
| The City University of New York (CUNY) | Weidlinger Associates P.C. |
| The LiRo Group | Whitney Contracting |
| The Port Authority of New York and New Jersey | Whitney Contracting, Inc. |
| | Wolkow Braker Roofing Corp. |
| Thornton Tomasetti Group | WSP Cantor Seinuk |
| Thornton Tomasetti, Inc. | Yannuzzi & Sons, Inc |
| Thyssen Krupp Elevator Co. | Yannuzzi Group of Companies |
| Thyssenkrupp Elevator Corporation | Yonkers Contracting Company, Inc |
| Thyyssenkrupp Elevator Corporation | Yonkers-Tully-Pegno, a Joint Venture |
| Tishman Construction Corporation of New York | York Hunter Construction |
| | York Hunter Construction, LLC |
| Tishman Construction Corporation of Manhattan | Ziegenfuss Drilling, Inc. |
| Tishman Interiors Corporation | |
| Tomasetti Group | |
| Toretta Trucking, Inc. | |
| Torretta Trucking, Inc. | |
| Total Safety Consulting LLC | |
| Tucci Equipment Rental Corp. | |
| Tully Construction Co., Inc. | |
| Tully Construction Company | |
| Tully Construction Company, Inc. | |
| Tully Consulting Corp. | |

110739