

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|

## NOTICE OF APPEAL

Notice is hereby given that the Defendants identified in the attached Addendum A hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on September 8, 2011 (Dkt. No. 4093 in 21 MC 102), which overruled Defendants' objections to the court's December 30, 2010 Orders.

Dated: September 21, 2011

*(signature)*
James E. Tyrrell, Jr.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
—and—
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600

*Counsel for Defendants-Appellants*

113964

## Addendum A

City of New York
Board of Education of the City of New York
City University of New York
Department of Education of the City of New York
New York City School Construction Authority
Tully Construction Co., Inc.
Tully Industries, Inc.

113964