UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER LOWER          : **ORDER SETTING REVISED**
MANHATTAN DISASTER SITE LITIGATION      : **DATES FOR SELECTING**
:                                         **CASES FOR DISCOVERY**
:
:   21 MC 102 (AKH)
:
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 28, 2011, I granted an enlargement to October 31, 2011 to plaintiffs' counsel to provide sworn answers to interrogatories. This necessitates a change in deadlines for selecting cases for intensive discovery and trial. The new dates are as follows:

1. November 14, 2011: The Special Masters will submit 15 cases for review by the Court.

2. November 21, 2011: Plaintiffs' counsel will submit 15 cases to progress to intensive discovery and trial.

3. November 30, 2011: Defendants' counsel will submit 15 cases to progress to intensive discovery and trial.

4. December 7, 2011: The Special Masters will submit more cases for review by the Court.

5. December 12, 2011: Of the cases selected by the Special Masters, the Court will select 15 to progress to intensive discovery and trial.

6. December 14, 2011: The parties will meet for a status conference at 11:00am in Courtroom 14D.

SO ORDERED

Dated:   October 3, 2011
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge