USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**AMENDING ORDER SETTING REVISED DATES FOR SELECTING CASES FOR DISCOVERY**

21 MC 102 (AKH)

---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 28, 2011, I granted an enlargement to October 31, 2011 to plaintiffs' counsel to provide sworn answers to interrogatories. This necessitated a change in deadlines for selecting cases for intensive discovery and trial. Thus, by an Order of October 3, 2011, I revised those dates. This Order amends the Order of October 3.

1. November 14, 2011: The Special Masters will submit 150 cases from which the parties and the Court each will choose 15 cases for intensive discovery and trial.

2. November 21, 2011: Plaintiffs' counsel will submit 15 cases to progress to intensive discovery and trial.

3. November 30, 2011: Defendants' counsel will submit 15 cases to progress to intensive discovery and trial.

4. December 7, 2011: The Special Masters will submit 20 cases for review by the Court as candidates for intensive discovery and trial.

5. December 12, 2011: The Court will select 15 cases to progress to intensive discovery and trial, creating a total of 45 cases that will progress.

6. December 14, 2011: The parties will meet for a status conference at 11:00am in Courtroom 14D.

SO ORDERED

Dated:   October 5, 2011
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge