UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

MASTER DOCKET NO.:
21MC102 (AKH)

NOTICE OF CROSS APPEAL

------------------------------------------------------------X

PLEASE TAKE NOTICE that the Tier 4 Plaintiffs listed in the Annexed Addendum A hereby Cross Appeal to the United States Court of Appeals for the Second Circuit from the September 8, 2011 Order (Docket No. 4093 in 21MC102) that overruled Defendants' Objections to the Court's December 30, 2010 Orders and *sua sponte* Ordered without notice to the parties or counsel or an opportunity for briefing that Plaintiffs' Counsel may not take their attorneys' fees on the so-called "Contingent" Payments resulting from the District Court's Orders of December 30, 2010 and September 8, 2011.

Dated: New York, New York
       October 4, 2011

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
*Counsel for Multiple Plaintiffs*

/s/ Denise A. Rubin
Denise A. Rubin (DR5591)

350 Fifth Avenue, Suite 7413
New York, New York  10118
Phone: (212) 267-3700
Fax:   (212) 587-0031

21MC102

| No | Last Name | First Name | Primary Docket | No | Last Name | First Name | Primary Docket |
|---|---|---|---|---|---|---|---|
| 1 | Alvarez | Gloria | 07cv11017 | 58 | Rejment | Jan | 08CV11455 |
| 2 | Bastidas | Julio | 07CV05276 | 59 | Rendon | Guelmer | 07cv04510 |
| 3 | Bedkowski | Tadeusz | 07CV05337 | 60 | Rivera | Sonia | 06cv06234 |
| 4 | Bierylo | Jan | 07CV05393 | 61 | Roberts | Bobby | 07CV05382 |
| 5 | Bunay | Cruz | 07cv04457 | 62 | Rodriguez | Mirian | 08CV02702 |
| 6 | Calle | Elva | 08CV02584 | 63 | Rojas | Mario | 06cv05786 |
| 7 | Calle | Maria Rocio | 07cv04458 | 64 | Rozpedowski | Jerzy | 07cv08285 |
| 8 | Campuzano | Consuelo | 06cv14529 | 65 | Ruiz | Arley | 07CV05317 |
| 9 | Cantos | Ana Patricia | 05CV01272 | 66 | Sabo-Winer | Galit | 06cv01651 |
| 10 | Cardona | Luz | 05CV00417 | 67 | Salazar | Maria | 07CV01699 |
| 11 | Carvajal | Javier | 06CV08348 | 68 | Sanchez | Delta | 07cv08286 |
| 12 | Castillo | Piedad | 05CV10743 | 69 | Sanchez | Jose | 07cv04513 |
| 13 | Cayetano | Teresita | 07CV05282 | 70 | Sanchez | Juan | 07cv05318 |
| 14 | Chique | Manuel | 08CV02600 | 71 | Sanchez | Wilson | 07CV05386 |
| 15 | Chojnowski | Andrzej | 07CV01588 | 72 | Santos | Fernanda | 07CV05319 |
| 16 | Colorado | Viviana | 08CV02239 | 73 | Siemek | Andrzej | 07cv01704 |
| 17 | Dabrowski | Mieczyslaw | 07CV05283 | 74 | Slesicki | Jerzy | 06cv06814 |
| 18 | Davila | Flora | 07cv04463 | 75 | Suco | Norma | 07cv01708 |
| 19 | Delacruz | Gloria | 07CV01599 | 76 | Sullivan | Margaret | 06cv14139 |
| 20 | Drozdz | Dominik | 06cv14619 | 77 | Tabares | Ljiljana | 07cv08289 |
| 21 | Fisco | Gregory | 07CV05289 | 78 | Tenezaca | Manuel | 07CV05321 |
| 22 | Galiano | Cruz | 08CV02622 | 79 | Tighe | Stephen | 06cv15091 |
| 23 | Galli | Diana | 07cv04503 | 80 | Torres | Miguel | 07cv04519 |
| 24 | Galvis | Edgar | 06cv03422 | 81 | Vega | Myriam | 06CV12221 |
| 25 | Garcia | Carlos | 08CV02624 | 82 | Villa | Virginia | 06cv15118 |
| 26 | Gil | Claudia | 08CV02625 | 83 | Wolkowicz | Jan | 07cv01728 |
| 27 | Gonzalez | Roberta | 07CV04245 | 84 | Yumbla | Alcibar | 07cv01729 |
| 28 | Grabowska | Malgorzata | 06cv04885 | 85 | Zalewski | Krzysztof | 07CV05330 |
| 29 | Guzman | Felix | 07CV05412 | 86 | Zamora | Carlos | 07cv01549 |
| 30 | Intriago | Ecuador | 07cv04475 | 87 | Zamora | Jairo | 08CV02741 |
| 31 | Jalil | Julio | 07cv04476 | | | | |
| 32 | Johnson | Charles | 07CV05558 | | | | |
| 33 | Juarez | Osman | 07CV04970 | | | | |
| 34 | Karpinski | Slawomir | 07CV01634 | | | | |
| 35 | Kopcza | Michal | 07CV05396 | | | | |
| 36 | Korzep | Andrzej | 08CV02642 | | | | |
| 37 | Kwasniak | Boguslaw | 07CV05300 | | | | |
| 38 | Lampart | Antoni | 07CV01645 | | | | |
| 39 | Lituma | Manuel | 07CV01649 | | | | |
| 40 | Lopez | Adolfo | 10cv07154 | | | | |
| 41 | Manco | Luz | 08CV02654 | | | | |
| 42 | Marcillo | Douglas | 07cv04486 | | | | |
| 43 | Mayorga Gonzalez | Julio Cesar | 08CV02656 | | | | |
| 44 | Medrano | Salvador | 07cv04492 | | | | |
| 45 | Medrano | Trinidad | 07cv04493 | | | | |
| 46 | Montalvo | Luz | 08CV02660 | | | | |
| 47 | Morales | Fabio | 07CV01667 | | | | |
| 48 | Morales | Segundo | 07CV01668 | | | | |
| 49 | Munoz | Janeth | 08CV02665 | | | | |
| 50 | Naranjo | Angel | 07CV01671 | | | | |
| 51 | Narvaez | Julia | 07CV05304 | | | | |
| 52 | Naula | Miguel | 08CV02671 | | | | |
| 53 | Perkowski | Kazimierz | 06CV08278 | | | | |
| 54 | Peski | Slawomir | 08CV02688 | | | | |
| 55 | Pietraszkiewicz | Jan | 06cv02527 | | | | |
| 56 | Pino | Fernando | 08CV02245 | | | | |
| 57 | Porowski | Piotr | 06cv03850 | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER           DOCKET No.: 21MC102(AKH)
MANHATTAN DISASTER SITE LITIGATION       DECLARATION OF SERVICE
------------------------------------------------------------X

    DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

    On October 4, 2011, I duly served a true copy of the within NOTICE OF CROSS APPEAL on the persons listed below by e-mail transmission.

Tyrrell, James E.
Patton Boggs, LLP
*Counsel for Defendants-Appellants*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102
Jtyrrell@pattonboggs.com

Margaret Warner, Esq.
McDermott Will & Emery, LLP
*Counsel for WTC Captive Insurance Co., Inc.*
600 13th Street, N.W.
Washington, D.C. 20005-3096
mwarner@mwe.com

Andrew J. Carboy, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
*Plaintiffs' Co-Liaison Counsel*
120 Broadway
New York, New York 10271
acarboy@triallaw1.com

Gregory J. Cannata, Esq.
The Law Firm of Gregory J. Cannata
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279
cannata@cannatalaw.com

Robert Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
Rgrochow@aol.com

                                                 */s/ Denise A. Rubin*
                                                 DENISE A. RUBIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER        DOCKET No.: 21MC102(AKH)
MANHATTAN DISASTER SITE LITIGATION    DECLARATION OF SERVICE
-------------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF CROSS APPEAL**

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Counsel for* : Plaintiffs
350 Broadway, Suite 7413
New York, New York 10118
(212) 267-3700

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

_____
Attorney name:  Denise A. Rubin

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of an                duly entered in the        office
of the   clerk of the within named court on _____       200__.
☐ NOTICE OF SETTLEMENT
that an order                                     of which the within is a true copy,  will be
presented for settlement to the HON.              one of the judges of the
within named Court, at              on            200___ at_____ O'clock ___.M.

Dated, _____
                            Yours, etc.
                            **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**