HELLERSTEIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION

Case Nos.: **21 MC 100**
**21 MC102 and**
**21 MC103 (AKH)**

THIS DOCUMENT APPLIES TO ALL CASES LISTED ON THE ATTACHED SCHEDULE A

Docket No.:
(See attached Schedule A)

This order relates to claims against the Nomura defendants only in all cases listed on Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiffs listed on the attached Schedule A, and the attorneys for defendants Nomura Securities International, Inc. and Nomura Holding America, Inc. (collectively "Nomura") in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the matters listed on Schedule A be and the same are hereby discontinued *with prejudice* as against the above-named Nomura defendants only and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED**, that the attorneys for Nomura will submit a fully executed copy of this stipulation to the Court so that it may be "So Ordered" and filed with the Clerk of the Court.

Dated: June 16, 2010

**STRONGIN ROTHMAN & ABRAMS, LLP**

By: Howard Strongin, Esq.
Attorneys for Nomura
5 Hanover Square, Fourth Floor
New York, NY 10004
(212) 931-8300

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

By: Christopher LoPalo, Esq.
Attorneys for Plaintiffs
Empire State Building
350 5th Avenue
New York, N.Y. 10018

**SO-ORDERED:**

Hon. Alvin K. Hellerstein, USDJ
10/12/11

| No | CV # | Plaintiff |
|---|---|---|
| 1 | 06cv01648 | Abarca, Edgar |
| 2 | 07cv01453 | Acevedo, Carmelo |
| 3 | 06cv09963 | Addeo, Stephen |
| 4 | 07cv04446 | Agudelo, Gladys |
| 5 | 07cv04447 | Agudo, Claudio |
| 6 | 07CV08863 | Ahearn, Kevin P |
| 7 | 05cv09821 | Alcivar, Raul |
| 8 | 06cv11910 | Ali, Carlos |
| 9 | 07cv11017 | Alvarez, Gloria |
| 10 | 07cv01455 | Alvarez, Rolando |
| 11 | 06cv14459 | Alvarracin, Jose |
| 12 | 07cv01456 | Andrade, Alberto |
| 13 | 07cv04449 | Angulo, Rossina |
| 14 | 07CV05044 | Antonia Puma, as Executrix of the Estate of Pietro Puma |
| 15 | 08cv04930 | Arango, Magda |
| 16 | 08CV02561 | Arbelaez, Ignacio |
| 17 | 07cv01458 | Aristizabal, Dagoberto |
| 18 | 06cv04377 | Aristizabal, Enid |
| 19 | 06cv13784 | Arlotta, Thomas A |
| 20 | 06cv13787 | Arruda-Loor, Betsy |
| 21 | 08CV02253 | Arteaga, Kleber |
| 22 | 08CV02563 | Asmal, Carlos |
| 23 | 07cv01463 | Astudillo, Freddy |
| 24 | 07CV01561 | Astudillo, Wilmer |
| 25 | 08CV02565 | Atehortua, Martha |
| 26 | 07cv04473 | Avenia, Hernando |
| 27 | 07CV00060 | Avila, Angel |
| 28 | 07CV01563 | Avila, Cesar |
| 29 | 08CV02237 | Avila, Derlim |
| 30 | 07cv01464 | Avila, Edgar |
| 31 | 08CV02566 | Avila, Mauricio |
| 32 | 07CV01564 | Avila, Nolberto |
| 33 | 07cv01465 | Avila, Norberto |
| 34 | 08CV02254 | Aviles, Sixto |
| 35 | 07CV01565 | Baczkowski, Andrzej |
| 36 | 07CV05336 | Ballon, Peter B |
| 37 | 07cv01468 | Balarezo, Jose |
| 38 | 07CV05550 | Barahona, Jose |

| | | |
|---|---|---|
| 39 | 06cv01649 | Barbosa, Virginia |
| 40 | 07cv01569 | Barona, Miguel |
| 41 | 07cv01469 | Barragan, Sergio |
| 42 | 07cv04451 | Barreto, Raul |
| 43 | 07cv04452 | Barroso, Hector |
| 44 | 07CV05276 | Bastidas, Julio |
| 45 | 07cv08278 | Bastidas, Ramiro |
| 46 | 07CV05339 | Belkowski, Wlodzimierz |
| 47 | 06CV07913 | Benavidez, Vincente |
| 48 | 08CV02569 | Bermeo, Norma |
| 49 | 07cv04453 | Betancourt, Hector |
| 50 | 07cv01472 | Borkowski, Andrzej |
| 51 | 07cv04455 | Borowiecki, Wiktor |
| 52 | 07cv04456 | Buestan, Hector |
| 53 | 07CV01571 | Bunay, Carlos |
| 54 | 07CV01572 | Bunay, German Ernesto |
| 55 | 08CV02578 | Bunay, Teresa |
| 56 | 08CV02256 | Cabrera, Rolendio |
| 57 | 07CV01574 | Calvinagua, Juan |
| 58 | 08CV02584 | Calle, Elva |
| 59 | 07CV01576 | Calle, Gil |
| 60 | 07CV01577 | Calle, Jose |
| 61 | 07CV01578 | Calle, Wilson |
| 62 | 07cv01476 | Camino, Francisco |
| 63 | 07cv04459 | Campozano, Rodrigo |
| 64 | 06cv14533 | Cardenas, Edison |
| 65 | 07cv01480 | Castellanos, Ludivia |
| 66 | 08CV02593 | Castillo, Nancy |
| 67 | 05CV10743 | Castillo, Piedad |
| 68 | 08CV02595 | Ceballos, Ledia |
| 69 | 08CV02596 | Cedeno, Carlos |
| 70 | 07CV04898 | Cerbone, Guy |
| 71 | 07CV01582 | Ceron, Armando |
| 72 | 07cv01481 | Chalco, Aida |
| 73 | 08CV02258 | Chalco, Joel |
| 74 | 07CV01585 | Chavez, Edizon |
| 75 | 07CV01588 | Chojnowski, Andrzej |
| 76 | 06cv14554 | Claret, Cecilia |
| 77 | 08CV06633 | Claret, Justina |
| 78 | 08CV02261 | Coballes, Sarbelia |
| 79 | 08CV02601 | Cochero, Robert |

| 80 | 07cv01485 | Colucci, John |
|---|---|---|
| 81 | 07CV01593 | Combos, John |
| 82 | 07CV01594 | Concepcion, Beatriz |
| 83 | 07cv01486 | Cook, William |
| 84 | 07CV05406 | Cornier, David |
| 85 | 06CV11647 | Cortes, Francisco |
| 86 | 07CV05345 | Costello, Thomas |
| 87 | 05cv01104 | Criollo, Jose |
| 88 | 07cv04462 | Criollo, Nancy |
| 89 | 09cv03450 | Cubero, Carmen |
| 90 | 08CV02321 | Cuevas, David |
| 91 | 06cv08756 | Daquila, Steven |
| 92 | 07cv04464 | De La Cruz, Maria |
| 93 | 08CV02605 | DeJesus, Maria |
| 94 | 06cv14596 | DeLuca, Joseph |
| 95 | 06CV01032 | Demko, Wieslaw |
| 96 | 07CV01601 | Diaz, Ruth |
| 97 | 07CV05351 | Diez, Pancrl |
| 98 | 06CV07396 | DiRubbo, Leo |
| 99 | 05cv01497 | DiRubbo, Nicholas |
| 100 | 06CV11533 | Dobronski, Zbigniew |
| 101 | 08CV02265 | Dominguez, Margarita |
| 102 | 07CV01602 | Dota, Clara |
| 103 | 07CV05407 | Douso, Joseph |
| 104 | 07CV05353 | Drake, Jesse |
| 105 | 08cv04945 | Drozd, Bogdan |
| 106 | 06cv14619 | Drozdz, Dominik |
| 107 | 07CV05286 | Drysdale, Oswald |
| 108 | 08CV02609 | Duche, Luz |
| 109 | 07cv01492 | Duchitanga, Angel |
| 110 | 07CV01604 | Duchitanga, Maria |
| 111 | 07cv01493 | Duran, Ana |
| 112 | 06CV05504 | Dutan, Elvia |
| 113 | 06cv14623 | Dutan, Lucila |
| 114 | 07cv04465 | Encalada, Cirilo |
| 115 | 05CV10737 | Encalada, Jorge |
| 116 | 07CV05354 | Encalada, Luis K |
| 117 | 06CV12045 | Estrada, Harold |
| 118 | 08CV02617 | Fares, Manuel |
| 119 | 08CV02618 | Febrillet, Christian |
| 120 | 08CV02267 | Feliciano, Gladys |

| | | |
|---|---|---|
| 121 | 07CV05289 | Fisco, Gregory |
| 122 | 07CV01608 | Flores, Danilsa |
| 123 | 07cv00657 | Foley, Donald |
| 124 | 07CV05169 | Gabrielsen, Harald |
| 125 | 07cv08280 | Galarce, Juan A |
| 126 | 07CV00062 | Gallego, Carmen |
| 127 | 05cv09820 | Gallegos, Rebeca |
| 128 | 08CV02623 | Gallegos, Victor |
| 129 | 07cv04467 | Gallegos, Walter |
| 130 | 07CV01613 | Gallegos, Wilson |
| 131 | 07cv04503 | Galli, Diana |
| 132 | 06cv14670 | Gallo, Juan |
| 133 | 08CV02240 | Gandurski, Wieslaw |
| 134 | 07cv01498 | Garces, Segundo |
| 135 | 06cv13916 | Garcia, Fernando |
| 136 | 07cv08281 | Garcia, Isabel |
| 137 | 08CV02269 | Garcia, Ladislao |
| 138 | 07CV05292 | Garcia, Sixta T |
| 139 | 07CV05358 | Garcia, Sonia |
| 140 | 05cv10739 | Gaspar, Peter |
| 141 | 07cv04468 | Gavidia, Blanca |
| 142 | | Giardino, Thomas |
| 143 | 07cv04471 | Giraldo, Jaime |
| 144 | 07cv01504 | Giraldo, John |
| 145 | 06cv02285 | Gomez, Gildardo |
| 146 | 08CV02628 | Gomez, Ruben |
| 147 | 06cv03302 | Gora, Edward |
| 148 | 06cv04885 | Grabowska, Malgorzata |
| 149 | 08CV02631 | Grageda, Abdon |
| 150 | 07cv05410 | Greaney, John E |
| 151 | 07CV01623 | Gryszkiewicz, Slawomir |
| 152 | 08CV02632 | Gualotuna, Jorge |
| 153 | 07cv04472 | Gualpa, Rosa |
| 154 | 05CV01636 | Guerrero, Francisco |
| 155 | 06cv03301 | Guevara, Rodolfo |
| 156 | 08CV02272 | Guiracocha, Cesar |
| 157 | 07CV05556 | Guzman, Armando |
| 158 | 06cv02884 | Guzman, Carlos |
| 159 | 08CV02273 | Guzman, Salma P |
| 160 | 08CV02635 | Harvey, Frank |
| 161 | 06cv05839 | Hayduk, Jeffrey |

| | | |
|---|---|---|
| 162 | 07cv01507 | Hernandez, Luis C |
| 163 | 06CV12139 | Herrera, Jose L |
| 164 | 05CV02501 | Hualpa, Angel |
| 165 | 07CV05295 | Hurtado, Julio |
| 166 | 06CV10355 | Hylton, Carlton |
| 167 | 06cv11025 | Idrovo, Edgar |
| 168 | 07CV01629 | Inga, Jorge |
| 169 | 07cv04474 | Inga, Luis |
| 170 | 07CV05362 | Iwanczyk, Wladyslaw |
| 171 | 06cv14741 | Jakubowski, Janusz |
| 172 | 07cv04476 | Jalil, Julio |
| 173 | 07CV05363 | Jara, Juan |
| 174 | 07cv04477 | Jara, Marina |
| 175 | 09CV03458 | Jaramillo, Manuel |
| 176 | 07CV01632 | Jimbo, Rodrigo |
| 177 | 08CV02242 | Jimenez, Francisco |
| 178 | 07CV10784 | Jimenez, Rafael |
| 179 | 06cv02527 | Jozef Borkowski, as Administrator of the Estate of Jan Pietraszkiewicz |
| 180 | 05CV00744 | Kajewska-Pielarz, Bozena |
| 181 | 07cv01634 | Karpinski, Slawomir |
| 182 | 07CV01635 | Karus, Marian |
| 183 | 07CV01636 | Kasina, Andrzej |
| 184 | 07CV01639 | Kiryk, Andrzej |
| 185 | 08CV02642 | Korzep, Andrzej |
| 186 | 07cv08282 | Kosiv, Igor |
| 187 | 06cv02252 | Kowalczyk, Adam |
| 188 | 09CV02809 | Kucer, Thomas |
| 189 | 06cv04376 | Kurak, Antoni |
| 190 | 07cv05300 | Kwasniak, Boguslaw |
| 191 | 06CV08441 | Labate, Michael |
| 192 | 07CV05365 | Lara, Emerita E |
| 193 | 05cv09333 | Lascano, Ana |
| 194 | 07cv04480 | Lasica, Andrzej |
| 195 | 07cv04481 | Leon, Ines |
| 196 | 07CV01647 | Leon, Jose |
| 197 | 06CV08446 | Lewis, Stephen W |
| 198 | 07CV01649 | Lituma, Manuel |
| 199 | 07CV01650 | Llerena, Hilda |
| 200 | 07CV01652 | Loja, Raul |
| 201 | 07cv04482 | Loja, Wilmo |
| 202 | 08CV02282 | Lopez, Jamie D |

| | | |
|---|---|---|
| 203 | 08CV02283 | Lopez, Rolando |
| 204 | 07cv04484 | Lora, Andrea |
| 205 | 08CV02284 | Lozano, Henry |
| 206 | 07CV10179 | Lukac, Esad |
| 207 | 07cv04485 | Macas, Veronica |
| 208 | 07CV05416 | Maher, Thomas |
| 209 | 06cv14824 | Maldonado, Darwin |
| 210 | 06cv01786 | Maldonado, Mariana |
| 211 | 08CV02654 | Manco, Luz |
| 212 | 07CV05417 | Marshall, Donna |
| 213 | 08CV02288 | Martinez, Joffre |
| 214 | 07CV00057 | Martinez, Luis |
| 215 | 08CV02290 | Medina, Diego |
| 216 | 07cv04493 | Medrano, Trinidad |
| 217 | 05CV01180 | Mendez, Edgar |
| 218 | 07CV05302 | Mendoza, Enrique |
| 219 | 07cv04494 | Mendoza, Gustavo |
| 220 | 08CV02658 | Meneses, Luis A |
| 221 | 07CV01665 | Merchan, Carlos |
| 222 | 07CV05303 | Mesa, Luis F |
| 223 | 08CV02292 | Michalik, Wojciech |
| 224 | 08CV02293 | Miranda, Susana |
| 225 | 07cv04495 | Misaico, Ubaldo |
| 226 | 06cv10823 | Mohlenbrok, Jeffrey |
| 227 | 06cv12791 | Montero, Hamilton |
| 228 | 05CV01691 | Montero, Leidis |
| 229 | 06cv13168 | Mora, Eugenio |
| 230 | 07CV01667 | Morales, Fabio |
| 231 | 08CV02243 | Moran, Luis |
| 232 | 06CV12341 | Moran, Wilson |
| 233 | 06cv14901 | Moreno, Sandra |
| 234 | 04CV09081 | Mulhern, Richard |
| 235 | 07CV00066 | Naranjo, Angel |
| 236 | 07cv04496 | Naranjo, Walter |
| 237 | 08CV02669 | Nartowicz, Mieczyslaw |
| 238 | 06cv02221 | Narvaez, Carlos |
| 239 | 08CV02672 | Naula, Segundo |
| 240 | 08cv01015 | Nauta, Dalia |
| 241 | 08CV02673 | Navarro, Geronimo |
| 242 | 07CV05305 | Negron, Herbert |
| 243 | 08CV02674 | Nieto, Rodolfo |

| | | |
|---|---|---|
| 244 | 05CV01213 | Nolan, Joseph |
| 245 | 07cv08276 | Nolan, Richard |
| 246 | 06cv06798 | O'Neal, Alexander |
| 247 | 08CV02296 | Ochoa, Gustavo |
| 248 | 08CV02297 | Olivo, Wilson |
| 249 | 07cv04497 | Oquendo, Walter |
| 250 | 07CV05398 | Orellana, Edgar |
| 251 | 07cv04499 | Ortiz, Maria |
| 252 | 07CV01676 | Ortiz, Rosa |
| 253 | 07CV01677 | Ortiz, Wilson |
| 254 | 08CV02300 | Osorio, Alicia |
| 255 | 07CV05375 | Ostrzycki, Wladyslaw |
| 256 | 05cv09041 | Pachay, Maximo |
| 257 | 07cv04501 | Pacho, Miguel |
| 258 | 08cv04940 | Paciorkowski, Wojciech |
| 259 | 07cv04502 | Pajak, Krzysztof |
| 260 | 07CV05421 | Pallotto, Michael |
| 261 | 06cv03932 | Palma, Patricia |
| 262 | 07cv04505 | Pankiewicz, Czeslaw |
| 263 | 08CV02681 | Parra, Leydi |
| 264 | 07CV05308 | Pastuizaca, Zoila |
| 265 | 07cv04507 | Pelaez, Rolando |
| 266 | 05CV01385 | Pena, Gabriel |
| 267 | 07CV01682 | Pena, Jorge |
| 268 | 05cv10741 | Pena, Luis |
| 269 | 08CV02686 | Perez- Zapata, David |
| 270 | 07cv08284 | Perez, Jacqueline |
| 271 | 06CV08278 | Perkowski, Kazimierz |
| 272 | 07CV01684 | Pieczynska, Hanna |
| 273 | 07cv04508 | Pillco, Luis |
| 274 | 06CV12413 | Pina, Napoleon |
| 275 | 07CV05376 | Pineda, Hernan |
| 276 | 07CV05377 | Pinela, Carlos |
| 277 | 05cv01418 | Polo, Jose |
| 278 | 08CV02690 | Ponce, Pedro |
| 279 | 06cv09674 | Porras, Raul |
| 280 | 09CV03459 | Prado, Victor |
| 281 | 07CV01688 | Puma, Maria |
| 282 | 09CV03453 | Pumacuri, Manuel |
| 283 | 06CV12425 | Pyziak, Jan |
| 284 | 07cv04509 | Quizhpi, Jesus |

| | | |
|---|---|---|
| 285 | 08cv04941 | Quizhpi, Nelly P |
| 286 | 08CV02304 | Ramirez, Harold |
| 287 | 08CV02694 | Ramirez, Ramiro |
| 288 | 08CV11455 | Rejment, Jan |
| 289 | 07CV05423 | Renaudin, Roland |
| 290 | 07CV03446 | Reynolds, David |
| 291 | 06cv06234 | Rivera, Sonia |
| 292 | 07cv01520 | Robles, Blanca |
| 293 | 06cv11257 | Robles, Maria |
| 294 | 07CV05312 | Robles, Teresa |
| 295 | 07CV01694 | Rodas, Patricio |
| 296 | 06cv11260 | Rodriguez, Jorge |
| 297 | 07CV05313 | Rodriguez, Luis |
| 298 | 07CV05315 | Rodriguez, Susana |
| 299 | 07CV01696 | Rojas, Angel |
| 300 | 07cv04511 | Rojas, Jaime |
| 301 | 06cv05786 | Rojas, Mario |
| 302 | 07CV05316 | Romaniuk, Mieczyslaw |
| 303 | 06cv12812 | Rosales, Cesar |
| 304 | 07cv08285 | Rozpedowski, Jerzy |
| 305 | 06cv07254 | Sadowy, Donald |
| 306 | 06cv08530 | Salamone, Vincenzo A |
| 307 | 07cv04512 | Salazar, Victor |
| 308 | 05CV01675 | Salgado, Hipolito |
| 309 | 07CV05399 | Samuel, Antwi |
| 310 | 08CV02708 | Sanchez, Daniel |
| 311 | 07cv08286 | Sanchez, Delta E |
| 312 | 07CV05384 | Sanchez, Edilberto |
| 313 | 08cv04949 | Sanchez, George |
| 314 | 07cv04513 | Sanchez, Jose |
| 315 | 07cv05318 | Sanchez, Juan C |
| 316 | 06cv11892 | Sanchez, Oscar |
| 317 | 06CV10237 | Sanchez, Rocio |
| 318 | 07CV05386 | Sanchez, Wilson |
| 319 | 07cv11025 | Sandoya, Henry |
| 320 | 08CV02712 | Sanguna, Luis |
| 321 | 07cv04514 | Sanmartin, Leonel |
| 322 | 07cv01528 | Santamaria, Emanuel |
| 323 | 07CV01700 | Santana, Miquel |
| 324 | 07cv04515 | Sarmiento, Edwin |
| 325 | 06cv06521 | Sarmiento, Maydi |

| | | |
|---|---|---|
| 326 | 07cv01531 | Sarmiento, Pedro |
| 327 | 07cv04516 | Serrano, Angel |
| 328 | 07cv01705 | Siguachi, Daniel |
| 329 | 08CV02715 | Siguencia, Nancy |
| 330 | 05CV01260 | Silva, Antonio |
| 331 | 06cv12525 | Silva, Enrique |
| 332 | 08CV02717 | Simancas, Luis |
| 333 | 05CV01208 | Simpson, William |
| 334 | 07cv04517 | Skrzeczkowski, Eugeniusz |
| 335 | 06cv06814 | Slesicki, Jerzy |
| 336 | 07cv08287 | Solis, Ignacio C |
| 337 | 05CV01198 | Solis, Lucio |
| 338 | 07CV05388 | Sparano, Robert |
| 339 | 08CV02720 | Sterling, Maximino |
| 340 | 07cv01707 | Suarez, Felipe |
| 341 | 07cv01708 | Suco, Norma |
| 342 | 07cv01709 | Sumba, Jose |
| 343 | 05cv01783 | Sumba, Samuel |
| 344 | 07cv01711 | Sweeney, John |
| 345 | 08CV06638 | Szafranski, Konrad |
| 346 | 06cv15084 | Szczepanski, Krzysztof |
| 347 | 07cv01712 | Szuberla, Edward |
| 348 | 08CV02308 | Szynkowski, Zbigniew |
| 349 | 06cv12826 | Tabares, Janeth |
| 350 | 07cv01537 | Tache, Bertha |
| 351 | 07cv01538 | Tamayo, Pedro |
| 352 | 08CV02248 | Tapia, Cristhian |
| 353 | 09CV03455 | Tenempaguy, Rocio |
| 354 | 07cv01714 | Tenezaca, Julia |
| 355 | 06cv04381 | Thomas, Kevin |
| 356 | 07cv04490 | Toledo Naranjo, Aracely M |
| 357 | 07cv04518 | Toledo, Jorge |
| 358 | 07cv01539 | Toledo, William |
| 359 | 06cv06233 | Toral, Carlos |
| 360 | 07cv04519 | Torres, Miguel |
| 361 | 08CV02310 | Torres, Pedro |
| 362 | 07CV05400 | Urgiles, Miguel |
| 363 | 08CV02312 | Uzhca, Manuel |
| 364 | 07cv01541 | Valdez, Wilson |
| 365 | 07cv01542 | Valdiviezo, Hector |
| 366 | 08CV02730 | Valladares, Rainel |

| 367 | 07cv01719 | Vanfechtmann, Edward |
|---|---|---|
| 368 | 08CV11458 | Vargas, Edwin |
| 369 | 08CV02313 | Vasquez, Camilo |
| 370 | 07cv04520 | Vasquez, Klever |
| 371 | 07cv01721 | Vazquez, Francisco |
| 372 | 07cv01722 | Vazquez, Kattia |
| 373 | 07cv04521 | Vega, Severo |
| 374 | 07CV05325 | Velez, Lucrecia |
| 375 | 07cv04522 | Vera, Alejandro |
| 376 | 06cv15116 | Vergara, Viviana |
| 377 | 06cv01652 | Villafuerte, Julio |
| 378 | 07cv01546 | Villarroel, Segundo |
| 379 | 08CV02316 | Vilomar, Patricia |
| 380 | 08CV02317 | Vintimilla, Rosalia |
| 381 | 07cv08291 | Viscaino, Pedro |
| 382 | 07CV05327 | Walek, Kazimierz |
| 383 | 07cv01547 | Walek, Krzysztof |
| 384 | 07cv04524 | Waniurski, Robert |
| 385 | 08CV02735 | Weber, William |
| 386 | 08CV02737 | Wieliczko, Romuald |
| 387 | 07cv01727 | Wierzbicki, Wlodzimierz |
| 388 | 07cv01728 | Wolkowicz, Jan |
| 389 | 08CV02738 | Wronkowski, Marian |
| 390 | 06CV13166 | Yumbla, Luis |
| 391 | 07CV05330 | Zalewski, Krzysztof |
| 392 | 08CV02320 | Zambrana, Ramon |
| 393 | 06cv15155 | Zammit, Guy |
| 394 | 08CV02740 | Zamora, Bolivar |
| 395 | 07cv01549 | Zamora, Carlos |
| 396 | 07cv01730 | Zelaya, Jorge |
| 397 | 07cv01731 | Zenteno, Lawrence |



NEW YORK
5 Hanover Square, 4th Floor
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 240
Livingston, NJ 07039
Tel 973.758.9301 • Fax 973.758.9302

WWW.SRALAWFIRM.COM

HOWARD F. STRONGIN
hstrongin@sralawfirm.com
Direct 212.931.8301

*Via email*

October 7, 2011

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Couthouse
Room 1050
500 Pearl Street
New York, NY 10007

Re: In Re: World Trade Center Site Litigation
Case.: 21 MC 100
21 MC102
21 MC 103

Dear Judge Hellerstein:

I am counsel for Defendants Nomura Holding America Inc. and Nomura Securities International Inc. ("Nomura") in the above referenced litigations. I am enclosing a Stipulation of Discontinuance With Prejudice between Nomura and the plaintiffs identified on Schedule A attached to and made a part of the Stipulation. Nomura respectfully requests that Your Honor So-Order the Stipulation and return the So-Ordered Stipulation to the undersigned for filing in each of the cases identified therein.

Respectfully submitted,

***S/HOWARD F. STRONGIN***

HOWARD F. STRONGIN
HFS/lt
Enclosure

cc: via email only
Willaim Groner, Esq. (Worby Groner Edelman & Napoli Bern, LLP)
Paul J. Napoli, Esq. (Worby Groner Edelman & Napoli Bern, LLP)