


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------- x

21 MC 102 (AKH)
1:06-cv-2039 (AKH)

**STIPULATION OF VOLUNTARY DISMISSAL BY MARIANA VELEZ-RODRIGUEZ**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff Ms. Maria Velez-Rodriguez's above-referenced action against Verizon New York, Inc. is voluntarily dismissed with prejudice. This dismissal is without costs.

KIRKLAND & ELLIS LLP

_____
Lee Ann Stevenson (2969905)
601 Lexington Avenue
New York, New York 10022-4611
Phone: 212-446-4917
Fax: 212-446-6460
lstevenson@kirkland.com

Date: October 10, 2011

SANDERS, SANDERS, BLOCK, WOYICK, VIENER, & GROSSMAN, P.C.

_____
Martin Block ( 2925 )
100 Herricks Road
Mineola, NY 11501
Phone: 800-526-6670
Fax: 516-741-0799

Date: October 10, 2011

So Ordered: 10/17/11

_____
ALVIN K. HELLERSTEIN
United States District Judge