UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER LOWER          :   **SUMMARY ORDER**
MANHATTAN DISASTER SITE LITIGATION      :   **CANCELING STATUS**
:   **CONFERENCE OF**
:   **NOVEMBER 1, 2011**
:
:   21 MC 102 (AKH)
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The 21 MC 102 status conference previously scheduled for November 1, 2011 is canceled. The next status conference for this master calendar will be on December 14, 2011 at 10:00am in Courtroom 14D.

SO ORDERED

Dated:   October 27, 2011
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/11