Exhibit 5
Updated Certifications Submitted

| # | Last Name | First Name | Case Number |
|---|---|---|---|
| 1 | Abdelrehim | Aly | 05cv09826 |
| 2 | Acosta | Julian | 07CV10098 |
| 3 | Adorno | Rene | 06cv11903 |
| 4 | Agostini | Emmanual | 05cv10391 |
| 5 | Aguinaga | Wilmer | 07cv04448 |
| 6 | Alcivar | Raul | 05cv09821 |
| 7 | Almanzar | Brigitte | 08CV02236 |
| 8 | Almeida | Jorge | 07CV01555 |
| 9 | Alvear | Santiago | 06cv02220 |
| 10 | Amabile, Jr. | Anthony | 06cv12704 |
| 11 | Ambrosecchia | Michael | 08CV02560 |
| 12 | Annunziato | Philip | 06cv14466 |
| 13 | Arango | Magda | 08cv04930 |
| 14 | Arboleda | Desiderio | 08CV02562 |
| 15 | Arendt | Michael | 06cv10980 |
| 16 | Arrigo | Daniel | 07CV05402 |
| 17 | Arruda-Loor | Betsy | 06cv13787 |
| 18 | Aspiazu | Vilma | 08CV02564 |
| 19 | Atehortua | Martha | 08CV02565 |
| 20 | Austin | Daniel | 06cv10542 |
| 21 | Avenia | Hernando | 07cv04473 |
| 22 | Avila | Richard | 07cv11018 |
| 23 | Azcarate | Rosa | 06cv14477 |
| 24 | Bailey | Jason | 06cv07346 |
| 25 | Baksh | Reyaad | 07CV09943 |
| 26 | Ballerini | Richard | 05cv06460 |
| 27 | Barahona | Jose | 07CV05550 |
| 28 | Barroso | Hector | 07cv04452 |
| 29 | Basile | Sebastiano | 06cv14488 |
| 30 | Begonja | Sime | 07CV05338 |
| 31 | Betro | Louis | 05cv01073 |
| 32 | Bevando | John | 08CV02572 |
| 33 | Bierylo | Jan | 07CV05393 |
| 34 | Blandino | Charles | 06cv08980 |
| 35 | Borkowski | Andrzej | 07cv01472 |
| 36 | Brown | Lisa | 06CV01033 |
| 37 | Buckley | Johnathan | 06cv01654 |
| 38 | Buestan | Hector | 07cv04456 |
| 39 | Buonviaggio | Mario | 06CV12235 |
| 40 | Burgos | Leopoldo | 07cv01473 |
| 41 | Cagatay | Hamide | 07CV05279 |
| 42 | Cagatay | Zebiullah | 05cv09040 |
| 43 | Caivinagua | Bolivar | 07CV01573 |
| 44 | Caivinagua | Juan | 07CV01574 |
| 45 | Calder | Collin | 06cv06758 |
| 46 | Campos | Flor | 08CV02585 |
| 47 | Campozano | Rodrigo | 07cv04459 |
| 48 | Cantres | William | 06cv13821 |
| 49 | Carlin | Denis | 07CV09957 |
| 50 | Carlisi | Michael | 06cv02819 |
| 51 | Carrillo | Linda | 06cv07960 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 52 | Carroll | Neil | 08CV00635 |
| 53 | Carson | Ronald | 06cv07366 |
| 54 | Castle | Douglas | 07CV05341 |
| 55 | Cesta | Monte | 08CV02597 |
| 56 | Chiarantano | Joseph | 07CV05403 |
| 57 | Chiarello | Nick | 06cv12720 |
| 58 | Chipe | Walter | 07CV01587 |
| 59 | Choudhury | Faisal | 07CV05404 |
| 60 | Colella | Felice | 06CV12000 |
| 61 | Combos | John | 07CV01593 |
| 62 | Comerford | John | 07CV04351 |
| 63 | Contessa | David | 06cv08751 |
| 64 | Cook | William | 07cv01486 |
| 65 | Cordero | Freddy | 08cv04944 |
| 66 | Corr | Howard | 06CV08360 |
| 67 | Cortes | Francisco | 06CV11647 |
| 68 | Costello | Thomas | 07CV05345 |
| 69 | Coyne | Martin | 07CV05553 |
| 70 | Criollo | Nancy | 07cv04462 |
| 71 | Cruz | Zunilda | 07CV01598 |
| 72 | Cubas | Patricia | 06cv12725 |
| 73 | Curley | Peter | 06CV07384 |
| 74 | Dabrowski | Mieczyslaw | 07CV05283 |
| 75 | Dallas | Kevin | 07CV04354 |
| 76 | Daly | John | 07CV09970 |
| 77 | Damato | Michael | 05CV01253 |
| 78 | Danetra | Frank | 05cv01495 |
| 79 | Davila | Flora | 07cv04463 |
| 80 | Davila | Wilmar | 08CV02604 |
| 81 | DeAngelis | Peter | 05cv04227 |
| 82 | Demko | Wieslaw | 06CV01032 |
| 83 | Devito | Michael | 05CV01517 |
| 84 | Dias | Fernando | 06CV08223 |
| 85 | Diaz | Ramiro | 07CV05349 |
| 86 | Diaz | Ruth | 07CV01601 |
| 87 | DiCarlo | Castrenze | 07CV05350 |
| 88 | Dimino | Anthony | 06cv12736 |
| 89 | DiRubbo | Leo | 06CV07396 |
| 90 | DiRubbo | Nicholas | 05cv01497 |
| 91 | Dobronski | Zbigniew | 06CV11533 |
| 92 | Dolan | Patrick | 06CV07398 |
| 93 | Dolce | Frank | 07cv01491 |
| 94 | Dominguez | David | 06CV11656 |
| 95 | Dominguez | Francisco | 07cv11021 |
| 96 | Dominguez | Margarita | 08CV02265 |
| 97 | Dominguez | Tailor | 08CV02266 |
| 98 | Dowd | Glenn | 09CV02813 |
| 99 | Doyle | Edward | 06cv13880 |
| 100 | Drake | Jesse | 07CV05353 |
| 101 | Dyer | Carl | 06cv08764 |
| 102 | Engelbrecht | Mark | 07cv08274 |
| 103 | Fajardo | Carlos | 08cv04935 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 104 | Falcones | Blanca | 07cv00210 |
| 105 | Fallon | William | 06cv14636 |
| 106 | Feliciano | Aldo | 06cv11663 |
| 107 | Feliu | Marcial | 06CV11784 |
| 108 | Feliz | Delio | 08CV02619 |
| 109 | Fernandez | Sandra | 07cv02459 |
| 110 | Ferruzola | Washington | 08CV02620 |
| 111 | Finnerty | Tom | 06cv06770 |
| 112 | Fisco | Gregory | 07CV05289 |
| 113 | Fox | Patricia | 06cv12748 |
| 114 | Francis | Charles | 07CV01611 |
| 115 | Franco | Lucelly | 08cv05855 |
| 116 | Frangu | Dzile | 06cv14660 |
| 117 | Frazier | Nathaniel | 06CV12074 |
| 118 | Frelas | Janina | 07CV01612 |
| 119 | Frierson | Deloris | 09CV03451 |
| 120 | Fuentes | Lazaro | 07CV10151 |
| 121 | Gabrielsen | Harald | 07CV05169 |
| 122 | Galarce | Juan | 07cv08280 |
| 123 | Gallardo | Norberto | 07CV05290 |
| 124 | Gallegos | Victor | 08CV02623 |
| 125 | Gallo | Cori | 06cv11810 |
| 126 | Galvin | Robert | 06cv07304 |
| 127 | Gandia | Rosa | 08cv04936 |
| 128 | Garcia | Joseph | 07cv01500 |
| 129 | Garcia | Ladislao | 08CV02269 |
| 130 | Geneus | Manes | 06CV12091 |
| 131 | Giamo | Samuel | 06cv11676 |
| 132 | Gibson | Michael | 06cv14681 |
| 133 | Giraldo | Alberto | 07cv01503 |
| 134 | Glenn | Leslie | 09CV03452 |
| 135 | Gomez | Gildardo | 06cv02285 |
| 136 | Gonzalez | John | 08CV02630 |
| 137 | Gonzalez | Juan | 07CV01622 |
| 138 | Gonzalez | Roberta | 07CV04245 |
| 139 | Gordon | Leroy | 08CV02324 |
| 140 | Grabowska | Malgorzata | 06cv04885 |
| 141 | Greco | Chris | 06cv12752 |
| 142 | Gryszkiewicz | Slawomir | 07CV01623 |
| 143 | Guercio | Joseph | 06cv14701 |
| 144 | Gullo | Richard | 05CV01658 |
| 145 | Guszick | David | 07CV05411 |
| 146 | Hanberry | Brian | 06cv09075 |
| 147 | Harmon | Chris | 06cv13938 |
| 148 | Harris | John | 08CV02634 |
| 149 | Haughton | Roger | 05cv10390 |
| 150 | Hernandez | Dick | 06cv08784 |
| 151 | Hernandez | Maria Cecilia | 08cv05156 |
| 152 | Hernandez | Tercida | 08CV02275 |
| 153 | Hightower | William | 08CV02276 |
| 154 | Hobbs | David | 07CV05414 |
| 155 | Hogan | Thomas | 07CV05361 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 156 | Hurley | Neil | 07CV09029 |
| 157 | Hylton | Carlton | 06CV10355 |
| 158 | Inga | Jorge | 07CV01629 |
| 159 | Jakubowski | Janusz | 06cv14741 |
| 160 | Jaramillo | Jonas | 06cv14746 |
| 161 | Jaszcar | Lawrence | 06cv06776 |
| 162 | Jimbo | Rodrigo | 07CV01632 |
| 163 | Jones | James | 09cv01548 |
| 164 | Jones | James | 06CV11700 |
| 165 | Jones | Pierra | 08cv05856 |
| 166 | Joseph | Danny | 08CV06862 |
| 167 | Juarez | Osman | 07CV04970 |
| 168 | Jude | Philip | 06CV07450 |
| 169 | Kajewska-Pielarz | Bozena | 05CV00744 |
| 170 | Karus | Marian | 07CV01635 |
| 171 | Kear | John | 07CV04366 |
| 172 | Kearney | John | 07CV10787 |
| 173 | Kessler | Mitchell | 06CV12181 |
| 174 | Khaimov | Yasha | 06cv14771 |
| 175 | Kiryk | Andrzej | 07CV01639 |
| 176 | Kissane | John | 06cv14774 |
| 177 | Klein | Joel | 07CV01640 |
| 178 | Kmec | Lubomir | 08CV02278 |
| 179 | Knurzynska | Anna | 05cv07900 |
| 180 | Kochanski | Daniel | 06CV10377 |
| 181 | Korzep | Andrzej | 08CV02642 |
| 182 | Kosiv | Igor | 07cv08282 |
| 183 | Kucer | Thomas | 09CV02809 |
| 184 | Kudman | Yosef | 08CV02643 |
| 185 | Labate | Michael | 06CV08441 |
| 186 | Landau | Keith | 08CV02645 |
| 187 | Lanfrit | Karl | 06CV07919 |
| 188 | Lanigan | Mark | 06cv09107 |
| 189 | LaSala | Nick | 06cv08797 |
| 190 | Leary | Annette | 05cv01118 |
| 191 | Lech | Leszek | 06CV07911 |
| 192 | Lecoche | Fabio | 07CV05415 |
| 193 | Ledesma | Horacio | 06cv10044 |
| 194 | Lerich | David | 06cv12771 |
| 195 | Lituma | Diego | 07CV01648 |
| 196 | LoBasso | Thomas | 06cv04735 |
| 197 | Lopez | Antonio | 07CV05436 |
| 198 | Lopez | Francis | 07CV05301 |
| 199 | Lopez | Luz | 08CV02651 |
| 200 | Lorusso | Nicholas | 06cv09622 |
| 201 | Lott | Tyrone | 05CV01203 |
| 202 | Lovergine | Steve | 05CV01251 |
| 203 | Lukac | Esad | 07CV10179 |
| 204 | Luster | Edward | 07CV10795 |
| 205 | Lynch | Thomas | 06CV12227 |
| 206 | Mack | Vernon | 07CV05367 |
| 207 | Maher | Thomas | 07CV05416 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 208 | Maksymets | Vitaliy | 08CV02653 |
| 209 | Maldonado | Mariana | 06cv01786 |
| 210 | Malvino | Joseph | 08cv04947 |
| 211 | Mancini | Ron | 05CV01668 |
| 212 | Marin | Walter | 07CV10070 |
| 213 | Marmolejo | Virgilio | 07cv04488 |
| 214 | Marshall | Donna | 07CV05417 |
| 215 | Martin | Christopher | 06cv08963 |
| 216 | Martucci | Anthony | 05cv09957 |
| 217 | Martz | Kevin | 05cv01650 |
| 218 | Maupin | Mark | 08cv05853 |
| 219 | Mazarese | John | 07CV05561 |
| 220 | McBean | Derrick | 07CV10804 |
| 221 | McCann | James | 06cv14847 |
| 222 | McDermott | Sean | 06cv14854 |
| 223 | McKenna | Brian | 06cv14032 |
| 224 | McLoughlin | Jim | 07CV04424 |
| 225 | McNair | Michael | 08CV02328 |
| 226 | McNulty | William | 06CV07490 |
| 227 | Melendez | Maria | 07CV05397 |
| 228 | Mendez | Juan | 08CV02291 |
| 229 | Michalopoulos | Damon | 06CV07495 |
| 230 | Miranda | Richard | 05cv10750 |
| 231 | Moeller | Timothy | 08CV02659 |
| 232 | Mogg | Bruce | 07cv00785 |
| 233 | Mohlenbrok | Jeffrey | 06cv10823 |
| 234 | Molloy | Frank | 07CV05368 |
| 235 | Montero | Hamilton | 06cv12791 |
| 236 | Morales | Xiomar | 07cv11022 |
| 237 | Moran | LeRoy | 06CV07502 |
| 238 | Moran | Luis | 08CV02243 |
| 239 | Mordente | Como | 06cv07271 |
| 240 | Moreno | Jorge | 06cv14047 |
| 241 | Moretti | John | 06cv14904 |
| 242 | Morgan | Lawrence | 06cv11824 |
| 243 | Murphy | Michael | 07cv05418 |
| 244 | Naranjo | Adolfo | 08CV02295 |
| 245 | Naranjo | Angel | 07CV01671 |
| 246 | Nartowicz | Mieczyslaw | 08CV02669 |
| 247 | Nevins | Timothy | 08CV02330 |
| 248 | Nicola | Jose | 07CV05372 |
| 249 | Noesges | William | 06cv14925 |
| 250 | Nolan | Richard | 07cv08276 |
| 251 | Nunez | Carlos | 08CV02676 |
| 252 | Nussbaum | David | 07CV05419 |
| 253 | O'Connell | Sean | 07CV05374 |
| 254 | O'Connor | Edward | 06cv06797 |
| 255 | Olivo | Pilar | 07CV00061 |
| 256 | Olsen | Steven | 07CV10197 |
| 257 | Olszewski | Arkadiusz | 09CV02810 |
| 258 | O'Neal | Alexander | 06cv06798 |
| 259 | O'Neal | Michael | 06cv11828 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 260 | Ortiz | Christopher | 07CV05032 |
| 261 | Ozoria | Jaime | 08CV02679 |
| 262 | Paciorkowski | Wojciech | 08cv04940 |
| 263 | Pajak | Krzysztof | 07cv04502 |
| 264 | Pallotto | Michael | 07CV05421 |
| 265 | Pappalardo | Philip | 08CV06639 |
| 266 | Paredes | Valentin | 08CV02680 |
| 267 | Paternostro | Michael | 06CV10669 |
| 268 | Pena | Michael | 05CV01700 |
| 269 | Pepe | Robert | 06cv12802 |
| 270 | Peski | Slawomir | 08CV02688 |
| 271 | Peters | Stephen | 07CV10820 |
| 272 | Pina | Napoleon | 06CV12413 |
| 273 | Pinkney | Katherine | 06cv00818 |
| 274 | Pino | Fernando | 08CV02245 |
| 275 | Polo | Jose | 05CV01418 |
| 276 | Pope | David | 05cv01078 |
| 277 | Porowski | Piotr | 06cv03850 |
| 278 | Power | Michael | 06cv10855 |
| 279 | Prada | Juan Manuel | 08CV02691 |
| 280 | Prescod | Bruce | 05CV01681 |
| 281 | Pretel-Vega | Gladys | 08CV02693 |
| 282 | Puma | Pietro | 07CV05044 |
| 283 | Quintanilla | Natalia | 06CV01341 |
| 284 | Quintero | Efrain | 07CV05379 |
| 285 | Ramirez | Harold | 08CV02304 |
| 286 | Ramirez | Michael | 07CV05422 |
| 287 | Reen | Denis | 06cv08854 |
| 288 | Regula | Lawrence | 06cv09679 |
| 289 | Rehorn | Andrew | 06cv14084 |
| 290 | Reilly | John | 06cv14995 |
| 291 | Renaudin | Roland | 07CV05423 |
| 292 | Renda | Paul | 07CV05309 |
| 293 | Restrepo | Javier | 07cv01517 |
| 294 | Reyes | Angel | 06cv14998 |
| 295 | Ribeiro | Joseph | 07CV10918 |
| 296 | Richards | Keith | 05CV04215 |
| 297 | Rieger | Eric | 06cv15003 |
| 298 | Riggi | Laura | 06cv12807 |
| 299 | Rodriguez | Luis | 07CV05313 |
| 300 | Rodriguez | Mercedes | 08CV02701 |
| 301 | Roman | Luis | 07CV10836 |
| 302 | Romano | Dennis | 09cv01546 |
| 303 | Romero | Carmen | 06cv14101 |
| 304 | Ross | Richard | 06cv15022 |
| 305 | Rozpedowski | Jerzy | 07cv08285 |
| 306 | Ruggiero | Eddie | 06cv12813 |
| 307 | Ruggiero | James | 06cv15025 |
| 308 | Rugovac | Igbalija | 07cv01524 |
| 309 | Ruiz | Arley | 07CV05317 |
| 310 | Ruiz | Rafaela | 08CV02311 |
| 311 | Sabo-Winer | Galit | 06cv01651 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 312 | Sadowy | Donald | 06cv07254 |
| 313 | Salgado | Lorraine | 09cv01544 |
| 314 | Salinas | Angela | 08CV02706 |
| 315 | Salwa | Jan | 08CV02707 |
| 316 | Samuel | Antwi | 07CV05399 |
| 317 | Sanchez | Juan | 07cv05318 |
| 318 | Sanchez | Miyerlay | 08CV06637 |
| 319 | Santos | David | 06cv12492 |
| 320 | Sarmiento | Pedro | 07cv01531 |
| 321 | Sarra | Antonio | 06cv12816 |
| 322 | Schoffel | Matthew | 06cv14119 |
| 323 | Scott | David | 09CV02815 |
| 324 | Seagriff | John | 07CV05387 |
| 325 | Shalomov | Stanislav | 05cv01739 |
| 326 | Shalomov | Vladimir | 06CV07546 |
| 327 | Shanahan | Ken | 06CV10636 |
| 328 | Short | James | 07CV08997 |
| 329 | Signorile | Frank | 06cv15163 |
| 330 | Siguachi | Daniel | 07cv01705 |
| 331 | Silva | Fredy | 07cv01534 |
| 332 | Simpson | William | 05CV01208 |
| 333 | Sinerco | George | 06cv11843 |
| 334 | Skrzeczkowski | Eugeniusz | 07cv04517 |
| 335 | Slesicki | Jerzy | 06cv06814 |
| 336 | Sliwecki | Janusz | 08CV02719 |
| 337 | Soto | Mayie | 06cv10495 |
| 338 | Stamatakis | Zachary | 06cv11589 |
| 339 | Starace | Joe | 07CV08949 |
| 340 | Steckler | Andrew | 07CV05428 |
| 341 | Steinbrecher | Florence | 05CV01520 |
| 342 | Stroud | Alex | 06cv09724 |
| 343 | Sumba | Samuel | 05cv01783 |
| 344 | Szafranski | Konrad | 08CV06638 |
| 345 | Szubski | Edward | 07CV05429 |
| 346 | Szynkowski | Zbigniew | 08CV02308 |
| 347 | Taggart | John | 08CV02331 |
| 348 | Taylor | Felicia | 06cv00996 |
| 349 | Taylor | Robert | 06cv12560 |
| 350 | Testa | Rocco | 07CV05431 |
| 351 | Thomas | Kevin | 06cv04381 |
| 352 | Thorpe | Jeanne | 07cv01715 |
| 353 | Tighe | Stephen | 06cv15091 |
| 354 | Tobin | Brendan | 07CV09042 |
| 355 | Toledo | Jorge | 07cv04518 |
| 356 | Tomczyk | Dariusz | 07CV05322 |
| 357 | Torrealba | Flor | 08CV02724 |
| 358 | Trivino | William | 08CV02726 |
| 359 | Vaccarella | John | 06cv09737 |
| 360 | Valencia | Gisela | 08CV02728 |
| 361 | Valenti | John | 06cv14158 |
| 362 | Valenzuela | Mario | 06cv14159 |
| 363 | Vanfechtmann | Edward | 07cv01719 |

Exhibit 5
Updated Certifications Submitted

| | | | |
|---|---|---|---|
| 364 | Vasquez | Klever | 07cv04520 |
| 365 | Velez | Nelson | 08CV02732 |
| 366 | Vera | Alejandro | 07cv04522 |
| 367 | Viera | Martin | 08CV02314 |
| 368 | Villa | Patricia | 07CV05326 |
| 369 | Villarroel | Segundo | 07cv01546 |
| 370 | Vitiello | Andrew | 06cv09244 |
| 371 | Wadolowski | Zbigniew | 08CV11459 |
| 372 | Walsh | Kevin | 06cv12608 |
| 373 | Weber | Eric | 08cv05858 |
| 374 | Weber | William | 08CV02735 |
| 375 | Whitley-Warren | Linda | 09CV03456 |
| 376 | Wojciechowski | Seweryn | 08CV02319 |
| 377 | Zamora | Carlos | 07cv01549 |
| 378 | Zelaya | Jorge | 07cv01730 |
| 379 | Zurita | Juan | 08CV02744 |