Exhibit 6
Updated Certifications Pending

| # | Last Name | First Name | Case Number |
|---:|---|---|---|
| 1 | Aalbue | Richard | 06cv11897 |
| 2 | Abarca | Edgar | 06cv01648 |
| 3 | Abarca | Yasmin | 07CV01551 |
| 4 | Abatz | John | 07CV05333 |
| 5 | Acosta | Byron | 07CV01552 |
| 6 | Addeo | Stephen | 06cv09963 |
| 7 | Adriano | Luis | 07cv04445 |
| 8 | Agudelo | Gladys | 07cv04446 |
| 9 | Agudelo | Maria | 07CV05334 |
| 10 | Agudo | Claudio | 07cv04447 |
| 11 | Aguilar | Luis | 06cv12701 |
| 12 | Ahearn | Kevin | 07CV08863 |
| 13 | Alfaro Lobo | Miguel | 08CV02557 |
| 14 | Alfonso | Pedro | 08CV02252 |
| 15 | Ali | Carlos | 06cv11910 |
| 16 | Ali | Enrique | 07cv01554 |
| 17 | Alvarado | Ana Maria | 08CV02558 |
| 18 | Alvarado | Telma | 07cv01454 |
| 19 | Alvarez | Gloria | 07cv11017 |
| 20 | Alvarez | Juan | 06cv02814 |
| 21 | Alvarez | Maria | 05cv10135 |
| 22 | Alvarez | Rolando | 07cv01455 |
| 23 | Alvarez-Garcia | Hernando | 07cv11016 |
| 24 | Alvarracin | Jose | 06cv14459 |
| 25 | Amaya | Melba | 08CV02559 |
| 26 | Andrade | Alberto | 07cv01456 |
| 27 | Angulo | Rossina | 07cv04449 |
| 28 | Antiaris | John | 06cv09964 |
| 29 | Arana | Donald | 07CV05335 |
| 30 | Arbelaez | Ignacio | 08CV02561 |
| 31 | Arias | Arturo | 07CV05274 |
| 32 | Arias | Gloria | 08cv04931 |
| 33 | Arias | Julio | 06CV01340 |
| 34 | Arichabala | Jhonson | 05CV08685 |
| 35 | Aristizabal | Amparro | 07cv01457 |
| 36 | Aristizabal | Dagoberto | 07cv01458 |
| 37 | Aristizabal | Enid | 06cv04377 |
| 38 | Arlotta | Thomas | 06cv13784 |
| 39 | Arrieta | Enrique | 07cv01459 |
| 40 | Arteaga | Kleber | 08CV02253 |
| 41 | Ascencio | Ivan | 07cv01460 |
| 42 | Asmal | Angel | 07cv01461 |
| 43 | Asmal | Carlos | 08CV02563 |
| 44 | Asmal | Carlos | 07cv01462 |
| 45 | Astudillo | Freddy | 07cv01463 |
| 46 | Astudillo | Wilmer | 07CV01561 |
| 47 | Auditore | Frank | 07CV08974 |
| 48 | Avila | Angel | 07CV00060 |
| 49 | Avila | Cesar | 07CV01563 |
| 50 | Avila | Derlim | 08CV02237 |
| 51 | Avila | Edgar | 07cv01464 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 52 | Avila | Luis | 07cv04450 |
| 53 | Avila | Mauricio | 08CV02566 |
| 54 | Avila | Nolberto | 07CV01564 |
| 55 | Avila | Norberto | 07cv01465 |
| 56 | Aviles | Sixto | 08CV02254 |
| 57 | Ayala | Ivan | 07cv01466 |
| 58 | Azubike | Victor | 07CV09058 |
| 59 | Baczkowski | Andrzej | 07CV01565 |
| 60 | Baez | Fabiola | 07cv01467 |
| 61 | Bailon | Peter | 07CV05336 |
| 62 | Balarezo | Jose | 07cv01468 |
| 63 | Ballesteros | Vanessa | 08cv04932 |
| 64 | Banda | Ivan | 06cv14483 |
| 65 | Banda | Miguel | 06cv13790 |
| 66 | Banda | Nestor | 06cv14484 |
| 67 | Banda, Jr. | Nestor | 07CV04873 |
| 68 | Baquero | Sandra | 06cv14486 |
| 69 | Barbosa | Virginia | 06cv01649 |
| 70 | Barcco-Wong | Stalin | 07CV04293 |
| 71 | Barona | Miguel | 07cv01569 |
| 72 | Barrero | Arturo | 06cv13792 |
| 73 | Barreto | Raul | 07cv04451 |
| 74 | Barriga | Mercedes | 08CV02567 |
| 75 | Barros | Rodrigo | 08CV02255 |
| 76 | Bastidas | Julio | 07CV05276 |
| 77 | Bastidas | Ramiro | 07cv08278 |
| 78 | Battle | Linda | 06cv00133 |
| 79 | Bedell | Scott | 06cv07941 |
| 80 | Bedkowski | Tadeusz | 07CV05337 |
| 81 | Belkowski | Wlodzimierz | 07CV05339 |
| 82 | Benavidez | Vincente | 06CV07913 |
| 83 | Benbow | Joseph | 07CV04747 |
| 84 | Benitez | Luis | 06cv13799 |
| 85 | Bermeo | Ana | 08cv04933 |
| 86 | Bermeo | Luis | 08CV02568 |
| 87 | Bermudez | Anita | 07cv01470 |
| 88 | Berrezueta | Luis | 08CV02570 |
| 89 | Berrones | George | 07cv01471 |
| 90 | Betancourt | Hector | 07cv04453 |
| 91 | Betancur | Ana | 08CV02571 |
| 92 | Bikowski | Roman | 06cv14496 |
| 93 | Blandon | Daysy | 07CV09949 |
| 94 | Bocchichio | Frank | 06cv09270 |
| 95 | Bogacki | Jacek | 08CV02573 |
| 96 | Bolobanic | Nicholas | 05cv09046 |
| 97 | Bonifaz | Susana | 08CV02574 |
| 98 | Bonilla | Luis | 06cv10987 |
| 99 | Bonnen | Gladys | 07cv04454 |
| 100 | Borowiecki | Wiktor | 07cv04455 |
| 101 | Botero | Luz | 05CV01130 |
| 102 | Botero | Yuly | 08CV02575 |
| 103 | Bracic | Hava | 09CV02807 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 104 | Braverman | Eric | 08CV02576 |
| 105 | Bravo | Jorge | 06cv11955 |
| 106 | Brenseke | Richard | 07CV04324 |
| 107 | Bruno | Thomas | 05CV01747 |
| 108 | Bunay | Carlos | 07CV01571 |
| 109 | Bunay | Flor | 08CV02577 |
| 110 | Bunay | German Ernesto | 07CV01572 |
| 111 | Bunay | Teresa | 08CV02578 |
| 112 | Bustamante | Charles | 07cv00520 |
| 113 | Cabrera | Georgina | 05CV01785 |
| 114 | Cabrera | Hugo | 08CV02579 |
| 115 | Cabrera | Kleber | 08CV02580 |
| 116 | Cabrera | Marbin | 08CV02581 |
| 117 | Cabrera | Oswaldo | 07CV05551 |
| 118 | Cabrera | Rolendio | 08CV02256 |
| 119 | Cabrera | Wilson | 07cv01474 |
| 120 | Caguana | Manuel | 06cv11968 |
| 121 | Caguana | Segundo | 08CV02582 |
| 122 | Caiza | Martha | 07cv01475 |
| 123 | Calero | Ivan | 06cv01650 |
| 124 | Cali | Lucy | 08CV02583 |
| 125 | Calle | Elva | 08CV02584 |
| 126 | Calle | Gil | 07CV01576 |
| 127 | Calle | Jose | 07CV01577 |
| 128 | Calle | Maria Rocio | 07cv04458 |
| 129 | Calle | Wilson | 07CV01578 |
| 130 | Camino | Francisco | 07cv01476 |
| 131 | Campoverde | Angel | 07cv01477 |
| 132 | Campoverde | Rey | 07CV05280 |
| 133 | Campuzano | Consuelo | 06cv14529 |
| 134 | Cannon | Russell | 05cv07877 |
| 135 | Cantos | Ana Patricia | 05CV01272 |
| 136 | Carchi | Mauricio | 08CV02586 |
| 137 | Cardenas | Edison | 06cv14533 |
| 138 | Cardona | Carlos | 08CV02587 |
| 139 | Cardona | Catterine | 08CV02588 |
| 140 | Cardona | Luz | 05CV00417 |
| 141 | Carpio | Fausto | 07cv11019 |
| 142 | Carpio | Jose | 07cv01479 |
| 143 | Carr | James | 06cv00647 |
| 144 | Carrasco | Hernan | 08CV02589 |
| 145 | Carrasco | Victor | 06cv00459 |
| 146 | Carrero | Ramon | 08CV02590 |
| 147 | Carvajal | Javier | 06CV08348 |
| 148 | Carville | Scott | 07CV05340 |
| 149 | Casey | Donald | 07CV05166 |
| 150 | Castano | Carlos | 08CV02591 |
| 151 | Castillo | Antonio | 09CV03449 |
| 152 | Castillo | Francisco | 08CV02592 |
| 153 | Castillo | Nancy | 08CV02593 |
| 154 | Castillo | Piedad | 05CV10743 |
| 155 | Castillo | Silvia | 05cv01718 |

Exhibit 6
Updated Certifications Pending

| # | Last | First | Case No. |
|---|---|---|---|
| 156 | Castrillon | Isabel | 08cv04934 |
| 157 | Castro | Gisel | 08CV02594 |
| 158 | Castro | Hector | 07CV05342 |
| 159 | Castro | Maria | 08CV02257 |
| 160 | Cavaluzzi | Michael | 10cv07014 |
| 161 | Cayetano | Teresita | 07CV05282 |
| 162 | Ceballos | Lidia | 08CV02595 |
| 163 | Cedeno | Carlos | 08CV02596 |
| 164 | Cerbone | Guy | 07CV04898 |
| 165 | Ceron | Armando | 07CV01582 |
| 166 | Chaca | Wilson | 07CV01583 |
| 167 | Chain | Rosa | 06cv14549 |
| 168 | Chalco | Aida | 07cv01481 |
| 169 | Chalco | Joel | 08CV02258 |
| 170 | Chalen | Horacio | 08CV02598 |
| 171 | Charles | Michael | 06cv11546 |
| 172 | Chauca | Maria | 07cv01482 |
| 173 | Chavez | Carlos | 08CV02238 |
| 174 | Chavez | Edizon | 07CV01585 |
| 175 | Cheesman | Benjamin | 06cv12718 |
| 176 | Chimbay | Maria | 08CV02599 |
| 177 | Chique | Manuel | 08CV02600 |
| 178 | Chique | Maria | 08CV02259 |
| 179 | Chirinos | Luis | 08CV02260 |
| 180 | Choinski | Pawel | 06cv13837 |
| 181 | Chojnowski | Andrzej | 07CV01588 |
| 182 | Chun | William | 06cv11989 |
| 183 | Ciaramella | Vincent | 07CV05343 |
| 184 | Cifuentes | Maria del Pilar | 07CV01590 |
| 185 | Cintron | Yolanda | 06cv05631 |
| 186 | Claret | Cecilia | 06cv14554 |
| 187 | Claret | Justina | 08CV06633 |
| 188 | Coballes | Sarbelia | 08CV02261 |
| 189 | Cobos | Angel | 07cv01483 |
| 190 | Cochero | Robert | 08CV02601 |
| 191 | Cochran | Edward | 07CV09961 |
| 192 | Coello | Asdrubal | 07cv01484 |
| 193 | Cokley | Anthony | 08CV11453 |
| 194 | Collazos | Antonio | 07cv04461 |
| 195 | Colombo | Joseph | 07CV04177 |
| 196 | Colorado | Viviana | 08CV02239 |
| 197 | Colucci | Christopher | 06cv14564 |
| 198 | Conca | Ralph | 06CV08355 |
| 199 | Concepcion | Beatriz | 07CV01594 |
| 200 | Conforme | Freddy | 07CV05552 |
| 201 | Conway | Thomas | 09CV02808 |
| 202 | Cordova | Hector | 07CV01595 |
| 203 | Cornier | David | 07CV05406 |
| 204 | Coronel | Jose | 07cv01487 |
| 205 | Corrales | Elena | 07CV01596 |
| 206 | Cortez | Jorge | 07CV05394 |
| 207 | Cortez | Zoila | 07CV05344 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 208 | Cortijo | Lidia | 07CV00317 |
| 209 | Cosme | Manuel | 06CV12006 |
| 210 | Criollo | Jose | 05cv01104 |
| 211 | Cronin | James | 08CV00653 |
| 212 | Cruz | Efren | 08CV02603 |
| 213 | Cubero | Carmen | 09CV03450 |
| 214 | Cuellar | Francisco | 08CV06634 |
| 215 | Cuevas | David | 08CV02321 |
| 216 | Culcay | Rosa | 07CV05346 |
| 217 | Cullimore | Andrew | 06CV11651 |
| 218 | Cuomo | Anthony | 07CV10756 |
| 219 | Cusick | Peter | 07CV05347 |
| 220 | Daquila | Steven | 06cv08756 |
| 221 | Datil | Leonor | 07cv01488 |
| 222 | Davis | Jimmie | 06CV08373 |
| 223 | Davis | Pyron | 07CV05270 |
| 224 | De La Cruz | Maria | 07cv04464 |
| 225 | DeJesus | Gilberto | 07CV09087 |
| 226 | DeJesus | Maria | 08CV02605 |
| 227 | Delacruz | Belkis | 08CV02263 |
| 228 | DeLaCruz | Elsa | 07cv01490 |
| 229 | DeLaCruz | Ofelia | 08CV02606 |
| 230 | Delgado | Emilsen | 08CV02264 |
| 231 | Delorbe | Luciano | 06cv12731 |
| 232 | DeLuca | Joseph | 06cv14596 |
| 233 | Demauro | Mark | 05CV04335 |
| 234 | Diaz | Alba | 07CV00065 |
| 235 | Diez | Pancri | 07CV05351 |
| 236 | Diez | Rosa | 07CV05352 |
| 237 | Dipalo | John | 06cv11552 |
| 238 | Dominguez | Gina | 08CV02608 |
| 239 | Donovan | Michael | 06cv10745 |
| 240 | Dota | Clara | 07CV01602 |
| 241 | Douso | Joseph | 07CV05407 |
| 242 | Dowling | John | 06cv09038 |
| 243 | Drozd | Bogdan | 08cv04945 |
| 244 | Drozdz | Dominik | 06cv14619 |
| 245 | Drozdz | Stanislaw | 06cv14620 |
| 246 | Drysdale | Oswald | 07CV05286 |
| 247 | Duarte | Inerva | 07CV01603 |
| 248 | Duche | Luz | 08CV02609 |
| 249 | Duchitanga | Angel | 07cv01492 |
| 250 | Duchitanga | Manuel | 07CV05287 |
| 251 | Duchitanga | Maria | 07CV01604 |
| 252 | Duchitanga | Rosalino | 07CV01605 |
| 253 | Duque | Blanca | 08CV02610 |
| 254 | Duque | Flor | 08CV02611 |
| 255 | Duque | Maria | 07cv06292 |
| 256 | Duran | Ana | 07cv01493 |
| 257 | Dutan | Elvia | 06CV05504 |
| 258 | Dybus | Tomasz | 08CV02322 |
| 259 | Easterling | Willie | 06CV09542 |

5

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 260 | Encalada | Cirilo | 07cv04465 |
| 261 | Encalada | Jorge | 05CV10737 |
| 262 | Encalada | Luis | 07CV05354 |
| 263 | Encalada | Marco | 07cv01494 |
| 264 | Espinal | Robert | 08CV02612 |
| 265 | Espinosa | Enny | 06cv13890 |
| 266 | Espinosa | Hernando | 07cv01495 |
| 267 | Espinosa-Cardenas | Nancy | 08CV02613 |
| 268 | Espinoza | Adolfo | 07CV05288 |
| 269 | Espinoza | Alex | 08CV02614 |
| 270 | Espinoza | Carlos | 08CV02615 |
| 271 | Faltynowicz | Stanislaw | 08CV02616 |
| 272 | Fares | Manuel | 08CV02617 |
| 273 | Fassett | Bradley | 07CV08884 |
| 274 | Febrillet | Christian | 08CV02618 |
| 275 | Felicetti | Frank | 07CV04244 |
| 276 | Feliciano | Gladys | 08CV02267 |
| 277 | Fiedziukiewicz | Piotr | 08CV02268 |
| 278 | Fitzpatrick | Kevin | 06CV12064 |
| 279 | Fiumano | Joseph | 06CV12065 |
| 280 | Flaherty | Patrick | 07CV05356 |
| 281 | Flores | Danilsa | 07CV01608 |
| 282 | Flores | Talia | 07CV01609 |
| 283 | Flynn | James | 06cv14652 |
| 284 | Foley | Donald | 07cv00657 |
| 285 | Franco | Herman | 08CV02621 |
| 286 | Franco | Luis | 07cv04466 |
| 287 | Freire | Flavio | 06cv13909 |
| 288 | Fuertes | Manuel | 07cv01496 |
| 289 | Galiano | Cruz | 08CV02622 |
| 290 | Gallego | Isma | 07cv01497 |
| 291 | Gallegos | Rebeca | 05cv09820 |
| 292 | Gallegos | Walter | 07cv04467 |
| 293 | Gallegos | Wilson | 07CV01613 |
| 294 | Galli | Diana | 07cv04503 |
| 295 | Gallo | Juan | 06cv14670 |
| 296 | Galvis | Edgar | 06cv03422 |
| 297 | Gandurski | Wieslaw | 08CV02240 |
| 298 | Garces | Jesus | 07CV01615 |
| 299 | Garces | Segundo | 07cv01498 |
| 300 | Garcia | Carlos | 08CV02624 |
| 301 | Garcia | Enrique | 08CV02241 |
| 302 | Garcia | Fernando | 06cv13916 |
| 303 | Garcia | Fredy | 07cv01499 |
| 304 | Garcia | Isabel | 07cv08281 |
| 305 | Garcia | Jorge | 07CV05291 |
| 306 | Garcia | Jose | 06cv02218 |
| 307 | Garcia | Lizeth | 08CV02270 |
| 308 | Garcia | Luis | 07cv01502 |
| 309 | Garcia | Luis | 07cv01501 |
| 310 | Garcia | Sixta | 07CV05292 |
| 311 | Garcia | Sonia | 07CV05358 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 312 | Garcia | Viviana | 06cv14671 |
| 313 | Gaspar | Peter | 05cv10739 |
| 314 | Gavidia | Blanca | 07cv04468 |
| 315 | Gawin | Leonard | 07CV01619 |
| 316 | Gil | Claudia | 08CV02625 |
| 317 | Gil | Margarita | 07cv04470 |
| 318 | Gimblet | Dennis | 06CV07429 |
| 319 | Giraldo | Edir | 08CV02626 |
| 320 | Giraldo | Hitier | 07CV05554 |
| 321 | Giraldo | Jaime | 07cv04471 |
| 322 | Giraldo | John | 07cv01504 |
| 323 | Gomez | Jose | 08CV02627 |
| 324 | Gomez | Manuel | 08CV02271 |
| 325 | Gomez | Ruben | 08CV02628 |
| 326 | Gonzalez | Gabriel | 06CV13701 |
| 327 | Gonzalez | Gisselle | 08CV02629 |
| 328 | Gora | Edward | 06cv03302 |
| 329 | Gracia | Maritza | 07cv01522 |
| 330 | Grageda | Abdon | 08CV02631 |
| 331 | Granata | Joseph | 06cv12688 |
| 332 | Graziano | Anthony | 06cv14694 |
| 333 | Greaney | John | 07cv05410 |
| 334 | Gualotuna | Jorge | 08CV02632 |
| 335 | Gualpa | Rosa | 07cv04472 |
| 336 | Guaman | Enrique | 08CV02633 |
| 337 | Guartambel | Jose | 08cv04937 |
| 338 | Guerrero | Antonio | 07CV05294 |
| 339 | Guerrero | Francisco | 05CV01636 |
| 340 | Guevara | Julio | 07CV05555 |
| 341 | Guevara | Rodolfo | 06cv03301 |
| 342 | Guiracocha | Cesar | 08CV02272 |
| 343 | Guiracocha | Samuel | 06CV12120 |
| 344 | Guzman | Armando | 07CV05556 |
| 345 | Guzman | Carlos | 06cv02884 |
| 346 | Guzman | Eric | 07cv01506 |
| 347 | Guzman | Felix | 07CV05412 |
| 348 | Guzman | Salma | 08CV02273 |
| 349 | Harris | Michele | 06cv14711 |
| 350 | Hartberger | Michael | 10cv07005 |
| 351 | Hartnett | Michael | 09CV03457 |
| 352 | Harvey | Frank | 08CV02635 |
| 353 | Hayduk | Jeffrey | 06cv05839 |
| 354 | Henao | Gustavo | 08cv04938 |
| 355 | Hernandez | Enrique | 07CV05360 |
| 356 | Hernandez | Isaac | 05CV01379 |
| 357 | Hernandez | Jaime | 08CV02274 |
| 358 | Hernandez | Nubia | 08CV02636 |
| 359 | Hernandez | Robert | 06cv14719 |
| 360 | Hernandez | Rosario | 05cv01471 |
| 361 | Herrera | Jose | 06CV12139 |
| 362 | Hinckson | Christopher | 07CV05413 |
| 363 | Hovell | Richard | 05CV01645 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 364 | Hualpa | Angel | 05CV02501 |
| 365 | Huerta | Maria | 08CV06635 |
| 366 | Hunce | Peter | 08CV02325 |
| 367 | Hurtado | Julio | 07CV05295 |
| 368 | Hurtado | William | 06cv10781 |
| 369 | Idrovo | Edgar | 06cv11025 |
| 370 | Idrovo | Manuel | 07CV01628 |
| 371 | Imsho | Jeffrey | 09CV02814 |
| 372 | Infantas | Henry | 07CV04965 |
| 373 | Inga | Luis | 07cv04474 |
| 374 | Intriago | Ecuador | 07cv04475 |
| 375 | Irwin | Thomas | 08CV02637 |
| 376 | Iwanczyk | Wladyslaw | 07CV05362 |
| 377 | Jablonski | Jozef | 07CV01630 |
| 378 | Jalil | Julio | 07cv04476 |
| 379 | James | Leslie | 08CV02326 |
| 380 | James | Mary | 08CV02638 |
| 381 | Jara | Juan | 07CV05363 |
| 382 | Jara | Marina | 07cv04477 |
| 383 | Jaramillo | Freddy | 08CV02639 |
| 384 | Jaramillo | Manuel | 09CV03458 |
| 385 | Jarrin | Rogerio | 06cv14747 |
| 386 | Jenkins | Christopher | 08CV05931 |
| 387 | Jerez | Carmen | 07CV05297 |
| 388 | Jimenez | Alberto | 07cv04478 |
| 389 | Jimenez | Francisco | 08CV02242 |
| 390 | Jimenez | Jose | 07CV00064 |
| 391 | Jimenez | Rafael | 07CV10784 |
| 392 | Jimenez | Raul | 08CV02640 |
| 393 | Johnson | Alan | 07cv01508 |
| 394 | Johnson | Christopher | 07CV10786 |
| 395 | Jones | Tony | 06cv13963 |
| 396 | Jordan | Luis | 08CV02277 |
| 397 | Jozefowicz | Jan | 07CV05298 |
| 398 | Jozwiak | Henryk | 08cv04939 |
| 399 | Juarez | Urbano | 07cv01509 |
| 400 | Kaczynski | Jozef | 07cv01510 |
| 401 | Karpinski | Slawomir | 07CV01634 |
| 402 | Karpiuk | Janusz | 08CV02327 |
| 403 | Kasina | Andrzej | 07CV01636 |
| 404 | Kerney | Ronald | 08CV02641 |
| 405 | Khan | Imtiaz | 06CV12182 |
| 406 | King | Mechelle | 07CV09008 |
| 407 | Kinsey | Kenneth | 07CV01638 |
| 408 | Kolodziejczyk | Wieslaw | 07cv04479 |
| 409 | Konopka | Antoni | 07CV01641 |
| 410 | Kopcza | Michal | 07CV05396 |
| 411 | Kopperl | Helga | 07CV05364 |
| 412 | Kosowski | Edward | 07CV05299 |
| 413 | Kowalczyk | Adam | 06cv02252 |
| 414 | Kuhn | Douglas | 08CV02644 |
| 415 | Kukacki | Kazimierz | 06cv14781 |

8

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 416 | Kurak | Antoni | 06cv04376 |
| 417 | Kwasniak | Boguslaw | 07CV05300 |
| 418 | Lagner | Troy | 06cv12770 |
| 419 | Laios | John | 06CV12194 |
| 420 | Lamboy | Eva | 07CV01644 |
| 421 | Lampart | Antoni | 07CV01645 |
| 422 | Lara | Emerita | 07CV05365 |
| 423 | Lascano | Ana | 05cv09333 |
| 424 | Lascano | Carlos | 07CV01646 |
| 425 | Lasica | Andrzej | 07cv04480 |
| 426 | Lenis | Carlos | 06cv10045 |
| 427 | Leon | Cesar | 07CV00063 |
| 428 | Leon | Ines | 07cv04481 |
| 429 | Leon | Jose | 07CV01647 |
| 430 | Leon | Segundo | 07cv08283 |
| 431 | Leonard | Thomas | 07CV05559 |
| 432 | Leroux | Ivonne | 06cv12772 |
| 433 | Letz | Alan | 06cv14793 |
| 434 | Lewis | Stephen | 06CV08446 |
| 435 | Lewis, Sr. | Leonard | 06cv13990 |
| 436 | Liguori | Jerry | 06CV08447 |
| 437 | Linea | Carmelo | 08cv04946 |
| 438 | Lituma | Manuel | 07CV01649 |
| 439 | Llerena | Hilda | 07CV01650 |
| 440 | Llibri | Pascual | 07CV01651 |
| 441 | Lluguay | Maria | 08CV02280 |
| 442 | Loja | Jose | 06CV12219 |
| 443 | Loja | Raul | 07CV01652 |
| 444 | Loja | Wilmo | 07cv04482 |
| 445 | Londono | Adriana | 08CV02646 |
| 446 | Londono | Francisco | 08CV02647 |
| 447 | Londono | Gloria | 08CV02648 |
| 448 | Londono | Liliana | 08CV02649 |
| 449 | Lopez | Adolfo | 10cv07154 |
| 450 | Lopez | Agustin | 08CV02650 |
| 451 | Lopez | Angel | 08CV02281 |
| 452 | Lopez | Jamie | 08CV02282 |
| 453 | Lopez | Luz | 07CV05560 |
| 454 | Lopez | Milton | 07CV01653 |
| 455 | Lopez | Oswaldo | 07cv04483 |
| 456 | Lopez | Oswaldo | 06cv14807 |
| 457 | Lopez | Ricardo | 06cv04884 |
| 458 | Lopez | Rolando | 08CV02283 |
| 459 | Lopez | Wilber | 06cv14808 |
| 460 | Lora | Andrea | 07cv04484 |
| 461 | Losada | Nubia | 08CV02652 |
| 462 | Lozano | Henry | 08CV02284 |
| 463 | Lucero | Fernando | 07CV05366 |
| 464 | Luengas | Ligia | 08CV02285 |
| 465 | Luna | Rolando | 06CV07912 |
| 466 | Macas | Veronica | 07cv04485 |
| 467 | Macias | Pedro | 08CV02286 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 468 | Madden | Thomas | 06CV07468 |
| 469 | Maldonado | Darwin | 06cv14824 |
| 470 | Maldonado | Felix | 06cv14825 |
| 471 | Mandragona | Carmine | 06cv08807 |
| 472 | Marcillo | Douglas | 07cv04486 |
| 473 | Marcos | John | 07cv04487 |
| 474 | Marin | Diego | 08CV02655 |
| 475 | Marrero | Gloria | 08CV02287 |
| 476 | Martin | Craig | 06cv08035 |
| 477 | Martin | Garrett | 09CV02761 |
| 478 | Martin | Mark | 07CV08968 |
| 479 | Martin | Richard | 06cv08037 |
| 480 | Martinez | Joffre | 08CV02288 |
| 481 | Martinez | Manuel | 07cv04489 |
| 482 | Martinez | Roberto | 06CV12290 |
| 483 | Mattei | Margarita | 08CV02289 |
| 484 | Mayorga Gonzalez | Julio Cesar | 08CV02656 |
| 485 | Mazlymian | Juan | 07CV01658 |
| 486 | Mazur | Antoni | 07CV01659 |
| 487 | McMahon | Dennis | 07CV04201 |
| 488 | Medina | Diego | 08CV02290 |
| 489 | Medina | Rosa | 07cv04491 |
| 490 | Medrano | Salvador | 07cv04492 |
| 491 | Medrano | Trinidad | 07cv04493 |
| 492 | Mejia | Hilario | 07CV01662 |
| 493 | Melo | Alberto | 08CV02657 |
| 494 | Meltz | Richard | 06cv08469 |
| 495 | Mendez | Edgar | 05CV01180 |
| 496 | Mendoza | Enrique | 07CV05302 |
| 497 | Mendoza | Gustavo | 07cv04494 |
| 498 | Meneses | Luis | 08CV02658 |
| 499 | Merchan | Carlos | 07CV01665 |
| 500 | Mesa | Luis | 07CV05303 |
| 501 | Michalik | Wojciech | 08CV02292 |
| 502 | Mills | Joseph | 08CV02329 |
| 503 | Miranda | Susana | 08CV02293 |
| 504 | Misaico | Ubaldo | 07cv04495 |
| 505 | Molina | Rosa | 07CV05017 |
| 506 | Mollahan | Robert | 07CV05018 |
| 507 | Montalvo | Luz | 08CV02660 |
| 508 | Montenegro | Otto | 06CV06018 |
| 509 | Montero | Leidis | 05CV01691 |
| 510 | Montoya | Sandra | 08CV06636 |
| 511 | Monzant | Angel | 07CV05369 |
| 512 | Moore | Edward | 07CV05562 |
| 513 | Mora | Andres | 08CV02661 |
| 514 | Mora | Eugenio | 06cv13168 |
| 515 | Morales | Edwin | 06cv08949 |
| 516 | Morales | Fabio | 07CV01667 |
| 517 | Morales | Segundo | 07CV01668 |
| 518 | Morales | Tatiana | 07CV05370 |
| 519 | Moran | Wilson | 06CV12341 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 520 | Moreno | Consuelo | 08CV02662 |
| 521 | Moreno | Sandra | 06cv14901 |
| 522 | Morocho | Simon | 08CV02663 |
| 523 | Moscato | Salvatore | 08CV01403 |
| 524 | Mosquera | Linder | 06CV13702 |
| 525 | Moya | Joe | 06cv14909 |
| 526 | Mrozek | Jacek | 07cv08275 |
| 527 | Munoz | Janeth | 08CV02665 |
| 528 | Munoz | Javier | 08CV02666 |
| 529 | Murray | Glenn | 08CV02667 |
| 530 | Naranjo | Angel | 07CV00066 |
| 531 | Naranjo | Leonardo | 08CV02668 |
| 532 | Naranjo | Luis | 07cv08102 |
| 533 | Naranjo | Luis | 05CV10738 |
| 534 | Naranjo | Walter | 07cv04496 |
| 535 | Narvaez | Carlos | 06cv02221 |
| 536 | Narvaez | Julia | 07CV05304 |
| 537 | Narvaez | Rosa | 08CV02670 |
| 538 | Naula | Miguel | 08CV02671 |
| 539 | Naula | Segundo | 08CV02672 |
| 540 | Nauta | Dalia | 08cv01015 |
| 541 | Navarro | Geronimo | 08CV02673 |
| 542 | Negron | Aurea | 06CV12366 |
| 543 | Negron | Herbert | 07CV05305 |
| 544 | Nieto | Rodolfo | 08CV02674 |
| 545 | Nino | Victor | 08CV02675 |
| 546 | Niskanen | David | 06CV12377 |
| 547 | Noguera | Miryam | 07CV05373 |
| 548 | Nolan | Joseph | 05CV01213 |
| 549 | Nunez | Divina | 07CV00356 |
| 550 | O Neill | Sean | 08CV02677 |
| 551 | O'Brien | Michael | 05CV08541 |
| 552 | Ocampo | Janneth | 07CV01673 |
| 553 | Onzo | Emil | 06CV10624 |
| 554 | Oquendo | Walter | 07cv04497 |
| 555 | Ordonez | Julio | 08CV02298 |
| 556 | Orellana | Aurellio | 07CV01674 |
| 557 | Orellana | Cristobal | 07CV05563 |
| 558 | Orellana | Edgar | 07CV05398 |
| 559 | Orozco | Haidee | 07cv04498 |
| 560 | Orozco | Rafael | 08CV02299 |
| 561 | Ortega | Edgar | 08CV02678 |
| 562 | Ortega | Mariana | 05CV01765 |
| 563 | Ortega | Sandra | 07CV01675 |
| 564 | Ortiz | Rosa | 07CV01676 |
| 565 | Ortiz | Wilson | 07CV01677 |
| 566 | Osorio | Alicia | 08CV02300 |
| 567 | Ostrzycki | Wladyslaw | 07CV05375 |
| 568 | Oyervide | Blanca | 07cv04500 |
| 569 | Pacheco Lobo | Jose | 07CV08924 |
| 570 | Pacho | Miguel | 07cv04501 |
| 571 | Padilla | Carmen | 05cv09822 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 572 | Padredin | Nayibe | 07CV05306 |
| 573 | Paduani | Miguel | 07CV05307 |
| 574 | Palaguachi | Rosa | 07CV01680 |
| 575 | Palma | Patricia | 06cv03932 |
| 576 | Palomeque | Henry | 08CV02244 |
| 577 | Palomino | Camilo | 07cv04504 |
| 578 | Pangallo | Frank | 06cv14071 |
| 579 | Pankiewicz | Czeslaw | 07cv04505 |
| 580 | Papazissis | Nicholas | 07CV10029 |
| 581 | Paredes | Kleber | 06CV13703 |
| 582 | Paredes | Walberto | 08CV02302 |
| 583 | Parra | Felix | 07cv04506 |
| 584 | Parra | Leydi | 08CV02681 |
| 585 | Pasqua | Frank | 07CV05437 |
| 586 | Pastuizaca | Zoila | 07CV05308 |
| 587 | Paucar | Reina | 07cv01511 |
| 588 | Pazmino | Grecia | 07CV00886 |
| 589 | Peduto | Albert | 07CV08927 |
| 590 | Pelaez | Inez | 08CV02682 |
| 591 | Pelaez | Rolando | 07cv04507 |
| 592 | Pena | Alexander | 07CV08929 |
| 593 | Pena | Gabriel | 05CV01385 |
| 594 | Pena | Jorge | 07CV01682 |
| 595 | Pena | Luis | 05cv10741 |
| 596 | Pena | Marianna | 08CV02683 |
| 597 | Penafiel | Luis | 07cv01512 |
| 598 | Pepe Jr | Joseph | 09CV02777 |
| 599 | Peralta | Guido | 07cv01513 |
| 600 | Peralta | Jose | 07CV01683 |
| 601 | Perea | Zaida | 08CV02684 |
| 602 | Perez | Jacqueline | 07cv08284 |
| 603 | Perez | Otilia | 08CV02685 |
| 604 | Perez- Zapata | David | 08CV02686 |
| 605 | Perez-Sanchez | Maribel | 08CV02687 |
| 606 | Perkowski | Kazimierz | 06CV08278 |
| 607 | Perry | LaDerrick | 06cv08970 |
| 608 | Pichu | Julio | 06CV12411 |
| 609 | Pieczynska | Hanna | 07CV01684 |
| 610 | Pierrot | Clifford | 08cv04948 |
| 611 | Pietraszkiewicz | Jan | 06cv02527 |
| 612 | Pigott | John | 06cv14970 |
| 613 | Pillco | Luis | 07cv04508 |
| 614 | Pineda | Freddy | 05CV01349 |
| 615 | Pineda | Hernan | 07CV05376 |
| 616 | Pinela | Carlos | 07CV05377 |
| 617 | Pinto | David | 06CV12415 |
| 618 | Plucinski | Zbigniew | 08CV02303 |
| 619 | Ponce | Pedro | 08CV02690 |
| 620 | Porras | Raul | 06cv09674 |
| 621 | Prada | Maria | 08CV02692 |
| 622 | Prado | Victor | 09CV03459 |
| 623 | Prus | Andrzej | 07cv01514 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 624 | Prusak | Andrej | 07CV05378 |
| 625 | Puma | Elsa | 07cv11023 |
| 626 | Puma | Maria | 07CV01688 |
| 627 | Pumacuri | Manuel | 09CV03453 |
| 628 | Purcell | Dan | 07CV08932 |
| 629 | Pyziak | Jan | 06CV12425 |
| 630 | Quinlan | Scott | 07CV09168 |
| 631 | Quizhpi | Jesus | 07cv04509 |
| 632 | Quizhpi | Nelly | 08cv04941 |
| 633 | Quizhpi | Segundo | 08CV02246 |
| 634 | Rafaniello | Mark | 07CV10823 |
| 635 | Ragnetti | James | 06cv11247 |
| 636 | Raimondi | Joseph | 07CV05380 |
| 637 | Ramirez | Freddy | 05CV05601 |
| 638 | Ramirez | Orlando | 06cv08853 |
| 639 | Ramirez | Ramiro | 08CV02694 |
| 640 | Ramirez | William | 07cv01515 |
| 641 | Ramirez | William | 07cv01689 |
| 642 | Rando | Dennis | 07CV10824 |
| 643 | Rasheed | Abdel | 06cv09188 |
| 644 | Rejment | Jan | 08CV11455 |
| 645 | Rendon | Guelmer | 07cv04510 |
| 646 | Rendon | Viviana | 08CV02695 |
| 647 | Rengifo | Irving | 07CV01690 |
| 648 | Reyes | Marilan | 07CV05310 |
| 649 | Reynolds | David | 07CV03446 |
| 650 | Reynoso | Francisco | 08CV02696 |
| 651 | Rico | Alejandra | 08cv05857 |
| 652 | Riera | Carlos | 07cv01518 |
| 653 | Riera | Maximo | 07cv01519 |
| 654 | Rivera | Sonia | 06cv06234 |
| 655 | Rizzi | Patrizio | 06cv15006 |
| 656 | Robles | Blanca | 07cv01520 |
| 657 | Robles | Maria | 06cv11257 |
| 658 | Robles | Teresa | 07CV05312 |
| 659 | Rodas | Hugo | 08CV02698 |
| 660 | Rodas | Patricio | 07CV01694 |
| 661 | Rodriguez | Jorge | 06cv11260 |
| 662 | Rodriguez | Luz | 07cv01521 |
| 663 | Rodriguez | Manuel | 08CV02700 |
| 664 | Rodriguez | Mirian | 08CV02702 |
| 665 | Rodriguez | Napoleon | 07CV05314 |
| 666 | Rodriguez | Olga | 08CV02247 |
| 667 | Rodriguez | Rosa | 06cv00845 |
| 668 | Rodriguez | Susana | 07CV05315 |
| 669 | Rodriguez | William | 07CV05424 |
| 670 | Rodriguez-Jomarron | Olga | 08CV02699 |
| 671 | Rojas | Alfredo | 08CV02703 |
| 672 | Rojas | Angel | 07CV01696 |
| 673 | Rojas | Jaime | 07cv04511 |
| 674 | Rojas | Mario | 06cv05786 |
| 675 | Romaniuk | Mieczyslaw | 07CV05316 |

13

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 676 | Rosales | Cesar | 06cv12812 |
| 677 | Rosario | Carmen | 09CV02811 |
| 678 | Rotondi | Anthony | 05CV01755 |
| 679 | Ruales | Glenda | 08CV02704 |
| 680 | Ruales | Segundo | 07cv11024 |
| 681 | Rudder | Anthony | 07CV01698 |
| 682 | Ruffen | Casilda | 07cv01523 |
| 683 | Ruggiero | John | 07CV05067 |
| 684 | Rupnarain | Tejperpab | 06cv12475 |
| 685 | Ryan | Thomas | 06cv08529 |
| 686 | Saavedra | Jorge | 08CV02705 |
| 687 | Saeteros | Blanca | 08CV02305 |
| 688 | Saeteros | Milton | 07cv05383 |
| 689 | Salazar | Maria | 07CV01699 |
| 690 | Salazar | Victor | 07cv04512 |
| 691 | Salgado | Calinda | 06cv10087 |
| 692 | Salgado | Hipolito | 05CV01675 |
| 693 | Sanabia | Manuel | 08CV06863 |
| 694 | Sanchez | Apolinar | 07cv01526 |
| 695 | Sanchez | Daniel | 08CV02708 |
| 696 | Sanchez | Delta | 07cv08286 |
| 697 | Sanchez | Edilberto | 07CV05384 |
| 698 | Sanchez | Genaro | 07cv01527 |
| 699 | Sanchez | George | 08cv04949 |
| 700 | Sanchez | Javier | 08CV02709 |
| 701 | Sanchez | Jose | 07cv04513 |
| 702 | Sanchez | Jose | 08CV02306 |
| 703 | Sanchez | Liliana | 07CV05385 |
| 704 | Sanchez | Manuel | 07CV10075 |
| 705 | Sanchez | Oscar | 06cv11892 |
| 706 | Sanchez | Rocio | 06CV10237 |
| 707 | Sanchez | Rosa | 06cv12488 |
| 708 | Sanchez | Wilson | 07CV05386 |
| 709 | Sandoya | Henry | 07cv11025 |
| 710 | Sanguna | Luis | 08CV02712 |
| 711 | Sanmartin | Leonel | 07cv04514 |
| 712 | Santamaria | Emanuel | 07cv01528 |
| 713 | Santana | Hilda | 08CV11456 |
| 714 | Santana | Miquel | 07CV01700 |
| 715 | Santana | Yahira | 08CV11457 |
| 716 | Santos | Fernanda | 07CV05319 |
| 717 | Sarmiento | Edwin | 07cv04515 |
| 718 | Sarmiento | Galo | 07cv01529 |
| 719 | Sarmiento | Gerardo | 08CV02713 |
| 720 | Sarmiento | Javier | 06cv12495 |
| 721 | Sarmiento | Jose | 07cv01530 |
| 722 | Sarmiento | Maydi | 06cv06521 |
| 723 | Savage | Gertrudis | 05cv09951 |
| 724 | Schuler | Steven | 07CV05425 |
| 725 | Schultz | Michaelene | 06cv15049 |
| 726 | Sen | Juan | 08CV02307 |
| 727 | Serrano | Alfonso | 07CV01703 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 728 | Serrano | Angel | 07cv04516 |
| 729 | Serrano | Theresa | 05cv08937 |
| 730 | Shields | Steven | 07CV10207 |
| 731 | Shingles | Ulysses | 06cv11585 |
| 732 | Shubert | Anthony | 07cv01532 |
| 733 | Sibrian | Martha | 08CV02714 |
| 734 | Siemek | Andrzej | 07cv01704 |
| 735 | Siguencia | Nancy | 08CV02715 |
| 736 | Siguencia | Raul | 07cv01533 |
| 737 | Silva | Antonio | 05CV01260 |
| 738 | Silva | Carlos | 06cv02664 |
| 739 | Silva | Enrique | 06cv12525 |
| 740 | Silva | Ligia | 08CV02716 |
| 741 | Simancas | Luis | 08CV02717 |
| 742 | Simes | Larry | 06cv08541 |
| 743 | Sinchi | Zoila | 08CV02718 |
| 744 | Smith | Jeffrey | 05CV01705 |
| 745 | Solarte | Maria | 07cv01669 |
| 746 | Solis | Ignacio | 07cv08287 |
| 747 | Solis | Lucio | 05CV01198 |
| 748 | Sosa | Cynthia | 05CV01704 |
| 749 | Sosa | Jaime | 07cv01706 |
| 750 | Sparano | Robert | 07CV05388 |
| 751 | Stanford | Phillip | 08cv05157 |
| 752 | Sterling | Maximino | 08CV02720 |
| 753 | Stevens | Jake | 06cv10095 |
| 754 | Suco | Norma | 07cv01708 |
| 755 | Sweeney | John | 07cv01711 |
| 756 | Szczepan | Zbigniew | 07cv01536 |
| 757 | Szpanelewski | Miroslaw | 06CV11532 |
| 758 | Szuberla | Edward | 07cv01712 |
| 759 | Tabares | Janeth | 06cv12826 |
| 760 | Tabares | Ljiljana | 07cv08289 |
| 761 | Tabares | Mauricio | 08CV02721 |
| 762 | Tache | Bertha | 07cv01537 |
| 763 | Tallaksen | Sara | 07CV10215 |
| 764 | Tamayo | Pedro | 07cv01538 |
| 765 | Tapia | Cristhian | 08CV02248 |
| 766 | Tehan | Nicholas | 07CV05564 |
| 767 | Tenempagauy | Rocio | 09CV03455 |
| 768 | Tenempaguay | Wilfrido | 07CV05320 |
| 769 | Tenezaca | Manuel | 07CV05321 |
| 770 | Teran | Cesareo | 07CV05389 |
| 771 | Theiss | Eric | 06cv08971 |
| 772 | Tobon | Maribel | 08CV02722 |
| 773 | Toledo | Nelson | 08CV02332 |
| 774 | Toledo | Rosalia | 07cv01717 |
| 775 | Toledo | Victor | 08CV02723 |
| 776 | Toledo | William | 07cv01539 |
| 777 | Toledo Naranjo | Aracely | 07cv04490 |
| 778 | Torres | Aida | 08CV02309 |
| 779 | Torres | Duby | 07CV05092 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 780 | Torres | Felix | 06cv01675 |
| 781 | Torres | Javier | 08CV02725 |
| 782 | Torres | Miguel | 07cv04519 |
| 783 | Torres | Pedro | 08CV02310 |
| 784 | Trejos | Esperauza | 08CV02249 |
| 785 | Trujillo | Consuelo | 06CV03846 |
| 786 | Tuapante | Manuel | 06cv12589 |
| 787 | Urena | Clemente | 07cv01540 |
| 788 | Urgiles | Miguel | 07CV05400 |
| 789 | Urquijo | Esperanza | 06CV13211 |
| 790 | Usewicz | Zdzislaw | 06cv15104 |
| 791 | Uzhca | Manuel | 08CV02312 |
| 792 | Uzhca | Miguel | 08CV02333 |
| 793 | Valdez | Rosa | 08CV02727 |
| 794 | Valdez | Wilson | 07cv01541 |
| 795 | Valdiviezo | Hector | 07cv01542 |
| 796 | Valdiviezo-Nieto | Aida | 06CV11534 |
| 797 | Valencia | Carlos | 07CV05324 |
| 798 | Vales | Vincent | 06cv09236 |
| 799 | Valladares | Rainel | 08CV02730 |
| 800 | Varela | Gabriel | 09CV02812 |
| 801 | Vargas | Edwin | 08CV11458 |
| 802 | Vargas | Michael | 06cv08566 |
| 803 | Varicelly | Cecilia | 07cv01720 |
| 804 | Vasquez | Jose | 07cv02708 |
| 805 | Vasquez | Rommel | 07cv01543 |
| 806 | Vazquez | Francisco | 07cv01721 |
| 807 | Vazquez | Kattia | 07cv01722 |
| 808 | Vazquez | Peter | 06cv00070 |
| 809 | Vazquez | Robert | 08cv05852 |
| 810 | Vega | Myriam | 06CV12221 |
| 811 | Vega | Severo | 07cv04521 |
| 812 | Velarde | Felix | 07cv01544 |
| 813 | Velasco | Rafael | 07cv01723 |
| 814 | Velasquez | Fredy | 06cv11141 |
| 815 | Velesaca | Jose | 07cv01545 |
| 816 | Velez | Jazmin | 08CV02731 |
| 817 | Velez | Lucrecia | 07CV05325 |
| 818 | Vergara | Viviana | 06cv15116 |
| 819 | Victoria | Maritza | 08cv04943 |
| 820 | Vidal | Martha | 08CV02733 |
| 821 | Villacres | Antonio | 06cv02286 |
| 822 | Villafuerte | Julio | 06cv01652 |
| 823 | Villafuerte | Walter | 08CV02250 |
| 824 | Villavicencio | Oswaldo | 08CV02315 |
| 825 | Vilomar | Patricia | 08CV02316 |
| 826 | Vinciguerra | John | 06cv08117 |
| 827 | Vintimilla | Rosalia | 08CV02317 |
| 828 | Viscaino | Pedro | 07cv08291 |
| 829 | Viswamithra | Kodengada | 07cv01725 |
| 830 | Vivar | David | 07CV05390 |
| 831 | Vivar | Luis | 07cv04523 |

Exhibit 6
Updated Certifications Pending

| | | | |
|---|---|---|---|
| 832 | Vivar | Rosa | 06cv00997 |
| 833 | Volpe | Peter | 05CV01679 |
| 834 | Voss | Jason | 06cv08701 |
| 835 | Wakeen | David | 07CV05433 |
| 836 | Walek | Kazimierz | 07CV05327 |
| 837 | Walek | Krzysztof | 07cv01547 |
| 838 | Walsh, Jr. | Thomas | 08cv04950 |
| 839 | Waniurski | Robert | 07cv04524 |
| 840 | Washington | Mannix | 08CV02734 |
| 841 | Watson | Ancil | 07CV05391 |
| 842 | Weeks | Ronald | 06cv15135 |
| 843 | Weiser | Michael | 08CV02736 |
| 844 | Whittle | Frank | 06CV07576 |
| 845 | Wibrew | Robert | 06cv12618 |
| 846 | Wieliczko | Romuald | 08CV02737 |
| 847 | Wierzbicki | Wlodzimierz | 07cv01727 |
| 848 | Wildner | David | 06cv15136 |
| 849 | Wolkowicz | Jan | 07cv01728 |
| 850 | Wright | Richard | 07CV05434 |
| 851 | Wronkowski | Marian | 08CV02738 |
| 852 | Yaguana | Aquiles | 07cv04525 |
| 853 | Yamasqui | Armando | 07CV05328 |
| 854 | Yamasqui | Matilde | 08CV02739 |
| 855 | Yarczower | Dennis | 06cv15149 |
| 856 | Yepes | Maria | 08CV02251 |
| 857 | Yumbla | Alcibar | 07cv01729 |
| 858 | Yumbla | Luis | 06CV13166 |
| 859 | Zalewski | Krzysztof | 07CV05330 |
| 860 | Zambrana | Ramon | 08CV02320 |
| 861 | Zammit | Guy | 06cv15155 |
| 862 | Zamora | Bolivar | 08CV02740 |
| 863 | Zamora | Jairo | 08CV02741 |
| 864 | Zapil | Santos | 08cv04951 |
| 865 | Zenteno | Lawrence | 07cv01731 |
| 866 | Zimmerman | Iris | 06cv11288 |
| 867 | Zitano | Philip | 06cv12643 |
| 868 | Zolfo | Vincent | 06cv12843 |
| 869 | Zugaj | Franciszek | 06cv01653 |
| 870 | Zumba | Rafael | 07cv01732 |
| 871 | Zuniga | Victor | 08CV02743 |