UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          :       21 MC 102 (AKH)
MANHATTON DISASTER SITE LITIGATION      :
-----------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER       :       21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE       :
LITIGATION (straddler plaintiffs)       :
-----------------------------------------------------------x

# DECLARATION OF SERVICE

Christopher R. LoPalo, an attorney duly licensed to practice before the Courts of the State of New York, hereby declares under the penalties of perjury that on November 14, 2011, I served the within Motion upon all counsel of record through the Court's Electronic Filing system.

November 14, 2010

/s/ Christopher R. LoPalo_____
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700