UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER : **ORDER REQUIRING**
MANHATTAN DISASTER SITE LITIGATION : **PLAINTIFFS' COUNSEL TO**
: **AGREE ON SELECTED CASES**
: **AND TO SHARE**
: **INFORMATION**
:
: 21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

By Order of October 5, 2011, plaintiffs' counsel are to choose by November 21, 2011, 15 cases from a pool of 150 chosen by the Special Masters to proceed to intensive discovery and trial. In so choosing the cases, plaintiffs' counsel shall adhere to the following principles:

1. Plaintiffs' counsel shall agree on 15 plaintiffs to progress to intensive discovery and trial. Liaison Counsel for the plaintiffs shall present the agreed names to the Special Masters.

2. If plaintiffs' counsel cannot agree on one list of 15 plaintiffs, and this disagreement persists after discussion with the Special Masters, plaintiffs' counsel will forfeit all case selections.

3. In discussing which 15 cases to select, plaintiffs' counsel are to share amongst each other all relevant information contained in the TCDI database concerning plaintiffs, including medical information.

SO ORDERED

Dated: November 14, 2011
New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge

1