**MANDATE**

N.Y.S.D. Case # 21mc102(AKH)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of July, two thousand and eleven,

_____

Carlos Asmal,

Plaintiff - Appellant,

Richard Racioppi, Alex Anthony Sanchez, Rafael Valdez, Manuel Checo, Dorota Markut, Roman Markut, Lucyna Foremska, Ryszard Krysiuk, Viasta Krysiuk, Columbina Estrella, Leonardo Estrella, Marco Fernandez, Tadeusz Foremska, Jose Bello, Bozena Kurkowski, Ludmila Khomik, Voldymyr, Khomik, Gustavo Iturralde, Monica Arce, Miguel Zanabria, Edgar C. Bayas, Gregory J. Cannata, Carlos Cardenas, Ruben Acosta, Edith Cardenas, Marian Czerwinski, Elzbieta Czerwinski, Alonso Espinoza, Jozef Galazka, Jadwiga Galazka, Richard Haughton, Zbigbniew Kacperski, Jadwiga Kacperski, Irena Perzynska, Joseph Urso,

Plaintiffs,

v.

The City of New York, The Board of Education of the City of New York , New York City Department of Education, New York City School Construction Authority, Pinnacle Environment Corp, The City University of New York,

Defendants-Appellees.

Thornton Tomasetti, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Vollmer

**ORDER**
Docket Number: 11-1208

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 21, 2011

**MANDATE ISSUED ON 11/21/2011**

Associates LLP, Weeks Marine, Inc., Weidlinger Associates P.C., Wolkow Braker Roofing Corporation, WSP Cantor Seinuk, Yannuzzi & Sons, Inc., Breeze Carting, Inc., Big Apple Wrecking & Construction Corp., Board of Education of the City of New York, Breeze National, Inc., Brer-Four Transportation, Buro Happold Consulting Engineers, PC, C.B. Contracting Corp., Canron Construction Corp., Component Assembly Systems, Inc., Cord Contracting Co., Inc., Leslie E. Robertson Associates, Liberty Mutual Insurance Company, Lockwood Kessler & Bartlett, Inc., Lucius Pitkin, Inc., LZA Technology - a division of Thornton Tomasetti, Manafort Brothers Incorporated, Mazzocchi Wrecking, Inc., Moretrench American Corp., MRA Engineering P.C, Mueser Rutledge Consulting Engineers, Yonkers Contracting Company, Inc., Skidmore Owings and Merrill, L.L.P., AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bovis Lend Lease LMB, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, A. Russo Wrecking, Inc., Atlantic-Heydt Corporation, Berkel & Company Contractors, Inc., Dakota Demo-Tech, Diamond Point Excavating Corporation, Diversified Carting, Inc., DMT Enterprise, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En-Tech Corporation, Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Gilsanz Murray Steficek, LLP, Goldstein Associates Consulting Engineers PC, Hallen Welding Service, Inc., HP Environmental, Inc., Hudson Meridian Construction Group LLC, J.P. Equipment & Rental Materials, L.L.C., La Strada General Contracting Corp., Laquila Construction, Inc., Nacirema Industries Inc., New York City Department of Education, New York Crane & Equipment Corporation, Nicholson Construction Company, Peter Scalamandre and Sons, Inc,Pro Safety Services Inc., PT&L Contracting Corporation, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM Inc., SAB Trucking, Inc., Safeway Environmental Corporation, Semcor Equipment & Manufacturing Corporation, Silverite Contracting Corporation, Simpson Gumpertz & Heger,

Inc., Skanska Koch, Inc.,

Defendants.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit