UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
:
IN RE: COMBINED WORLD TRADE CENTER AND LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
---------------------------------------------------------------------------- X
:
YAROSLAV OUGLYK, : 10-CV-6864 (AKH)
:
Plaintiffs, :
:
-against- : **FGP 90 WEST STREET, INC.'S**
: **NOTICE OF ADOPTION OF**
: **ANSWER TO MASTER**
FGP 90 WEST STREET, INC., et al., : **COMPLAINT**
:
Defendants. :
:
---------------------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper LLP (US), as and for its responses to the allegations set forth in the Amended Complaint filed in the matter captioned *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in that matter. To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Amended Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations. FGP 90 West Street, Inc. further denies any allegation suggesting that it had any control over the building at 90 West Street during the time period within which Plaintiff alleges he worked in that building.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
December 5, 2011

By:  /s/ Michael D. Hynes
Michael D. Hynes
John Vukelj
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone:  (212) 335-4500
Facsimile:  (212) 335-4501
michael.hynes@dlapiper.com

and

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*