

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER      21 MC 102 (AKH)
SITE LITIGATION
-----------------------------------------------------------------X
TERESA JURADO,

                Plaintiff(s),   **STIPULATION OF**
  -Against-   **VOLUNTARY DISMISSAL**

Brookfield Financial Properties, Inc, ET AL.,   Civil Action No.: 08cv11454

                Defendant(s),
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned Plaintiff's actions are voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by the above-captioned Plaintiff against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice.

3. All claims that were asserted or could have been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint

5. The dismissal is without costs.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/11
```

| | |
|---|---|
| **FAUST, GOETZ, SCHENKER & BLEE LLP** | **WORBY GRONER EDELMAN & NAPOLI BERN, LLP** |
| By: _/s/ Nicholas J. Marino_<br>Nicholas J. Marino (NJM-1977)<br>Two Rector Street, 20th Floor<br>New York, NY 10006<br>(212) 363-6900<br>*Attorney for the Brookfield Parties* | By: _/s/ Christopher R. LoPalo_<br>Christopher R. LoPalo (CL 6466)<br>350 Fifth Avenue, Suite 7413<br>New York, New York 10118<br>(212) 267-3700<br>*Attorney for Plaintiffs* |
| Dated: October 17, 2011 | Dated: October 14, 2011 |

SO ORDERED

_/s/ Alvin K. Hellerstein_
ALVIN K. HELLERSTEIN, U.S.D.J.
12/4/11