UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**ORDER DENYING PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR CERTIFICATIONS, AND DISMISSING CASES**

21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP have moved for a further enlargement of time, to January 2, 2012, for 170 identified Plaintiffs[1] to provide duly sworn or certified answers to court-ordered interrogatories;

WHEREAS Plaintiffs have been under order to do so since at least an Order of August 29, 2011;

WHEREAS, by Orders of September 28, 2011, October 31, 2011, and November 8, 2011, I enlarged Plaintiffs' time to comply until November 14, 2011, advising Plaintiffs that if they failed to comply their complaints were subject to dismissal; and

WHEREAS by Order of November 17, 2011 I again enlarged time, to December 2, 2011, and provided that no further enlargements would be granted;

THEREFORE I deny Plaintiffs' Motion for an Order Further Extending Time, and I dismiss the 170 cases, indentified on Exhibit A attached hereto, with prejudice, for failure to prosecute their cases consistent with court orders. These Plaintiffs have been indifferent to court orders, despite repeated adjournments. All but a few of the 170 cases are three to five years old. Despite electing not to settle and to continue with their cases, these Plaintiffs have

---

[1] These Plaintiffs are listed on Exhibits 8 and 9 of Plaintiffs' December 3, 2011 Motion For An Order Further Extending The Time For Certain Plaintiffs To Provide Updated Certifications.

1

done nothing to proceed further, notwithstanding court orders to do so. Even though these 170 cases are not among those selected for more intensive deposition proceedings, the failure of these Plaintiffs to provide reliable information about the merits of their cases and the extent of their injuries, if any, proximately resulting from their work at the WTC site in the period following the terrorist-related aircraft crashes of September 11, 2001, prejudices all cases.

Plaintiffs affected by this order, should they wish to move to open the judgment dismissing their cases, must file proper motions by Jan 2, 2012 showing a ground provided by Rule 60(b), Fed. R. Civ. P. In light of all the considerations surrounding these cases and in light of the succession of prior enlargements of time, any longer period likely will be considered unreasonable.

SO ORDERED

Dated:   December __, 2011
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Aalbue | Richard | 06cv11897 |
| Abatz | John | 07CV05333 |
| Agudelo | Maria | 07CV05334 |
| Agudo | Claudio | 07cv04447 |
| Alfaro Lobo | Miguel | 08CV02557 |
| Ali | Enrique | 07cv01554 |
| Arbelaez | Ignacio | 08CV02561 |
| Asmal | Carlos | 07cv01462 |
| Avila | Luis | 07cv04450 |
| Azubike | Victor | 07CV09058 |
| Barcco-Wong | Stalin | 07CV04293 |
| Barriga | Mercedes | 08CV02567 |
| Betancourt | Hector | 07cv04453 |
| Cabrera | Marbin | 08CV02581 |
| Cabrera | Oswaldo | 07CV05551 |
| Carchi | Mauricio | 08CV02586 |
| Carpio | Jose | 07cv01479 |
| Carrasco | Hernan | 08CV02589 |
| Cayetano | Teresita | 07CV05282 |
| Chaca | Wilson | 07CV01583 |
| Chun | William | 06cv11989 |
| Cifuentes | Maria del Pilar | 07CV01590 |
| Conforme | Freddy | 07CV05552 |
| Datil | Leonor | 07cv01488 |
| Diez | Rosa | 07CV05352 |
| Dowling | John | 06cv09038 |
| Easterling | Willie | 06CV09542 |
| Encalada | Luis | 07CV05354 |
| Espinosa | Enny | 06cv13890 |
| Flores | Talia | 07CV01609 |
| Franco | Luis | 07cv04466 |
| Galiano | Cruz | 08CV02622 |
| Gallo | Juan | 06cv14670 |
| Garcia | Isabel | 07cv08281 |
| Garcia | Luis | 07cv01501 |
| Graziano | Anthony | 06cv14694 |
| Guzman | Eric | 07cv01506 |
| Harris | Michele | 06cv14711 |
| Jenkins | Christopher | 08CV05931 |
| Jimenez | Rafael | 07CV10784 |
| Kuhn | Douglas | 08CV02644 |
| Lenis | Carlos | 06cv10045 |
| Leroux | Ivonne | 06cv12772 |
| Liguori | Jerry | 06CV08447 |
| Llibri | Pascual | 07CV01651 |
| Loja | Wilmo | 07cv04482 |
| Londono | Adriana | 08CV02646 |
| Lopez | Adolfo | 10cv07154 |
| Medina | Diego | 08CV02290 |

1

| | | |
|---|---|---|
| Moran | Wilson | 06CV12341 |
| Narvaez | Rosa | 08CV02670 |
| Negron | Aurea | 06CV12366 |
| Niskanen | David | 06CV12377 |
| Orellana | Aurelio | 07CV01674 |
| Orellana | Edgar | 07CV05398 |
| Orozco | Rafael | 08CV02299 |
| Ortiz | Rosa | 07CV01676 |
| Padredin | Nayibe | 07CV05306 |
| Paduani | Miguel | 07CV05307 |
| Palma | Patricia | 06cv03932 |
| Palomeque | Henry | 08CV02244 |
| Pelaez | Inez | 08CV02682 |
| Pena | Luis | 05cv10741 |
| Perez-Sanchez | Maribel | 08CV02687 |
| Prada | Maria del Pilar | 08cv02692 |
| Rando | Dennis | 07CV10824 |
| Rendon | Guelmer | 07cv04510 |
| Reyes | Marilan | 07CV05310 |
| Rodas | Hugo | 08CV02698 |
| Rodriguez-Jomarron | Olga | 08CV02699 |
| Sanchez | Oscar | 06cv11892 |
| Sarmiento | Galo | 07cv01529 |
| Silva | Ligia | 08CV02716 |
| Solarte | Maria | 07cv01669 |
| Solis | Lucio | 05CV01198 |
| Urena | Clemente | 07cv01540 |
| Urgiles | Miguel | 07CV05400 |
| Urquijo | Esperanza | 06CV13211 |
| Valdiviezo | Hector | 07cv01542 |
| Velarde | Felix | 07cv01544 |
| Villavicencio | Oswaldo | 08CV02315 |
| Yaguana | Aquiles | 07cv04525 |
| Yumbla | Alcibar | 07cv01729 |
| Yumbla | Luis | 06CV13166 |
| Zolfo | Vincent | 06cv12843 |

2

| | | |
|---|---|---|
| Acosta | Byron | 07CV01552 |
| Alfonso | Pedro | 08CV02252 |
| Arias | Arturo | 07CV05274 |
| Arias | Gloria | 08cv04931 |
| Arrieta | Enrique | 07cv01459 |
| Avila | Mauricio | 08CV02566 |
| Ballesteros | Vanessa | 08cv04932 |
| Benbow | Joseph | 07CV04747 |
| Bermudez | Anita | 07cv01470 |
| Bunay | Carlos | 07CV01571 |
| Cabrera | Hugo | 08CV02579 |
| Cabrera | Wilson | 07cv01474 |
| Calle | Elva | 08CV02584 |
| Calle | Jose | 07CV01577 |
| Cannon | Russell | 05cv07877 |
| Carpio | Fausto | 07cv11019 |
| Carville | Scott | 07CV05340 |
| Castrillon | Isabel | 08cv04934 |
| Chavez | Carlos | 08CV02238 |
| Choinski | Pawel | 06cv13837 |
| Collazos | Antonio | 07cv04461 |
| Cuellar | Francisco | 08CV06634 |
| Delacruz | Belkis | 08CV02263 |
| DeLaCruz | Ofelia | 08CV02606 |
| Duque | Blanca | 08CV02610 |
| Duque | Flor | 08CV02611 |
| Franco | Herman | 08CV02621 |
| Garces | Jesus | 07CV01615 |
| Garcia | Fernando | 06cv13916 |
| Garcia | Jorge | 07CV05291 |
| Gonzalez | Gabriel | 06CV13701 |
| Gualpa | Rosa | 07cv04472 |
| Guaman | Enrique | 08CV02633 |
| Guzman | Felix | 07CV05412 |
| Henao | Gustavo | 08cv04938 |
| Hernandez | Nubia | 08CV02636 |
| Intriago | Ecuador | 07cv04475 |
| Jerez | Carmen | 07CV05297 |
| Juarez | Urbano | 07cv01509 |
| Khan | Imtiaz | 06CV12182 |
| Kukacki | Kazimierz | 06cv14781 |
| Londono | Gloria | 08CV02648 |
| Lopez | Angel | 08CV02281 |
| Lopez | Luz | 07CV05560 |
| Losada | Nubia | 08CV02652 |
| Lucero | Fernando | 07CV05366 |
| Marcillo | Douglas | 07cv04486 |
| Marcos | John | 07cv04487 |
| Marrero | Gloria | 08CV02287 |
| Martin | Richard | 06cv08037 |
| Melo | Alberto | 08CV02657 |

3

| | | |
|---|---|---|
| Mendoza | Enrique | 07CV05302 |
| Mesa | Luis | 07CV05303 |
| Montenegro | Otto | 06CV06018 |
| Montoya | Sandra | 08CV06636 |
| Nino | Victor | 08CV02675 |
| Ocampo | Janneth | 07CV01673 |
| Oquendo | Walter | 07cv04497 |
| Orellana | Cristobal | 07CV05563 |
| Ortega | Mariana | 05CV01765 |
| Ortega | Sandra | 07CV01675 |
| Pepe Jr | Joseph | 09CV02777 |
| Pigott | John | 06cv14970 |
| Pillco | Luis | 07cv04508 |
| Ramirez | Freddy | 05CV05601 |
| Rico | Alejandra | 08cv05857 |
| Rodriguez | Manuel | 08CV02700 |
| Rosario | Carmen | 09CV02811 |
| Ruales | Glenda | 08CV02704 |
| Rudder | Anthony | 07CV01698 |
| Santana | Hilda | 08CV11456 |
| Sarmiento | Javier | 06cv12495 |
| Schuler | Steven | 07CV05425 |
| Silva | Carlos | 06cv02664 |
| Tehan | Nicholas | 07CV05564 |
| Tenempaguay | Wilfrido | 07CV05320 |
| Toledo | William | 07cv01539 |
| Torres | Javier | 08CV02725 |
| Varicelly | Cecilia | 07cv01720 |
| Vega | Severo | 07cv04521 |
| Velasquez | Fredy | 06cv11141 |
| Velez | Jazmin | 08CV02731 |
| Victoria | Maritza | 08cv04943 |
| Yamasqui | Armando | 07CV05328 |
| Yepes | Maria | 08CV02251 |

4