SDNY CASE No>
21-mc-102(AKH)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of December, two thousand and eleven,

_____

Richard Racioppi, Alex Anthony Sanchez, Rafael Valdez, Manuel Checo, Dorota Markut, Roman Markut, Lucyna Foremska, Tadeusz Foremska, Jose Bello, Bozena Kurkowski, Janus Kurkowski, Ludmila Khomik, Voldymyr Khomik, Gustavo Iturralde, Monica Arce, Miguel Zanabria, Ryszard Krysiuk, Viasta Krysiuk, Columbina Estrella, Leonardo Estrella, Marco Fernandez,

Plaintiffs - Appellees,

v.

Tully Construction Co., Inc., City of New York, AMEC Construction Management, Inc., Bovis Lend Lease, Inc., Plaza Construction Corp., Turner Construction Company, Tully Construction Co., Inc.,

Defendants- Appellants.
_____

ORDER
Docket Number: 10-1379

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2011

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellants has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/07/2011