```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
IN RE WORLD TRADE CENTER DISASTER            :   **ORDER POSTPONING 21 MC**
SITE LITIGATION                                               :   **102 STATUS CONFERENCE**
                                                              :   **AND TUTORIAL**
IN RE WORLD TRADE CENTER LOWER               :
MANHATTAN DISASTER SITE LITIGATION   :   21 MC 100 (AKH)
                                                              :   21 MC 102 (AKH)
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The 21 MC 102 status conference and tutorial that was scheduled for December 14, 2011 at 10:00 a.m. is postponed to January 5, 2012 at 2:15 p.m. It will be held in Courtroom 14D.

The 21 MC 100 status conference scheduled for December 14, 2011 at 10:00 a.m. in Courtroom 14D will proceed as scheduled.

So Ordered.

Dated:   December 13, 2011
         New York, New York

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1