# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:21-mc-00102-AKH

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of December, two thousand eleven.

Before:     Jon O. Newman,
                *Circuit Judge*

_____

| | |
|---|---|
| In Re Combined World Trade Center and Lower Manhattan Disaster Site Litigation (Straddler Plaintiffs) | **ORDER** <br> Docket No. 11-4021 (L) <br> 10-3175 (XAP) |

IT IS HEREBY ORDERED that the motion by the Appellees-Cross-Appellants to recall the mandate and reinstate the cross- appeal under docket no. 10-3175 is GRANTED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC. 13, 2011

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/13/2011