UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
:  **ORDER DIRECTING**
:  **DEFENDANTS TO FILE**
:  **MOTIONS TO DISMISS**
IN RE WORLD TRADE CENTER LOWER      :  **CERTAIN CASES AND**
MANHATTAN DISASTER SITE LITIGATION  :  **INDENTIFYING THE 45**
:  **CASES FOR INTENSIVE**
:  **DISCOVERY AND TRIAL**
:
:  21 MC 102 (AKH)
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court, with the help of the Special Masters, has reviewed the discovery produced by the Plaintiffs in this docket, and notes:

- ➤ 281 Plaintiffs have admitted that they seek recoveries from Defendants even though they did not suffer any diagnosed condition.

- ➤ 60 of these Plaintiffs have not sworn to or certified their answers to interrogatories, despite many notices that their cases would be dismissed if they failed to supply these certifications.

- ➤ 10 of these Plaintiffs have failed to cure defective or inadequate oaths or certifications accompanying their answers, despite many notices.

- ➤ The remaining 211 of these Plaintiffs have properly certified that they suffered no diagnosed condition.

Defendants shall file motions, by January 6, 2012, indentifying these 281 specific cases and moving to dismiss them.

On December 12, 2011 the Special Masters submitted to the Court a report outlining the cases selected by Plaintiffs' Counsel and Defendants' Counsel that will proceed to intensive

1

discovery and trial. The Special Masters also recommended to me 20 cases, from which I have chosen 15 to proceed to intensive discovery and trial. The 45 cases that will proceed are:

### Plaintiffs' Counsel's Selections

|    | Plaintiff | Case Number | Attorney |
|----|-----------|-------------|----------|
| 1  | Dabrowski, Mieczyslaw | 07cv05283 | Worby Groner |
| 2  | Diaz, Ruth | 07cv01601 | Worby Groner |
| 3  | Lasica, Andrzej | 07cv04480 | Worby Groner |
| 4  | Lora, Andrea | 07cv04484 | Worby Groner |
| 5  | Montero, Leidis | 05cv01691 | Worby Groner |
| 6  | Pineda, Freddy | 05cv01349 | Worby Groner |
| 7  | Sanchez, Javier | 08cv02709 | Worby Groner |
| 8  | Wronkowsky, Marian | 08cv02738 | Worby Groner |
| 9  | Kwasnik, Wladyslaw | 07cv11291 | Cannata/Grochow |
| 10 | Matuzzewski, Piotr | 06cv01514 | Cannata/Grochow |
| 11 | Jaroslav, Ouglyk | 10cv06864 | Cannata/Grochow |
| 12 | Ramirez, Iris | 05cv05666 | Cannata/Grochow |
| 13 | Ropel, Waldemarl | 06cv01520 | Cannata/Grochow |
| 14 | Sanchez, Alex | 05cv01091 | Cannata/Grochow |
| 15 | Wajda, Andrzrej | 05cv06269 | Cannata/Grochow |

### Defendants' Counsel's Selections

|    | Plaintiff | Case Number | Attorney |
|----|-----------|-------------|----------|
| 1  | Barbosa, Virginia | 06cv01649 | Worby Groner |
| 2  | Carvajal, Javier | 06cv08348 | Worby Groner |
| 3  | Gawin, Leonard | 07cv01619 | Worby Groner |
| 4  | Korzep, Andrzej | 08cv02642 | Worby Groner |
| 5  | Kwasniak, Boguslaw | 07cv05300 | Worby Groner |
| 6  | Naula, Miguel | 08cv02671 | Worby Groner |
| 7  | Palomino, Camilo | 07cv04504 | Worby Groner |
| 8  | Wolkowicz, Jan | 07cv01728 | Worby Groner |
| 9  | Ciborowski, Henryk | 10cv04226 | Cannata/Grochow |
| 10 | Cieslak, Romuald | 05cv06240 | Cannata/Grochow |
| 11 | Kucharski, Zbigniew | 08cv09069 | Cannata/Grochow |
| 12 | Lelek, Antoni | 10cv06862 | Cannata/Grochow |
| 13 | Muszkatel, Jerzy | 08cv05285 | Cannata/Grochow |
| 14 | Vvnar, Mykhalo | 08cv06809 | Cannata/Grochow |
| 15 | Zietek, Andrzej | 09cv03770 | Cannata/Grochow |

## The Court's Selections

|    | Plaintiff | Case Number | Attorney |
|----|-----------|-------------|----------|
| 1  | Ambrosecchia, Michael | 08cv02560 | Worby Groner |
| 2  | Compuzano, Consuelo | 06cv14529 | Worby Groner |
| 3  | Castro, Hector | 07cv00534 | Worby Groner |
| 4  | DiCarlo, Castronze | 07cv05350 | Worby Groner |
| 5  | Infantas, Henry | 07cv04965 | Worby Groner |
| 6  | Kiryk, Andrzej | 07cv01639 | Worby Groner |
| 7  | Landau, Keith | 08cv02645 | Worby Groner |
| 8  | Lopez, Francis | 07cv05301 | Worby Groner |
| 9  | Nartowicz, Mieczyslaw | 08cv02669 | Worby Groner |
| 10 | Paciorkowski, Wojciech | 08cv04940 | Worby Groner |
| 11 | Signorile, Frank | 06cv15163 | Worby Groner |
| 12 | Tighe, Stephen | 06cv15091 | Worby Groner |
| 13 | Katz, Hal | 08cv05708 | Cannata/Grochow |
| 14 | Checo, Manuel | 05cv01093 | Cannata/Grochow |
| 15 | Galazka, Jadwiga | 08cv09067 | Cannata/Grochow |

The parties should consider, for discussion at the conference to be held January 5, 2012, a substantial reduction in the number of cases to be subjected to intensive discovery and trial.

So Ordered.

Dated: December 22, 2011
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge