UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

This Document Relates to:

BYRON ACOSTA,

　　　　　　　　　　　　　　Plaintiff

07cv1552

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT upon the Declaration of Christopher R. LoPalo dated December 30, 2011 and the exhibits annexed thereto, and pursuant to Fed. R. Civ. P. 60 (b) Plaintiff's' Counsel will request this Court to Order:

1. Plaintiff's case reinstated and;

2. Such other and additional relief as this Court deems just and proper.

Dated:　　New York, New York
　　　　　December 30, 2011

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　WORBY GRONER EDELMAN & NAPOLI BERN, LLP
　　　　　　　　　　*Plaintiff's' Counsel*


　　　　　　　　　　_____/s/_____
　　　　　　　　　　Christopher R. LoPalo
　　　　　　　　　　350 5th Avenue, Suite 7413
　　　　　　　　　　New York, New York 10118
　　　　　　　　　　(212) 267-3700