


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

---

ARNOLD GUSSIN AND LESLIE GUSSIN,

               Plaintiff,

-against-

THE CITY OF NEW YORK,

               Defendant.

21 MC 102 (AKH)

08-CV-2926 (AKH)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs ARNOLD GUSSIN and LESLIE GUSSIN voluntarily dismiss their action against Defendant, the CITY OF NEW YORK.

Dated: December 27, 2010
       New York, New York

Respectfully submitted,

_____
Michael A. London
Virginia E. Anello
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500
*Attorneys for Plaintiffs*