UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**21 MC 102 (AKH)**

IN RE: LOWER MANHATTAN DISASTER
SITE LITIGATION

This Document Relates to:                    **08cv02670**

ROSA NAVAREZ,

                                    Plaintiff

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT upon the Declaration of Christopher R. LoPalo dated

December 30, 2011 and the exhibits annexed thereto, and pursuant to Fed. R. Civ. P. 60(b),

Plaintiff's' Counsel will request this Court Order:

1.  Plaintiff's case to be reinstated and;

2.  Such other and additional relief as this Court deems just and proper.

Dated:      New York, New York
            December 30, 2011

                        Respectfully submitted,

                        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                        *Plaintiff's' Counsel*


                        _____ /s/_____
                        Christopher R. LoPalo
                        350 5th Avenue, Suite 7413
                        New York, New York 10118
                        (212) 267-3700