UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER          :     21 MC 100 (AKH)
SITE LITIGATION                             :
                                            :
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER             :     21 MC 102 (AKH)
MANHATTON DISASTER SITE LITIGATION         :
                                            :
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER          :     21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE          :
LITIGATION (straddler plaintiffs)          :
                                            :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ALL CLAIMS

**PLEASE TAKE NOTICE** that the Plaintiffs listed in Exhibit "1" annexed hereto hereby withdraw all of their claims with prejudice against all of the Defendants in their respective cases. This Notice of Withdrawal of All Claims is being filed today, December 31, 2011 through the Court's Electronic Filing System pursuant to the James Zadroga 9/11 Health and Compensation Act of 2010, Pub. Law 111-347, 124 Stat. 240 (Jan. 2, 2011) ("Zadroga Act").

**PLEASE TAKE FURTHER NOTICE** that appropriate stipulations of dismissal, motions or proposed orders of dismissal will be submitted to the Court for consideration to be "So Ordered" *nunc pro tunc*.

Dated: December 31, 2011

                Respectfully submitted,

                _____
                Christopher R. LoPalo (CL-6466)
                Worby Groner Edelman & Napoli Bern, LLP
                350 Fifth Avenue, Suite 7413
                New York, New York 10118
                (212) 267-3700 – phone
                (212) 587-0037 – fax
                clopalo@napolibern.com