USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**ORDER POSTPONING 21 MC 102 STATUS CONFERENCE AND TUTORIAL**

21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The 21 MC 102 status conference and tutorial that was scheduled for January 5, 2012 at 2:15 p.m. is postponed to January 12, 2012 at 2:30 p.m. It will be held in Courtroom 14D.

So Ordered.

Dated:   January 4, 2012
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1