**GREGORY J. CANNATA & ASSOCIATES**
**WOOLWORTH BUIDLING**
233 BROADWAY, 5TH FLOOR, NEW YORK, NY 10279-0003
Tel: (212) 553-9206  Fax (212) 227-4141
cannata@cannatalaw.com

January 4, 2012

James Tyrrell, esq.
Patton Boggs, ILP
The Legal Center
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
973-848-5600

Re: WTC 21MC100, 102, 103 (AKH)

Dear Mr. Tyrrell:

Please be advised that we have previously filed individual Notices to Withdraw for a number of our clients on the Court's ECF system. These individual Notices to Withdraw were filed in the respective plaintiff's individual case on ECF. As well, we filed a Notice to Withdraw with Addendum of all such cases within each of the respective Master Dockets on ECF. Those filings remain available to defendants to view.

Additionally, and in compliance with Judge Hellerstein's directive in our telephone conference yesterday, for your convenience and reference, we now identify and attach the following two lists:

- Cases in which Notices to Withdraw were filed. Those notices so indicated: "This Notice to be followed by an Order of Dismissal or Withdrawal, or a So Ordered Discontinuance or such other dispositive Order of the Court, with prejudice and without costs." We will be following with the appropriate procedure to seek an Order of Dismissal of all such claims and/or as otherwise indicated and/or as the Court may allow.

- Cases which will remain open and proceed in the litigation.

Our lists are presented by docket and alphabetical by plaintiffs' last name within each docket, indicating individual case numbers. Our lists are also presented by docket, and individual case number within each docket, also indicating individual plaintiff's names.

None of the clients for whom Notices to Withdraw were filed are on the current list of 45 cases selected for current discovery/trial.

This letter and the attachments, as to content and timeliness, meet the current requirements as enunciated by Judge Hellerstein in yesterday's telephone conference. Please circulate this letter as appropriate.

Yours truly,

_____s/_____
Gregory Cannata

_____s/_____
Robert Grochow

cc: Special Masters Twerski and Henderson
Attachments as referenced
Exchanged by email/attachment

Cannata/Grochow - Cases for which Notice to Withdraw was filed,
to be followed by Order of Dismissal and/or as the Court deems appropriate
All Dockets - As of 1/4/12

| Docket | Plaintiff | Index Number(s) |
|---|---|---|
| 100 | Asher, Thomas | 05-cv-1294, 10-cv-6925 |
| 100 | Voce, Gregory M. | 05-cv-2444, 06-cv-8568, 10-cv-6920 |
| 100 | Portilla, Jesus | 05-cv-2445, 10-cv-6917 |
| 100 | Fogarty, Kevin | 05-cv-8458, 10-cv-6913 |
| 100 | McFadden, James | 05-cv-8459, 10-cv-6879 |
| 100 | Gorglione, Frank | 06-cv-6360, 10-cv-6722 |
| 100 | Sontz, David | 08-cv-3128, 10-cv-6919 |
| 100 | Sobral, Jose | 08-cv-3426, 10-cv-6918 |
| 100 | Montalto, Dominick | 09-cv-3522 |
| 100 | Murphy, Charles | 09-cv-5232, 10-cv-6915 |
| 100 | Cheryl White Grier Dukes as Admin. of Ralph Dukes, Dec'd | 09-cv-8028, 10-cv-6912 |
| 100 | McKinney, Fain | 10-cv-4222, 10-cv-6914 |
| 100 | Persichilli, Mario | 10-cv-4223, 10-cv-6916 |
| 100 | Directie, Waldemar | 10-cv-4224, 10-cv-4225, 10-cv-6909 |
| 100 | Duclerc, Louis | 10-cv-4224. 10-cv-6911 |
| 100 | Portilla, Jesus (Ortho) | 10-cv-5248 |
| 100 | Grant, Jerkida* | 10-cv-5616 |
| 100 | McDevitt, Kevin | 10-cv-6712 |
| 100 | Rabito, Joseph | 10-cv-6713 |
| 100 | Kirkland, Quentin | 10-cv-6714 |
| 100 | Covan, William | 10-cv-6715 |
| 100 | Rilley, Dennis | 10-cv-6717 |
| 100 | Kempler, Roy | 10-cv-6718 |
| 100 | Rothman, Mark | 10-cv-6719 |
| 100 | Komar, Dennis | 10-cv-6720 |
| 100 | Howell, Deveret | 10-cv-6721 |
| 100 | McGinty, Ryan | 10-cv-6794 |
| 100 | Ortiz, Jose | 10-cv-6795 |
| 100 | Panchal, Sanjiv | 10-cv-6796 |
| 100 | Partee, Derek | 10-cv-6798 |
| 100 | Paschette, Michael | 10-cv-6799 |
| 100 | Rivera, Jose | 10-cv-6800 |
| 100 | Rodgers, Daniel | 10-cv-6801 |
| 100 | Scarazzini, Gregory | 10-cv-6802 |
| 100 | Scotti, James | 10-cv-6803 |
| 100 | Serrone, Robert | 10-cv-6804 |
| 100 | Snopkowski, Kenneth | 10-cv-6805 |
| 100 | Tagney, Christopher | 10-cv-6807 |
| 100 | Tucker III, Frank | 10-cv-6808 |
| 100 | Warrington, Robert | 10-cv-6809 |
| 100 | Louro, Anthony | 10-cv-6842 |
| 100 | Manley, Cyrus | 10-cv-6844 |
| 100 | Arnold, Willie | 10-cv-6845 |
| 100 | Bergmann, Richard | 10-cv-6846 |
| 100 | Bernhardt, Gregory | 10-cv-6847 |
| 100 | Childs, Michael | 10-cv-6848 |
| 100 | Daniel, Robert | 10-cv-6849 |
| 100 | Dougherty, Denise | 10-cv-6850 |
| 100 | Duffy, John | 10-cv-6851 |
| 100 | Johnson, Louise Egbert | 10-cv-6852 |
| 100 | Golden, Michael | 10-cv-6853 |

Cannata/Grochow - Cases for which Notice to Withdraw was filed,
to be followed by Order of Dismissal and/or as the Court deems appropriate
All Dockets - As of 1/4/12

| 100 | Goodenough, Walter | 10-cv-6854 |
|---|---|---|
| 100 | Grant, Larry | 10-cv-6855 |
| 100 | Khan, Shaukat | 10-cv-6857 |
| 100 | Leslie Logan as Admin. of Brad Joseph Bonaparte, Dec'd | 10-cv-6880, 10-cv-8896 |
| 102 | Valdez, Rafael | 05-cv-1092 |
| 102 | Markut, Roman | 05-cv-1927 |
| 102 | Jozon, Jerzy | 05-cv-2666 |
| 102 | Gorea, John | 05-cv-8651 |
| 102 | Chomyszak, Jeffery | 05-cv-8653 |
| 102 | Usewicz, Zdzislaw | 06-cv-15104 |
| 102 | Kurkowski, Janusz | 06-cv-5290 |
| 102 | Muszak, Aleksandra | 06-cv-5334 |
| 102 | Vaca, Jose | 06-cv-5339 |
| 102 | Szymik, Henryk | 07-cv-11293 |
| 102 | Hernandez, Balbino | 08-cv-10150 |
| 102 | Welenc, Jan | 08-cv-6806 |
| 102 | Cardenas, Maria | 08-cv-6810 |
| 102 | Sanchez, Freddy | 09-cv-2259 |
| 102 | Garcia, Sandra | 09-cv-2817 |
| 102 | Bienduga, Dariusz | 09-cv-7711 |
| 102 | Garner, Allen | 10-cv-6861 |
| 102 | Concepcion, Yaritza | 10-cv-6866 |
| 103 | Grant, Jerkida* | 10-cv-5616 |
| 103 | Haughton, Richard | 10-cv-6881 |

*Grant, Jerkida - withdrawal filed in both master dockets as indicated

Cannata/Grochow - Cases for which Notice to Withdraw was filed,
to be followed by Order of Dismissal and/or as the Court deems appropriate
All Dockets - As of 1/4/12

| Docket | Plaintiff | Index Number(s) |
|---|---|---|
| 100 | Arnold, Willie | 10-cv-6845 |
| 100 | Asher, Thomas | 05-cv-1294, 10-cv-6925 |
| 100 | Bergmann, Richard | 10-cv-6846 |
| 100 | Bernhardt, Gregory | 10-cv-6847 |
| 100 | Cheryl White Grier Dukes as Admin. of Ralph Dukes, Dec'd | 09-cv-8028, 10-cv-6912 |
| 100 | Childs, Michael | 10-cv-6848 |
| 100 | Covan, William | 10-cv-6715 |
| 100 | Daniel, Robert | 10-cv-6849 |
| 100 | Directie, Waldemar | 10-cv-4224, 10-cv-4225, 10-cv-6909 |
| 100 | Dougherty, Denise | 10-cv-6850 |
| 100 | Duclerc, Louis | 10-cv-4224. 10-cv-6911 |
| 100 | Duffy, John | 10-cv-6851 |
| 100 | Fogarty, Kevin | 05-cv-8458, 10-cv-6913 |
| 100 | Golden, Michael | 10-cv-6853 |
| 100 | Goodenough, Walter | 10-cv-6854 |
| 100 | Gorglione, Frank | 06-cv-6360, 10-cv-6722 |
| 100 | Grant, Jerkida* | 10-cv-5616 |
| 100 | Grant, Larry | 10-cv-6855 |
| 100 | Howell, Deveret | 10-cv-6721 |
| 100 | Johnson, Louise Egbert | 10-cv-6852 |
| 100 | Kempler, Roy | 10-cv-6718 |
| 100 | Khan, Shaukat | 10-cv-6857 |
| 100 | Kirkland, Quentin | 10-cv-6714 |
| 100 | Komar, Dennis | 10-cv-6720 |
| 100 | Leslie Logan as Admin. of Brad Joseph Bonaparte, Dec'd | 10-cv-6880, 10-cv-8896 |
| 100 | Louro, Anthony | 10-cv-6842 |
| 100 | Manley, Cyrus | 10-cv-6844 |
| 100 | McDevitt, Kevin | 10-cv-6712 |
| 100 | McFadden, James | 05-cv-8459, 10-cv-6879 |
| 100 | McGinty, Ryan | 10-cv-6794 |
| 100 | McKinney, Fain | 10-cv-4222, 10-cv-6914 |
| 100 | Montalto, Dominick | 09-cv-3522 |
| 100 | Murphy, Charles | 09-cv-5232, 10-cv-6915 |
| 100 | Ortiz, Jose | 10-cv-6795 |
| 100 | Panchal, Sanjiv | 10-cv-6796 |
| 100 | Partee, Derek | 10-cv-6798 |
| 100 | Paschette, Michael | 10-cv-6799 |
| 100 | Persichilli, Mario | 10-cv-4223, 10-cv-6916 |
| 100 | Portilla, Jesus | 05-cv-2445, 10-cv-6917 |
| 100 | Portilla, Jesus (Ortho) | 10-cv-5248 |
| 100 | Rabito, Joseph | 10-cv-6713 |
| 100 | Rilley, Dennis | 10-cv-6717 |
| 100 | Rivera, Jose | 10-cv-6800 |
| 100 | Rodgers, Daniel | 10-cv-6801 |
| 100 | Rothman, Mark | 10-cv-6719 |
| 100 | Scarazzini, Gregory | 10-cv-6802 |
| 100 | Scotti, James | 10-cv-6803 |
| 100 | Serrone, Robert | 10-cv-6804 |
| 100 | Snopkowski, Kenneth | 10-cv-6805 |
| 100 | Sobral, Jose | 08-cv-3426, 10-cv-6918 |

Cannata/Grochow - Cases for which Notice to Withdraw was filed,
to be followed by Order of Dismissal and/or as the Court deems appropriate
All Dockets - As of 1/4/12

| 100 | Sontz, David | 08-cv-3128, 10-cv-6919 |
|---|---|---|
| 100 | Tagney, Christopher | 10-cv-6807 |
| 100 | Tucker III, Frank | 10-cv-6808 |
| 100 | Voce, Gregory M. | 05-cv-2444, 06-cv-8568, 10-cv-6920 |
| 100 | Warrington, Robert | 10-cv-6809 |
| 102 | Bienduga, Dariusz | 09-cv-7711 |
| 102 | Cardenas, Maria | 08-cv-6810 |
| 102 | Chomyszak, Jeffery | 05-cv-8653 |
| 102 | Concepcion, Yaritza | 10-cv-6866 |
| 102 | Garcia, Sandra | 09-cv-2817 |
| 102 | Garner, Allen | 10-cv-6861 |
| 102 | Gorea, John | 05-cv-8651 |
| 102 | Hernandez, Balbino | 08-cv-10150 |
| 102 | Jozon, Jerzy | 05-cv-2666 |
| 102 | Kurkowski, Janusz | 06-cv-5290 |
| 102 | Markut, Roman | 05-cv-1927 |
| 102 | Muszak, Aleksandra | 06-cv-5334 |
| 102 | Sanchez, Freddy | 09-cv-2259 |
| 102 | Szymik, Henryk | 07-cv-11293 |
| 102 | Usewicz, Zdzislaw | 06-cv-15104 |
| 102 | Vaca, Jose | 06-cv-5339 |
| 102 | Valdez, Rafael | 05-cv-1092 |
| 102 | Welenc, Jan | 08-cv-6806 |
| 103 | Grant, Jerkida* | 10-cv-5616 |
| 103 | Haughton, Richard | 10-cv-6881 |

*Grant, Jerkida - withdrawal filed in both master dockets as indicated

Cannata/Grochow - Cases remaining and continuing in the litigation
All Dockets-As of 1-4-12

| Docket | Plaintiff | Index Number(s) |
|---|---|---|
| 100 | Fontana, Donna | 11-cv-1497 |
| 100 | Giamportone, Joseph | 10-cv-6716 |
| 102 | Akoulov, Vladmir | 10-cv-6860 |
| 102 | Arce, Monica | 06-cv-5323 |
| 102 | Ayinde, Olanrewaju | 10-cv-6867 |
| 102 | Bajguz, Aleksander | 06-cv-5338 |
| 102 | Balcer, Waldemar | 06-cv-5325 |
| 102 | Bello, Jose | 06-cv-5164 |
| 102 | Campuzano, Joaquin | 07-cv-1478 |
| 102 | Castro, Hector | 07-cv-05342 |
| 102 | Chapman, Robert | 10-cv-1372, 10-cv-6908 |
| 102 | Checo, Manuel | 05-cv-1093, 06-cv-6963 |
| 102 | Ciborowski, Henryk | 10-cv-4226 |
| 102 | Cieslak, Romuald | 05-cv-6240, 05-cv-6285, 05-cv-6286, 06-cv-13479 |
| 102 | Collado, Jose | 08-cv-9717 |
| 102 | Collado, Yudelka | 08-cv-9718 |
| 102 | Daikoku, Alex | 06-cv-5342 |
| 102 | Dobrowolski, Jan | 10-cv-6859 |
| 102 | Dul, Alojzy | 08-cv-9065 |
| 102 | Encarnacion, Maria | 09-cv-3099 |
| 102 | Estrella, Columbina | 09-cv-2818 |
| 102 | Foremska, Lucyna | 05-cv-3090, 06-cv-15392 |
| 102 | Galazka, Jadwiga | 06-cv-5343, 08-cv-9067 |
| 102 | Galazka, Josef (Fall) | 08-cv-6722 |
| 102 | Ginter, Janusz | 06-cv-5337 |
| 102 | Glowaty, Marek | 09-cv-10591 |
| 102 | Iturralde, Gustavo | 06-cv-5281 |
| 102 | Jastrzebowski, Eugeniusz | 06-cv-5289 |
| 102 | Katz, Helen, individually and as Admin./Executor of the estate of Hal Katz, Dec'd | 08-cv-5708 |
| 102 | Khomik, Volodomyr | 06-cv-5282 |
| 102 | Koszelnik, Anatol | 06-cv-5283, 07-cv-0305 |
| 102 | Kowalewski, Tadeusz | 06-cv-1521 |
| 102 | Krupinski, Leszek | 06-cv-1519, 07-cv-0083 |
| 102 | Krysiuk, Ryszard | 08-cv-6804 |
| 102 | Kucharski, Zbigniew | 08-cv-9069 |
| 102 | Kwasnik, Wladyslaw | 07-cv-11291 |
| 102 | Lejtman, Slawomir | 08-cv-5709, 08-cv-06128 |
| 102 | Lelek, Antonio | 10-cv-6862 |
| 102 | Liriano, Maritza | 06-cv-5327 |
| 102 | Lupinski, Boguslaw | 05-cv-6284, 06-cv-8308 |
| 102 | Lysomirski, Antoni | 10-cv-6863 |
| 102 | Madej, Jozef | 10-cv-6865 |
| 102 | Maksimiuk, Marian | 06-cv-5291, 07-cv-0806 |
| 102 | Matuszewski, Piotr | 06-cv-1514 |
| 102 | Mierzejewski, Ireneusz | 06-cv-1513 |

Cannata/Grochow - Cases remaining and continuing in the litigation
All Dockets-As of 1-4-12

| | | |
|---|---|---|
| 102 | Miroschnychenko, Oleksiy | 10-cv-6883 |
| 102 | Moreno, Maria | 07-cv-01669 |
| 102 | Mnich, Marian | 08-cv-5764 |
| 102 | Muszkatel, Jerzy | 08-cv-5285 |
| 102 | Naranjo, Jose | 06-cv-1517, 07-cv-0082 |
| 102 | Ouglyk, Jaroslav | 10-cv-6864 |
| 102 | Parra, Miller | 06-cv-5284 |
| 102 | Pogorzelski, Jozef | 06-cv-2748, 06-cv-11431 |
| 102 | Portilla, Lucila | 10-cv-6870 |
| 102 | Puello, Maria | 07-cv-11294 |
| 102 | Ramirez, Iris | 05-cv-5666, 06-cv-1531 |
| 102 | Ramirez, Nubia | 09-cv-3101 |
| 102 | Ramirez, Ramona | 10-cv-0366 |
| 102 | Retelski, Marian | 10-cv-6868 |
| 102 | Ropel, Waldemar | 06-cv-1520 |
| 102 | Sanchez, Alex Anthony | 05-cv-1091 |
| 102 | Sobol, Andrezej | 06-cv-4171 |
| 102 | Socha, Marek | 09-cv-0680 |
| 102 | Sowa, Miexzyslaw | 05-cv-2446, 07-cv-7982 |
| 102 | Szalaj, Zbyszek | 06-cv-5336 |
| 102 | Vargas, Edwin | 06-cv-5326 |
| 102 | Velez, Noel | 10-cv-6869 |
| 102 | Vynar, Mykhalo | 08-cv-6809 |
| 102 | Wajda, Andrej | 05-cv-6269, 06-cv-15192 |
| 102 | Wszolkowski, Dariusz | 06-cv-5344 |
| 102 | Zanabria, Miguel | 06-cv-5319 |
| 102 | Zdanowicz, Jan | 09-cv-2258 |
| 102 | Zietek, Andrej | 09-cv-3770 |
| 102 | Zygmunt, Mieczyslaw | 09-cv-0679 |
| 103 | Acosta, Ruben | 06-cv-5335, 08-cv-1334, 10-cv-6926 |
| 103 | Cardenas, Carlos | 09-cv-0681 |
| 103 | Czerwinski, Marian | 08-cv-6805 |
| 103 | Espinoza, Alonso | 08-cv-9720, 10-cv-6902 |
| 103 | Faltynowicz, Stanislaw | 08-cv-2616 |
| 103 | Galazka, Jozef | 06-cv-5343, 10-cv-6903 |
| 103 | Kacperski, Zbigniew | 09-cv-5233, 10-cv-6906 |
| 103 | Kowalewski, Janusz | 10-cv-6882 |
| 103 | Perzynska, Irena | 06-cv-5345, 10-cv-6900 |
| 103 | Sienkiewicz, Robert | 10-cv-6711 |
| 103 | Urso, Joseph | 05-cv-4081 |
| 103 | Zalewski, Boguslaw | 06-cv-01524, 06-cv-1525 |

Cannata/Grochow - Cases remaining and continuing in the litigation
All Dockets-As of 1-4-12

| Docket | Plaintiff | Index Number(s) |
|---|---|---|
| 100 | Giamportone, Joseph | 10-cv-6716 |
| 100 | Fontana, Donna | 11-cv-1497 |
| 102 | Sanchez, Alex Anthony | 05-cv-1091 |
| 102 | Checo, Manuel | 05-cv-1093, 06-cv-6963 |
| 102 | Sowa, Miexzyslaw | 05-cv-2446, 07-cv-7982 |
| 102 | Foremska, Lucyna | 05-cv-3090, 06-cv-15392 |
| 102 | Ramirez, Iris | 05-cv-5666, 06-cv-1531 |
| 102 | Cieslak, Romuald | 05-cv-6240, 05-cv-6285, 05-cv-6286, 06-cv-13479 |
| 102 | Wajda, Andrej | 05-cv-6269, 06-cv-15192 |
| 102 | Lupinski, Boguslaw | 05-cv-6284, 06-cv-8308 |
| 102 | Mierzejewski, Ireneusz | 06-cv-1513 |
| 102 | Matuszewski, Piotr | 06-cv-1514 |
| 102 | Naranjo, Jose | 06-cv-1517, 07-cv-0082 |
| 102 | Krupinski, Leszek | 06-cv-1519, 07-cv-0083 |
| 102 | Ropel, Waldemar | 06-cv-1520 |
| 102 | Kowalewski, Tadeusz | 06-cv-1521 |
| 102 | Pogorzelski, Jozef | 06-cv-2748, 06-cv-11431 |
| 102 | Sobol, Andrezej | 06-cv-4171 |
| 102 | Bello, Jose | 06-cv-5164 |
| 102 | Iturralde, Gustavo | 06-cv-5281 |
| 102 | Khomik, Volodomyr | 06-cv-5282 |
| 102 | Koszelnik, Anatol | 06-cv-5283, 07-cv-0305 |
| 102 | Parra, Miller | 06-cv-5284 |
| 102 | Jastrzebowski, Eugeniusz | 06-cv-5289 |
| 102 | Maksimiuk, Marian | 06-cv-5291, 07-cv-0806 |
| 102 | Zanabria, Miguel | 06-cv-5319 |
| 102 | Arce, Monica | 06-cv-5323 |
| 102 | Balcer, Waldemar | 06-cv-5325 |
| 102 | Vargas, Edwin | 06-cv-5326 |
| 102 | Liriano, Maritza | 06-cv-5327 |
| 102 | Szalaj, Zbyszek | 06-cv-5336 |
| 102 | Ginter, Janusz | 06-cv-5337 |
| 102 | Bajguz, Aleksander | 06-cv-5338 |
| 102 | Daikoku, Alex | 06-cv-5342 |
| 102 | Galazka, Jadwiga | 06-cv-5343, 08-cv-9067 |
| 102 | Wszolkowski, Dariusz | 06-cv-5344 |
| 102 | Moreno, Maria | 07-cv-01669 |
| 102 | Castro, Hector | 07-cv-05342 |
| 102 | Kwasnik, Wladyslaw | 07-cv-11291 |
| 102 | Puello, Maria | 07-cv-11294 |
| 102 | Campuzano, Joaquin | 07-cv-1478 |
| 102 | Muszkatel, Jerzy | 08-cv-5285 |
| 102 | Katz, Helen, individually and as Admin./Executor of the estate of Hal Katz, Dec'd | 08-cv-5708 |
| 102 | Lejtman, Slawomir | 08-cv-5709, 08-cv-06128 |

Cannata/Grochow - Cases remaining and continuing in the litigation
All Dockets-As of 1-4-12

| | | |
|---|---|---|
| 102 | Mnich, Marian | 08-cv-5764 |
| 102 | Galazka, Josef (Fall) | 08-cv-6722 |
| 102 | Krysiuk, Ryszard | 08-cv-6804 |
| 102 | Vynar, Mykhalo | 08-cv-6809 |
| 102 | Dul, Alojzy | 08-cv-9065 |
| 102 | Kucharski, Zbigniew | 08-cv-9069 |
| 102 | Collado, Jose | 08-cv-9717 |
| 102 | Collado, Yudelka | 08-cv-9718 |
| 102 | Zygmunt, Mieczyslaw | 09-cv-0679 |
| 102 | Socha, Marek | 09-cv-0680 |
| 102 | Glowaty, Marek | 09-cv-10591 |
| 102 | Zdanowicz, Jan | 09-cv-2258 |
| 102 | Estrella, Columbina | 09-cv-2818 |
| 102 | Encarnacion, Maria | 09-cv-3099 |
| 102 | Ramirez, Nubia | 09-cv-3101 |
| 102 | Zietek, Andrej | 09-cv-3770 |
| 102 | Ramirez, Ramona | 10-cv-0366 |
| 102 | Chapman, Robert | 10-cv-1372, 10-cv-6908 |
| 102 | Ciborowski, Henryk | 10-cv-4226 |
| 102 | Dobrowolski, Jan | 10-cv-6859 |
| 102 | Akoulov, Vladmir | 10-cv-6860 |
| 102 | Lelek, Antonio | 10-cv-6862 |
| 102 | Lysomirski, Antoni | 10-cv-6863 |
| 102 | Ouglyk, Jaroslav | 10-cv-6864 |
| 102 | Madej, Jozef | 10-cv-6865 |
| 102 | Ayinde, Olanrewaju | 10-cv-6867 |
| 102 | Retelski, Marian | 10-cv-6868 |
| 102 | Velez, Noel | 10-cv-6869 |
| 102 | Portilla, Lucila | 10-cv-6870 |
| 102 | Miroschnychenko, Oleksiy | 10-cv-6883 |
| 103 | Urso, Joseph | 05-cv-4081 |
| 103 | Zalewski, Boguslaw | 06-cv-01524, 06-cv-1525 |
| 103 | Acosta, Ruben | 06-cv-5335, 08-cv-1334, 10-cv-6926 |
| 103 | Galazka, Jozef | 06-cv-5343, 10-cv-6903 |
| 103 | Perzynska, Irena | 06-cv-5345, 10-cv-6900 |
| 103 | Faltynowicz, Stanislaw | 08-cv-2616 |
| 103 | Czerwinski, Marian | 08-cv-6805 |
| 103 | Espinoza, Alonso | 08-cv-9720, 10-cv-6902 |
| 103 | Cardenas, Carlos | 09-cv-0681 |
| 103 | Kacperski, Zbigniew | 09-cv-5233, 10-cv-6906 |
| 103 | Sienkiewicz, Robert | 10-cv-6711 |
| 103 | Kowalewski, Janusz | 10-cv-6882 |