UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION

DOCKET NO.:  21MC102 (AKH)

NOTICE OF APPEAL

-------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the Plaintiffs listed in the attached Addendum A to the Order dated December 8, 2011 for the 21MC102(AKH) docket hereby Appeal to the United States Court of Appeals for the Second Circuit from the December 8, 2011 Order (Document No. 4143 in 21MC102[AKH]) that *inter alia* denied plaintiffs' motion for a further extension of their time to comply with the Court's Order for new Certifications of their discovery responses and upon such denial, directed that one hundred seventy plaintiffs' complaints be dismissed. Plantiffs appeal from each and every part of said Order.

Dated:  New York, New York
        January 5, 2012

                                       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                                       *Counsel for Appealing Plaintiffs*

                                       */s/ Denise A. Rubin*
                                       Denise A. Rubin (DR5591)

                                       350 Fifth Avenue, Suite 7413
                                       New York, New York  10118
                                       Phone:  (212) 267-3700
                                       Fax:    (212) 587-0031

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**ORDER DENYING
PLAINTIFFS' MOTION TO
EXTEND THE DEADLINE FOR
CERTIFICATIONS, AND
DISMISSING CASES**

21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP have moved for a further enlargement of time, to January 2, 2012, for 170 identified Plaintiffs[1] to provide duly sworn or certified answers to court-ordered interrogatories;

WHEREAS Plaintiffs have been under order to do so since at least an Order of August 29, 2011;

WHEREAS, by Orders of September 28, 2011, October 31, 2011, and November 8, 2011, I enlarged Plaintiffs' time to comply until November 14, 2011, advising Plaintiffs that if they failed to comply their complaints were subject to dismissal; and

WHEREAS by Order of November 17, 2011 I again enlarged time, to December 2, 2011, and provided that no further enlargements would be granted;

THEREFORE I deny Plaintiffs' Motion for an Order Further Extending Time, and I dismiss the 170 cases, indentified on Exhibit A attached hereto, with prejudice, for failure to prosecute their cases consistent with court orders. These Plaintiffs have been indifferent to court orders, despite repeated adjournments. All but a few of the 170 cases are three to five years old. Despite electing not to settle and to continue with their cases, these Plaintiffs have

---

[1] These Plaintiffs are listed on Exhibits 8 and 9 of Plaintiffs' December 3, 2011 Motion For An Order Further Extending The Time For Certain Plaintiffs To Provide Updated Certifications.

1

done nothing to proceed further, notwithstanding court orders to do so. Even though these 170 cases are not among those selected for more intensive deposition proceedings, the failure of these Plaintiffs to provide reliable information about the merits of their cases and the extent of their injuries, if any, proximately resulting from their work at the WTC site in the period following the terrorist-related aircraft crashes of September 11, 2001, prejudices all cases.

Plaintiffs affected by this order, should they wish to move to open the judgment dismissing their cases, must file proper motions by Jan 2, 2012 showing a ground provided by Rule 60(b), Fed. R. Civ. P. In light of all the considerations surrounding these cases and in light of the succession of prior enlargements of time, any longer period likely will be considered unreasonable.

SO ORDERED

Dated:   December __, 2011
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

EXHIBIT A

| | | |
|---|---|---|
| Aalbue | Richard | 06cv11897 |
| Abatz | John | 07CV05333 |
| Agudelo | Maria | 07CV05334 |
| Agudo | Claudio | 07cv04447 |
| Alfaro Lobo | Miguel | 08CV02557 |
| Ali | Enrique | 07cv01554 |
| Arbelaez | Ignacio | 08CV02561 |
| Asmal | Carlos | 07cv01462 |
| Avila | Luis | 07cv04450 |
| Azubike | Victor | 07CV09058 |
| Barcco-Wong | Stalin | 07CV04293 |
| Barriga | Mercedes | 08CV02567 |
| Betancourt | Hector | 07cv04453 |
| Cabrera | Marbin | 08CV02581 |
| Cabrera | Oswaldo | 07CV05551 |
| Carchi | Mauricio | 08CV02586 |
| Carpio | Jose | 07cv01479 |
| Carrasco | Hernan | 08CV02589 |
| Cayetano | Teresita | 07CV05282 |
| Chaca | Wilson | 07CV01583 |
| Chun | William | 06cv11989 |
| Cifuentes | Maria del Pilar | 07CV01590 |
| Conforme | Freddy | 07CV05552 |
| Datil | Leonor | 07cv01488 |
| Diez | Rosa | 07CV05352 |
| Dowling | John | 06cv09038 |
| Easterling | Willie | 06CV09542 |
| Encalada | Luis | 07CV05354 |
| Espinosa | Enny | 06cv13890 |
| Flores | Talia | 07CV01609 |
| Franco | Luis | 07cv04466 |
| Galiano | Cruz | 08CV02622 |
| Gallo | Juan | 06cv14670 |
| Garcia | Isabel | 07cv08281 |
| Garcia | Luis | 07cv01501 |
| Graziano | Anthony | 06cv14694 |
| Guzman | Eric | 07cv01506 |
| Harris | Michele | 06cv14711 |
| Jenkins | Christopher | 08CV05931 |
| Jimenez | Rafael | 07CV10784 |
| Kuhn | Douglas | 08CV02644 |
| Lenis | Carlos | 06cv10045 |
| Leroux | Ivonne | 06cv12772 |
| Liguori | Jerry | 06CV08447 |
| Llibri | Pascual | 07CV01651 |
| Loja | Wilmo | 07cv04482 |
| Londono | Adriana | 08CV02646 |
| Lopez | Adolfo | 10cv07154 |
| Medina | Diego | 08CV02290 |

1

| | | |
|---|---|---|
| Moran | Wilson | 06CV12341 |
| Narvaez | Rosa | 08CV02670 |
| Negron | Aurea | 06CV12366 |
| Niskanen | David | 06CV12377 |
| Orellana | Aurellio | 07CV01674 |
| Orellana | Edgar | 07CV05398 |
| Orozco | Rafael | 08CV02299 |
| Ortiz | Rosa | 07CV01676 |
| Padredin | Nayibe | 07CV05306 |
| Paduani | Miguel | 07CV05307 |
| Palma | Patricia | 06cv03932 |
| Palomeque | Henry | 08CV02244 |
| Pelaez | Inez | 08CV02682 |
| Pena | Luis | 05cv10741 |
| Perez-Sanchez | Maribel | 08CV02687 |
| Prada | Maria del Pilar | 08cv02692 |
| Rando | Dennis | 07CV10824 |
| Rendon | Guelmer | 07cv04510 |
| Reyes | Marilan | 07CV05310 |
| Rodas | Hugo | 08CV02698 |
| Rodriguez-Jomarron | Olga | 08CV02699 |
| Sanchez | Oscar | 06cv11892 |
| Sarmiento | Galo | 07cv01529 |
| Silva | Ligia | 08CV02716 |
| Solarte | Maria | 07cv01669 |
| Solis | Lucio | 05CV01198 |
| Urena | Clemente | 07cv01540 |
| Urgiles | Miguel | 07CV05400 |
| Urquijo | Esperanza | 06CV13211 |
| Valdiviezo | Hector | 07cv01542 |
| Velarde | Felix | 07cv01544 |
| Villavicencio | Oswaldo | 08CV02315 |
| Yaguana | Aquiles | 07cv04525 |
| Yumbla | Alcibar | 07cv01729 |
| Yumbla | Luis | 06CV13166 |
| Zolfo | Vincent | 06cv12843 |

2

| | | |
|---|---|---|
| Acosta | Byron | 07CV01552 |
| Alfonso | Pedro | 08CV02252 |
| Arias | Arturo | 07CV05274 |
| Arias | Gloria | 08cv04931 |
| Arrieta | Enrique | 07cv01459 |
| Avila | Mauricio | 08CV02566 |
| Ballesteros | Vanessa | 08cv04932 |
| Benbow | Joseph | 07CV04747 |
| Bermudez | Anita | 07cv01470 |
| Bunay | Carlos | 07CV01571 |
| Cabrera | Hugo | 08CV02579 |
| Cabrera | Wilson | 07cv01474 |
| Calle | Elva | 08CV02584 |
| Calle | Jose | 07CV01577 |
| Cannon | Russell | 05cv07877 |
| Carpio | Fausto | 07cv11019 |
| Carville | Scott | 07CV05340 |
| Castrillon | Isabel | 08cv04934 |
| Chavez | Carlos | 08CV02238 |
| Choinski | Pawel | 06cv13837 |
| Collazos | Antonio | 07cv04461 |
| Cuellar | Francisco | 08CV06634 |
| Delacruz | Belkis | 08CV02263 |
| DeLaCruz | Ofelia | 08CV02606 |
| Duque | Blanca | 08CV02610 |
| Duque | Flor | 08CV02611 |
| Franco | Herman | 08CV02621 |
| Garces | Jesus | 07CV01615 |
| Garcia | Fernando | 06cv13916 |
| Garcia | Jorge | 07CV05291 |
| Gonzalez | Gabriel | 06CV13701 |
| Gualpa | Rosa | 07cv04472 |
| Guaman | Enrique | 08CV02633 |
| Guzman | Felix | 07CV05412 |
| Henao | Gustavo | 08cv04938 |
| Hernandez | Nubia | 08CV02636 |
| Intriago | Ecuador | 07cv04475 |
| Jerez | Carmen | 07CV05297 |
| Juarez | Urbano | 07cv01509 |
| Khan | Imtiaz | 06CV12182 |
| Kukacki | Kazimierz | 06cv14781 |
| Londono | Gloria | 08CV02648 |
| Lopez | Angel | 08CV02281 |
| Lopez | Luz | 07CV05560 |
| Losada | Nubia | 08CV02652 |
| Lucero | Fernando | 07CV05366 |
| Marcillo | Douglas | 07cv04486 |
| Marcos | John | 07cv04487 |
| Marrero | Gloria | 08CV02287 |
| Martin | Richard | 06cv08037 |
| Melo | Alberto | 08CV02657 |

3

| | | |
|---|---|---|
| Mendoza | Enrique | 07CV05302 |
| Mesa | Luis | 07CV05303 |
| Montenegro | Otto | 06CV06018 |
| Montoya | Sandra | 08CV06636 |
| Nino | Victor | 08CV02675 |
| Ocampo | Janneth | 07CV01673 |
| Oquendo | Walter | 07cv04497 |
| Orellana | Cristobal | 07CV05563 |
| Ortega | Mariana | 05CV01765 |
| Ortega | Sandra | 07CV01675 |
| Pepe Jr | Joseph | 09CV02777 |
| Pigott | John | 06cv14970 |
| Pillco | Luis | 07cv04508 |
| Ramirez | Freddy | 05CV05601 |
| Rico | Alejandra | 08cv05857 |
| Rodriguez | Manuel | 08CV02700 |
| Rosario | Carmen | 09CV02811 |
| Ruales | Glenda | 08CV02704 |
| Rudder | Anthony | 07CV01698 |
| Santana | Hilda | 08CV11456 |
| Sarmiento | Javier | 06cv12495 |
| Schuler | Steven | 07CV05425 |
| Silva | Carlos | 06cv02664 |
| Tehan | Nicholas | 07CV05564 |
| Tenempaguay | Wilfrido | 07CV05320 |
| Toledo | William | 07cv01539 |
| Torres | Javier | 08CV02725 |
| Varicelly | Cecilia | 07cv01720 |
| Vega | Severo | 07cv04521 |
| Velasquez | Fredy | 06cv11141 |
| Velez | Jazmin | 08CV02731 |
| Victoria | Maritza | 08cv04943 |
| Yamasqui | Armando | 07CV05328 |
| Yepes | Maria | 08CV02251 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE      DOCKET No.: 21MC102(AKH)
LITIGATION                                DECLARATION OF SERVICE
-------------------------------------------------------------------X

      DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

      On January 5, 2012, I duly served a true copy of the within NOTICE OF APPEAL on the persons listed below by e-mail transmission.

| | |
|---|---|
| Tyrrell, James E.<br>Patton Boggs, LLP<br>*Counsel for Defendants-Appellants*<br>One Riverfront Plaza, 6th floor<br>Newark, New Jersey 07102<br>Jtyrrell@pattonboggs.com | Margaret Warner, Esq.<br>McDermott Will & Emery, LLP<br>*Counsel for WTC Captive Insurance Co., Inc*.<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>mwarner@mwe.com |
| Andrew J. Carboy, Esq.<br>Sullivan Papain, Block, McGrath & Cannavo, P.C.<br>*Plaintiffs' Co-Liaison Counsel*<br>120 Broadway<br>New York, New York 10271 | Robert Grochow Esq.<br>Robert A. Grochow, P.C.<br>233 Broadway, 5th Floor<br>New York, New York 10279 |

Gregory J. Cannata, Esq.
The Law Firm of Gregory J. Cannata
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279

                                         */s/ Denise A. Rubin*
                                         DENISE A. RUBIN

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE            DOCKET NO.: 21MC102(AKH)
LITIGATION
-------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF APPEAL

===============================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Counsel for* : Appealing Plaintiffs
350 Broadway, Suite 7413
New York, New York  10118
(212) 267-3700

===============================================================================

   The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and  22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

_____
Attorney name:  Denise A. Rubin

===============================================================================
===============================================================================

PLEASE TAKE NOTICE:
   ☐ NOTICE OF ENTRY
   that the within is a (certified) true copy of an                    duly entered in the         office of the   clerk of the within named court on _____200__.
   ☐ NOTICE OF SETTLEMENT
   that an order                         of which the within is a true copy,  will be
   presented for settlement to the HON.                           one of the judges of the
   within named Court, at               on            200___  at_____ O'clock ___.M.

Dated,  _____

                    Yours, etc.
                    **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**