IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

STANLEY YOUNG AND BEVERLY YOUNG,

        Plaintiffs,

-against-

THE CITY OF NEW YORK,

        Defendant.

21 MC 102 (AKH)

1:08-CV-3137 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/12

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs STANLEY YOUNG AND BEVERLY YOUNG voluntarily dismiss their action against all Defendants.

Dated: January 1, 2012
      New York, New York

Respectfully submitted,

Michael A. London
Virginia E. Anello
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500
*Attorneys for Plaintiff*

1-6-12