IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Hellerstein, J
RECEIVED JAN 05 2012 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

LINDA KANOWITZ,

    Plaintiffs,

-against-

THE CITY OF NEW YORK,

    Defendant.

21 MC 102 (AKH)

1:08-cv-05826 (AKH)



USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 1/9/12

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LINDA KANOWITZ voluntarily dismisses her action against all Defendants.

Dated: January 1, 2012
    New York, New York

Respectfully submitted,

_____
Michael A. London
Virginia E. Anello
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500
*Attorneys for Plaintiff*

[signature]
U.S.D.J.
1-6-12