Hellerstein, J



RECEIVED
JAN 05 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

ANDREAS SAVVA,

         Plaintiff,

-against-

THE CITY OF NEW YORK,

         Defendant.

21 MC 102 (AKH)

1:08-cv-03467 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FD: 1/9/12

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ANDREAS SAVVA voluntarily dismisses his action against all Defendants.

Dated: January 1, 2012
New York, New York

Respectfully submitted,

_____
Michael A. London
Virginia E. Anello
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
1-6-12