UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE: WORLD TRADE CENTER LOWER     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     21 MC 103 (AKH)

------------------------------------------------------------ x

## AFFIDAVIT OF ALFRED EDWARD ADAMS IV

     I, Alfred Edward Adams IV, pursuant to 28 U.S.C. § 1746, affirm under penalty

of perjury that the following is true and correct:

     1.     I am a Project Manager employed by Technology Concepts & Design, Inc

(TCDI).  TCDI is in the business of providing litigation support technology, including

e-discovery support, and housing litigation tools to assist with document review.  TCDI

has expertise in the hosting and management of large quantities of documents and data

in searchable and retrievable forms.

     2.     TCDI was appointed by Court Order in 2008 to provide database

services for portions of the World Trade Center litigation and to provide internet access

to the large volume of documents and data in the 21 MC 100, 21 MC 102, 21 MC 103

dockets.

     3.     I am the TCDI Project Manager for the database services for the World

Trade Center litigation and have been since TCDI was appointed by the Court.  I am

fully familiar with the methods of obtaining and storing the data provided to TCDI.  I

frequently interact with court representatives, including Special Masters Twerski and

Henderson, and with the parties to the World Trade Center litigation in order to

facilitate access and retrieval of data.

4.      As of December 2, 2011, TCDI had received database responses from plaintiffs' counsel for 1,454 plaintiffs. 1,303 of these plaintiffs state in their database responses that they are represented by Worby Groner Edelman & Napoli Bern, LLP ("Napoli"); 102 by Cannata/Grochow; 18 by Oshman & Mirisola, LLP; and 3 by the Sander Firm.

5.      Exhibit 1 attached to this Affidavit is a list, or report, that I generated using TCDI's "search" and "report" functions. At defense counsel's request, I ran a search of all plaintiffs who submitted a response of "None" to Field 29, which asks, "For which diagnosed condition(s)/injury(s)/disease(s) does P seek recovery?" This search identified 281 plaintiffs. Then I used TCDI's built-in report function to generate an Excel report showing the search results, including each identified plaintiff's first and last name, docket number, and counsel.

6.      Exhibit 2 attached to this Affidavit is another list, or report, that I generated using TCDI's "search" and "report" functions. At defense counsel's request, I ran a search identifying all plaintiffs represented by Napoli who, to date, have not submitted to TCDI a supplemental verification of their database responses. This search identified 233 plaintiffs. Next, using individual docket numbers, I formulated a search identifying the 44 Napoli plaintiffs from whom TCDI received supplemental verifications after December 2, 2011. (These plaintiffs are identified on Exhibit 3 to this Affidavit.) Because TCDI updates a plaintiff's profile upon receipt of new information from plaintiffs' counsel, these 44 plaintiffs were not identified by my original search. As a final step, I generated an Excel report combining the 233 plaintiffs identified in my first search and the 44 plaintiffs identified in my second

search.  Thus, Exhibit 2 shows 277 plaintiffs, together with their full name, docket number, and counsel.

7.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January _11_, 2012
Guilford County, North Carolina

_alfred E. adams_
ALFRED EDWARD ADAMS IV

CHRISTINE A KLUGE
Notary Public
Davie County, North Carolina
My Commission Expires 11/28/2014

**Exhibit 1**

| 2 | 3 | 4 | 5 | 29 |
|---|---|---|---|---|
| Aalbue | Richard | 06cv11897 | Worby Groner Edelman & Napoli Bern | None |
| Abatz | John | 07CV05333 | Worby Groner Edelman & Napoli Bern | None |
| Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern | None |
| Acosta | Byron | 07CV01552 | Worby Groner Edelman & Napoli Bern | None |
| Acosta | Julian | 07CV10098 | Worby Groner Edelman & Napoli Bern | None |
| Adorno | Rene | 06cv11903 | Worby Groner Edelman & Napoli Bern | None |
| Antiaris | John | 06cv09964 | Worby Groner Edelman & Napoli Bern | None |
| Arbelaez | Ignacio | 08CV02561 | Worby Groner Edelman & Napoli Bern | None |
| Arrieta | Enrique | 07cv01459 | Worby Groner Edelman & Napoli Bern | None |
| Ascencio | Ivan | 07cv01460 | Worby Groner Edelman & Napoli Bern | None |
| Asmal | Angel | 07cv01461 | Worby Groner Edelman & Napoli Bern | None |
| Asmal | Carlos | 08CV02563 | Worby Groner Edelman & Napoli Bern | None |
| Asmal | Carlos | 07cv01462 | Worby Groner Edelman & Napoli Bern | None |
| Astudillo | Wilmer | 07CV01561 | Worby Groner Edelman & Napoli Bern | None |
| Austin | Daniel | 06cv10542 | Worby Groner Edelman & Napoli Bern | None |
| Avila | Edgar | 07cv01464 | Worby Groner Edelman & Napoli Bern | None |
| Avila | Luis | 07cv04450 | Worby Groner Edelman & Napoli Bern | None |
| Avila | Norberto | 07cv01465 | Worby Groner Edelman & Napoli Bern | None |
| Baez | Fabiola | 07cv01467 | Worby Groner Edelman & Napoli Bern | None |
| Ballesteros | Vanessa | 08cv04932 | Worby Groner Edelman & Napoli Bern | None |
| Barrero | Arturo | 06cv13792 | Worby Groner Edelman & Napoli Bern | None |
| Barroso | Hector | 07cv04452 | Worby Groner Edelman & Napoli Bern | None |
| Battle | Linda | 06cv00133 | Worby Groner Edelman & Napoli Bern | None |
| Benavidez | Vincente | 06CV07913 | Worby Groner Edelman & Napoli Bern | None |
| Bermudez | Anita | 07cv01470 | Worby Groner Edelman & Napoli Bern | None |
| Bikowski | Roman | 06cv14496 | Worby Groner Edelman & Napoli Bern | None |
| Bogacki | Jacek | 08CV02573 | Worby Groner Edelman & Napoli Bern | None |
| Botero | Yuly | 08CV02575 | Worby Groner Edelman & Napoli Bern | None |
| Bracic | Hava | 09CV02807 | Worby Groner Edelman & Napoli Bern | None |
| Braverman | Eric | 08CV02576 | Worby Groner Edelman & Napoli Bern | None |
| Buckley | Johnathan | 06cv01654 | Worby Groner Edelman & Napoli Bern | None |
| Caguana | Manuel | 06cv11968 | Worby Groner Edelman & Napoli Bern | None |
| Buestan | Hector | 07cv04456 | Worby Groner Edelman & Napoli Bern | None |
| Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Bern | None |
| Bunay | Flor | 08CV02577 | Worby Groner Edelman & Napoli Bern | None |
| Cabrera | Hugo | 08CV02579 | Worby Groner Edelman & Napoli Bern | None |

| | | | | |
|---|---|---|---|---|
| Cabrera | Kleber | 08CV02580 | Worby Groner Edelman & Napoli Bern | None |
| Cabrera | Wilson | 07cv01474 | Worby Groner Edelman & Napoli Bern | None |
| Caguana | Segundo | 08CV02582 | Worby Groner Edelman & Napoli Bern | None |
| Caivinagua | Juan | 07CV01574 | Worby Groner Edelman & Napoli Bern | None |
| Cali | Lucy | 08CV02583 | Worby Groner Edelman & Napoli Bern | None |
| Calle | Gil | 07CV01576 | Worby Groner Edelman & Napoli Bern | None |
| Carpio | Jose | 07cv01479 | Worby Groner Edelman & Napoli Bern | None |
| Carroll | Neil | 08CV00635 | Worby Groner Edelman & Napoli Bern | None |
| Carville | Scott | 07CV05340 | Worby Groner Edelman & Napoli Bern | None |
| Castillo | Antonio | 09CV03449 | Worby Groner Edelman & Napoli Bern | None |
| Castrillon | Isabel | 08cv04934 | Worby Groner Edelman & Napoli Bern | None |
| Castro | Maria | 08CV02257 | Worby Groner Edelman & Napoli Bern | None |
| Ceron | Armando | 07CV01582 | Worby Groner Edelman & Napoli Bern | None |
| Chaca | Wilson | 07CV01583 | Worby Groner Edelman & Napoli Bern | None |
| Chalco | Joel | 08CV02258 | Worby Groner Edelman & Napoli Bern | None |
| Chauca | Maria | 07cv01482 | Worby Groner Edelman & Napoli Bern | None |
| Chavez | Carlos | 08CV02238 | Worby Groner Edelman & Napoli Bern | None |
| Chavez | Edizon | 07CV01585 | Worby Groner Edelman & Napoli Bern | None |
| Chique | Maria | 08CV02259 | Worby Groner Edelman & Napoli Bern | None |
| Choinski | Pawel | 06cv13837 | Worby Groner Edelman & Napoli Bern | None |
| Ciaramella | Vincent | 07CV05343 | Worby Groner Edelman & Napoli Bern | None |
| Cobos | Angel | 07cv01483 | Worby Groner Edelman & Napoli Bern | None |
| Coello | Asdrubal | 07cv01484 | Worby Groner Edelman & Napoli Bern | None |
| Conforme | Freddy | 07CV05552 | Worby Groner Edelman & Napoli Bern | None |
| Cook | William | 07cv01486 | Worby Groner Edelman & Napoli Bern | None |
| Cordova | Hector | 07CV01595 | Worby Groner Edelman & Napoli Bern | None |
| Cornier | David | 07CV05406 | Worby Groner Edelman & Napoli Bern | None |
| Coronel | Jose | 07cv01487 | Worby Groner Edelman & Napoli Bern | None |
| Cosme | Manuel | 06CV12006 | Worby Groner Edelman & Napoli Bern | None |
| Cubas | Patricia | 06cv12725 | Worby Groner Edelman & Napoli Bern | None |
| Cubero | Carmen | 09CV03450 | Worby Groner Edelman & Napoli Bern | None |
| Cuevas | David | 08CV02321 | Worby Groner Edelman & Napoli Bern | None |
| Culcay | Rosa | 07CV05346 | Worby Groner Edelman & Napoli Bern | None |
| Cullimore | Andrew | 06CV11651 | Worby Groner Edelman & Napoli Bern | None |
| Cuomo | Anthony | 07CV10756 | Worby Groner Edelman & Napoli Bern | None |
| DeJesus | Maria | 08CV02605 | Worby Groner Edelman & Napoli Bern | None |
| Delacruz | Belkis | 08CV02263 | Worby Groner Edelman & Napoli Bern | None |

| | | | | |
|---|---|---|---|---|
| Delorbe | Luciano | 06cv12731 | Worby Groner Edelman & Napoli Bern | None |
| Dominguez | Gina | 08CV02608 | Worby Groner Edelman & Napoli Bern | None |
| Donnelly | Christopher | 07CV09978 | Worby Groner Edelman & Napoli Bern | None |
| Douso | Joseph | 07CV05407 | Worby Groner Edelman & Napoli Bern | None |
| Drozdz | Stanislaw | 06cv14620 | Worby Groner Edelman & Napoli Bern | None |
| Duchitanga | Manuel | 07CV05287 | Worby Groner Edelman & Napoli Bern | None |
| Duchitanga | Maria | 07CV01604 | Worby Groner Edelman & Napoli Bern | None |
| Duran | Ana | 07cv01493 | Worby Groner Edelman & Napoli Bern | None |
| Encalada | Luis | 07CV05354 | Worby Groner Edelman & Napoli Bern | None |
| Espinoza | Alex | 08CV02614 | Worby Groner Edelman & Napoli Bern | None |
| Estrada | Harold | 06CV12045 | Worby Groner Edelman & Napoli Bern | None |
| Fajardo | Carlos | 08cv04935 | Worby Groner Edelman & Napoli Bern | None |
| Felicetti | Frank | 07CV04244 | Worby Groner Edelman & Napoli Bern | None |
| Feliciano | Aldo | 06cv11663 | Worby Groner Edelman & Napoli Bern | None |
| Fitzpatrick | Kevin | 06CV12064 | Worby Groner Edelman & Napoli Bern | None |
| Flynn | James | 06cv14652 | Worby Groner Edelman & Napoli Bern | None |
| Frazier | Nathaniel | 06CV12074 | Worby Groner Edelman & Napoli Bern | None |
| Frierson | Delois | 09CV03451 | Worby Groner Edelman & Napoli Bern | None |
| Gabrielsen | Harald | 07CV05169 | Worby Groner Edelman & Napoli Bern | None |
| Gallardo | Norberto | 07CV05290 | Worby Groner Edelman & Napoli Bern | None |
| Gandia | Rosa | 08cv04936 | Worby Groner Edelman & Napoli Bern | None |
| Garces | Jesus | 07CV01615 | Worby Groner Edelman & Napoli Bern | None |
| Garces | Segundo | 07cv01498 | Worby Groner Edelman & Napoli Bern | None |
| Garcia | Jorge | 07CV05291 | Worby Groner Edelman & Napoli Bern | None |
| Garcia | Lizeth | 08CV02270 | Worby Groner Edelman & Napoli Bern | None |
| Garcia | Sonia | 07CV05358 | Worby Groner Edelman & Napoli Bern | None |
| Gaspar | Peter | 05cv10739 | Worby Groner Edelman & Napoli Bern | None |
| Gavidia | Blanca | 07cv04468 | Worby Groner Edelman & Napoli Bern | None |
| Gibson | Michael | 06cv14681 | Worby Groner Edelman & Napoli Bern | None |
| Gomez | Luis | 07cv01505 | Worby Groner Edelman & Napoli Bern | None |
| Gonzalez | John | 08CV02630 | Worby Groner Edelman & Napoli Bern | None |
| Gordon | Leroy | 08CV02324 | Worby Groner Edelman & Napoli Bern | None |
| Granata | Joseph | 06cv12688 | Worby Groner Edelman & Napoli Bern | None |
| Graziano | Anthony | 06cv14694 | Worby Groner Edelman & Napoli Bern | None |
| Gualpa | Rosa | 07cv04472 | Worby Groner Edelman & Napoli Bern | None |
| Guaman | Enrique | 08CV02633 | Worby Groner Edelman & Napoli Bern | None |
| Guartambel | Jose | 08cv04937 | Worby Groner Edelman & Napoli Bern | None |

| | | | |
|---|---|---|---|
| Guerrero | Antonio | 07CV05294 | Worby Groner Edelman & Napoli Bern | None |
| Guevara | Julio | 07CV05555 | Worby Groner Edelman & Napoli Bern | None |
| Guiracocha | Samuel | 06CV12120 | Worby Groner Edelman & Napoli Bern | None |
| Guzman | Eric | 07cv01506 | Worby Groner Edelman & Napoli Bern | None |
| Harmon | Chris | 06cv13938 | Worby Groner Edelman & Napoli Bern | None |
| Harris | John | 08CV02634 | Worby Groner Edelman & Napoli Bern | None |
| Harvey | Frank | 08CV02635 | Worby Groner Edelman & Napoli Bern | None |
| Hayduk | Jeffrey | 06cv05839 | Worby Groner Edelman & Napoli Bern | None |
| Hernandez | Enrique | 07CV05360 | Worby Groner Edelman & Napoli Bern | None |
| Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern | None |
| Hightower | William | 08CV02276 | Worby Groner Edelman & Napoli Bern | None |
| Hunce | Peter | 08CV02325 | Worby Groner Edelman & Napoli Bern | None |
| Hurtado | Julio | 07CV05295 | Worby Groner Edelman & Napoli Bern | None |
| Hurtado | William | 06cv10781 | Worby Groner Edelman & Napoli Bern | None |
| Idrovo | Manuel | 07CV01628 | Worby Groner Edelman & Napoli Bern | None |
| Inga | Luis | 07cv04474 | Worby Groner Edelman & Napoli Bern | None |
| Jablonski | Jozef | 07CV01630 | Worby Groner Edelman & Napoli Bern | None |
| Jara | Juan | 07CV05363 | Worby Groner Edelman & Napoli Bern | None |
| Jaramillo | Manuel | 09CV03458 | Worby Groner Edelman & Napoli Bern | None |
| Jimenez | Alberto | 07cv04478 | Worby Groner Edelman & Napoli Bern | None |
| Jimenez | Raul | 08CV02640 | Worby Groner Edelman & Napoli Bern | None |
| Jordan | Luis | 08CV02277 | Worby Groner Edelman & Napoli Bern | None |
| Joseph | Danny | 08CV06862 | Worby Groner Edelman & Napoli Bern | None |
| Juarez | Urbano | 07cv01509 | Worby Groner Edelman & Napoli Bern | None |
| Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern | None |
| Kessler | Mitchell | 06CV12181 | Worby Groner Edelman & Napoli Bern | None |
| Khan | Imtiaz | 06CV12182 | Worby Groner Edelman & Napoli Bern | None |
| King | Mechelle | 07CV09008 | Worby Groner Edelman & Napoli Bern | None |
| Klein | Joel | 07CV01640 | Worby Groner Edelman & Napoli Bern | None |
| Kmec | Lubomir | 08CV02278 | Worby Groner Edelman & Napoli Bern | None |
| Kowalczyk | Adam | 06cv02252 | Worby Groner Edelman & Napoli Bern | None |
| Lascano | Ana | 05cv09333 | Worby Groner Edelman & Napoli Bern | None |
| Leary | Annette | 05cv01118 | Worby Groner Edelman & Napoli Bern | None |
| Leon | Cesar | 07CV00063 | Worby Groner Edelman & Napoli Bern | None |
| Leonard | Thomas | 07CV05559 | Worby Groner Edelman & Napoli Bern | None |
| Lituma | Diego | 07CV01648 | Worby Groner Edelman & Napoli Bern | None |
| Llerena | Hilda | 07CV01650 | Worby Groner Edelman & Napoli Bern | None |

| | | | |
|---|---|---|---|
| Lluguay | Maria | 08CV02280 | Worby Groner Edelman & Napoli Bern | None |
| Loja | Raul | 07CV01652 | Worby Groner Edelman & Napoli Bern | None |
| Loja | Wilmo | 07cv04482 | Worby Groner Edelman & Napoli Bern | None |
| Lopez | Oswaldo | 07cv04483 | Worby Groner Edelman & Napoli Bern | None |
| Lopez | Ricardo | 06cv04884 | Worby Groner Edelman & Napoli Bern | None |
| Lopez | Rolando | 08CV02283 | Worby Groner Edelman & Napoli Bern | None |
| Lott | Tyrone | 05CV01203 | Worby Groner Edelman & Napoli Bern | None |
| Lucero | Fernando | 07CV05366 | Worby Groner Edelman & Napoli Bern | None |
| Macas | Veronica | 07cv04485 | Worby Groner Edelman & Napoli Bern | None |
| Marcos | John | 07cv04487 | Worby Groner Edelman & Napoli Bern | None |
| Marmolejo | Virgilio | 07cv04488 | Worby Groner Edelman & Napoli Bern | None |
| Marrero | Gloria | 08CV02287 | Worby Groner Edelman & Napoli Bern | None |
| Marshall | Donna | 07CV05417 | Worby Groner Edelman & Napoli Bern | None |
| Martin | Richard | 06cv08037 | Worby Groner Edelman & Napoli Bern | None |
| Martinez | Roberto | 06CV12290 | Worby Groner Edelman & Napoli Bern | None |
| Martucci | Anthony | 05cv09957 | Worby Groner Edelman & Napoli Bern | None |
| McBean | Derrick | 07CV10804 | Worby Groner Edelman & Napoli Bern | None |
| McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern | None |
| Medina | Rosa | 07cv04491 | Worby Groner Edelman & Napoli Bern | None |
| Mendoza | Enrique | 07CV05302 | Worby Groner Edelman & Napoli Bern | None |
| Mesa | Luis | 07CV05303 | Worby Groner Edelman & Napoli Bern | None |
| Moeller | Timothy | 08CV02659 | Worby Groner Edelman & Napoli Bern | None |
| Montero | Hamilton | 06cv12791 | Worby Groner Edelman & Napoli Bern | None |
| Moore | Edward | 07CV05562 | Worby Groner Edelman & Napoli Bern | None |
| Morales | Edwin | 06cv08949 | Worby Groner Edelman & Napoli Bern | None |
| Morales | Xiomar | 07cv11022 | Worby Groner Edelman & Napoli Bern | None |
| Moran | Wilson | 06CV12341 | Worby Groner Edelman & Napoli Bern | None |
| Moreno | Sandra | 06cv14901 | Worby Groner Edelman & Napoli Bern | None |
| Morocho | Simon | 08CV02663 | Worby Groner Edelman & Napoli Bern | None |
| Munoz | Javier | 08CV02666 | Worby Groner Edelman & Napoli Bern | None |
| Murphy | Michael | 07cv05418 | Worby Groner Edelman & Napoli Bern | None |
| Naula | Segundo | 08CV02672 | Worby Groner Edelman & Napoli Bern | None |
| Nieto | Rodolfo | 08CV02674 | Worby Groner Edelman & Napoli Bern | None |
| Niskanen | David | 06CV12377 | Worby Groner Edelman & Napoli Bern | None |
| Nolan | Joseph | 05CV01213 | Worby Groner Edelman & Napoli Bern | None |
| O Neill | Sean | 08CV02677 | Worby Groner Edelman & Napoli Bern | None |
| Oquendo | Walter | 07cv04497 | Worby Groner Edelman & Napoli Bern | None |

| | | | |
|---|---|---|---|
| Ordonez | Julio | 08CV02298 | Worby Groner Edelman & Napoli Bern | None |
| Orellana | Aurelio | 07CV01674 | Worby Groner Edelman & Napoli Bern | None |
| Orellana | Edgar | 07CV05398 | Worby Groner Edelman & Napoli Bern | None |
| Orozco | Haidee | 07cv04498 | Worby Groner Edelman & Napoli Bern | None |
| Ortega | Edgar | 08CV02678 | Worby Groner Edelman & Napoli Bern | None |
| Ortega | Sandra | 07CV01675 | Worby Groner Edelman & Napoli Bern | None |
| Ortiz | Wilson | 07CV01677 | Worby Groner Edelman & Napoli Bern | None |
| Ozoria | Jaime | 08CV02679 | Worby Groner Edelman & Napoli Bern | None |
| Palaguachi | Rosa | 07CV01680 | Worby Groner Edelman & Napoli Bern | None |
| Palomeque | Henry | 08CV02244 | Worby Groner Edelman & Napoli Bern | None |
| Papazissis | Nicholas | 07CV10029 | Worby Groner Edelman & Napoli Bern | None |
| Paredes | Valentin | 08CV02680 | Worby Groner Edelman & Napoli Bern | None |
| Paredes | Walberto | 08CV02302 | Worby Groner Edelman & Napoli Bern | None |
| Parra | Felix | 07cv04506 | Worby Groner Edelman & Napoli Bern | None |
| Peduto | Albert | 07CV08927 | Worby Groner Edelman & Napoli Bern | None |
| Pena | Alexander | 07CV08929 | Worby Groner Edelman & Napoli Bern | None |
| Pena | Luis | 05cv10741 | Worby Groner Edelman & Napoli Bern | None |
| Pena | Michael | 05CV01700 | Worby Groner Edelman & Napoli Bern | None |
| Perez-Sanchez | Maribel | 08CV02687 | Worby Groner Edelman & Napoli Bern | None |
| Pichu | Julio | 06CV12411 | Worby Groner Edelman & Napoli Bern | None |
| Pilco | Luis | 07cv04508 | Worby Groner Edelman & Napoli Bern | None |
| Pineda | Hernan | 07CV05376 | Worby Groner Edelman & Napoli Bern | None |
| Pinela | Carlos | 07CV05377 | Worby Groner Edelman & Napoli Bern | None |
| Ponce | Pedro | 08CV02690 | Worby Groner Edelman & Napoli Bern | None |
| Porras | Raul | 06cv09674 | Worby Groner Edelman & Napoli Bern | None |
| Puma | Elsa | 07cv11023 | Worby Groner Edelman & Napoli Bern | None |
| Pumacuri | Manuel | 09CV03453 | Worby Groner Edelman & Napoli Bern | None |
| Purcell | Dan | 07CV08932 | Worby Groner Edelman & Napoli Bern | None |
| Quintanilla | Natalia | 06CV01341 | Worby Groner Edelman & Napoli Bern | None |
| Quizhpi | Segundo | 08CV02246 | Worby Groner Edelman & Napoli Bern | None |
| Raimondi | Joseph | 07CV05380 | Worby Groner Edelman & Napoli Bern | None |
| Ramirez | Freddy | 05CV05601 | Worby Groner Edelman & Napoli Bern | None |
| Ramirez | Michael | 07CV05422 | Worby Groner Edelman & Napoli Bern | None |
| Rando | Dennis | 07CV10824 | Worby Groner Edelman & Napoli Bern | None |
| Velez | Jazmin | 08CV02731 | Worby Groner Edelman & Napoli Bern | None |
| Riera | Maximo | 07cv01519 | Worby Groner Edelman & Napoli Bern | None |
| Rizzi | Patrizio | 06cv15006 | Worby Groner Edelman & Napoli Bern | None |

| | | | | |
|---|---|---|---|---|
| Rodriguez | Mercedes | 08CV02701 | Worby Groner Edelman & Napoli Bern | None |
| Rodriguez | William | 07CV05424 | Worby Groner Edelman & Napoli Bern | None |
| Rojas | Angel | 07CV01696 | Worby Groner Edelman & Napoli Bern | None |
| Ruales | Segundo | 07cv11024 | Worby Groner Edelman & Napoli Bern | None |
| Rudder | Anthony | 07CV01698 | Worby Groner Edelman & Napoli Bern | None |
| Ruggiero | Eddie | 06cv12813 | Worby Groner Edelman & Napoli Bern | None |
| Ruggiero | James | 06cv15025 | Worby Groner Edelman & Napoli Bern | None |
| Saeteros | Milton | 07cv05383 | Worby Groner Edelman & Napoli Bern | None |
| Salinas | Angela | 08CV02706 | Worby Groner Edelman & Napoli Bern | None |
| Sanchez | Apolinar | 07cv01526 | Worby Groner Edelman & Napoli Bern | None |
| Sanchez | Oscar | 06cv11892 | Worby Groner Edelman & Napoli Bern | None |
| Sanguna | Luis | 08CV02712 | Worby Groner Edelman & Napoli Bern | None |
| Santamaria | Emanuel | 07cv01528 | Worby Groner Edelman & Napoli Bern | None |
| Santos | David | 06cv12492 | Worby Groner Edelman & Napoli Bern | None |
| Sarmiento | Galo | 07cv01529 | Worby Groner Edelman & Napoli Bern | None |
| Sarmiento | Javier | 06cv12495 | Worby Groner Edelman & Napoli Bern | None |
| Sarmiento | Pedro | 07cv01531 | Worby Groner Edelman & Napoli Bern | None |
| Sen | Juan | 08CV02307 | Worby Groner Edelman & Napoli Bern | None |
| Shanahan | Ken | 06CV10636 | Worby Groner Edelman & Napoli Bern | None |
| Solis | Lucio | 05CV01198 | Worby Groner Edelman & Napoli Bern | None |
| Soto | Mayie | 06cv10495 | Worby Groner Edelman & Napoli Bern | None |
| Sparano | Robert | 07CV05388 | Worby Groner Edelman & Napoli Bern | None |
| Starace | Joe | 07CV08949 | Worby Groner Edelman & Napoli Bern | None |
| Sterling | Maximino | 08CV02720 | Worby Groner Edelman & Napoli Bern | None |
| Stevens | Jake | 06cv10095 | Worby Groner Edelman & Napoli Bern | None |
| Stroud | Alex | 06cv09724 | Worby Groner Edelman & Napoli Bern | None |
| Sweeney | John | 07cv01711 | Worby Groner Edelman & Napoli Bern | None |
| Tabares | Mauricio | 08CV02721 | Worby Groner Edelman & Napoli Bern | None |
| Tamayo | Pedro | 07cv01538 | Worby Groner Edelman & Napoli Bern | None |
| Tehan | Nicholas | 07CV05564 | Worby Groner Edelman & Napoli Bern | None |
| Tenempaguay | Rocio | 09CV03455 | Worby Groner Edelman & Napoli Bern | None |
| Tenempaguay | Wilfrido | 07CV05320 | Worby Groner Edelman & Napoli Bern | None |
| Toledo | Victor | 08CV02723 | Worby Groner Edelman & Napoli Bern | None |
| Torres | Aida | 08CV02309 | Worby Groner Edelman & Napoli Bern | None |
| Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Bern | None |
| Trivino | William | 08CV02726 | Worby Groner Edelman & Napoli Bern | None |
| Tuapante | Manuel | 06cv12589 | Worby Groner Edelman & Napoli Bern | None |

| | | | |
|---|---|---|---|
| Uzhca | Miguel | 08CV02333 | Worby Groner Edelman & Napoli Bern | None |
| Valdez | Rosa | 08CV02727 | Worby Groner Edelman & Napoli Bern | None |
| Valdez | Wilson | 07cv01541 | Worby Groner Edelman & Napoli Bern | None |
| Vales | Vincent | 06cv09236 | Worby Groner Edelman & Napoli Bern | None |
| Vargas | Edwin | 08CV11458 | Worby Groner Edelman & Napoli Bern | None |
| Vargas | Michael | 06cv08566 | Worby Groner Edelman & Napoli Bern | None |
| Varicelly | Cecilia | 07cv01720 | Worby Groner Edelman & Napoli Bern | None |
| Vasquez | Rommel | 07cv01543 | Worby Groner Edelman & Napoli Bern | None |
| Vergara | Viviana | 06cv15116 | Worby Groner Edelman & Napoli Bern | None |
| Villavicencio | Oswaldo | 08CV02315 | Worby Groner Edelman & Napoli Bern | None |
| Vintimilla | Rosalia | 08CV02317 | Worby Groner Edelman & Napoli Bern | None |
| Viscaino | Pedro | 07cv08291 | Worby Groner Edelman & Napoli Bern | None |
| Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern | None |
| Walsh | Kevin | 06cv12608 | Worby Groner Edelman & Napoli Bern | None |
| Washington | Mannix | 08CV02734 | Worby Groner Edelman & Napoli Bern | None |
| Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern | None |
| Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Bern | None |
| Yamasqui | Armando | 07CV05328 | Worby Groner Edelman & Napoli Bern | None |
| Zamora | Bolivar | 08CV02740 | Worby Groner Edelman & Napoli Bern | None |
| Zelaya | Jorge | 07cv01730 | Worby Groner Edelman & Napoli Bern | None |
| Zenteno | Lawrence | 07cv01731 | Worby Groner Edelman & Napoli Bern | None |
| Zitano | Philip | 06cv12643 | Worby Groner Edelman & Napoli Bern | None |
| Zugaj | Franciszek | 06cv01653 | Worby Groner Edelman & Napoli Bern | None |

**Exhibit 2**

| 2 | 3 | 4 | 5 |
|---|---|---|---|
| Aalbue | Richard | 06cv11897 | Worby Groner Edelman & Napoli Bern |
| Abarca | Yasmin | 07CV01551 | Worby Groner Edelman & Napoli Bern |
| Abatz | John | 07CV05333 | Worby Groner Edelman & Napoli Bern |
| Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| Acosta | Byron | 07CV01552 | Worby Groner Edelman & Napoli Bern |
| Agudelo | Maria | 07CV05334 | Worby Groner Edelman & Napoli Bern |
| Agudo | Claudio | 07cv04447 | Worby Groner Edelman & Napoli Bern |
| Duque | Maria | 07cv06292 | Worby Groner Edelman & Napoli Bern |
| Alfaro Lobo | Miguel | 08CV02557 | Worby Groner Edelman & Napoli Bern |
| Alfonso | Pedro | 08CV02252 | Worby Groner Edelman & Napoli Bern |
| Ali | Enrique | 07cv01554 | Worby Groner Edelman & Napoli Bern |
| Alloggio | Anthony | 07CV04240 | Worby Groner Edelman & Napoli Bern |
| Arbelaez | Fabio | 05cv10747 | Worby Groner Edelman & Napoli Bern |
| Arbelaez | Ignacio | 08CV02561 | Worby Groner Edelman & Napoli Bern |
| Arias | Arturo | 07CV05274 | Worby Groner Edelman & Napoli Bern |
| Arias | Gloria | 08cv04931 | Worby Groner Edelman & Napoli Bern |
| Arichabala | Jhonson | 05CV08685 | Worby Groner Edelman & Napoli Bern |
| Arrieta | Enrique | 07cv01459 | Worby Groner Edelman & Napoli Bern |
| Asmal | Carlos | 07cv01462 | Worby Groner Edelman & Napoli Bern |
| Avila | Luis | 07cv04450 | Worby Groner Edelman & Napoli Bern |
| Avila | Mauricio | 08CV02566 | Worby Groner Edelman & Napoli Bern |
| Azubike | Victor | 07CV09058 | Worby Groner Edelman & Napoli Bern |
| Balaguer | Hector | 06cv08995 | Worby Groner Edelman & Napoli Bern |
| Ballesteros | Vanessa | 08cv04932 | Worby Groner Edelman & Napoli Bern |
| Barcco-Wong | Stalin | 07CV04293 | Worby Groner Edelman & Napoli Bern |
| Barriga | Mercedes | 08CV02567 | Worby Groner Edelman & Napoli Bern |
| Bejarano | Fanny | 08CV06632 | Worby Groner Edelman & Napoli Bern |
| Benbow | Joseph | 07CV04747 | Worby Groner Edelman & Napoli Bern |
| Bermudez | Anita | 07cv01470 | Worby Groner Edelman & Napoli Bern |
| Betancourt | Hector | 07cv04453 | Worby Groner Edelman & Napoli Bern |
| Blandon | Lucy | 07CV05278 | Worby Groner Edelman & Napoli Bern |
| Bonnen | Gladys | 07cv04454 | Worby Groner Edelman & Napoli Bern |
| Botero | Luz | 05CV01130 | Worby Groner Edelman & Napoli Bern |
| Brenseke | Richard | 07CV04324 | Worby Groner Edelman & Napoli Bern |
| Bugge | Kenny | 06cv01099 | Worby Groner Edelman & Napoli Bern |
| Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Bern |

| | | | |
|---|---|---|---|
| Bunay | Cruz | 07cv04457 | Worby Groner Edelman & Napoli Bern |
| Cabrera | Hugo | 08CV02579 | Worby Groner Edelman & Napoli Bern |
| Cabrera | Marbin | 08CV02581 | Worby Groner Edelman & Napoli Bern |
| Cabrera | Oswaldo | 07CV05551 | Worby Groner Edelman & Napoli Bern |
| Cabrera | Wilson | 07cv01474 | Worby Groner Edelman & Napoli Bern |
| Calle | Elva | 08CV02584 | Worby Groner Edelman & Napoli Bern |
| Calle | Jose | 07CV01577 | Worby Groner Edelman & Napoli Bern |
| Cannon | Russell | 05cv07877 | Worby Groner Edelman & Napoli Bern |
| Carchi | Mauricio | 08CV02586 | Worby Groner Edelman & Napoli Bern |
| Carpio | Fausto | 07cv11019 | Worby Groner Edelman & Napoli Bern |
| Carpio | Jose | 07cv01479 | Worby Groner Edelman & Napoli Bern |
| Carrasco | Hernan | 08CV02589 | Worby Groner Edelman & Napoli Bern |
| Carville | Scott | 07CV05340 | Worby Groner Edelman & Napoli Bern |
| Castrillon | Isabel | 08cv04934 | Worby Groner Edelman & Napoli Bern |
| Castro | Lucero | 08cv05854 | Worby Groner Edelman & Napoli Bern |
| Cayetano | Teresita | 07CV05282 | Worby Groner Edelman & Napoli Bern |
| Chaca | Wilson | 07CV01583 | Worby Groner Edelman & Napoli Bern |
| Chavez | Carlos | 08CV02238 | Worby Groner Edelman & Napoli Bern |
| Choinski | Pawel | 06cv13837 | Worby Groner Edelman & Napoli Bern |
| Chun | William | 06cv11989 | Worby Groner Edelman & Napoli Bern |
| Cifuentes | Maria del Pilar | 07CV01590 | Worby Groner Edelman & Napoli Bern |
| Clancy | Dermott | 06cv14553 | Worby Groner Edelman & Napoli Bern |
| Collazos | Antonio | 07cv04461 | Worby Groner Edelman & Napoli Bern |
| Colorado | Viviana | 08CV02239 | Worby Groner Edelman & Napoli Bern |
| Colucci | John | 07cv01485 | Worby Groner Edelman & Napoli Bern |
| Concepcion | Beatriz | 07CV01594 | Worby Groner Edelman & Napoli Bern |
| Conforme | Freddy | 07CV05552 | Worby Groner Edelman & Napoli Bern |
| Cuellar | Francisco | 08CV06634 | Worby Groner Edelman & Napoli Bern |
| Cuervo | Aracelly | 08CV02262 | Worby Groner Edelman & Napoli Bern |
| Cusick | Peter | 07CV05347 | Worby Groner Edelman & Napoli Bern |
| D'Alliegro | Patrick | 05cv03694 | Worby Groner Edelman & Napoli Bern |
| Daquila | Steven | 06cv08756 | Worby Groner Edelman & Napoli Bern |
| Darin | Robert | 05CV08497 | Worby Groner Edelman & Napoli Bern |
| Datil | Leonor | 07cv01488 | Worby Groner Edelman & Napoli Bern |
| Delacruz | Belkis | 08CV02263 | Worby Groner Edelman & Napoli Bern |
| Delacruz | Gloria | 07CV01599 | Worby Groner Edelman & Napoli Bern |
| DeLaCruz | Ofelia | 08CV02606 | Worby Groner Edelman & Napoli Bern |

| | | | |
|---|---|---|---|
| DeLuccy | Louis | 07CV05285 | Worby Groner Edelman & Napoli Bern |
| Demauro | Mark | 05CV04335 | Worby Groner Edelman & Napoli Bern |
| Diaz | Luz | 08CV02607 | Worby Groner Edelman & Napoli Bern |
| Diez | Rosa | 07CV05352 | Worby Groner Edelman & Napoli Bern |
| Donnelly | Christopher | 07CV09978 | Worby Groner Edelman & Napoli Bern |
| Dowling | John | 06cv09038 | Worby Groner Edelman & Napoli Bern |
| Duque | Bianca | 08CV02610 | Worby Groner Edelman & Napoli Bern |
| Duque | Flor | 08CV02611 | Worby Groner Edelman & Napoli Bern |
| Dutan | Lucila | 06cv14623 | Worby Groner Edelman & Napoli Bern |
| Easterling | Willie | 06CV09542 | Worby Groner Edelman & Napoli Bern |
| Encalada | Luis | 07CV05354 | Worby Groner Edelman & Napoli Bern |
| Eramo | Joseph | 06cv14632 | Worby Groner Edelman & Napoli Bern |
| Espinosa | Enny | 06cv13890 | Worby Groner Edelman & Napoli Bern |
| Estrada | Harold | 06CV12045 | Worby Groner Edelman & Napoli Bern |
| Fairweather | Robert | 07CV05408 | Worby Groner Edelman & Napoli Bern |
| Feliciano | Wilson | 07CV05355 | Worby Groner Edelman & Napoli Bern |
| Ferraro | Kenneth | 06CV12062 | Worby Groner Edelman & Napoli Bern |
| Flores | Talia | 07CV01609 | Worby Groner Edelman & Napoli Bern |
| Franco | Herman | 08CV02621 | Worby Groner Edelman & Napoli Bern |
| Franco | Luis | 07cv04466 | Worby Groner Edelman & Napoli Bern |
| Galiano | Cruz | 08CV02622 | Worby Groner Edelman & Napoli Bern |
| Gallego | Carmen | 07CV00062 | Worby Groner Edelman & Napoli Bern |
| Gallo | Juan | 06cv14670 | Worby Groner Edelman & Napoli Bern |
| Garces | Jesus | 07CV01615 | Worby Groner Edelman & Napoli Bern |
| Garcia | Fernando | 06cv13916 | Worby Groner Edelman & Napoli Bern |
| Garcia | Isabel | 07cv08281 | Worby Groner Edelman & Napoli Bern |
| Garcia | Jorge | 07CV05291 | Worby Groner Edelman & Napoli Bern |
| Garcia | Luis | 07cv01501 | Worby Groner Edelman & Napoli Bern |
| Glancy Jr | Robert | 06cv14689 | Worby Groner Edelman & Napoli Bern |
| Gomez | Luis | 07cv01505 | Worby Groner Edelman & Napoli Bern |
| Gonzalez | Gabriel | 06CV13701 | Worby Groner Edelman & Napoli Bern |
| Graziano | Anthony | 06cv14694 | Worby Groner Edelman & Napoli Bern |
| Gualpa | Rosa | 07cv04472 | Worby Groner Edelman & Napoli Bern |
| Guaman | Enrique | 08CV02633 | Worby Groner Edelman & Napoli Bern |
| Gudeon | Arthur | 07CV05359 | Worby Groner Edelman & Napoli Bern |
| Gutierrez | Rafael | 06cv02813 | Worby Groner Edelman & Napoli Bern |
| Guzman | Eric | 07cv01506 | Worby Groner Edelman & Napoli Bern |

| Guzman | Felix | 07CV05412 | Worby Groner Edelman & Napoli Bern |
|---|---|---|---|
| Harris | Michele | 06cv14711 | Worby Groner Edelman & Napoli Bern |
| Hartberger | Michael | 10cv7005 | Worby Groner Edelman & Napoli Bern |
| Henao | Gustavo | 08cv04938 | Worby Groner Edelman & Napoli Bern |
| Hernandez | Luis | 07cv01507 | Worby Groner Edelman & Napoli Bern |
| Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| Hernandez | Nubia | 08CV02636 | Worby Groner Edelman & Napoli Bern |
| Higgins | James | 07CV05395 | Worby Groner Edelman & Napoli Bern |
| Hovell | Richard | 05CV01645 | Worby Groner Edelman & Napoli Bern |
| Hutter | Kenneth | 07CV01626 | Worby Groner Edelman & Napoli Bern |
| Ibanez | Diomedes | 05CV01239 | Worby Groner Edelman & Napoli Bern |
| Ibanez | Nury | 07CV05296 | Worby Groner Edelman & Napoli Bern |
| Intriago | Ecuador | 07cv04475 | Worby Groner Edelman & Napoli Bern |
| Jerez | Carmen | 07CV05297 | Worby Groner Edelman & Napoli Bern |
| Jimenez | Rafael | 07CV10784 | Worby Groner Edelman & Napoli Bern |
| Johnson | Charles | 07CV05558 | Worby Groner Edelman & Napoli Bern |
| Juarez | Urbano | 07cv01509 | Worby Groner Edelman & Napoli Bern |
| Jurado | Teresa | 08CV11454 | Worby Groner Edelman & Napoli Bern |
| Kaczorowski | Charles | 06cv14759 | Worby Groner Edelman & Napoli Bern |
| Kagan | Boris | 10CV1668 | Worby Groner Edelman & Napoli Bern |
| Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| Khan | Imtiaz | 06CV12182 | Worby Groner Edelman & Napoli Bern |
| Killeen | Donald | 07CV01637 | Worby Groner Edelman & Napoli Bern |
| Kuhn | Douglas | 08CV02644 | Worby Groner Edelman & Napoli Bern |
| Kukacki | Kazimierz | 06cv14781 | Worby Groner Edelman & Napoli Bern |
| Lenis | Carlos | 06cv10045 | Worby Groner Edelman & Napoli Bern |
| Leroux | Ivonne | 06cv12772 | Worby Groner Edelman & Napoli Bern |
| Letz | Alan | 06cv14793 | Worby Groner Edelman & Napoli Bern |
| Liguori | Jerry | 06CV08447 | Worby Groner Edelman & Napoli Bern |
| Libri | Pascual | 07CV01651 | Worby Groner Edelman & Napoli Bern |
| Loja | Wilmo | 07cv04482 | Worby Groner Edelman & Napoli Bern |
| Lombardi | John | 05CV01678 | Worby Groner Edelman & Napoli Bern |
| Londono | Adriana | 08CV02846 | Worby Groner Edelman & Napoli Bern |
| Londono | Gloria | 08CV02648 | Worby Groner Edelman & Napoli Bern |
| Lopez | Adolfo | 10cv7154 | Worby Groner Edelman & Napoli Bern |
| Lopez | Angel | 08CV02281 | Worby Groner Edelman & Napoli Bern |
| Lopez | Luz | 07CV05560 | Worby Groner Edelman & Napoli Bern |

| | | | |
|---|---|---|---|
| Losada | Nubia | 08CV02652 | Worby Groner Edelman & Napoli Bern |
| Lucero | Fernando | 07CV05366 | Worby Groner Edelman & Napoli Bern |
| Mahoney | Robert | 06cv11709 | Worby Groner Edelman & Napoli Bern |
| Manco | Luz | 08CV02654 | Worby Groner Edelman & Napoli Bern |
| Marchese | Salvatore | 06cv06716 | Worby Groner Edelman & Napoli Bern |
| Marcillo | Douglas | 07cv04486 | Worby Groner Edelman & Napoli Bern |
| Marcos | John | 07cv04487 | Worby Groner Edelman & Napoli Bern |
| Marrero | Gloria | 08CV02287 | Worby Groner Edelman & Napoli Bern |
| Martin | Richard | 06cv08037 | Worby Groner Edelman & Napoli Bern |
| McCafferty | Thomas | 10cv7185 | Worby Groner Edelman & Napoli Bern |
| McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| Medina | Diego | 08CV02290 | Worby Groner Edelman & Napoli Bern |
| Melo | Alberto | 08CV02657 | Worby Groner Edelman & Napoli Bern |
| Mendoza | Enrique | 07CV05302 | Worby Groner Edelman & Napoli Bern |
| Mesa | Luis | 07CV05303 | Worby Groner Edelman & Napoli Bern |
| Montenegro | Otto | 06CV06018 | Worby Groner Edelman & Napoli Bern |
| Montoya | Sandra | 08CV06636 | Worby Groner Edelman & Napoli Bern |
| Moran | Wilson | 06CV12341 | Worby Groner Edelman & Napoli Bern |
| Mulhern | Richard | 04CV09081 | Worby Groner Edelman & Napoli Bern |
| Munoz | Esperanza | 08CV02664 | Worby Groner Edelman & Napoli Bern |
| Narvaez | Rosa | 08CV02670 | Worby Groner Edelman & Napoli Bern |
| Negrete | Oscar | 07CV05371 | Worby Groner Edelman & Napoli Bern |
| Negron | Aurea | 06CV12366 | Worby Groner Edelman & Napoli Bern |
| Nino | Victor | 08CV02675 | Worby Groner Edelman & Napoli Bern |
| Niskanen | David | 06CV12377 | Worby Groner Edelman & Napoli Bern |
| Noguera | Miryam | 07CV05373 | Worby Groner Edelman & Napoli Bern |
| Ocampo | Janneth | 07CV01673 | Worby Groner Edelman & Napoli Bern |
| Ocampo | Orlando | 05cv09161 | Worby Groner Edelman & Napoli Bern |
| Ochoa | Gustavo | 08CV02296 | Worby Groner Edelman & Napoli Bern |
| Olivo | Wilson | 08CV02297 | Worby Groner Edelman & Napoli Bern |
| Oquendo | Walter | 07cv04497 | Worby Groner Edelman & Napoli Bern |
| Orellana | Aurellio | 07CV01674 | Worby Groner Edelman & Napoli Bern |
| Orellana | Cristobal | 07CV05563 | Worby Groner Edelman & Napoli Bern |
| Orellana | Edgar | 07CV05398 | Worby Groner Edelman & Napoli Bern |
| Orozco | Rafael | 08CV02299 | Worby Groner Edelman & Napoli Bern |
| Ortega | Mariana | 05CV01765 | Worby Groner Edelman & Napoli Bern |
| Ortega | Sandra | 07CV01675 | Worby Groner Edelman & Napoli Bern |

| | | | |
|---|---|---|---|
| Ortiz | Maria | 07cv04499 | Worby Groner Edelman & Napoli Bern |
| Ortiz | Rosa | 07CV01676 | Worby Groner Edelman & Napoli Bern |
| Padredin | Nayibe | 07CV05306 | Worby Groner Edelman & Napoli Bern |
| Paduani | Miguel | 07CV05307 | Worby Groner Edelman & Napoli Bern |
| Palma | Patricia | 06cv03932 | Worby Groner Edelman & Napoli Bern |
| Palomeque | Henry | 08CV02244 | Worby Groner Edelman & Napoli Bern |
| Pelaez | Inez | 08CV02682 | Worby Groner Edelman & Napoli Bern |
| Pena | Gabriel | 05CV01385 | Worby Groner Edelman & Napoli Bern |
| Pena | Luis | 05cv10741 | Worby Groner Edelman & Napoli Bern |
| Pepe Jr | Joseph | 09CV02777 | Worby Groner Edelman & Napoli Bern |
| Perea | Zaida | 08CV02684 | Worby Groner Edelman & Napoli Bern |
| Perez-Sanchez | Maribel | 08CV02687 | Worby Groner Edelman & Napoli Bern |
| Pigott | John | 06cv14970 | Worby Groner Edelman & Napoli Bern |
| Pilco | Luis | 07cv04508 | Worby Groner Edelman & Napoli Bern |
| Pinos | Luis | 08CV02689 | Worby Groner Edelman & Napoli Bern |
| Prada | Maria | 08CV02692 | Worby Groner Edelman & Napoli Bern |
| Ramirez | Freddy | 05CV05601 | Worby Groner Edelman & Napoli Bern |
| Rando | Dennis | 07CV10824 | Worby Groner Edelman & Napoli Bern |
| Velez | Jazmin | 08CV02731 | Worby Groner Edelman & Napoli Bern |
| Reems | Eugene | 06cv14993 | Worby Groner Edelman & Napoli Bern |
| Rendon | Guelmer | 07cv04510 | Worby Groner Edelman & Napoli Bern |
| Reyes | Marilan | 07CV05310 | Worby Groner Edelman & Napoli Bern |
| Ricciardi | John | 09cv01545 | Worby Groner Edelman & Napoli Bern |
| Rico | Alejandra | 08cv05857 | Worby Groner Edelman & Napoli Bern |
| Rivera | Shayla | 08CV02697 | Worby Groner Edelman & Napoli Bern |
| Roberts | Bobby | 07CV05382 | Worby Groner Edelman & Napoli Bern |
| Rodas | Hugo | 08CV02698 | Worby Groner Edelman & Napoli Bern |
| Rodriguez | Manuel | 08CV02700 | Worby Groner Edelman & Napoli Bern |
| Rodriguez-Jomarron | Olga | 08CV02699 | Worby Groner Edelman & Napoli Bern |
| Rosario | Carmen | 09CV02811 | Worby Groner Edelman & Napoli Bern |
| Ruales | Glenda | 08CV02704 | Worby Groner Edelman & Napoli Bern |
| Rudder | Anthony | 07CV01698 | Worby Groner Edelman & Napoli Bern |
| Saavedra | Donaldo | 07cv01525 | Worby Groner Edelman & Napoli Bern |
| Salamone | Vincenzo | 06cv08530 | Worby Groner Edelman & Napoli Bern |
| Sanchez | Liliana | 07CV05385 | Worby Groner Edelman & Napoli Bern |
| Sanchez | Oscar | 06cv11892 | Worby Groner Edelman & Napoli Bern |
| Sandoval | Gabriel | 08CV02711 | Worby Groner Edelman & Napoli Bern |

| Santana | Hilda | 08CV11456 | Worby Groner Edelman & Napoli Bern |
|---|---|---|---|
| Santos-Masso | Joanne | 09CV03454 | Worby Groner Edelman & Napoli Bern |
| Sarmiento | Galo | 07cv01529 | Worby Groner Edelman & Napoli Bern |
| Sarmiento | Javier | 06cv12495 | Worby Groner Edelman & Napoli Bern |
| Schmidt | Robert | 06cv10878 | Worby Groner Edelman & Napoli Bern |
| Schuler | Steven | 07CV05425 | Worby Groner Edelman & Napoli Bern |
| Segaline | Maria | 07CV05426 | Worby Groner Edelman & Napoli Bern |
| Silva | Carlos | 06cv02664 | Worby Groner Edelman & Napoli Bern |
| Silva | Ligia | 08CV02716 | Worby Groner Edelman & Napoli Bern |
| Sinisterra | Bianey | 08cv04942 | Worby Groner Edelman & Napoli Bern |
| Solis | Lucio | 05CV01198 | Worby Groner Edelman & Napoli Bern |
| Stanford | Phillip | 08cv05157 | Worby Groner Edelman & Napoli Bern |
| Sullivan | Margaret | 06cv14139 | Worby Groner Edelman & Napoli Bern |
| Tedaldi | Guy | 07CV05430 | Worby Groner Edelman & Napoli Bern |
| Tehan | Nicholas | 07CV05564 | Worby Groner Edelman & Napoli Bern |
| Tenempaguay | Wilfrido | 07CV05320 | Worby Groner Edelman & Napoli Bern |
| Tenezaca | Julia | 07cv01714 | Worby Groner Edelman & Napoli Bern |
| Toledo | William | 07cv01539 | Worby Groner Edelman & Napoli Bern |
| Toral | Carlos | 06cv06233 | Worby Groner Edelman & Napoli Bern |
| Torres | Duby | 07CV05092 | Worby Groner Edelman & Napoli Bern |
| Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Bern |
| Tucker | Jerome | 07CV05323 | Worby Groner Edelman & Napoli Bern |
| Urena | Clemente | 07cv01540 | Worby Groner Edelman & Napoli Bern |
| Urquijo | Esperanza | 06CV13211 | Worby Groner Edelman & Napoli Bern |
| Valdiviezo | Hector | 07cv01542 | Worby Groner Edelman & Napoli Bern |
| Valencia Gonzalez | Yolanda | 08CV02729 | Worby Groner Edelman & Napoli Bern |
| Vanbelle | Mark | 06cv11281 | Worby Groner Edelman & Napoli Bern |
| Varicelly | Cecilia | 07cv01720 | Worby Groner Edelman & Napoli Bern |
| Vario | Thomas | 05CV01347 | Worby Groner Edelman & Napoli Bern |
| Vasquez | Camilo | 08CV02313 | Worby Groner Edelman & Napoli Bern |
| Vega | Severo | 07cv04521 | Worby Groner Edelman & Napoli Bern |
| Velarde | Felix | 07cv01544 | Worby Groner Edelman & Napoli Bern |
| Velasco | Rafael | 07cv01723 | Worby Groner Edelman & Napoli Bern |
| Velasquez | Fredy | 06cv11141 | Worby Groner Edelman & Napoli Bern |
| Velasquez | Jose | 07CV05432 | Worby Groner Edelman & Napoli Bern |
| Victoria | Maritza | 08cv04943 | Worby Groner Edelman & Napoli Bern |
| Villa | Virginia | 06cv15118 | Worby Groner Edelman & Napoli Bern |

| | | | |
|---|---|---|---|
| Villavicencio | Oswaldo | 08CV02315 | Worby Groner Edelman & Napoli Bern |
| Viswamithra | Kodengada | 07cv01725 | Worby Groner Edelman & Napoli Bern |
| Vivar | Jose | 08CV02318 | Worby Groner Edelman & Napoli Bern |
| Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| Voss | Jason | 06cv08701 | Worby Groner Edelman & Napoli Bern |
| Wakeen | David | 07CV05433 | Worby Groner Edelman & Napoli Bern |
| Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Bern |
| Yamasqui | Armando | 07CV05328 | Worby Groner Edelman & Napoli Bern |
| Yamasqui | Cristobal | 07cv01548 | Worby Groner Edelman & Napoli Bern |
| Yepes | Maria | 08CV02251 | Worby Groner Edelman & Napoli Bern |
| Yumbla | Alcibar | 07cv01729 | Worby Groner Edelman & Napoli Bern |
| Yumbla | Luis | 06CV13166 | Worby Groner Edelman & Napoli Bern |
| Zapata | Victor | 08CV02742 | Worby Groner Edelman & Napoli Bern |
| Zapil | Santos | 08cv04951 | Worby Groner Edelman & Napoli Bern |
| Ziegelmeier | William | 05cv04217 | Worby Groner Edelman & Napoli Bern |
| Zitano | Philip | 06cv12643 | Worby Groner Edelman & Napoli Bern |
| Zolfo | Vincent | 06cv12843 | Worby Groner Edelman & Napoli Bern |
| Zuniga | Victor | 08CV02743 | Worby Groner Edelman & Napoli Bern |

**Exhibit 3**

| 2 | 3 | 4 | 5 |
|---|---|---|---|
| Aalbue | Richard | 06cv11897 | Worby Groner Edelman & Napoli Ber |
| Acosta | Byron | 07CV01552 | Worby Groner Edelman & Napoli Ber |
| Alfaro Lobo | Miguel | 08CV02557 | Worby Groner Edelman & Napoli Ber |
| Alfonso | Pedro | 08CV02252 | Worby Groner Edelman & Napoli Ber |
| Alloggio | Anthony | 07CV04240 | Worby Groner Edelman & Napoli Ber |
| Arias | Arturo | 07CV05274 | Worby Groner Edelman & Napoli Ber |
| Azub ke | Victor | 07CV09058 | Worby Groner Edelman & Napoli Ber |
| Betancourt | Hector | 07cv04453 | Worby Groner Edelman & Napoli Ber |
| Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Ber |
| Cayetano | Teresita | 07CV05282 | Worby Groner Edelman & Napoli Ber |
| Colucci | John | 07cv01485 | Worby Groner Edelman & Napoli Ber |
| Concepcion | Beatriz | 07CV01594 | Worby Groner Edelman & Napoli Ber |
| Daquila | Steven | 06cv08756 | Worby Groner Edelman & Napoli Ber |
| Datil | Leonor | 07cv01488 | Worby Groner Edelman & Napoli Ber |
| Delacruz | Belkis | 08CV02263 | Worby Groner Edelman & Napoli Ber |
| Diez | Rosa | 07CV05352 | Worby Groner Edelman & Napoli Ber |
| Easterling | Willie | 06CV09542 | Worby Groner Edelman & Napoli Ber |
| Eramo | Joseph | 06cv14632 | Worby Groner Edelman & Napoli Ber |
| Espinosa | Enny | 06cv13890 | Worby Groner Edelman & Napoli Ber |
| Fairweather | Robert | 07CV05408 | Worby Groner Edelman & Napoli Ber |
| Flores | Talia | 07CV01609 | Worby Groner Edelman & Napoli Ber |
| Galiano | Cruz | 08CV02622 | Worby Groner Edelman & Napoli Ber |
| Garcia | Luis | 07cv01501 | Worby Groner Edelman & Napoli Ber |
| Graziano | Anthony | 06cv14694 | Worby Groner Edelman & Napoli Ber |
| Gualpa | Rosa | 07cv04472 | Worby Groner Edelman & Napoli Ber |
| Harris | Michele | 06cv14711 | Worby Groner Edelman & Napoli Ber |
| Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Ber |
| Higgins | James | 07CV05395 | Worby Groner Edelman & Napoli Ber |
| Jimenez | Rafael | 07CV10784 | Worby Groner Edelman & Napoli Ber |
| Johnson | Charles | 07CV05558 | Worby Groner Edelman & Napoli Ber |
| Juarez | Urbano | 07cv01509 | Worby Groner Edelman & Napoli Ber |
| Lenis | Carlos | 06cv10045 | Worby Groner Edelman & Napoli Ber |
| McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Ber |
| Moran | Wilson | 06CV12341 | Worby Groner Edelman & Napoli Ber |
| Narvaez | Rosa | 08CV02670 | Worby Groner Edelman & Napoli Ber |
| Solis | Lucio | 05CV01198 | Worby Groner Edelman & Napoli Ber |
| Tedald | Guy | 07CV05430 | Worby Groner Edelman & Napoli Ber |
| Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Ber |
| Vanbelle | Mark | 06cv11281 | Worby Groner Edelman & Napoli Ber |
| Vario | Thomas | 05CV01347 | Worby Groner Edelman & Napoli Ber |
| Vega | Severo | 07cv04521 | Worby Groner Edelman & Napoli Ber |
| Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Ber |
| Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Ber |
| Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Ber |