UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN RE: WORLD TRADE CENTER LOWER     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     21 MC 103 (AKH)

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Brett J. Broadwater, an attorney duly licensed to practice in the State of New York, hereby certifies that on January 11, 2012, I served the within Joint Motion upon all counsel of record through the Court's Electronic Filing system.

Dated: January 11, 2012

_____
Brett J. Broadwater
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
brett.broadwater@kirkland.com