USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x  21MC102 (AKH)
COLUMBINA ESTRELLA and LEONARD ESTRELLA,

                                  Plaintiffs,

-against-

ABATEMENT PROFESSIONALS, ET AL.
                                  Defendants
---------------------------------------------------------------x

This order related to:
Docket No.: 09 CV 2818

Stipulation of
Discontinuance
**AS TO DEFENDANT
TACONIC
INVESTMENT
PARTNERS, LLC ONLY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, **AS AGAINST DEFENDANT TACONIC INVESTMENT PARTNERS, LLC ONLY,** *without prejudice,* without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that should facts or circumstances derive from future discovery, or otherwise, come to light that indicates a relationship to the litigation and a basis of a claim against the defendant for whom this Stipulation is being entered, and/or should it come to light that the information provided by said defendant in support of it's request of discontinuance at this time, be discerned in the future to have been inaccurate, false or misleading, plaintiff may re-assert it's claim against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any statute of limitations defense other than as may have been asserted based upon the date of filing of

the original action, at the time that the action was originally commenced against said defendant

This Stipulation may be filed without further notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York
December 8, 2011

By: Howard D. Pariser
*Howard D. Pariser Attorney-at-Law*
Attorney for the Defendant
TACONIC INVESTMENT PARTNERS, LLC
60 East 42nd Street, 46th Floor
New York, NY 10165
Tel: 212-490-2190
Fax: 212-988-6967

By: Robert Grochow, esq., (RG1850)
**Gregory J. Cannata & Associates/**
**Robert A. Grochow, P.C.**
*Attorney for Plaintiffs*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9206
Fax: 212-227-4141

SO ORDERED: 1/17/12

JMS

2