UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTON DISASTER SITE LITIGATION    :   (All Cases)
                                      :
-------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER     :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE     :   (All Cases)
LITIGATION (straddler plaintiffs)     :
                                      :
-------------------------------------------------------------x

# PLAINTIFFS' NOTICE OF PRODUCTION OF MEDICAL RECORDS

Worby Groner Edelman & Napoli Bern, LLP hereby notifies this Court that on January 18, 2012, it served Medical Records pursuant to Case Management Order 6 by First-Class Mail in electronic format on Eric Quigley of MediConnect Global at 10897 South Riverfront Pkwy, Suite 500, South Jordan, UT 84095, for each of the plaintiffs listed in Exhibit "1" annexed hereto. Worby Groner Edelman & Napoli Bern, LLP will continue to provide additional medical records for each plaintiff on a revolving basis as they received from Plaintiffs' medical providers.

Dated: January 18, 2012

Respectfully submitted,

_____
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10018
(212) 267-3700 – phone
(212) 587-0037 - fax