```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

----------------------------------------------------------X

21 MC 102 (AKH)
(ALL CASES)

NOTICE OF
APPEARANCE

COUNSELORS:

To the Clerk of this court and all parties of record:

It is respectfully requested that you enter my appearance as counsel in this case for

MAYORE ESTATES LLC, MAYORES ESTATES LLC, 80 LAYFAYETTE ASSOCIATES LLC, 80 LAYFAYETTE ASSOCIATION LLC'S and MAYORE ESTATES, LLC and 80 LAFAYETTE ASSOCIATES, LLC AS TENANTS in COMMON

I certify that I am admitted to practice in this court.

Dated: January 18, 2012

Respectfully submitted,

Melissa B. Zoldan (MZ6622)
SCHUCHMAN SCHWARZ &
ZOLDAN-LEITE, LLP
225 Broadway, Suite 2500
New York, New York 10007
212/240-9100 - Telephone
212/732-4580 - Facsimile
mzoldan-leite@sszl-law.com

SO ORDERED: 1/18/12

ALVIN K. HELLERSTEIN, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          Index No.: 21 MC 102 (AKH)
(21 MC 102),

**CONSENT TO CHANGE
ATTORNEY**

-------------------------------------------------------------- X

IT IS HEREBY CONSENTED THAT the law offices of SCHUCHMAN SCHWARZ & ZOLDAN-LEITE, LLP be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of MALOOF, LEBOWITZ, CONNAHAN & OLESKE, PA, as of the date hereof.

Dated: Brooklyn, New York
       December 3, 2010

_____          _____
SCHUCHMAN SCHWARZ &                      MALOOF, LEBOWITZ, CONNAHAN &
ZOLDAN-LEITE, LLP                        OLESKE, PA

_____
MAYORE ESTATES LLC, MAYORES ESTATES
LLC, 80 LAYFAYETTE ASSOCIATES LLC,
80 LAYFAYETTE ASSOCIATION LLC'S and
MAYORE ESTATES, LLC and 80 LAFAYETTE
ASSOCIATES, LLC AS TENANTS in COMMON

STATE OF New York  )
                   )  ss:
COUNTY OF Kings    )

On the 7th day of December, 2010, before me personally came to me known and known to me to be the same person described in and who executed the foregoing Consent and Acknowledged to me that (s)he executed the same.

_____
Notary Public

~ Moshe Dr.zin