UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 (AKH) |
| This document relates to all cases listed in Schedules, 1, 2 and 3 | STIPULATION |



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties' counsel, and member of the Defense Liaison Committee For Defendants in the 21 MC 102 and 21 MC 103 Dockets that the plaintiffs' time to respond to the Motion to Dismiss filed by the Defense Liaison Committee For Defendants in the 21 MC 102 and 21 MC 103 Dockets on January 11, 2012, shall be set for on or before February 6, 2012 and any Reply papers shall be filed and served on or before February 28, 2012.

Dated: January 18, 2012.

Worby Groner Edelman & Napoli Bern, LLP
*Counsel For Plaintiffs*

Christopher R. LoPalo (CL-6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

Kirkland & Ellis, LLP
*Member of the Defense Liaison Committee For Defendants in the 21 MC 102 and 21 MC 103 Dockets*

Lee Ann Stevenson (LS-3065)
601 Lexington Avenue
New York, New York 10022
(212) 466-4800

So Ordered:

Hon. Alvin K. Hellerstein, USDJ