MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

1:21-mc-00102-AKH

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of July, two thousand eleven,

Edgar C. Bayas, Gregory J. Cannata, Carlos Cardenas, Ruben Acosta, Edith Cardenas, Marian Czerwinski, Elzbieta Czerwinski, Alonso Espinoza, Jozef Galazka, Jadwiga Galazka, Richard Haughton, Zbigbniew Kacperski, Jadwiga Kacperski, Irena Perzynska, Joseph Urso, Richard Racioppi, Alex Anthony Sanchez, Rafael Valdez, Manuel Checo, Roman Markut, Tadeusz Foremska, Tadeusz Foremska, Jose Bello, Janus Kurkowski, Ludmila Khomik, Voldymyr Khomik, Gustavo Iturralde, Monica Arce, Miguel Zanabria, Ryszard Krysiuk, Viasta Krysiuk, Columbina Estrella, Leonardo Estrella, Marco Fernandez,

Plaintiffs,

Carlos Asmal,

Plaintiff - Appellant,

v.

Zar Realty Management Corp.,, Verizon New York Inc., Colliers Aba, Inc., Colliers Abr, Inc., Trc Engineers, Inc., Nyse, Inc., Nyse Euronext, 2 Broadway LLC, Mayore Estates Llc And 80 Lafayette Association Llc As Tenants In Common, Port Authority of New York and New Jersey, Hillmann Environmental Group, Llc, New York University, 110 Church LLC, Lionshead Development, LLC, At&t Wireless Services, Inc., Law Engineering, P.C., The Bank of New York, Cushman & Wakefield, Inc., Cushman & Wakefield 111 Wall, Inc., El-kam Realty Co., Clayton Environmental Consultants, William F. Collins Architects, 233 Broadway Owners

**ORDER**
Docket Number: 11-1609

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: January 25, 2012

MANDATE ISSUED ON 01/25/2012

Corp., 120 Liberty Street, LLC, 25 Broadway Office Properties LLC, Acta Realty Corp., Abscope Environmental, Inc., Tishman Construction Corporation Of Manhattan, Tishman Construction Corporation Of New York; Tishman Interiors Corporation, Aig Realty, Inc., American International Group, Inc., American International Realty Corp., Merrill Lynch & Co., Inc., 222 Broadway, LLC, Jack Resnick & Sons, Inc., Resnick 75 Park Place LLC, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, Db Private Clients Corporation, Dbab Wall Street LLC, Msdw 140 Broadway Property Llc, Jones Lang LaSalle Americas, Inc., Jones Lang LaSalle Services, Inc.,

Defendants,

The City University of New York, Thornton Tomasetti, Inc., Total Safety Consulting, LLC, Tucci Equipment Rental Corporation, Vollmer Associates LLP, Weeks Marine, Inc., Weidlinger Associates P.C., Wolkow Braker Roofing Corporation, WSP Cantor Seinuk, Yannuzzi & Sons, Inc., Breeze Carting, Inc., Big Apple Wrecking & Construction Corp., Board of Education of the City of New York, Breeze National, Inc., Brer-Four Transportation, Buro Happold Consulting Engineers, PC, C.B. Contracting Corp., Canron Construction Corp., Component Assembly Systems, Inc., Cord Contracting Co., Inc., Leslie E. Robertson Associates, Liberty Mutual Insurance Company, Lockwood Kessler & Bartlett, Inc., Lucius Pitkin, Inc., LZA Technology - a division of Thornton Tomasetti, Manafort Brothers Incorporated, Mazzocchi Wrecking, Inc., Moretrench American Corp., MRA Engineering P.C, Mueser Rutledge Consulting Engineers, Yonkers Contracting Company, Inc., Skidmore Owings and Merrill, L.L.P.,

Defendant - Appellees,

City of New York, AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bovis Lend Lease LMB, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company, Turner/Plaza, A Joint Venture, A. Russo Wrecking, Inc., Atlantic-Heydt Corporation, Berkel & Company

Contractors, Inc., Dakota Demo-Tech, Diamond Point Excavating Corporation, Diversified Carting, Inc., DMT Enterprise, Inc., E.J. Davies, Inc., Eagle One Roofing Contractors, Inc., En-Tech Corporation, Ewell W. Finley, P.C., Executive Medical Services, P.C., Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Gilsanz Murray Steficek, LLP, Goldstein Associates Consulting Engineers PC, Hallen Welding Service, Inc., HP Environmental, Inc., Hudson Meridian Construction Group LLC, J.P. Equipment & Rental Materials, L.L.C., La Strada General Contracting Corp., Laquila Construction, Inc., Nacirema Industries Inc., New York City Department of Education, New York City School Construction Authority, New York Crane & Equipment Corporation, Nicholson Construction Company, Peter Scalamandre and Sons, Inc, Pinnacle Environmental Corporation, Pro Safety Services Inc., PT&L Contracting Corporation, Robert L. Gerosa, Inc., Robert Silman Associates, P.C., Rodar Enterprises, Inc., Royal GM Inc., SAB Trucking, Inc., Safeway Environmental Corporation, Semcor Equipment & Manufacturing Corporation, Silverite Contracting Corporation, Simpson Gumpertz & Heger, Inc., Skanska Koch, Inc.,

Defendants.

---

The parties in the above referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulation hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe