

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER DISASTER
LITIGATION

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

IN RE COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE LITIGATION

---

: 21 MC 100 (AKH)
: 21 MC 102 (AKH)
: 21 MC 103 (AKH)

### FINAL PAYMENT REPORT FROM THE ALLOCATION NEUTRAL

The Allocation Neutral respectfully submits this final report regarding payments made pursuant to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Settlement Process Agreement"). Exhibit 1 summarizes the payment information contained in this report. The Exhibit was originally submitted in the "PAYMENT STATUS REPORT FROM THE ALLOCATION NEUTRAL" dated March 9, 2011 ("March 9th Report"), and was subsequently updated and submitted to the Court in April, May, July, August and November, 2011. This narrative supplements Exhibit 1 and all previous reports. For the Court's convenience, capitalized terms not defined herein shall have the meaning ascribed to them in the Settlement Process Agreement.

The Allocation Neutral is pleased to inform the Court that the Allocation Process is complete. Through the tireless effort of all involved, the objective was accomplished: to execute a "state-of-the-art" settlement program and to complete Final Distributions within approximately one year of the Final Settlement Agreement Effective Date.

[Handwritten annotations by Judge: "This report shall be posted on the court's 9/11 web page. An amended report is awaited to identify the aggregate dollars distributed for the claimants of each tier, and for admin. expenses. The allocation neutral, in addition to the contingencies cited, also shall re-open the administration to perform final orders relating to bonus payments and contingency payments as provided for by the SPA. So ordered 1-27-12" signed]

1

Perhaps more significant than the speed in which this program was completed is the volume of work processed over the course of the past 10 months since the conclusion of the claims submission deadline:

- 10,112 Claim Forms
- Over 15,000 work verification documents
- Over 160,000 medical record files
- Over 1,000 Medicaid liens resolved (waived or adjudicated)
- Over 1,000 Workers' Compensation Liens reported (waived or adjudicated)
- Over 2,200 Deficiency Notices issued
- Over 1,800 Deficiency Cures
- 1,123 Reconsideration Requests
- 342 Appeals
- 455 Expense Audits (randomly selected per the Settlement Process Agreement)
- Over 350 sets of estate and personal representative documents
- Over 300 Random Audits of medical records (per the Settlement Process Agreement)
- 49 Payment Instruction Reports
    - Initial Payments (all Tiers) to 15,403 Primary and Derivative Plaintiffs
    - Accelerated Final Payments (Tiers 2 & 3) to 3,566 Primary and Derivative Plaintiffs
    - Interim Payments (Tier 4) to 8,611 Primary and Derivative Plaintiffs
    - Permanent Disability Fund Awards to 1,339 Primary Plaintiffs
    - Mixed Orthopedic Injury Payments to 68 Primary Plaintiffs
    - 286 Qualifying Surgery Payments to Primary Plaintiffs

2

- 524 Marine Payments (Tier 1-3) to Primary Plaintiffs
- Final Distributions (Tier 4) to 8,767 Primary and Derivative Plaintiffs

Moreover, this work was completed in a transparent, objective manner consistent with the Settlement Process Agreement.

### Status of Payments

**Initial Payments:** Initial Payments were made to each Plaintiff who opted in to the Settlement Process Agreement (as determined pursuant to Section IX.A of the Agreement) and for whom the Allocation Neutral determined the payment eligibility requirements were satisfied (as set forth in VII of the Agreement).

The Allocation Neutral issued the first Initial Payment Instruction Report to the WTC Captive on January 27, 2011. Further Initial Payment Instructions were issued in 44 subsequent Payment Instruction Reports through December 20, 2011. From January 27, 2011 through December 20, 2011, 10,006 Primary Plaintiffs and 5,395 Derivative Plaintiffs appeared on Payment Instruction Reports issued by the Allocation Neutral to the WTC Captive.

**Tier 2 and 3 Accelerated Final Payments:** The Allocation Neutral issued the first Accelerated Final Payment Instruction Report on March 30, 2011, and continued issuing such reports through December 20, 2011. A Plaintiff's placement on a Payment Instruction Report was subject to certain conditions precedent, including resolution of any associated deficiency cures, and, if applicable, Reconsideration Request and Appeal. In total, the Payment Instruction Reports for Accelerated Final Payments included 1,617 Tier 2 Primary Plaintiffs, 875 Tier 2 Derivative Plaintiffs, 695 Tier 3 Primary Plaintiffs, and 379 Tier 3 Derivative Plaintiffs.

**Tier 4 Interim Payments and Final Distributions:** The Allocation Neutral issued the first Interim Payment Instruction Report on June 30, 2011 for Tier 4 Plaintiffs and thereafter

3

issued an additional 24 such Payment Instruction Reports through December 20, 2011. A Plaintiff's placement on a Payment Instruction Report was subject to certain conditions precedent, including resolution of any associated deficiency cures, and, if applicable, Reconsideration Request and Appeal. In total, the Payment Instruction Reports included Tier 4 Interim Payments to 5,492 Primary Plaintiffs and 3,119 Derivative Plaintiffs. Final Distributions for all Master Dockets were completed on January 19, 2012. The Final Distribution Payment Instruction Reports included 5,492 Primary Plaintiffs and 3,119 Derivative Plaintiffs.

Throughout the payment process, the WTC Captive was diligent and exceptionally prompt in processing all Payment Instruction Reports from the Allocation Neutral.

### Status of Other Elements of Recovery

**Permanent Disability Fund Awards:** The Allocation Neutral issued 1,339 Permanent Disability Payment Instructions. These awards were made pursuant to Section XVI of the Settlement Progress Agreement.

**Mixed Orthopedic Injury Payments:** The Allocation Neutral issued Payment Instructions for 68 Mixed Orthopedic Injuries occurring during work or volunteer service at the WTC site or related locations at which the respective Plaintiff alleged exposure.

**Qualifying Surgery Payments:** The Allocation Neutral issued instructions for 286 Qualifying Surgery payments subject to procedures listed in Exhibit D to the Settlement Process Agreement.

**London Marine insurance settlement:** Pursuant to the separate settlement with the London Marine insurers, the London Marine Insurers deposited $28 million into the Separate Account on June 9, 2011. Shortly after that deposit, initial marine payments began being issued to settling Primary Plaintiffs eligible to participate in the London Marine insurance settlement.

4

To date, 524 Marine Payments have been made to Tier 1-3 Primary Plaintiffs. Additional marine insurance payments will be made as soon as possible to marine-eligible Verified Tier 4 Primary Plaintiffs.

### Expense Audits

The Allocation Neutral completed pre-payment expense audits on 455 randomly selected Plaintiffs as required by the Settlement Process Agreement (*See* March 9th Report at 7-8).

### Random Audits

As noted in the previous Status Reports to the Court, the Allocation Neutral completed Random Audits (reviewing the medical records of more than 300 randomly selected Plaintiffs). Based on the results of the Random Audit process, the Allocation Neutral did not conduct Targeted Audits.[1]

### Appeals

A total of 342 Appeals were submitted to the Claims Appeal Neutral. The Claims Appeal Neutral's determination with respect to all Appeals was final, binding and not subject to further appeal. The Claims Appeal Neutral completed the review and resolution of Appeals thoroughly and extremely promptly. Once the Claims Appeal Neutral rendered a decision, the Allocation Neutral processed payment due, if any, accordingly.

---

[1] "Targeted Audits" would only have been required if more than 10% of Tier 3 and/or Tier 4 claims selected for Random Audits result in findings by the Allocation Neutral of material misrepresentation, material omission or material concealment of the type described in Section XI.M of the Settlement Process Agreement.

## Remaining Items/Issues

As expected in any settlement program of this magnitude, there are a few remaining items that will require the Allocation Neutral's assistance to conclude, including Tier 4 Marine Payments as noted above, ensuring availability of the WTC Web Portal for the uploading of structured settlement documents, completing reconciliation[2] and resolving any remaining Workers' Compensation liens. All of these items could not be completed until Final Distribution amounts were known and/or distributed. The Allocation Neutral does not expect that these few remaining items will present any issues.

## Conclusion

Finally, the Allocation Neutral would like to thank all those involved in the process and procedures outlined herein: the heroic first responders to the 9/11 tragedies and the other settling plaintiffs, the City and contractors that managed the rescue, recovery and debris-removal effort, the WTC Captive Insurance Company, the parties' attorneys, the participating government agencies and other healthcare agencies that waived their reimbursement interests ("liens") related to payments made to the plaintiffs, the Claims Appeals Neutral and certainly this honorable Court. Without the collective support, diligence and dedication of all involved, these results would not have been possible. It has been a terrific honor to serve the people and the process.

---

[2] The Allocation Neutral shall reconcile total disbursement dollars to ensure "zero balance", that is the total net proceeds to claimants (contained on the payment instruction reports) equals the total amount of all checks written from plaintiff counsel's bank account.

Respectfully submitted,

*/s/ Matthew L. Garretson*

Matthew L. Garretson, Esq.
Garretson Resolution Group, Inc.
Allocation Neutral

January 24, 2012

Exhibit 1 - WTC Operational Metrics Dashboard
1/24/2012

| PAYMENT INFORMATION | | Payments Made | Definitive Awards Payments Made |
|---|---|---|---|
| Initial Payments | Issue Date | | |
| Wave 1 | 1/27/2011 | 1,548 | 625 |
| Wave 2 | 2/2/2011 | 1,638 | 926 |
| Wave 3 | 2/14/2011 | 1,739 | 959 |
| Wave 4 | 3/8/2011 | 1,799 | 1,006 |
| Wave 5 | 3/10/2011 | 1,102 | 590 |
| Wave 6 | 3/16/2011 | 614 | 321 |
| Wave 7 | 3/23/2011 | 588 | 350 |
| Wave 8 | 3/30/2011 | 466 | 256 |
| Wave 9 | 4/6/2011 | 129 | 65 |
| Wave 10 | 4/13/2011 | 52 | 25 |
| Wave 11 | 4/20/2011 | 59 | 41 |
| Wave 12 | 4/27/2011 | 32 | 17 |
| Wave 13 | 5/4/2011 | 90 | 79 |
| Wave 14 | 5/11/2011 | 40 | 47 |
| Wave 15 | 5/18/2011 | 22 | 26 |
| Wave 16 | 5/25/2011 | 1 | 2 |
| Wave 17 | 6/1/2011 | 6 | 2 |
| Wave 18 | 6/8/2011 | 1 | 0 |
| Wave 19 | 6/15/2011 | 0 | 3 |
| Wave 20 | 6/22/2011 | 2 | 1 |
| Wave 21 | 6/30/2011 | 0 | 0 |
| Wave 22 | 7/6/2011 | 0 | 0 |
| Wave 23 | 7/14/2011 | 2 | 2 |
| Wave 24 | 7/22/2011 | 2 | 1 |
| Wave 25 | 7/27/2011 | 1 | 1 |
| Wave 26 | 8/3/2011 | 1 | 0 |
| Wave 27 | 8/10/2011 | 1 | 1 |
| Wave 28 | 8/17/2011 | 1 | 0 |
| Wave 29 | 8/24/2011 | 4 | 3 |
| Wave 30 | 9/1/2011 | 0 | 0 |
| Wave 31 | 9/7/2011 | 5 | 3 |
| Wave 32 | 9/14/2011 | 0 | 0 |
| Wave 33 | 9/21/2011 | 1 | 2 |
| Wave 34 | 9/28/2011 | 1 | 1 |
| Wave 35 | 10/5/2011 | 1 | 1 |
| Wave 36 | 10/13/2011 | 0 | 0 |
| Wave 37 | 10/19/2011 | 0 | 0 |
| Wave 38 | 10/27/2011 | 1 | 1 |
| Wave 39 | 11/2/2011 | 1 | 1 |
| Wave 40 | 11/9/2011 | 4 | 2 |
| Wave 41 | 11/16/2011 | 10 | 7 |
| Wave 42 | 11/23/2011 | 5 | 3 |
| Wave 43 | 11/30/2011 | 4 | 3 |
| Wave 44 | 12/7/2011 | 6 | 8 |
| Wave 45 | 12/20/2011 | 27 | 16 |
| **** Totals To Date | | 10,006 | 5,397 |

Exhibit 1 - WTC Operational Metrics Dashboard
1/24/2012

| PAYMENT INFORMATION | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| **Tier 2 - Accelerated Final Payments** | Issue Date | | |
| Wave 8 | 3/30/2011 | 125 | 75 |
| Wave 9 | 4/6/2011 | 546 | 321 |
| Wave 10 | 4/13/2011 | 116 | 58 |
| Wave 11 | 4/20/2011 | 286 | 152 |
| Wave 12 | 4/27/2011 | 312 | 164 |
| Wave 13 | 5/4/2011 | 23 | 10 |
| Wave 14 | 5/11/2011 | 18 | 6 |
| Wave 15 | 5/18/2011 | 15 | 8 |
| Wave 16 | 5/25/2011 | 14 | 4 |
| Wave 17 | 6/1/2011 | 10 | 5 |
| Wave 18 | 6/8/2011 | 4 | 0 |
| Wave 19 | 6/15/2011 | 3 | 1 |
| Wave 20 | 6/22/2011 | 7 | 4 |
| Wave 21 | 6/30/2011 | 1 | 1 |
| Wave 22 | 7/6/2011 | 1 | 1 |
| Wave 23 | 7/14/2011 | 2 | 2 |
| Wave 24 | 7/22/2011 | 2 | 1 |
| Wave 25 | 7/27/2011 | 7 | 5 |
| Wave 26 | 8/3/2011 | 1 | 0 |
| Wave 27 | 8/10/2011 | 1 | 1 |
| Wave 28 | 8/17/2011 | 7 | 4 |
| Wave 29 | 8/24/2011 | 6 | 1 |
| Wave 30 | 9/1/2011 | 4 | 2 |
| Wave 31 | 9/7/2011 | 2 | 1 |
| Wave 32 | 9/14/2011 | 2 | 2 |
| Wave 33 | 9/21/2011 | 0 | 0 |
| Wave 34 | 9/28/2011 | 6 | 4 |
| Wave 35 | 10/5/2011 | 13 | 6 |
| Wave 36 | 10/13/2011 | 2 | 0 |
| Wave 37 | 10/19/2011 | 5 | 2 |
| Wave 38 | 10/27/2011 | 8 | 6 |
| Wave 39 | 11/2/2011 | 12 | 5 |
| Wave 40 | 11/9/2011 | 8 | 2 |
| Wave 41 | 11/16/2011 | 10 | 5 |
| Wave 42 | 11/23/2011 | 5 | 1 |
| Wave 43 | 11/30/2011 | 6 | 1 |
| Wave 44 | 12/7/2011 | 4 | 2 |
| Wave 45 | 12/20/2011 | 23 | 12 |
| **\*\*\*\* Totals To Date** | | **1,617** | **875** |
| | | | |
| **Tier 3 - Accelerated Final Payments** | Issue Date | | |
| Wave 8 | 3/30/2011 | 42 | 22 |
| Wave 9 | 4/6/2011 | 123 | 75 |
| Wave 10 | 4/13/2011 | 37 | 20 |
| Wave 11 | 4/20/2011 | 145 | 88 |
| Wave 12 | 4/27/2011 | 168 | 82 |
| Wave 13 | 5/4/2011 | 8 | 3 |
| Wave 14 | 5/11/2011 | 8 | 5 |
| Wave 15 | 5/18/2011 | 2 | 1 |
| Wave 16 | 5/25/2011 | 5 | 2 |
| Wave 17 | 6/1/2011 | 5 | 2 |
| Wave 18 | 6/8/2011 | 13 | 7 |
| Wave 19 | 6/15/2011 | 2 | 1 |
| Wave 20 | 6/22/2011 | 5 | 1 |
| Wave 21 | 6/30/2011 | 0 | 0 |
| Wave 22 | 7/6/2011 | 3 | 1 |
| Wave 23 | 7/14/2011 | 7 | 4 |
| Wave 24 | 7/22/2011 | 13 | 6 |
| Wave 25 | 7/27/2011 | 19 | 9 |
| Wave 26 | 8/3/2011 | 1 | 1 |
| Wave 27 | 8/10/2011 | 2 | 1 |
| Wave 28 | 8/17/2011 | 10 | 2 |
| Wave 29 | 8/24/2011 | 12 | 6 |
| Wave 30 | 9/1/2011 | 5 | 3 |
| Wave 31 | 9/7/2011 | 3 | 2 |
| Wave 32 | 9/14/2011 | 1 | 0 |
| Wave 33 | 9/21/2011 | 3 | 2 |
| Wave 34 | 9/28/2011 | 13 | 7 |
| Wave 35 | 10/5/2011 | 5 | 3 |
| Wave 36 | 10/13/2011 | 2 | 1 |

Exhibit 1 - WTC Operational Metrics Dashboard
1/24/2012

| PAYMENT INFORMATION | Issue Date | Primary/Derivative Claimants | Supportive Plaintiffs |
|---|---|---|---|
| **Tier 3 - Accelerated Final Payments (cont.)** | Issue Date | | |
| Wave 37 | 10/19/2011 | 3 | 2 |
| Wave 38 | 10/27/2011 | 8 | 3 |
| Wave 39 | 11/2/2011 | 1 | 1 |
| Wave 40 | 11/9/2011 | 1 | 0 |
| Wave 41 | 11/16/2011 | 3 | 2 |
| Wave 42 | 11/23/2011 | 3 | 3 |
| Wave 43 | 11/30/2011 | 7 | 6 |
| Wave 44 | 12/7/2011 | 3 | 3 |
| Wave 45 | 12/20/2011 | 4 | 2 |
| **** Totals To Date | | 695 | 379 |
| | | | |
| **Tier 4 - Interim Payments** | Issue Date | | |
| Wave 21 | 6/30/2011 | 2,115 | 1,219 |
| Wave 22 | 7/6/2011 | 46 | 28 |
| Wave 23 | 7/14/2011 | 293 | 163 |
| Wave 24 | 7/22/2011 | 395 | 226 |
| Wave 25 | 7/27/2011 | 69 | 34 |
| Wave 26 | 8/3/2011 | 41 | 17 |
| Wave 27 | 8/10/2011 | 183 | 92 |
| Wave 28 | 8/17/2011 | 300 | 177 |
| Wave 29 | 8/24/2011 | 482 | 278 |
| Wave 30 | 9/1/2011 | 51 | 23 |
| Wave 31 | 9/7/2011 | 217 | 126 |
| Wave 32 | 9/14/2011 | 50 | 26 |
| Wave 33 | 9/21/2011 | 139 | 91 |
| Wave 34 | 9/28/2011 | 184 | 98 |
| Wave 35 | 10/5/2011 | 221 | 106 |
| Wave 36 | 10/13/2011 | 79 | 49 |
| Wave 37 | 10/19/2011 | 67 | 38 |
| Wave 38 | 10/27/2011 | 69 | 38 |
| Wave 39 | 11/2/2011 | 50 | 31 |
| Wave 40 | 11/9/2011 | 50 | 26 |
| Wave 41 | 11/16/2011 | 88 | 58 |
| Wave 42 | 11/23/2011 | 41 | 24 |
| Wave 43 | 11/30/2011 | 94 | 55 |
| Wave 44 | 12/7/2011 | 61 | 37 |
| Wave 45 | 12/20/2011 | 107 | 59 |
| **** Totals To Date | | 5,492 | 3,119 |

Exhibit 1 - WTC Operational Metrics Dashboard
1/24/2012

| | Issue Date | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| Tier 4 - Final Distribution Payments | Issue Date | | |
| All 21mc100 Plaintiffs (Wave 47) | 1/19/2012 | 5,124 | 2,993 |
| All 21mc102 Plaintiffs (Wave 48) | 1/19/2012 | 137 | 47 |
| All 21mc103 Plaintiffs (Wave 49) | 1/19/2012 | 311 | 155 |
| **** Totals To Date | | 5,572 | 3,195 |
| | | | |
| Other Elements of Recovery | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
| Permanent Disability Fund Awards | Issue Date | | |
| Single Payment Wave (Wave 46) | 1/3/2012 | 1,339 | N/A |
| | | | |
| Mixed Orthopedic Injury Payments | Issue Date | | |
| Wave 45 | 12/20/2011 | 68 | N/A |
| | | | |
| Qualifying Surgery Payments | Issue Date | | |
| Wave 15 | 5/18/2011 | 8 | N/A |
| Wave 16 | 5/25/2011 | 9 | N/A |
| Wave 17 | 6/1/2011 | 5 | N/A |
| Wave 18 | 6/8/2011 | 1 | N/A |
| Wave 21 | 6/30/2011 | 7 | N/A |
| Wave 22 | 7/6/2011 | 14 | N/A |
| Wave 23 | 7/14/2011 | 4 | N/A |
| Wave 24 | 7/22/2011 | 31 | N/A |
| Wave 25 | 7/27/2011 | 1 | N/A |
| Wave 26 | 8/3/2011 | 2 | N/A |
| Wave 27 | 8/10/2011 | 9 | N/A |
| Wave 28 | 8/17/2011 | 11 | N/A |
| Wave 29 | 8/24/2011 | 24 | N/A |
| Wave 30 | 9/1/2011 | 4 | N/A |
| Wave 31 | 9/7/2011 | 20 | N/A |
| Wave 32 | 9/14/2011 | 11 | N/A |
| Wave 33 | 9/21/2011 | 6 | N/A |
| Wave 34 | 9/28/2011 | 15 | N/A |
| Wave 35 | 10/5/2011 | 8 | N/A |
| Wave 36 | 10/13/2011 | 10 | N/A |
| Wave 37 | 10/19/2011 | 13 | N/A |
| Wave 38 | 10/27/2011 | 3 | N/A |
| Wave 39 | 11/2/2011 | 4 | N/A |
| Wave 40 | 11/9/2011 | 5 | N/A |
| Wave 41 | 11/16/2011 | 3 | N/A |
| Wave 42 | 11/23/2011 | 3 | N/A |
| Wave 43 | 11/30/2011 | 15 | N/A |
| Wave 44 | 12/7/2011 | 2 | N/A |
| Wave 45 | 12/20/2011 | 38 | N/A |
| ** Totals Qualifying Surgeries ** | | 286 | N/A |
| **** Totals To Date (All Other Elements of Recovery) | | 1,693 | N/A |

## Exhibit 1 - WTC Operational Metrics Dashboard
## 1/24/2012

| Minimum Payment | Issue Date | Primary Payments Paid to Claimant | Discovery Payments Payment Made |
|---|---|---|---|
| Wave 19 | 6/15/2011 | 478 | N/A |
| Wave 20 | 6/22/2011 | 2 | N/A |
| Wave 23 | 7/14/2011 | 2 | N/A |
| Wave 24 | 7/22/2011 | 1 | N/A |
| Wave 25 | 7/27/2011 | 4 | N/A |
| Wave 26 | 8/3/2011 | 1 | N/A |
| Wave 28 | 8/17/2011 | 4 | N/A |
| Wave 29 | 8/24/2011 | 2 | N/A |
| Wave 32 | 9/14/2011 | 1 | N/A |
| Wave 34 | 9/28/2011 | 3 | N/A |
| Wave 35 | 10/5/2011 | 2 | N/A |
| Wave 36 | 10/13/2011 | 1 | N/A |
| Wave 37 | 10/19/2011 | 0 | N/A |
| Wave 38 | 10/27/2011 | 3 | N/A |
| Wave 39 | 11/2/2011 | 0 | N/A |
| Wave 40 | 11/9/2011 | 5 | N/A |
| Wave 41 | 11/16/2011 | 3 | N/A |
| Wave 42 | 11/23/2011 | 2 | N/A |
| Wave 43 | 11/30/2011 | 0 | N/A |
| Wave 44 | 12/7/2011 | 0 | N/A |
| Wave 45 | 12/20/2011 | 10 | N/A |
| **** Totals To Date | | 524 | N/A |
| **** Grand Totals To Date | | 27,006 | 12,965 |

| EXPENSE AUDIT INFORMATION | |
|---|---|
| No. of firms in settlement | 26 |
| No. of claimants selected for random audit | 455 |
| No. of audits completed | 455 |
| % of completion | 100% |

| RANDOM AUDIT (Medical Records) | |
|---|---|
| No. of firms in settlement | 26 |
| No. of Tier 3 claimants selected for random audit | 36 |
| No. of Tier 3 cases with all medical records reviewed | 36 |
| % of T3 complete (case complete and RA complete) | 100% |
| No. of Tier 4 claimants selected for random audit | 282 |
| No. of Tier 4 cases with all medical records reviewed | 282 |
| % of T4 complete (case complete and RA complete) | 100% |

| LIENS | # Claimants Entitlement Status Verified | # Claimants Entitled To Medicaid | # Liens Waived or completed at $0 | # Liens Pending |
|---|---|---|---|---|
| Medicare ** obtained full waiver from Medicare** | N/A | Full Waiver | N/A | N/A |
| Medicaid | 9,146 | 1,056 | 1,056 | 0 |

| | # Liens Reported | # Liens Waived or Discharged | # Liens Resolved | # Liens Pending **** |
|---|---|---|---|---|
| Workers' Comp | 1,074 | 626 | 123 | 325 |

**** Remaining Workers' Comp Liens are in the process of being resolved now that gross awards are known

| MEDICAL RECORD REVIEW | Determination Notices Issued | Deficiencies Issued* |
|---|---|---|
| Tier-2 | 1,659 | 139 |
| Tier-3 | 717 | 106 |
| Tier-4 | 5,571 | 1,965 |

* Deficiencies are reported at an injury level

Judge wrote:

"This report shall be posted on the court's 9/11 web page. An amended report is awaited to identify the aggregate dollars distributed for the claimants of each tier, and for admin. Expenses. The Allocation Neutral, in addition to the contingencies cited, also shall re-open the administration to perform final orders relating to bonus payments and contingency payments as provided for by the SPA.

So ordered
1-27-12
Alvin K. Hellerstein"