UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

ROBERT SIENKIEWICZ and BARBARA SIENKIEWICZ

Plaintiffs,

v.

AMEC CONSTRUCTION MANAGEMENT, INC, et al

Defendants

21 MC 100(AKH)

DOCKET NO.

10-CV-6711 (AKH)

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs ROBERT SIENKIEWICZ and BARBARA SIENKIEWICZ shall apply to the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order for relief to re-classify the above-referenced matter from the 21 MC 100 (AKH) master docket to the 21 MC 103 (AKH) master docket.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff relies upon the attached Declaration of Robert A. Grochow.

Dated:  New York, New York
        February 7, 2012

Gregory J. Cannata and Associates

By:_____
        Robert Grochow
Attorneys for Plaintiffs
233 Broadway, Floor 5
New York, New York 10271
Tel.    (212) 553-9206
Fax    (212) 227-4141

To:    Defendants, ECF Notification: filed in all dockets