UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102 (AKH) |
| MARIA MORENO,         Plaintiff, | DOCKET NO: <br><br> <u>07 CV 01669 (AKH)</u> |
| -against- | NOTICE OF MOTION |
| BATTERY PARK CITY AUTHORITY, ET. AL <br><br>        Defendants | |

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiff MARIA MORENO ("Plaintiff") shall apply to the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order for relief from the December 8, 2011 Order dismissing the action with prejudice. This application is pursuant to Federal Rule of Civil Procedure 60(a) and 60(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff relies upon the attached Declaration of Gregory J. Cannata with supporting Exhibits.

Dated: New York, New York
       February 9, 2012

                                              Gregory J. Cannata and Associates.

                                              By: _____
                                                  Gregory J. Cananta
                                          Attorneys for Plaintiffs
                                          233 Broadway, Floor 5
                                          New York, New York 10279
                                          Tel.    (212) 553-9206
                                          Fax    (212) 227-4141

TO:   Defendants, ECF Notification: filed in all dockets