UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
:
IN RE WORLD TRADE CENTER LOWER         : **ORDER REGULATING**
MANHATTAN DISASTER SITE LITIGATION     : **DISCOVERY AND TRIALS OF**
                                        : **CASES SELECTED BY**
                                        : **SPECIAL MASTERS**
:
: 21 MC 102 (AKH)
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Ten 21 MC 102 plaintiffs have been selected for early discovery and trial. They are:

| Plaintiff | Docket Number | Originally Selected By |
|---|---|---|
| Barbosa, Virginia | 06cv1649 | Defendants |
| Dabrowski, Mieczyslaw | 07cv5283 | Plaintiffs |
| Diaz, Ruth | 07cv1601 | Plaintiffs |
| Gallegos, Walter | 07cv4467 | Special Masters |
| Katz, Hal | 08cv5708 | Special Masters |
| Kwasnik, Wladyslaw | 07cv11291 | Plaintiffs |
| Mendoza, Gustavo | 07cv4494 | Special Masters |
| Muszkatel, Jerzy | 08cv5285 | Defendants |
| Sanchez, Alex | 05cv1091 | Plaintiffs |
| Vynar, Mykhalo | 08cv6809 | Defendants |

      The following are the dates when the relevant events will commence and be completed for this group:

1

Group I (10 plaintiffs)

    A. February 22, 2012: The Court will provide names of plaintiffs chosen by the Special Masters. Parties will have until February 24, 2012 at 3:00 p.m. to object to the choices.

    B. February 27, 2012: The names of the ten plaintiffs will be finalized as of 5:00 p.m.

    C. March 2, 2012: Status Conference to plan discovery will be held in Courtroom 14D at 1:00 p.m. Agendas and a joint plan are to be submitted by noon, March 1, 2012.

    D. March 5, 2012: Discovery begins for Group I plaintiffs.

    E. August 3, 2012: Discovery is completed for Group I plaintiffs.

    F. August 15, 2012: Status Conference will be held at 2:30 p.m. to plan next steps. Agendas are to be submitted by noon, August 14, 2012.

    G. October 5, 2012: All pre-trial motions will have been heard and resolved.

    H. November 13, 2012: Group I trials commence at 10:00 a.m.

<u>Later Groups</u>

When discovery for the first set of ten plaintiffs is completed, the process will begin for a second set of 15 plaintiffs. Following that, discovery will begin for a third set of 15 plaintiffs. The Special Masters will fill in the names for each successive set of plaintiffs at least two weeks before discovery in that set is scheduled to commence. A status conference will be held on March 15, 2013, if necessary, to further address issues that arise during the process. The second two groups will follow the following schedules:

Group II (15 plaintiffs)

    A. July 2012: The Special Masters will provide names of chosen plaintiffs.

    B. August 2012: Discovery begins for Group II plaintiffs.

    C. January 2013: Discovery is completed for Group II plaintiffs.

D. March 2013: All pre-trial motions will have been heard and resolved.

E. May 2013: Group II trials commence.

Group III (15 plaintiffs)

A. December 2012: The Special Masters will provide names of chosen plaintiffs.

B. January 2013: Discovery begins for Group III plaintiffs.

C. June 2013: Discovery is completed for Group III plaintiffs.

D. August 2013: All pre-trial motions will have been heard and resolved.

E. October 2013: Group III trials commence.

At the conference set for March 2, 2012, 1:00 p.m., the parties may inform the Court as to any objections or comments that they may have with regard to this Order.

So Ordered.

Dated: February 22, 2012
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

3