UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER LOWER       :  **ORDER REVISING THE TEN**
MANHATTAN DISASTER SITE LITIGATION   :  **CASES THAT WILL PROCEED**
                                     :  **TO THE FIRST PHASE OF**
                                     :  **DISCOVERY AND TRIAL**
                                     :
                                     :  21 MC 102 (AKH)
                                     :
-------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I am revising the list of ten cases that will enter the first phase of intensive discovery and trial, substituting in Leidis Montero for Hal Katz. The updated list of ten plaintiffs is:

| Plaintiff | Docket Number | Originally Selected By |
|---|---|---|
| Barbosa, Virginia | 06cv1649 | Defendants |
| Dabrowski, Mieczyslaw | 07cv5283 | Plaintiffs |
| Diaz, Ruth | 07cv1601 | Plaintiffs |
| Gallegos, Walter | 07cv4467 | Special Masters |
| Kwasnik, Wladyslaw | 07cv11291 | Plaintiffs |
| Mendoza, Gustavo | 07cv4494 | Special Masters |
| Montero, Leidis | 05cv1691 | Plaintiffs |
| Muszkatel, Jerzy | 08cv5285 | Defendants |
| Sanchez, Alex | 05cv1091 | Plaintiffs |
| Vynar, Mykhalo | 08cv6809 | Defendants |

So Ordered.

Dated: February __, 2012
       New York, New York

ALVIN K. HELLERSTEIN
United States District Judge