UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION<br>--------------------------------------------------------------<br>MARIA MORENO,<br>     Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, ET. AL<br><br>     Defendants | 21MC102 (AKH)<br><br>DOCKET NO:<br><br>**07 CV 01669 (AKH)**<br><br>(RENEWAL)<br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiff MARIA MORENO ("Plaintiff") shall apply to the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order for relief from the December 8, 2011 Order dismissing the action with prejudice. This application is pursuant to Federal Rule of Civil Procedure 60(a) and 60(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff relies upon the attached Declaration of Gregory J. Cannata with supporting Exhibits.

Dated:  New York, New York
        February 27, 2012

                                Gregory J. Cannata and Associates.
                                By: _____
                                    Gregory J. Cananta
                                Attorneys for Plaintiffs
                                233 Broadway, Floor 5
                                New York, New York 10279
                                Tel.   (212) 553-9206
                                Fax    (212) 227-4141

TO:  Defendants, ECF Notification: filed in individual docket and master Docket, 21MC102