# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER : **ORDER ENLARGING TIME**
MANHATTAN DISASTER SITE LITIGATION : **TO SUBMIT DECLARATIONS**
: **AND SELECT CASES**
:
: 21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP, having moved for a further enlargement of time, to December 2, 2011, to perfect their answers to court-ordered interrogatories,

The motion is granted, subject to the following:

1. Those plaintiffs perfecting their answers by December 2, 2011 will not be dismissed.

2. Due to the enlargements explained below, the Special Masters shall select a pool of 150 cases by November 21, 2011. They shall choose only those cases whose answers to court-ordered interrogatories fully comply with the requirements of Rule 33 (b)(1), (3), (5), Fed. R. Civ. P.; or 28 U.S.C. § 1746.

3. The dates to submit cases are changed to the following:

    a) November 21, 2011: The Special Masters will submit 150 cases from which the parties and the Court each will choose 15 cases for intensive discovery and trial.

    b) November 28, 2011: Plaintiffs' counsel will submit 15 cases to progress to intensive discovery and trial.

    c) December 7, 2011: Defendants' counsel will submit 15 cases to progress to intensive discovery and trial.

    d) December 14, 2011: The Special Masters will submit 20 cases for review by the Court as candidates for intensive discovery and trial.

    e) December 19, 2011: The Court will select 15 cases to progress to intensive discovery and trial, creating a total of 45 cases that will progress.

4. No further enlargements will be granted.

5. The parties will meet for a status conference and tutorial on the originally scheduled date of December 14, 2011, at 10:00 a.m. in Courtroom 14D.

SO ORDERED

Dated: November 17, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge