# Exhibit 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                 :
IN RE WORLD TRADE CENTER LOWER         :    **ORDER DENYING**
MANHATTAN DISASTER SITE LITIGATION     :    **PLAINTIFFS' MOTION TO**
                                                 :    **EXTEND THE DEADLINE FOR**
                                                 :    **CERTIFICATIONS, AND**
                                                 :    **DISMISSING CASES**
                                                 :
                                                 :    21 MC 102 (AKH)
                                                 :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS Plaintiffs represented by Worby Groner Edelman & Napoli Bern,

LLP have moved for a further enlargement of time, to January 2, 2012, for 170 identified

Plaintiffs[1] to provide duly sworn or certified answers to court-ordered interrogatories;

WHEREAS Plaintiffs have been under order to do so since at least an Order of

August 29, 2011;

WHEREAS, by Orders of September 28, 2011, October 31, 2011, and

November 8, 2011, I enlarged Plaintiffs' time to comply until November 14, 2011, advising

Plaintiffs that if they failed to comply their complaints were subject to dismissal; and

WHEREAS by Order of November 17, 2011 I again enlarged time, to December

2, 2011, and provided that no further enlargements would be granted;

THEREFORE I deny Plaintiffs' Motion for an Order Further Extending Time,

and I dismiss the 170 cases, indentified on Exhibit A attached hereto, with prejudice, for failure

to prosecute their cases consistent with court orders.  These Plaintiffs have been indifferent to

court orders, despite repeated adjournments.  All but a few of the 170 cases are three to five

years old.  Despite electing not to settle and to continue with their cases, these Plaintiffs have

---

[1] These Plaintiffs are listed on Exhibits 8 and 9 of Plaintiffs' December 3, 2011 Motion For An Order Further Extending The Time For Certain Plaintiffs To Provide Updated Certifications.

1

done nothing to proceed further, notwithstanding court orders to do so. Even though these 170 cases are not among those selected for more intensive deposition proceedings, the failure of these Plaintiffs to provide reliable information about the merits of their cases and the extent of their injuries, if any, proximately resulting from their work at the WTC site in the period following the terrorist-related aircraft crashes of September 11, 2001, prejudices all cases.

Plaintiffs affected by this order, should they wish to move to open the judgment dismissing their cases, must file proper motions by Jan 2, 2012 showing a ground provided by Rule 60(b), Fed. R. Civ. P. In light of all the considerations surrounding these cases and in light of the succession of prior enlargements of time, any longer period likely will be considered unreasonable.

SO ORDERED

Dated:          December    , 2011
               New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2

EXHIBIT A

| | | |
|---|---|---|
| Aalbue | Richard | 06cv11897 |
| Abatz | John | 07CV05333 |
| Agudelo | Maria | 07CV05334 |
| Agudo | Claudio | 07cv04447 |
| Alfaro Lobo | Miguel | 08CV02557 |
| Ali | Enrique | 07cv01554 |
| Arbelaez | Ignacio | 08CV02561 |
| Asmal | Carlos | 07cv01482 |
| Avila | Luis | 07cv04450 |
| Azubike | Victor | 07CV05058 |
| Barcco-Wong | Stalin | 07CV04293 |
| Barriga | Mercedes | 08CV02567 |
| Betancourt | Hector | 07cv04453 |
| Cabrera | Marbin | 08CV02581 |
| Cabrera | Oswaldo | 07CV05551 |
| Carchi | Mauricio | 08CV02586 |
| Carpio | Jose | 07cv01479 |
| Carrasco | Hernan | 08CV02589 |
| Cayetano | Teresita | 07CV05282 |
| Chaca | Wilson | 07CV01583 |
| Chun | William | 08cv11909 |
| Cifuentes | Maria del Pilar | 07CV01590 |
| Conforme | Freddy | 07CV05552 |
| Datil | Leonor | 07cv01488 |
| Diez | Rosa | 07CV05352 |
| Dowling | John | 06cv09038 |
| Easterling | Willie | 06CV09542 |
| Encalada | Luis | 07CV04354 |
| Espinosa | Enny | 06cv13890 |
| Flores | Talia | 07CV01609 |
| Franco | Luis | 07cv04436 |
| Gaffano | Cruz | 08CV02622 |
| Gallo | Juan | 06cv14670 |
| Garcia | Isabel | 07cv05281 |
| Garcia | Luis | 07cv01501 |
| Graziano | Anthony | 06cv14094 |
| Guzman | Eric | 07cv01506 |
| Harris | Michele | 06cv14711 |
| Jenkins | Christopher | 06CV06931 |
| Jimenez | Rafael | 07CV10784 |
| Kuhn | Douglas | 08CV02044 |
| Lenis | Carlos | 06cv10045 |
| Leroux | Ivonne | 06cv12772 |
| Liguori | Jerry | 08CV05147 |
| Llibri | Pascual | 07CV01651 |
| Loja | Wilmo | 07cv04482 |
| Londono | Adriana | 08CV02846 |
| Lopez | Adolfo | 10cv07154 |
| Medina | Diego | 08CV02290 |

\

| | | |
|---|---|---|
| Moran | Wilson | 06CV12341 |
| Narvaez | Rosa | 06CV02670 |
| Negron | Aurea | 06CV12366 |
| Niskanen | David | 06CV12377 |
| Orellana | Aurellio | 07CV01674 |
| Orellana | Edgar | 07CV05398 |
| Orozco | Rafael | 06CV02299 |
| Ortiz | Rosa | 07CV01676 |
| Padredin | Nayibe | 07CV05306 |
| Paduani | Miguel | 07CV05307 |
| Palma | Patricia | 06cv03932 |
| Palomeque | Henry | 08CV02244 |
| Pelaez | Inez | 08CV02682 |
| Pena | Luis | 05cv10741 |
| Perez-Sanchez | Maribel | 08CV02687 |
| Prada | Maria del Pilar | 08cv02692 |
| Rando | Dennis | 07CV10624 |
| Rendon | Guelmer | 07cv04510 |
| Reyes | Marlian | 07CV05310 |
| Rodas | Hugo | 08CV02698 |
| Rodriguez-Jomarron | Olga | 08CV02699 |
| Sanchez | Oscar | 06cv11892 |
| Sarmiento | Galo | 07cv01529 |
| Silva | Ligia | 08CV02716 |
| Solarte | Maria | 07cv01669 |
| Solis | Lucio | 05CV01198 |
| Urena | Clemente | 07cv01540 |
| Urgiles | Miguel | 07CV05400 |
| Urquijo | Esperanza | 06CV13211 |
| Valdiviezo | Hector | 07cv01542 |
| Velarde | Felix | 07cv01544 |
| Villavicencio | Oswaldo | 08CV02315 |
| Yaguana | Aquiles | 07cv04525 |
| Yumbla | Alcibar | 07cv01729 |
| Yumbla | Luis | 06CV13166 |
| Zoifo | Vincent | 06cv12843 |

2

| | | |
|---|---|---|
| Acosta | Byron | 07CV01552 |
| Alfonso | Pedro | 08CV02252 |
| Arias | Arturo | 07CV05274 |
| Arias | Gloria | 08cv04931 |
| Arrieta | Enrique | 07cv01459 |
| Avila | Mauricio | 08CV02566 |
| Ballesteros | Vanessa | 08cv04932 |
| Benbow | Joseph | 07CV04747 |
| Bermudez | Anita | 07cv01470 |
| Bunay | Carlos | 07CV01571 |
| Cabrera | Hugo | 08CV02579 |
| Cabrera | Wilson | 07cv01474 |
| Calle | Elva | 08CV02584 |
| Calle | Jose | 07CV01577 |
| Cannon | Russell | 05cv07877 |
| Carpio | Fausto | 07cv11019 |
| Carville | Scott | 07CV05340 |
| Castrillon | Isabel | 08cv04934 |
| Chavez | Carlos | 08CV02238 |
| Cholnaki | Pawel | 08cv13837 |
| Collazos | Antonio | 07cv04461 |
| Cuellar | Francisco | 08CV06634 |
| Delacruz | Belkis | 08CV02283 |
| DeLaCruz | Ofelia | 08CV02606 |
| Duque | Blanca | 08CV02610 |
| Duque | Flor | 08CV02611 |
| Franco | Herman | 08CV02621 |
| Garces | Jesus | 07CV01615 |
| Garcia | Fernando | 08cv13918 |
| Garcia | Jorge | 07CV05291 |
| Gonzalez | Gabriel | 08CV13701 |
| Gualpa | Rosa | 07cv04472 |
| Guaman | Enrique | 08CV02633 |
| Guzman | Felix | 07CV05412 |
| Henao | Gustavo | 08cv04938 |
| Hernandez | Nubia | 08CV02636 |
| Intriago | Ecuador | 07cv04475 |
| Jerez | Carmen | 07CV05297 |
| Juarez | Urbano | 07cv01509 |
| Khan | Imtiaz | 08CV12182 |
| Kukacki | Kazimierz | 06cv14781 |
| Londono | Gloria | 08CV02648 |
| Lopez | Angel | 08CV02261 |
| Lopez | Luz | 07CV05560 |
| Losada | Nubia | 08CV02652 |
| Lucero | Fernando | 07CV05366 |
| Marcillo | Douglas | 07cv04486 |
| Marcos | John | 07cv04487 |
| Marrero | Gloria | 08CV02287 |
| Martin | Richard | 06cv08037 |
| Melo | Alberto | 08CV02657 |

3

| Mendoza | Enrique | 07CV05302 |
|---|---|---|
| Mesa | Luis | 07CV05303 |
| Montenegro | Otto | 06CV06018 |
| Montoya | Sandra | 08CV06836 |
| Nino | Victor | 08CV02675 |
| Ocampo | Janneth | 07CV01673 |
| Oquendo | Walter | 07cv04497 |
| Orellana | Cristobal | 07CV06563 |
| Ortega | Mariana | 05CV01765 |
| Ortega | Sandra | 07CV01675 |
| Pepe Jr | Joseph | 09CV02777 |
| Pigott | John | 06cv14970 |
| Pilico | Luis | 07cv04508 |
| Ramirez | Freddy | 05CV05601 |
| Rico | Alejandra | 08cv05857 |
| Rodriguez | Manuel | 08CV02700 |
| Rosario | Carmen | 09CV02811 |
| Ruales | Glenda | 08CV02704 |
| Rudder | Anthony | 07CV01698 |
| Santana | Hilda | 08CV11456 |
| Sarmiento | Javier | 06cv12495 |
| Schuler | Steven | 07CV05425 |
| Silva | Carlos | 06cv02664 |
| Tehan | Nicholas | 07CV05564 |
| Tenempaguay | Wilfrido | 07CV05320 |
| Toledo | William | 07cv01539 |
| Torres | Javier | 08CV02725 |
| Varicelly | Cecilia | 07cv01720 |
| Vega | Severo | 07cv04521 |
| Velasquez | Fredy | 06cv11141 |
| Velez | Jazmin | 08CV02731 |
| Victoria | Maritza | 08cv04943 |
| Yamasqui | Armando | 07CV05328 |
| Yepes | Maria | 08CV02251 |

4