# Exhibit 4

## Madeline Muniz

| | |
|---|---|
| **From:** | Madeline Muniz [madeline@cannatalaw.com] |
| **Sent:** | Friday, November 18, 2011 5:32 PM |
| **To:** | 'Ned Adams' |
| **Subject:** | New database |
| **Attachments:** | Database for Maria Moreno 07 cv 01669.xls; Moreno, Maria - Index # 07 cv 01669 - Certification.pdf |

Hi Ned,

We just retained a client that was previously represented by Napoli's firm, Maria Moreno. Please upload her database and certification, both are attached.

Thank you, have a great weekend.


Sincerely,

Madeline Muniz
Paralegal
Gregory J. Cannata & Associates
233 Broadway, Fifth Floor
New York, NY 10279
Firm: (212) 553-9205 Direct: (212) 553-9009 Fax: (212) 227-4141
cannatalaw.com

 **Please consider the environment before printing this email.**

1

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Plaintiff (P) last name | P first name | P docket number | Firm | P social security number | What is P's date of birth? | What is P's current occupation? (pick list) | At which WTC building location(s) did P perform work? (pick list) |
| Moreno | Maria | 07cv01669 | Cannata/Grocho w | | | unemployed | 40 RECTOR STREET; 400 CHAMBERS STREET; 45 BROADWAY; 80 MAIDEN LANE; 80 WALL STREET;OTHER - (94 RECTOR STREET); 90 CHURCH STREET; 130 LIBERTY STREET |

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 9 | 10 | 11 |
|---|---|---|
| What dates did P perform work at each building? | Provide the total hours that P worked at each WTC Building location(s)? | Provide the percentage of hours P worked for each WTC Building location(s)? |
| 40 RECTOR STREET(20010917 - 200203); 400 CHAMBERS STREET(20010917 - 200203); 45 BROADWAY(20010917 - 200203); 80 MAIDEN LANE(20010917 - 200203); 40 RECTOR STREET(20010917 - 200203); 400 CHAMBERS STREET(20010917 - 200203); 45 BROADWAY(20010917 - 200203); 80 WALL 200203); 80 MAIDEN LANE(20010917 - 200203);OTHER - (94 RECTOR STREET)(20010917 - 200203); 90 CHURCH STREET(20010917 - 200203); 130 LIBERTY STREET(20010917 - 200203) | 40 RECTOR STREET(Not currently available); 400 CHAMBERS STREET(Not currently available); 45 BROADWAY(Not currently available); 80 MAIDEN LANE(Not currently available); 80 WALL STREET(Not currently available);OTHER - (94 RECTOR STREET)(Not currently available); 90 CHURCH STREET(Not currently available); 130 LIBERTY STREET(Not currently available) | 40 RECTOR STREET(Not currently available); 400 CHAMBERS STREET(Not currently available); 45 BROADWAY(Not currently available); 80 MAIDEN LANE(Not currently available); 80 WALL STREET(Not currently available);OTHER - (94 RECTOR STREET)(Not currently available); 90 CHURCH STREET(Not currently available); 130 LIBERTY STREET(Not currently available) |

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 12 | 13 |
|---|---|
| What type(s) of work did P actually perform at each WTC building location(s)? (pick list) | Provide the total hours that P worked at all WTC Building locations (if P worked at more than one building, total the hours) |
| 40 RECTOR STREET(Affidavits from co-worker); 400 CHAMBERS STREET(Not currently available); 45 BROADWAY(Not currently available); 80 MAIDEN LANE(Not currently available); 80 WALL STREET(Not currently available);OTHER - (94 RECTOR STREET)(Not currently available); 90 CHURCH STREET(Not currently available); 130 LIBERTY STREET(Not currently available) | Not currently available |

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|
| P can provide the following type(s) of documentation to verify work at for each WTC Building location(s)? (pick list) | Is P deceased? | What is date of death, if deceased? | What was stated cause of death? | Did P ever use tobacco product(s)? | How frequently did P use tobacco product(s)? (pick list) | Does or did P suffer from one or more pre-existing disorder(s), disease(s), or anatomical abnormality(s)? | If so, from what type(s) of pre-existing disorder(s), diseases(s) or anatomical abnormality(s) does or did P suffer? (pick list) |
| 40 RECTOR STREET(Not currently available); 400 CHAMBERS STREET(Not currently available); 45 BROADWAY(Not currently available); 80 MAIDEN LANE(Not currently available); 80 WALL STREET(Not currently available);OTHER - (94 RECTOR STREET)(Not currently available); 90 CHURCH STREET(Not currently available); 130 LIBERTY STREET(Not currently available) | No | N/A | N/A | No | Never | No | N/A |

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|
| Was P's pre-existing disorder(s), disease(s), or anatomical abnormality resolved at the time that P began his/her WTC Building related work? | For which diagnosed condition(s)/injury(s)/disease(s) does P seek recovery? (pick list) | For which Tier does P claim that his/her condition(s)/injury(s)/disease(s) qualifies? (pick list) | What sub-category of the Tier does P's injury fall? (pick list) | Has P undergone surgery(s) related to diagnosed condition, injury and/or disease? |
| N/A | Asthma;Bullous Disease of the Lungs;Vocal Chord Dysfunction;Airway Hyperreactivity;Obstructive Airway Disease;GERD;Polyps on the Intestines;Chronic Sinusitis;Chronic Rhinitis;Chronic Laryngitis;Hyper Reactive Airway/Lung Disease; Interstitial Lung Disease;Chronic Pharyngitis; Lung Nodules; PTSD; Clinical Depression | | 4 C1;A0;E0;C1;A0;F0;I0;E0;E0;D0;C1;B0 | No |

In Re Lower Manhattan Disaster Site Litigation Database
21MC102/103 (AKH)

| 27 | 28 | 29 | 30 | 31 | 32 | 33 | Certificatic |
|---|---|---|---|---|---|---|---|
| What surgery(s) did P undergo? (pick list) | What are P's lost earnings from date of WTC-related alleged exposure through present? | What are P's claimed future loss earnings? | Did P file any disability claim in connection with his or her WTC-related work since 9/11? | If P did file a WTC-related disability claim(s), what was the disposition of that disability claim(s) (amount received)? (pick list) | Did P file any workers' compensation claim(s) in connection with his or her WTC-related work since 9/11? | If P did file a WTC-related workers' compensation claim(s), what was the disposition of that workers compensation claim(s) (amount received)? (pick list) | |
| N/A | $150,000 | | 0 No | N/A | Yes | Settled - ($28,000/received) | Y |

## Certification

Pursuant to 28 U.S. C. 1746, I certify, under penalty of perjury, that I have reviewed those questions and answers contained in the Database, docket 21MC102 /103 (AKH)  with reference to my individual claim,  and those responses are true and correct.

Executed on November  _18_  , 2011

_maria Moreno  maria Solarte_
Print Name: Maria Moreno AKA Maria Solarte

On September _November_ _18_ , 2011, before me, personally appeared,

_Maria Moreno  aka  Maria Solarte_ , known to me or

evidenced to me to be the person whose name is subscribed above and

said individual signed this Certification in my presence.

Sworn to before me this __18__ day of November, 2011

_____
Notary Public

APRIL FARRIOR
Notary Public, State of New York
No. 01FA6189633
Qualified in Kings County
Commission Expires June 30, 2012