# Exhibit 5

## Madeline Muniz

| | |
|---|---|
| **From:** | Ned Adams [n_adams@tcdi.com] |
| **Sent:** | Tuesday, November 22, 2011 1:41 PM |
| **To:** | Madeline Muniz |
| **Subject:** | RE: New database |

Madeline,

Thanks for verifying the name.  This update is complete.  Please review and let me know if you have any questions.
Thanks.

Ned Adams
n_adams@tcdi.com
336-232-5823

---

**From:** Madeline Muniz [mailto:madeline@cannatalaw.com]
**Sent:** Friday, November 18, 2011 5:32 PM
**To:** Ned Adams
**Subject:** New database

Hi Ned,

We just retained a client that was previously represented by Napoli's firm, Maria Moreno. Please upload her database and certification, both are attached.

Thank you, have a great weekend.


Sincerely,

Madeline Muniz
Paralegal
Gregory J. Cannata & Associates
233 Broadway, Fifth Floor
New York, NY 10279
Firm: (212) 553-9205 Direct: (212) 553-9009 Fax: (212) 227-4141
cannatalaw.com

 **Please consider the environment before printing this email.**


PROPRIETARY AND COMPANY CONFIDENTIAL COMMUNICATIONS
The information contained in this communication is intended only for the use of the addressee. Any other use is strictly prohibited. Please notify the sender if you have received this message in error. This communication is protected by applicable legal privileges and is company confidential.