# Exhibit 7

Case 1:21-mc-00102-AKH   Document 4244-7   Filed 02/28/12   Page 2 of 2
02/13/2012  12:28  12122274141         GREGORY J. CANNATA                     PAGE  07
Case 1:21-mc-00102-AKH   Document 4240   Filed 02/21/12   Page 1 of 1

# GREGORY J. CANNATA & ASSOCIATES
THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9205
FAX (212) 227-4141
E-MAIL: CANNATA@CANNATALAW.COM

GREGORY J. CANNATA

ANGELINA L. ADAM
LLOYD M. ROBERTS
ALISON CANNATA HENDELE

OF COUNSEL:
ROBERT A. GROCHOW, P.C.

PARALEGALS:
BARBARA DOMINO
APRIL FARRIOR
SYLWIA KIELBOWICZ
MADELINE MUNIZ
JOSIANE MAZILE
MONICA MUNIN
ANASTASIA KAMBANIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

February 10, 2012

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Maria Moreno, Index 07-cv-1669-AKH
      21 MC 102

Dear Judge Hellerstein,

On February 10, 2012, this office filed a copy of Gregory J. Cannata's Declaration in Support of the Plaintiff's Motion in the above-referenced matter on ECF. This motion was made to restore the plaintiff's case or vacate the default.

One of the exhibits to this declaration, Exhibit 4, is a copy of plaintiff's database, which includes her date of birth and social security number. We inadvertently failed to redact this information. We have contacted the ECF Help Desk and they have placed a temporary seal on this exhibit but cannot make the seal permanent or allow us to file a redacted version without an order by your Honor to do so.

Therefore, we request that the Court order Exhibit 4 of Gregory J. Cannata's Declaration in Support of the Motion to be sealed and to grant us leave to re-file the declaration with a properly redacted Exhibit 4.

*The motion filed Feb. 10, 2012 may be withdrawn from the file. A renewed motion, as of 2/20/12, shall be filed simultaneously. 2-21-12 /s/ AKH*

Respectfully,

Gregory J. Cannata