# SCHEDULE 4
# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER