# SCHEDULE 5
# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER