# SCHEDULE 6
# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER