# SCHEDULE 7
# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER