UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| IN RE: WORLD TRADE CENTER/LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>21 MC 103 (AKH) |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Brett J. Broadwater, an attorney duly licensed to practice in the State of New York, hereby certifies that on February 28, 2012, served the within Reply Memorandum of Law upon all counsel of record through the Court's Electronic Filing System and upon the Napoli Firm via electronic mail.

Dated:  February 28, 2012

Brett J. Broadwater
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Brett.broadwater@kirkland.com