UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER : 21 MC 100 (AKH)
SITE LITIGATION : (All Cases)
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION : (All Cases)
-------------------------------------------------------------:
IN RE COMBINED WORLD TRADE CENTER : 21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE : (All Cases)
LITIGATION (straddler plaintiffs) :
-------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Counsel, Worby Groner Edelman & Napoli Bern, LLP, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for Order seeking the dismissal of certain plaintiffs' claims against all defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: New York, New York
March 1, 2012

/s/ Christopher R. LoPalo
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*