```
                                                                20
         1CEJWTCC                  Conference
1    everybody's consent, it is the same rationale for saying it is
2    unreasonable to cut that down.  I don't know what to tell you.
3              How many defendants are there?
4              MR. HOPKINS:  There are 320 defendants in the 102
5    docket.  There is a much smaller amount in the 100 docket, but
6    I believe it is still, I believe, in the double digits.
7              THE COURT:  We only have 100 here today.  The 102
8    conference was canceled.
9              MR. TYRRELL:  Counsel for 102 are here and they all
10   have asked us to push this with you because there is no date
11   for -- the issue is over by the 5th of January when they're
12   scheduled to come back.
13             THE COURT:  Mr. Leff and Ms. Stevenson or somebody
14   else can fax a letter, e-mail a letter to every other defendant
15   counsel and work out a procedure by which one counsel will act
16   for many others and present a stipulation that way.
17             MR. HOPKINS:  For point of information for the court,
18   that communication was taken to the entire 21 MC 102 defense
19   group regarding the order submitted to the court.  Those
20   defendants have all been communicated with regarding that
21   issue.  I understand the court's direction.
22             THE COURT:  Is Mr. Leff here?
23             MR. LEFF:  We really had been reiterating what Mr.
24   Hopkins and Tyrrell said, we don't have the authority by all
25   defendants to sign on their behalf.  They're not our clients.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```