UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER     :     21 MC 100 (AKH)
SITE LITIGATION                                             :     (All Cases)
---------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :     (All Cases)
---------------------------------------------------------------:
IN RE COMBINED WORLD TRADE CENTER   :     21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :     (All Cases)
LITIGATION (straddler plaintiffs)                  :
---------------------------------------------------------------x

**DECLARATION OF SERVICE**

Christopher R. LoPalo, an attorney duly licensed to practice before the Courts of the State of New York, hereby declares under the penalties of perjury that on March 1, 2012, I served the within Notice of Motion, Supporting Declaration and its Exhibits upon all counsel of record through the Court's Electronic Filing system.

Dated: March 1, 2012

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700