UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: SEPTEMBER 11 LITIGATION                                          21 MC 97 (AKH)
------------------------------------------------------------X

------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE                                 21 MC 100 (AKH)
LITIGATION
------------------------------------------------------------X

------------------------------------------------------------X

IN RE: SEPTEMBER 11 PROPERTY DAMAGE                                     21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION
------------------------------------------------------------X

------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                                      21 MC 102 (AKH)
------------------------------------------------------------X

------------------------------------------------------------X

IN RE: COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE LITIGATION                                21 MC 103 (AKH)
(STRADDLER PLAINTIFFS)
------------------------------------------------------------X

## OMNIBUS ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), the National September 11 Memorial and Museum of the World Trade Center ("NS11MM"), and the City of New York on behalf of the Office of Chief Medical

Examiner ("OCME"), and an opportunity having been given to all parties in the above-entitled actions to object, it is hereby

**ORDERED**, that OCME is permitted to remove and examine WTC material contained in and on any and all WTC Artifacts for which OCME deems removal and examination of WTC material appropriate, including but not limited to those WTC Artifacts made the subject of this Court's Omnibus Order dated July 7, 2009 and designated on PANYNJ Artifact Request List, those currently contained in the collection of the NS11MM or donated to or procured by the NS11MM in the future, and those in the possession of other museums, and cultural, educational or governmental/municipal entities intending to display or exhibit WTC Artifacts to the public, and it is further

**ORDERED**, that any recipient of WTC Artifacts made the subject of this Court's Omnibus Order dated July 7, 2009 and designated on PANYNJ Artifact Request List, the NSIIMM, and other museums and cultural, educational or governmental/municipal entities intending to display or exhibit WTC Artifacts to the public ("Recipient Organization"), may conduct cleaning of said Artifacts so that they are free from WTC material, and it is further

**ORDERED**, that the Port Authority is permitted to transfer full and complete legal ownership of any remaining WTC Artifacts currently located at John F. Kennedy International Airport, Hangar 17 to any requesting Recipient Organization, and it is further

**ORDERED**, that the Recipient Organization's possession of certain WTC Artifacts will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test any steel artifact upon ten days notice to the Recipient Organization and the Port Authority.

Dated: New York, New York
       March 5, 2012

                                   _____
                                   THE HON. ALVIN K. HELLERSTEIN
                                   UNITED STATES DISTRICT JUDGE