```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102

ROBERT CHAPMAN & VINCENZA CHAPMAN,

Plaintiff,

-against-

ABATEMENT PROFESSIONALS, *et. al.*,

Defendants.

Docket No. 10cv01372 (AKH)

**STIPULATION OF DISMISSAL AS AGAINST PINNACLE ENVIRONMENTAL CORP.**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of these actions, the claims of the above-referenced plaintiff are hereby dismissed with prejudice as against defendant Pinnacle Environmental Corp. only without costs to either party as against the other.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Pinnacle Environmental Corp.*

Dated: ~~December ___, 2011~~
March 14, 2012

GREGORY J. CANNATA & ASSOCIATES

By: _____
Gregory J. Cannata (GC-1835)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: December 16, 2011

So Ordered
3-15-12
[signature]

118459