UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 2 MC102 (AKH)<br><br>NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) |

To:  Gail L. Ritzert, Esq.
     HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
     114 Old Country - Suite 300
     Mineola, NY 11501
     Attorneys for Defendant, Capital Properties, Inc.

**PLEASE TAKE NOTICE**, pursuant to Rule 30 (b)(6) of the Federal Rules of Civil Procedure, that on March 26, 2012, at 10:00 o'clock a.m., at the office Gregory J. Cannata & Associates, located at 233 Broadway, New York, New York 10270, attorneys for the plaintiffs herein will take the deposition of the above referenced Defendant with reference to "111/113 Broadway" by the person(s) most knowledge regarding the following subjects:

> The witness will be deposed generally and specifically as to the following matters regarding the subject building, and/or as to matters relating thereto, with reference to knowledge the defendant has, has acquired and/or has access to, including written substantiation such as reports, logs, contracts, permits, as well as photographic/video recordings, as well as the personnel associated with the work so referenced as a result of the events of 9/11/01 or as otherwise referenced:

A. Physical and occupancy description of subject building, including its tenants, as of 9/11/01 and thereafter, including the physical structure of the building, as well as its ventilation system and operation thereof.

B. Relationships of the named parties with regard to the subject building as well as non-party contractors or others providing or retaining services at the building as to the 9/11/01

H. Information relating to insurance claims, including surveys, reports, air quality and other testing for toxic substances; and any remediation of same

I. Information relating to any Federal/City/State agencies for applications, permits and violations applied for or received relative to the work at the subject building as a result of the events of 9/11/01; as well as the work performed pursuant to same; as well as corrective actions, if any, directed, warranted or undertaken

Defendant shall designate its/their representative(s) for each subject in writing at least five days before the scheduled date of this deposition. Please note that, under FRCP 30(b)(6), defendant has an obligation for the designated witness to investigate and prepare to testify on the designated topics.

This deposition will continue from day to day, excluding weekends and holidays, until completed. This deposition will be taken by oral examination before a person duly authorized to administer oaths. A stenographer and videographer will record this deposition. Plaintiffs reserve their rights to leave the deposition(s) open, and continue questioning upon receipt of additional materials relevant to the questioning of the witness.

Dated: New York, New York
       March 16, 2012

                                        GREGORY J. CANNATA & ASSOCIATES
                                        Plaintiffs- Liaison Counsel

                                        By:_____
                                        Robert Grochow (RG-1890)
                                        233 Broadway, 5th Floor
                                        New York, New York 10279-0003
                                        (212) 553-9205

To See Attached Service List

## SERVICE LIST

Richard E. Leff, Esq.,
McGivney & Kluger, P.C., 80 Broad Street, 23rd Floor,
New York, New York 10004
(212) 509-3456
rleff@mklaw.us.com


Lee Ann Stevenson , Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4917
leeann.stevenson@kirkland.com


Stanley Goos, Esq.
HARRIS BEACH PLLC,ATTORNEYS AT LAW
100 Wall Street, New York, NY 10005
212.313.5452   Direct
Main, Sgoos@HarrisBeach.com

P Goldstein, Esq.,
McGuireWoods LLP,
1345 Avenue of the Americas,
New York, New York 10105-0106,
212.548.7011
pgoldstein@mcguirewoods.com

John Flannery, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212-915-5663
John.Flannery@wilsonelser.com

Thomas A. Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza,
New York, New York 10006,
(212) 412-9507
tegan@fzwz.com

Alyson N. Villano, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor,
Newark, New Jersey 07102
Direct Line: (973) 848-3903
AVillano@PattonBoggs.com

James Tyrrell, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor,
Newark, New Jersey 07102
(973) 848-5600
jtyrrell@pattonboggs.com

Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor,
Newark, New Jersey 07102
(973) 848-5600
JHopkins@PattonBoggs.com

William Smith, Esq.
Faust Goetz Schenker & Blee
Two Rector Street
New York, New York 10006
(212) 363-6900
wsmith@fgsb.com

Brett Broadwater, Esq.
Kirkland & Ellis, LLP
601 Lexington Ave
New York, New York, 10022
Brett.broadwater@kirkland.com

Gail L. Ritzert, Esq.
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country - Suite 300,
Mineola, NY 11501
(516)620-1710
Gail.Ritzert@hrrvlaw.com