UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE        Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                              21 MC 103

**NOTICE OF MOTION**

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I Richard E. Leff a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Robert Baum
McGivney & Kluger, P.C.
23 Vreeland Road
Florham Park, New Jersey 07932

Robert Baum is a member in good standing of the Bar of the State of New Jersey

---

There is no pending disciplinary proceeding against Robert Baum in any State or Federal Court.

Dated: New York, New York
       April 10, 2012

Respectfully submitted,

Richard E. Leff (RL-2123)
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York  10004
(212) 509-3456
Fax: (646) 520-2163

{F0698671-1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE          Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                          21 MC 103 (AKH)
                                       **AFFIDAVIT OF**
                                       **RICHARD E. LEFF IN**
THIS DOCUMENT APPLIES TO ALL WORLD     **SUPPORT OF MOTION TO**
TRADE CENTER DISASTER LITIGATION       **ADMIT COUNSEL** *PRO HAC*
                                       *VICE*
-----------------------------------------------------------X

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

RICHARD E. LEFF, being duly sworn, hereby deposes and says as follows:

1. I am the attorney of record for various clients involving the World Trade Center Litigation. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of the motion to admit, Robert Baum, as counsel *pro hac vice* to appear as counsel in this litigation.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robert Baum since December 2009.

4. Mr. Baum is a member of my firm, McGivney & Kluger, P.C., located in our offices at 23 Vreeland Road, Florham Park, New Jersey.

5. Mr. Baum is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

{F0698668-1}

6. Accordingly, I am pleased to move the admission of Robert Baum, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Robert Baum, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Robert Baum, *pro hac vice*, to represent defendants in the above-captioned matter, be granted.

Dated: New York, New York
April 10, 2012

Respectfully submitted,

_____
Richard E. Leff (RL-2123)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE      Docket Nos.: 21 MC 102 (AKH)
LITIGATION:     21 MC 103 (AKH)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
THIS DOCUMENT APPLIES TO ALL WORLD     **WRITTEN MOTION**
TRADE CENTER DISASTER LITIGATION

-----------------------------------------------------------X

Upon the motion of Richard E. Leff attorney for Phillips & Jordan, Inc. involving the World Trade Center Litigation and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Robert Baum
> McGivney & Kluger, P.C.
> 23 Vreeland Road
> Florham Park, New Jersey 07932
> (973) 822-1110

is admitted to practice *pro hac vice* as counsel involving the World Trade Center Litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       April 10, 2012

                                                              Honorable Alvin K. Hellerstein

{F0698663-1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE            Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                             21 MC 103

**NOTICE OF MOTION**

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-----------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Richard E. Leff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Jennifer L. Hally
McGivney & Kluger, P.C.
23 Vreeland Road
Florham Park, New Jersey 07932

Jennifer L. Hally is a member in good standing of the Bars of the States of Connecticut, Florida, and New Jersey, and the Commonwealth of Pennsylvania.

---

There is no pending disciplinary proceeding against Jennifer L. Hally in any State or Federal Court.

Dated: New York, New York
       April 10, 2012

                                           Respectfully submitted,

                                           Richard E. Leff (RL-2123)
                                           McGivney & Kluger, P.C.
                                           80 Broad Street, 23rd Floor
                                           New York, New York 10004
                                           (212) 509-3456
                                           Fax: (646) 520-2163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE            Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                                     21 MC 103 (AKH)

**AFFIDAVIT OF RICHARD E. LEFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-------------------------------------------------------------X

STATE OF NEW YORK    )
                                        ss.:
COUNTY OF NEW YORK )

RICHARD E. LEFF, being duly sworn, hereby deposes and says as follows:

1. I am the attorney of record for various clients involving the World Trade Center Litigation. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of the motion to admit, Jennifer L. Hally, as counsel *pro hac vice* to appear as counsel in this litigation.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jennifer L. Hally since 2005.

4. Ms. Hally is a member of my firm, McGivney & Kluger, P.C., located in our offices at 23 Vreeland Road, Florham Park, New Jersey.

5. Ms. Hally is a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jennifer L. Hally, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jennifer L. Hally, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jennifer L. Hally, *pro hac vice*, to represent defendants in the above-captioned matter, be granted.

Dated: New York, New York
April 10, 2012

Respectfully submitted,

_____
Richard E. Leff (RL-2123)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER SITE
LITIGATION:

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-----------------------------------------------------------------X

Docket Nos.: 21 MC 102 (AKH)
               21 MC 103 (AKH)

**ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION**

Upon the motion of Richard E. Leff attorney for Phillips & Jordan, Inc. involving the World Trade Center Litigation and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Jennifer L. Hally
    McGivney & Kluger, P.C.
    23 Vreeland Road
    Florham Park, New Jersey 07932
    (973) 822-1110

is admitted to practice *pro hac vice* as counsel involving the World Trade Center Litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       April 10, 2012

                                                           Honorable Alvin K. Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE WORLD TRADE CENTER SITE           Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                            21 MC 103

**NOTICE OF MOTION**

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I Richard E. Leff a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Michael Lazarus
McGivney & Kluger, P.C.
23 Vreeland Road
Florham Park, New Jersey 07932

Michael Lazarus is a member in good standing of the Bar of the State of New Jersey

There is no pending disciplinary proceeding against Michael Lazarus in any State or Federal Court.

Dated: New York, New York
       April 10, 2012

                                        Respectfully submitted,

                                        Richard E. Leff (RL-2123)
                                        McGivney & Kluger, P.C.
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456
                                        Fax: (646) 520-2163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE           Docket Nos.: 21 MC 102 (AKH)
LITIGATION:                                           21 MC 103 (AKH)
                                        **AFFIDAVIT OF**
                                        **RICHARD E. LEFF IN**
THIS DOCUMENT APPLIES TO ALL WORLD      **SUPPORT OF MOTION TO**
TRADE CENTER DISASTER LITIGATION        **ADMIT COUNSEL *PRO HAC***
                                        ***VICE***

-----------------------------------------------------------X

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

    RICHARD E. LEFF, being duly sworn, hereby deposes and says as follows:

    1.    I am the attorney of record for various clients involving the World Trade Center Litigation. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of the motion to admit, Michael Lazarus, as counsel *pro hac vice* to appear as counsel in this litigation.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Michael Lazarus since August, 2006.

    4.    Mr. Lazarus is a member of my firm, McGivney & Kluger, P.C., located in our offices at 23 Vreeland Road, Florham Park, New Jersey.

    5.    Mr. Lazarus is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael Lazarus, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michael Lazarus, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael Lazarus, *pro hac vice*, to represent defendants in the above-captioned matter, be granted.

Dated: New York, New York
       April 10, 2012

                                      Respectfully submitted,

                                      Richard E. Leff (RL-2123)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER SITE
LITIGATION:

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-----------------------------------------------------------------X

Docket Nos.: 21 MC 102 (AKH)
21 MC 103 (AKH)
**ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION**

Upon the motion of Richard E. Leff attorney for multiple defendants involving the World Trade Center Litigation and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Michael Lazarus
> McGivney & Kluger, P.C.
> 23 Vreeland Road
> Florham Park, New Jersey 07932
> (973) 822-1110

is admitted to practice *pro hac vice* as counsel involving the World Trade Center Litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
April 10, 2012

_____
Honorable Alvin K. Hellerstein