UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
:
IN RE WORLD TRADE CENTER LOWER         : **ORDER GRANTING**
MANHATTAN DISASTER SITE LITIGATION     : **REINSTATEMENT**
:
: 21 MC 102 (AKH)
: 07 Civ. 1669
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

By an order of December 8, 2011, I dismissed 170 cases for failure to supply properly sworn or certified answers to court-ordered interrogatories. As I noted in that order, plaintiffs had been instructed to supply such certified answers as far back as August 29, 2011, and I had enlarged time—over the course of four orders—to do so until December 2, 2011.

Plaintiff Maria Moreno, one of these 170 dismissed plaintiffs, moves to reinstate her case under Rule 60, Fed. R. Civ. P. Plaintiff Moreno was originally identified as Maria Solarte (her maiden name), under the current docket number, 07 Civ. 1669. Under this maiden name, Plaintiff Moreno filed an improper certification. Then, in response to my orders, she filed a proper and timely certification, but now under her new name, Maria Moreno. Cannata Decl. Ex. 4 at 9. However, as no proper certification was ever provided for the name Maria Solarte, Plaintiff Moreno's docket number, 07 Civ. 1669, was inadvertently included in the list of 170 plaintiffs given to the Court, and her case was dismissed.

As Plaintiff Moreno timely filed a proper certification, and as her case was dismissed due to a mistake caused by her name change, I reinstate it. The clerk shall close the motion (Doc. No. 57), and reinstate the docket.

So Ordered.

Dated:  April //, 2012
        New York, New York

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1