UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                              :

IN RE: WORLD TRADE CENTER     :     21 MC 100 (AKH)
DISASTER SITE LITIGATION      :
                              :
-------------------------------------------------------X
                              :

IN RE: WORLD TRADE CENTER LOWER  :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

-------------------------------------------------------X
                              :

IN RE: COMBINED WORLD TRADE CENTER  :   21 MC 103 (AKH)
LOWER MANHATTAN DISASTER      :
SITE LITIGATION (Straddler Plaintiffs)  :
                              :
                              :     **NOTICE OF APPEARANCE**
-------------------------------------------------------X

To the clerk of this court and all parties of record:

**PLEASE TAKE NOTICE,** that Richard Fama of Cozen O'Connor, hereby enters an appearance on behalf of Defendants, LVI ENVIRONMENTAL SERVICES, INC. and LVI SERVICES, INC., and requests that copies of all papers in this action be served upon the undersigned.

April 27, 2012
Date:

RF5358
Bar Number:

212-509-9400
Telephone Number:

212-509-9492
Fax Number:

rfama@cozen.com
Email address

Signature:

Richard Fama
Print Clearly or Type Name

45 Broadway, Ste 16
New York, New York 10006
Address

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Richard Fama, Esq.

NEWYORK_DOWNTOWN\2457564\1 182796.000