UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER              :   21 MC 102(AKH)
DISASTER SITE LITIGATION               :   21 MC 103 (AKH)
:
------------------------------------------------------------X
:
THIS DOCUMENT APPLIES TO ALL CASES     :   **NOTICE OF APPEARANCE**
IN THE WORLD TRADE CENTER              :
DISASTER SITE LITIGATION IN WHICH      :
AIG REALTY, INC., AMERICAN             :
INTERNATIONAL REALTY CORP.             :
AND AMERICAN INTERNATIONAL REALTY      :
GROUP IS A DEFENDANT                   :
------------------------------------------------------------X

To the clerk of this court and all parties of record:

**PLEASE TAKE NOTICE,** that Anita B. Weinstein of Cozen O'Connor, hereby enters an appearance on behalf of Defendants, AIG Realty, Inc., American International Realty Corp. and American International Realty Group and requests that copies of all papers in this action be served upon the undersigned.

May 1, 2012
Date:

Signature:

Pro Hac Vice – 8/21/2007 (AW-XXXX)
Bar Number:

Anita B. Weinstein, Esq
Print Clearly or Type Name

215-665-2059
Telephone Number

215-701-2059
Fax Number:

1900 Market Street
The Atrium
Philadelphia, PA 19103
Address

aweinstein@cozen.com
Email address

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2012, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        Anita B. Weinstein (AW-XXXX)

NEWYORK_DOWNTOWN\2458408\1 203149.000