# DARGER ERRANTE YAVITZ & BLAU LLP
ATTORNEYS AND COUNSELLORS AT LAW

116 EAST 27TH STREET AT PARK AVENUE
NEW YORK, NEW YORK 10016
TELEPHONE (212) 452-5300 • FAX (212) 452-5301
www.deybllp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 6/3/12

Craig Blau, Esq.
Direct Phone: 212 452 5379
Email: cblau@deybllp.com

April 27, 2012

**By FACSIMILE**



RECEIVED
APR 30 2012
CHAMBERS
ALVIN K. HELLER
U.S.D.J.

Chambers of the Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007
Facsimile: 212.805.7942

*Fernando Venegas and Mayra Amaro Venegas v. 3m Company, individually and as successor to Minnesota Mining and Manufacturing Company, et al.*
Civil Action Nos. 1:12-cv-03235-AKH and/or 1:12-cv-03206-UA
Master Docket Nos. 1:21-mc-102 and/or 1:21-mc-103
(New York County Supreme Court Index No. 190121-12)

Dear Judge Hellerstein:

I am writing on behalf of defendant Mine Safety Appliances Company (MSA) to request an extension of time. MSA's responsive pleading was originally due on April 21, 2012. While this case was pending in the New York County Supreme Court, MSA and plaintiffs agreed to an extension of this deadline to May 21, 2012. Yesterday MSA received notice of the case's removal to federal court. In light of this development, plaintiffs, through their counsel Belluck & Fox, LLP, have agreed to an additional extension of MSA's time to answer or otherwise respond to plaintiffs' verified complaint to June 4, 2012. Accordingly, we respectfully request the Court's approval of the extension to June 4, 2012. Thank you for your consideration.

Sincerely,

Craig Blau  NAP

Craig Blau
Darger Errante Yavitz & Blau LLP
Counsel for Defendant Mine Safety Appliances Company

So ordered
5-3-12
/s/ AKH

cc via email:   Jordan C. Fox
Belluck & Fox, LLP
Counsel for Plaintiffs Fernando Venegas and Mayra Amaro Venegas