UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERNANDO VENEGAS and                              :
MAYRA AMARO VENEGAS,                              :     21MC102
                Plaintiffs,              :     21MC103
                                                  :
      -against-                                 :     1:12cv03235(AKH)
                                                  :     1:12cv03206
3MCOMPANY, INDIVIDUALLY AND                       :
AS SUCCESSOR TO MINNESOTA MINING                  :
AND MANUFACTURING COMPANY, ET AL.:
                Defendants.              :     **NOTICE OF APPEARANCE**
-------------------------------------------------------------X

To the clerk of this court and all parties of record:

    **PLEASE TAKE NOTICE,** that Anita B. Weinstein of Cozen O'Connor, hereby enters an appearance on behalf of Defendants, Tishman Construction Corporation, Tishman Interiors Corporation and Tishman Realty & Construction Co., Inc. and requests that copies of all papers in this action be served upon the undersigned.


May 7, 2012                              /s/
Date:                                    _____
                                         Signature:


Pro Hac Vice – 8/21/2007 (AW-XXXX)
Bar Number:
                                         Anita B. Weinstein, Esq
                                         Print Clearly or Type Name
215-665-2059
Telephone Number


215-701-2059                             1900 Market Street
Fax Number:                              The Atrium
                                         Philadelphia, PA 19103
aweinstein@cozen.com                     Address
Email address

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| FERNANDO VENEGAS and MAYRA AMARO VENEGAS,<br><br>                    Plaintiffs,<br><br>          - against -<br><br>3M COMPANY, Individually and as Successor to<br>          Minnesota Mining and Manufacturing<br>          Company;<br>ALCOA INC., Individually and as successor in interest<br>          to Tilo Roofing Co.;<br>AMBIENT GROUP, INC.;<br>AMERICAN STANDARD, INC.;<br>BANK OF NEW YORK TRUST COMPANY NA<br>          (THE);<br>BANKERS TRUST COMPANY;<br>BANKERS TRUST CORPORATION n/k/a Deutsche<br>Bank Trust Corporation;<br>BANKERS TRUST NEW YORK CORPORATION<br>          n/k/a Deutsche Bank Trust Corporation;.<br>BT PRIVATE CLIENTS CORP. n/k/a DB Private<br>          Clients Corp.;<br>BURNHAM CORPORATION;<br>CRANE CO.;<br>DEUTSCHE BANK TRUST COMPANY<br>          AMERICAS;<br>DEUTSCHE BANK TRUST COMPANY;<br>DEUTSCHE BANK TRUST CORPORATION;<br>GRINNELL CORPORATION;<br>HONEYWELL INTERNATIONAL, INC. f/k/a<br>          AlliedSignal, Inc., and as Successor-in-Interest<br>          to The Bendix Corp.;<br>JONES LANG LASALLE AMERICAS, INC.;<br>MARIO & DIBONO PLASTERING CO. INC.;<br>METROPOLITAN LIFE INSURANCE COMPANY;<br>MSA;<br>NORTH SAFETY;<br>PEERLESS INDUSTRIES, INC.;<br>TISHMAN CONSTRUCTION CORPORATION;<br>TISHMAN INTERIORS CORPORATION;<br>TISHMAN LIQUIDATING CORPORATION;<br>TISHMAN REALTY & CONSTRUCTION CO., INC.;<br>TISHMAN SPEYER PROPERTIES, INC.;<br>TRANE U.S. INC. f/k/a American Standard, Inc.; | FULL CAPTION RIDER<br>21MC102<br>21MC103<br>1:12CV03235(AKH)<br>1:12cv03206 (AKH) |

TULLY CONSTRUCTION CO. INC.;
TULLY INDUSTRIES, INC.;
TYCO FLOW CONTROL, INC., Individually and as
    Successor to Keystone, Yarway Corporation
    and Grinnell Corporation;
TYCO INTERNATIONAL (US) INC., Individually
    and as Successor to Hancock Valves, Keystone,
    Lonergan Valves and Yarway Corporation and
    Grinnell Corporation;
WEIL McLAIN, a division of Marley Wylain
    Company.

                                Defendants.

------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2012, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/

                                       Anita B. Weinstein (AW-XXXX)

NEWYORK_DOWNTOWN\2460154\1 321571.000