UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
: **ORDER SETTING ORAL**
: **ARGUMENT**
IN RE WORLD TRADE CENTER LOWER :
MANHATTAN DISASTER SITE LITIGATION :
: 21 MC 102 (AKH)
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument will be held in the above-captioned matter, regarding defendants' Motion to Dismiss Certain Cases Pursuant to the Court's December 22, 2011 Order, on June 12, 2012 at 11:00 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:   May 18, 2012
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: 5/21/12

1