UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE WORLD TRADE CENTER SITE
LITIGATION:

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

-----------------------------------------------------------X

Docket Nos.: 21 MC 102 (AKH) –
21 MC 103 (AKH)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
**WRITTEN MOTION**

Upon the motion of Richard E. Leff attorney for Phillips & Jordan, Inc. involving the World Trade Center Litigation and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Jennifer L. Hally
> McGivney & Kluger, P.C.
> 23 Vreeland Road
> Florham Park, New Jersey 07932
> (973) 822-1110

is admitted to practice *pro hac vice* as counsel involving the World Trade Center Litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
April 10, 2012
May 11,

_____
Honorable Alvin K. Hellerstein

{Order for Admission-1}