

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:     CASE NO.: 21-MC-102 (AKH)
:     21-MC-103 (AKH)
IN RE: WORLD TRADE CENTER         :
LOWER MANHATTAN DISASTER          :     ECF Case
SITE LITIGATION                   :
:     **MOTION TO ADMIT COUNSEL**
:     ***PRO HACE VICE***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **ELIZABETH M.Z. TIMMERMANS**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above-captioned action.

I am in good standing of the bars of the States of North Carolina and South Carolina, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 31, 2012

Respectfully submitted,

_____

Applicant's Name:  **ELIZABETH M.Z. TIMMERMANS**
Firm Name:         McGuireWoods LLP
Address:           434 Fayetteville Street, Suite 2600
City/State/Zip:    Raleigh, North Carolina 27601
Phone Number:      (919) 755-6576
Fax Number:        (919) 755-6505
E-mail:            eztimmermans@mcguirewoods.com

\39295805.1

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Elizabeth Marion Zwickert Timmermans admitted as an attorney in this state on November 14, 2011, and is currently an active member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____
Deputy Clerk for Bar Admissions

Columbia, South Carolina

May 23, 2012

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 28, 2009, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## ELIZABETH ZWICKERT TIMMERMANS

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this May 23, 2012.

*Christie S Cameron Roeder*

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
:           CASE NO.: 21-MC-102 (AKH)
:                         21-MC-103 (AKH)
IN RE: WORLD TRADE CENTER               :
LOWER MANHATTAN DISASTER        :           ECF Case
SITE LITIGATION                                       :
:
:           **CERTIFICATE OF SERVICE**
------------------------------------------------x

This is to certify that a true and correct copy of **ELIZABETH M.Z. TIMMERMANS'** Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be served on all parties via the Court's CM/ECF System.

Dated: May 31, 2012

_____
James J. Simonelli

\39295805.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
: CASE NO.: 21-MC-102 (AKH)
:                21-MC-103 (AKH)
IN RE: WORLD TRADE CENTER :
LOWER MANHATTAN DISASTER : ECF Case
SITE LITIGATION :
: **ORDER FOR ADMISSION**
: *PRO HACE VICE*
------------------------------------------------- x

The motion of **ELIZABETH M.Z. TIMMERMANS** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the States of North Carolina and South Carolina; and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | **ELIZABETH M.Z. TIMMERMANS** |
| Firm Name: | McGuireWoods LLP |
| Address: | 434 Fayetteville Street, Suite 2600 |
| City/State/Zip: | Raleigh, North Carolina 27601 |
| Phone Number: | (919) 755-6576 |
| Fax Number: | (919) 755-6505 |
| E-mail: | eztimmermans@mcguirewoods.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2012                         SO ORDERED:

                                                                              _____
                                                                              United States District Judge

\39295805.1