UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER          CASE NO.: 21-MC-102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                21-MC-103 (AKH)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

------------------------------------------------------------------X
ECF CASE

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kristina Raevska, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant William F. Collins, Architect in the above-captioned actions.

     I am in good standing of the bar of the State of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 17, 2012

                                       Respectfully Submitted,

                                       Kristina Raevska
                                       Lewis Brisbois Bisgaard & Smith, LLP
                                       77 Water Street, Suite 2100
                                       New York, New York 10005
                                       T: (212) 232-1300
                                       F: (212) 232-1399
                                       kraevska@lbbslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER      CASE NO.: 21-MC-102 (AKH)
MANHATTAN DISASTER SITE LITIGATION             21-MC-103 (AKH)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

-----------------------------------------------------------------------X   ECF CASE

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kristina Raevska, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Syska Hennessy Group, Inc. i/s/h/a Syska and Hennessy in the above-captioned actions.

    I am in good standing of the bar of the State of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 17, 2012

                                      Respectfully Submitted,

                                      Kristina Raevska
                                      Lewis Brisbois Bisgaard & Smith, LLP
                                      77 Water Street, Suite 2100
                                      New York, New York 10005
                                      T: (212) 232-1300
                                      F: (212) 232-1399
                                      kraevska@lbbslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   ECF CASE

IN RE WORLD TRADE CENTER LOWER        CASE NO.: 21-MC-102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                 21-MC-103 (AKH)

**ORDER FOR ADMISSION**
-------------------------------------------------------------X   *PRO HAC VICE*

The motion of Kristina Raevska, for admission to practice *Pro Hac Vice* in the above captioned actions is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Massachusetts; and that her contact information is as follows:

Kristina Raevska
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, New York 10005
T: (212) 232-1300
F: (212) 232-1399
kraevska@lbbslaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Syska Hennessy Group, Inc. i/s/h/a Syska and Hennessy in the above entitled actions.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

This _____ day of _____, 2012.

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

CASE NO.: 21-MC-102 (AKH)
21-MC-103 (AKH)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

------------------------------------------------------------X

The motion of Kristina Raevska, for admission to practice *Pro Hac Vice* in the above captioned actions is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Massachusetts; and that her contact information is as follows:

Kristina Raevska
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, New York 10005
T: (212) 232-1300
F: (212) 232-1399
kraevska@lbbslaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant William F. Collins, Architect in the above entitled actions.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

This _____ day of _____, 2012.

_____
United States District Judge

4837-3200-2831.1

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

**Kristina Raevska**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **April** in the year of our Lord **two thousand and twelve.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

William F. Collins, Architect (Defendant)

## AFFIDAVIT OF SERVICE BY MAIL

Mary Parker, being duly sworn, deposes and says:

1. I am not a party to this action.

2. I am over 18 years of age and am employed by Lewis Brisbois Bisgaard and Smith, LLP, at 77 Water Street, Suite 2100, New York, New York 10005.

3. On May 17, 2012, I served the within

- MOTION FOR ADMISSION PRO HAC VICE;

- CERTIFICATE OF GOOD STANDING; and

- PROPOSED ORDER FOR ADMISSION PRO HAC VICE

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each of the following:

**[SEE ATTACHED SERVICE LIST]**

_____
MARY PARKER

Sworn to before me this

17th day of May, 2012

_____
Notary Public

MADELINE ROESCH
Notary Public, State of New York
No. 01RO6004687
Qualified in Queens County
Commission Expires March 30, 2014

## SERVICE LIST

Robert Grochow, Esq.
Robert Grochow Law Office
233 Broadway, #5
New York, New York 10279
Rgrochow@aol.com
Cannata@cannatalaw.com

Joseph Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs, LLP
1185 Avenue of Americas, 30th Floor
New York, New York 10036
avillano@pattonboggs.com
jhopkins@pattonboggs.com

Lee Ann Stevenson, Esq.
Kirkland Ellis, LLP
601 Lexington Avenue
New York, New York 10022
Leeann.stevenson@kirkland.com or lstevenson@kirkland.com
bbroadwater@kirkland.com

Richard Leff, Esq.
McGivney & Kluger
80 Broad Street, 23rd Floor
New York, New York 10004
rleff@mklaw.us.com

Paul Napoli, Esq.
Worby Groner Edelman Napoli & Bern, LLP
Empire State Building
350 Fifth Avenue, Ste. 7413
New York, New York 10016
clopalo@nbrlawfirm.com
pnapoli@nbrlawfirm.com

Syska Hennessy Group, Inc. (Defendant)

## AFFIDAVIT OF SERVICE BY MAIL

Mary Parker, being duly sworn, deposes and says:

1. I am not a party to this action.

2. I am over 18 years of age and am employed by Lewis Brisbois Bisgaard and Smith, LLP, at 77 Water Street, Suite 2100, New York, New York 10005.

3. On May 17, 2012, I served the within

- MOTION FOR ADMISSION PRO HAC VICE;
- CERTIFICATE OF GOOD STANDING; and
- PROPOSED ORDER FOR ADMISSION PRO HAC VICE

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each of the following:

**[SEE ATTACHED SERVICE LIST]**

_____
MARY PARKER

Sworn to before me this

17th day of May, 2012

_____
Notary Public

MADELINE ROESCH
Notary Public, State of New York
No. 01RO6004687
Qualified in Queens County
Commission Expires March 30, 2014

4843-7170-0495.1

Syska Hennessy Group, Inc. (Defendant)

## SERVICE LIST

Robert Grochow, Esq.
Robert Grochow Law Office
233 Broadway, #5
New York, New York 10279
Rgrochow@aol.com
Cannata@cannatalaw.com

Joseph Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs, LLP
1185 Avenue of Americas, 30th Floor
New York, New York 10036
avillano@pattonboggs.com
jhopkins@pattonboggs.com

Lee Ann Stevenson, Esq.
Kirkland Ellis, LLP
601 Lexington Avenue
New York, New York 10022
Leeann.stevenson@kirkland.com or lstevenson@kirkland.com
bbroadwater@kirkland.com

Richard Leff, Esq.
McGivney & Kluger
80 Broad Street, 23rd Floor
New York, New York 10004
rleff@mklaw.us.com

Paul Napoli, Esq.
Worby Groner Edelman Napoli & Bern, LLP
Empire State Building
350 Fifth Avenue, Ste. 7413
New York, New York 10016
clopalo@nbrlawfirm.com
pnapoli@nbrlawfirm.com

4843-7170-0495.1

MR

| Vendor No.: 38222 | U.S. District Court - Southern New York | | | | Check No.: | 106292 |
|---|---|---|---|---|---|---|
| Invoice Date | Invoice No. | Description | Disb. Code | Voucher No. | Account No./ File No. | Amount |
| 5/17/12 | NY-100191 | Filing Of Document | 5 | 1509848 | 29971-6 | 200.00 |
| | | | | | **Total Amount:** | **200.00** |

WARNING - Do not cash unless you can verify a color change - Rub Briskly to Verify

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWYERS
SUITE 2100
77 WATER STREET
NEW YORK, NY 10005
TELEPHONE (212) 232-1300

Comerica Bank-California
Los Angeles Downtown

CHECK NO. 106292

90-3752/1211

DATE: 05/17/2012          $ ************200.00

PAY: Two Hundred and 00/100************************************************************

Draft void 120 days from date issued
LEWIS BRISBOIS BISGAARD & SMITH LLP
New York Operating Account

TO THE ORDER OF: **U.S. District Court Southern District of New York**

R Cannon

⑈106292⑈ ⑆121137522⑆ 189433616⑈