```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
                                    :   CASE NO.: 21-MC-102 (AKH)
                                    :               21-MC-103 (AKH)
IN RE: WORLD TRADE CENTER           :
LOWER MANHATTAN DISASTER            :   ECF Case
SITE LITIGATION                     :
                                    :   **ORDER FOR ADMISSION**
                                    :   ***PRO HACE VICE***
----------------------------------- x

The motion of **ELIZABETH M.Z. TIMMERMANS** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the States of North Carolina and South Carolina; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **ELIZABETH M.Z. TIMMERMANS** |
| Firm Name: | McGuireWoods LLP |
| Address: | 434 Fayetteville Street, Suite 2600 |
| City/State/Zip: | Raleigh, North Carolina 27601 |
| Phone Number: | (919) 755-6576 |
| Fax Number: | (919) 755-6505 |
| E-mail: | eztimmermans@mcguirewoods.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for defendants Merrill Lynch & Co., Inc. and 222 Broadway LLC in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 7, 2012

SO ORDERED:

_____
United States District Judge

\39295805.1