UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U.S. ...
D... UMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/12
```

-------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

-------------------------------------------------------------------X

CASE NO.: 21-MC-102 (AKH)

RELATED
CASE NO.: 21-MC-103 (AKH)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Kristina Raevska, for admission to practice *Pro Hac Vice* in the above captioned actions is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Massachusetts; and that her contact information is as follows:

Kristina Raevska
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, New York 10005
T: (212) 232-1300
F: (212) 232-1399
kraevska@lbbslaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants William F. Collins, Architect and Syska Hennessy Group, Inc. i/s/h/a Syska and Hennessy in the above entitled actions.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

This 7 th day of June, 2012.

United States District Judge