# McGIVNEY & KLUGER, P.C.

80 BROAD STREET, 23rd FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE (212) 509-3456
FACSIMILE (212) 509-4420

rleff@mcgivneyandkluger.com

June 8, 2012



*The argument is adjourned to July 23 2012 at 3:30 pm, Courtroom 14D. So Ordered. 6-8-12*

**VIA FACSIMILE**
(212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for
the Western District of New York
500 Pearl Street
New York, New York 10007

RE:  In Re:  World Trade Center Disaster Site Litigation, 21 MC 102(AKH)

Dear Judge Hellerstein:

Due to various scheduling conflicts, the Defendant's hereby respectfully requesting that argument of the Defense Motion to Dismiss, currently scheduled for Tuesday, June 12th, be adjourned. We are requesting that the argument be rescheduled for July 16th or July 23rd. Plaintiff's counsel has provided their consent to the requested adjournment.

Thank you for your time and consideration in this matter.

Respectfully submitted,

On Behalf of the Defense Liaison Committee
McGIVNEY & KLUGER, P.C.

By: Richard E. Leff

BOSTON   FARMINGTON   FORT LAUDERDALE   FLORHAM PARK   NEW YORK
PHILADELPHIA   PROVIDENCE   SPARTA   SYRACUSE   WILMINGTON