

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-12

# AHMUTY, DEMERS & McMANUS
### ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433
FACSIMILE (516) 294-5387

640 JOHNSON AVENUE
SUITE 101
BOHEMIA, NEW YORK 11716
(631) 244-4300

33 CHURCH STREET
SUITE 206
WHITE PLAINS, NEW YORK 10601
(914) 344-1144

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

60 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 644-7300

June 14, 2012

VIA FAX TRANSMISSION; (212) 805-7942

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, N.Y.



RECEIVED
JUN 15 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

   Re:   World Trade Center Litigation
       21 mc 102 and 21 mc 103

Dear Judge Hellerstein:

This office represents Hillmann Environmental Group, LLC in the above litigation. We are writing jointly with plaintiffs' liaison counsel, Greg Cannata and Robert Grochow concerning the scheduling of depositions.

Hillmann is a named defendant in hundreds of cases involving Hillmann's work at four buildings, 140 West Street (Verizon), One Liberty Plaza, 22 Cortlandt and 2 World Financial Center. Hillmann was already deposed regarding 22 Cortlandt and we have scheduled dates for Verizon and One Liberty. We have been working with plaintiff's counsel to schedule a date for 2 World Financial Center.

Due to the number of depositions scheduled as well as work commitments and personal commitments, it is impossible to arrange a date that is acceptable for all concerned within the court deadline of August 3, 2012. We are asking that we be permitted to produce our witness on a mutually convenient date of August 9 or 10. We note that while these dates are beyond the August 3rd cut off, they are before the next scheduled court conference of August 15th. No prior application has been made for the relief requested herein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-12

So Ordered
6-15-12
*[signature]*

Re: World Trade Center Litigation
21 mc 102 and 21 mc 103

Thank you for your consideration herein.

Respectfully submitted,

By: *[signature]*
Salvatore J. Calabrese, Esq.
Ahmuty Demers & McManus
123 William Street
New York, N.Y. 10038
Tel – (212) 513-7788
Fax – (212) 513-7843
Direct – (646) 536-5789
Salvatore.Calabrese@admlaw.com

By: *[signature]*
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279
Tel: (212) 553 - 9205
Fax: (212) 227 - 4141