


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER           : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        : 21 MC 103 (AKH)
                                          :
---------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES        :
IN THE WORLD TRADE CENTER LOWER           :   STIPULATION AND ORDER FOR
MANHATTAN DISASTER SITE LITIGATION        :   SUBSTITUTION OF COUNSEL
SET FORTH ON SCHEDULE A HERETO            :
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the firm of McGuireWoods LLP, 1345 Avenue of the Americas, 7th Floor, New York, New York 10105-0106, be substituted as counsel for record for defendant Battery Park City Authority in the cases set forth on Schedule A hereto (with respect to the claims therein involving Two World Financial Center (225 Liberty Street) and/or Four World Financial Center (250 Vesey Street)), in place and in stead of Dickstein Shapiro LLP.

Dated:  June __, 2012

DICKSTEIN SHAPIRO LLP                    McGUIREWOODS LLP

By: _____            By: _____
Judith R. Cohen (JC 8614)                Phillip Goldstein (PG 4770)
1633 Broadway                            1345 Avenue of the Americas
New York, New York 10019                 New York, New York 10105-0106
Tel.: (212) 277-6565                     Tel.: (212) 548-2100
Fax: (212) 277-6501                      Fax: (212) 548-2150

Former Attorneys for                     Substituting Attorneys for
BATTERY PARK CITY AUTHORITY              BATTERY PARK CITY AUTHORITY

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

6/21/12

Schedule A
21MC102

| Name | Case No. |
|---|---|
| Sanchez, Alex Anthony | 05CV01091 |
| Checo, Manuel | 05CV01093 |
| Ramirez, Iris Norma | 05CV05666 |
| Wszolkowski, Dariusz | 06CV05344 |
| Mierzejewski, Ireneusz | 06CV01513 |
| Krupinski, Leszek | 06CV01519 |
| Ropel, Waldemar | 06CV01520 |
| Kowalewski, Tadeusz | 06CV01521 |
| Pogorzelski, Jozef | 06CV02748 |
| Sobol, Andrzej | 06CV04171 |
| Zanabria, Miguel | 06CV05319 |
| Arce, Monica | 06CV05323 |
| Acosta, Ruben | 06CV05335 |
| Daikoku, Alex | 06CV05342 |
| Campuzano, Joaquin | 07CV01478 |
| Reinoso, Bolivar | 07CV01516 |
| Mnich, Marian | 08CV05674 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION : 21 MC 103 (AKH)

--------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES : AFFIDAVIT OF PHILIP
IN THE WORLD TRADE CENTER LOWER : GOLDSTEIN IN SUPPORT OF
MANHATTAN DISASTER SITE LITIGATION : <u>SUBSTITUTION OF COUNSEL</u>
SET FORTH ON SCHEDULE A HERETO :
--------------------------------------------------------------X

State of New York   )
                    )ss.:
County of New York  )

PHILIP GOLDSTEIN, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and of the United States District Court for the Southern District of New York, and am a partner with the firm of McGuireWoods LLP. I submit this affidavit pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, in support of the accompanying Stipulation and Order for Substitution of Counsel.

2. McGuireWoods LLP currently represents 21MC102 defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway LLC and is one of the firms in the Co-Defense Liaison Counsel Group. Pursuant to the indemnification provisions in the leases for Two and Four World Financial Center, Battery Park City Authority had previously requested that Dickstein Shapiro LLP be substituted as counsel of record in the cases set forth on Schedule A to the Stipulation and Order for Substitution of Counsel, with respect to the claims in those cases involving Two and/or Four World Financial Center. That substitution of counsel was So Ordered by this Court on May 3, 2010.

3. On May 6, 2011, this Court So Ordered a substitution of counsel, wherein McGuireWoods LLP was substituted as counsel of record for defendants Merrill Lynch & Co.

and/or 222 Broadway LLC in a number of cases, including each of the cases listed on Schedule A hereto.

4. No trial date has yet been set in any of these cases.

5. As set forth above, McGuireWoods LLP already is representing Merrill Lynch in connection with all of the cases listed on Schedule A and accordingly, the substitution of counsel will not result in any prejudice or delay.

_____
Philip Goldstein

Sworn to before me this
(7th) day of June, 2012.

_____
Notary Public

\39043117.1

EILEEN CHIN
Notary Public, State of New York
No. 01CH6075750
Qualified in New York County
Commission Expires June 10, 20__