

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :     21 MC 103 (AKH)
                                                              :
-------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES    :
IN THE WORLD TRADE CENTER LOWER       :  STIPULATION AND ORDER FOR
MANHATTAN DISASTER SITE LITIGATION  :  SUBSTITUTION OF COUNSEL
SET FORTH ON SCHEDULE A HERETO         :
                                                              :
-------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the firm of McGuireWoods LLP, 1345 Avenue of the Americas, 7th Floor, New York, New York 10105-0106, be substituted as counsel for record for defendants WFP Tower B Co. L.P., WFP Tower B. Co. G.P. Corp., WFP Tower D Co. L.P., and/or WFP Tower D Co. G.P. Corp. (collectively, "Defendants") in the cases set forth on Schedule A hereto (with respect to the claims therein involving Two World Financial Center (225 Liberty Street) and/or Four World Financial Center (250 Vesey Street)), in place and in stead of Faust Goetz Schenker & Blee LLP.

Dated:    May __, 2012

FAUST GOETZ SCHENKER & BLEE LLP                McGUIREWOODS LLP

By: _____                              By: _____
William J. Smith (WS 9137)                                       Philip Goldstein (PG 4770)
2 Rector Street                                                             1345 Avenue of the Americas
New York, New York 10006                                       New York, New York 10105-0106
Tel.: (212) 363-6900                                                   Tel.: (212) 548-2100
Fax: (212) 363-1090                                                   Fax: (212) 548-2150

Former Attorneys for Defendants                             Substituting Attorneys for Defendants

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

6-21-12

## Schedule A
## 21MC102

| Name | Case No. |
|---|---|
| Arce, Monica | 06CV05323 |
| Ciborowski, Henryk | 10CV04226 |
| Kowalewski, Tadeusz | 06CV01521 |
| Krupinski, Leszek | 06CV01519 |
| Lelek, Antoni | 10CV06862 |
| Lupinski, Boguslaw | 05CV06284 |
| Maksimiuk, Marina | 06CV05291 |
| Muszkatel, Jerzy | 06CV05285 |
| Portilla, Lucila | 10CV06870 |
| Reinoso, Bolivar | 07CV01516 |
| Retelski, Marian | 10CV06868 |
| Sobol, Andrzej | 06CV04171 |
| Sowa, Mieczyslaw | 05CV02446 |
| Wszolkowski, Dariusz | 06CV05344 |

## 21MC103

| Name | Case No. |
|---|---|
| Chapman, Robert | 10CV01372, 10CV06908 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :   21 MC 103 (AKH)
                                       :
------------------------------------------------------------ X
THIS DOCUMENT APPLIES TO ALL CASES     :   **AFFIDAVIT OF PHILIP**
IN THE WORLD TRADE CENTER LOWER        :   **GOLDSTEIN IN SUPPORT OF**
MANHATTAN DISASTER SITE LITIGATION     :   **SUBSTITUTION OF COUNSEL**
SET FORTH ON SCHEDULE A HERETO         :
------------------------------------------------------------ X

State of New York  )
                   )ss.:
County of New York )

    PHILIP GOLDSTEIN, being duly sworn, deposes and says:

    1. I am a member of the Bar of the State of New York and of the United States District Court for the Southern District of New York, and am a partner with the firm of McGuireWoods LLP. I submit this affidavit pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, in support of the accompanying Stipulation and Order for Substitution of Counsel.

    2. McGuireWoods LLP currently represents 21MC102 defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway LLC and is one of the firms in the Co-Defense Liaison Counsel Group. Pursuant to the indemnification provisions in the leases for Two and Four World Financial Center, defendants WFP Tower B Co. L.P., WFP Tower B. Co. G.P. Corp., WFP Tower D Co. L.P., and/or WFP Tower D Co. G.P. Corp. have requested that McGuireWoods LLP be substituted as counsel of record in the cases set forth on Schedule A to the Stipulation and Order for Substitution of Counsel, with respect to the claims in those cases involving Two and/or Four World Financial Center.

    3. No trial date has yet been set in any of these cases.

4. McGuireWoods LLP already is representing Merrill Lynch in connection with all of the cases listed on Schedule A and accordingly, the substitution of counsel will not result in any prejudice or delay.

_____
Philip Goldstein

Sworn to before me this
6th day of June 2012.

_____
Notary Public

\39045593.1

EILEEN CHIN
Notary Public, State of New York
No. 01CH6075750
Qualified in New York County
Commission Expires June 10, 20 14