

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE: WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION : 21 MC 103 (AKH)
:
----------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES :
IN THE WORLD TRADE CENTER LOWER : **STIPULATION AND ORDER FOR**
MANHATTAN DISASTER SITE LITIGATION : **SUBSTITUTION OF COUNSEL**
SET FORTH ON SCHEDULE A HERETO :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the firm of McGuireWoods LLP, 1345 Avenue of the Americas, 7th Floor, New York, New

York 10105-0106, be substituted as counsel for record for defendant Battery Park City Authority

in the cases set forth on Schedule A hereto (with respect to the claims therein involving Two

World Financial Center (225 Liberty Street) and/or Four World Financial Center (250 Vesey

Street)), in place and in stead of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP.

Dated:   May ___, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN        McGUIREWOODS LLP
       & DICKER LLP

By: _____              By: _____
John M. Flannery (JF 0229)               Philip Goldstein (PG 4770)
3 Gannett Drive                          1345 Avenue of the Americas
White Plains, New York 10604             New York, New York 10105-0106
Tel.: (914) 323-7000                     Tel.: (212) 548-2100
Fax: (914) 323-7001                      Fax: (212) 548-2150

Former Attorneys for                     Substituting Attorneys for
BATTERY PARK CITY AUTHORITY              BATTERY PARK CITY AUTHORITY

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

6-21-12

Schedule A
21MC102

| Name | Case No. |
|---|---|
| Balcer, Waldemar | 06CV05325 |
| Cardenas, Carlos | 10CV06907 |
| Ciborowski, Henryk | 10CV04226 |
| Cieslak, Romuald | 05CV06240, 05CV06285 |
| Ginter, Janusz | 06CV05337 |
| Glowaty, Marek | 09CV10591 |
| Koszelnik, Anatol | 06CV05283 |
| Lelek, Antoni | 10CV06862 |
| Maksimiuk, Marina | 06CV05291 |
| Matuszewksi, Piotr | 06CV01514 |
| Miroschnychenko, Oleksiy | 10Cv06883 |
| Muszkatel, Jerzy | 06CV05285 |
| Perzynska, Irena | 06CV05345, 10CV06900 |
| Portilla, Lucila | 10CV06870 |
| Puello, Maria | 07CV11294 |
| Socha, Marek | 09CV00680 |
| Sowa, Mieczyslaw | 05CV02446 |
| Zdanowicz, Jan | 09CV02258 |
| Zietek, Andrej | 09CV03770 |

21MC103

| Name | Case No. |
|---|---|
| Chapman, Robert | 10CV01372, 10CV06908 |
| Espinoza, Alonso | 08CV09720, 10CV06902 |
| Galazka, Joseph | 10CV06903 |
| Kacperski, Zbigniew | 10CV06906 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER            : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :  21 MC 103 (AKH)
                                                                     :
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES  :  **AFFIDAVIT OF PHILIP**
IN THE WORLD TRADE CENTER LOWER        :  **GOLDSTEIN IN SUPPORT OF**
MANHATTAN DISASTER SITE LITIGATION  :  **SUBSTITUTION OF COUNSEL**
SET FORTH ON SCHEDULE A HERETO         :
------------------------------------------------------------X

State of New York       )
                                    )ss.:
County of New York   )

        PHILIP GOLDSTEIN, being duly sworn, deposes and says:

        1.    I am a member of the Bar of the State of New York and of the United States District Court for the Southern District of New York, and am a partner with the firm of McGuireWoods LLP. I submit this affidavit pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, in support of the accompanying Stipulation and Order for Substitution of Counsel.

        2.    McGuireWoods LLP currently represents 21MC102 defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway LLC and is one of the firms in the Co-Defense Liaison Counsel Group. Pursuant to the indemnification provisions in the leases for Two and Four World Financial Center, Battery Park City Authority has requested that McGuireWoods LLP be substituted as counsel of record in the cases set forth on Schedule A to the Stipulation and Order for Substitution of Counsel, with respect to the claims in those cases involving Two and/or Four World Financial Center.

        3.    No trial date has yet been set in any of these cases.

4.  McGuireWoods LLP already is representing Merrill Lynch in connection with all but one of the cases listed on Schedule A and accordingly, the substitution of counsel will not result in any prejudice or delay.

Philip Goldstein

Sworn to before me this
19th day of June, 2012.

Notary Public

\39031195.1

EILEEN CHIN
Notary Public, State of New York
No. 01CH6075750
Qualified in New York County
Commission Expires June 10, 2014