# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wemed.com

July 3, 2012



So Ordered
7-5-12
/s/ AKH

**VIA FACSIMILE 212-805-7942**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY

Re: World Trade Center Litigation
Dockets 21 MC 102 and 21 MC 103

Dear Judge Hellerstein:

We represent Weston Solutions, Inc. in the above litigation and are writing jointly with plaintiff's liaison counsel, Greg Cannata and Robert Grochow, concerning the scheduling of depositions.

Due to scheduling conflicts and a multi-week trial commencing in Supreme Court, New York County on July 10, 2012, we cannot proceed with Weston's deposition before the Court's discovery deadline of August 3, 2012. We and the plaintiff's liaison counsel have agreed to conduct Weston's deposition on Tuesday, August 14, 2012, and hereby request the Court's permission to proceed accordingly. We note that the deposition will be conducted before the Court conference on August 15, 2012 and that no prior application has been made for the relief requested herein.

Respectfully submitted,

By: /s/ Nicholas J. Kauffman
Nicholas J. Kauffman, Esq.
Wilson Elser LLP
150 East 42nd Street
New York, NY 10017
212-490-3000 (ph.)
212-490-3038 (fax)

By: /s/ Gregory J. Cannata
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, NY 10279
212-553-9205 (ph.)
212-227-4141 (fax)

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/12

5107838v.1