USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION
-----------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
SITE LITIGATION
-----------------------------------------------------------X

21 **MC** 100 (AKH)
**JUDGMENT**   #12/1287

21 **MC** 102

21 **MC** 103

Whereas the above-captioned cases having come before this Court relating to the City of New York's obligation, through its insurer, the WTC Captive Insurance Company ("WTC Captive"), to pay Contingent Payments, a category of payments under the parties' Settlement Process Agreement, As Amended ("SPA"), and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on July 13, 2012, having rendered its Order holding that the settlement consideration of five million dollars was due and payable by the WTC Captive to the Tier IV plaintiffs on January 20, 2012, further holding, as the Court did in its order requiring Bonus Payments to be paid, that plaintiffs' counsel may not receive a fee for this consideration, and directing the Clerk to enter judgment accordingly, with interest with payment to be made to the Allocation Neutral, the Garretson Resolution Group, for distribution according to the SPA, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2012, the Court hold that the settlement consideration of five million dollars was due and payable by the WTC Captive to the Tier IV plaintiffs on January 20, 2012; the Court, hold, further, and as it did in his order requiring Bonus Payments to be paid, that plaintiffs'

counsel may not receive a fee for this consideration; accordingly, judgment is entered in the amount of $5,000,000.00 with interest at 0.11% (28 U.S.C. § 1961) from January 20, 2012 of $2,787.67 for a total sum of $5,002,787.67; payment shall be made to the Allocation Neutral, the Garretson Resolution Group, for distribution according to the SPA.

**Dated:** New York, New York
July 23, 2012

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____