UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

### NOTICE OF APPEAL

Notice is hereby given that the City of New York and Tully Construction Co. Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on July 23, 2012 (Dkt. No. 4344) pursuant to the Order and Opinion entered in this action on July 13, 2012 (Dkt. No. 4341).

Dated: July 24, 2012

James E. Tyrrell, Jr.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
—and—
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600

*Counsel for the City of New York and Tully Construction Co. Inc.*