UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   DOCKET NO.: 21MC102 (AHK)
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X

  PLEASE TAKE NOTICE that WORBY GRONER EDELMAN & NAPOLI BERN, LLP, as Counsel for the plaintiffs and serving as Plaintiffs' Liaison Counsel in the 21MC100 and 21MC103 Dockets, hereby cross-appeals as a non-party aggrieved party herein to the United States Court of Appeals for the Second Circuit from the July 13, 2012 Order: (document no.: 4341 in docket 21MC102) and from the Clerk's judgment(s) filed thereupon on July 23, 2012 (document no.: 4344 in docket 21MC102).  The Worby firm, cross appealing on its own behalf, hereby appeals from so much of the above-identified Orders and corresponding Judgments as addressed and denied payment of the Plaintiffs' attorneys' fees.

Dated: New York, New York
    July 24, 2012

              WORBY GRONER EDELMAN & NAPOLI BERN, LLP
              *Non-party Cross - Appellant Pro Se*

              _____
              Denise A. Rubin (DR5591)
              350 Fifth Avenue, Suite 7413
              New York, New York 10118
              Phone:  (212) 267-3700

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No.: 21MC102 (AKH)
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X

      DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

      On July 24, 2012, I duly served a true copy of the within NOTICE OF APPEAL on the persons listed below via the Court's ECF filing system.

| | |
|---|---|
| Tyrrell, James E. | Margaret Warner, Esq. |
| Patton Boggs, LLP | McDermott Will & Emery, LLP |
| *Counsel for Defendants-Appellants* | *Counsel for WTC Captive Insurance Co., Inc.* |
| One Riverfront Plaza, 6th floor | 600 13th Street, N.W. |
| Newark, New Jersey 07102 | Washington, D.C. 20005-3096 |
| Jtyrrell@pattonboggs.com | mwarner@mwe.com |

Andrew J. Carboy, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
*Plaintiffs' Co-Liaison Counsel*
120 Broadway
New York, New York 10271

      And upon all parties receiving electronic notification via the US District Court's ECF filing system

_____
DENISE A. RUBIN

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE           Docket No.: 21MC102 (AKH)
LITIGATION
-------------------------------------------------------------------X

NOTICE OF CROSS APPEAL

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Non-party Cross-Appellants, pro se*
350 Broadway, Suite 7413
New York, New York 10118
(212) 267-3700

================================================================================

    The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

    _____
    Attorney name:  Denise A. Rubin

================================================================================

PLEASE TAKE NOTICE:
    ☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of an _____ duly entered in the    office of the   clerk of the within named court on _____200__.
    ☐ NOTICE OF SETTLEMENT
    that an order _____ of which the within is a true copy, will be presented for settlement to the HON. _____ one of the judges of the within named Court, at _____ on _____ 200___ at_____ O'clock ___.M.

Dated, _____

    Yours, etc.

    **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**