UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER : **ORDER SUMMARIZING**
MANHATTAN DISASTER SITE LITIGATION : **STATUS CONFERENCE**

: 21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On July 23, 2012, I held a status conference in the above-caption matter. The parties informed me that they are progressing with discovery in the first wave of cases chosen to move forward with intensive discovery and then trial. However, they informed me they will not meet the August 3, 2012 deadline for completing depositions. Thus, the deadline for completing depositions of the plaintiffs and defendants is extended to September 28, 2012. The deadline for completing depositions of all third parties is extended to November 30, 2012. The next status conference in the 21 MC 102 master calendar will occur on October 10, 2012 at 2:30 p.m. in Courtroom 14D.

      SO ORDERED

Dated:    July 24, 2012
           New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1