UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER LOWER : **SUMMARY ORDER**
MANHATTAN DISASTER SITE LITIGATION : **DISMISSING CASES**
:
: 21 MC 102 (AKH)
:
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On July 23, 2012, I heard oral argument on defendants' motion for summary judgment to dismiss certain cases. The motion is granted, subject to the conditions described below.

The first category of cases is made up of 31 plaintiffs, identified in Exhibit A. Plaintiffs failed to swear to their answers to court-ordered interrogatories by the much-extended, required date of December 2, 2012. These plaintiffs are in precisely the same situation as 170 other plaintiffs who failed to file such proper certifications, plaintiffs whom I dismissed by order of December 8, 2011. For the same reasons put forth in that order, I dismiss these 31 plaintiffs. Should these plaintiffs wish to move to open the judgment dismissing their cases, they must file proper motions by August 24, 2012 showing a ground provided by Rule 60(b), Fed. R. Civ. P. I shorten the time for filing such motions because of the several prior motions and extensions given to plaintiffs, and since it is necessary to coordinate discovery relative to all parties in order to avoid prejudice and delay.

The second category of cases is made up of those plaintiffs who, under oath, answered "None" to the court-ordered interrogatory asking "[f]or which diagnosed condition(s)/injury(s)/disease(s) does [Plaintiff] seek recovery?" Plaintiffs may not create an

1

issue of fact, after the filing of defendants' motion, by disputing prior sworn statements. <u>Trans-Orient Marine Corp. v. Star Trading & Marine, Inc.</u>, 925 F.2d 566, 572 (2d Cir. 1991). Nor are claims for "medical monitoring" or fear of cancer stand-alone causes of action if there is no "clinically-demonstrable presence of a toxin in the plaintiff's body, or some other indication of a toxin-induced disease." <u>DiStefano v. Nabisco, Inc.</u>, 2 A.D.3d 484, 485 (N.Y. App. Div. 2d Dep't 2003); <u>Abusio v. Consolidated Edison Co.</u>, 238 A.D.2d 454 (N.Y. App. Div. 2d Dep't 1997). Defendants shall settle an order identifying the plaintiffs affected by this order, and both sides shall submit same by August 8, 2012.

The clerk shall close the docket numbers identified in Exhibit A.

SO ORDERED

Dated: July 25, 2012
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

| # | Last | First | Docket | Counsel |
|---|---|---|---|---|
| 1 | Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| 2 | Agudo | Claudio | 07cv04447 | Worby Groner Edelman & Napoli Bern |
| 3 | Alloggio | Anthony | 07CV04240 | Worby Groner Edelman & Napoli Bern |
| 4 | Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Bern |
| 5 | Colucci | John | 07cv01485 | Worby Groner Edelman & Napoli Bern |
| 6 | Concepcion | Beatriz | 07CV01594 | Worby Groner Edelman & Napoli Bern |
| 7 | Daquila | Steven | 06cv08756 | Worby Groner Edelman & Napoli Bern |
| 8 | Datil | Leonor | 07cv01488 | Worby Groner Edelman & Napoli Bern |
| 9 | DeLuccy | Louis | 07CV05285 | Worby Groner Edelman & Napoli Bern |
| 10 | Eramo | Joseph | 06cv14632 | Worby Groner Edelman & Napoli Bern |
| 11 | Fairweather | Robert | 07CV05408 | Worby Groner Edelman & Napoli Bern |
| 12 | Ferraro | Kenneth | 06CV12062 | Worby Groner Edelman & Napoli Bern |
| 13 | Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| 14 | Higgins | James | 07CV05395 | Worby Groner Edelman & Napoli Bern |
| 15 | Johnson | Charles | 07CV05558 | Worby Groner Edelman & Napoli Bern |
| 16 | Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| 17 | Lombardi | John | 05CV01678 | Worby Groner Edelman & Napoli Bern |
| 18 | McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| 19 | Mesa | Luis | 07CV05303 | Worby Groner Edelman & Napoli Bern |
| 20 | Orellana | Aurellio | 07CV01674 | Worby Groner Edelman & Napoli Bern |
| 21 | Pena | Luis | 05cv10741 | Worby Groner Edelman & Napoli Bern |
| 22 | Schmidt | Robert | 06cv10878 | Worby Groner Edelman & Napoli Bern |
| 23 | Tedaldi | Guy | 07CV05430 | Worby Groner Edelman & Napoli Bern |
| 24 | Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Bern |
| 25 | Tucker | Jerome | 07CV05323 | Worby Groner Edelman & Napoli Bern |
| 26 | Vanbelle | Mark | 06cv11281 | Worby Groner Edelman & Napoli Bern |
| 27 | Vario | Thomas | 05CV01347 | Worby Groner Edelman & Napoli Bern |
| 28 | Vasquez | Camilo | 08CV02313 | Worby Groner Edelman & Napoli Bern |
| 29 | Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| 30 | Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| 31 | Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Bern |