UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION
-------------------------------------------------------
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------
IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

**ORDER GRANTING DEFENDANTS' MOTION FOR STAY PENDING APPEAL**

21 MC 100 (AKH)
21 MC 102 (AKH)
21 MC 103 (AKH)

Whereas, the Court entered an Order and Opinion Requiring Contingent Payments to be Paid to Settling Plaintiffs on July 13, 2012 ("July 13 Order"); and

Whereas, the Clerk of Court entered a Judgment on July 24, 2012 ("July 24 Judgment"), in the amount of $5,000,000.00 plus interest, directing the WTC Captive Insurance Company, Inc. to pay this sum to the Allocation Neutral for distribution according to the FSA; and

Whereas Defendants the City of New York and Contractors ("Defendants") filed a Notice of Appeal on July 24, 2012 in connection with the July 13 Order and the July 24 Judgment; and

Whereas Defendants filed a Motion for Stay Pending Appeal on July 24, 2012; and

Whereas this issue was raised at a Court conference in the 21 MC 100 docket on July 24, 2012 and no parties raised any objections; and

Whereas the WTC Captive Insurance Company, Inc. has deposited $5 million plus interest in a separate account for the duration of the appeal;

**It is hereby ORDERED** that Defendants' request for a stay is GRANTED.

SO ORDERED.

Dated: July 25, 2012
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge