UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102/103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL IN RE WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | RESPONSE OF MERRILL LYNCH & CO., INC. and 222 BROADWAY, LLC TO PLAINTIFFS' NOTICE TO PRODUCE DOCUMENTS |

     Pursuant to Rule 34 of the Federal Rules of Civil Procedure, McGuireWoods LLP, on behalf of defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC (hereinafter, "Merrill Lynch"), hereby responds to Plaintiffs' Notice to Produce Documents, dated June 29, 2012, in the above-captioned litigation as follows. Merrill Lynch reserves its right to supplement or amend this response as appropriate. Moreover, Merrill Lynch incorporates by reference its General Objections to Plaintiffs' Liaison Counsel's Discovery Demands.

### RESPONSE TO PLAINTIFFS' NOTICE TO PRODUCE DOCUMENTS

1.     Any and all records referencing the [named] plaintiffs within your possession, including but not limited to medical records, employment records, work records, work logs, sign in sheets, attendance sheets, crew sheets, and City, State and/or Federal created and/or maintained records including but not limited to NYCDEP and OSHA.

Response:     Merrill Lynch has previously uploaded any responsive documents to the Merrill Lextranet Database on January 7, 2009. See ML 0000001-ML 0150130.

Dated: New York, New York
       July 30, 2012

McGUIREWOODS LLP

By: _____
Loree J. Shelko (LS-0825)
Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100

TO:     All counsel of record via ECF