```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:
                                                    DATE FILED: 8/6/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 102 (AKH)

IN RE COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE
LITIGATION

Docket No. 10cv06862 (AKH)

Antoni Lelek,

          Plaintiff,

-against-

Abatement Professionals, *et al.*,

          Defendants.

STIPULATION OF DISMISSAL
AS TO PINNACLE ENVIRONMENTAL
CORP. ONLY

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, **AS AGAINST DEFENDANT PINNACLE ENVIRONMENTAL CORP. ONLY**, *without prejudice*, without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that should facts or circumstances derive from future discovery, or otherwise, come to light that indicates a relationship to the litigation and a basis of a claim against the defendant for whom this Stipulation is being entered, and/or should it come to light that the information provided by said defendant in support of it's request of discontinuance at this time, be discerned in the future to have been inaccurate, false or misleading, plaintiff may re-assert it's claim against said defendant by motion, stipulation or otherwise, and without the necessity of

additional service of process, and in no event will said defendant raise any statute of limitations defense other than as may have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant.

This Stipulation may be filed without further notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated:  New York, New York
        August 2, 2012

_____
James E. Tyrrell, Jr. (JT-4676)
PATTON BOGGS LLP
*Attorney for Pinnacle Environmental Corp.*
One Riverfront Plaza, Sixth Floor
Newark, NJ 07102
(973) 848-5600

_____
Robert Grochow, esq., (RG1850)
**Gregory J. Cannata & Associates**
*Attorney for Plaintiffs*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9206

So Ordered
8-5-22

_____