```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: COMBINED WORLED TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 |
| STANISLAW FALTYNOWICZ & LUCYNA FALTYNOWICZ<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al. | Docket No: 08cv02616<br><br>**STIPULATION OF DISMISSAL AS TO SPECIFIED DEFENDANTS ONLY** SEE EXHIBIT A, ANNEXED & TRANSFER OF MASTER DOCKET DESIGNATION |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of these actions, the claims of the above-referenced plaintiffs are hereby dismissed against all defendants listed on Exhibit A, and the case is hereby transferred from the 21 MC 103 master docket to the 21 MC 102 master docket without costs to either party as against the other.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: August 3, 2012

GREGORY J. CANNATA & ASSOCIATES

By: _____
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: August 2, 2012

| SQUIRE SANDERS (US) LLP | JEFFREY SAMEL & PARTNERS |
|---|---|
| By: *[signature]* | By: _____ |
| Robert A. Wolf, Esq. | Richard A. Soberman |
| 30 Rockefeller Plaza, 23rd Floor | 150 Broadway, 20th Floor |
| New York, NY 10112 | New York, NY 10038 |
| (212) 872-9850 | (212) 587-9690 |
| *Special Litigation Counsel for Robert L. Geltzer, as Chapter 7 Trustee of Seasons Industrial Contracting Corp.* | *Attorney for American Building Maintenance Industries, Inc. and American Building Maintenance Janitorial Northeast, Inc.* |
| Dated: August 6, 2012 | Dated: August ___, 2012 |

SQUIRE SANDERS (US) LLP

By: _____
Robert A. Wolf, Esq.
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
(212) 872-9850
*Special Litigation Counsel for Robert L. Geltzer, as Chapter 7 Trustee of Seasons Industrial Contracting Corp.*

Dated: August ___, 2012

JEFFREY SAMEL & PARTNERS

By: _/s/ Richard A. Soberman_  RAS 7330
Richard A. Soberman
150 Broadway, 20th Floor
New York, NY 10038
(212) 587-9690
*Attorney for American Building Maintenance Industries, Inc. and American Building Maintenance Janitorial Northeast, Inc.*

Dated: August 3, 2012

So Ordered
8/8/12

_/s/ AKH_

## EXHIBIT A

A. Russo Wrecking, Inc.
ABM Industries
ABM Janitorial Northeast, Inc.
AMEC Construction Management, Inc.
AMEC Environment & Infrastructure, Inc.
Anthony Cortese Specialized Hauling, LLC
Atlantic-Heydt Corporation
Berkel & Company Contractors, Inc.
Big Apple Wrecking & Construction Corp.
Lend Lease (US) Construction LMB, Inc.
Breeze Carting, Inc.
Breeze National, Inc.
Brer-Four Transportation
Buro Happold Consulting Engineers, PC
C.B. Contracting Corp.
Canron Construction Corp.
Cord Contracting Co., Inc.
Dakota Demo-Tech
Diamond Point Excavating Corporation
Diversified Carting, Inc.
DMT Enterprise, Inc.
Eagle Leasing & Industrial Supply
Eagle One Roofing Contractors, Inc.
E.J. Davies, Inc.
En-Tech Corporation
Evergreen Recycling of Corona
Ewell W. Finley, P.C.
Executive Medical Services, P.C.
Fleet Trucking, Inc.
Francis A. Lee Company
FTI Trucking Corp.
Gilsanz Murray Steficek, LLP
Goldstein Associates Consulting Engineers PC
Hallen Welding Service, Inc.
HP Environmental, Inc.
Hudson Meridian Construction Group LLC
Skanska Koch, Inc.
Laquila Construction, Inc.
La Strada General Contracting Corp.
Leslie E. Robertson Associates, R.L.L.P.
Liberty Mutual Insurance Company
Lockwood Kessler & Bartlett, Inc.

Lucius Pitkin, Inc.
LZA Technology - a division of Thornton Tomasetti
Manafort Brothers Incorporated
Mazzocchi Wrecking, Inc.
Moretrench American Corp.
MRA Engineering P.C.
Mueser Rutledge Consulting Engineers
Nacirema Industries Inc.
New York Crane & Equipment Corp.
Nicholson Construction Company
Peter Scalamandre and Sons, Inc.
Pinnacle Environmental Corp.
Plaza Construction Corp.
Pro Safety Services Inc.
PT&L Contracting Corp.
Robert Silman Associates, P.C.
Robert L. Gerosa, Inc.
Rodar Enterprises, Inc.
Royal GM Inc.
SAB Trucking, Inc.
Safeway Environmental Corp.
Seasons Industrial Contracting
Semcor Equipment & Manufacturing Corp.
Silverite Contracting Corp.
Simpson Gumpertz & Heger, Inc.
Skidmore, Owings & Merrill LLP
Thornton Tomasetti, Inc.
Toretta Trucking, Inc.
Total Safety Consulting, LLC
Tucci Equipment Rental Corporation
Turner Construction Company
Ultimate Demolition/CS Hauling (JNT VEN)
Vollmer Associates LLP
Weeks Marine, Inc.
Weidlinger Associates P.C.
Whitney Contracting
Wolkow Braker Roofing Corp.
WSP Cantor Seinuk
Yannuzzi & Sons, Inc.
Yonkers Contracting Company, Inc.
York Hunter Construction
Ziegenfuss Drilling, Inc.



**PATTON BOGGS** LLP
ATTORNEYS AT LAW

The Legal Center
One Riverfront Plaza, Suite 600
Newark, New Jersey 07102-0301
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

August 8, 2012

Alyson N. Villano
(973) 848-3903
avillano@pattonboggs.com

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007



RECEIVED
AUG 0 8 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D.J.

Re: *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH)
*Stanislaw Faltynowicz & Lucyna Faltynowicz* (08cv02616)

Dear Judge Hellerstein:

As the Court is aware, we represent Defendants the City of New York and Tully Construction Co., Inc. ("Defendants") in the above-captioned matter. Pursuant to the April 20, 2012 conference call with the Court, Defendants, Plaintiffs' Liaison Counsel, and Christopher LoPalo, Esq., the parties have agreed to transfer this case from the 21 MC 103 master docket to the 21 MC 102 master docket. Accordingly, enclosed please find a Stipulation signed by the appropriate parties that both transfers the *Faltynowicz* matter from the 21 MC 103 docket to the 21 MC 102 docket and dismisses the necessary 21 MC 100 Defendants. The parties respectfully request that the Court "so order" this stipulation.

Should Your Honor have any questions or require any further information, we are available at the Court's convenience.

Respectfully submitted,

Alyson N. Villano

Enclosure