UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER LOWER        :   ORDER
MANHATTAN DISASTER SITE LITIGATION    :   21 MC 102 (AKH)
:
------------------------------------------------------------
:
IN RE COMBINED WORLD TRADE CENTER     :
AND LOWER MANHATTAN DISASTER SITE     :   21 MC 103 (AKH)
LITIGATION                            :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On December 22, 2011, the Court directed Defendants to move to dismiss certain Plaintiffs who, under oath, answered "None" to the court-ordered interrogatory asking "[f]or which diagnosed condition(s)/injury(s)/disease(s) does [Plaintiff] seek recovery?" Defendants made the motion on January 11, 2012. Plaintiffs opposed the motion. Upon oral argument of the motion and for the reasons set forth in the July 25, 2012 Summary Order Dismissing Cases, I hereby dismiss the 211 cases listed in the attached Schedule 1.

SO ORDERED.

Date: August 9, 2012

ALVIN K. HELLERSTEIN
United States District Judge

Schedule 1 to Order of July 25, 2012

| # | Last | First | Docket Number | Counsel |
|---|---|---|---|---|
| 1 | Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| 2 | Acosta | Byron | 07CV01552 | Worby Groner Edelman & Napoli Bern |
| 3 | Acosta | Julian | 07CV10098 | Worby Groner Edelman & Napoli Bern |
| 4 | Adorno | Rene | 06cv11903 | Worby Groner Edelman & Napoli Bern |
| 5 | Antiaris | John | 06cv09964 | Worby Groner Edelman & Napoli Bern |
| 6 | Ascencio | Ivan | 07cv01460 | Worby Groner Edelman & Napoli Bern |
| 7 | Asmal | Angel | 07cv01461 | Worby Groner Edelman & Napoli Bern |
| 8 | Asmal | Carlos | 07CV01462 | Worby Groner Edelman & Napoli Bern |
| 9 | Asmal | Carlos | 08CV02563 | Worby Groner Edelman & Napoli Bern |
| 10 | Astudillo | Wilmer | 07CV01561 | Worby Groner Edelman & Napoli Bern |
| 11 | Austin | Daniel | 06cv10542 | Worby Groner Edelman & Napoli Bern |
| 12 | Avila | Edgar | 07cv01464 | Worby Groner Edelman & Napoli Bern |
| 13 | Avila | Norberto | 07cv01465 | Worby Groner Edelman & Napoli Bern |
| 14 | Baez | Fabiola | 07cv01467 | Worby Groner Edelman & Napoli Bern |
| 15 | Barrero | Arturo | 06cv13792 | Worby Groner Edelman & Napoli Bern |
| 16 | Barroso | Hector | 07cv04452 | Worby Groner Edelman & Napoli Bern |
| 17 | Battle | Linda | 06cv00133 | Worby Groner Edelman & Napoli Bern |
| 18 | Benavidez | Vincente | 06CV07913 | Worby Groner Edelman & Napoli Bern |
| 19 | Bikowski | Roman | 06cv14496 | Worby Groner Edelman & Napoli Bern |
| 20 | Bogacki | Jacek | 08CV02573 | Worby Groner Edelman & Napoli Bern |
| 21 | Botero | Yuly | 08CV02575 | Worby Groner Edelman & Napoli Bern |
| 22 | Bracic | Hava | 09CV02807 | Worby Groner Edelman & Napoli Bern |
| 23 | Braverman | Eric | 08CV02576 | Worby Groner Edelman & Napoli Bern |
| 24 | Buckley | Johnathan | 06cv01654 | Worby Groner Edelman & Napoli Bern |
| 25 | Buestan | Hector | 07cv04456 | Worby Groner Edelman & Napoli Bern |
| 26 | Bunay | Flor | 08CV02577 | Worby Groner Edelman & Napoli Bern |
| 27 | Caguana | Manuel | 06cv11968 | Worby Groner Edelman & Napoli Bern |
| 28 | Caguana | Segundo | 08CV02582 | Worby Groner Edelman & Napoli Bern |
| 29 | Caivinagua | Juan | 07CV01574 | Worby Groner Edelman & Napoli Bern |
| 30 | Cali | Lucy | 08CV02583 | Worby Groner Edelman & Napoli Bern |
| 31 | Calle | Gil | 07CV01576 | Worby Groner Edelman & Napoli Bern |
| 32 | Carroll | Neil | 08CV00635 | Worby Groner Edelman & Napoli Bern |
| 33 | Castillo | Antonio | 09CV03449 | Worby Groner Edelman & Napoli Bern |
| 34 | Castro | Maria | 08CV02257 | Worby Groner Edelman & Napoli Bern |
| 35 | Ceron | Armando | 07CV01582 | Worby Groner Edelman & Napoli Bern |
| 36 | Chalco | Joel | 08CV02258 | Worby Groner Edelman & Napoli Bern |
| 37 | Chauca | Maria | 07cv01482 | Worby Groner Edelman & Napoli Bern |
| 38 | Chavez | Edizon | 07CV01585 | Worby Groner Edelman & Napoli Bern |
| 39 | Chique | Maria | 08CV02259 | Worby Groner Edelman & Napoli Bern |
| 40 | Cobos | Angel | 07cv01483 | Worby Groner Edelman & Napoli Bern |
| 41 | Coello | Asdrubal | 07cv01484 | Worby Groner Edelman & Napoli Bern |
| 42 | Cook | William | 07cv01486 | Worby Groner Edelman & Napoli Bern |
| 43 | Cordova | Hector | 07CV01595 | Worby Groner Edelman & Napoli Bern |
| 44 | Cornier | David | 07CV05406 | Worby Groner Edelman & Napoli Bern |
| 45 | Coronel | Jose | 07cv01487 | Worby Groner Edelman & Napoli Bern |
| 46 | Cosme | Manuel | 06CV12006 | Worby Groner Edelman & Napoli Bern |
| 47 | Cubas | Patricia | 06cv12725 | Worby Groner Edelman & Napoli Bern |
| 48 | Cubero | Carmen | 09CV03450 | Worby Groner Edelman & Napoli Bern |
| 49 | Culcay | Rosa | 07CV05346 | Worby Groner Edelman & Napoli Bern |
| 50 | Cullimore | Andrew | 06CV11651 | Worby Groner Edelman & Napoli Bern |
| 51 | Cuomo | Anthony | 07CV10756 | Worby Groner Edelman & Napoli Bern |
| 52 | DeJesus | Maria | 08CV02605 | Worby Groner Edelman & Napoli Bern |
| 53 | Delorbe | Luciano | 06cv12731 | Worby Groner Edelman & Napoli Bern |
| 54 | Dominguez | Gina | 08CV02608 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 55 | Douso | Joseph | 07CV05407 | Worby Groner Edelman & Napoli Bern |
| 56 | Drozdz | Stanislaw | 06cv14620 | Worby Groner Edelman & Napoli Bern |
| 57 | Duchitanga | Maria | 07CV01604 | Worby Groner Edelman & Napoli Bern |
| 58 | Duchitanga | Manuel | 07CV05287 | Worby Groner Edelman & Napoli Bern |
| 59 | Duran | Ana | 07cv01493 | Worby Groner Edelman & Napoli Bern |
| 60 | Espinoza | Alex | 08CV02614 | Worby Groner Edelman & Napoli Bern |
| 61 | Fajardo | Carlos | 08cv04935 | Worby Groner Edelman & Napoli Bern |
| 62 | Felicetti | Frank | 07CV04244 | Worby Groner Edelman & Napoli Bern |
| 63 | Feliciano | Aldo | 06cv11663 | Worby Groner Edelman & Napoli Bern |
| 64 | Fitzpatrick | Kevin | 06CV12064 | Worby Groner Edelman & Napoli Bern |
| 65 | Flynn | James | 06cv14652 | Worby Groner Edelman & Napoli Bern |
| 66 | Frierson | Deloris | 09CV03451 | Worby Groner Edelman & Napoli Bern |
| 67 | Gabrielsen | Harald | 07CV05169 | Worby Groner Edelman & Napoli Bern |
| 68 | Gallardo | Norberto | 07CV05290 | Worby Groner Edelman & Napoli Bern |
| 69 | Gandia | Rosa | 08cv04936 | Worby Groner Edelman & Napoli Bern |
| 70 | Garces | Segundo | 07cv01498 | Worby Groner Edelman & Napoli Bern |
| 71 | Garcia | Sonia | 07CV05358 | Worby Groner Edelman & Napoli Bern |
| 72 | Garcia | Lizeth | 08CV02270 | Worby Groner Edelman & Napoli Bern |
| 73 | Gaspar | Peter | 05cv10739 | Worby Groner Edelman & Napoli Bern |
| 74 | Gavidia | Blanca | 07cv04466 | Worby Groner Edelman & Napoli Bern |
| 75 | Gibson | Michael | 06cv14681 | Worby Groner Edelman & Napoli Bern |
| 76 | Gonzalez | John | 08CV02630 | Worby Groner Edelman & Napoli Bern |
| 77 | Gordon | Leroy | 08CV02324 | Worby Groner Edelman & Napoli Bern |
| 78 | Granata | Joseph | 06cv12688 | Worby Groner Edelman & Napoli Bern |
| 79 | Guartambel | Jose | 08cv04937 | Worby Groner Edelman & Napoli Bern |
| 80 | Guerrero | Antonio | 07CV05294 | Worby Groner Edelman & Napoli Bern |
| 81 | Guevara | Julio | 07CV05555 | Worby Groner Edelman & Napoli Bern |
| 82 | Guiracocha | Samuel | 06CV12120 | Worby Groner Edelman & Napoli Bern |
| 83 | Harris | John | 08CV02634 | Worby Groner Edelman & Napoli Bern |
| 84 | Harvey | Frank | 08CV02635 | Worby Groner Edelman & Napoli Bern |
| 85 | Hayduk | Jeffrey | 06cv05839 | Worby Groner Edelman & Napoli Bern |
| 86 | Hernandez | Enrique | 07CV05360 | Worby Groner Edelman & Napoli Bern |
| 87 | Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| 88 | Hightower | William | 08CV02276 | Worby Groner Edelman & Napoli Bern |
| 89 | Hunce | Peter | 08CV02325 | Worby Groner Edelman & Napoli Bern |
| 90 | Hurtado | William | 06cv10781 | Worby Groner Edelman & Napoli Bern |
| 91 | Idrovo | Manuel | 07CV01628 | Worby Groner Edelman & Napoli Bern |
| 92 | Inga | Luis | 07cv04474 | Worby Groner Edelman & Napoli Bern |
| 93 | Jablonski | Jozef | 07CV01630 | Worby Groner Edelman & Napoli Bern |
| 94 | Jara | Juan | 07CV05363 | Worby Groner Edelman & Napoli Bern |
| 95 | Jaramillo | Manuel | 09CV03458 | Worby Groner Edelman & Napoli Bern |
| 96 | Jimenez | Alberto | 07cv04478 | Worby Groner Edelman & Napoli Bern |
| 97 | Jimenez | Raul | 08CV02640 | Worby Groner Edelman & Napoli Bern |
| 98 | Jordan | Luis | 08CV02277 | Worby Groner Edelman & Napoli Bern |
| 99 | Joseph | Danny | 08CV06862 | Worby Groner Edelman & Napoli Bern |
| 100 | Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| 101 | Kessler | Mitchell | 06CV12181 | Worby Groner Edelman & Napoli Bern |
| 102 | King | Mechelle | 07CV09008 | Worby Groner Edelman & Napoli Bern |
| 103 | Klein | Joel | 07CV01640 | Worby Groner Edelman & Napoli Bern |
| 104 | Kmec | Lubomir | 08CV02278 | Worby Groner Edelman & Napoli Bern |
| 105 | Kowalczyk | Adam | 06cv02252 | Worby Groner Edelman & Napoli Bern |
| 106 | Lascano | Ana | 05cv09333 | Worby Groner Edelman & Napoli Bern |
| 107 | Leary | Annette | 05cv01118 | Worby Groner Edelman & Napoli Bern |
| 108 | Leon | Cesar | 07CV00063 | Worby Groner Edelman & Napoli Bern |
| 109 | Leonard | Thomas | 07CV05559 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 110 | Lituma | Diego | 07CV01648 | Worby Groner Edelman & Napoli Bern |
| 111 | Llerena | Hilda | 07CV01650 | Worby Groner Edelman & Napoli Bern |
| 112 | Lluguay | Maria | 08CV02280 | Worby Groner Edelman & Napoli Bern |
| 113 | Loja | Raul | 07CV01652 | Worby Groner Edelman & Napoli Bern |
| 114 | Lopez | Ricardo | 06cv04884 | Worby Groner Edelman & Napoli Bern |
| 115 | Lopez | Oswaldo | 07cv04483 | Worby Groner Edelman & Napoli Bern |
| 116 | Lopez | Rolando | 08CV02283 | Worby Groner Edelman & Napoli Bern |
| 117 | Lott | Tyrone | 05CV01203 | Worby Groner Edelman & Napoli Bern |
| 118 | Macas | Veronica | 07cv04485 | Worby Groner Edelman & Napoli Bern |
| 119 | Marmolejo | Virgilio | 07cv04488 | Worby Groner Edelman & Napoli Bern |
| 120 | Marshall | Donna | 07CV05417 | Worby Groner Edelman & Napoli Bern |
| 121 | Martinez | Roberto | 06CV12290 | Worby Groner Edelman & Napoli Bern |
| 122 | Martucci | Anthony | 05cv09957 | Worby Groner Edelman & Napoli Bern |
| 123 | McBean | Derrick | 07CV10804 | Worby Groner Edelman & Napoli Bern |
| 124 | McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| 125 | Medina | Rosa | 07cv04491 | Worby Groner Edelman & Napoli Bern |
| 126 | Moeller | Timothy | 08CV02659 | Worby Groner Edelman & Napoli Bern |
| 127 | Montero | Hamilton | 06cv12791 | Worby Groner Edelman & Napoli Bern |
| 128 | Moore | Edward | 07CV05562 | Worby Groner Edelman & Napoli Bern |
| 129 | Morales | Edwin | 06cv08949 | Worby Groner Edelman & Napoli Bern |
| 130 | Morales | Xiomar | 07cv11022 | Worby Groner Edelman & Napoli Bern |
| 131 | Moreno | Sandra | 06cv14901 | Worby Groner Edelman & Napoli Bern |
| 132 | Morocho | Simon | 08CV02663 | Worby Groner Edelman & Napoli Bern |
| 133 | Munoz | Javier | 08CV02666 | Worby Groner Edelman & Napoli Bern |
| 134 | Murphy | Michael | 07cv05418 | Worby Groner Edelman & Napoli Bern |
| 135 | Naula | Segundo | 08CV02672 | Worby Groner Edelman & Napoli Bern |
| 136 | Nieto | Rodolfo | 08CV02674 | Worby Groner Edelman & Napoli Bern |
| 137 | Nolan | Joseph | 05CV01213 | Worby Groner Edelman & Napoli Bern |
| 138 | O Neill | Sean | 08CV02677 | Worby Groner Edelman & Napoli Bern |
| 139 | Ordonez | Julio | 08CV02298 | Worby Groner Edelman & Napoli Bern |
| 140 | Orozco | Haidee | 07cv04498 | Worby Groner Edelman & Napoli Bern |
| 141 | Ortega | Edgar | 08CV02678 | Worby Groner Edelman & Napoli Bern |
| 142 | Ortiz | Wilson | 07CV01677 | Worby Groner Edelman & Napoli Bern |
| 143 | Ozoria | Jaime | 08CV02679 | Worby Groner Edelman & Napoli Bern |
| 144 | Palaguachi | Rosa | 07CV01680 | Worby Groner Edelman & Napoli Bern |
| 145 | Papazissis | Nicholas | 07CV10029 | Worby Groner Edelman & Napoli Bern |
| 146 | Paredes | Walberto | 08CV02302 | Worby Groner Edelman & Napoli Bern |
| 147 | Paredes | Valentin | 08CV02680 | Worby Groner Edelman & Napoli Bern |
| 148 | Parra | Felix | 07cv04506 | Worby Groner Edelman & Napoli Bern |
| 149 | Peduto | Albert | 07CV08927 | Worby Groner Edelman & Napoli Bern |
| 150 | Pena | Alexander | 07CV08929 | Worby Groner Edelman & Napoli Bern |
| 151 | Pichu | Julio | 06CV12411 | Worby Groner Edelman & Napoli Bern |
| 152 | Pineda | Hernan | 07CV05376 | Worby Groner Edelman & Napoli Bern |
| 153 | Pinela | Carlos | 07CV05377 | Worby Groner Edelman & Napoli Bern |
| 154 | Ponce | Pedro | 08CV02690 | Worby Groner Edelman & Napoli Bern |
| 155 | Porras | Raul | 06cv09674 | Worby Groner Edelman & Napoli Bern |
| 156 | Puma | Elsa | 07cv11023 | Worby Groner Edelman & Napoli Bern |
| 157 | Pumacuri | Manuel | 09CV03453 | Worby Groner Edelman & Napoli Bern |
| 158 | Purcell | Dan | 07CV08932 | Worby Groner Edelman & Napoli Bern |
| 159 | Quintanilla | Natalia | 06CV01341 | Worby Groner Edelman & Napoli Bern |
| 160 | Quizhpi | Segundo | 08CV02246 | Worby Groner Edelman & Napoli Bern |
| 161 | Raimondi | Joseph | 07CV05380 | Worby Groner Edelman & Napoli Bern |
| 162 | Ramirez | Michael | 07CV05422 | Worby Groner Edelman & Napoli Bern |
| 163 | Riera | Maximo | 07cv01519 | Worby Groner Edelman & Napoli Bern |
| 164 | Rizzi | Patrizio | 06cv15006 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 165 | Rodriguez | William | 07CV05424 | Worby Groner Edelman & Napoli Bern |
| 166 | Rodriguez | Mercedes | 08CV02701 | Worby Groner Edelman & Napoli Bern |
| 167 | Rojas | Angel | 07CV01696 | Worby Groner Edelman & Napoli Bern |
| 168 | Ruales | Segundo | 07cv11024 | Worby Groner Edelman & Napoli Bern |
| 169 | Ruggiero | Eddie | 06cv12813 | Worby Groner Edelman & Napoli Bern |
| 170 | Ruggiero | James | 06cv15025 | Worby Groner Edelman & Napoli Bern |
| 171 | Saeteros | Milton | 07cv05383 | Worby Groner Edelman & Napoli Bern |
| 172 | Salinas | Angela | 08CV02706 | Worby Groner Edelman & Napoli Bern |
| 173 | Sanchez | Apolinar | 07cv01526 | Worby Groner Edelman & Napoli Bern |
| 174 | Sanguna | Luis | 08CV02712 | Worby Groner Edelman & Napoli Bern |
| 175 | Santamaria | Emanuel | 07cv01528 | Worby Groner Edelman & Napoli Bern |
| 176 | Santos | David | 06cv12492 | Worby Groner Edelman & Napoli Bern |
| 177 | Sarmiento | Pedro | 07cv01531 | Worby Groner Edelman & Napoli Bern |
| 178 | Sen | Juan | 08CV02307 | Worby Groner Edelman & Napoli Bern |
| 179 | Shanahan | Ken | 06CV10636 | Worby Groner Edelman & Napoli Bern |
| 180 | Soto | Mayie | 06cv10495 | Worby Groner Edelman & Napoli Bern |
| 181 | Sparano | Robert | 07CV05388 | Worby Groner Edelman & Napoli Bern |
| 182 | Starace | Joe | 07CV08949 | Worby Groner Edelman & Napoli Bern |
| 183 | Sterling | Maximino | 08CV02720 | Worby Groner Edelman & Napoli Bern |
| 184 | Stevens | Jake | 06cv10095 | Worby Groner Edelman & Napoli Bern |
| 185 | Stroud | Alex | 06cv09724 | Worby Groner Edelman & Napoli Bern |
| 186 | Sweeney | John | 07cv01711 | Worby Groner Edelman & Napoli Bern |
| 187 | Tabares | Mauricio | 08CV02721 | Worby Groner Edelman & Napoli Bern |
| 188 | Tamayo | Pedro | 07cv01538 | Worby Groner Edelman & Napoli Bern |
| 189 | Tenempagauy | Rocio | 09CV03455 | Worby Groner Edelman & Napoli Bern |
| 190 | Toledo | Victor | 08CV02723 | Worby Groner Edelman & Napoli Bern |
| 191 | Torres | Aida | 08CV02309 | Worby Groner Edelman & Napoli Bern |
| 192 | Trivino | William | 08CV02726 | Worby Groner Edelman & Napoli Bern |
| 193 | Tuapante | Manuel | 06cv12589 | Worby Groner Edelman & Napoli Bern |
| 194 | Uzhca | Miguel | 08CV02333 | Worby Groner Edelman & Napoli Bern |
| 195 | Valdez | Wilson | 07cv01541 | Worby Groner Edelman & Napoli Bern |
| 196 | Valdez | Rosa | 08CV02727 | Worby Groner Edelman & Napoli Bern |
| 197 | Vales | Vincent | 06cv09236 | Worby Groner Edelman & Napoli Bern |
| 198 | Vargas | Michael | 06cv08566 | Worby Groner Edelman & Napoli Bern |
| 199 | Vargas | Edwin | 08CV11458 | Worby Groner Edelman & Napoli Bern |
| 200 | Vasquez | Rommel | 07cv01543 | Worby Groner Edelman & Napoli Bern |
| 201 | Vergara | Viviana | 06cv15116 | Worby Groner Edelman & Napoli Bern |
| 202 | Vintimilla | Rosalia | 08CV02317 | Worby Groner Edelman & Napoli Bern |
| 203 | Viscaino | Pedro | 07cv08291 | Worby Groner Edelman & Napoli Bern |
| 204 | Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| 205 | Walsh | Kevin | 06cv12608 | Worby Groner Edelman & Napoli Bern |
| 206 | Washington | Mannix | 08CV02734 | Worby Groner Edelman & Napoli Bern |
| 207 | Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| 208 | Zamora | Bolivar | 08CV02740 | Worby Groner Edelman & Napoli Bern |
| 209 | Zelaya | Jorge | 07cv01730 | Worby Groner Edelman & Napoli Bern |
| 210 | Zenteno | Lawrence | 07cv01731 | Worby Groner Edelman & Napoli Bern |
| 211 | Zugaj | Franciszek | 06cv01653 | Worby Groner Edelman & Napoli Bern |