```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MARIAN MAKSIMIUK & ZOFIA MAKSIMIUK, | |
| Plaintiffs, | 06cv05291 (AKH) |
| v. | |
| AMG REALTY PARTNERS, L.P., *et al.*, | |
| Defendants. | |

## Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-referenced Plaintiffs' claims against Defendant The City of New York only, are hereby dismissed with prejudice and without costs to either party. The claims against the City of New York have been resolved.

**PATTON BOGGS LLP**

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Defendant City of New York*

Dated: July _11_, 2012

**GREGORY J. CANNATA & ASSOCIATES**

By: _____
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: ~~July~~ August _13_, 2012

So Ordered
8-14-12