```
                                                    ├─────────────────────────┤
                                                    │         ...             │
                                                    │  DOCUMENT               │
                                                    │  ELECTRONICALLY FILED   │
                                                    │  DOC #:                 │
                                                    │  DATE FILED: 8/14/12    │
                                                    └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| HENRYK CIBOROWSKI & IRENA BARBARA CIBOROWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> 100 CHURCH LLC, et al., <br><br> Defendants. | 10cv04226 (AKH) |

### Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-referenced Plaintiffs' claims against Defendants The City of New York, Board of Education of the City of New York, New York City Department of Education, New York City School Construction Authority, Tully Construction Co. Inc., and Tully Industries only, are hereby dismissed with prejudice and without costs to either party. The claims against the City of New York, Board of Education of the City of New York, New York City Department of Education, New York City School Construction Authority, Tully Construction Co. Inc., and Tully Industries have been resolved.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Defendants City of New York,
Board of Education of the City of New York,
New York City Department of Education,
New York City School Construction
Authority, Tully Construction Co., Inc. and
Tully Industries*

Dated: July 11, 2012

GREGORY J. CANNATA & ASSOCIATES

By: _____
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: August 13, 2012

So Ordered
8-14-12
[signature]