```
                                              ...ONY
                                              ...ENT
                                              ...RONICALLY FILED
                                              #:
                                              DATE FILED: 8/14/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COMBINED WORLED TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 |
| JANUSZ KOWALEWSKI<br><br>v.<br><br>100 CHURCH LLC, et al. | Docket No: 10CV06882 (AKH)<br><br>**STIPULATION OF DISMISSAL AS TO SPECIFIED DEFENDANTS ONLY** SEE EXHIBIT A, ANNEXED & TRANSFER OF MASTER DOCKET DESIGNATION |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of these actions, the claims of the above-referenced plaintiffs are hereby dismissed against all defendants listed on Exhibit A, and the case is hereby transferred from the 21 MC 103 master docket to the 21 MC 102 master docket without costs to either party as against the other.

PATTON BOGGS LLP

By: *[signature]*
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: August 14, 2012

GREGORY J. CANNATA & ASSOCIATES

By: *[signature]*
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: August 13, 2012

So Ordered
8-14-12
*[signature]*

## EXHIBIT A

1. The City of New York
2. AMEC Construction Management, Inc.
3. Lend Lease (US) Construction LMB, Inc. (f/k/a/ Bovis Lend Lease LMB, Inc.)
4. Bovis Lend Lease, Inc.
5. Tully Construction Co. Inc.
6. Tully Environmental, Inc.
7. Tully Industries, Inc.
8. Turner Construction Company
9. Turner Construction Co.
10. Turner Construction International LLC
11. Turner/Plaza, A Joint Venture