UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   DOCKET NO.: 21MC102 (AHK)

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION                                                              **NOTICE OF APPEAL**
-------------------------------------------------------------------X


PLEASE TAKE NOTICE that the plaintiffs represented by WORBY GRONER

EDELMAN & NAPOLI BERN, LLP, hereby appeal to the United States Court of Appeals for

the Second Circuit from the July 25, 2012 "Summary Order" entered in master docket 21MC102

and in the individual docket numbers listed on the annexed Rider "A": (document no: 4351 in

docket 21MC102).  Plaintiffs appeal from each and every part of the subject order.


Dated:  New York, New York
        August 16, 2012


                                        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                                        *Counsel for Plaintiffs -Appellants*



                                        Denise A. Rubin (DR5591)
                                        350 Fifth Avenue, Suite 7413
                                        New York, New York 10118
                                        Phone:  (212) 267-3700

| # | Last | First | Docket | Counsel |
|---|------|-------|--------|---------|
| 1 | Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| 2 | Agudo | Claudio | 07cv04447 | Worby Groner Edelman & Napoli Bern |
| 3 | Alloggio | Anthony | 07CV04240 | Worby Groner Edelman & Napoli Bern |
| 4 | Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Bern |
| 5 | Colucci | John | 07cv01485 | Worby Groner Edelman & Napoli Bern |
| 6 | Concepcion | Beatriz | 07CV01594 | Worby Groner Edelman & Napoli Bern |
| 7 | Daquila | Steven | 06cv08756 | Worby Groner Edelman & Napoli Bern |
| 8 | Datil | Leonor | 07cv01488 | Worby Groner Edelman & Napoli Bern |
| 9 | DeLuccy | Louis | 07CV05285 | Worby Groner Edelman & Napoli Bern |
| 10 | Eramo | Joseph | 06cv14632 | Worby Groner Edelman & Napoli Bern |
| 11 | Fairweather | Robert | 07CV05408 | Worby Groner Edelman & Napoli Bern |
| 12 | Ferraro | Kenneth | 06CV12062 | Worby Groner Edelman & Napoli Bern |
| 13 | Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| 14 | Higgins | James | 07CV05395 | Worby Groner Edelman & Napoli Bern |
| 15 | Johnson | Charles | 07CV05558 | Worby Groner Edelman & Napoli Bern |
| 16 | Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| 17 | Lombardi | John | 05CV01678 | Worby Groner Edelman & Napoli Bern |
| 18 | McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| 19 | Mesa | Luis | 07CV05303 | Worby Groner Edelman & Napoli Bern |
| 20 | Orellana | Aurellio | 07CV01674 | Worby Groner Edelman & Napoli Bern |
| 21 | Pena | Luis | 05cv10741 | Worby Groner Edelman & Napoli Bern |
| 22 | Schmidt | Robert | 06cv10878 | Worby Groner Edelman & Napoli Bern |
| 23 | Tedaldi | Guy | 07CV05430 | Worby Groner Edelman & Napoli Bern |
| 24 | Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Bern |
| 25 | Tucker | Jerome | 07CV05323 | Worby Groner Edelman & Napoli Bern |
| 26 | Vanbelle | Mark | 06cv11281 | Worby Groner Edelman & Napoli Bern |
| 27 | Vario | Thomas | 05CV01347 | Worby Groner Edelman & Napoli Bern |
| 28 | Vasquez | Camilo | 08CV02313 | Worby Groner Edelman & Napoli Bern |
| 29 | Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| 30 | Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| 31 | Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Bern |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
.
:
IN RE WORLD TRADE CENTER LOWER       :     **SUMMARY ORDER**
MANHATTAN DISASTER SITE LITIGATION   :     **DISMISSING CASES**
:
:     21 MC 102 (AKH)
:
:
:
:
----------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On July 23, 2012, I heard oral argument on defendants' motion for summary

judgment to dismiss certain cases. The motion is granted, subject to the conditions described

below.

The first category of cases is made up of 31 plaintiffs, identified in Exhibit A.

Plaintiffs failed to swear to their answers to court-ordered interrogatories by the much-extended,

required date of December 2, 2012. These plaintiffs are in precisely the same situation as 170

other plaintiffs who failed to file such proper certifications, plaintiffs whom I dismissed by order

of December 8, 2011. For the same reasons put forth in that order, I dismiss these 31 plaintiffs.

Should these plaintiffs wish to move to open the judgment dismissing their cases, they must file

proper motions by August 24, 2012 showing a ground provided by Rule 60(b), Fed. R. Civ. P. I

shorten the time for filing such motions because of the several prior motions and extensions

given to plaintiffs, and since it is necessary to coordinate discovery relative to all parties in order

to avoid prejudice and delay.

The second category of cases is made up of those plaintiffs who, under oath,

answered "None" to the court-ordered interrogatory asking "[f]or which diagnosed

condition(s)/injury(s)/disease(s) does [Plaintiff] seek recovery?" Plaintiffs may not create an

issue of fact, after the filing of defendants' motion, by disputing prior sworn statements. <u>Trans-Orient Marine Corp. v. Star Trading & Marine, Inc.</u>, 925 F.2d 566, 572 (2d Cir. 1991). Nor are claims for "medical monitoring" or fear of cancer stand-alone causes of action if there is no "clinically-demonstrable presence of a toxin in the plaintiff's body, or some other indication of a toxin-induced disease." <u>DiStefano v. Nabisco, Inc.</u>, 2 A.D.3d 484, 485 (N.Y. App. Div. 2d Dep't 2003); <u>Abusio v. Consolidated Edison Co.</u>, 238 A.D.2d 454 (N.Y. App. Div. 2d Dep't 1997). Defendants shall settle an order identifying the plaintiffs affected by this order, and both sides shall submit same by August 8, 2012.

The clerk shall close the docket numbers identified in Exhibit A.

SO ORDERED

Dated:     July 25, 2012
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2

*Exhibit A*

| # | Last | First | Docket | Counsel |
|---|---|---|---|---|
| 1 | Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| 2 | Agudo | Claudio | 07cv04447 | Worby Groner Edelman & Napoli Bern |
| 3 | Alloggio | Anthony | 07CV04240 | Worby Groner Edelman & Napoli Bern |
| 4 | Bunay | Carlos | 07CV01571 | Worby Groner Edelman & Napoli Bern |
| 5 | Colucci | John | 07cv01485 | Worby Groner Edelman & Napoli Bern |
| 6 | Concepcion | Beatriz | 07CV01594 | Worby Groner Edelman & Napoli Bern |
| 7 | Daguila | Steven | 06cv08756 | Worby Groner Edelman & Napoli Bern |
| 8 | Datil | Leonor | 07cv01488 | Worby Groner Edelman & Napoli Bern |
| 9 | DeLuccy | Louis | 07CV05285 | Worby Groner Edelman & Napoli Bern |
| 10 | Eramo | Joseph | 06cv14632 | Worby Groner Edelman & Napoli Bern |
| 11 | Fairweather | Robert | 07CV05408 | Worby Groner Edelman & Napoli Bern |
| 12 | Ferraro | Kenneth | 06CV12062 | Worby Groner Edelman & Napoli Bern |
| 13 | Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| 14 | Higgins | James | 07CV05395 | Worby Groner Edelman & Napoli Bern |
| 15 | Johnson | Charles | 07CV05558 | Worby Groner Edelman & Napoli Bern |
| 16 | Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| 17 | Lombardi | John | 05CV01678 | Worby Groner Edelman & Napoli Bern |
| 18 | McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| 19 | Mesa | Luis | 07CV05303 | Worby Groner Edelman & Napoli Bern |
| 20 | Orellana | Aurellio | 07CV01674 | Worby Groner Edelman & Napoli Bern |
| 21 | Pena | Luis | 05cv10741 | Worby Groner Edelman & Napoli Bern |
| 22 | Schmidt | Robert | 06cv10878 | Worby Groner Edelman & Napoli Bern |
| 23 | Tedaldi | Guy | 07CV05430 | Worby Groner Edelman & Napoli Bern |
| 24 | Torres | Javier | 08CV02725 | Worby Groner Edelman & Napoli Bern |
| 25 | Tucker | Jerome | 07CV05323 | Worby Groner Edelman & Napoli Bern |
| 26 | Vanbelle | Mark | 06cv11281 | Worby Groner Edelman & Napoli Bern |
| 27 | Vario | Thomas | 05CV01347 | Worby Groner Edelman & Napoli Bern |
| 28 | Vasquez | Camilo | 08CV02313 | Worby Groner Edelman & Napoli Bern |
| 29 | Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| 30 | Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| 31 | Yaguana | Aquiles | 07cv04525 | Worby Groner Edelman & Napoli Bern |

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: LOWER MANHATTAN DISASTER SITE               Docket No.: 21MC102 (AKH)
LITIGATION
-------------------------------------------------------------------X

     DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

     On August 16, 2012, I duly served a true copy of the within NOTICE OF APPEAL on the persons listed below by e-mail transmission.

| | |
|---|---|
| Lee Ann Stevenson | Richard E. Leff |
| Kirkland & Ellis, LLP | McGivney & Kluger, P.C. |
| 601 Lexington Avenue | 80 Broad Street, 23rd Floor |
| New York, NY 10022 | New York, New York 10004 |
| leeann.stevenson@kirkland.com | rleff@mcgivneyandkluger.com |

     And upon all parties receiving electronic notification via the US District Court's ECF filing system

DENISE A. RUBIN

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE          Docket No.: 21MC102 (AKH)
LITIGATION
------------------------------------------------------------------X

## NOTICE OF APPEAL

### WORBY GRONER EDELMAN & NAPOLI BERN, LLP

*Counsel for Plaintiffs-Appellants*
350 Broadway, Suite 7413
New York, New York 10118
(212) 267-3700
================================================================================

    The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

Attorney name:  Denise A. Rubin
================================================================================

PLEASE TAKE NOTICE:

☐ <u>NOTICE OF ENTRY</u>

that the within is a (certified) true copy of an                    duly entered in the      office of the   clerk of the within named court on _____200__.

☐ <u>NOTICE OF SETTLEMENT</u>

that an order                           of which the within is a true copy,  will be presented for settlement to the HON.                            one of the judges of the within named Court, at                  on              200___ at_____ O'clock ___.M.

Dated, _____

                                       Yours, etc.

                                       **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**