

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

The Legal Center
One Riverfront Plaza, Suite 600
Newark, New Jersey 07102-0301
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

August 21, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/12

Alyson N. Villano
(973) 848-3903
avillano@pattonboggs.com

**VIA FACSIMILE**



RECEIVED
AUG 21 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

Re:   *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH)
      *Madej* (10cv06865); *Akoulov* (10cv06860)

Dear Judge Hellerstein:

As the Court is aware, we represent Defendants the City of New York and Pinnacle Environmental Corp. ("Defendants") in the above-captioned matter and individual cases. Defendants' insurer, the WTC Captive Insurance Company, Inc., has reached a settlement agreement with Gregory Cannata, Esq. and Robert Grochow, Esq., counsel for the above plaintiffs, in connection with these cases. The parties therefore, jointly submit the enclosed stipulations of dismissal for these actions dismissing the WTC Captive Insureds from these cases.

Should Your Honor have any questions or require any further information, we are available at the Court's convenience.

Respectfully submitted,

*Alyson N. Villano*

Alyson N. Villano

Enclosure

> The actions are not dismissed. A motion on notice is required, or a stip'n of all parties. FR-41(a).
> 8-23-12
> *A.K. Hellerstein*

126472

Washington DC | Northern Virginia | New Jersey | New York | Dallas | Denver | Anchorage | Doha | Abu Dhabi