AUG-30-2012 17:34    HARRINGTON OCKO MONK                                    P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------x
MYRIAM VEGA,

                Plaintiff,

-against-

ST. JOHN'S UNIVERSITY, ET AL.,
                Defendants.
-------------------------------------------------------------x

DOCKET NO.:
07-CV-8308-AKH

RECEIVED AUG 30 2012 CHAMBERS OF ALVIN K. HELLERSTEIN 21 MC 102 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/12

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitles action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Defendant St. John's University, only, without costs to either party as against each other.

**IT IS FURTHER STIPULATED AND AGREED**, that the attorneys for St. John's University will submit a fully executed copy of this stipulation to the Court so that it may be "So Ordered" and filed with the Clerk of the Court.

Dated: August 30, 2012

**HARRINGTON, OCKO & MONK, LLP**

By: Glenn A. Monk, Esq.
Attorneys for Defendant
St. John's University
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800

**WORBY GRONER EDLEMAN & NAPOLI BERN, LLP**

By: Christopher LoPalo, Esq.
Attorneys for the Plaintiff
Empire State Building
350 5th Avenue
New York, NY 10018
(212) 267-3700 ex 1113

SO-ORDERED: _____
            Hon. Alvin K. Hellerstein, USDJ

8/30/12