```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

JOZEF MADEJ,

   Plaintiff,

v.

10cv06865 (AKH)

THAMES REALTY CO., et al.,

   Defendants.

### Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-referenced Plaintiff's claims against Defendants The City of New York, New York City School Construction Authority and The Department of Education of the City of New York only, are hereby dismissed with prejudice and without costs to either party. The claims against The City of New York, New York City School Construction Authority and The Department of Education of the City of New York have been resolved. There are remaining defendants against whom this case shall continue.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Defendants The City of New York, New York City School Construction Authority and The Department of Education of the City of New York*

Dated: September 5, 2012

GREGORY J. CANNATA & ASSOCIATES

By: _____
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: September 5, 2012

SO ORDERED: 9/5/12

_____
ALVIN K. HELLERSTEIN, U.S.D.J.