UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  9/6/12
```

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| VLADMIR AKOULOV,<br><br>Plaintiff,<br><br>v.<br><br>160 WATER ST. INC., et al.,<br><br>Defendants. | 10cv06860 (AKH) |

### Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-referenced Plaintiff's claims against Defendants The City of New York, New York City School Construction Authority, The Department of Education of the City of New York and Pinnacle Environmental Corp. only, are hereby dismissed with prejudice and without costs to either party. The claims against The City of New York, New York City School Construction Authority, The Department of Education of the City of New York and Pinnacle Environmental Corp. have been resolved. There are remaining defendants against whom this case shall continue.

PATTON BOGGS LLP

By: *[signature]*
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Defendants The City of New York, New York City School Construction Authority, The Department of Education of the City of New York and Pinnacle Environmental Corp.*

Dated: September 5, 2012

GREGORY J. CANNATA & ASSOCIATES

By: *[signature]*
Robert A. Grochow (RG 1890)
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206
*Attorney for Plaintiff*

Dated: September 5, 2012

SO ORDERED: 9/5/12
*[signature]*
ALVIN K. HELLERSTEIN, U.S.D.J.