UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/6/12

IN RE LOWER MANHATTAN DISASTER
SITE
LITIGATION
                                          X

Case No.: 21 MC 102(AKH)

THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE
LITIGATION

**STIPULATION OF DISCONTINUANCE
AS TO DEFENDANT PACE
UNIVERSITY ONLY.**

SEE ATTACHED "EXHIBIT A"
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

    1.     The cases listed in the attached Exhibit "A" are voluntarily dismissed with

prejudice;

    2.     All claims by Plaintiff(s) against PACE UNIVERSITY arising out of or relating

in any way to World Trade Center-related rescue, recovery, debris-handling operations and/or

clean-up activities at any location on and/or after September 11, 2001 are voluntarily dismissed

with prejudice; and

    3.     The dismissal is without costs to either side.

Dated: New York, New York
       August 30, 2012

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
PACE UNIVERSITY

By: _____
    Richard E. Leff (REL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP
Attorneys for Plaintiff(s)

By: _____
    Christopher R. LoPalo (CL-6466)
    350 5th Avenue, Suite 7413
    New York, NY 10118
    (212) 267-3700

SO ORDERED: _____
      Hon. Alvin K. Hellerstein
             9/6/12

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER |
|---|---|
| Acosta, Julian (and wife Hilma) | 07CV10098 |
| Gil, Margarita | 07CV4470 |
| Jakubowaki, Janusz (and wife Krystyna) | 06CV14741 |
| Jimenez, Francisco (and wife Marisol) | 08CV02242 |

2