UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:  WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE                             21 MC 102 (AKH)
LITIGATION

                                                                    21 MC 103 (AKH)

IN RE:  COMBINED WORLD TRADE
CENTER LOWER MANHATTAN DISASTER
SITE LITIGATION (straddler plaintiffs)

-----------------------------------------------------------X

This document pertains to all cases listed on
Exhibit "A"

## DECLARATION OF RICHARD LEFF

I, Richard Leff, pursuant to 28 U.S.C. §1746, affirm under the penalty of perjury

that the following is true and correct:

1.      I am a partner in the law firm of McGivney & Kluger, P.C., counsel for

defendants American Express Company, American Express Bank, Ltd. American

Express Travel related Services Company, Inc., 90 Church Street Limited Partnership,

Boston Properties, Inc., Lehman Brothers Inc., Lehman Commercial Paper Inc., Lehman

Brothers Holdings Inc., RY Management Co., Inc., AMG Realty Partners, LP., Stoner &

Co., B.R. Fries & Associates, Inc., in these matters and a member of the Defense Liaison

Committee for the 21 MC 102 and 21 MC 103 dockets.  I admitted to practice law before

this Court and am familiar with the matters set forth herein.  I submit this declaration in

support of defendants' joint opposition to the motions of twenty-two (22) plaintiffs

seeking to reinstate their cases pursuant to Rule 60(b) of the Federal Rules of Civil

Procedure.

2.      Attached as Exhibit "A" is a list of cases to which this joint opposition pertains.

3.      Attached as Exhibit "B" is a true and correct copy of the Court's August 29, 2011 Order which set out a process for the selection of 45 plaintiffs to proceed through full pretrial discovery; set forth that plaintiffs answer a set of court-ordered interrogatories stored in the TCDI database; that each plaintiff must personally swear to his or her interrogatory response by signature.

4.      Attached as Exhibit "C" is a true and correct copy of the Court's September 28, 2011 Order confirming each interrogatory must be answered separately and under oath and extending plaintiffs' time to answer the interrogatories to October 31, 2011 pursuant to plaintiffs' request.

5.      Attached as Exhibit "D" is a true and correct copy of the Court's November 8, 2011 Order rejecting improperly certified interrogatories; requiring certifications be supported by an official oath or sworn to under the penalty of perjury pursuant to 28 U.S.C. §1746; and again extending plaintiffs' time to answer the interrogatories to November 18, 2011 pursuant to plaintiffs' request.

6.      Attached as Exhibit "E" is a true and correct copy of the Court's November 17, 2011 Order again extending plaintiffs' time to answer the interrogatories to December 2, 2011 pursuant to plaintiffs' request.  This Order notes there will be no further enlargements of time.

7.      Attached as Exhibit "F" is a true and correct copy of the Court's December 8, 2011 Order denying Plaintiffs' Motion for further extensions of time and dismissing 170 cases, with prejudice, for failure to prosecute their cases.

7.    Attached as Exhibit "G" is a true and correct copy of the Court's July 25, 2012 Order granting defendants' joint motion to dismiss 31 plaintiffs who failed to properly submit interrogatory responses by the Court's deadline.

8.    Attached as Exhibit "H" is a true and correct copy of the Court's April 4, 2012 Order denying reinstatement of six (6) of thirteen (13) cases which were dismissed via the Court's December 22, 2011 Order for failing to follow the Court's instructions concerning the submission of proper interrogatory responses by the Court's deadline.

9.    I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       September 7, 2012

Respectfully submitted,

Richard E. Leff (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York  10004
(212) 509-3456
Attorneys for the Defendant
Member of Defense Liaison Committee

Defense Liaison Committee in the 21 MC 102 and 21 MC 103 Dockets

Lee Ann Stevenson
Brett Broadwater
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800

Philip Goldstein
Loree Shelko
McGUIRE WOODS

1345 Avenue of the Americas, 7th Floor
New York, NY 10105
Telephone: (212) 548-2100

Stanley Goos
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005
Telephone: (212) 313-5452

Joseph Hopkins
Alyson Villano
PATTON BOGGS LLP
1185 Avenue of Americas, 30th Floor
New York, NY 10036
Telephone: (646) 557-5100

John M. Flannery
Allyson Avila
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (914) 872-7111

Thomas A Egan
Lissa Gipson
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 412-9507

William J. Smith
Corey Frank
FAUST GOETZ SCHENKER & BLEE LLP
Two Rector Street, 20th Floor
New York, NY 10006
Telephone: (212)-363-6900