UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   DOCKET NO.: 21MC102 (AHK)
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                           **NOTICE OF APPEAL**
-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the plaintiffs represented by WORBY GRONER EDELMAN & NAPOLI BERN, LLP, hereby appeal to the United States Court of Appeals for the Second Circuit from the August 9, 2012 Order entered in master docket 21MC102 and in the individual docket numbers listed on the annexed Rider (document no: 4362 in docket 21MC102). Plaintiffs appeal from each and every part of the subject order.

Dated:  New York, New York
         September 7, 2012

                                          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                                          *Counsel for Plaintiffs -Appellants*

                                          Denise A. Rubin (DR5591)
                                          350 Fifth Avenue, Suite 7413
                                          New York, New York 10118
                                          Phone:  (212) 267-3700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
IN RE WORLD TRADE CENTER LOWER                                :   ORDER
MANHATTAN DISASTER SITE LITIGATION                            :
                                                              :   21 MC 102 (AKH)
                                                              :
-------------------------------------------------------------
                                                              :
IN RE COMBINED WORLD TRADE CENTER                             :
AND LOWER MANHATTAN DISASTER SITE                             :   21 MC 103 (AKH)
LITIGATION                                                    :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On December 22, 2011, the Court directed Defendants to move to dismiss certain Plaintiffs who, under oath, answered "None" to the court-ordered interrogatory asking "[f]or which diagnosed condition(s)/injury(s)/disease(s) does [Plaintiff] seek recovery?" Defendants made the motion on January 11, 2012. Plaintiffs opposed the motion. Upon oral argument of the motion and for the reasons set forth in the July 25, 2012 Summary Order Dismissing Cases, I hereby dismiss the 211 cases listed in the attached Schedule 1.

SO ORDERED.

Date: August 9, 2012

                                                           ALVIN K. HELLERSTEIN
                                                           United States District Judge

Schedule 1 to Order of July 25, 2012

| # | Last | First | Docket Number | Counsel |
|---|------|-------|---------------|---------|
| 1 | Acevedo | Carmelo | 07cv01453 | Worby Groner Edelman & Napoli Bern |
| 2 | Acosta | Byron | 07CV01552 | Worby Groner Edelman & Napoli Bern |
| 3 | Acosta | Julian | 07CV10098 | Worby Groner Edelman & Napoli Bern |
| 4 | Adorno | Rene | 06cv11903 | Worby Groner Edelman & Napoli Bern |
| 5 | Antiaris | John | 06cv09964 | Worby Groner Edelman & Napoli Bern |
| 6 | Ascencio | Ivan | 07cv01460 | Worby Groner Edelman & Napoli Bern |
| 7 | Asmal | Angel | 07cv01461 | Worby Groner Edelman & Napoli Bern |
| 8 | Asmal | Carlos | 07CV01462 | Worby Groner Edelman & Napoli Bern |
| 9 | Asmal | Carlos | 08CV02563 | Worby Groner Edelman & Napoli Bern |
| 10 | Astudillo | Wilmer | 07CV01561 | Worby Groner Edelman & Napoli Bern |
| 11 | Austin | Daniel | 06cv10542 | Worby Groner Edelman & Napoli Bern |
| 12 | Avila | Edgar | 07cv01464 | Worby Groner Edelman & Napoli Bern |
| 13 | Avila | Norberto | 07cv01465 | Worby Groner Edelman & Napoli Bern |
| 14 | Baez | Fabiola | 07cv01467 | Worby Groner Edelman & Napoli Bern |
| 15 | Barrero | Arturo | 06cv13792 | Worby Groner Edelman & Napoli Bern |
| 16 | Barroso | Hector | 07cv04452 | Worby Groner Edelman & Napoli Bern |
| 17 | Battle | Linda | 06cv00133 | Worby Groner Edelman & Napoli Bern |
| 18 | Benavidez | Vincente | 06CV07913 | Worby Groner Edelman & Napoli Bern |
| 19 | Bikowski | Roman | 06cv14496 | Worby Groner Edelman & Napoli Bern |
| 20 | Bogacki | Jacek | 08CV02573 | Worby Groner Edelman & Napoli Bern |
| 21 | Botero | Yuly | 08CV02575 | Worby Groner Edelman & Napoli Bern |
| 22 | Bracic | Hava | 09CV02807 | Worby Groner Edelman & Napoli Bern |
| 23 | Braverman | Eric | 08CV02576 | Worby Groner Edelman & Napoli Bern |
| 24 | Buckley | Johnathan | 06cv01654 | Worby Groner Edelman & Napoli Bern |
| 25 | Buestan | Hector | 07cv04456 | Worby Groner Edelman & Napoli Bern |
| 26 | Bunay | Flor | 08CV02577 | Worby Groner Edelman & Napoli Bern |
| 27 | Caguana | Manuel | 06cv11968 | Worby Groner Edelman & Napoli Bern |
| 28 | Caguana | Segundo | 08CV02582 | Worby Groner Edelman & Napoli Bern |
| 29 | Caivinagua | Juan | 07CV01574 | Worby Groner Edelman & Napoli Bern |
| 30 | Cali | Lucy | 08CV02583 | Worby Groner Edelman & Napoli Bern |
| 31 | Calle | Gil | 07CV01576 | Worby Groner Edelman & Napoli Bern |
| 32 | Carroll | Neil | 08CV00635 | Worby Groner Edelman & Napoli Bern |
| 33 | Castillo | Antonio | 09CV03449 | Worby Groner Edelman & Napoli Bern |
| 34 | Castro | Maria | 08CV02257 | Worby Groner Edelman & Napoli Bern |
| 35 | Ceron | Armando | 07CV01582 | Worby Groner Edelman & Napoli Bern |
| 36 | Chalco | Joel | 08CV02258 | Worby Groner Edelman & Napoli Bern |
| 37 | Chauca | Maria | 07cv01482 | Worby Groner Edelman & Napoli Bern |
| 38 | Chavez | Edizon | 07CV01585 | Worby Groner Edelman & Napoli Bern |
| 39 | Chique | Maria | 08CV02259 | Worby Groner Edelman & Napoli Bern |
| 40 | Cobos | Angel | 07cv01483 | Worby Groner Edelman & Napoli Bern |
| 41 | Coello | Asdrubal | 07cv01484 | Worby Groner Edelman & Napoli Bern |
| 42 | Cook | William | 07cv01486 | Worby Groner Edelman & Napoli Bern |
| 43 | Cordova | Hector | 07CV01595 | Worby Groner Edelman & Napoli Bern |
| 44 | Cornier | David | 07CV05406 | Worby Groner Edelman & Napoli Bern |
| 45 | Coronel | Jose | 07cv01487 | Worby Groner Edelman & Napoli Bern |
| 46 | Cosme | Manuel | 06CV12006 | Worby Groner Edelman & Napoli Bern |
| 47 | Cubas | Patricia | 06cv12725 | Worby Groner Edelman & Napoli Bern |
| 48 | Cubero | Carmen | 09CV03450 | Worby Groner Edelman & Napoli Bern |
| 49 | Culcay | Rosa | 07CV05346 | Worby Groner Edelman & Napoli Bern |
| 50 | Cullimore | Andrew | 06CV11651 | Worby Groner Edelman & Napoli Bern |
| 51 | Cuomo | Anthony | 07CV10756 | Worby Groner Edelman & Napoli Bern |
| 52 | DeJesus | Maria | 08CV02605 | Worby Groner Edelman & Napoli Bern |
| 53 | Delorbe | Luciano | 06cv12731 | Worby Groner Edelman & Napoli Bern |
| 54 | Dominguez | Gina | 08CV02608 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 55 | Douso | Joseph | 07CV05407 | Worby Groner Edelman & Napoli Bern |
| 56 | Drozdz | Stanislaw | 06cv14620 | Worby Groner Edelman & Napoli Bern |
| 57 | Duchitanga | Maria | 07CV01604 | Worby Groner Edelman & Napoli Bern |
| 58 | Duchitanga | Manuel | 07CV05287 | Worby Groner Edelman & Napoli Bern |
| 59 | Duran | Ana | 07cv01493 | Worby Groner Edelman & Napoli Bern |
| 60 | Espinoza | Alex | 08CV02614 | Worby Groner Edelman & Napoli Bern |
| 61 | Fajardo | Carlos | 08cv04935 | Worby Groner Edelman & Napoli Bern |
| 62 | Felicetti | Frank | 07CV04244 | Worby Groner Edelman & Napoli Bern |
| 63 | Feliciano | Aldo | 06cv11663 | Worby Groner Edelman & Napoli Bern |
| 64 | Fitzpatrick | Kevin | 06CV12064 | Worby Groner Edelman & Napoli Bern |
| 65 | Flynn | James | 06cv14652 | Worby Groner Edelman & Napoli Bern |
| 66 | Frierson | Deloris | 09CV03451 | Worby Groner Edelman & Napoli Bern |
| 67 | Gabrielsen | Harald | 07CV05169 | Worby Groner Edelman & Napoli Bern |
| 68 | Gallardo | Norberto | 07CV05290 | Worby Groner Edelman & Napoli Bern |
| 69 | Gandia | Rosa | 08cv04936 | Worby Groner Edelman & Napoli Bern |
| 70 | Garces | Segundo | 07cv01498 | Worby Groner Edelman & Napoli Bern |
| 71 | Garcia | Sonia | 07CV05358 | Worby Groner Edelman & Napoli Bern |
| 72 | Garcia | Lizeth | 08CV02270 | Worby Groner Edelman & Napoli Bern |
| 73 | Gaspar | Peter | 05cv10739 | Worby Groner Edelman & Napoli Bern |
| 74 | Gavidia | Blanca | 07cv04466 | Worby Groner Edelman & Napoli Bern |
| 75 | Gibson | Michael | 06cv14681 | Worby Groner Edelman & Napoli Bern |
| 76 | Gonzalez | John | 08CV02630 | Worby Groner Edelman & Napoli Bern |
| 77 | Gordon | Leroy | 08CV02324 | Worby Groner Edelman & Napoli Bern |
| 78 | Granata | Joseph | 06cv12688 | Worby Groner Edelman & Napoli Bern |
| 79 | Guartambel | Jose | 08cv04937 | Worby Groner Edelman & Napoli Bern |
| 80 | Guerrero | Antonio | 07CV05294 | Worby Groner Edelman & Napoli Bern |
| 81 | Guevara | Julio | 07CV05555 | Worby Groner Edelman & Napoli Bern |
| 82 | Guiracocha | Samuel | 06CV12120 | Worby Groner Edelman & Napoli Bern |
| 83 | Harris | John | 08CV02634 | Worby Groner Edelman & Napoli Bern |
| 84 | Harvey | Frank | 08CV02635 | Worby Groner Edelman & Napoli Bern |
| 85 | Hayduk | Jeffrey | 06cv05839 | Worby Groner Edelman & Napoli Bern |
| 86 | Hernandez | Enrique | 07CV05360 | Worby Groner Edelman & Napoli Bern |
| 87 | Hernandez | Maria Cecilia | 08cv05156 | Worby Groner Edelman & Napoli Bern |
| 88 | Hightower | William | 08CV02276 | Worby Groner Edelman & Napoli Bern |
| 89 | Hunce | Peter | 08CV02325 | Worby Groner Edelman & Napoli Bern |
| 90 | Hurtado | William | 06cv10781 | Worby Groner Edelman & Napoli Bern |
| 91 | Idrovo | Manuel | 07CV01628 | Worby Groner Edelman & Napoli Bern |
| 92 | Inga | Luis | 07cv04474 | Worby Groner Edelman & Napoli Bern |
| 93 | Jablonski | Jozef | 07CV01630 | Worby Groner Edelman & Napoli Bern |
| 94 | Jara | Juan | 07CV05363 | Worby Groner Edelman & Napoli Bern |
| 95 | Jaramillo | Manuel | 09CV03458 | Worby Groner Edelman & Napoli Bern |
| 96 | Jimenez | Alberto | 07cv04478 | Worby Groner Edelman & Napoli Bern |
| 97 | Jimenez | Raul | 08CV02640 | Worby Groner Edelman & Napoli Bern |
| 98 | Jordan | Luis | 08CV02277 | Worby Groner Edelman & Napoli Bern |
| 99 | Joseph | Danny | 08CV06862 | Worby Groner Edelman & Napoli Bern |
| 100 | Kelly | Egerton | 06cv13971 | Worby Groner Edelman & Napoli Bern |
| 101 | Kessler | Mitchell | 06CV12181 | Worby Groner Edelman & Napoli Bern |
| 102 | King | Mechelle | 07CV09008 | Worby Groner Edelman & Napoli Bern |
| 103 | Klein | Joel | 07CV01640 | Worby Groner Edelman & Napoli Bern |
| 104 | Kmec | Lubomir | 08CV02278 | Worby Groner Edelman & Napoli Bern |
| 105 | Kowalczyk | Adam | 06cv02252 | Worby Groner Edelman & Napoli Bern |
| 106 | Lascano | Ana | 05cv09333 | Worby Groner Edelman & Napoli Bern |
| 107 | Leary | Annette | 05cv01118 | Worby Groner Edelman & Napoli Bern |
| 108 | Leon | Cesar | 07CV00063 | Worby Groner Edelman & Napoli Bern |
| 109 | Leonard | Thomas | 07CV05559 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 110 | Lituma | Diego | 07CV01648 | Worby Groner Edelman & Napoli Bern |
| 111 | Llerena | Hilda | 07CV01650 | Worby Groner Edelman & Napoli Bern |
| 112 | Lluguay | Maria | 08CV02280 | Worby Groner Edelman & Napoli Bern |
| 113 | Loja | Raul | 07CV01652 | Worby Groner Edelman & Napoli Bern |
| 114 | Lopez | Ricardo | 06cv04884 | Worby Groner Edelman & Napoli Bern |
| 115 | Lopez | Oswaldo | 07cv04483 | Worby Groner Edelman & Napoli Bern |
| 116 | Lopez | Rolando | 08CV02283 | Worby Groner Edelman & Napoli Bern |
| 117 | Lott | Tyrone | 05CV01203 | Worby Groner Edelman & Napoli Bern |
| 118 | Macas | Veronica | 07cv04485 | Worby Groner Edelman & Napoli Bern |
| 119 | Marmolejo | Virgilio | 07cv04488 | Worby Groner Edelman & Napoli Bern |
| 120 | Marshall | Donna | 07CV05417 | Worby Groner Edelman & Napoli Bern |
| 121 | Martinez | Roberto | 06CV12290 | Worby Groner Edelman & Napoli Bern |
| 122 | Martucci | Anthony | 05cv09957 | Worby Groner Edelman & Napoli Bern |
| 123 | McBean | Derrick | 07CV10804 | Worby Groner Edelman & Napoli Bern |
| 124 | McPartland | Michael | 05CV01181 | Worby Groner Edelman & Napoli Bern |
| 125 | Medina | Rosa | 07cv04491 | Worby Groner Edelman & Napoli Bern |
| 126 | Moeller | Timothy | 08CV02659 | Worby Groner Edelman & Napoli Bern |
| 127 | Montero | Hamilton | 06cv12791 | Worby Groner Edelman & Napoli Bern |
| 128 | Moore | Edward | 07CV05562 | Worby Groner Edelman & Napoli Bern |
| 129 | Morales | Edwin | 06cv08949 | Worby Groner Edelman & Napoli Bern |
| 130 | Morales | Xiomar | 07cv11022 | Worby Groner Edelman & Napoli Bern |
| 131 | Moreno | Sandra | 06cv14901 | Worby Groner Edelman & Napoli Bern |
| 132 | Morocho | Simon | 08CV02663 | Worby Groner Edelman & Napoli Bern |
| 133 | Munoz | Javier | 08CV02666 | Worby Groner Edelman & Napoli Bern |
| 134 | Murphy | Michael | 07cv05418 | Worby Groner Edelman & Napoli Bern |
| 135 | Naula | Segundo | 08CV02672 | Worby Groner Edelman & Napoli Bern |
| 136 | Nieto | Rodolfo | 08CV02674 | Worby Groner Edelman & Napoli Bern |
| 137 | Nolan | Joseph | 05CV01213 | Worby Groner Edelman & Napoli Bern |
| 138 | O Neill | Sean | 08CV02677 | Worby Groner Edelman & Napoli Bern |
| 139 | Ordonez | Julio | 08CV02298 | Worby Groner Edelman & Napoli Bern |
| 140 | Orozco | Haidee | 07cv04498 | Worby Groner Edelman & Napoli Bern |
| 141 | Ortega | Edgar | 08CV02678 | Worby Groner Edelman & Napoli Bern |
| 142 | Ortiz | Wilson | 07CV01677 | Worby Groner Edelman & Napoli Bern |
| 143 | Ozoria | Jaime | 08CV02679 | Worby Groner Edelman & Napoli Bern |
| 144 | Palaguachi | Rosa | 07CV01680 | Worby Groner Edelman & Napoli Bern |
| 145 | Papazissis | Nicholas | 07CV10029 | Worby Groner Edelman & Napoli Bern |
| 146 | Paredes | Walberto | 08CV02302 | Worby Groner Edelman & Napoli Bern |
| 147 | Paredes | Valentin | 08CV02680 | Worby Groner Edelman & Napoli Bern |
| 148 | Parra | Felix | 07cv04506 | Worby Groner Edelman & Napoli Bern |
| 149 | Peduto | Albert | 07CV08927 | Worby Groner Edelman & Napoli Bern |
| 150 | Pena | Alexander | 07CV08929 | Worby Groner Edelman & Napoli Bern |
| 151 | Pichu | Julio | 06CV12411 | Worby Groner Edelman & Napoli Bern |
| 152 | Pineda | Hernan | 07CV05376 | Worby Groner Edelman & Napoli Bern |
| 153 | Pinela | Carlos | 07CV05377 | Worby Groner Edelman & Napoli Bern |
| 154 | Ponce | Pedro | 08CV02690 | Worby Groner Edelman & Napoli Bern |
| 155 | Porras | Raul | 06cv09674 | Worby Groner Edelman & Napoli Bern |
| 156 | Puma | Elsa | 07cv11023 | Worby Groner Edelman & Napoli Bern |
| 157 | Pumacuri | Manuel | 09CV03453 | Worby Groner Edelman & Napoli Bern |
| 158 | Purcell | Dan | 07CV08932 | Worby Groner Edelman & Napoli Bern |
| 159 | Quintanilla | Natalia | 06CV01341 | Worby Groner Edelman & Napoli Bern |
| 160 | Quizhpi | Segundo | 08CV02246 | Worby Groner Edelman & Napoli Bern |
| 161 | Raimondi | Joseph | 07CV05380 | Worby Groner Edelman & Napoli Bern |
| 162 | Ramirez | Michael | 07CV05422 | Worby Groner Edelman & Napoli Bern |
| 163 | Riera | Maximo | 07cv01519 | Worby Groner Edelman & Napoli Bern |
| 164 | Rizzi | Patrizio | 06cv15006 | Worby Groner Edelman & Napoli Bern |

Schedule 1 to Order of July 25, 2012

| | | | | |
|---|---|---|---|---|
| 165 | Rodriguez | William | 07CV05424 | Worby Groner Edelman & Napoli Bern |
| 166 | Rodriguez | Mercedes | 08CV02701 | Worby Groner Edelman & Napoli Bern |
| 167 | Rojas | Angel | 07CV01696 | Worby Groner Edelman & Napoli Bern |
| 168 | Ruales | Segundo | 07cv11024 | Worby Groner Edelman & Napoli Bern |
| 169 | Ruggiero | Eddie | 06cv12813 | Worby Groner Edelman & Napoli Bern |
| 170 | Ruggiero | James | 06cv15025 | Worby Groner Edelman & Napoli Bern |
| 171 | Saeteros | Milton | 07cv05383 | Worby Groner Edelman & Napoli Bern |
| 172 | Salinas | Angela | 08CV02706 | Worby Groner Edelman & Napoli Bern |
| 173 | Sanchez | Apolinar | 07cv01526 | Worby Groner Edelman & Napoli Bern |
| 174 | Sanguna | Luis | 08CV02712 | Worby Groner Edelman & Napoli Bern |
| 175 | Santamaria | Emanuel | 07cv01528 | Worby Groner Edelman & Napoli Bern |
| 176 | Santos | David | 06cv12492 | Worby Groner Edelman & Napoli Bern |
| 177 | Sarmiento | Pedro | 07cv01531 | Worby Groner Edelman & Napoli Bern |
| 178 | Sen | Juan | 08CV02307 | Worby Groner Edelman & Napoli Bern |
| 179 | Shanahan | Ken | 06CV10636 | Worby Groner Edelman & Napoli Bern |
| 180 | Soto | Mayie | 06cv10495 | Worby Groner Edelman & Napoli Bern |
| 181 | Sparano | Robert | 07CV05388 | Worby Groner Edelman & Napoli Bern |
| 182 | Starace | Joe | 07CV08949 | Worby Groner Edelman & Napoli Bern |
| 183 | Sterling | Maximino | 08CV02720 | Worby Groner Edelman & Napoli Bern |
| 184 | Stevens | Jake | 06cv10095 | Worby Groner Edelman & Napoli Bern |
| 185 | Stroud | Alex | 06cv09724 | Worby Groner Edelman & Napoli Bern |
| 186 | Sweeney | John | 07cv01711 | Worby Groner Edelman & Napoli Bern |
| 187 | Tabares | Mauricio | 08CV02721 | Worby Groner Edelman & Napoli Bern |
| 188 | Tamayo | Pedro | 07cv01538 | Worby Groner Edelman & Napoli Bern |
| 189 | Tenempagauy | Rocio | 09CV03455 | Worby Groner Edelman & Napoli Bern |
| 190 | Toledo | Victor | 08CV02723 | Worby Groner Edelman & Napoli Bern |
| 191 | Torres | Aida | 08CV02309 | Worby Groner Edelman & Napoli Bern |
| 192 | Trivino | William | 08CV02726 | Worby Groner Edelman & Napoli Bern |
| 193 | Tuapante | Manuel | 06cv12589 | Worby Groner Edelman & Napoli Bern |
| 194 | Uzhca | Miguel | 08CV02333 | Worby Groner Edelman & Napoli Bern |
| 195 | Valdez | Wilson | 07cv01541 | Worby Groner Edelman & Napoli Bern |
| 196 | Valdez | Rosa | 08CV02727 | Worby Groner Edelman & Napoli Bern |
| 197 | Vales | Vincent | 06cv09236 | Worby Groner Edelman & Napoli Bern |
| 198 | Vargas | Michael | 06cv08566 | Worby Groner Edelman & Napoli Bern |
| 199 | Vargas | Edwin | 08CV11458 | Worby Groner Edelman & Napoli Bern |
| 200 | Vasquez | Rommel | 07cv01543 | Worby Groner Edelman & Napoli Bern |
| 201 | Vergara | Viviana | 06cv15116 | Worby Groner Edelman & Napoli Bern |
| 202 | Vintimilla | Rosalia | 08CV02317 | Worby Groner Edelman & Napoli Bern |
| 203 | Viscaino | Pedro | 07cv08291 | Worby Groner Edelman & Napoli Bern |
| 204 | Vivar | Luis | 07cv04523 | Worby Groner Edelman & Napoli Bern |
| 205 | Walsh | Kevin | 06cv12608 | Worby Groner Edelman & Napoli Bern |
| 206 | Washington | Mannix | 08CV02734 | Worby Groner Edelman & Napoli Bern |
| 207 | Wragg | Clarence | 06cv08125 | Worby Groner Edelman & Napoli Bern |
| 208 | Zamora | Bolivar | 08CV02740 | Worby Groner Edelman & Napoli Bern |
| 209 | Zelaya | Jorge | 07cv01730 | Worby Groner Edelman & Napoli Bern |
| 210 | Zenteno | Lawrence | 07cv01731 | Worby Groner Edelman & Napoli Bern |
| 211 | Zugaj | Franciszek | 06cv01653 | Worby Groner Edelman & Napoli Bern |

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: LOWER MANHATTAN DISASTER SITE            Docket No.: 21MC102 (AKH)
LITIGATION
-------------------------------------------------------------------X

     DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby Declares under penalty of perjury:

     On September 7, 2012, I duly served a true copy of the within NOTICE OF APPEAL on the persons listed below by e-mail transmission.

| | |
|---|---|
| Lee Ann Stevenson | Richard E. Leff |
| Kirkland & Ellis, LLP | McGivney & Kluger, P.C. |
| 601 Lexington Avenue | 80 Broad Street, 23rd Floor |
| New York, NY 10022 | New York, New York 10004 |
| leeann.stevenson@kirkland.com | rleff@mcgivneyandkluger.com |

     And upon all parties receiving electronic notification via the US District Court's ECF filing system

_____
DENISE A. RUBIN

UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE　　　　Docket No.: 21MC102 (AKH)
LITIGATION
-------------------------------------------------------------------X

## NOTICE OF APPEAL

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Counsel for Plaintiffs-Appellants*
350 Broadway, Suite 7413
New York, New York 10118
(212) 267-3700

======================================================================
　　　The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Attorney name:  Denise A. Rubin
======================================================================

PLEASE TAKE NOTICE:
　　☐ NOTICE OF ENTRY
　　that the within is a (certified) true copy of an 　　　　　duly entered in the 　　office of the   clerk of the within named court on _____200__.
　　☐ NOTICE OF SETTLEMENT
　　that an order 　　　　　　　　of which the within is a true copy,  will be presented for settlement to the HON. 　　　　　　　one of the judges of the within named Court, at 　　　　on 　　　200___ at_____ O'clock ___.M.

Dated, _____

　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**