

**WorbyGronerEdelman &NapoliBern LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/12

*[handwritten note:] Plaintiffs may take the dep'n of Tammy Veikos, but as a witness and not a "30(b)(6)" designee. 9-21-12 [signature] A.K. Hellerstein*

CHRISTOPHER R. LOPALO
CLOPALO@NAPOLIBERN.COM

September 20, 2012



RECEIVED SEP 21 2012 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

      Re:   *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*
             21 MC 102 (AKH)

Dear Judge Hellerstein:

      The Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP ("Plaintiffs") and Defendant The Related Companies, LP ("The Related Companies") submit this joint letter regarding a discovery dispute. Plaintiffs and Defendant "met and conferred" about this unresolved discovery issue on August 31, 2012. However, to date, Plaintiffs have not been able to resolve this discovery dispute with The Related Companies.

*Plaintiffs' Position:*

      On Friday, June 15, 2012, Plaintiffs conducted a deposition pursuant to Fed. R. Civ. P. 30(b)(6) of the Related Companies. The Related Companies produced Peter Hoyle, the current Vice President of Engineering and former Director of Engineering. Throughout his testimony, Mr. Hoyle referenced Tammy Veikos[1], the current Senior Vice President and former Regional Manager of The Related Companies, as a person who has specific knowledge about many of topics in the Plaintiffs' deposition notice involving the the debris removal and cleanup efforts at 225 Rector Place.

---

[1] This witness's last name was incorrectly spelled in the deposition transcript as "Vagos".