UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :   **ORDER ADJOURNING STATUS**
                                                             :   **CONFERENCE**
IN RE WORLD TRADE CENTER LOWER                               :
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :   21 MC 102 (AKH)
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference in the 21 MC 102 master calendar scheduled for October 10, 2012 is adjourned until October 11, 2012 at 3:00 p.m. in Courtroom 14D.

      SO ORDERED.

Dated:    October 3, 2012
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/12

1