USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

Case No.: 21 MC 102(AKH)

-----------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION

STIPULATION OF DISCONTINUANCE AS TO DEFENDANT, GRUBB & ELLIS MANAGEMENT SERVICES, INC., ONLY FOR THE CASES LISTED IN THE ATTACHED "EXHIBIT A"

-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *GRUBB & ELLIS MANAGEMENT SERVICES, INC.*, only as to the claims being made as to the premises located at 99 Church Street, New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued hereby are discontinued without prejudice without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that *GRUBB & ELLIS MANAGEMENT SERVICES, INC,* are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 2, 2012

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
GRUBB & ELLIS MANAGEMENT
SERVICES, INC.

By: _____
Richard E. Leff (REL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

GREGORY J. CANNATA & ASSOCIATES, P.C.
Attorneys for Plaintiffs

By: _____
Robert Grochow
233 Broadway, 5th Floor
New York, NY, 10279
(212) 233 - 5400

So Ordered: _____
10/4/12

2

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER | PLAINTIFF'S COUNSEL |
|---|---|---|
| Collado, Yudelka and Jose Collado | 08 CV 9718 | Cannata |
| Ropel, Waldemar and Krystlyna Ropel | 06 CV 01520 | Cannata |
| Puello, Maria | 07 CV 11294 | Cannata |