UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER
SITE LITIGATION

**21 MC 102 (AKH)**

**21 MC 103 (AKH)**

IN RE: LOWER MANHATTAN DISASTER
SITE LITIGATION

## PLAINTIFFS' NOTICE OF ISSUANCE OF NON-PARTY SUBPOENAS

**PLEASE TAKE NOTICE** that the attached subpoena is being served on non-parties in

the 21 MC 102 and 21 MC 103 litigations.

Dated:  October 10, 2012

_____
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
Attorneys for Certain Plaintiffs
(212) 267-3700
Clopalo@napolibern.com