USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER LOWER           :   **ORDER SUMMARIZING**
MANHATTAN DISASTER SITE LITIGATION    :   **STATUS CONFERENCE**
:
:   21 MC 102 (AKH)
:
:
:
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 11, 2012, I held a status conference in the above-captioned matter. The parties informed me that they are progressing with discovery in the first wave of cases chosen to move forward with intensive discovery and then trial. However, they informed me they did not meet the September 28, 2012, deadline for completing depositions of the plaintiffs and defendants, and will not meet the November 30, 2012, deadline for completing depositions of all third parties. Thus, the deadline for completing depositions of all witnesses in those cases is extended to February 28, 2013. There will be no more enlargements. The next status conference in the 21 MC 102 master calendar will occur on January 16, 2013 at 3:00 p.m. in Courtroom 14D.

At the January 16, 2013, conference, counsel will report a proposed discovery schedule for the second wave of cases to begin after the close of the first wave of discovery. I plan also to discuss any appropriate, overall impressions of the cases coordinated in this docket. A schedule for motions and trials will also be discussed.

A timetable for the selection of the second wave of cases was set during the status conference. By October 19, 2012, plaintiffs' counsel will provide an updated list of plaintiffs and their corresponding buildings and work and injury data. By October 26, 2012, plaintiffs' counsel

1

will choose ten plaintiffs for participation in the second wave. By November 2, 2012, defense counsel will choose an additional ten plaintiffs for participation. By November 9, 2012, the Special Masters will choose an additional ten plaintiffs for participation. Plaintiffs' counsel will then publish a full list of participating plaintiffs and their corresponding buildings. This selection process, and future discoveries and proofs at trial, will be based solely on the sworn information supplied to, and collected in, the TCDI database.

SO ORDERED

Dated:   October **/2**, 2012
         New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge