# GREGORY J. CANNATA & ASSOCIATES
THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9205
FAX (212) 227-4141
E-MAIL: CANNATA@CANNATALAW.COM

GREGORY J. CANNATA

ANGELINA L. ADAM
LLOYD M. ROBERTS
ALISON CANNATA HENDELE

OF COUNSEL:
ROBERT A. GROCHOW, P.C.

PARALEGALS:
BARBARA DOMINO
APRIL FARRIOR
SYLWIA KIELBOWICZ
MADELINE MUNIZ
JOSIANE MAZILE
MONICA MUNIN
ANASTASIA KAMBANIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/12

October 12, 2012

*[Handwritten notation: "The Clerk shall mark both of these cases filed closed." 10/18/12 A.K. Hell]*

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Settled 21 MC 100 and 21 MC 102 Cases

Dear Judge Hellerstein,

I am writing to provide you with an update for two of our 21 MC 102 cases which settled with the City of New York in the World Trade Center Litigation Settlement:

*Open* • *Slawomir Lejtman – 08 cv 5709, 08 cv 6128:* This law firm has submitted a Petition for the distribution of the settlement proceeds to the Queens County Surrogate's Court. Distribution of the settlement funds is pending approval of the Petition by the Court.

*Closed* • *Ralph Dukes – 09 cv 8028, 10 cv 6912:* This law firm has submitted a Petition for the distribution of the settlement proceeds to the Richmond County Surrogate's Court. Distribution of the settlement funds is pending approval of the Petition by the Court.

The settlement funds for remainder of the cases that participated in the Settlement have been distributed. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Gregory J. Cannata, Esq.