UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER LOWER      :   **ORDER**
MANHATTAN DISASTER SITE LITIGATION  :
:   21 MC 102 (AKH)
:
:
:
:
:
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

    On October 18, 2012, I ordered various 21 MC 102 cases closed. Plaintiff asks me to reopen 08 Civ. 5709, representing that although its allegations are the same as 08 Civ. 6128 against New York City and affiliated entities, 08 Civ. 5709 is against other defendants.

    A motion will be required. Actions cannot be split according to defendants, and, once begun, an action cannot be dismissed by stipulations and without court order if fewer than all defendants settle. See R.41(a), Fed. R. Civ. P.

    Any motion by plaintiff is due by November 16, 2012.

    SO ORDERED

Dated:    October 2̶3̶, 2012
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

1