UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                   :    **ORDER FIXING ERRORS IN**
                                                   :    **PRIOR ORDER**

IN RE WORLD TRADE CENTER LOWER    :
MANHATTAN DISASTER SITE LITIGATION  :
                                                 :    21 MC 102 (AKH)

----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court's order filed October 22, 2012, "Opinion and Order Denying Motions to Reinstate 22 Dismissed Plaintiffs," contained two errors in which "moving plaintiffs" were mistakenly labeled "moving defendants." The last sentence of the second paragraph of the order, located on page 2, should read, "The moving plaintiffs failed to do that, and failed to cure their neglects despite repeated warnings that their cases would be dismissed in consequence." The first sentence of the third paragraph of the order, also located on page 2, should read, "The failures and neglects of the moving plaintiffs, and my warnings of dismissals in consequence, are documented in court orders and transcripts of pre-trial conferences."

        SO ORDERED.

Dated:    October 24, 2012
              New York, New York

                                                                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge