| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| IN RE: LOWER MANHATTAN DISASTER<br>SITE LITIGATION | **21 MC 102 (AKH)** |
| IN RE: LOWER MANHATTAN DISASTER<br>SITE LITIGATION | **21 MC 103 (AKH)** |

## PLAINTIFFS' NOTICE OF ISSUANCE OF NON-PARTY SUBPOENAS

**PLEASE TAKE NOTICE** that the attached subpoena is being served on non-parties in the 21 MC 102 and 21 MC 103 litigations.

Dated:  October 24, 2012

_____
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
Attorneys for Certain Plaintiffs
(212) 267-3700
Clopalo@napolibern.com