UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE       Case No.: 21 MC 102(AKH)
LITIGATION
-------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER         STIPULATION OF DISCONTINUANCE AS
MANHATTAN DISASTER SITE LITIGATION         TO DEFENDANT, GRUBB & ELLIS
                                           MANAGEMENT SERVICES, INC., ONLY
                                           FOR THE CASES LISTED IN THE
                                           ATTACHED "EXHIBIT A"
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/12

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant GRUBB & ELLIS MANAGEMENT SERVICES, INC., only as to the claims being made as to the premises located at 99 Church Street, New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued with without prejudice without costs to any party as against the other.

    IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the course of the litigation which determines that GRUBB & ELLIS MANAGEMENT SERVICES, INC., are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 5, 2012

McGIVNEY & KLUGER, P.C.                    WORBY GRONER EDELMAN & NAPOLI BERN,
Attorneys for Defendant                    LLP
GRUBB & ELLIS MANAGEMENT                   Attorneys for Plaintiff(s)
SERVICES, INC.

By: _____                By: _____
   Richard E. Leff (REL-2123)                 Christopher R. LoPalo (CL-6466)
   80 Broad Street, 23rd Floor                350 Fifth Avenue, Suite 7413
   New York, New York 10004                   New York, NY 10118
   (212) 509-3456                             (212) 267-3700

So Ordered 10/25/12
[signature]

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER | PLAINTIFF'S COUNSEL |
|---|---|---|
| Alvarez, Gloria (and husband, Henry Sandoya) | 07CV011017 | Napoli Bern |
| Avila, Angel (and wife, Ammsy Avila) | 07CV00060 | Napoli Bern |
| Carrero, Ramon (and wife, Maritza M. Cabrera) | 08CV02590 | Napoli Bern |
| Cook, William (and wife, Mary Ann Cook) | 07CV01486 | Napoli Bern |
| Flores, Danilsa | 07CV01608 | Napoli Bern |
| Falcones, Blanca | 07CV0210 | Napoli Bern |
| Gallegos, Walter | 07CV4467 | Napoli Bern |
| Galvis, Edgar | 06CV3422 | Napoli Bern |
| Guiracocha, Cesar | 08CV02272 | Napoli Bern |
| Jalil, Julio (and wife, Charinil Jalil) | 07CV04476 | Napoli Bern |
| Lora, Andrea | 07CV4484 | Napoli Bern |
| Miranda, Susana (and husband, Martin Labre) | 08CV02293 | Napoli Bern |
| Pena, Jorge | 07CV01682 | Napoli Bern |
| Rendon, Viviana (and husband, Nestor R Valencia) | 08CV2695 | Napoli Bern |
| Serrano, Angel (and wife, Tanny Sarmiento) | 07CV4516 | Napoli Bern |
| Siguencia, Nancy | 08CV02715 | Napoli Bern |
| Vasquez, Klever | 07CV4520 | Napoli Bern |
| Vivar, Rosa (and Husband, Wilson Vivar) | 06CV00997 | Napoli Bern |
| Wieliczka, Romuald | 08CV2737 | Napoli Bern |
| Wronkowski, Marian (and wife, Danuta Wronkowski) | 08CV2738 | Napoli Bern |