```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE          Case No.: 21 MC 102(AKH)
LITIGATION
-----------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER     STIPULATION OF DISCONTINUANCE AS
MANHATTAN DISASTER SITE LITIGATION     TO DEFENDANT, GRUBB & ELLIS
                                       MANAGEMENT SERVICES, INC., ONLY
                                       FOR THE CASES LISTED IN THE
                                       ATTACHED "EXHIBIT A"
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant GRUBB & ELLIS MANAGEMENT SERVICES, INC., only as to the claims being made as to the premises located at 22 Cortland Street, New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the course of the litigation which determines that *GRUBB & ELLIS MANAGEMENT SERVICES, INC.*, are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 5, 2012

McGIVNEY & KLUGER, P.C.                    WORBY GRONER EDELMAN & NAPOLI BERN,
Attorneys for Defendant                    LLP
GRUBB & ELLIS MANAGEMENT                   Attorneys for Plaintiff(s)
SERVICES, INC.

By: _____                By: _____
    Richard E. Leff (REL/2123)                 Christopher R. LoPalo (CL-6466)
    80 Broad Street, 23rd Floor                350 Fifth Avenue, Suite 7413
    New York, New York 10004                   New York, NY 10118
    (212) 509-3456                             (212) 267-3700

# EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER | PLAINTIFF'S COUNSEL |
|---|---|---|
| Aristizabal, Amparro | 07CV1457 | Napoli Bern |
| Barbosa, Virginia | 06CV1649 | Napoli Bern |
| Calle, Maria Rocio | 07CV04458 | Napoli Bern |
| Carrero, Ramon (and wife, Maritza M. Cabrera) | 08CV02590 | Napoli Bern |
| Carvajal, Javier | 06CV08348 | Napoli Bern |
| Castillo, Francisco (and wife, Courine Castillo) | 08CV02592 | Napoli Bern |
| Claret, Cecelia (and husband, Benito Gonzalez) | 06CV14554 | Napoli Bern |
| Claret, Justina | 08CV6633 | Napoli Bern |
| Concepcion, Beatriz | 07CV01594 | Napoli Bern |
| Cruz, Efren | 08CV02603 | Napoli Bern |
| Datil, Leonor | 07CV1488 | Napoli Bern |
| De La Cruz, Maria | 07CV4464 | Napoli Bern |
| Diez, Rosa (and husband, Pancri Diez) | 07CV05352 | Napoli Bern |
| Diaz, Ruth | 07CV1601 | Napoli Bern |
| Falcones, Blanca | 07CV210 | Napoli Bern |
| Flores, Danilsa | 07CV01608 | Napoli Bern |
| Galvis, Edgar | 06CV3422 | Napoli Bern |
| Gil, Margarita | 07CV4470 | Napoli Bern |
| Gimblet, Dennis (and wife, Suzanne Gimblet) | 06CV07429 | Napoli Bern |
| Kudman, Yosef (and wife, Leah Kudman) | 08CV2643 | Napoli Bern |
| Maher, Thomas | 07CV05416 | Napoli Bern |
| Maldonado, Mariana | 06CV1786 | Napoli Bern |
| Mazarese, Camilla as proposed administratrix of John Mazarese | 07CV5561 | Napoli Bern |
| Munoz, Janeth (and husband, Javier Munoz) | 08CV02665 | Napoli Bern |

| Nunez, Divina | 07CV356 | Napoli Bern |
| --- | --- | --- |
| Pena, Marianna | 08CV2683 | Napoli Bern |
| Rodriguez, Luz | 07CV1521 | Napoli Bern |
| Rodriguez, Mirian | 08CV02702 | Napoli Bern |
| Rodriguez, Rosa | 06CV0845 | Napoli Bern |
| Ruiz, Arley | 07CV05317 | Napoli Bern |
| Sanabia, Manuel (and wife, Maria Sanabia) | 08CV6863 | Napoli Bern |
| Vidal, Martha | 08CV2733 | Napoli Bern |
| Zamora, Jairo (and wife, Gloria Zamora) | 08CV2741 | Napoli Bern |
|  |  |  |
|  |  |  |