Frances B. Stella, Esq. (FBS-3339)
Brach Eichler L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-5700

Attorneys for Defendants:
JACK RESNICK & SONS, INC.
RESNICK 75 PARK PLACE LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

NOEL VELEZ,                                                Index No. 10-CV-6869-AKH

                           Plaintiffs,   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-
                                               **ELECTRONICALLY FILED**

75 BROAD LLC., *et al.*

                           Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, JACK RESNICK & SONS, INC. and RESNICK 75 PARK PLACE LLC, by their attorneys, BRACH EICHLER L.L.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated January 24, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendants, JACK RESNICK & SONS, INC. and RESNICK 75 PARK PLACE LLC, demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

BE:1445751.1

Dated: Roseland, New Jersey
November 8, 2012

                         Brach Eichler L.L.C.
                         Attorneys for the Defendants
                         JACK RESNICK & SONS, INC. and
                         RESNICK 75 PARK PLACE LLC

                         By:   /s   Frances B. Stella
                                Frances B. Stella, Esq.
                                101 Eisenhower Parkway
                                Roseland, New Jersey 07068
                                (973) 228-5700

To:    Gregory J. Cannata & Associates
         233 Broadway, Floor 5
         New York, New York 10279

BE:1445751.1