Frances B. Stella, Esq. (FBS-3339)
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700

Attorneys for Defendants:
JACK RESNICK & SONS, INC. and
RESNICK 75 PARK PLACE LLC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NOEL VELEZ,**<br>         **Plaintiffs,**<br><br>   -against-<br><br>**75 BROAD LLC.** *et al.,*<br><br>         **Defendants.** | **21 MC 102 (AKH)**<br><br>Index No. 10-CV-6869-AKH<br><br>**CERTIFICATION OF SERVICE** |

Lindsay P. Cambron, being duly sworn, deposes and says:

1. I am an attorney at law in the State of New Jersey and an associate for the law firm of Brach Eichler L.L.C., attorneys for Defendants, Jack Resnick & Sons, Inc. and Resnick 75 Park Place LLC, with respect to the above matter. I am fully familiar with the matters hereinafter set forth.

2. On November 16, 2012, I served the within NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT via regular U.S. Mail, by depositing a true copy of same, securely enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New Jersey upon the following parties:

BE:1445754.1/JAC170-250652

Robert Grochow, Esq.
Gregory J. Cannata & Associates
233 Broadway, Floor 5
New York, New York 10279

3. On November 16, 2012, I electronically filed the NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT for the above referenced matter.

4. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Lindsay P. Cambron, Esq.