UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE          Case No.: 21 MC 102(AKH)
LITIGATION
----------------------------------------X
~~THIS DOCUMENT APPLIES TO ALL LOWER~~        STIPULATION OF DISCONTINUANCE AS
~~MANHATTAN DISASTER SITE LITIGATION~~        TO DEFENDANT, GRUBB & ELLIS
                                              MANAGEMENT SERVICES, INC., ONLY
                                              FOR THE CASE LISTED IN THE
                                              ATTACHED "EXHIBIT A"
----------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *GRUBB & ELLIS MANAGEMENT SERVICES, INC.*, only as to the claims being made as to the premises located at 22 Cortland Street, New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that *GRUBB & ELLIS MANAGEMENT SERVICES, INC.*, are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 20, 2012

McGIVNEY & KLUGER, P.C.                      WORBY GRONER EDELMAN & NAPOLI BERN,
Attorneys for Defendant                      LLP
GRUBB & ELLIS MANAGEMENT                     Attorneys for Plaintiff(s)
SERVICES, INC.

By: _____                  By: _____
    Richard E. Leff (REL-2123)                   Christopher R. LoPalo (CL-6466)
    80 Broad Street, 23rd Floor                  350 Fifth Avenue, Suite 7413
    New York, New York 10004                     New York, NY 10118
    (212) 509-3456                               (212) 267-3700

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER | PLAINTIFF'S COUNSEL |
|---|---|---|
| Botero, July | 08cv02575 | Napoli Bern |