

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

December 4, 2012

Kenneth G. Schwarz
Direct Phone 212.453.3878
Direct Fax 866.736.3777
kschwarz@cozen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/12

Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re:  **In Re World Trade Center Disaster Site Litigation-21MC100, 21MC102 and 21MC103 – Correction to Withdrawal of Appearances**

Dear Judge Hellerstein:

I am respectfully submitting this letter to withdraw the appearances of Brian Scott Levine and Lorraine Gwynneth McKay of Cozen O'Connor on behalf of Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Interiors Corporation. Brian Scott Levine and Lorraine Gwynneth McKay are no longer associated with Cozen O'Connor.

Sincerely,

COZEN O'CONNOR

By: Kenneth G. Schwarz
KGS

So Ordered: 12/4/12
Judge Alvin K. Hellerstein