UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE　　　　Master Docket No.:
LITIGATION　　　　　　　　　　　　　　　　　　　　　 21MC102 (AKH)
-----------------------------------------------------------------X
ISMA GALLEGO, ET AL.,

       *Plaintiffs,*　　　　　　　　　　　Docket No.:
-against-　　　　　　　　　　　　　　　　　　　　　　 07-CV-01497 (AKH)

BATTERY PARK CITY AUTHORITY, ET AL.,

       *Defendants.*
-----------------------------------------------------------------X

### NOTICE OF MOTION TO SUBSTITUTE PLAINTIFF AND TO AMEND THE COMPLAINT TO INCLUDE A WRONGFUL DEATH CAUSE OF ACTION

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Worby Groner Edelman & Napoli Bern, LLP, counsel for the deceased primary plaintiff Isma Gallego and the deceased derivative plaintiff Hernando Gallego, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pear Street, New York, New York, Courtroom 14-D for an Order (1) substituting in Luis Ramirez, Executor of the Estate of Isma Gallego, as the Primary Plaintiff in this case, and (2) permitting the plaintiff to file an Amended Complaint that will include a cause of action for the decedent's wrongful death.

**PLEASE TAKE FURTHER NOTICE** that Worby Groner Edelman & Napoli Bern, LLP, counsel for the deceased primary plaintiff Isma Gallego and the deceased derivative plaintiff Hernando Gallego, shall move this Court for any additional appropriate relief which this Court deems just and proper.

*[Handwritten order:] The motion for substitution is granted. The motion for leave to file an amended complaint is denied w/out prejudice to resubmission with an actual proposed amended complaint attached, and a memorandum showing its legal sufficiency. So Ordered. 12/18/12 [signature] A.K. Hellerstein*

Dated: December 14, 2012

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

Judge wrote:

"The motion for substitution is granted.
The motion for leave to file an amended complaint is denied without prejudice to re-submission with an actual proposed amended complaint attached, and a memorandum showing its legal sufficiency.

So Ordered.

Alvin K. Hellerstein
12/18/12"