



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)
21 MC 103 (AKH)

**STIPULATION AND ORDER OF
DISMISSAL**

This order relates to claims against
Trammel Crow Company and
Trammel Crow Corporate Services,
Inc., only in:

All case listed in Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no
party hereto is an infant or incompetent person for whom a committee has been appointed and no
person not a party has an interest in the subject matter of the action, the above-entitled actions
be, and the same hereby are discontinued without prejudice as against defendants, Trammel
Crow Company and Trammel Crow Corporate Services, Inc., only, without costs to either party
as against the other.

IT IS FURTHER STIPULATED AND AGREED, that should facts or circumstances
derived from future discovery, or otherwise, come to light that indicate a relationship to the
litigation and a basis of a claim against the defendant for whom this Stipulation is being entered,
and/or should it come to light that the information provided by said defendant in support of its
request of discontinuance at this time, be discerned in the future to have been inaccurate, false or

1

misleading, plaintiff may re-assert its claim against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any state of limitations defense other than as may have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant.

This stipulation may be filed without further notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York
        May 7, 2009

GORDON & SILBER, P.C.
*Attorneys for Defendants*
*Trammel Crow Company and Trammel*
*Crow Corporate Services, Inc.*

By: _____
    CHARLES V. WEITMAN  (CW-6422)
    355 Lexington Avenue, 7th Floor
    New York, NY 10017
    Tel: (212) 834-0710

WORBY GRONER EDELMAN
& NAPOLI BERN, LLP
*Attorneys for Plaintiffs Listed in*
*Schedule A*

By: _____
    CHRISTOPHER R. LOPALO (CL 6466)
    350 Fifth Avenue, Suite 7413
    New York, NY 10118
    Tel: (212) 267-3700

SO ORDERED: 12/19/12

_____
HON ALVIN K. HELLERSTEIN

2

## SCHEDULE A

### FOR STIPULATION AND ORDER OF DISMISSAL
### DATED May 7, 2009

| Plaintiff | Index Number |
|---|---|
| Antonio Collazos (And Wife, Nohemi Collazos) | 21 MC 102<br>07CV4461 |
| Robert Darin (And Wife, Grace Darin) | 21 MC 103<br>05CV8497 |
| Ruth Diaz | 21 MC 102<br>07CV01601 |
| Patrick Dolan | 21 MC 103<br>06CV7398 |
| Joseph Garcia (And Wife, Carol Garcia) | 21 MC 102<br>07CV1500 |
| Oswaldo Lopez (And Wife, Loreno V. Lopez) | 21 MC 102<br>07cv04483 |
| Hilario Mejia (And Wife, Mercedes H. Medrano) | 21 MC 102<br>07CV01662 |
| Ubaldo Misaico | 21 MC 102<br>07CV4495 |
| Napoleon Pina | 21 MC 102<br>06CV12413 |
| Hipolito Salgado (And Wife, Teresa Salgado) | 21 MC 102<br>05CV1675 |

3