UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

EUGENIUSZ JASTRZEBOWSKI

         Plaintiff,

-against-

ALAN KASMAN DBA KASCO
BATTERY PARK CITY AUTHORITY
BLACKMON-MOORING-STEAMATIC CATASTOPHE INC.
d/b/a BMS CAT
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP.
BROOKFIELD PARTNERS, LP.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS, INC.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
INDOOR ENVIRONMENTAL TECHNOLOGY, INC
KASCO RESTORATION SERVICES CO.
MERRILL LYNCH & CO, INC.
ONE WALL STREET HOLDINGS, LLC.
R Y MANAGEMENT CO
SAKELE BROTHERS LLC
ST. JOHN'S UNIVERSITY
STRUCTURE TONE GLOBAL SERVICES, INC
STRUCTURE TONE, (UK) INC
THE BANK OF NEW YORK COMPANY, INC.
*THE CITY OF NEW YORK*
WESTON SOLUTIONS, INC.
WFP D CO. L.P
WFP TOWER D CO., G.P. CORP
WFP TOWER HOLDING CO. I L.P.
WFP TOWER HOLDING CO. II L.P.
WFP TOWER HOLDING I G.P. CORP.

         Defendants.

21 MC 102  (AKH)

Docket No.

06 CV 5289 (AKH)

ORDER DISMISSING
DEFENDANT CITY OF NEW
YORK AND AMENDING THE
CAPTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/13

ALVIN K. HELLERSTEIN, U.S.D.J.:

  An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendant only: "The City of New York" and the Court having rendered an

Endorsed Order, dated December 17, 2012, annexed hereto as Exhibit 1, and in accordance with that Endorsed Order, the Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the action against "The City of New York", only, is dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102    (AKH)

EUGENIUSZ JASTRZEBOWSKI

                Plaintiff,

Docket No. **06 CV 5289** (AKH)

-against-

ALAN KASMAN DBA KASCO
BATTERY PARK CITY AUTHORITY
BLACKMON-MOORING-STEAMATIC CATASTOPHE INC. d/b/a BMS CAT
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP.
BROOKFIELD PARTNERS, LP.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS, INC.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
INDOOR ENVIRONMENTAL TECHNOLOGY, INC
KASCO RESTORATION SERVICES CO.
MERRILL LYNCH & CO, INC.
ONE WALL STREET HOLDINGS, LLC.
R Y MANAGEMENT CO
SAKELE BROTHERS LLC
ST. JOHN'S UNIVERSITY
STRUCTURE TONE GLOBAL SERVICES, INC
STRUCTURE TONE, (UK) INC
THE BANK OF NEW YORK COMPANY, INC.
WESTON SOLUTIONS, INC.
WFP D CO. L.P
WFP TOWER D CO., G.P. CORP
WFP TOWER HOLDING CO. I L.P.
WFP TOWER HOLDING CO. II L.P.
WFP TOWER HOLDING I G.P. CORP.

                Defendants.

SO ORDERED

Dated: New York, New York
January __14__, 2013

*/s/ Alvin K. Hellerstein*
ALVIN K. HELLERSTEIN
United States District Court Judge