UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

NOEL VELEZ

                Plaintiff,

            v.

75 BROAD LLC
100 CHURCH LLC
120 BROADWAY CONDOMINIUM (CONDO #871)
120 BROADWAY HOLDING, LLC
120 BROADWAY PROPERTIES, LLC
120 BROADWAY, LLC
AMBIENT GROUP, INC
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871)
CITIBANK, NA
CUNNINGHAM DUCT CLEANING CO., INC
GPS ENVIRONMENTAL CONSULTANTS, INC
INDOOR AIR PROFESSIONALS, INC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC
JACK RESNICK & SONS, INC
JEMB REALTY CORP.
LAW ENGINEERING P.C.
MERRILL LYNCH & CO, INC
RESNICK 75 PARK PLACE, LLC
SILVERSTEIN PROPERTIES, INC
*THE CITY OF NEW YORK*
TRC ENGINEERS, INC
ZAR REALTY MANAGEMENT CORP

                Defendants

21 MC 102   (AKH)

Docket No. **10 CV 6869 (AKH)**

**ORDER DISMISSING
DEFENDANT THE CITY OF
NEW YORK AND AMENDING
THE CAPTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/13

ALVIN K. HELLERSTEIN, U.S.D.J.:

    An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendant only: "The City of New York", and the Court having rendered an Endorsed Order, dated December 17, 2012, annexed hereto as Exhibit 1, and

in accordance with that Endorsed Order, the Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the action against "The City of New York" only, is dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102   (AKH)

NOEL VELEZ

Docket No.

**10 CV 6869 (AKH)**

Plaintiff,

v.

75 BROAD LLC
100 CHURCH LLC
120 BROADWAY CONDOMINIUM (CONDO #871)
120 BROADWAY HOLDING, LLC
120 BROADWAY PROPERTIES, LLC
120 BROADWAY, LLC
AMBIENT GROUP, INC
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871)
CITIBANK, NA
CUNNINGHAM DUCT CLEANING CO., INC
GPS ENVIRONMENTAL CONSULTANTS, INC
INDOOR AIR PROFESSIONALS, INC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC
JACK RESNICK & SONS, INC
JEMB REALTY CORP.
LAW ENGINEERING P.C.
MERRILL LYNCH & CO, INC
RESNICK 75 PARK PLACE, LLC
SILVERSTEIN PROPERTIES, INC
TRC ENGINEERS, INC
ZAR REALTY MANAGEMENT CORP

Defendants

SO ORDERED

Dated:   New York, New York
         January 14, 2013

ALVIN K. HELLERSTEIN
United States District Court Judge