USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :   **ORDER SUMMARIZING**
MANHATTAN DISASTER SITE LITIGATION                             :   **STATUS CONFERENCE**
                                                               :
                                                               :   21 MC 102 (AKH)
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On January 16, 2013, I held a status conference in the above-captioned matter. The parties informed me that they are progressing with discovery in the first wave of cases chosen to move forward with intensive discovery and trial. Defense counsel will prepare a schedule for deposing plaintiffs' physicians. The deadline for completing depositions of all non-expert witnesses in those cases is February 28, 2013, and, for doctors who treated Plaintiffs, March 15, 2013.

      Plaintiffs have been selected for the second wave of cases and discovery will proceed in March 2013. Experts' discovery shall be postponed in favor of settlement discussions.

      On February 22, 2013, at 1:00 p.m., in Courtroom 14D, I will meet with Plaintiffs' counsel and the insurance carriers claiming liens over Plaintiffs' potential recoveries and their attorneys, to discuss issues related to their liens and potential settlements. Defense counsel are welcome to attend.

      The next status conference in the 21 MC 102 master calendar will occur on March 22, 2013, at 1:00 p.m. in Courtroom 14D. At that conference, we will discuss methodologies of settlement.

      SO ORDERED

Dated:    January 16, 2013
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge