# GREGORY J. CANNATA & ASSOCIATES
THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9205
FAX (212) 227-4141
E-MAIL: CANNATA@CANNATALAW.COM

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/13

GREGORY J. CANNATA

ANGELINA L. ADAM
LLOYD M. ROBERTS
ALISON CANNATA HENDELE

OF COUNSEL:
ROBERT A. GROCHOW, P.C.

PARALEGALS:
BARBARA DOMINO
APRIL FARRIOR
SYLWIA KIELBOWICZ
MADELINE MUNIZ
JOSIANE MAZILE
MONICA MUNIN
ANASTASIA KAMBANIS

January 15, 2013

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

08 cv-5709, 09 cv-8028, 10 cv-6912

Re: Settled 21 MC 100 and 21 MC 102 Cases

Dear Judge Hellerstein,

I am writing to provide you with an update for two of our 21 MC 100 and 21 MC 102 cases which settled with the City of New York in the World Trade Center Litigation Settlement:

***Slawomir Lejtman – 08 cv 5709:*** This law firm submitted a Petition for the distribution of the settlement proceeds to the Queens County Surrogate's Court. The Surrogate's Court requested modifications and corrections be made to our Petition and supporting papers. We submitted those corrections in December and we are currently waiting for the Surrogate's Court to approve the Petition.

***Ralph Dukes – 09 cv 8028, 10 cv 6912:*** This law firm submitted a Petition for the distribution of the settlement proceeds to the Richmond County Surrogate's Court. A Citation to all interested parties was issued on December 27, 2012 and a hearing is scheduled for January 23, 2013 before the Surrogate's.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Robert A. Grochow, Esq.

*[Handwritten note from judge:]* To the Clerk: Dukes (09cv8028, 10cv6912) is closed, and should remain closed. Lejtman (08cv5709), having been re-opened by my order of 12-20-12, should now be closed. The remaining proceeding is in probate (Surrogate's), not this court. 1-16-13 AKH cc - all counsel