UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102   (AKH)

---

MARIAN RETELSKI

     Plaintiff,

v.

100 CHURCH LLC
160 WATER ST. INC.
160 WATER STREET ASSOCIATES
222 BROADWAY, LLC
90 CHURCH STREET LIMITED PARTNERSHIP
ALAN KASMAN DBA KASCO
AMBIENT GROUP, INC.
ANN TAYLOR STORES CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT
*BOARD OF EDUCATION OF THE CITY OF NEW YORK*
BOSTON PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, L.P.
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
CHASE MANHATTAN BANKING CORPORATION
CUNNINGHAM DUCT CLEANING CO., INC.
*DEPARTMENT OF BUSINESS SERVICES*
ENVIROTECH CLEAN AIR, INC.
G.L.O. MANAGEMENT, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HARRAH'S OPERATING COMPANY, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC.
HILTON HOTELS CORPORATION
INDOOR AIR PROFESSIONALS, INC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES CO.
LAW ENGINEERING P.C.
MERRILL LYNCH & CO, INC.
*NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY*
NEW YORK UNIVERSITY
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
ZAR REALTY MANAGEMENT CORP.
STRUCTURE TONE GLOBAL SERVICES, INC
STRUCTURE TONE, (UK) INC.
THAMES REALTY CO.

Docket No.

**10 CV 6868 (AKH)**

ORDER DISMISSING DEFENDANTS BOARD OF EDUCATION OF THE CITY OF NEW YORK, DEPARTMENT OF BUSINESS SERVICES, THE NEW YORK CITY DEPARTMENT OF EDUCATION, THE CITY OF NEW YORK, AND NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, AND AMENDING THE CAPTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

THE BANK OF NEW YORK
*THE CITY OF NEW YORK*
*THE NEW YORK CITY DEPARTMENT OF EDUCATION*
TOSCORP. INC.
TRC ENGINEERS, INC.
TRIBECA LANDING L.L.C.
UBS FINANCIAL SERVICES, INC. f/k/a SWISS BANK COROPRATION
WESTON SOLUTIONS, INC.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP.

Defendants

ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendants only: "Board of Education of the City of New York", "Department of Business Services", "The New York City Department of Education", "The City of New York", and "New York City School Construction Authority", and the Court having rendered an Endorsed Order, dated December 17, 2012, annexed hereto as Exhibit 1, and in accordance with that Endorsed Order, the Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the action against "Board of Education of the City of New York", "Department of Business Services", "The New York City Department of Education", "The City of New York", and "New York City School Construction Authority", only, is dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MARIAN RETELSKI<br>Plaintiff,<br>v.<br>100 CHURCH LLC<br>160 WATER ST. INC.<br>160 WATER STREET ASSOCIATES<br>222 BROADWAY, LLC<br>90 CHURCH STREET LIMITED PARTNERSHIP<br>ALAN KASMAN DBA KASCO<br>AMBIENT GROUP, INC.<br>ANN TAYLOR STORES CORPORATION<br>BATTERY PARK CITY AUTHORITY<br>BELFOR USA GROUP, INC.<br>BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT<br>BOSTON PROPERTIES, INC.<br>BROOKFIELD FINANCIAL PROPERTIES, INC.<br>BROOKFIELD FINANCIAL PROPERTIES, L.P.<br>BROOKFIELD PARTNERS, L.P.<br>BROOKFIELD PROPERTIES CORPORATION<br>CHASE MANHATTAN BANKING CORPORATION<br>CUNNINGHAM DUCT CLEANING CO., INC.<br>ENVIROTECH CLEAN AIR, INC.<br>G.L.O. MANAGEMENT, INC.<br>GPS ENVIRONMENTAL CONSULTANTS, INC.<br>HARRAH'S OPERATING COMPANY, INC.<br>HILLMAN ENVIRONMENTAL GROUP, LLC.<br>HILTON HOTELS CORPORATION<br>INDOOR AIR PROFESSIONALS, INC.<br>INDOOR ENVIRONMENTAL TECHNOLOGY, INC.<br>KASCO RESTORATION SERVICES CO.<br>LAW ENGINEERING P.C.<br>MERRILL LYNCH & CO, INC.<br>NEW YORK UNIVERSITY<br>NOMURA HOLDING AMERICA, INC.<br>NOMURA SECURITIES INTERNATIONAL, INC.<br>ZAR REALTY MANAGEMENT CORP.<br>STRUCTURE TONE GLOBAL SERVICES, INC<br>STRUCTURE TONE, (UK) INC.<br>THAMES REALTY CO.<br>THE BANK OF NEW YORK<br>TOSCORP. INC.<br>TRC ENGINEERS, INC.<br>TRIBECA LANDING L.L.C.<br>UBS FINANCIAL SERVICES, INC. f/k/a SWISS BANK COROPRATION | Docket No.<br><br>**10 CV 6868 (AKH)** |

WESTON SOLUTIONS, INC.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP.

Defendants

SO ORDERED

Dated:   New York, New York
         January 14, 2013

ALVIN K. HELLERSTEIN
United States District Court Judge