USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------x
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

SEE ATTACHED "EXHIBIT A"
----------------------------------------x

CASE No.: 21MC102 (AKH)

STIPULATION OF DISCONTINUANCE AS
TO DEFENDANTS, NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NASDAQ STOCK MARKET, INC., AND
NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, ONLY.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendants, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., AND NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, only as to the claims being made as to the premises located at One Liberty Plaza, New York New York and for the cases listed in the attached exhibit shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

IT IS HEREBY STIPULATED AND AGREED, that should evidence be discovered throughout the course of the litigation which determines that NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., AND NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert a Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
February 15, 2013

MCGIVNEY & KLUGER, P.C.
Attorneys for Defendant
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NASDAQ STOCK MARKET, INC.,
AND NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY

By: _____
Richard E. Leff, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456

GREGORY J. CANNATA &ASSOCIATES
Attorney for Plaintiff(s)

By: _____
Robert Grochow, Esq
233 Broadway, Floor 5
New York, NY 10279
(212) 2333-5400

SO ORDERED:
_____
2-15-13

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX |
|---|---|
| Arce, Monica | 06cv05323 |
| Foremska, Lucyna | 05cv3090 |