USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE        Case No.: 21 MC 102(AKH)
LITIGATION
----------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER         STIPULATION OF DISCONTINUANCE AS
MANHATTAN DISASTER SITE LITIGATION         TO DEFENDANTS, 90 CHURCH STREET
                                           LIMITED PARTNERSHIP and BOSTON
SEE ATTACHED "EXHIBIT A"                   PROPERTIES, INC., ONLY
----------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendants, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC. (hereinafter collectively referred to as "BOSTON PROPERTIES"), only as to the claims being made as to the premises located at 90 Church Street (Post Office), New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

     **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that "BOSTON PROPERTIES", are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendants shall not assert Statute of Limitation as a defense.

     This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       February 1, 2013

McGIVNEY & KLUGER, P.C.                    GREGORY J. CANNATA & ASSOCIATES, P.C.
Attorneys for Defendant                    Attorneys for Plaintiff(s)
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

By: _____               By: _____
Richard E. Leff, Esq.                      Robert Grochow, Esq.
80 Broad Street, 23rd Floor                233 Broadway, 5th Floor
New York, New York 10004                   New York, NY, 10279
(212) 509-3456                             (212) 233 - 5400

So Ordered _____
2/15/13

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER |
|---|---|
| Krysiuk, Ryszard | 08CV06804 |

# McGIVNEY & KLUGER, P.C.

80 BROAD STREET, 23rd FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE (212) 509-3456
FACSIMILE (212) 509-4420

rleff@mcgivneyandkluger.com



RECEIVED
FEB 04 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN

February 4, 2013

**VIA FACSIMILE**
(212) 805-7942

Clerk of the Court
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

Attention: Mr. Brett Edkins

Clerk —
see attached stip.
The 2 def'ts are to be
dismissed from this case
only. AKH

**RE:** In Re: World Trade Center Disaster Site Litigation,
21 MC 102/21 MC 103 (AKH)
90 Church Street Limited Partnership and Boston Properties

Dear Mr. Edkins:

Our office represents the defendants 90 Church Street Limited Partnership and Boston Properties (herein collectively "Boston Properties") in the World Trade Center litigation. As against this defendant, plaintiffs have claimed alleged exposure at 90 Church Street.

The plaintiffs' firm of Gregory J. Cannata & Assocaites, P.C. has agreed to voluntarily dismiss the claims of one of their clients as against Boston Properties for alleged exposure at these locations without prejudice. Enclosed is a Stipulation of Dismissal with the accompanying exhibit identifying the case being dismissed for this location. We respectfully request Judge Hellerstein "So Order" same.

Thank you for your time and consideration in this matter. As always, please contact me with any questions.

Very truly yours,

McGIVNEY & KLUGER, P.C.

By: Richard B. Leff

BOSTON    FARMINGTON    FORT LAUDERDALE    FLORHAM PARK    NEW YORK
PHILADELPHIA    PROVIDENCE    SPARTA    SYRACUSE    WILMINGTON

Brett Edkins
February 4, 2013
Page 2 of 2

REL
Enclosure

Cc: via email:

Robert Grochow Esq.
Gregory J. Cannata & Associates, P.C.