USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/13

# GREGORY J. CANNATA & ASSOCIATES
WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR, NEW YORK, NY 10279-0003
Tel: (212) 553-9206  Fax (212) 227-4141
cannata@cannatalaw.com

February 6, 2013

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED FEB 06 2013 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

Re: *Lejtman, Slawomir* - 08 cv 5709

Dear Judge Hellerstein,

I am writing to provide the Court with the correct caption in the above-referenced matter.

In 2010, the Estate of Slawomir Lejtman partially settled its lawsuit with the following defendants insured by the WTC Captive Insurance Policy: City of New York, New York City Department of Education, and the New York City School Construction Authority.

In November 2012 this law firm moved to dismiss the case against those settling defendants and to continue the case against the non-settling defendants. The Court granted that motion on December 20, 2012.

The case against the remaining defendants continues. Accordingly, the caption should be amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 102    (AKH)

BARBARA NIEWOJT, AS ADMINISTRATOR OF THE
GOODS, CHATTELS AND CREDITS OF SLAWOMIR
LEJTMAN, DECEASED

Plaintiff,

v.

233 BROADWAY OWNERS, LLC
4101 AUSTIN BLVD CORPORATION
ABATEMENT PROFESSIONALS
ABSCOPE ENVIRONMENTAL, INC.

DOCKET NO.

08 CV5709 (AKH)

*The Clerk shall re-open this docket, and amend the caption as indicated.*
2-19-13
[signature]

APPLIED ENVIRONMENTAL, INC.
BFP ONE LIBERTY PLAZA CO., LLC
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
d/b/a BMS CAT
BRISTOL ENVIRONMENTAL, INC.
BROOKFIELD FINANCIAL PROPERTIES, INC.
CATAMOUNT ENVIRONMENTAL, INC.
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
CONTAMINANT CONTROL, INC.
COVINO ENVIRONMENTAL ASSOCIATES, INC.
CRITERION LABORATORIES, INC.
DARLING ASBESTOS DISPOSAL COMPANY, INC.
DIVERSIFIED ENVIRONMENTAL CORPORATION
DYNASERV INDUSTRIES, INC.
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
ENVIRONMENTAL TESTING, INC.
ENVIROSERVE, INC.
GENERAL RE SERVICES CORP.
HILLMAN ENVIRONMENTAL GROUP, LLC.
HMC CAPITOL RESOURCES CORP.
HMC FINANCIAL CENTER, INC.
HYGIENETICS ENVIRONMENTAL COMPANY, INC.
LVI ENVIRONMENTAL SERVICES, INC.
LVI SERVICES, INC.
MARCOR REMEDIATION, INC.
MARRIOTT HOTEL SERVICES, INC.
METROPOLITAN TRANSPORTATION AUTHORITY
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION
MILRO ASSOCIATES, INC.
MK WEST STREET COMPANY
MK WEST STREET COMPANY, L.P.
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC
NEW LIBERTY PLAZA LP
NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION
NEW YORK UNIVERSITY
NORWICH ASSOCIATES, INC.
ONE LIBERTY PLAZA
ONE WALL STREET HOLDINGS LLC
PAR ENVIRONMENTAL CORPORATION
POTOMAC ABATEMENT, INC.
ROYAL ENVIRONMENTAL, INC.
SENCAM, INC.
SPECIALTY SERVICE CONTRACTING, INC.
SYSKA AND HENNESSY

> TELLABS OPERATIONS, INC.
> THAMES REALTY CO.
> THE BANK OF NEW YORK COMPANY, INC.
> THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
> CONDOMINIUM (CONDO #1178)
> THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
> TISHMAN INTERIORS CORPORATION
> VERIZON NEW YORK, INC.
> WFP ONE LIBERTY PLAZA CO., L.P.
> WFP ONE LIBERTY PLAZA, CO. GP, CORP.
> WILLIAM F. COLLINS, ARCHITECT
> WORLD FINANCIAL PROPERTIES, L.P.
>
> Defendants

On January 17, 2013 the Court inadvertently closed docket 08 cv 5709 in response to this firm's letter as to the status of the Surrogate Court's proceedings. Our letter did not make it clear that the settlement was only with the City of New York defendants, while the case continues against the non-settling defendants.

We respectfully request that docket 08 cv 5709 be reopened as against the non-settling defendants in the amended caption.

Should the Court have any questions, please do not hesitate to contact me. We apologize for any confusion

Very truly yours,

Gregory J. Cannata, Esq.

Cc: Via Email

Philip Goldstein
Loree Shelko
McGUIRE WOODS
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
Telephone: (212) 548-2100
pgoldstein@mcguirewoods.com
lshelko@mcguirewooods.com

Lee Ann Stevenson
Brett Broadwater
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
lstevenson@kirkland.com
bbroadwater@kirkland.com

Stanley Goos
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005
Telephone: (212) 313-5452
sgoos@harrisbeach.com

Joseph Hopkins
Alyson Villano
PATTON BOGGS LLP
1185 Avenue of Americas, 30th Floor
New York, NY 10036
Telephone: (646) 557-5100
jhopkins@pattonboggs.com
avillano@pattonboggs.com

John M. Flannery
Allyson Avila
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (914) 872-7111
john.flannery@wilsonelser.com
allyson.avila@wilsonelser.com

Thomas A. Egan
Lissa Gipson
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 412-9507
tegan@fzwz.com
lgipson@fzwz.com

William J. Smith
Corey Frank
FAUST GOETZ SCHENKER & BLEE LLP
Two Rector Street, 20th Floor
New York, NY 10006
Telephone: (212)-363-6900
wsmith@fgsb.com
cfrank@fgsb.com


David M. Pollack
LEWIS BRISBOIS BISGAARD & SMITH, LLP
77 Water Street
Suite 2100
New York, NY 10005
Telephone: (212) 232-1300

pollack@lbbslaw.com

Salvatore J. Calabrese
AHMUTY, DEMERS & MCMANUS
123 William Street
New York, NY 10038
Telephone: (646) 536-5789
salvatore.calabrese@admlaw.com

Paul F. Clark
WADE CLARK MULCAHY
111 Broadway
New York, NY 10006
Telephone: (212) 267-1900
pclark@wcmlaw.com

Richard M. Fedrow
BIVONA & COHEN, P.C.
88 Pine St.
New York, New York
Telephone: (212) 363-3100
richard.fedrow@bivonacohen.com

Richard E. Leff, Esq.,
MCGIVNEY & KLUGER, P.C.,
80 Broad Street, 23rd Floor,
New York, New York 10004
Telephone: (212) 509-3456
rleff@mklaw.us.com