

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

February 6, 2013

**HARRIS BEACH** ᴾᴸᴸᶜ

ATTORNEYS AT LAW

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**BRIAN A. BENDER**
MEMBER
DIRECT:    (212) 313-5405
FAX:        (212) 687-0659
BBENDER@HARRISBEACH.COM

RECEIVED
FEB 07 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

Hon. Alvin K. Hellerstein
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, Courtroom 14D
New York, NY 10007-1312

RE:    Barbosa v. 1 World Trade Center L.L.C., et al.
        Civil Docket No. 06-CV-01649
        Lead Case: 1:21-mc-00102-AKH

Dear Judge Hellerstein:

Our office serves as defense counsel for defendants Mayore Estates LLC, Century 21, Inc., Blue Millennium Realty LLC, and 80 Lafayette Associates LLC in regards to the above referenced matter. Enclosed please find ECF filed documents 117-120. These subpoenas were inadvertently filed without redactions to plaintiff's social security number and date of birth. After conferring with the ECF Clerk, we were advised that a temporary seal was placed on these documents. I am writing to request that a permanent seal be placed on these documents to protect plaintiff's privacy.

Thank you for your time and attention to this matter.

Respectfully submitted,

Brian A. Bender

BAB:tea/600825

cc (via email): Christopher R. LoPalo, Esq.
        Napoli Bern Ripka, LLP
        350 Fifth Avenue, Suite 7413
        New York, NY  10118
        *Attorneys for Plaintiff*

*The Clerk shall withdraw documents 117-120 from the court's file, and mail them, all this Opinion & att'y Brian A. Bender. Discovery materials should not be filed with the court. See Local Rule 5.1.*

2/19/13