UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) 21 MC 103 (AKH) STIPULATION AND ORDER OF DISMISSAL This Order Relates to: Schedule A |
|---|---|

IT IS HEREBY STIIPULATED AND AGREED by the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice, only as against defendant, BT Private Clients Corp., now known as DB Private Clients Corp., without costs to either party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that should evidence be discovered throughout the course of the litigation which determines that BT Private Clients Corp. is a proper party to these suits, plaintiffs listed in Schedule A may reinstitute these actions without regard to the applicable statute of limitations, assuming said original actions were timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense

This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: New York, New York
December 12, 2012

| | |
|---|---|
| WORBY GRONER EDLEMAN<br>& NAPOLI BERN, LLP<br>Attorneys for Plaintiffs<br>In Schedule A | DAY PITNEY LLP<br>Attorneys for Defendant<br>DB Private Clients Corp., formerly<br>known as BT Private Clients Corp. |
| By: _____<br>CHRISTOPHER R. LOPALO | By: _____<br>MARC D. CROWLEY |
| 350 Fifth Avenue Suite 7413<br>New York, NY 10018 | One Jefferson Road<br>Parsippany, NJ 07054 |

SO ORDERED: 2/15/13

_____
HON. ALVIN K. HELLERSTEIN

## SCHEDULE A

| FIRST_NAME | LAST_NAME | CV Number |
|---|---|---|
| Stephen | Addeo | 06cv09963 |
| Luis | Adriano | 07cv04445 |
| Gladys | Agudelo | 07cv04446 |
| Raul | Alcivar | 05cv09821 |
| Jorge | Almeida | 07cv01555 |
| Maria | Alvarez | 05cv10135 |
| Hernando | Alvarez-Garcia | 07cv11016 |
| Jose | Alvarracin | 06cv14459/07cv1556 |
| Betsy | Arruda-Loor | 06cv13787 |
| Kleber | Arteaga | 08cv02253 |
| Freddy | Astudillo | 07cv01463 |
| Hernando | Avenia | 07cv04473 |
| Richard | Avila | 07cv11018 |
| Sixto | Aviles | 08cv02254 |
| Andrzej | Baczkowski | 07cv01565 |
| Peter | Bailon | 07cv05336 |
| Reyaad | Baksh | 07cv09943 |
| Ivan | Banda | 06cv14483 |
| Nestor | Banda | 06cv14484 |
| Nestor | Banda, Jr. | 07cv04873 |
| Jose | Barahona | 07cv05550 |
| Rodrigo | Barros | 08cv02255 |
| Ramiro | Bastidas | 07cv08278 |
| Nicholas | Bolobanic | 05cv09046 |
| Jorge | Bravo | 06cv11955 |
| Leopoldo | Burgos | 07cv01473 |
| Rolendio | Cabrera | 08cv02256 |
| Ivan | Calero | 06cv01650 |
| Wilson | Calle | 07cv01578 |
| Rey | Campoverde | 07cv05280 |
| Rodrigo | Campozano | 07cv04459 |
| Edison | Cardenas | 06cv14533 |
| Donald | Casey | 07cv05166 |
| Silvia | Castillo | 05cv01718 |
| Monte | Cesta | 08cv02597 |
| Walter | Chipe | 07cv01587 |
| Luis | Chirinos | 08cv02260 |
| Yolanda | Cintron | 06cv05631 |
| Sarbelia | Coballes | 08cv02261 |
| Elena | Corrales | 07cv01596 |
| Jorge | Cortez | 07cv05394 |
| Lidia | Cortijo | 07cv00317 |

| FIRST_NAME | LAST_NAME | CV Number |
|---|---|---|
| Nancy | Criollo | 07cv04462 |
| Emilsen | Delgado | 08cv02264 |
| Joseph | DeLuca | 06cv14596 |
| Zbigniew | Dobronski | 06cv11533 |
| Margarita | Dominguez | 08cv02265 |
| Tailor | Dominguez | 08cv02266 |
| Clara | Dota | 07cv01602 |
| Jesse | Drake | 07cv05353 |
| Bogdan | Drozd | 08cv04945 |
| Inerva | Duarte | 07cv01603 |
| Angel | Duchitanga | 07cv01492 |
| Elvia | Dutan | 06cv05504 |
| Cirilo | Encalada | 07cv04465 |
| Jorge | Encalada | 05cv10737 |
| Marco | Encalada | 07cv01494 |
| Adolfo | Espinoza | 07cv05288 |
| Gladys | Feliciano | 08cv02267 |
| Piotr | Fiedziukiewicz | 08cv02268 |
| Janina | Frelas | 07cv01612 |
| Rebeca | Gallegos | 05cv09820 |
| Enrique | Garcia | 08cv02241 |
| Ladislao | Garcia | 08cv02269 |
| Viviana | Garcia | 06cv14671 |
| Leonard | Gawin | 07cv01619 |
| Samuel | Giamo | 06cv11676 |
| Hitier | Giraldo | 07cv05554 |
| Manuel | Gomez | 08cv02271 |
| Edward | Gora | 06cv03302 |
| Abdon | Grageda | 08cv02631 |
| Slawomir | Gryszkiewicz | 07cv01623 |
| Rodolfo | Guevara | 06cv03301 |
| Cesar | Guiracocha | 08cv02272 |
| David | Guszick | 07cv05411 |
| Armando | Guzman | 07cv05556 |
| Salma | Guzman | 08cv02273 |
| Jaime | Hernandez | 08cv02274 |
| Tercida | Hernandez | 08cv02275 |
| Jose | Herrera | 06cv12139 |
| Neil | Hurley | 07cv09029 |
| Edgar | Idrovo | 06cv11025 |
| Jeffrey | Imsho | 09cv02814 |
| Jorge | Inga | 07cv01629 |
| Wladyslaw | Iwanczyk | 07cv05362 |
| Jonas | Jaramillo | 06cv14746 |

| FIRST_NAME | LAST_NAME | CV Number |
|---|---|---|
| Jose | Jimenez | 07cv00064 |
| Janusz | Karpiuk | 08cv02327 |
| Marian | Karus | 07cv01635 |
| Lubomir | Kmec | 08cv02279 |
| Wieslaw | Kolodziejczyk | 07cv04479 |
| Antoni | Konopka | 07cv01641 |
| Igor | Kosiv | 07cv08282 |
| Edward | Kosowski | 07cv05299 |
| Michael | Labate | 06cv08441 |
| Eva | Lamboy | 07cv01644 |
| Carlos | Lascano | 07cv01646 |
| Leszek | Lech | 06cv07911 |
| Ines | Leon | 07cv04481 |
| Segundo | Leon | 07cv08283 |
| Antonio | Lopez | 07cv05436 |
| Jamie | Lopez | 08cv02282 |
| Henry | Lozano | 08cv02284 |
| Ligia | Luengas | 08cv02285 |
| Rolando | Luna | 06cv07912 |
| Pedro | Macias | 08cv02286 |
| Joffre | Martinez | 08cv02288 |
| Dennis | McMahon | 07cv04201 |
| William | McNulty | 06cv07490 |
| Araceli | Medina | 07cv4490 (subsequently known as Toledo-Naranjo) |
| Maria | Melendez | 07cv5397 |
| Edgar | Mendez | 05cv01180 |
| Juan | Mendez | 07cv1664 |
| Juan | Mendez | 08cv02291 |
| Gustavo | Mendoza | 07cv04494 |
| Carlos | Merchan | 07cv01665 |
| Susana | Miranda | 08cv02293 |
| Ubaldo | Misaico | 07cv04495 |
| Robert | Mollahan | 07cv05018 |
| Eugenio | Mora | 06cv13168 |
| Tatiana | Morales | 07cv05370 |
| Jacek | Mrozek | 07cv08275 |
| Adolfo | Naranjo | 08cv02295 |
| Angel | Naranjo | 07cv00066 |
| Luis | Naranjo | 05cv10738 |
| Luis | Naranjo | 07cv08102 |
| Dalia | Nauta | 08cv01015 |
| Sean | O'Connell | 07cv05374 |
| Steven | Olsen | 07cv10197 |

| FIRST_NAME | LAST_NAME | CV Number |
|---|---|---|
| Arkadiusz | Olszewski | 09cv02810 |
| Alicia | Osorio | 08cv02300 |
| Blanca | Oyervide | 07cv04500 |
| Kleber | Paredes | 08cv2301 |
| Zoila | Pastuizaca | 07cv05308 |
| Jacqueline | Perez | 07cv08284 |
| Victor | Prado | 09cv03459 |
| Maria | Puma | 07cv01688 |
| Nelly | Quizhpi | 08cv04941 |
| Mark | Rafaniello | 07cv10823 |
| Harold | Ramirez | 08cv02304 |
| Lawrence | Regula | 06cv09679 |
| David | Reynolds | 07cv03446 |
| Carlos | Riera | 07cv01518 |
| Blanca | Robles | 07cv01520 |
| Patricio | Rodas | 07cv1694 |
| Susana | Rodriguez | 07cv05315 |
| Jaime | Rojas | 07cv04511 |
| Mieczyslaw | Romaniuk | 07cv05316 |
| Cesar | Rosales | 06cv12812 |
| Rafaela | Ruiz | 08cv02311 |
| Blanca | Saeteros | 08cv02305 |
| Victor | Salazar | 07cv04512 |
| Jan | Salwa | 08cv02707 |
| Edilberto | Sanchez | 07cv05384 |
| Genaro | Sanchez | 07cv01527 |
| George | Sanchez | 08cv04949 |
| Jose | Sanchez | 08cv02306 |
| Rosa | Sanchez | 06cv12488 |
| Henry | Sandoya | 07cv11025 |
| Edwin | Sarmiento | 07cv04515 |
| Matthew | Schoffel | 06cv14119 |
| James | Seiferheld | 07cv05427 |
| Alfonso | Serrano | 07cv01703 |
| Theresa | Serrano | 05cv08937 |
| Raul | Siguencia | 07cv01533 |
| Nelly | Sinchi | 07cv1535 |
| Samuel | Sumba | 05cv01783 |
| Zbigniew | Szynkowski | 08cv02308 |
| Cesareo | Teran | 07cv05389 |
| Kevin | Thomas | 06cv04381 |
| Jeanne | Thorpe | 07cv01715 |
| Nelson | Toledo | 08cv02332 |
| Pedro | Torres | 08cv02310 |

| FIRST_NAME | LAST_NAME | CV Number |
|---|---|---|
| Manuel | Uzhca | 08cv2312 |
| Aida | Valdiviezo-Nieto | 06cv11534 |
| Carlos | Valencia | 07cv5324 |
| Jose | Vasquez | 07cv02708 |
| Kattia | Vazquez | 07cv01722 |
| Martin | Viera | 08cv02314 |
| Segundo | Villarroel | 07cv01546 |
| Kleber | Villarruel | 06cv13703 |
| Patricia | Vilomar | 08cv02316 |
| John | Vinciguerra | 06cv08117 |
| Rosa | Vivar | 06cv00997 |
| Thomas | Walsh, Jr. | 08cv04950 |
| Robert | Waniurski | 07cv4524 |
| Ancil | Watson | 07cv05391 |
| Seweryn | Wojciechowski | 08cv02319 |
| Ramon | Zambrana | 08cv02320 |