UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br><br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To:  BMS Catastrophe, Inc.
     c/o Frank J. Keenan, Esq.
     Methfessel & Werbel, PC
     450 Seventh Avenue, 14th Floor, Suite 1400
     New York, NY 10123
     keenan@methwerb.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 1 Liberty Plaza, as referenced in the deposition of John Elliott, dated June 14, 2012, on or about each page listed below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Additional documents regarding job number LS1389 including any contracts, the scope of work performed, dates of work, and exact location of the job site, as referenced on or about page 200 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       February 27, 2013

                                    GREGORY J. CANNATA & ASSOCIATES
                                    Plaintiffs' Liaison Counsel

                              By:_____
                                    Robert A. Grochow, Esq.
                                    233 Broadway, 5th Floor
                                    New York, New York 10279-0003
                                    (212) 553-9205