UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To: ENVIROTECH CLEAN AIR, INC.
c/o Heather Smar, Esq.
Friedman, Harfenist, Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1,
Lake Success, NY 11042
hsmar@fhkplaw.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 225 Liberty Street, 2 WFC, as referenced in the deposition of Ronald Fallon, on August 21, 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Documents relating to the asbestos awareness, 40 hour hazmat course and other courses taken with regard to the handling and clean-up of hazardous substances taken by Mr. Fallon before or after September 11, 2011 including but not limited to documents containing the dates during which these courses were taken and any licenses or certifications that were earned as a result of the course, as referenced on or about page 18 in the above referenced deposition.

2.	The names and index numbers of the plaintiffs in lawsuit against or involving Envirotech Clean Air, Inc. as referenced on or about page 70 in the above referenced deposition.

3.	Environmental Safety health Performance Appraisals prepared by Envirotech Clean Air, Inc. in reference to work at 225 Liberty Street, 2WFC, as referenced on or about page 74 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       February 27. 2013

                                    GREGORY J. CANNATA & ASSOCIATES
                                         Plaintiffs-Liaison Counsel

                                    By:_____
                                         Robert A. Grochow, Esq.
                                         233 Broadway, 5th Floor
                                         New York, New York 10279-0003
                                         (212) 553-9205