UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC102 (AKH)

NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34

To: 200 Water Street/ NYU
c/o Myra Needleman, Esq
London Fischer, LLP
59 Maiden Lane
New York, New York 10038
mneedleman@londonfischer.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 200 Water Street, as referenced in the deposition of Stephanie Kung, on December 20th , 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Any electronically stored information, including but not limited to e-mails regarding the 9/11 decontamination work performed at 200 Water Street, as requested on or about page 12 in the above referenced deposition.

2. Any photogarphs taken by the witness regarding work performed at 200 Water Street after September 11th, 2001, as requested on or about page 13 in the above referenced deposition.

3. An unredacted set of documents which are in the possession of NYU regarding this litigation and/or an explanation of each redaction on every page. as requested on or about page 18 in the above referenced deposition.

4. All facilities departement documents and/or any other documents regarding the retention of ABM to work at 200 Water Street at and around September 11, 2001 and ABM's post-September 11, 2001 work at 200 Water Street, as requested on or about page 99 in the above referenced deposition.

5. The full contracts between ETS Contracting and NYU in effect prior to September 11, 2001, and/or any documentation btween ETS and NYU, as requested on or about page 172 in the above referenced deposition.

6. Emergency response documents that were in existence as of 9/11/01, as requested on or about page 173 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation

Dated: New York, New York
       February 27, 2013

                                              GREGORY J. CANNATA & ASSOCIATES
                                                    Plaintiffs-Liaison Counsel
                                       By:_____
                                               Robert A. Grochow, Esq.
                                               233 Broadway, 5th Floor
                                               New York, New York 10279-0003
                                               (212) 553-9205