UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC102 (AKH)

NOTICE TO PRODUCE DOCUMENTS
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 34

---

To:   Stoner & Company, Inc.
      c/o Richard Leff, Esq.
      Mcgivney Kluger, P.C.
      80 Broad Street, 23 Floor
      New York, NY 10004
      rleff@mklaw.us.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure,

Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests

the above referenced defendant to respond within thirty (30) days to the following demands for

document production with reference to 22/26 Cortland Street, as referenced in the deposition of

Howard Stoner, on May 17, 2012, at or about page 16. To the extent records were already

exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1.   Last known address and other contact information for the following individuals when

     Stoner ceased business:

> Deane Meny, Manager
> Paul Mazzola, Manager
> Steve Harrington, Senior Loss Specialist
> Tom Cassidy, Catastrophe Manager
> Ed Norton, Manager
> Rob Homing, Manager
> Joseph Sheehan, Temporary Employee
> John Grembowitz, Manager
> Howie Nickerson, Manager
> Jeny Robinson, Manager
> Paul Janak, Senior Loss Specialist

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation

Dated: New York, New York
       February 27, 2013

GREGORY J. CANNATA & ASSOCIATES
Plaintiffs-Liaison Counsel

By:_____
       Robert A. Grochow, Esq.
       233 Broadway, 5th Floor
       New York, New York 10279-0003
       (212) 553-9205