UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To: 160 Water Street Inc., 160 Water Street Associates and G.L.O. Management
c/o Richard E. Leff, Esq.,
McGivney & Kluger, P.C.,
80 Broad Street, 23rd Floor,
New York, New York 10004
rleff@mklaw.us.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 160 Water Street, as referenced in the deposition of Louis Francischelli, dated April 26, 2012, on or about each page listed below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Copy of any contracts between One Source and the building in effect on September 11, 2001, as referenced on or about page 22 in the above referenced deposition.

2. Copy of AIG's lease in effect on September 11, 2001 and any doucumentation related to AIG's occupancy of 160 Water Street, as referenced on or about page 28 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation

Dated: New York, New York
February 27, 2013

GREGORY J. CANNATA & ASSOCIATES
Plaintiffs-Liaison Counsel

By:_____
Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205