UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To: McClier
c/o Richard E. Leff, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456
rleff@mklaw.us.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 200 Vesey Street, 3WFC, as referenced in the deposition of John J. Ekholm, on December 13, 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Mr. Ekholm's curriculum vitae or CV, as referenced on or about page 31 in the above referenced deposition.

2. Work authorization forms, or bates numbers of such forms, as referenced on or about page 94 in the above referenced deposition.

3.   Contact information including residential address and current employer, to the extent available, for McClier employees or former employees, including but not limited to: Chris Martersteck, Scott Bini, Greg Gutierrez, John Kouchoukos, Jim Kronenwetter, Rick Popisil and Chris Sexton, as referenced on or about page 262 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       February 27, 2013

                                      GREGORY J. CANNATA & ASSOCIATES
                                          Plaintiffs- Liaison Counsel

By:_____
    Robert A. Grochow, Esq.
    233 Broadway, 5th Floor
    New York, New York 10279-0003
    (212) 553-9205