UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To:   22 Cortland Street/Hillman Environmental Group, LLC.
      Ahmuty Demers & McManus
      c/o Salvatore J. Calabrese, Esq.
      123 Williams Street
      New York, NY 10038
      Salvatore.calabrese@admlaw.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 22 Cortlandt Street, as referenced in the deposition of Christopher Hillman, on April 30th, 2012, and on May 1st, 2012 at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Mr. Christopher Hillman's CV, as requested on or about page 36 in the above referenced deposition.

2. Health and safety manual in existence from September 11th, 2001 through the end of December, 2002, as requested on or about page 138 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
February 22, 2013

                          GREGORY J. CANNATA & ASSOCIATES
                              Plaintiffs- Liaison Counsel

By:_____
            Robert A. Grochow, Esq.
            233 Broadway, 5th Floor
            New York, New York 10279-0003
            (212) 553-9205