UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To:   Centry 21 Departmenet Store, LLC and Blue Millenium LLC
c/o Stanley Goos, Esq.
Harris Beach
100 Wall Street
New York, NY 10005
sgoos@harrisbeach.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 22/26 Cortland Street, as referenced in the deposition of John Feehan, on May 8th, 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Emergency crisis plan in exisitence in September 11th, 2001 and/or an updated emergency crisis plan indicating the update date or the revision date. As requested on or about page 53 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       February 27, 2013

                                    GREGORY J. CANNATA & ASSOCIATES
                                         Plaintiffs- Liaison Counsel

                                    By:_____
                                         Robert A. Grochow, Esq.
                                         233 Broadway, 5th Floor
                                         New York, New York 10279-0003
                                         (212) 553-9205