UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To:    Tucker Anthony Inc.
       c/o Gregory J. Popadiuk, Esq. and Nicholas J. Marino, Esq.
       Faust Goetz Schenker & Blee
       Two Rector Street, 20th Floor
       New York, NY 10006
       gpopadiuk@fgsb.com
       nmarino@fgsb.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 200 Liberty Street – 1 World Financial Center, as referenced in the deposition of Steve Quint, on December 13th, 2012, at or about page as referenced below.  To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Contact information, including last known address for Mr. Nat Mohan, as requested on or about page 22 in the above referenced deposition.

2. Missing air sample test regarding Exhibit 9, as requested on or about page 47 in the above referenced deposition.

3. Additional pages regarding Exhibit 16 of a site inspection on the third floor from ATC from May, 14th, 2002, as requested on or about page 68 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
      February 27, 2013

                                        GREGORY J. CANNATA & ASSOCIATES
                                        Plaintiffs- Liaison Counsel

                              By: _/s/ Alison Cannata Hendele_____
                                        Alison Cannata Hendele, Esq.
                                        233 Broadway, 5th Floor
                                        New York, New York 10279-0003
                                        (212) 553-9205