UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC102 (AKH)

NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34

To: GENERAL RE SERVICES CORP.
c/o Richard Leff, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to One Liberty Plaza, as referenced in the deposition of Michael Rea, on July 30th, 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Any work records in the possession of General Re Services Corporation regarding work performed onsite, as requested on or about page 80 in the above referenced deposition post 9-11-01 in response to the events of 9/11/01 as well as any safety manuals or documentations relative to a response to an emergency situation.

2. Any contact information for Mr. Haskel Jacobson and Mrs. Sheryl Broas, as requested on or about page 80 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation

Dated: New York, New York
　　　　March 1, 2013

　　　　　　　　　　　　　　　　　GREGORY J. CANNATA & ASSOCIATES
　　　　　　　　　　　　　　　　　Plaintiffs-Liaison Counsel

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Robert A. Grochow, Esq.
　　　　　　　　　　　　　　　　　233 Broadway, 5th Floor
　　　　　　　　　　　　　　　　　New York, New York 10279-0003
　　　　　　　　　　　　　　　　　(212) 553-9205