

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) 21 MC 103 (AKH) STIPULATION AND ORDER OF DISMISSAL This Order Relates to: Schedule A |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice, only as against defendant Bankers Trust Corporation, now known as Deutsche Bank Trust Corporation, without costs to either party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that should evidence be discovered throughout the course of the litigation which determines that Bankers Trust Corporation is a proper party to these suits, plaintiffs listed in Schedule A may reinstitute these actions without regard to the applicable statute of limitations, assuming said original actions were timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense

This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: New York, New York
       December 12, 2012

| | |
|---|---|
| WORBY GRONER EDLEMAN<br>& NAPOLI BERN, LLP<br>Attorneys for Plaintiffs<br>In Schedule A<br><br>By: _____<br>CHRISTOPHER R. LOPALO<br><br>350 Fifth Avenue Suite 7413<br>New York, NY 10018 | DAY PITNEY LLP<br>Attorneys for Defendant<br>Deutsche Bank Trust Corporation,<br>f/k/a Bankers Trust Corporation<br><br>By: _____<br>MARC D. CROWLEY<br><br>One Jefferson Road<br>Parsippany, NJ 07054 |

SO ORDERED: 2/19/13

_____
HON. ALVIN K. HELLERSTEIN

## SCHEDULE A

| FIRST NAME | LAST NAME | CV Number |
|---|---|---|
| Stephen | Addeo | 06cv09963 |
| Luis | Adriano | 07cv04445 |
| Gladys | Agudelo | 07cv04446 |
| Raul | Alcivar | 05cv09821 |
| Jorge | Almeida | 07cv01555 |
| Maria | Alvarez | 05cv10135 |
| Hernando | Alvarez-Garcia | 07cv11016 |
| Jose | Alvarracin | 06cv14459/07cv1556 |
| Betsy | Arruda-Loor | 06cv13787 |
| Kleber | Arteaga | 08cv02253 |
| Freddy | Astudillo | 07cv01463 |
| Hernando | Avenia | 07cv04473 |
| Cesar | Avila | 06cv1588/07cv1563 |
| Richard | Avila | 07cv11018 |
| Sixto | Aviles | 08cv02254 |
| Andrzej | Baczkowski | 07cv01565 |
| Peter | Bailon | 07cv05336 |
| Reyaad | Baksh | 07cv09943 |
| Ivan | Banda | 06cv14483 |
| Nestor | Banda | 06cv14484 |
| Nestor | Banda, Jr. | 07cv04873 |
| Jose | Barahona | 07cv5550 |
| Rodrigo | Barros | 08cv02255 |
| Ramiro | Bastidas | 07cv08278 |
| Luis | Benitez | 06cv13799 |
| Nicholas | Bolobanic | 05cv09046 |
| Jorge | Bravo | 06cv11955 |
| Leopoldo | Burgos | 07cv01473 |
| Rolendio | Cabrera | 08cv02256 |
| Ivan | Calero | 06cv01650 |
| Wilson | Calle | 07cv01578 |
| Rey | Campoverde | 07cv05280 |
| Rodrigo | Campozano | 07cv04459 |
| Edison | Cardenas | 06cv14533 |
| Donald | Casey | 07cv5166 |
| Silvia | Castillo | 05cv01718 |
| Monte | Cesta | 08cv02597 |
| Walter | Chipe | 07cv01587 |
| Luis | Chirinos | 08cv02260 |
| Andrzej | Chojnowski | 07cv1588 |
| Yolanda | Cintron | 06cv05631 |
| Sarbelia | Coballes | 08cv02261 |
| Elena | Corrales | 07cv01596 |

| FIRST NAME | LAST NAME | CV Number |
|---|---|---|
| Jorge | Cortez | 07cv05394 |
| Lidia | Cortijo | 07cv00317 |
| Nancy | Criollo | 07cv04462 |
| Emilsen | Delgado | 08cv02264 |
| Joseph | DeLuca | 06cv14596 |
| Zbigniew | Dobronski | 06cv11533 |
| Margarita | Dominguez | 08cv02265 |
| Tailor | Dominguez | 08cv02266 |
| Clara | Dota | 07cv01602 |
| Jesse | Drake | 07cv05353 |
| Bogdan | Drozd | 08cv04945 |
| Inerva | Duarte | 07cv01603 |
| Angel | Duchitanga | 07cv01492 |
| Elvia | Dutan | 06cv05504 |
| Cirilo | Encalada | 07cv04465 |
| Jorge | Encalada | 05cv10737 |
| Marco | Encalada | 07cv01494 |
| Adolfo | Espinoza | 07cv05288 |
| Gladys | Feliciano | 08cv02267 |
| Piotr | Fiedziukiewicz | 08cv02268 |
| Janina | Frelas | 07cv01612 |
| Rebeca | Gallegos | 05cv09820 |
| Enrique | Garcia | 08cv02241 |
| Ladislao | Garcia | 08cv02269 |
| Viviana | Garcia | 06cv14671 |
| Leonard | Gawin | 07cv01619 |
| Samuel | Giamo | 06cv11676 |
| Hitier | Giraldo | 07cv05554 |
| Manuel | Gomez | 08cv02271 |
| Edward | Gora | 06cv03302 |
| Abdon | Grageda | 08cv02631 |
| Slawomir | Gryszkiewicz | 07cv01623 |
| Rodolfo | Guevara | 06cv03301 |
| Cesar | Guiracocha | 08cv02272 |
| David | Guszick | 07cv05411 |
| Armando | Guzman | 07cv05556 |
| Salma | Guzman | 08cv02273 |
| Jaime | Hernandez | 08cv02274 |
| Tercida | Hernandez | 08cv02275 |
| Jose | Herrera | 06cv12139 |
| Neil | Hurley | 07cv09029 |
| Edgar | Idrovo | 06cv11025 |
| Jeffrey | Imsho | 09cv02814 |
| Jorge | Inga | 07cv01629 |

| FIRST NAME | LAST NAME | CV Number |
|---|---|---|
| Wladyslaw | Iwanczyk | 07cv05362 |
| Jonas | Jaramillo | 06cv14746 |
| Jose | Jimenez | 07cv00064 |
| Janusz | Karpiuk | 08cv02327 |
| Marian | Karus | 07cv01635 |
| Lubomir | Kmec | 08cv2279 |
| Wieslaw | Kolodziejczyk | 07cv04479 |
| Antoni | Konopka | 07cv01641 |
| Igor | Kosiv | 07cv08282 |
| Edward | Kosowski | 07cv05299 |
| Michael | Labate | 06cv08441 |
| Eva | Lamboy | 07cv01644 |
| Carlos | Lascano | 07cv01646 |
| Leszek | Lech | 06cv07911 |
| Ines | Leon | 07cv04481 |
| Segundo | Leon | 07cv08283 |
| Antonio | Lopez | 07cv05436 |
| Jamie | Lopez | 08cv02282 |
| Henry | Lozano | 08cv02284 |
| Ligia | Luengas | 08cv02285 |
| Rolando | Luna | 06cv07912 |
| Pedro | Macias | 08cv02286 |
| Joffre | Martinez | 08cv02288 |
| Dennis | McMahon | 07cv04201 |
| William | McNulty | 06cv07490 |
| Araceli | Medina | 07cv4490 (subsequently known as Toledo-Naranjo) |
| Maria | Melendez | 07cv5397 |
| Edgar | Mendez | 05cv01180 |
| Juan | Mendez | 07cv1664 |
| Juan | Mendez | 08cv02291 |
| Gustavo | Mendoza | 07cv04494 |
| Carlos | Merchan | 07cv01665 |
| Susana | Miranda | 08cv02293 |
| Ubaldo | Misaico | 07cv04495 |
| Robert | Mollahan | 07cv05018 |
| Eugenio | Mora | 06cv13168 |
| Tatiana | Morales | 07cv05370 |
| Jacek | Mrozek | 07cv08275 |
| Adolpho | Naranjo | 08cv2295 |
| Angel | Naranjo | 07cv00066 |
| Luis | Naranjo | 05cv10738 |
| Luis | Naranjo | 07cv08102 |
| Dalia | Nauta | 08cv01015 |

5

| FIRST NAME | LAST NAME | CV Number |
|---|---|---|
| Steven | Olsen | 07cv10197 |
| Arkadiusz | Olszewski | 09cv02810 |
| Alicia | Osorio | 08cv02300 |
| Blanca | Oyervide | 07cv04500 |
| Kleber | Paredes | 08cv2301 |
| Zoila | Pastuizaca | 07cv05308 |
| Jacqueline | Perez | 07cv08284 |
| Victor | Prado | 09cv03459 |
| Maria | Puma | 07cv01688 |
| Nelly | Quizhpi | 08cv04941 |
| Mark | Rafaniello | 07cv10823 |
| Harold | Ramirez | 08cv02304 |
| Lawrence | Regula | 06cv09679 |
| David | Reynolds | 07cv03446 |
| Carlos | Riera | 07cv01518 |
| Blanca | Robles | 07cv01520 |
| Patricio | Rodas | 07cv1694 |
| Susana | Rodriguez | 07cv05315 |
| Jaime | Rojas | 07cv04511 |
| Mieczyslaw | Romaniuk | 07cv05316 |
| Cesar | Rosales | 06cv12812 |
| Rafaela | Ruiz | 08cv02311 |
| Blanca | Saeteros | 08cv02305 |
| Victor | Salazar | 07cv04512 |
| Jan | Salwa | 08cv02707 |
| Edilberto | Sanchez | 07cv05384 |
| Genaro | Sanchez | 07cv01527 |
| George | Sanchez | 08cv04949 |
| Jose | Sanchez | 08cv02306 |
| Rosa | Sanchez | 06cv12488 |
| Henry | Sandoya | 07cv11025 |
| Edwin | Sarmiento | 07cv04515 |
| Matthew | Schoffel | 06cv14119 |
| James | Seiferheld | 07cv05427 |
| Alfonso | Serrano | 07cv1703 |
| Theresa | Serrano | 05cv08937 |
| Raul | Siguencia | 07cv01533 |
| Nelly | Sinchi | 07cv1535 |
| Samuel | Sumba | 05cv01783 |
| Zbigniew | Szynkowski | 08cv02308 |
| Bertha | Tache | 07cv1537 |
| Cristhian | Tapia | 08cv2248 |
| Cesareo | Teran | 07cv05389 |
| Kevin | Thomas | 06cv04381 |

| FIRST NAME | LAST NAME | CV Number |
|---|---|---|
| Jeanne | Thorpe | 07cv01715 |
| Nelson | Toledo | 08cv02332 |
| Pedro | Torres | 08cv02310 |
| Manuel | Uzhca | 08cv2312 |
| Aida | Valdiviezo-Nieto | 06cv11534 |
| Carlos | Valencia | 07cv5324 |
| Jose | Vasquez | 07cv02708 |
| Kattia | Vazquez | 07cv01722 |
| Martin | Viera | 08cv02314 |
| Segundo | Villarroel | 07cv01546 |
| Kleber | Villarruel | 06cv13703 |
| Patricia | Vilomar | 08cv02316 |
| John | Vinciguerra | 06cv08117 |
| Rosa | Vivar | 06cv00997 |
| Thomas | Walsh, Jr. | 08cv04950 |
| Robert | Waniurski | 07cv4524 |
| Ancil | Watson | 07cv05391 |
| Seweryn | Wojciechowski | 08cv02319 |
| Ramon | Zambrana | 08cv02320 |