UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN<br>DISASTER SITE LITIGATION | **21 MC102 (AKH)**<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To: Merrill Lynch
c/o Philip Goldstein, Esq.
McGuire Woods
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
pgoldstein@mcguirewoods.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 225 Liberty Street, 2 WFC, as referenced in the deposition of Frank Murphy, on July 11, 2012 and July 12, 2012, at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Photographs showing the condition of 225 Liberty Street, 2 WFC, after the September 11, 2001 attacks but prior to the related clean-up, as referenced on or about page 109 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
February 27, 2013

GREGORY J. CANNATA & ASSOCIATES
Plaintiffs- Liaison Counsel

By:_____
Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205