UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LOWER MANHATTAN<br>DISASTER SITE LITIGATION | **21 MC102 (AKH)**<br>NOTICE TO PRODUCE DOCUMENTS<br>PURSUANT TO FEDERAL RULE OF<br>CIVIL PROCEDURE 34 |
| --- | --- |

To:     STRUCTURE TONE
        c/o William D. Joyce, Esq.
        Barry, McTiernan & Moore
        2 Rector Street
        New York, New York 10006
        wjoyce@bmmfirm.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure,

Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests

the above referenced defendant to respond within thirty (30) days to the following demands for

document production with reference to 225 Liberty Street – 2 World Financial Center, as

referenced in the deposition of Robert Conners, on July 17th , 2012, at or about page as

referenced below. To the extent records were already exchanged, please provide the bates

numbers of the requested record(s) on Merril Lextranet.

1.   Meeting minutes regarding the work that was performed in 2001, and during the first

     half of 2002. As requested on or about page 63 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices

throughout the course of this litigation.

Dated: New York, New York
       February 27, 2013

                                  GREGORY J. CANNATA & ASSOCIATES
                                       Plaintiffs-Liaison Counsel

                         By:_____
                                  Robert A. Grochow, Esq.
                                  233 Broadway, 5th Floor
                                  New York, New York 10279-0003
                                  (212) 553-9205