UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN<br>DISASTER SITE LITIGATION | 21 MC102 (AKH)<br>NOTICE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34 |

To: Ann Taylor
c/o Alex R. Malino, Esq.
BARRY, McTIERNAN & MOORE
2 Rector Street
New York, New York 10006
alexmalino@bmmfirm.com

**PLEASE TAKE NOTICE**, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant to respond within thirty (30) days to the following demands for document production with reference to 225 Liberty Street - 2 World Finnncial Center, as referenced in the deposition of Dennis Herbert, on July 10th, 2012 at or about page as referenced below. To the extent records were already exchanged, please provide the bates numbers of the requested record(s) on Merril Lextranet.

1. Address information for FM Global and names of any adjustors and/or claims examiners, as requested on or about page 66 in the above referenced deposition.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
February 27, 2013

                                            GREGORY J. CANNATA & ASSOCIATES
                                                  Plaintiffs Liaison Counsel

By: _____
                                             Robert A. Grochow, Esq.
                                             233 Broadway, 5th Floor
                                             New York, New York 10279-0003
                                             (212) 553-9205