```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                    Case No.: 21 MC 102 (AKH)
-----------------------------------------X

ANGEL HUALPA (AND WIFE, ROSA HUALPA),         Docket No.: 05-CV-02501-AKH

              Plaintiff(s),         STIPULATION OF
                                              DISCONTINUANCE AS TO
-against-                                     DEFENDANT, CDL NEW YORK
                                              LLC MILLENIUM HILTON,
100 CHURCH, LLC, et al.,                      ONLY.

              Defendant(s).
-----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *CDL (NEW YORK) LLC t/s/h/a CDL NEW YORK LLC MILLENIUM HILTON*, only as to the claims being made as to the premises located at 55 Church Street, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

    IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the course of the litigation which determines that the *MILLENIUM HILTON* is a proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       February 14, 2013

McGIVNEY & KLUGER, P.C.                    WORBY GRONER EDELMAN & NAPOLI
Attorneys for Defendant                    BURN, LLP
CDL (NEW YORK) LLC i/s/h/a CDL NEW         Attorneys for Plaintiffs
YORK LLC MILLENIUM HILTON,

By: *[signature]*                          By: *[signature]*
    Richard E. Leff (RL-2123)                  Christopher R. LoPalo (CL-6466)
    80 Broad Street, 23rd Floor                115 Broadway, 12th Floor
    New York, New York 10004                   New York, New York 10006
    (212) 509-3456                             (212) 267-3700
    (Our File: 1537G-0001)

So Ordered: *[signature]*
            3-19-13