UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER         :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                        :     **NOTICE OF APPEARANCE**
-----------------------------------------------------------X

To the clerk of this court and all parties of record:

**PLEASE TAKE NOTICE,** that Kenneth Schwarz of Cozen O'Connor, hereby enters an appearance on behalf of Defendant, BELFOR USA GROUP, INC., and requests that copies of all papers in this action be served upon the undersigned.

March 25, 2013                              _[signature]_
Date                                        Signature

KS6807                                      Kenneth G. Schwarz
Bar Number                                  Name

212.453.3878                                45 Broadway, Suite 16
Telephone Number                            New York, New York 10006
                                            Address

866.736.3777
Fax Number

kschwarz@cozen.com
Email Address


## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            _[signature]_
                                            Kenneth Schwarz, Esq.

LEGAL\15542257\1 00007.0023.000/210433.000