**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION<br>--------------------------------------------------<br><br>THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | ) Case No. 21 MC 100 (AKH)<br>) Case No. 21 MC 102 (AKH)<br>) Case No. 21 MC 103 (AKH)<br>)<br>) **APPEARANCE**<br>)<br>) **ECF CASE**<br>) |

To the Clerk of this court and all parties of record:

Enter the appearance of the undersigned as counsel in this case for defendant Verizon New York Inc.

The undersigned certifies that he is admitted to practice in this court.

Dated: March 28, 2013
　　　　New York, NY

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Andrew S. Jacobs (AJ8956)
　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　New York, New York  10022-4611
　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　Facsimile:　(212) 446-4900

　　　　　　　　　　　　*Attorneys for Defendant Verizon New York Inc.*