**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | Case No. 21 MC 100 (AKH)<br>Case No. 21 MC 102 (AKH)<br>Case No. 21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | **APPEARANCE**<br><br>**ECF CASE** |

To the Clerk of this court and all parties of record:

Enter the appearance of the undersigned as counsel in this case for defendant Verizon New York Inc.

The undersigned certifies that he is admitted to practice in this court.

Dated: March 28, 2013
      New York, NY

/s/
Brett J. Broadwater (BB3770)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Defendant Verizon New York Inc.*