UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION, | 21 MC 102 (AKH)<br>ECF CASE |
| THIS DOCUMENT APPLIES TO ALL CASES IN THE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION IN WHICH FGP 90 WEST STREET, INC. IS A DEFENDANT, | |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE, that Sarah A. Kutner hereby enters an appearance in this action as counsel for defendant FGP 90 West Street, Inc.  I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: New York, New York
       March 28, 2013

By:  /s/   Sarah A. Kutner
     Sarah A. Kutner
     sarah.kutner@dlapiper.com

     DLA PIPER LLP (US)
     1251 Avenue of the Americas
     New York, NY  10020-1104
     (212) 335-4500

*Attorneys for Defendant FGP 90 West Street Inc.*

EAST\55435652.1