UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case Nos.: 21 MC 102 (AKH)<br>21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION | MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 1.3(c) |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Benjamin E. Haglund in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned, Benjamin E. Haglund, a member in good standing of the bar of this Court, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

Rasika Chakravarthy
Day Pitney LLP
One Jefferson Road
Parsippany, New Jersey 07054-2891
T (973) 966-8114
F (973) 206-6275

Rasika Chakravarthy is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Rasika Chakravarthy in any State or Federal court.

Dated: April 1, 2013

Respectfully submitted,

Benjamin E. Haglund (BH-3350)
Day Pitney LLP
One Jefferson Road
Parsippany, New Jersey 07054-2891
T (973) 966-8155
F (973) 206-6546

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case Nos.: 21 MC 102 (AKH)<br>21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION | **AFFIDAVIT OF BENJAMIN E. HAGLUND IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 1.3(c)** |

State of New Jersey  )
                     ) ss:
County of Morris     )

      Benjamin E. Haglund, being duly sworn, hereby deposes and says as follows:

      1.    I am a member of the firm Day Pitney LLP, counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned action. I am familiar with the proceedings in these cases. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Deutsche Bank Defendants' motion to admit Rasika Chakravarthy as counsel *pro hac vice* to represent the Deutsche Bank Defendants in these matters.

      2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 16, 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Chakravarthy has been practicing law since 2012 and I have known her since March 2013.

4. Ms. Chakravarthy is an Associate at Day Pitney LLP in Parsippany, New Jersey.

5. I have found Ms. Chakravarthy to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. As evidenced by the Certificate of Good Standing annexed hereto as Exhibit A, Ms. Chakravarthy is a member in good standing of the Bar of the State of California. Accordingly, I am pleased to move for the admission of Ms. Chakravarthy, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Ms. Chakravarthy, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Ms. Chakravarthy, *pro hac vice*, to represent Deutsche Bank Defendants in the above captioned matters, be granted.

Dated: Parsippany, New Jersey

April 1, 2013

Sworn to before me on this
____ day of _____, 2013

Notary Public

MARY ANN OLIVIERI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JULY 11, 2015

Respectfully submitted,

Benjamin E. Haglund (BH-3350)

# EXHIBIT A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *RASIKA CHAKRAVARTHY*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that RASIKA CHAKRAVARTHY, #283115, was on the 5th day of June 2012 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of March 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. L. Casados, *Supervising Deputy Clerk*

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case Nos.: 21 MC 102 (AKH)<br>21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION | ORDER<br>Hon. Alvin K. Hellerstein |

THIS MATTER comes before me upon the motion of Benjamin E. Haglund, Day Pitney LLP, counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

**Rasika Chakravarthy**
**Day Pitney LLP**
**One Jefferson Road**
**Parsippany, New Jersey 07054-2891**
T (973) 966-8051
F (973) 995-4543

is admitted to practice *pro hac vice* as counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York

_____, 2013

_____
Alvin K. Hellerstein, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Benjamin E. Haglund, hereby certify that I caused true copies of the foregoing to be served via regular mail on the 2nd day of April 2013, upon the following Plaintiff's Liaison Counsel:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
350 5th Avenue
Suite 7413
New York, NY 10118

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

and upon the following Defendants' Liaison Counsel:

Richard E. Leff, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004

Lee Ann Stevenson
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

Benjamin E. Haglund (BH-3350)