

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case Nos.: 21 MC 102 (AKH) <br> 21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION | ORDER <br><br> Hon. Alvin K. Hellerstein |

THIS MATTER comes before me upon the motion of Benjamin E. Haglund, Day Pitney LLP, counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

**Andrés Acebo**
**Day Pitney LLP**
**One Jefferson Road**
**Parsippany, New Jersey 07054-2891**
**T (973) 966-8051**
**F (973) 995-4543**

is admitted to practice *pro hac vice* as counsel for Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, DB Private Clients Corporation and DBAB Wall Street LLC (collectively "Deutsche Bank Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
        April 5, 2013

                                                    _____
                                                    Alvin K. Hellerstein, U.S.D.J.