UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION ) ) ) ) -------------------------------------------------- ) ) THIS DOCUMENT APPLIES TO ALL ) WORLD TRADE CENTER DISASTER ) SITE LITIGATION ) | Case No. 21 MC 100 (AKH) Case No. 21 MC 102 (AKH) Case No. 21 MC 103 (AKH) ECF CASE |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Eric Foster Leon, Sandra Lynn Musumeci, Andrew R. Dunlap and Michael D. Reisman should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for Defendant Verizon New York Inc. through its attorneys Lee Ann Stevenson, Adam T. Humann, Brett J. Broadwater and Andrew S. Jacobs and all future correspondence and papers should continue to be directed to them.

Dated: April 8, 2013

/s/
Lee Ann Stevenson

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Defendant Verizon New York Inc.*