UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
                    :

IN RE WORLD TRADE CENTER LOWER    :    **ORDER SUMMARIZING**
MANHATTAN DISASTER SITE LITIGATION  :    **STATUS CONFERENCE**
                    :
                    :    21 MC 102 (AKH)
                    :
--------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 18, 2013, I held a status conference in the 21 MC 102 master calendar.

The next status conference in this matter will occur on September 17, 2013, at 2:00 p.m. in

Courtroom 14D.

        SO ORDERED

Dated:    April 19, 2013
        New York, New York          ALVIN K. HELLERSTEIN
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/13