USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/13

RECEIVED
APR 24 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

SEE ATTACHED "EXHIBIT A"
-------------------------------------------------------X

Case No.: 21 MC 102(AKH)

STIPULATION OF DISCONTINUANCE AS
TO DEFENDANTS, 90 CHURCH STREET
LIMITED PARTNERSHIP and BOSTON
PROPERTIES, INC. ONLY.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants *90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC. (hereinafter collectively referred to as "BOSTON PROPERTIES"),* only as to the claims being made as to the premises located at 90 Church Street (Post Office), New York, New York shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the court of the litigation which determines that *BOSTON PROPERTIES,* are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendants shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 22, 2013

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

By: _____
Richard E. Leff (REL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP
Attorneys for Plaintiff(s)

By: _____
Christopher R. LoPalo (CL-6466)
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

SO ORDERED:

_____
U.S.D.J.
4-24-13

## EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER |
|---|---|
| Arruda, Betsy | 06CV13787 |
| Baczkowski, Andrzej | 07CV01565 |