UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE: WORLD TRADE CENTER LOWER                                :
MANHATTAN DISASTER SITE LITIGATION                             :
                                                               :   Case No.  21-MC-00102(AKH)
                                                               :
                                                               :
---------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for JPMorgan Chase & Co. (improperly sued herein as J.P. Morgan Chase Corporation, Chase Manhattan Bank, Chase Manhattan Bank Corporation, Chase Manhattan Banking, Chase Manhattan Banking Corporation, Chase Manhattan National Corporation, and Manufacturers Hanover Trust Company).

Dated: New York, New York
       May 1, 2013

                                          SATTERLEE STEPHENS BURKE
                                               & BURKE LLP
                                          *Attorneys for JPMorgan Chase & Co.*


                                          By:      /s/ M.J. Williams
                                                  M.J. Williams
                                          230 Park Avenue
                                          New York, New York 10169
                                          mwilliams@ssbb.com
                                          T: (212) 818-9200
                                          F: (212) 818-9606

1665596_1