AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| InRe World Trade Ctr Lower Manhattan Disaster Site | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21 MC 102 (AKH) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MSDW 140 - Broadway Property, L.L.C.

Date:   05/02/2013

*Attorney's signature*

Michael A. Savino (MS-4506)
*Printed name and bar number*

Cozen O'Connor
45 Broadway 16th Floor
New York, New York 10006

*Address*

msavino@cozen.com
*E-mail address*

(212) 908-1233
*Telephone number*

(212) 908-9492
*FAX number*