UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC102 and(AHK) and 21 MC103 (AHK)

STIPULATION AMENDING
MASTER AND CHECK-OFF COMPLAINTS

**IT IS STIPULATED, CONSENTED TO AND AGREED**, by and between the undersigned attorneys for the parties herein mentioned that in the actions listed below in which the Lefrak Organization has been named as a defendant, the pleadings served herein shall be deemed amended to substitute Marina Towers Associates, LP in place and instead of the Lefrak Organization; and

**IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED**, that in the actions listed below in which Hudson Towers Housing Co., Inc. is named as a defendant, Marina Towers Associates, LP shall be substituted therein as successor in interest to Hudson Towers Housing Co. Inc.; and

**IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED**, that the actions to which this Stipulation applies are as follows:

| | Name of Plaintiff | Index Number |
|---|---|---|
| 1. | Amaya, Melba | 08cv2559 |
| 2. | Baguero, Sandra | 07cv5275 |
| 3. | Baquero, Sandra J. | 06cv14486 |
| 4. | Blandon, Daysy | 07cv9949 |
| 5. | Campozano, Rodrigo | 07cv4459 |
| 6. | Cardona, Catterine | 08cv2588 |
| 7. | Delgado, Emilsen | 08cv2264 |
| 8. | Gallego, Isma | 07cv1497 |
| 9. | Garcia, Sixta | 07cv5292 |
| 10. | Londono, Francisco | 08cv2647 |
| 11. | Lopez, Ricardo | 06cv04884 |
| 12. | Moran, Leroy | 06cv7502 |
| 13. | Moreno, Conseulo | 08cv2662 |
| 14. | Moreno, Jorge | 06cv14047 |
| 15. | Pretel-Vega, Gladys | 08cv2693 |
| 16. | Valencia, Carlos A. (and wife, Gloria N Bonilla) | 07cv5324 |
| 17. | Vilomar, Patricia | 08cv2316 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/13

**IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED,** that other than the substitutions and changes as noted above, all pleadings previously served herein shall remain unchanged.

Dated: New York, New York
March 13, 2013

HARRIS BEACH PLLC

By: _____
Steven J. Rice – 1734
*Attorneys for Defendants*
**LEFRAK ORGANIZATION**
**HUDSON TOWERS HOUSING CO., INC.**
**and MARINA TOWERS ASSOCIATES, LP**
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

WORBY GRONER EDELMAN &
NAPOLI BERN LLP

By: _____
Christopher Lopalo
*Attorneys for Plaintiffs*
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

SO ORDERED: 4/11/13

_____
Alvin K. Hellerstein, Justice, U.S.D.C., S.D.N.Y.

2