UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) (ALL CASES) |
| | **NOTICE TO TAKE DEPOSITION UPON ORAL QUESTIONS** |

PLEASE TAKE NOTICE, that on May 4, 2013, at 10:00 o'clock A.M., at the office of Veritext, located at 1250 Broadway, Suite 2400, New York, New York 10001, attorneys for the plaintiffs herein will take the deposition of GARY FLAMMENBAUM, assistant general manager of Lefrak Organization, Inc. and Hudson Towers Housing Co. Inc., on oral examination before an officer duly authorized by law to administer oaths and the deposition will be recorded by videotape and stenographically in regard to the work at 400 Gateway Plaza. The deposition shall continue day to day until completed. The deposition shall be used for discovery purposes and may be introduced as evidence at the trial of the above-entitled action.

Dated: New York, New York
       March 27, 2013

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Certain Plaintiffs' Counsel*

By: _____
    Christopher R. LoPalo (CL-6466)

350 Fifth Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

To:    See Attached Service List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) (ALL CASES) |

## CERTIFICATE OF SERVICE

I, Christopher R. LoPalo, an attorney duly licensed to practice before the Courts of the State of New York herby declares that I served a true copy of the within **NOTICE TO TAKE DEPOSITION UPON ORAL QUESTIONS** to all counsel on the Service List attached hereto. Service was effected by electronic mail.

This the 27th day of March 2013

_____
Christopher R. LoPalo (CL-6466)

**SERVICE LIST**

Lee Ann Stevenson, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
lstevenson@kirkland.com

Gregory J. Cannata, Esq.
Robert Grochow, Exq.
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279
Cannata@cannatalaw.com
RGrochow@aol.com

James J. Tyrrell, Esq.
Joseph E. Hopkins, Esq.
Alyson Villano, Esq.
Patton Boggs, LLP
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
jtyrrell@pattonboggs.com
jhopkins@pattonboggs.com
AVillano@PattonBoggs.com

Richard Leff, Esq.
McGivney & Kluger, PC
80 Broad Street
New York, New York 10004
RLeff@mcgivneyandkluger.com

Brian A. Bender, Esq.
Stanley Goos, Esq.
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, New York 10005
bbender@harrisbeach.com
sgoos@harrisbeach.com
Attorneys for Hudson Towers Housing Co. Inc. and Lefrak Organization, Inc.

William J Smith, Esq.
Faust Goetz Schenker & Blee, LLP
2 Rector Street
20th Floor
New York, New York 10006
wsmith@fgsb.com

Richard A Williamson, Esq.
Tom Egan, Esq.
M. Bradford Stein, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
35th Floor
New York, New York 10006-1404
RWilliamson@fzwz.com
TEgan@fzwz.com

Philip Goldstein
McGuire Woods
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
pgoldstein@mcguirewoods.com