UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102 (AKH)
(ALL CASES)

NOTICE OF MOTION

-------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Christopher R. LoPalo dated May 14, 2013, the exhibits annexed thereto and the Plaintiffs' duly served discovery demands, the Plaintiffs will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure compelling NYSE Euronext to appear for depositions within thirty (30) days and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        May 14, 2013

/s/ Christopher R. LoPalo
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*