UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER           :        21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :        (All Cases)
-------------------------------------------------------------:

## CERTIFICATION OF SERVICE

Christopher R. LoPalo, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Court, hereby certifies:

That on May 14, 2013, I duly served a true copy of the within Plaintiff's Motion for an Order Compelling the Depositions and it accompanying exhibits on all counsel of record through the Court's ECF filing system.

Dated:  New York, New York
        May 14, 2013

_____
Christopher R. LoPalo (CL-6466)

1