UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          :          21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :          (All Cases)
------------------------------------------------------------:

## CERTIFICATION OF SERVICE

Christopher R. LoPalo, an Attorney duly licensed to practice before the Courts of the

State of New York and a member of the Bar of this Court, hereby certifies:

That on May 15, 2013, I duly served a true copy of the within Plaintiff's Motion

for an Order Compelling the Depositions and it accompanying exhibits on all counsel of record

through the Court's ECF filing system.


Dated:  New York, New York
        May 15, 2013

                                        _____
                                        Christopher R. LoPalo (CL-6466)

1