UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X     21 MC 102 (AKH)
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION           21 MC 103 (AKH)

IN RE: COMBINED WORLD TRADE CENTER            NOTICE OF MOTION
LOWER MANHATTAN DISASTER SITE
LITIGATION (straddler plaintiffs)

-------------------------------------------------------X

PLEASE TAKE NOTICE THAT upon the Declaration of Richard E. Leff dated May 20, 2013 and exhibits annexed thereto will hereby move this Court to dismiss with prejudice certain Plaintiffs' claims for violations of established discovery rules and procedures pursuant to Rule 37 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 20, 2013

                                                    Respectfully submitted,

                                                    Richard E. Leff (RL-2123)
                                                    McGIVNEY & KLUGER, P.C.
                                                    80 Broad Street, 23rd Floor
                                                    New York, New York 10004
                                                    (212) 509-3456