UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

IN RE: COMBINED WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION (straddler plaintiffs)

-------------------------------------------------------X

21 MC 102 (AKH)

21 MC 103 (AKH)

CERTIFICATION OF SERVICE

I, Richard E. Leff, an attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Court, hereby certifies that on May 20, 2013, a true copy of Defendant's Motion to Dismiss Certain Plaintiffs Claims with Prejudice for Violating Established Discovery Procedures and Regulations as well as all accompanying exhibits to those counsel of record via the Court's ECF filing system.

Dated: New York, New York
       May 20, 2013

Respectfully submitted,

Richard E. Leff (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456