UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         :        21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :        (All Cases)
-------------------------------------------------------------:

## CERTIFICATION OF SERVICE

Christopher R. LoPalo, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Court, hereby certifies:

That on May 28, 2013, I duly served a true copy of the within Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Certain Plaintiffs' Claims with Prejudice Pursuant to Fed.R.Civ.P.37 and it accompanying exhibits on all counsel of record through the Court's ECF filing system.

Dated:   New York, New York
         May 28, 2013

                                                _____
                                                Christopher R. LoPalo (CL-6466)

1