UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

LUCYNA FOREMSKA and TADEUSZ FOREMSKA

Plaintiffs,

- against -

100 CHURCH LLC, et al

Defendants.

DOCKET NO.
05 CV 3090

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/13

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Plaintiffs LUCYNA FOREMSKA and TADEUSZ FOREMSKA's response to Defendants' Motion to Dismiss, which was filed and served on May 24, 2013, shall be served on or before Friday, June 14, 2013. Defendants' reply papers shall be served on or before Friday, June 21, 2013.

Dated: May 29, 2013

Alison Cannata Hendele, Esq. (AH-4686)
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279
Tel: 212-553-9205
*Attorneys for Plaintiffs*

Richard E. Leff, Esq. (RL-2123)
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212-509-3456
*Attorneys for Defendants:*
*American Express Company, American Express Bank, Ltd., American Express Travel Related Service Company, Inc., 90 Church Street Limited Partnership, Boston Properties, Inc., Lehman Brothers, Inc., Lehman Commercial Paper, Inc., Lehman Brothers Holdings, Inc., and Member of Defense Liaison Committee*

So Ordered:

Hon. Alvin K. Hellerstein, USDJ

5/30/13