UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/13

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**ORDER REGULATING
DISCOVERY AND TRIALS OF
GROUP I AND GROUP II
SELECTED CASES**

21 MC 102 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

PLEASE TAKE NOTICE that pursuant to discussions with Plaintiffs' Liaison Counsel and Defendants' Co-Liaison Counsel, the following deadlines are hereby made applicable for Group I and Group II Plaintiffs in these proceedings:

| **21 MC 102 CASE MANAGEMENT NOTICE** <br> **(Discovery and Trials of Group I and II Selected Cases)** ||
|---|---|
| August 30, 2013 | Completion of fact discovery for Group I & Group II Cases. (see Schedule A) Fact Discovery includes treating physicians as well as non-party witnesses, contractors, and employers |
| September 27, 2013 | Of the thirty-eight (38) total cases selected for Group I & Group II, fifteen (15) cases will be chosen to proceed to trial. Plaintiffs, then Defendants, then the Court will each choose five (5) cases to comprise this Trial Group |
| October 11, 2013 | Plaintiffs and Defendants disclose Experts' names and CV's |
| October 27, 2013 | Court shall notify the parties of the sequence of trials of the fifteen selected cases for the Trial Group |
| November 1, 2013 | Plaintiffs serve Expert Reports |
| November 22, 2013 | Defendants serve Expert Reports |
| December 6, 2013 | Parties submit Dispositive Motions (non-Daubert) |
| December 9, 2013 | Expert Depositions to commence |
| January 17 2014 | Parties submit Opposition to Dispositive Motions (non-Daubert) |
| January 31, 2014 | Expert Depositions to conclude |
| January 31, 2014 | Parties submit Reply Papers to Dispositive Motions (non-Daubert) |
| February 5, 2014 | Oral Arguments on Dispositive Motions (non-Daubert) |

| February 24, 2014 | Parties submit Daubert and related Summary Judgment Motions |
| --- | --- |
| March 17, 2014 | Parties submit Opposition to Daubert and related Summary Judgment Motions |
| March 31, 2014 | Parties submit Reply briefs to Daubert and related Summary Judgment Motions |
| April 7, 10, 14 | Daubert Hearings |
| April 17, 2014 | Pretrial Conference and Order |
| May 5, 2014 | Trial Commences |

Any and all objections or comments to this Order must be made at the conference now scheduled for April 18, 2013, 3:00 p.m.

SO ORDERED.

Dated: March 21, 2013
New York, New York

ALVIN K. HELLERSTEIN
United Stated District Judge

## SCHEDULE "A"

| | GROUP I | |
|---|---|---|
| | **PLAINTIFF NAME** | **INDEX NUMBER** |
| 1 | Barbosa, Virginia | 06cv01649 |
| 2 | Dabrowski, Mieczyslaw | 07cv05283 |
| 3 | Diaz, Ruth | 07cv01601 |
| 4 | Gallegos, Walter | 07cv04467 |
| 5 | Kwasnik, Wladyslaw | 07cv11291 |
| 6 | Mendoza, Gustavo | 07cv04494 |
| 7 | Muszkatel, Jerzy | 06cv05285 |
| 8 | Sanchez, Alex Anthony | 05cv01091 |

| | GROUP II | |
|---|---|---|
| | **PLAINTIFF NAME** | **INDEX NUMBER** |
| 1 | Avila, Angel | 07cv00060 |
| 2 | Ayala, Ivan | 07cv01466 |
| 3 | Baczkowski, Andrzej | 07cv01565 |
| 4 | Bunay, German Ernesto | 07cv01572 |
| 5 | Cabrera, Rolendio | 08cv02256 |
| 6 | Calero, Ivan | 06cv01650 |
| 7 | Campozano, Rodrigo | 07cv04459 |
| 8 | Chalco, Aida | 07cv01482 |
| 9 | Chojnowski, Andrzej | 07cv01588 |
| 10 | Foremska, Lucyna | 05cv03090 |
| 11 | Garcia, Sixta | 07cv05292 |
| 12 | Guzman, Salma | 08cv02273 |
| 13 | Karpinski, Slawomir | 07cv01634 |
| 14 | Kowalewski, Tadeusz | 06cv01521 |
| 15 | Mejia, Hilario | 07cv01662 |
| 16 | Mendez, Edgar | 05cv01180 |
| 17 | Mierzejewski, Ireneusz | 06cv01513 |
| 18 | Peski, Slawomir | 08cv02688 |
| 19 | Pina, Napoleon | 06cv12413 |

| 20 | Puello, Maria | 07cv11294 |
|----|---------------|-----------|
| 21 | Ropel, Waldemar | 06cv01520 |
| 22 | Salwa, Jan | 08cv02707 |
| 23 | Socha, Marek | 09cv00680 |
| 24 | Szalaj, Zbyszek | 06cv05336 |
| 25 | Tache, Berta | 07cv01537 |
| 26 | Tapia, Cristhian | 08cv02248 |
| 27 | Vivar, David | 07cv05390 |
| 28 | Wojciechowski, Seweryn | 08cv02319 |
| 29 | Wszolkowski, Dariusz | 06cv05344 |
| 30 | Zygmunt, Mieczslaw | 09cv00679 |