UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LOWER MANHATTAN DISASTER SITE LITIGATION | STIPULATION |




IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties' counsel, that the plaintiffs' time to respond to the Motion to Dismiss Plaintiffs' claims for failure to prosecute, filed and served on May 24, 2013, originally set for June 7, 2013, shall be and hereby is extended for 7 days, and thus shall be filed and served on or before Friday, June 14, 2013. The Defendants Reply papers shall be filed and served on or before Friday June 21, 2013

Dated: May 31, 2013

Worby Groner Edelman & Napoli Bern, LLP
*Counsel For Plaintiffs*

_____
Christopher R. LoPalo (CL-6466)

350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

McGivney & Kluger, P.C.
*On Behalf of Defense Liaison Committee*

_____
Richard E. Leff (RL-2123)

80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

So Ordered: 5/31/13

_____
Hon. Alvin K. Hellerstein, USDJ