UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)
21 MC 103 (AKH)

------------------------------------------------------------x

## [PROPOSED] AMENDED ORDER REGULATING DISCOVERY AND TRIALS OF GROUP I AND GROUP II SELECTED CASES

ALVIN K. HELLERSTEIN, US.D.J.:

PLEASE TAKE NOTICE that following the Court conference on June 12, 2013 and pursuant to discussions with Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel, the following revised deadlines are hereby made applicable for Group I and Group II Plaintiffs in these proceedings:

| 21 MC 102 CASE MANAGEMENT NOTICE (Discovery and Trials of Group I and II Selected Cases) ||
|---|---|
| July 10, 2013 | Defendants select replacement Group II cases for Vivar and Cabrera |
| July 24, 2013 | Court selects replacement Group II cases for Foremska and Salwa |
| October 30, 2013 | Completion of fact discovery for Group I & Group II cases. Fact Discovery includes treating physicians as well as non-party witnesses, contractors, and employers. |
| November 26, 2013 | Of the thirty-eight (38) total cases selected for Group I & Group II, fifteen (15) cases will be chosen to proceed to trial. Plaintiffs, then Defendants, then the Court will each choose five (5) cases to comprise this Trial Group. |
| December 11, 1013 | Plaintiffs and Defendants disclose Experts' names and CV's. |
| December 30, 2013 | Court shall notify the parties of the sequence of trials of the fifteen selected cases for the Trial Group |
| January 6, 2014 | Plaintiffs serve Expert Reports |
| February 3, 2014 | Defendants serve Expert Reports |
| February 14, 2014 | Parties submit Dispositive Motions (non-Daubert) |
| February 17, 2014 | Expert Depositions to commence |
| March 31, 2014 | Parties submit Opposition Papers to Dispositive Motions (non-Daubert) |

K&E 26820384.1

| April 4, 2014 | Expert Depositions to conclude |
|---|---|
| April 14, 2014 | Parties submit reply Papers to Dispositive Motions (non-Daubert) |
| April 23, 2014 | Oral Arguments on Dispositive Motions (non-Daubert) |
| May 7, 2014 | Parties submit Daubert and related Summary Judgment Motions |
| May 28, 2014 | Parties submit Opposition to Daubert and related Summary Judgment Motions |
| June 11, 2014 | Parties submit Reply briefs to Daubert and related Summary Judgment Motions |
| June 19, 23, 25 | Daubert Hearings |
| June 30, 2014 | Pretrial Conference and Order |
| July 14, 2014 | Trial Commences |

SO ORDERED.

Dated: June 18, 2013
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2

K&E 26820384.1