<u>Power of Attorney</u>
To Execute HIPAA Medical Record Authorization Forms Pursuant To NY Public Health Law §18(1)(G) As Amended 10/26/04.

I, _____Jan Salwa_____
Of <u>100 Greenpoint Avenue, Apt. #2R , Brooklyn, NY, 11222-</u>
(insert your name and address)

do hereby appoint: <u>WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP</u>, with offices at <u>3500 Sunrise Highway, Suite T-207, Great River, NY 11739</u>, my attorneys –in-fact to act (each agent may act separately) in my name, place and stead in any way which I myself could do, if I were personally present **to execute HIPAA medical record authorization forms pursuant to NY Public Health Law §18(1)(g) as amended 10/26/04.** This power of attorney may be revoked by me at any time. This Power of Attorney shall not be affected by my subsequent disability or incompetence.

To induce any third party act hereunder, I hereby agree that any third party receiving a duly executed copy of facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.

In Witness Whereof I have hereunto signed my name this _____ day of _____, 2007

_____
(SIGNATURE)

ACKNOWLEDGEMENT

STATE OF NEW YORK
COUNTY OF __KINGS__

On this _17th_ day of __DECEMBER__, 2007 before me the undersigned, personally appeared __JAN SALWA__, personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person who acted on behalf of the individual, executed the instrument and that such individual made such appearance before the undersigned at New York, New York.

_____
Notary

WIESLAWA KUFEL
Notary Public - State of New York
NO. 01KU4990530
Qualified in Kings County
My Commission Expires 6/06/2010

17389: Salwa, Jan