OD : PH KONRAD          NR FAKSU : 0862169392          11 MAJ. 2010 13:31    STR.1

TO MARTA
WTC
SALWA, Jan



**RZECZPOSPOLITA POLSKA**

Województwo **podlaskie**
Urząd Stanu Cywilnego w **Łomży**

## ODPIS SKRÓCONY AKTU ZGONU

**I. Dane dotyczące osoby zmarłej:**
1. Nazwisko **Salwa**
2. Imię (imiona) **Jan Bogdan**
3. Nazwisko rodowe **Salwa**
4. Stan cywilny **żonaty**
5. Data urodzenia ▮▮▮
6. Miejsce urodzenia **Rutki**
7. Ostatnie miejsce zamieszkania **Łomża, ul. Harcerska 14**

**II. Dane dotyczące daty i miejsca zgonu:**
1. Data **czwartego czerwca dwa tysiące dziewiątego (04.06.2009) roku**  2. Miejsce **Łomża**

**III. Dane dotyczące małżonka osoby zmarłej:**
1. Nazwisko **Salwa**
2. Imię (imiona) **Irena**
3. Nazwisko rodowe **Koszakowska**

**IV. Dane dotyczące rodziców osoby zmarłej:**

|  | Ojciec | Matka |
|---|---|---|
| 1. Imię (imiona) | Bolesław | Aniela |
| 2. Nazwisko rodowe | Salwa | Kłosek |

Poświadcza się zgodność powyższego odpisu z treścią aktu zgonu Nr ▮▮▮

Łomża, data **03.06.2009**

Z-ca Kierownika
Urzędu Stanu Cywilnego
*Elżbieta Kłoczelej*