UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

JAN SALWA

                     Plaintiff,

**AFFIDAVIT OF MARTA GRZESCZYK**

08CV2707 (AKH)

STATE OF NEW YORK    )
                                )s.s.:
COUNTY OF NEW YORK )

    Marta Grzesczyk being duly sworn, hereby deposes and says:

1.    I am employed as a paralegal at Worby Groner Edelman & Napoli Bern, LLP.

2.    I am a native of Poland and I am fluent in Polish.

3.    I am fully familiar with the facts and circumstances of the Jan Salwa case referenced above.

4.    I have reviewed the copy of Jan Salwa's death certificate dated May 6, 2009 that is referenced in the June 24, 2013 Declaration of Christopher R. LoPalo at Exhibit "2".

5.    The death certificate was issued in Poland and indicates the Mr. Salwa died on April 6, 2009 in Lomza Poland.

6.    The death certificate also indicates the Mr. Salwa was survived by his wife Irena Salwa.

7.    I also reviewed a copy of the Personal Representative Document that is referenced in the June 24, 2013 Declaration of Christopher R. LoPalo at Exhibit "3"

8.    The Personal Representative Document was issued on March 28, 2011 in Poland and indicates that Jan Salwa's widow, Irena Salwa, has the authority to prosecute Jan Salwa's World Trade

Center case that is pending in the USA and also has the authority to collect any money that may result from such case.

    9.    The Personal Representative Document was notarized in Poland and filed in in the Court in Poland.

    10.    There is a stamp from the Court in Poland on the Personal Representative Document. \

    11.    I communicate with Irena Salwa frequently, and she is ready, willing and able to prosecute the above referenced matter on behalf of the Estate of Jan Salwa.

Pursuant to 28 U.S.C. §1746 I declare under the penalty of perjury that the foregoing is true and correct.

_____
Marta Grzesczyk

Sworn to before me this 24th day of June, 2013
_____
Notary Public

CARMEN M. ROJAS
Notary Public, State of New York
No. 01RO6073898
Qualified in Bronx County
Commission Expires April 29, 2014