

# MEMORANDUM

**To:** Liaison Counsel MC 102

**From:** Special Masters
James A. Henderson, Jr.
Aaron D. Twerski

**Date:** December 4, 2012

**Re:** Phase II Discovery in MC 102



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6/28/13

---

Judge Hellerstein has asked the Special Masters to inform counsel as to the ten cases he has chosen for Phase II discovery in MC 102. The following are his choices.

| | | | |
|---|---|---|---|
| 1. | Avila, Angel | 07 cv 00060 | Worby Groner |
| 2. | Foremska, Lucyna | 06 cv 3090 | Cannata/Grochow |
| 3. | Mejia, Hilario | 07 cv 01662 | Worby Groner |
| 4. | Mierzejewski, Ireneusz | 06 cv 1513 | Cannata/Grochow |
| 5. | Sabo-Winer, Galit | 06 cv 01651 | Worby Groner |
| 6. | Salwa, Jan | 08 cv 02707 | Worby Groner |
| 7. | Signorile, Frank | 06 cv 15163 | Worby Groner |
| 8. | Socha, Marek | 09 cv 0680 | Cannata /Grochow |
| 9. | Vinar, Michael | 06 cv 6809 | Cannata/Grochow |
| 10. | Wadolowski, Zbigniew | 08 cv 11459 | Worby Groner |