```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE WORLD TRADE CENTER DISASTER          :   **ORDER ON CONTINGENT**
LITIGATION                                                  :   **PAYMENTS TO BE PAID TO**
                                                               :   **SETTLING PLAINTIFFS**
-------------------------------------------------------------- X
                                                               :
IN RE LOWER MANHATTAN DISASTER SITE     :   21 MC 100 (AKH)
LITIGATION                                                  :   21 MC 102
                                                               :   21 MC 103
-------------------------------------------------------------- X
                                                               :
IN RE COMBINED WORLD TRADE CENTER     :
AND LOWER MANHATTAN DISASTER SITE     :
LITIGATION                                                  :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

This order shall serve as an addendum to my Order and Opinion Requiring Contingent Payments to be Paid to Settling Plaintiffs, issued July 13, 2012, in 21 MC 100 (Doc. No. 2858). That order held that the first Contingent Payment of five million dollars became due and payable by WTC Captive Insurance Company ("WTC Captive") on January 20, 2012. All subsequent contingent payments due on and/or after January 20, 2013, shall be decided after the resolution of the Defendants' appeals by the Second Circuit Court of Appeals. The appeal was argued April 11, 2013. (In re World Trade Ctr. Disaster Site Litig., 11-4021).

SO ORDERED

Dated:     June 28, 2013
              New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge