```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER         Case No.: 21 MC 102(AKH)
SITE LITIGATION
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL           STIPULATION OF DISCONTINUANCE
LOWER MANHATTAN DISASTER SITE          REGARDING SPECIFIC CLAIMS OF
LITIGATION                             INJURY AS TO PLAINTIFF ZBYSZEK
                                       SZALAJ

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties in the matter forthwith, that each claim, cross-claim and/or counter-claim listed on the attached exhibit and asserted in the above-mentioned litigation against all named Defendants, shall be and hereby are discontinued without prejudice and without costs to any party against the other as it pertains to any and all Cardiologic related injuries or diseases including but not limited to the following injurious claims made by Plaintiff Szalaj: Atrial Fibrillation; Hypertensive Heart Disease; Cardiomyopathy and Rapid Tachycardia.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the claims previously are proper to this suit, that Plaintiff Szalaj may reinstitute the claims without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance the Defendants shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 15, 2013

| | |
|---|---|
| McGIVNEY & KLUGER, P.C.<br>Attorneys for Defendants<br>BOSTON PROPERTIES, INC.<br>GENERAL REINSURANCE CORP. and<br>NATIONAL ASSOCIATION of<br>SECURITIES DEALERS, INC. (NASD) | GREGORY J. CANNATA & ASSOCIATES, P.C.<br>Attorneys for Plaintiff ZBYSZEK SZALAJ<br>Index No: 06cv05536 |
| By: _____<br>Jordan Jodré<br>80 Broad Street, 23rd Floor<br>New York, New York 10004<br>(212) 509-3456 | By: _____<br>Gregory Cannata<br>233 Broadway, 5th Floor<br>New York, NY, 10279<br>(212) 233-5400 |

So Ordered: _____
6-24-13

2