```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:                        │
│ DATE FILED: 7/9/13            │
└──────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

**SLAWOMIR PESKI and JANINA PESKI,**                    21 MC 102
                                 Plaintiff,

                                                        **STIPULATION AND
            AGAINST                                     ORDER OF DISMISSAL
                                                        as to CUSHMAN &
                                                        WAKEFIELD, INC. AND
                                                        CUSHMAN &
                                                        WAKEFIELD 111 WALL,
                                                        INC. ONLY**

**100 CHURCH, LLC** *et al.*                            This order relates to:
                                 Defendants.            **08-CV-2688 (AKH)**

-------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the
undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no
party hereto is an infant or incompetent person for whom a committee has been appointed and no
person not a party has an interest in the subject matter of the action, the above-entitled action be,
and the same hereby is discontinued without prejudice as against defendants, **CUSHMAN &
WAKEFIELD, INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** only, without costs
to either party as against the other

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered
throughout the course of the litigation which determines that **CUSHMAN & WAKEFIELD,
INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** are proper parties to this suit,
plaintiff may reinstitute the action without regards to the applicable statute of limitations,
assuming said original action was timely commenced, and in such instance these defendants shall
not assert the statute of limitations as a defense.

BE 1847826.1/CUS028-236874

This stipulation may be filed without further notice with the Clerk of the Court.


Dated:       June 27, 2013
             New York, New York


By:   Frances B. Stella, Esq. (FS 3339)        By:   Christopher R. LoPalo, Esq. (CL6466)
      Brach Eichler L.L.C.                            Worby Groner Edelman &
      Attorneys for Defendants, Cushman &            Napoli Bern LLP
      Wakefield, Inc. and Cushman &                  Attorneys for Plaintiff
      Wakefield, 111 Wall, Inc.                       350 Fifth Avenue, Suite 7413
      101 Eisenhower Parkway                          New York, New York 10006
      Roseland, NJ  07068                             Tel: (212) 267-3700
      Tel:  (973) 403-3149
      Fax:  (973) 618-5549

SO ORDERED:

HON. ALVIN K. HELLERSTEIN