UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

21 MC 102 (AKH)
(ALL CASES)

NOTICE OF MOTION

------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Christopher R. LoPalo dated July 10, 2013, the exhibits annexed thereto, the Plaintiffs will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure compelling Defendant Milro Restoration, Inc. to appear for depositions within thirty (30) days and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 10, 2013

/s/ Christopher R. LoPalo
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*