UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER            :        21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :        (All Cases)
-------------------------------------------------------------:

## CERTIFICATION OF SERVICE

Christopher R. LoPalo, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Court, hereby certifies:

That on July 10, 2013, I duly served a true copy of the within Plaintiffs' Motion for an Order Compelling the Deposition of Defendant Milro Restoration, Inc. and its accompanying exhibits on all counsel of record through the Court's ECF filing system.

Dated: New York, New York
       July 10, 2013

_____
Christopher R. LoPalo (CL-6466)

1