AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   21 MC 102 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | ) ) | (If the action is pending in another district, state where: ) |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: TRADE-WINDS ENVIRONMENTAL RESTORATION, INC.
895 WAVERLY AVENUE, HOLTSVILLE, NEW YORK, 11742

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is _not_ a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

All work performed by Trade-Winds Environmental Restoration, Inc. in the rehabilitation, construction and cleanup of 100 Church Street, New York, NY 10007 for the period after September 11, 2001

| Place: COZEN O'CONNOR<br>45 BROADWAY, 16th FLOOR<br>NEW YORK, NY 10006 | Date and Time:<br>08/29/2013 10:00 am |
|---|---|

The deposition will be recorded by this method:   STENOGRAPHICALLY AND VIDEOTAPE

☑ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any documents, contracts, work orders or other material relevant to the work performed by Trade-Winds Environmental Restoration, Inc. in the rehabilitation, construction and cleanup of 100 Church Street, New York, NY 10007 for the period after September 11, 2001

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 7/12/13

_____   OR   _____
_Signature of Clerk or Deputy Clerk_            _Attorney's signature_

CLERK OF COURT

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   TRC Engineers, Inc.
_____ , who issues or requests this subpoena, are:
Kevin C. Kessler, Esq., Cozen O'Connor, 45 Broadway, 16th Floor, New York, NY 10006, (212) 509 9400