UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>ECF Cases |
| ALEX DAIKOKU, STANISLAW FALTYNOWICZ, JOSEF PORGORZELSKI, NUBIA RAMIREZ, OLANREWAJU AYINDE, AND JAN DOBROWOLSKI<br><br>          Plaintiffs,<br><br>     v.<br><br>**CITY OF NEW YORK**, et al.,<br><br>          Defendants. | Civil Action Nos. 06 cv 05342<br>08 cv 02616<br>06 cv 02748<br>09 cv 03101<br>10 cv 06867<br>10 cv 06859 |

**NOTICE OF JOINT MOTION TO DISMISS WTC CAPTIVE INSURED DEFENDANTS FROM PLAINTIFFS' COMPLAINTS**

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs Alex Daikoku, Stanislaw Faltynowicz, Josef Pogozelski, Nubia Ramirez, Olanrewaju Ayinde and Jan Dobrowski, ("Plaintiffs") with Defendants the City of New York, Board of Education of the City of New York, the Department of Business Services, the Department of Education of the City of New York, the New York City Fire Department, the New York City School Construction Authority, Tully Construction Company Inc., Tully Industries,[1] and Pinnacle Environmental Corp. (collectively, the "WTC Captive Insured Defendants") shall apply to the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for Orders dismissing Dismiss Plaintiffs' Claims against WTC Captive Defendants only and amending their captions**.**

---

[1] Tully Construction Co. Inc. is improperly named as Tully Industries by Plaintiffs Faltynowicz and Dobrowolski.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs rely upon the attached Memorandum of Law in Support of Joint Motion and its supporting documents

Dated: New York, New York
July 22, 2013

/s/ James E. Tyrrell, Jr.
James E. Tyrrell, Jr. (JT 6837)
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 246-5100
-and-
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for Defendants*

-and-

/s/ Robert A. Grochow
Robert A. Grochow, P.C. (RG1890)
Gregory Cannata & Associates
233 Broadway, Floor 5
New York, NY 10279
212-553-9205
*Attorney for Plaintiffs*