UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

OLANREWAJU AYINDE and PRISCILLA AYINDE

        Plaintiffs,

    v.

ABATEMENT PROFESSIONALS
ABSCOPE ENVIRONMENTAL, INC.
APPLIED ENVIRONMENTAL, INC.
BRISTOL ENVIRONMENTAL, INC.
CATAMOUNT ENVIRONMENTAL, INC.
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
CONTAMINANT CONTROL, INC.
COVINO ENVIRONMENTAL ASSOCIATES, INC.
CRITERION LABORATORIES, INC.
DARLING ASBESTOS DISPOSAL COMPANY, INC.
DIVERSIFIED ENVIRONMENTAL CORPORATION
DYNASERV INDUSTRIES, INC.
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
ENVIRONMENTAL TESTING, INC.
ENVIROSERVE, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC
HYGIENETICS ENVIRONMENTAL COMPANY, INC.
LVI ENVIRONMENTAL SERVICES, INC.
LVI SERVICES, INC.
MARCOR REMEDIATION, INC.
MILRO ASSOCIATES, INC.
NORWICH ASSOCIATES, INC.
PAR ENVIRONMENTAL CORPORATION
PINNACLE ENVIRONMENTAL CORPORATION
POTOMAC ABATEMENT, INC.
ROYAL ENVIRONMENTAL, INC.
SENCAM, INC.
SPECIALTY SERVICE CONTRACTING, INC.
SYSKA AND HENNESSY
TELLABS OPERATIONS, INC
THE CITY OF NEW YORK
TISHMAN INTERIORS CORPORATION

21 MC 102   (AKH)

DOCKET NO.

<u>10 CV 6867 (AKH)</u>

**ORDER DISMISSING DEFENDANTS THE CITY OF NEW YORK AND PINNACLE ENVIRONMENTAL CORPORATION ONLY AND AMENDING THE CAPTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/13

VERIZON NEW YORK, INC.
WILLIAM F. COLLINS, ARCHITECT

                Defendants

ALVIN K. HELLERSTEIN, U.S.D.J.:

       An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendants only:

       "The City of New York"

       "Pinnacle Environmental Corporation"

       Plaintiff is herein submitting the within Order for approval of the Court:

       It is hereby Ordered that the actions against the defendants listed above only, are dismissed with prejudice and without costs, and all other defendants shall remain, and further,

       It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

OLANREWAJU AYINDE and PRISCILLA AYINDE

Plaintiffs,

v.

ABATEMENT PROFESSIONALS
ABSCOPE ENVIRONMENTAL, INC.
APPLIED ENVIRONMENTAL, INC.
BRISTOL ENVIRONMENTAL, INC.
CATAMOUNT ENVIRONMENTAL, INC.
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
CONTAMINANT CONTROL, INC.
COVINO ENVIRONMENTAL ASSOCIATES, INC.
CRITERION LABORATORIES, INC.
DARLING ASBESTOS DISPOSAL COMPANY, INC.
DIVERSIFIED ENVIRONMENTAL CORPORATION
DYNASERV INDUSTRIES, INC.
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
ENVIRONMENTAL TESTING, INC.
ENVIROSERVE, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC
HYGIENETICS ENVIRONMENTAL COMPANY, INC.
LVI ENVIRONMENTAL SERVICES, INC.
LVI SERVICES, INC.
MARCOR REMEDIATION, INC.
MILRO ASSOCIATES, INC.
NORWICH ASSOCIATES, INC.
PAR ENVIRONMENTAL CORPORATION
POTOMAC ABATEMENT, INC.
ROYAL ENVIRONMENTAL, INC.
SENCAM, INC.
SPECIALTY SERVICE CONTRACTING, INC.
SYSKA AND HENNESSY
TELLABS OPERATIONS, INC
TISHMAN INTERIORS CORPORATION
VERIZON NEW YORK, INC.

21 MC 102 (AKH)

**DOCKET NO.**

<u>**10 CV 6867 (AKH)**</u>

WILLIAM F. COLLINS, ARCHITECT

Defendants

SO ORDERED.

Dated: New York, New York
July 23, 2013

ALVIN K. HELLERSTEIN
United States District Court Judge