UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALEX DAIKOKU AND CAROLINA DAIKOKU
                    Plaintiffs,

                v.

I00 CHURCH LLC
ALAN KASMAN DBA KASCO
ALLRIGHT PARKING MANAGEMENT, INC.
AMBIENT GROUP, INC.
ANN TAYLOR STORES CORPORATION
BATTERY PARK CITY AUTHORITY
BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. d/b/a BMS CAT
BOARD OF MANAGERS OF THE HUDSON VIEW
EAST CONDOMINIUM
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
CENTRAL PARKING SYSTEM OF NEW YORK,
INC.
CUNNINGHAM DUCT CLEANING CO., INC
EDISON PARKING MANAGEMENT, L.P.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
INDOOR AIR PROFESSIONALS, INC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES CO.
LAW ENGINEERING P.C.
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC
MERRILL LYNCH & CO, INC
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
ONE WALL STREET HOLDINGS, LLC
R Y MANAGEMENT CO., INC.
STRUCTURE TONE GLOBAL SERVICES, INC.
STRUCTURE TONE, (UK) INC.
THE BANK OF NEW YORK COMPANY, INC.

21 MC 102    (AKH)

**DOCKET NO.**

**06 CV 5342 (AKH)**

**ORDER DISMISSING
DEFENDANT THE CITY OF NEW
YORK ONLY AND AMENDING
THE CAPTION**



THE CITY OF NEW YORK
TOSCORP. INC.
TRC ENGINEERS, INC.
TUCKER ANTHONY, INC.
VERIZON COMMUNICATIONS, INC.
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC.
WESTON SOLUTIONS, INC.
WFP TOWER A CO
WFP TOWER A CO. L.P.
WFP TOWER A. CO. G.P. CORP.
WFP TOWER B CO. L.P
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP
ZAR REALTY MANAGEMENT CORP.
ZECKENDORF REALTY, LLC
ZECKENDORF REALTY, LP

                                  Defendants

ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendant only: "The City of New York." The Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the action against "The City of New York" only, is dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALEX DAIKOKU AND CAROLINA DAIKOKU

Plaintiffs,

v.

100 CHURCH LLC
ALAN KASMAN DBA KASCO
ALLRIGHT PARKING MANAGEMENT, INC.
AMBIENT GROUP, INC.
ANN TAYLOR STORES CORPORATION
BATTERY PARK CITY AUTHORITY
BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. d/b/a BMS CAT
BOARD OF MANAGERS OF THE HUDSON VIEW
EAST CONDOMINIUM
BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
CENTRAL PARKING SYSTEM OF NEW YORK,
INC.
CUNNINGHAM DUCT CLEANING CO., INC
EDISON PARKING MANAGEMENT, L.P.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
INDOOR AIR PROFESSIONALS, INC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES CO.
LAW ENGINEERING P.C.
MERRILL LYNCH & CO, INC
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
ONE WALL STREET HOLDINGS, LLC
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC
R Y MANAGEMENT CO., INC.
STRUCTURE TONE GLOBAL SERVICES, INC.
STRUCTURE TONE, (UK) INC.

21 MC 102    (AKH)

**DOCKET NO.**

**06 CV 5342 (AKH)**

THE BANK OF NEW YORK COMPANY, INC.
TOSCORP. INC.
TRC ENGINEERS, INC.
TUCKER ANTHONY, INC.
VERIZON COMMUNICATIONS, INC.
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC.
WESTON SOLUTIONS, INC.
WFP TOWER A CO
WFP TOWER A CO. L.P.
WFP TOWER A. CO. G.P. CORP.
WFP TOWER B CO. L.P
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP
ZAR REALTY MANAGEMENT CORP.
ZECKENDORF REALTY, LLC
ZECKENDORF REALTY, LP

                                        Defendants

              SO ORDERED

Dated:        New York, New York
              July __23__ , 2013

                                        ALVIN K. HELLERSTEIN
                                        United States District Co