UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JAN DOBROWOLSKI
                Plaintiff,

v.

110 WALL STREET LP
233 BROADWAY OWNERS, LLC
90 CHURCH STREET LIMITED PARTNERSHIP
ALLRIGHT PARKING MANAGEMENT, INC
AMBIENT GROUP, INC.
BANKERS TRUST CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC
BOARD OF EDUCATION OF THE CITY OF NEW YORK
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM
BOSTON PROPERTIES, INC
BT PRIVATE CLIENTS CORP
CENTRAL PARKING SYSTEM OF NEW YORK, INC
DEPARTMENT OF BUSINESS SERVICES
DEUTSCHE BANK TRUST COMPANY
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST CORPORATION
EDISON PARKING MANAGEMENT, L.P.
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY
NEW YORK UNIVERSITY
R Y MANAGEMENT CO., INC
RUDIN MANAGEMENT INC.
STRUCTURE TONE GLOBAL SERVICES, INC
STUCTURE TONE (UK), INC
THAMES REALTY CO
THE BANK OF NEW YORK TRUST COMPANY NA
THE CITY OF NEW YORK
THE NEW YORK CITY DEPARTMENT OF EDUCATION
TISHMAN INTERIORS CORPORATION
TRIBECA LANDING L.L.C.

21 MC 102   (AKH)

DOCKET NO.

10 CV 6859 (AKH)

ORDER DISMISSING
DEFENDANTS BOARD
OF EDUCATION OF
THE CITY OF NEW
YORK, NEW YORK
CITY SCHOOL
CONSTRUCTION
AUTHORITY, THE
CITY OF NEW YORK ,
THE NEW YORK CITY
DEPARTMENT OF
EDUCATION,
DEPARTMENT OF
BUSINESS SERVICES,
TULLY
CONTSRUCTION CO.,
INC AND TULLY
INDUSTRIES ONLY
AND AMENDING THE
CAPTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/13

```
TULLY CONTSRUCTION CO., INC
TULLY INDUSTRIES

                    Defendants
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendants only:

"The City of New York"
"The New York City Department of Education"
"Board of Education of the City of New York"
"New York City School Construction Authority"
"Department of Business Services"
"Tully Contsruction Co. Inc."
"Tully Industries"

Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the actions against the defendants listed above only, are dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JAN DOBROWOLSKI

                   Plaintiff,

v.

110 WALL STREET LP
233 BROADWAY OWNERS, LLC
90 CHURCH STREET LIMITED PARTNERSHIP
ALLRIGHT PARKING MANAGEMENT, INC
AMBIENT GROUP, INC.
BANKERS TRUST CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM
BOSTON PROPERTIES, INC
BT PRIVATE CLIENTS CORP
CENTRAL PARKING SYSTEM OF NEW YORK, INC
DEUTSCHE BANK TRUST COMPANY
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST CORPORATION
EDISON PARKING MANAGEMENT, L.P.
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
NEW YORK UNIVERSITY
R Y MANAGEMENT CO., INC
RUDIN MANAGEMENT INC.
STRUCTURE TONE GLOBAL SERVICES, INC
STUCTURE TONE (UK), INC
THAMES REALTY CO
THE BANK OF NEW YORK TRUST COMPANY NA
TISHMAN INTERIORS CORPORATION
TRIBECA LANDING L.L.C.

                   Defendants

21 MC 102   (AKH)

**DOCKET NO.**

10 CV 6859 (AKH)

SO ORDERED.

Dated:   New York, New York
           July __23__, 2013

_/s/ Alvin K. Hellerstein_
ALVIN K. HELLERSTEIN
United States District Court Judge