UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

Stanislaw Faltynowicz (and wife, Lucyna Faltynowicz)

Plaintiffs,

v.

90 CHURCH STREET LIMITED PARTNERSHIP
AMBIENT GROUP, INC.
BANKERS TRUST CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BOARD OF EDUCATION OF THE CITY OF NEW YORK
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM
BOSTON PROPERTIES, INC.
BT PRIVATE CLIENTS CORP.
DEPARTMENT OF BUSINESS SERVICES
DEUTSCHE BANK TRUST COMPANY
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST CORPORATION
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
NEW YORK UNIVERSITY
RY MANAGEMENT CO. INC
STRUCTURE TONE (UK), INC.
STRUCTURE TONE GLOBAL SERVICES, INC.
THAMES REALTY CO.
TISHMAN INTERIORS CORPORATION
TRIBECA LANDING LLC
TULLY CONSTRUCTION CO., INC.
TULLY INDUSTRIES

Defendants

21 MC 102 (AKH)

DOCKET NO.

08 CV 2616 (AKH)

ORDER DISMISSING DEFENDANTS BOARD OF EDUCATION OF THE CITY OF NEW YORK, DEPARTMENT OF BUSINESS SERVICES, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, TULLY CONSTRUCTION CO. INC. AND TULLY INDUSTRIES ONLY AND AMENDING THE CAPTION



ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendants only:

"Board of Education of the City of New York"
"Department of Business Services"
"New York City School Construction Authority"
"Tully Construction Co. Inc."
"Tully Industries"

Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the actions against the defendants listed above only, are dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 102 (AKH)

Stanislaw Faltynowicz (and wife, Lucyna Faltynowicz)

**DOCKET NO.**

Plaintiffs,

08 CV 2616 (AKH)

v.

90 CHURCH STREET LIMITED PARTNERSHIP
AMBIENT GROUP, INC.
BANKERS TRUST CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM
BOSTON PROPERTIES, INC.
BT PRIVATE CLIENTS CORP.
DEUTSCHE BANK TRUST COMPANY
DEUTSCHE BANK TRUST COMPANY AMERICAS
DEUTSCHE BANK TRUST CORPORATION
HUDSON VIEW EAST CONDOMINIUM
HUDSON VIEW TOWERS ASSOCIATES
NEW YORK UNIVERSITY
RY MANAGEMENT CO. INC
STRUCTURE TONE (UK), INC.
STRUCTURE TONE GLOBAL SERVICES, INC.
THAMES REALTY CO.
TISHMAN INTERIORS CORPORATION
TRIBECA LANDING LLC

Defendants

SO ORDERED.

Dated: New York, New York
July 22, 2013

*[signature]*
ALVIN K. HELLERSTEIN
United States District Court Judge