UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JOZEF POGORZELSKI
               Plaintiff,

v.

125 MAIDEN EQUITIES LLC
ALAN KASMAN DBA KASCO
AMBIENT GROUP, INC.
AMG REALTY PARTNERS, LP
ANN TAYLOR STORES CORPORATION
BATTERY PARK CITY AUTHORITY
BFP ONE LIBERTY PLAZA CO., LLC
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. d/b/a BMS CAT
BROOKFIELD FINANCIAL PROPERTIES, INC
BROOKFIELD FINANCIAL PROPERTIES, L.P.
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
BROOKFIELD PROPERTIES LLC
GENERAL RE SERVICES CORP.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
JONES LANG LASALLE AMERICAS, INC.
JONES LANG LASALLE SERVICES, INC.
KASCO RESTORATION SERVICES CO.
MERRILL LYNCH & CO, INC.
MSDW 140 BROADWAY PROPERTY LLC
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC.
NEW LIBERTY PLAZA LP
NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
ONE LIBERTY PLAZA

21 MC 102   (AKH)

DOCKET NO.

<u>06 CV 02748 (AKH)</u>

This case is a consolidation of
06 cv 02748 AKH
06 cv 11431 AKH

**ORDER DISMISSING
DEFENDANTS THE CITY
OF NEW YORK AND
NEW YORK CITY FIRE
DEPARTMENT ONLY
AND AMENDING THE
CAPTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/13

```
STRUCTURE TONE GLOBAL SERVICES, INC.
STRUCTURE TONE, (UK) INC.
THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #
1178)
THE CITY OF NEW YORK
THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178)
THE FIRE DEPARTMENT OF THE CITY OF NEW
YORK
TOSCORP. INC.
VERIZON COMMUNICATIONS, INC
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC
WESTON SOLUTIONS, INC.
WFP ONE LIBERTY PLAZA CO., L.P
WFP ONE LIBERTY PLAZA, CO.GP, CORP.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP
WFP TOWER B HOLDING CO., LP
WORLD FINANCIAL PROPERTIES, L.P.

                              Defendants
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendants only:

"The City of New York"
"The Fire Department of the City of New York"

Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the actions against the defendants listed above only, are dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JOZEF POGORZELSKI

                Plaintiff,

       v.

125 MAIDEN EQUITIES LLC
ALAN KASMAN DBA KASCO
AMBIENT GROUP, INC.
AMG REALTY PARTNERS, LP
ANN TAYLOR STORES CORPORATION
BATTERY PARK CITY AUTHORITY
BFP ONE LIBERTY PLAZA CO., LLC
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT
BROOKFIELD FINANCIAL PROPERTIES, INC
BROOKFIELD FINANCIAL PROPERTIES, L.P.
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
BROOKFIELD PROPERTIES HOLDINGS INC.
BROOKFIELD PROPERTIES LLC
GENERAL RE SERVICES CORP.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
JONES LANG LASALLE AMERICAS, INC.
JONES LANG LASALLE SERVICES, INC.
KASCO RESTORATION SERVICES CO.
MERRILL LYNCH & CO, INC.
MSDW 140 BROADWAY PROPERTY LLC
NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC.
NEW LIBERTY PLAZA LP
NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
ONE LIBERTY PLAZA
STRUCTURE TONE GLOBAL SERVICES, INC.
STRUCTURE TONE, (UK) INC.

21 MC 102   (AKH)

**DOCKET NO.**

<u>06 CV 02748 (AKH)</u>

This case is a consolidation of
06 cv 02748 AKH
06 cv 11431 AKH

THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO # 1178)
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #
1178)
TOSCORP, INC.
VERIZON COMMUNICATIONS, INC
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC
WESTON SOLUTIONS, INC.
WFP ONE LIBERTY PLAZA CO., L.P
WFP ONE LIBERTY PLAZA, CO.GP, CORP.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP
WFP TOWER B HOLDING CO., LP
WORLD FINANCIAL PROPERTIES, L.P.
                              Defendants

SO ORDERED.

Dated:     New York, New York
           July 23, 2013

                                                _____
                                                ALVIN K. HELLERSTEIN
                                                United States District Court Judge