UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

NUBIA RAMIREZ
          Plaintiff,

v.

100 CHURCH LLC
AMBIENT GROUP, INC.
CUNNINGHAM DUCT CLEANING CO., INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
INDOOR AIR PROFESSIONALS, INC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC
LAW ENGINEERING P.C.
MERILL LYNCH & CO, INC.
THE CITY OF NEW YORK
TRC ENGINEERS, INC.
ZAR REALTY MANAGEMENT CORP.

          Defendants

21 MC 102   (AKH)

DOCKET NO.

09 CV 3101 (AKH)

**ORDER DISMISSING THE CITY OF NEW YORK ONLY AND AMENDING THE CAPTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/13

ALVIN K. HELLERSTEIN, U.S.D.J.:

An application having been made jointly by the parties for a dismissal within the above entitled action as to the following defendant only: "The City of New York." The Plaintiff is herein submitting the within Order for approval of the Court:

It is hereby Ordered that the action against "The City of New York" only, is dismissed with prejudice and without costs, and all other defendants shall remain, and further,

It is hereby Ordered that the caption of this action is thusly amended to read as follows:

*(continued on the following page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102    (AKH) |
| NUBIA RAMIREZ<br>            Plaintiff,<br><br>        v.<br><br>100 CHURCH LLC<br>AMBIENT GROUP, INC.<br>CUNNINGHAM DUCT CLEANING CO., INC.<br>GPS ENVIRONMENTAL CONSULTANTS, INC.<br>INDOOR AIR PROFESSIONALS, INC<br> INDOOR ENVIRONMENTAL TECHNOLOGY, INC<br>LAW ENGINEERING P.C.<br>MERILL LYNCH & CO, INC.<br>TRC ENGINEERS, INC.<br>ZAR REALTY MANAGEMENT CORP.<br><br>            Defendants | DOCKET NO.<br><br>**09 CV 3101 (AKH)** |

SO ORDERED.

Dated:    New York, New York
         July __23__, 2013

_____
ALVIN K. HELLERSTEIN
United States District Court Judge