USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 7/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

SEE ATTACHED "EXHIBIT"
---------------------------------------------------------------X

CASE No.:21MC102(AKH)

Stipulation of Discontinuance
As to the Defendant, Tribeca
Pointe LLC s/h/a/ Tribeca
Landing LLC, only

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned for the parties in the cases listed in the attached Exhibit A, that whereas no party is an infant, incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent the Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against the Defendant TRIBECA POINTE LLC s/h/a TRIBECA LANDING LLC, only as to the claims being made as to the premises located at 345 Chambers Street, New York, New York and for the cases listed in the attached Exhibit A, shall be and the same are hereby discontinued without prejudice and without costs to any party as against the other.

IT IS HEREBY STIPULATED AND AGREED, that should evidence be discovered throughout the course of the litigation which determines that TRIBECA POINTE LLC s/h/a TRIBECA LANDING LLC are proper parties to this suit, the Plaintiff(s) may reinstate the action, without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert a Statute of Limitations as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:   New York, New York
         June 6, 2013

| | |
|---|---|
| LAW OFFICE OF FRANK A. SCANGA<br>Attorney for Defendant<br>TRIBECA POINTE LLC s/h/a<br>TRIBECA LANDING LLC<br><br>By: _____<br>Frank A. Scanga (FS-1460)<br>488 Madison Avenue, Ste 1100<br>New York, New York 10022<br>(212) 758-4040 | WORBY GRONER EDELMAN & NAPOLI<br>BERN, LLP<br>Attorneys for Plaintiff(s)<br><br>By: _____<br>Christopher R. LoPalo (CL-6466)<br>350 5th Avenue, Ste 7413<br>New York, New York 10118<br>(212) 267-3700 |

SO ORDERED: 7/18/13

_____
Hon. Alvin K. Hellerstein

**Exhibit A**

| Plaintiff Last Name | Plaintiff First Name | Index Number | Index Number |
|---|---|---|---|
| Alvarez | Maria | 05-CV-10135 | |
| Angulo | Rossina | 07-CV-04449 | |
| Arruda | Betsy | 06-CV-13787 | 05-CV-10750 |
| Caivinagua | Bolivar | 07-CV-01573 | |
| Campuzano | Consuelo | 06-CV-14529 | |
| Cintron | Yolanda | 06-CV-05631 | |
| Dabrowski | Mieczyslaw | 07-CV-05283 | |
| Davila | Flora | 07-CV-04463 | |
| Duchitanga | Angel | 07-CV-01492 | |
| Gallegos | Rebecca | 05-CV-09820 | |
| Grabowska | Malgorzata | 06-CV-04885 | |
| Juarez | Urbano | 07-CV-01509 | |
| Lasica | Andrzej | 07-CV-04480 | |
| Lopez | Wilber | 06-CV-14808 | |
| Marcillo | Douglas | 07-CV-04486 | |
| Miranda | Richard | 05-CV-10750 | |
| Mora | Eugene | 06-CV-13168 | |
| Morales | Fabio | 07-CV-01667 | |
| Morales | Segundo | 07-CV-01668 | |
| Onzo | Emil | 06-CV-10624 | |
| Paduani | Miguel | 07-CV-05307 | |
| Palma | Diana | 07-CV-04503 | |
| Paternostro | Michael | 06-CV-10669 | |
| Perkowski | Kazimierz | 06-CV-08278 | |
| Rendon | Gueimer | 07-CV-04510 | |
| Rodriguez | Luis | 07-CV-05313 | |
| Rojas | Mario | 06-CV-05786 | |
| Salazar | Maria | 07-CV-01699 | |
| Sanchez | Jose | 07-CV-04513 | |
| Sarmiento | Edwin | 07-CV-04515 | |
| Serrano | Theresa | 05-CV-08937 | |
| Suco | Norma | 07-CV-01708 | |
| Sullivan | Margaret | 06-CV-14139 | |
| Sumba | Samuel | 05-CV-01783 | |
| Tighe | Stephen | 06-CV-15091 | |
| Villarroel | Segundo | 07-CV-01546 | |
| Wakeen | David | 07-CV-05433 | |
| Wolkowicz | Jan | 07-CV-01728 | |

# LAW OFFICE OF FRANK A. SCANGA

488 Madison Avenue, Suite 1100
New York, New York 10022
Telephone: (212) 758-4040
Telecopier: (212) 308-1347

---

DATE: July 18, 2013

TO: Hon. Alvin K. Hellerstein, U.S.D.J

ATTENTION:

FROM: Frank A. Scanga, Esq.

RE: *In re: World Trade Center Manhattan Disaster Site Litigation (21 MC 102)*
*Tribeca Pointe LLC s/h/a Tribeca Landing LLC*

---

SENDING TO FACSIMILE #: 212- 805-7942

CONFIRMING TELEPHONE #:

PAGES INCLUDING THIS PAGE: 5

COMMENTS:

---

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION PLEASE CALL 212-758-4040.

The pages comprising this facsimile transmission may contain CONFIDENTIAL INFORMATION from the LAW OFFICE OF FRANK A. SCANGA. This information is intended solely for the use by the individual or entity named as the recipient of this facsimile. If you are not the intended recipient, be aware that disclosing, copying, distributing or using the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission.