AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  21 MC 102 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | ) ) | (If the action is pending in another district, state where: ) |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: The Bank of New York Mellon Corporation as successor to The Bank of New York, Co., Inc.
One Wall Street, New York, NY 10286

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is _not_ a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Any work Trade-Winds Environmental Restoration, Inc. performed for The Bank of New York Company, Inc. in the rehabilitation, construction and cleanup of 100 Church Street, New York, NY 10007, for the period after 9/11/01

| Place: COZEN O'CONNOR 45 BROADWAY, 16th FLOOR NEW YORK, NY 10006 | Date and Time: 08/30/2013 10:00 am |
|---|---|

The deposition will be recorded by this method:  **STENOGRAPHICALLY AND VIDEOTAPE**

☑ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any documents, contracts, work orders or other materials relevant to the work Trade-Winds Environmental Restoration, Inc. performed for the Bank of New York Company, Inc. in the rehabilitation, construction and cleanup of 100 Church Street, New York, NY 10007, for the period after September 11, 2001

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 7/19/13

_CLERK OF COURT_                                         OR    _/s/ K__ K___

_Signature of Clerk or Deputy Clerk_                                   _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   **TRC Engineers, Inc.**
_____ , who issues or requests this subpoena, are:
Kevin C. Kessler, Esq., Cozen O'Connor 45 Broadway, 16th Floor, New York, NY 10006, (212) 509 - 9400