# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
ELLIOT M. OLSTEIN
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

RICHARD K. MATANLE, II
FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT*
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
AMANDA J. BARISICH
ZACHARY S. BOWER+
MICHAEL CROSS
*MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

July 25, 2013

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street – Room 1050
New York, New York 10007

Re: September 11th Litigation — 21 MC 100, 21 MC 101, 21 MC 102 & 21 MC 103

Dear Judge Hellerstein:

I write at the direction of Your Honor's Courtroom Deputy, Ms. Jones, to respectfully request that I be removed as attorney of record from the dockets of the September 11th Litigation, including 21-MC-100, 21-MC-101, 21-MC-102, and 21-MC-103. I am no longer affiliated with Patton Boggs, and my new firm, Carella Byrne Cecchi Olstein Brody & Agnello, is not involved in the litigation in any regard.

If this request meets with Your Honor's approval, kindly So Order this letter. Thank you for Your Honor's consideration of this request.

Very truly yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

CAROLINE F. BARTLETT

So ordered
7-25-13
[signature] A.K. Hellerstein