UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | Master Docket: 21 MC102 (AKH) |
| MARIA PUELLO | Docket #: 07 CV 11294 (AKH) |
| Plaintiff, | |
| -against- | PLAINTIFF'S NOTIFICATION OF DISCLOSURE OF TREATING PHYSICIANS TO BE CALLED AS WITNESSES AT TRIAL PURUSANT TO ORDER DATED AUGSUT 1, 2013 AND FRCP RULE 26 |
| 120 BROADWAY CONDOMINIUM (CONDO#871), ET AL. | |
| Defendants. | |

**PLEASE TAKE NOTICE,** that pursuant to the Order dated August 1, 2013 of the

Honorable Alvin K. Hellerstein's, with respect to identifying physician witnesses, and Rule 26 of

the Federal Rules of Civil Procedure, please be advised the Plaintiff anticipates it may call at trial

the following treating physician(s), such being subject to future amendment and/or supplement.

| Name | **Dr. Laura A. Bienenfeld** |
|---|---|
| Address | World Trade Center Treatment Program 1200 Fifth Avenue New York, NY 10029 |
| Telephone Number | 212-241-9059 |

And further,

   **PLEASE TAKE NOTICE** that to the extent that defendants issue a subpoena to the

above physician to appear for deposition and/or to produce records, a copy of said subpoena

should be noticed to plaintiff's counsel, below. To the extent that defendants receive records in

response to said subpoena in advance of deposition, a copy of such records should be

immediately forwarded to plaintiff's counsel, below.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs reserve their rights to supplement

and/or amend the within disclosures throughout the course of this litigation and/or as otherwise

the Court may allow.

Dated: New York, New York
      August 8, 2013

By: Gregory Cannata
Gregory Cannata & Associates
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, NY 10279-00003
212-553-9205