UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | Master Docket: 21 MC102 (AKH) <br><br> Docket #: 06 CV 5336 (AKH) |
| ZBYSZEK SZALAJ and STEFANIA SZALAJ <br> Plaintiffs, <br><br> -against- <br><br> THE BANK OF NEW YORK COMPANY, INC., ET AL. <br> Defendants. | PLAINTIFF'S NOTIFICATION OF DISCLOSURE OF TREATING PHYSICIANS TO BE CALLED AS WITNESSES AT TRIAL PURUSANT TO ORDER DATED AUGSUT 1, 2013 AND FRCP RULE 26 |

**PLEASE TAKE NOTICE,** that pursuant to the Order dated August 1, 2013 of the Honorable Alvin K. Hellerstein's, with respect to identifying physician witnesses, and Rule 26 of the Federal Rules of Civil Procedure, please be advised the Plaintiff anticipates it may call at trial the following treating physician(s), such being subject to future amendment and/or supplement.

| Name | **Dr. Laura A. Bienenfeld** |
|---|---|
| Address | World Trade Center Treatment Program <br> 1200 Fifth Avenue <br> New York, NY 10029 |
| Telephone Number | 212-241-9059 |
| Name | **Dr. Gwen Skloot** |
| Address | Pulmonary, Critical Care & Sleep Medicine <br> 5 East 98th Street, 10th Floor <br> New York, NY 10029 |
| Telephone Number | 212-241-5656 |

And further,

**PLEASE TAKE NOTICE** that to the extent that defendants issue a subpoena to the above physician to appear for deposition and/or to produce records, a copy of said subpoena should be noticed to plaintiff's counsel, below. To the extent that defendants receive records in

response to said subpoena in advance of deposition, a copy of such records should be immediately forwarded to plaintiff's counsel, below.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs reserve their rights to supplement and/or amend the within disclosures throughout the course of this litigation and/or as otherwise the Court may allow.

Dated: New York, New York
August 8, 2013

By: Gregory Cannata
Gregory Cannata & Associates
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, NY 10279-00003
212-553-9205