```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZBYSZEK SZALAJ and STEFANIA SZALAJ,                    21 MC 102 (AKH)

                                 Plaintiff(s),          Index No.: 06-CV-05336
    -against-

                                                        STIPULATION OF DISCONTINUANCE AS
90 CHURCH STREET LIMITED PARTNERSHIP,                  TO DEFENDANT, GENERAL
et al.,                                                REINSURANCE CORP., ONLY
                                Defendant(s).
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., (hereinafter referred to as "GENERAL RE"), only as to the claims being made as to the premises located at One Liberty Plaza, New York, New York is discontinued without prejudice without costs to any party as against the other.

        IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the court of the litigation which determines that GENERAL RE, is proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

        This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 7, 2013

McGIVNEY & KLUGER, P.C.                              GREGORY J. CANNATA & ASSOCIATES
Attorneys for Defendant                              Attorneys for Plaintiff(s)
GENERAL REINSURANCE CORP.

By: _____                          By: _____
    Richard E. Leff (REL-2123)                          Robert Grochow, Esq. (RG-1890)
    80 Broad Street, 23rd Floor                         233 Broadway, 5th Floor
    New York, New York 10004                            New York, New York, 10279
    (212) 509-3456                                      (212) 233-5400

SO ORDERED: 8/13/13