```
┌─────────────────────────────────┐
│ USDC ·  \Y                      │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 8/27/13              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

STIPULATION AND ORDER OF
DISMISSAL AS TO JPMORGAN
CHASE & CO. only in:

Cases listed in Schedule A

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and based on the representation of the within defendant, and to the extent plaintiffs can so stipulate, each and every claim asserted against defendant JPMorgan Chase & Co. only (sued herein as Chase Manhattan Bank Corporation, Chase Manhattan Bank, Manufacturers Hanover Trust Company and J.P. Morgan Chase Corporation) with regard to claims filed by plaintiffs in the actions listed in Schedule A only shall be and the same hereby are discontinued without prejudice as against defendant JPMorgan Chase & Co. only, without costs to either party as against the other.

-1-

1732783_1

IT IS HEREBY FURTHER STIPULATED AND AGREED that should facts or circumstances derived from future discovery or otherwise come to light that indicate a relationship to the litigation and a basis for a claim against the defendant for whom this Stipulation is being entered, plaintiffs may reassert their respective claims against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any statute of limitations defense other than as may have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant.

The Stipulation may be filed without further notice with the Clerk of the Court, and defendant will obtain, if necessary, any judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York.
     August 1__, 2013

SATTERLEE STEPHENS BURKE &
BURKE LLP
*Attorneys for Defendant*
*JPMorgan Chase*
230 Park Avenue.
New York, New York 10169
(212) 818-9200

By: _____
       Mario Aieta

NAPOLI BERN LLP

*Attorneys for Plaintiffs*
*Napoleon Pina and Cristhian Tapia*
350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3100

By: _____
      Christopher R. LoPalo

SO ORDERED: 8/27/13

_____
HON. ALVIN K. HELLERSTEIN

2

17327k3_1

## Schedule A

| Plaintiff | Docket Number |
|-----------|---------------|
| Napoleon Pina | 06 cv 12413 |
| Cristhian Tapia | 08 cv 2248 |

1732783_1