UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :   **ORDER SETTING STATUS**
MANHATTAN DISASTER SITE LITIGATION                             :   **CONFERENCE**
                                                               :
                                                               :   21 MC 102 (AKH)
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        IT IS HEREBY ORDERED that the status conference in this case scheduled for September 17, 2013 at 2:00 p.m. shall instead be held at 4:00 p.m. that same day.

        SO ORDERED.

Dated:    September 11, 2013
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/13