USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

SEE ATTACHED "EXHIBIT A"
-------------------------------------------------------------X

CASE No.:21MC102(AKH)

Stipulation of Discontinuance
As to the Defendant, Tribeca
Pointe LLC s/h/a/ Tribeca
Landing LLC, only

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned for the parties in the cases listed in the attached Exhibit A, that whereas no party is an infant, incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent the Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against the Defendant TRIBECA POINTE LLC s/h/a TRIBECA LANDING LLC, only as to the claims being made as to the premises located at 345 Chambers Street, New York, New York and for the cases listed in the attached Exhibit A, shall be and the same are hereby discontinued without prejudice and without costs to any party as against the other.

**IT IS HEREBY STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that TRIBECA POINTE LLC s/h/a TRIBECA LANDING LLC are proper parties to this suit, the Plaintiff(s) may reinstate the action, without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert a Statute of Limitations as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~June 25~~, 2013
September 17,

| | |
|---|---|
| LAW OFFICE OF FRANK A. SCANGA<br>Attorney for Defendant<br>TRIBECA POINTE LLC s/h/a<br>TRIBECA LANDING LLC<br><br>By: _____<br>Frank A. Scanga (FS-1470)<br>88 Madison Avenue, Ste 1100<br>New York, New York 10022<br>(212) 758-4040 | GREGORY J. CANNATA & ASSOCIATES<br>Attorneys for Plaintiff(s)<br><br>By: _____<br>Robert Grochow, Esq. (1890)<br>233 Broadway, Floor 5<br>New York, New York 10279<br>(212) 553-9206 |

SO ORDERED: 9/18/13

_____
Hon. Alvin K. Hellerstein

Schedule A
*Grochow Cannata Triboco Pointe Cases*

| Plaintiff Last Name | Plaintiff First Name | CV Number | Alternate CV Number |
|---|---|---|---|
| Acosta | Ruben | 06cv05385 | 05cv08499 |
| Akoulov | Vladimir | 06cv5335 | |
| Balguz | Aleksander | 06CV5338 | 06cv02528 |
| Ciborowski | Henryk | 10cv4225 | |
| Dobrowolski | Jan | 10cv6859 | |
| Foremska | Lucyna | 05cv9080 | |
| Kucharski | Zbigniew | 08cv9069 | |
| Perzynska | Irena | 06cv5345 | |
| Ratalski | Marian | 10cv6868 | |
| Wszolkowski | Dariusz | 06cv5344 | |
| Zalewski | Boguslaw | 06cv01524 | 06cv01525 |