GREGORY J. CANNATA & ASSOCIATES
WOOLWORTH BUIDLING
233 BROADWAY, 5TH FLOOR, NEW YORK, NY 10279-0003
Tel: (212) 553-9206  Fax (212) 227-4141
cannata@cannatalaw.com

September 19, 2013

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for
Eastern District of New York
500 Pearl Street
New York, New York 10007



Re: In Re:  World Trade Center Disaster Site Litigation, 21 MC 102(AKH)
"Amended Order Regulating Discovery and Trials of Group I and Group II Selected Cases"

Dear Judge Hellerstein:

Due to a personal conflict, I am requesting that the "Amended Order Regulating Discovery and Trials of Group I and Group II Selected Cases" dated June 18, 2012 be further modified.  The request is that the date for "Oral Arguments on Dispositive Motions (non-Daubert)" currently scheduled for **April 23, 2014 be changed to April 29, 2014**. I have communicated with other plaintiffs counsel and the Defense Liaison and there is no objection to this request.

I am simultaneously submitting with this instant request a Proposed Second Amended Order making this one change only, subject to Your Honor's review and approval.

Thank you for your consideration.

Respectfully,

_____s/_____
Robert Grochow

cc: Richard Leff; Lee Ann Stevenson

So ordered,
4/29/14, 10:30 a.m.
9-23-13
/s/ Alvin Hellerstein