N.Y.S.D. Case # 21-mc-0102(AKH)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand and thirteen.

_____

In Re: World Trade Center Disaster Site Litigation

STATEMENT OF COSTS
Docket No. 12-87(L)

_____

IT IS HEREBY ORDERED that costs are to be taxed in the amount of $206.00 in favor of Appellee Verizon New York Incorporated.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** October 10, 2013

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

**DOCKETED AS**
**A JUDGMENT #** 13, 1930
**ON** 10/10/2013

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/10/2013