
# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**RICHARD H. BROWN**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8119 F: (973) 206-6129
rbrown@daypitney.com

October 18, 2013

**VIA E-MAIL AND REGULAR MAIL**

Christopher R. LoPalo, Esq./Paul Napoli, Esq.
Worby Goner Edelman & Napoli Bern LLP
Empire State Building, Suite 7413
350 Fifth Avenue
New York, New York 10118

Gregory J. Cannata, Esq.
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003

Re:   In Re:  World Trade Center Litigation 21 MC 102 (AKH)

Dear Counsel:

I attach a Corrected Notice of Deposition Upon Oral Examination of Bobby Gunter, which specifies that the deposition will commence at 9:00 a.m. on October 30, 2013.

Very truly yours,

Richard H. Brown

cc:   (all via email w/encl.)
      Richard E. Leff, Esq
      Lee Ann Stevenson, Esq.
      Thomas A. Egan, Esq.
      Lissa C. Gipson, Esq.
      John M Flannery, Esq.
      Allyson Avila, Esq.
      Stanley Goos, Esq.
      Joseph Hopkins, Esq.
      Alyson Villano, Esq.
      William Smith, Esq.
      Corey Frank, Esq.
      Philip Goldstein, Esq.
      Loree Shelko, Esq.

84966738.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>CORRECTED NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

      **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, Attorneys for Defendants Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall Street LLC will conduct a deposition upon oral examination of Bobby Gunter on October 30, 2013 **at 9:00 am**, before a notary public or other officer authorized by law to administer oaths at the offices of Day Pitney LLP, located at 7 Times Square, New York, New York 10036. You are invited to attend and cross-examine; and

      **PLEASE TAKE FURTHER NOTICE** that the depositions may be videotaped.

Dated: October 18, 2013

                                              **DAY PITNEY LLP**

                          By: _____
                                      Richard H. Brown

                                      7 Times Square
                                      New York, New York 10036
                                      (212) 297-5800

                                      One Jefferson Road
                                      Parsippany, New Jersey 07054
                                      (973) 966-8119

                                      Attorneys for Defendants
                                      Deutsche Bank Trust Company Americas,
                                      Deutsche Bank Trust Corporation,
                                      DB Private Clients Corporation
                                      DBAB Wall Street LLC

84966296.1

TO: Paul Napoli and Christopher Lopalo
Worby Groner Edelman & Napoli Bern, LLP
350 5th Avenue, Suite 7413
New York, New York 10118

Gregory J. Cannata – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003

**Defense Liaison Committee:**

| | |
|---|---|
| Richard E. Leff, Esq.<br>McGivney Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456 | Lee Ann Stevenson, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4917 |
| Thomas A. Egan, Esq.<br>Lissa C. Gipson, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br>(212) 412-9500 | John M Flannery, Esq.<br>Allyson Avila, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407<br>(212) 490-3000 |
| Stanley Goos, Esq.<br>Harris Beach PLLC<br>100 Wall Street<br>New York, NY 10005<br>(212) 687-0100 | Joseph Hopkins, Esq.<br>Alyson Villano, Esq.<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102<br>(973) 848-5600 |
| Philip Goldstein, Esq.<br>Loree Shelko, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>New York, New York 10105-0106<br>(212) 548-7012 | William Smith, Esq.<br>Corey Frank, Esq.<br>Faust Goetz Schenker & Blee, LLP<br>2 Rector Street, 20th Floor<br>New York, New York 10006<br>(212) 363-6900 |

CERTIFICATE OF SERVICE

I certify that on October 18, 2013 I caused the within Notice of Deposition Upon Oral Examination to be served by e-mail upon the following counsel:

Paul Napoli, Esq. and Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118
PNapoli@NapoliBern.com
CLopalo@NapoliBern.com

Gregory J. Cannata, Esq. – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003
Cannata@cannatalaw.com

| | |
|---|---|
| Richard E. Leff, Esq.<br>McGivney Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456<br>rleff@mklaw.com | Lee Ann Stevenson, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4917<br>Leeann.stevenson@kirkland.com |
| Thomas A. Egan, Esq.<br>Lissa C. Gipson, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br>(212) 412-9500<br>tegan@fzwz.com;<br>lgipson@fzwz.com | John M Flannery, Esq.<br>Allyson Avila, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407<br>(212) 490-3000<br>john.flannery@wilsonelser.com;<br>allyson.avila@wilsonelser.com; |
| Stanley Goos, Esq.<br>Harris Beach PLLC<br>100 Wall Street<br>New York, NY 10005<br>(212) 687-0100<br>Sgoos@HarrisBeach.com | Joseph Hopkins, Esq.<br>Alyson Villano, Esq.<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102<br>(973) 848-5600<br>jhopkins@pattonboggs.com;<br>avillano@pattonboggs.com |

3

| Philip Goldstein, Esq.<br>Loree Shelko, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>New York, New York 10105-0106<br>(212) 548-7012<br>pgoldstein@mcguirewoods.com;<br>lshelko@mcguirewoods.com | William Smith, Esq.<br>Corey Frank, Esq.<br>Faust Goetz Schenker & Blee, LLP<br>2 Rector Street, 20th Floor<br>New York, New York 10006<br>(212) 363-6900<br>wsmith@fgsb.com<br>cfrank@fgsb.com |
|---|---|

*[signature]*

Richard H. Brown