UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct depositions upon oral examination of Sanford Alper, a non-party fact witness, in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 4:00 p.m. on the 29th day of October, 2013, at Day Pitney LLP, 7 Times Square, New York, New York 10036, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Mr. Alper produce for inspection and copying all documents and things in response to the requests set forth in the subpoena attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

84968307.1

Dated: New York, New York
October 21, 2013

**DAY PITNEY LLP**

By: ____/s/ Benjamin E. Haglund____
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

On behalf of the Defense Liaison Committee for
Defendants in the 21 MC 102 and 21 MC 103
Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

84968307.1