UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALWESKI,<br><br>                Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>                Defendants. | DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct depositions upon oral examination of Ms. Leslie Tilles, Esq., and Ms. Marta Pirog for plaintiff Tadeusz Kowalewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. and 11:30 a.m., respectively, on the 24th day of October, 2013, at Day Pitney LLP, 7 Times Square, New York, New York 10036, and on any adjourned date thereof, and from day to day thereafter until completed.  Ms. Pirog's deposition will commence immediately following the conclusion of Ms. Tilles's deposition.  You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that both Ms. Tilles and Ms. Pirog produce for inspection and copying all documents and things in response to the requests set forth in the subpoena at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the depositions may be videotaped.

84960535.1

Dated: New York, New York
October 14, 2013

**DAY PITNEY LLP**

By: /s/ Benjamin E. Haglund
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for
Defendants in the 21 MC 102 and 21 MC 103
Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

TO: Gregory J. Cannata and Robert A. Grochow
Gregory J. Cannata and Associates
233 Broadway, 5th Floor
New York, New York 10279

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2013, I caused the within Notice of Deposition Upon Oral Examination to be served to all counsel by e-mail and additionally by United States Mail upon the following counsel:

    Gregory J. Cannata and Robert A. Grochow
    Gregory J. Cannata and Associates
    233 Broadway, 5th Floor
    New York, New York 10279

**DAY PITNEY LLP**

_____
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant Deutsche Bank Trust Company Americas Deutsche Bank Trust Corporation DB Private Clients Corporation DBAB Wall Street LLC