# The Klein Law Group, P.C.   Klein, Klein & Tilles

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*

DARREN P.B. RUMACK*
XIAN-MING LEI

ALAN QUIG
LICENSED NEW YORK STATE WORKERS'
COMPENSATION REPRESENTATIVE

*MEMBER N.Y. & N.J. BAR

☐ 11 Broadway
Suite 960
New York, NY 10004
Tel: 212 344-9022
Fax: 212 344-0301

NICOLE HENRIQUEZ
OF COUNSEL

www.thekleinlawgroup.com



RECEIVED OCT 22 2013 ALVIN K. HELLERSTEIN

October 22, 2013

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street Rm 1050
New York, New York 10007

*[Handwritten: Appl'n denied, in light of the tight schedule and the large number of dep'ns to be taken. 10-23-13 /s/ AKH]*

Re: World Trade Center Litigation 21 MC 102 (AKH)
Kowalewski V. Deusche Bank Trust Company Americas et. Al 06 CV1521

Dear Judge Hellerstein,

    I have been subpoenaed along with our Polish interpreter, Marta Pirog to appear for a video deposition in the above captioned matter. We received by hand on October 14, 2013 a subpoena to appear for a video deposition. I am not a party to the litigation. I have contacted defendant's counsel and spoke to Mr. Benjamin Hagland. Mr. Hagland advised he is requesting video deposition and will be asking questions regarding whose hand writing appears on the Disability Report Adul . I have attached the subpoena and the attachment.

    We are requesting that the defense be directed to submit interrogatories with regards to hand writing questions. The request for interrogatories will be answered promptly. The request to appear for depositions is difficult to comply with because we have daily calendars where hearings are conducted throughout the day. In addition, the request to appear will require that we hire counsel.

    These are time-consuming matters, so if Your Honor will not order interrogatories in lieu of depositions, we respectfully request an adjournment to early December.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/13

Page 1 of 2

A copy of this request has been faxed to defense counsel, Mr. Benjamin Hagland today.

Thank you for this consideration.

Sincerely,

*Leslie Tilles*

Leslie Tilles Esq.
The Klein Law Group P.C.
11 Broadway Ste 960
New York, NY 10004

Copy faxed 973-206-6546
Mr. Benjamin Hagland
Day Pitney LLC
1 Jefferson Road
Parsippany, New Jersey 07054