USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER     Case No.: 21 MC 102 (AKH)
SITE LITIGATION
-----------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE     **STIPULATION OF**
LITIGATION     **DISCONTINUANCE AS TO**
    **DEFENDANT GRUBB & ELLIS**
    **MANAGEMENT SERVICES,**
    **INC., ONLY**
SEE ATTACHED EXHIBIT "A"
-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The cases listed in the attached Exhibit "A" are voluntarily dismissed with prejudice;

2. All claims by Plaintiffs against GRUBB & ELLIS MANAGEMENT SERVICES, INC., arising out of or relating in any way to World Trade Center-related rescue, recovery, debris-handling operations and/or clean-up activities at any location on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

3. The dismissal is without costs to either side.

Dated: New York, New York
        October 18, 2013

WORBY GRONER EDELMAN &      McGIVNEY & KLUGER, P.C.
NAPOLI BERN, LLP      Attorneys for Defendant
Attorneys for Plaintiffs      GRUBB & ELLIS MANAGEMENT
     SERVICES, INC.

By: _____      By: _____
Christopher R. LoPalo (CL-6466)      Richard E. Leff (REL-2123)
350 5th Avenue, Suite 7413      80 Broad Street
New York, NY 10118      New York, NY 10004
(212) 267-3700      (212) 509-3456

SO ORDERED: _____
               Hon. Alvin K. Hellerstein
               10-23-13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/23/13

# EXHIBIT A

| PLAINTIFF(S) | INDEX NUMBER |
|---|---|
| 1. Pancri Diez (and wife Rosa Diez) | 07 CV 05351 |
| 2. Delta E. Sanchez (and husband, Filemon M. Rojas) | 07 CV 08286 |
| 3. Ramiro Bastidas (and wife, Zoila Bastidas) | 07 CV 8278 |