USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/13

# GORDON & SILBER, P.C.
## ATTORNEYS AT LAW

**MEMBERS OF THE FIRM**

DAWN A. ADELSON
ARTHUR G. COHEN
WAYNE E. COUSIN*
DAVID M. DINCE
EDWARD M. DONDES
SANFORD GOLD
CHRISTINA KAOURIS
ANDREW B. KAUFMAN
JON D. LICHTENSTEIN
STEVEN H. MUTZ
LAURA E. RODGERS
MICHAEL P. RYAN
JOHN F. TOTO
LAWRENCE S. WASSERMAN*

*ALSO ADMITTED IN NJ

355 LEXINGTON AVENUE
NEW YORK, NY 10017-6603
TEL.: 212/834-0600
FAX: 212/490-0035

WESTCHESTER OFFICE
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606-1920
TEL.:914/682-2097

Charles V. Weitman
cweitman@GORDON-SILBER.COM
212/834-0710

RECEIVED
OCT 21 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

October 18, 2013



<u>Via Email To Christopher_Stanley@NYSD.USCourts.gov</u>

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   In Re: Combined World Trade Center
      Lower Manhattan Disaster Site Litigation
      21MC102(AKH)
      Edgar Mendez – 05CV01180
      Request that Documents Containing Protected
      Information be Removed from the ECF Docket

Honorable Judge Hellerstein:

The undersigned represents the defendants, Trammel Crow Corporate Services, Inc. and Trammel Crow Company, in regard to the above-referenced matter. The purpose of this correspondence is to request that the Court remove the documents numbered 4882, 4883 and 4884 from the SDNY/ECF docket numbered 1:21-mc-00102-AKH.

About a half hour ago I filed these three notices of nonparty subpoenas via ECF, which had been prepared for filing earlier this week. While preparing a fourth notice for filing, I noticed that the filed notices contained a medical records authorization for plaintiff Edgar Mendez with protected information that should have been redacted.

I immediately contacted the ECF helpdesk and was advised that a temporary seal would be placed on those documents. I was then advised to call Chambers, which I did, and spoke to Mr. Stanley, who advised me to write this letter.

{G0152596}cvw

GORDON & SILBER, P.C.
Re:   21 MC 102/103 World Trade Center Litigation
10/18/2013
Page 2

We respectfully requested that the Court please remove these three documents from the docket.  My apologies to the Court and to the plaintiff for any inconvenience this may have caused.

Thank you for your courtesy and attention.  Please contact me at your earliest convenience.

Very truly yours,

GORDON & SILBER, P.C.

**Charles V. Weitman**

CVW/

cc:   **Via Email TO CLoPalo@NapoliBern.com**

Christopher LoPalo, Esquire **(Plaintiff Mendez' Attorney)**
Worby Groaner Edelman & Napoli Burn, LLP
The Empire State Building
350 Fifth Avenue
New York, New York 10118

{G0152596}cvw