UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALWESKI,<br><br>                  Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>                  Defendants. | DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. Barry Weinberg, M.D., for plaintiff Tadeusz Kowalewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. on the 20th day of November, 2013, at U.S. Legal Support, Inc., New York, New York 10022, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Weinberg produce for inspection and copying all documents and things in response to the requests set forth in the subpoena and accompanying Exhibit "A" attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

84974480.1

Dated: New York, New York
October 23, 2013

**DAY PITNEY LLP**

By:     /s/ Benjamin E. Haglund
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for
Defendants in the 21 MC 102 and 21 MC 103
Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

TO:     Gregory J. Cannata and Robert A. Grochow
Gregory J. Cannata and Associates
233 Broadway, 5th Floor
New York, New York 10279

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2013, I caused the within Notice of Deposition Upon Oral Examination to be filed electronically and additionally served by e-mail upon the following counsel:

> Gregory J. Cannata and Robert A. Grochow
> Gregory J. Cannata and Associates
> 233 Broadway, 5th Floor
> New York, New York 10279

**DAY PITNEY LLP**

   /s/ Benjamin E. Haglund
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC