UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER LOWER           : **ORDER REGARDING**
MANHATTAN DISASTER SITE LITIGATION       : **EXTENSION OF FACT**
:  **DISCOVERY DEADLINE**
:
:  21 MC 102 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defense Liaison Counsel and Plaintiffs' Liaison Counsel have requested extensions of the October 30, 2013 fact discovery deadline for 90 days and 45 days, respectively, and have proposed an amended order regulating the discovery and trials of the Group I and Group II cases selected for intensive discovery and trial. Fact discovery is hereby extended until November 6, 2013. The motions shall be made at the November 6, 2013 status conference. I will then determine when fact discovery should close and regulate amendments to the schedule for the Group I and Group II cases.

    In order to further discussion at that status conference, Mr. LoPalo, by 2.30pm on November 4, 2013, shall provide Defense Liaison Counsel and Plaintiffs' Liaison Counsel with a list identifying, by plaintiff: (1) the names and addresses of the physicians his firm has identified as trial witnesses for the Group I and Group II cases; (2) the treating dates; and (3) the injuries treated for.

    SO ORDERED.

Dated:    October 24, 2013
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge