UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct depositions upon oral examination of LVI Environmental Services, Inc., a non-party fact witness, in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. on the 29th day of October, 2013, at the offices of Day Pitney LLP, 7 Times Square, New York, New York 10036, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that LVI produce for inspection and copying all documents and things in response to the requests set forth in the subpoena attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

84970667.1

Dated: New York, New York
       October 24, 2013

                                  **DAY PITNEY LLP**

                       By:      /s/ Benjamin E. Haglund
                                Benjamin E. Haglund
                                A Member of the Firm

                                7 Times Square
                                New York, New York 10036
                                (212) 297-5800

                                On behalf of the Defense Liaison Committee for
                                Defendants in the 21 MC 102 and 21 MC 103
                                Dockets and as Attorneys for Defendant
                                Deutsche Bank Trust Company Americas
                                Deutsche Bank Trust Corporation
                                DB Private Clients Corporation
                                DBAB Wall Street LLC