# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

**BRIAN E. MOFFITT**
Attorney At Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966 8228  F: (973) 966 1015
bmoffitt@daypitney.com

RECEIVED
OCT 25 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/13

October 25, 2013

**Via Facsimile**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1050
New York, New York  10007

Re:   In Re: World Trade Center Lower
      Manhattan Disaster Site Litigation
      1:21-MC-00102 (AKH)

Dear Judge Hellerstein:

We represent Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation and DBAB Wall Street, LLC. Earlier today, we inadvertently filed a subpoena on CM/ECF without redacting two Social Security Numbers set forth on an authorization form attached to the subpoena as an exhibit. (Document Number 4904). When brought to our attention, we immediately contacted the Clerk's office and the document has been temporarily sealed. We were then instructed to contact Your Honor to address the issue on a permanent basis. Accordingly, we respectfully request that Your Honor order that Document Number 4904 be removed from docket in the above referenced matter and be returned to the undersigned. The subpoena has already been re-filed, without the subject confidential personal information, at Document Number 4907.

We apologize for this error and appreciate the Court's consideration in this matter.

Respectfully submitted,

Brian E. Moffitt

cc:   Christopher LoPalo, Esq. (via electronic mail)

8497683.1