UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102   (AKH) |
| MARIA PUELLO, | Docket No. 07-CV-11294-AKH |
| Plaintiff, | NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |
| v. | |
| 120 BROADWAY CONDOMINIUM (CONDO #871), *Et al.*, | |
| Defendants | |

To: Thomas A. Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP,
Attorney for 120 Broadway Condominium (Condo #871), 120 Broadway Holding LLC, 120 Broadway properties, LLC, 120 Broadway LLC, and Silverstein Properties
One Liberty Plaza, New York, New York 10006,

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
October 30, 2013

By: /s/ Gregory Cannata
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
*Attorneys for the Plaintiff*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9205