UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102   (AKH) |
| | Docket No. 09-CV-00680-AKH |
| MAREK SOCHA,<br>                    Plaintiff,<br>v.<br>110 CHUCH, L.L.C., *ET AL.*,<br>                    Defendants | NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |

To:   Mark E. Anderson, Esq.
       McGuireWoods LLP
       Attorneys for Merrill Lynch & Co., Inc.
       1345 Avenue of the Americas, 7th Floor
       New York, NY 10105-0106

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: _____
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205