UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102   (AKH) |
| JERZY MUSZKATEL, | DOCKET NO. 06 CV 05285 (AKH) |
| Plaintiff, v. | NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |
| 90 CHURCH STREET LIMITED PARTNERSHIP, *Et al.*, | |
| Defendants | |

To:   Philip Goldstein Esq.
      McGuireWoods LLP
      Attorneys for Merrill Lynch & Co. Inc.
      1345 Avenue of the Americas, 7th Floor
      New York, NY 10105

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: _____
    Gregory J. Cannata, Esq.
    Gregory J. Cannata & Associates and
    Robert A. Grochow, P.C.
    *Attorneys for the Plaintiff*
    233 Broadway, Floor 5
    New York, NY 10279
    Tel: 212-553-9205