UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION

IRENEUSZ MIERZEJEWSKI AND KRYSTYNA MIERZEJEWSKI,

                Plaintiffs,

    v.

59 MAIDEN LANE ASSOCIATES, L.L.C., ET AL.,

                Defendants

21 MC 102 (AKH)

Docket No. 06-CV-01503-AKH

**NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b)**

To:    Cory Frank, Esq.
Faust Goetz Schenker & Blee, LLP
Attorney for BFP One liberty Plaza Co, LLC, Brookfield Financial Properties, L.P., WFP Tower A Co. L.P., WFP Tower B Co L.P., BFP Tower C Co. LLC, and WFP Tower D Co. L.P.
2 Rector Street, 20th Floor
New York, NY 10006

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: /s/ Gregory Cannata
Gregory J. Cannata, Esq.

Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
*Attorneys for the Plaintiff*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9205