UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102   (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALEWSKI, | Docket No. 06-CV-01521-AKH |
| Plaintiffs, | NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |
| v. | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL., | |
| Defendants | |

To:   Benjamin E. Haglund, Esq.
      Day Pitney, LLP
      Attorneys for Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation and DBAB Wall Street LLC
      One Jefferson Road
      Parsippany, NJ  07054

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30 2013

By: _____
    Gregory J. Cannata, Esq.
    Gregory J. Cannata & Associates and

Robert A. Grochow, P.C.
*Attorneys for the Plaintiff*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9205