UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION

WLADYSLAW KWASNIK,

                          Plaintiff,

        v.

160 WATER STREET, INC.,
ET AL.,
                          Defendants

21 MC 102    (AKH)

Docket No. 07-CV-11291-AKH

NOTICE TO PRODUCE
MEDICAL EXAMINERS REPORT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 35(b)

To:    Mathew T. Dudley, Esq.
       Wilson Elser Moskowitz Edelman & Dicker LLP
       Attorneys for Battery Park City and Tellabs
       1133 Westchester Avenue
       White Plains, NY 10604

       **PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil

Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned

matter, requests the above referenced defendants respond to this Notice and produce all

examiners' reports generated as a result of the medical examinations of the above referenced

plaintiff.

       Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices

throughout the course of this litigation.

Dated: New York, New York
       October 30 2013

                                              By: _____
                                              Gregory J. Cannata, Esq.
                                              Gregory J. Cannata & Associates and
                                              Robert A. Grochow, P.C.
                                              *Attorneys for the Plaintiff*
                                              233 Broadway, Floor 5
                                              New York, NY 10279
                                              Tel: 212-553-9205