UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IRENEUSZ MIERZEJEWSKI AND KRYSTYNA MIERZEJEWSKI, <br><br> Plaintiff(s), <br> v. <br><br> 90 CHURCH STREET LIMITED PARTNERSHIP, et al., <br><br> Defendants. | DOCKET NO. 06-CV-01513-AKH <br><br> NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

    **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. Robert Grabowski, M.D., for plaintiff Ireneusz Mierzejewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 1:00 p.m. on the 15th day of November, 2013, at the offices of Day Pitney LLP, 7 Times Square, New York, New York, New York 10022, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Grabowski produce for inspection and copying all documents and things in response to the requests set forth in the subpoena and accompanying Schedule "A" attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

    **PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

84986579.1

Dated: New York, New York
October 31, 2013

DAY PITNEY LLP

By: _/s/ Rasika Chakravarthy_
Rasika Chakravarthy
For the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8114

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

TO: Gregory J. Cannata and Robert A. Grochow
Gregory J. Cannata and Associates
233 Broadway, 5th Floor
New York, New York 10279