UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION

21 MC 102   (AKH)

---

WALDEMAR ROPEL AND KRYSTYNA ROPEL,

Docket No. 06-CV-01520-AKH

Plaintiffs,

NOTICE TO PRODUCE
MEDICAL EXAMINERS REPORT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 35(b)

v.

THE BANK OF NEW YORK COMPANY,
*ET AL.*,

Defendants

---

To:   Elizabeth M. Z. Timmermans, Esq.
      McGuireWoods LLP
      Attorneys for Merrill Lynch & Co., Inc.
      1345 Avenue of the Americas, 7th Floor
      New York, NY 10105-0106

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: /s/ Gregory J. Cannata
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
*Attorneys for the Plaintiff*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9205