UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION

21 MC 102   (AKH)

---

ALEX SANCHEZ,
     Plaintiff,

v.

120 BROADWAY CONDOMINIUM (CONDO #871)
ET AL.,

     Defendants

Docket No. 05-CV-01091-AKH

PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO NOTICE OF
DEPOSITION UPON ORAL
EXAMINATION

To: Thomas A. Egan, Esq.
   Flemming Zulack Williamson Zauderer, LLP,
   Attorney for 120 Broadway Condominium (Condo #871), 120 Broadway Holding LLC,
   120 Broadway properties, LLC, 120 Broadway LLC, and Silverstein Properties
   One Liberty Plaza, New York, New York 10006,

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
   October 30, 2013

By: /s/ Gregory Cannata
Gregory J. Cannata, Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
*Attorneys for the Plaintiff*
233 Broadway, Floor 5
New York, NY 10279
Tel: 212-553-9205