UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION

21 MC 102    (AKH)

---

ZBYSZEK SZALAJ AND STEFANIA SZALAJ,

Docket No. 06-CV-05336-AKH

Plaintiffs,

v.

NOTICE TO PRODUCE
MEDICAL EXAMINERS REPORT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 35(b)

THE BANK OF NEW YORK COMPANY.,
ET AL.,

Defendants

To:   Mathew T. Dudley, Esq.
      Wilson Elser Moskowitz Edelman & Dicker LLP
      Attorneys for Battery Park City and Tellabs
      3 Gannett Drive
      White Plains, NY 10604-3407

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: _____
    Gregory J. Cannata Esq.
    Gregory J. Cannata & Associates and
    Robert A. Grochow, P.C.
    233 Broadway, 5th Floor
    New York, New York 10279-0003
    (212) 553-9205