UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| DARIUSZ WSZOLKOWSKI, | Docket No. 06-CV-05344-AKH |
| Plaintiff, | NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |
| v. | |
| CROWN BROADWAY, L.L.C., ET AL., | |
| Defendants | |

To: Philip Goldstein Esq.
McGuireWoods LLP
Attorneys for Merrill Lynch & Co. Inc.
1345 Avenue of the Americas, 7th Floor
New York, NY 10105

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
October 30, 2013

By: /s/ Gregory Cannata
Gregory J. Cannata Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205