UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102    (AKH) |
| MIECZYSLAW ZYGMUNT AND ROZA ZYGMUNT,<br><br>Plaintiffs,<br><br>v.<br><br>59 MAIDEN LANE ASSOCIATES, LLC. ET AL.,<br><br>Defendants | Docket No. 09-CV-0679-AKH<br><br>NOTICE TO PRODUCE MEDICAL EXAMINERS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(b) |

To:   Brett Broadwater, Esq.
      Kirkland & Ellis LLP
      Attorney for Verizon New York, Inc.
      601 Lexington Ave.
      New York, NY 10022

**PLEASE TAKE NOTICE**, pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Gregory J. Cannata & Associates, attorneys for plaintiffs in the above-captioned matter, requests the above referenced defendant respond to this Notice and produce the examiners' reports generated as a result of the medical examinations of the above referenced plaintiff.

Plaintiffs reserve their rights to supplement this Notice and/or service additional Notices throughout the course of this litigation.

Dated: New York, New York
       October 30, 2013

By: _____
Gregory J. Cannata Esq.
Gregory J. Cannata & Associates and
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205