UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>ECF CASE |
| THIS DOCUMENT APPLIES TO ALL CASES IN THE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION IN WHICH FGP 90 WEST STREET, INC. IS A DEFENDANT. | |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE, that John Vukelj hereby enters an appearance in this action as counsel for defendant FGP 90 West Street, Inc. I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: November 1, 2013
      New York, New York

By: /s/ John Vukelj
John Vukelj
john.vukelj@dlapiper.com

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500

*Attorneys for Defendant FGP 90 West Street Inc.*