UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>ECF CASE |
| THIS DOCUMENT APPLIES TO ALL CASES IN THE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION IN WHICH FGP 90 WEST STREET, INC. IS A DEFENDANT. | |

John Vukelj hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am admitted to practice before this court and am a partner of the law firm DLA Piper LLP (US), attorneys for defendant FGP 90 West Street, Inc. (the "FGP 90 West"). I submit this declaration in support of FGP 90 West's Motion to Compel Safeway Environmental Corp. ("Safeway") and/or Donald Adler to appear for a deposition.

2.      Attached hereto as **Exhibit A** is a true and correct copy of an April 22, 2013, e-mail from the jointly-retained deposition support vendor, U.S. Legal Support.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the subpoena ad testificandum served by FGP 90 West on Safeway on May 1, 2013 (the "90 West Subpoena").

4.      Attached hereto as **Exhibit C** is a true and correct copy of a May 3, 2013, e-mail discussion between counsel for FGP 90 West and counsel for Safeway.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an e-mail thread among counsel for Safeway, counsel for FGP 90 West, and counsel for plaintiffs, ranging from May 8 through September 27, 2013.

      6.      Attached hereto as **Exhibit E** is a true and correct copy of an October 1, 2013, e-mail from counsel for Safeway.

      7.      Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from the deposition transcript of Donald Adler, who testified on behalf of Safeway on October 3, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 1, 2013                        /s/ John Vukelj
           New York, New York                   John Vukelj