UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                                               :

IN RE WORLD TRADE CENTER LOWER         :
MANHATTAN DISASTER SITE LITIGATION   :     21 MC 102 (AKH)
------------------------------------------------------------ x
                                                                               :

MIECZYSLAW ZYGMUNT AND ROSA           :     09 CV 0679 (AKH)
ZYGMUNT,                                                      :
                    Plaintiffs,                          :

-against-                                                     :

59 MAIDEN LANE ASSOCIATES, LLC, ET AL. :
                    Defendants                     :
------------------------------------------------------------ x

       PLEASE TAKE NOTICE that, upon the attached Declaration of Brett J Broadwater declared on November 6, 2013, Defendants' Rule 56.1 statement, and the accompanying memorandum in support, the undersigned will move before the Honorable Judge Alvin K. Hellerstein of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1 granting Defendants' Motion for Summary Judgment against Plaintiff Mieczyslaw Zygmunt.

                                            Respectfully submitted,

                                            KIRKLAND & ELLIS LLP
                                            *Member of the Defense Liaison Committee*
                                            *For Defendants in 21 MC 102 and 103 Dockets*

                                            <u>/s Lee Ann Stevenson</u>
                                            Lee Ann Stevenson (LS 3065)
                                            601 Lexington Avenue
                                            New York, New York  10022-4611
                                            Telephone:    (212) 446-4800

Facsimile: (212) 446-4900
lstevenson@kirkland.com

*Defense Liaison Committee in 21 MC 102 and 21 MC 103 Dockets*

Richard E. Leff
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY  10004
Telephone:  (212) 509-3456
rleff@mklaw.us.com

Stanley Goos
HARRIS BEACH PLLC
100 Wall Street
New York, NY  10005
Telephone: (212) 313-5452
sgoss@harrisbeach.com

Philip Goldstein
MCGUIRE WOODS LLP
1345 Avenue of the Americas
New York, NY  10105
Telephone: (212) 548-7012
pgoldstein@mcguirewoods.com

John M. Flannery
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY  10017-5639
Telephone:    (914) 872-7111
john.flannery@wilsonelser.com

Thomas A Egan
FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 412-9507
tegan@fzwz.com

William J. Smith
FAUST GOETZ
SCHENKER & BLEE LLP
Two Rector Street, 20th Floor
New York, NY  10006
Telephone:    (212)-363-6900
wsmith@fgsb.com

*Defendants in Case No. 09CV0679, Mieczyslaw Zygmunt and Rosa Zygmunt vs. 59 Maiden Lane, LLC, et al.*

David M. Pollack
David B. Sherman
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, 21st Floor
New York, New York 10005
Telephone:  (212) 232-1300
David.Pollack@lewisbrisbois.com
David.Sherman@lewisbrisbois.com

*Attorney for Defendants*
Syska Hennessy Group, Inc., and
William  F. Collins AIA Architects, LLP


Richard E. Leff
**MCGIVNEY & KLUGER, P.C.**
80 Broad Street, 23rd Floor
New York, NY 10004
Telephone:  (212) 509-3456
rleff@mklaw.us.com

*Attorney for Defendants*
Boston Properties Inc. & 90 Church Street Limited Partnership,
General Reinsurance Corp. i/s/h/a General re Services Corp.,
National Association of Securities Dealers, Inc. (NASD), The New York City Industrial Development Agency (NYCIDA), New York City Economic Development Corporation (NYCEDE),  and The NASDAQ Stock Market, Inc.

Alex R. Malino
William D. Joyce III
**BARRY, MCTIERNAN & MOORE, LLC**
2 Rector Street, 14th floor
New York, NY 10006
Phone:  (212) 313-3600
alexmalino@bmmfirm.com
wjoyce@bmmfirm.com

*Attorneys for Defendants*
Ann Taylor Stores, Inc.,
Structure Tone, (UK) Inc.,
and Structure Tone Global Services, Inc.


John M. Flannery
Allyson Avila
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
1133 Westchester Avenue
White Plains, NY 10604
Phone:  (914) 323-7000
john.flannery@wilsonelser.com
Allyson.avila@wilsonelser.com

*Attorney for Defendant*
Tellabs Operations, Inc.

Salvatore J. Calabrese
**AHMUTY DEMERS & MCMANUS**
199 Water Street
New York, NY 10038
Phone: (212) 513-7788
Salvatore.Calabrese@admlaw.com

*Attorneys for Defendant*
Hillmann Environmental Group, LLC

Suzanne Halbardier
Charles C. Neal
**BARRY, MCTIERNAN & MOORE, LLC**
2 Rector Street, 14th Floor
New York, NY 10006
Phone: (212) 313-3600
cneal@bmmfirm.com

*Attorneys for Defendants*
Amtrust Realty/59 Maiden Lane

Gregory J. Popadiuk, Esq.
**FAUST GOETZ SCHENKER & BLEE LLP**
Two Rector Street, 20th Floor
New York, NY 10006
Phone: (212) 363-6900 ext. 25
gpopadiuk@fgsb.com

*Attorneys for Defendant*
Tucker Anthony

Frank J. Keenan
**METHFESSEL & WERBEL**
450 Seventh Avenue, Suite 1400
New York, NY 10123
Phone (212) 947-1999
Keenan@methwerb.com

*Attorneys for Defendant*
Blackmon Mooring Steamatic Catastrophe, Inc. d/b/a BMS CAT

Glenn A. Monk
**HARRINGTON, OCKO & MONK**
81 Main St.
White Plains, NY 10601
Phone: (914) 686-4800
gmonk@homlegal.com

*Attorneys for Defendant*
St. John's University

Maria J. Ciccia
**COZEN O'CONNOR**
45 Broadway, 16th Floor
New York, NY 10006
Phone: (212) 509-9400

*Attorneys for Defendants*
LVI Environmental Services, Inc. and LVI Services, Inc.

Robert R. Rigolosi
**SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD**
850 Third Ave, Suite 1100
New York, NY 10003
Phone: (212) 651-7500
Rrigolosi@SMSM.com

*Attorneys for Defendants*
One Wall Street Holdings LLC and The Bank of New York Company, Inc.

Michael D. Hynes
John Vukelj
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
John.Vukelj@dlapiper.com

*Attorneys for Defendant*
FGP 90 West