UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE: WORLD TRADE CENTER LOWER         21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

                                                   Mieczyslaw Zygmunt (09CV0679)

------------------------------------------------------------ x

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Defendants in the 21 MC 102 respectfully submit this Statement of Undisputed Facts in support of Defendants' Joint Statute of Limitations Motion for Summary Judgment:

**I.     PLAINTIFF'S ALLEGED INJURIES.**

1. Plaintiff Mieczyslaw Zygmunt ("Plaintiff") submitted the following responses to TCDI in Field 29, which asks "For which diagnosed condition(s)/injury(s)/disease(s) does P seek recovery?": interstitial lung disease ("ILD"), asthma, reactive airways dysfunction syndrome ("RADS"), chronic bronchitis, sinusitis, rhinitis, chronic nasopharyngitis, lung nodules, sleep apnea, GERD, gastritis, coronary artery disease, moderate obstruction/mild restriction, a deviated nasal septum, and post-traumatic stress disorder ("PTSD"). (Ex. B,[1] TCDI Report at 2.)

2. On August 20, 2013, Plaintiff discontinued his claims against defendants to the extent those claims pertain to, or seek recovery for, any and all cardiology-related, or heart-related, injuries, conditions or diseases, including but not limited to coronary artery disease. (Ex. D, Stipulation of Discontinuance.)

**II.    SYMPTOMS OF PLAINTIFF'S ALLEGED INJURIES.**

3. A deviated septum can be caused by a condition present at birth or an injury to the nose that causes the nasal septum to be moved out of position. (Ex. E, Causes of Deviated Septum, Mayo Clinic.)

4. Symptoms of ILD include shortness of breath and coughing. (Ex. O, Symptoms of ILD, Mayo Clinic.)

5. Symptoms of asthma include shortness of breath, coughing or wheezing, chest pain, and trouble sleeping. (Ex. P, Symptoms of Asthma, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 278.)

6. Symptoms of RADS include shortness of breath, and coughing or wheezing. (Ex. Q,

---

[1] Unless otherwise specified, all references to Exhibits herein refer to the lettered exhibits attached to the Declaration of Brett J Broadwater, filed concurrently herewith.

    Reactive airway disease: Is it asthma?, Mayo Clinic; Ex. P, Symptoms of Asthma, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 279.)

7. Symptoms of bronchitis include coughing, chest discomfort, and trouble sleeping or fatigue. (Ex. R, Symptoms of Bronchitis, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 280.)

8. Symptoms of sinusitis include runny nose, stuffy nose, and ear pain. (Ex. S, Symptoms of Chronic Sinusitis, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 281.)

9. Symptoms of rhinitis include runny nose, stuffy nose, and ear pain. (Ex. T, Symptoms of Rhinitis, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 283.)

10. Symptoms of chronic nasopharyngitis include runny nose, stuffy nose, and ear pain. (Ex. U, Symptoms of the Common Cold, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 277.)

11. Symptoms of GERD include heartburn and indigestion, regurgitation of food or sour liquid, chest pain, dry cough and hoarseness or sore throat. (Ex. V, Symptoms of GERD, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 287.)

12. Symptoms of gastritis include indigestion, vomiting, nausea, and a feeling of fullness in the upper abdomen. (Ex. W, Symptoms of Gastritis, Mayo Clinic.)

13. Symptoms of sleep apnea include loud snoring, abrupt awakenings with shortness of breath, insomnia, and headaches. (Ex. X, Symptoms of Sleep Apnea, Mayo Clinic; Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 286.)

### III. PLAINTIFF DISCOVERS HIS ALLEGED INJURIES BY 2003.

14. Plaintiff's Response to Defendants' Discovery Demands states that his symptoms of ███████████████████████████████████████████ (Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 277-285.)

15. Plaintiff's Response to Defendants' Discovery Demands further states that his symptoms of ███████████████████ (*Id.* at 286.)

16. Plaintiff's Response to Defendants' Discovery Demands further states that his symptoms of ███████████████████████████████ (*Id.* at 287.)

17. Plaintiff's Responses to Defendants' Discovery Demands were verified under penalty of perjury by the plaintiff. (Ex. F, Pl.'s Resp. to Defs.' Discovery Demands at 306.)

18. At his deposition, Plaintiff testified that between a year and a year and a half after he completed his 9/11-related work he experienced the following symptoms: ███████ ████████████████████████████████████████████████

-2-

███████████████████████████████████████████████████████████████ (Ex. I, 8/28/13 Zygmunt Dep. Tr. at 170:7-171:13.)

19. Plaintiff testified that he first sought treatment for the following symptoms in 2003: ███████████████████████████████████████████████████████████████ (*Id.*)

20. Plaintiff further testified that ███████████████████████████████████████ (*Id.* at 175:10-23.)

21. In May 2002, Plaintiff worked in Groton, Connecticut at a military base. (Ex. G, 10/11/13 Zygmunt Dep. Tr. at 21:19-23:9.)

22. Plaintiff testified that in the two months prior to working in Groton, he went on unemployment in order to improve his health. (*Id.*)

23. Plaintiff testified that after completing his 9/11 related work he ███████████████████████████████████ (*Id.*)

24. Plaintiff testified that he continued to experience these symptoms when he began work at the military base in Groton. (*Id.*)

25. Plaintiff testified that during his 9/11 related work, he ███████████████████████████████████████████████████████████████ (*Id.* at 99:19-101:5.)

26. Plaintiff testified that he also ████████████████████████████████████████ (*Id.* at 170:22-171:17.)

27. A letter to Plaintiff from Brandi K Ross-Douglas, M.D., dated October 21, 2003, summarizing the findings of his March 7, 2003 medical evaluation through the World Trade Center Worker Volunteer Medical Screening Program states that Plaintiff complained of, or reported, the following symptoms at that evaluation: ███████████████████████████████████████████████████████████████ (Ex. H, WTC Screening Program Letter at 000002.)

28. In that same letter, Dr. Ross-Douglas states that ████████████████████████████████████████ (*Id.*)

29. In that same letter, Dr. Ross-Douglas states that ████████████████████████████████████████ (*Id.* at 000003.)

30. On his signed workers' compensation form, dated November 8, 2003, Plaintiff listed the following under the "Nature and Extent of Physical Injury/Illness" field: ███████████████████████████████████████████████████████████████ (Ex. J, Workers Compensation Form.)

-3-

31. On Plaintiff's medical questionnaire dated December 8, 2003 and signed by Rafael De la Hoz, M.D., Plaintiff reported that █████████████████████████████████████ ███████████████ (Ex. L, WTC Screening Program Medical Questionnaire at 000291-294.)

32. In that same questionnaire, Plaintiff reported that ███████████████████████ ██████████████████████████████████████████████████ (*Id.* at 000291-293.)

33. A "Treatment Plan Review" from Saint Mark's Place Institute for Mental Health, Inc. dated August 7, 2004, and signed by Plaintiff states ████████████████████████ ███████████████ (Ex. K, St. Mark's Treatment Plan Review.)

IV.   **PLAINTIFF COMMENCES THIS ACTION ON JANUARY 23, 2009.**

34. Plaintiff filed his initial Complaint on January 23, 2009. (Ex. N, Zygmunt Compl.)

*   *   *   *   *

Dated: November 6, 2013  
      New York, NY

/s/ Lee Ann Stevenson  
Lee Ann Stevenson (LS 3065)  
Brett J. Broadwater  
KIRKLAND & ELLIS LLP  
601 LEXINGTON AVENUE  
New York, NY  10022-4611  
Telephone:  (212) 446-4800  
Facsimile:  (212) 446-4900  
lstevenson@kirkland.com

*Attorney for Defendant Verizon New York Inc.*  
*Member of Defense Liaison Committee*

*Defense Liaison Committee in 21 MC 102 and 21 MC 103 Dockets*

Richard E. Leff  
MCGIVNEY & KLUGER, P.C.  
80 Broad Street, 23rd Floor  
New York, NY  10004  
Telephone:  (212) 509-3456  
rleff@mklaw.us.com

Stanley Goos  
HARRIS BEACH PLLC  
100 Wall Street  
New York, NY  10005  
Telephone: (212) 313-5452  
sgoss@harrisbeach.com

Philip Goldstein  
MCGUIRE WOODS LLP  
1345 Avenue of the Americas  
New York, NY  10105  
Telephone: (212) 548-7012  
pgoldstein@mcguirewoods.com

John M. Flannery  
WILSON ELSER MOSKOWITZ  
EDELMAN & DICKER LLP  
150 East 42nd Street  
New York, NY  10017-5639  
Telephone:   (914) 872-7111  
john.flannery@wilsonelser.com

Thomas A Egan  
FLEMMING ZULACK  
WILLIAMSON ZAUDERER LLP  
One Liberty Plaza  
New York, NY  10006  
Telephone:  (212) 412-9507  
tegan@fzwz.com

William J. Smith  
FAUST GOETZ  
SCHENKER & BLEE LLP  
Two Rector Street, 20th Floor  
New York, NY  10006  
Telephone:   (212)-363-6900  
wsmith@fgsb.com

*Defendants in Case No. 09CV0679, Mieczyslaw Zygmunt and Rosa Zygmunt vs. 59 Maiden Lane, LLC, et al.*

David M. Pollack
David B. Sherman
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, 21st Floor
New York, New York 10005
Telephone:  (212) 232-1300
David.Pollack@lewisbrisbois.com
David.Sherman@lewisbrisbois.com

*Attorney for Defendants*
Syska Hennessy Group, Inc., and
William  F. Collins AIA Architects, LLP

Richard E. Leff
**MCGIVNEY & KLUGER, P.C.**
80 Broad Street, 23rd Floor
New York, NY 10004
Telephone:  (212) 509-3456
rleff@mklaw.us.com

*Attorney for Defendants*
Boston Properties Inc. & 90 Church Street Limited Partnership,
General Reinsurance Corp. i/s/h/a General re Services Corp.,
National Association of Securities Dealers, Inc. (NASD), The New York City Industrial Development Agency (NYCIDA), New York City Economic Development Corporation (NYCEDE),  and The NASDAQ Stock Market, Inc.

Alex R. Malino
William D. Joyce III
**BARRY, MCTIERNAN & MOORE, LLC**
2 Rector Street, 14th floor
New York, NY 10006
Phone:  (212) 313-3600
alexmalino@bmmfirm.com
wjoyce@bmmfirm.com

*Attorneys for Defendants*
Ann Taylor Stores, Inc.,
Structure Tone, (UK) Inc.,
and Structure Tone Global Services, Inc.

John M. Flannery
Allyson Avila
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
1133 Westchester Avenue
White Plains, NY 10604
Phone:  (914) 323-7000
john.flannery@wilsonelser.com
Allyson.avila@wilsonelser.com

*Attorney for Defendant*
Tellabs Operations, Inc.

Salvatore J. Calabrese
**AHMUTY DEMERS & MCMANUS**
199 Water Street
New York, NY 10038
Phone: (212) 513-7788
Salvatore.Calabrese@admlaw.com

*Attorneys for Defendant*
Hillmann Environmental Group, LLC

Suzanne Halbardier
Charles C. Neal
**BARRY, MCTIERNAN & MOORE, LLC**
2 Rector Street, 14th Floor
New York, NY 10006
Phone: (212) 313-3600
cneal@bmmfirm.com

*Attorneys for Defendants*
Amtrust Realty/59 Maiden Lane

Gregory J. Popadiuk, Esq.
**FAUST GOETZ SCHENKER & BLEE LLP**
Two Rector Street, 20th Floor
New York, NY 10006
Phone: (212) 363-6900 ext. 25
gpopadiuk@fgsb.com

*Attorneys for Defendant*
Tucker Anthony

Frank J. Keenan
**METHFESSEL & WERBEL**
450 Seventh Avenue, Suite 1400
New York, NY 10123
Phone (212) 947-1999
Keenan@methwerb.com

*Attorneys for Defendant*
Blackmon Mooring Steamatic Catastrophe, Inc. d/b/a BMS CAT

Glenn A. Monk
**HARRINGTON, OCKO & MONK**
81 Main St.
White Plains, NY 10601
Phone: (914) 686-4800
gmonk@homlegal.com

*Attorneys for Defendant*
St. John's University

Maria J. Ciccia
**COZEN O'CONNOR**
45 Broadway, 16th Floor
New York, NY 10006
Phone: (212) 509-9400

*Attorneys for Defendants*
LVI Environmental Services, Inc. and LVI Services, Inc.

Robert R. Rigolosi
**SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD**
850 Third Ave, Suite 1100
New York, NY 10003
Phone: (212) 651-7500
Rrigolosi@SMSM.com

*Attorneys for Defendants*
One Wall Street Holdings LLC and The Bank of New York Company, Inc.

Michael D. Hynes
John Vukelj
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
John.Vukelj@dlapiper.com

*Attorneys for Defendant*
FGP 90 West