UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| SEWERYN WOJCIECHOWSKI (AND WIFE, IWONA WOJCIECHOWSKI), <br><br> Plaintiff(s), <br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., <br><br> Defendants. | DOCKET NO. 08-CV-2319-AKH <br><br> NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. R. Nisha Aurora, M.D. at 1:00 p.m. on November 22, 2013 before a notary public or other officer authorized by law to administer oaths at the Sheraton Baltimore City Center Hotel, 101 W. Fayette Street, Baltimore, M.D. 21201. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Aurora produce all documents and things in response to the requests set forth in the subpoena *duces tecum* and *ad testificandum* and accompanying Schedule A attached thereto at his deposition; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

Dated: New York, New York
      November 6, 2013

84993817.1

DAY PITNEY LLP

By: /s/ Richard H. Brown

Richard H. Brown
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendants
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC


TO:   Paul Napoli and Christopher Lopalo
      Worby Groner Edelman & Napoli Bern, LLP
      350 5th Avenue, Suite 7413
      New York, New York 10118

      Gregory J. Cannata – Plaintiffs' Liaison Counsel
      Gregory Cannata & Associates
      233 Broadway, 5th Floor
      New York, New York 10279-00003

84993817.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013 I caused the within Notice of Deposition Upon Oral Examination to be served on the counsel listed below by e-mail and additionally by United States Regular Mail:

Paul Napoli and Christopher Lopalo
Worby Groner Edelman & Napoli Bern, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118

Gregory J. Cannata – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003

**DAY PITNEY LLP**

_____
Clara Y. Son
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973)966-8155

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendants Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

84993817.1