

**DLA PIPER**

**DLA Piper US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John Vukelj
john.vukelj@dlapiper.com
T  212.335.4502
F  212.884.8702

November 7, 2013

BY FACSIMILE (212-805-7942)                    TOTAL PAGES:

The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/13

    Re:   In re: WTC Lower Manhattan Disaster Site Litig., 21 MC 102 (AKH)

Dear Judge Hellerstein:

    We represent defendant FGP 90 West Street, Inc. ("FGP 90 West") in the above-referenced litigation. On November 1, 2013, FGP 90 West filed a motion seeking an order compelling non-party Safeway Environmental Corp. ("Safeway") to comply with a deposition subpoena. (See Docket Nos. 4937, 4939, 4940.) FGP 90 West now requests the Court's permission to withdraw the motion, without prejudice. Safeway's counsel is aware of, and informed us that it consents to, FGP 90 West's request to withdraw the motion.

    We appreciate the Court's attention. We are available at the Court's convenience if we can be of any further assistance.

Respectfully submitted,

John Vukelj

cc:   Alyson N. Villano
      Patton Boggs LLP
      One Riverfront Plaza
      1037 Raymond Blvd., Suite 600
      Newark, New Jersey 07102
      Fax: (973) 848-5601
      avillano@pattonboggs.com

*Counsel for Safeway Environmental Corp.*

So ordered
11-8-13
[signed] AK Hellerstein