UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER : **ORDER SUMMARIZING**
MANHATTAN DISASTER SITE LITIGATION : **STATUS CONFERENCE**
:
: 21 MC 102 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

This Order summarizes the conference held November 6, 2013.

1. Discovery:

    a. Defendants' Liaison Counsel Leff reported that the parties have taken over 250 depositions from April through October, 2013. He reported that several depositions remain to be taken: approximately 110 treating doctors and 12 non-party witnesses need to be deposed and approximately 6 days of depositions of plaintiffs have been scheduled.

    b. Mr. Leff reported that Mr. LoPalo's summary of treating doctors, made pursuant to my October 24, 2013 order, reduced the number of treating doctors to be deposed by nine.

    c. I denied Plaintiffs' Liaison Counsel Canatta's request that I restrict the doctors Defendants can depose to the doctors identified by Plaintiffs for trial.

    d. I granted Defendants' Liaison Counsel motion for an extension of fact discovery. An Amended Order Regulating Discovery and Trials of Group I and Group II Selected Cases will issue.

    e. I instructed counsel that I will not grant any further extensions and that they should advise non-parties of that fact when scheduling depositions.

1

2. Selected Cases.

   a. Mr. Napoli and Mr. Leff reported that the Group I and Group II plaintiffs are stable and participating in discovery.

   b. Mr. Napoli suggested that, if concerned about the prospect of Group I and Group II plaintiffs settling, the Court could order the selection of another sample set of plaintiffs for discovery and trial. I did not act on that suggestion.

3. The next status conference will be held at 4.00 pm on January 27, 2014 in Courtroom 14D.

SO ORDERED.

Nov. 12, 2013

Dated: November 6, 2013
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2