UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, Defendants will conduct a deposition upon oral examination of Mason Tenders Trust Fund at 10:00 a.m. on January 24, 2013, before a notary public or other officer authorized by law to administer oaths at the offices of Day Pitney LLP, located at 7 Times Square, New York, NY. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Mason Tenders Trust Fund produce all documents and things in response to the requests set forth in the subpoena *duces tecum* and *ad testificandum* and accompanying Schedule A attached thereto at the deposition; and

85063237.1

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

Dated: New York, New York
December 30, 2013

**DAY PITNEY LLP**

By:     */s/Sylvia-Rebecca Gutierrez*
Sylvia-Rebecca Gutierrez
7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8066

Attorneys for Defendants
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

TO:     Paul Napoli and Christopher Lopalo
Worby Groner Edelman & Napoli Bern, LLP
350 5th Avenue, Suite 7413
New York, New York 10118

Gregory J. Cannata – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013 I caused the within Notice of Deposition Upon Oral Examination to be served on the counsel listed below by e-mail and additionally by United States Regular Mail:

Paul Napoli and Christopher Lopalo
Worby Groner Edelman & Napoli Bern, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118

Gregory J. Cannata – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003

**DAY PITNEY LLP**

*/s/Sylvia-Rebecca Gutierrez*
Sylvia-Rebecca Gutierrez

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8066

Attorneys for Defendants
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

3