```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION


SEE ATTACHED "EXHIBIT A"
------------------------------------------------------X

Case No.: 21 MC 102(AKH)

STIPULATION OF DISCONTINUANCE AS
TO DEFENDANTS, 2 GOLD L.L.C.,
SUCCESSOR BY MERGER TO CHICAGO 4,
L.L.C., 95 MAIDEN MEMBER L.L.C and 10
GOLD L.L.C. i/s/h/a 2 GOLD L.L.C.,
SUCCESSOR BY MERGER TO CHICAGO 4,
L.L.C, ONLY.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants *2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4 L.L.C., 95 MAIDEN MEMBER L.L.C. and 10 GOLD L.L.C. i/s/h/a 2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4 L.L.C. (hereinafter collectively referred to as "2 GOLD")*, only as to the claims being made as to the premises located at 95 Maiden Lane, New York, New York shall be and the same hereby are discontinued without prejudice without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the court of the litigation which determines that *2 GOLD*, are proper parties to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendants shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
December 4, 2013

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
2 GOLD L.L.C., SUCCESSOR BY MERGER TO
CHICAGO 4, L.L.C., 95 MAIDEN MEMBER
L.L.C and 10 GOLD L.L.C. i/s/h/a 2 GOLD
L.L.C., SUCCESSOR BY MERGER TO
CHICAGO 4, L.L.C

By: _____
Richard E. Leff (RHL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

GREGORY J. CANNATA & ASSOCIATES
Attorneys for Plaintiff(s)

By: _____
Robert Grochow, Esq. (RG-1890)
233 Broadway, 5th Floor
New York, New York, 10279
(212) 233-5400

SO ORDERED:

_____
1/3/14

### EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER |
|---|---|
| Ciborowski, Henryk | 10CV4226 |
| Czerwinski, Marian | 08CV6805 |
| Glowaty, Marek | 09CV10591 |
| Zalewski, Boguslaw | 06CV1525 |