```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
IN RE SEPTEMBER 11TH LITIGATION                                :   **ORDER REGARDING**
                                                               :   **INVOICES**
                                                               :
                                                               :   21 MC 100 (AKH)
                                                               :   21 MC 102
-------------------------------------------------------------- x

      Counsel on these master dockets have agreed to use TCDI, a third-party vendor, to manage data and have entered into agreements to divide the cost of TCDI's services. On October 30, 2013, I directed certain law firms which owed TCDI outstanding amounts for its work related to these master dockets to, by November 30, 2013, pay their outstanding balance or submit a letter stating why the law firm will not be paying. TCDI has represented to the Court that the following defense law firms have not complied with that order and owe TCDI outstanding amounts for its work related to these master dockets:

| Law Firm | Total Due |
| --- | --- |
| Akerman Senterfitt, LLP | $2,187.02 |
| Harrington, Ocko & Monk, LLP | $2,042.71 |
| Havkins Rosenfeld Ritzert & Varriale, LLP | $165.90 |
| Jones Hirsch Connors & Bull P.C. | $2,187.02 |
| Lifflander & Reich LLP | $2,187.02 |

1

Those five law firms are ordered to pay their outstanding balances by January 31, 2014. Failure to do so may result in a contempt finding.

SO ORDERED.

Dated:	January 3, 2014
	New York, New York

ALVIN K. HELLERSTEIN
United States District Judge