**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

      **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, Attorneys for Defendants Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation, DBAB Wall Street LLC will conduct a deposition upon oral examination of Michael Campbell on January 21, 2014 **at 9:00 am**, before a notary public or other officer authorized by law to administer oaths at the offices of Buchanan Ingersoll & Rooney PC, located at One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, Pennsylvania 15219. You are invited to attend and cross-examine; and

      **PLEASE TAKE FURTHER NOTICE** that the depositions may be videotaped.

Dated:  January 6, 2014

                           **DAY PITNEY LLP**

By:      *Richard H. Brown*
                            Richard H. Brown

                            7 Times Square
                            New York, New York 10036
                            (212) 297-5800

                            One Jefferson Road
                            Parsippany, New Jersey 07054
                            (973) 966-8119
                            Attorneys for Defendants Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation DBAB Wall Street LLC

84966296.1

TO:   Paul Napoli and Christopher Lopalo
      Worby Groner Edelman & Napoli Bern, LLP
      350 5th Avenue, Suite 7413
      New York, New York 10118

      Gregory J. Cannata – Plaintiffs' Liaison Counsel
      Gregory Cannata & Associates
      233 Broadway, 5th Floor
      New York, New York 10279-00003

**Defense Liaison Committee:**

| | |
|---|---|
| Richard E. Leff, Esq.<br>McGivney Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456 | Lee Ann Stevenson, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4917 |
| Thomas A. Egan, Esq.<br>Lissa C. Gipson, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br>(212) 412-9500 | John M Flannery, Esq.<br>Allyson Avila, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407<br>(212) 490-3000 |
| Stanley Goos, Esq.<br>Harris Beach PLLC<br>100 Wall Street<br>New York, NY 10005<br>(212) 687-0100 | Joseph Hopkins, Esq.<br>Alyson Villano, Esq.<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102<br>(973) 848-5600 |
| Philip Goldstein, Esq.<br>Loree Shelko, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>New York, New York 10105-0106<br>(212) 548-7012 | William Smith, Esq.<br>Corey Frank, Esq.<br>Faust Goetz Schenker & Blee, LLP<br>2 Rector Street, 20th Floor<br>New York, New York 10006<br>(212) 363-6900 |

CERTIFICATE OF SERVICE

I certify that on January 6, 2014, I caused the within Notice of Deposition Upon Oral

Examination to be served by e-mail upon the following counsel:

Paul Napoli, Esq. and Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118
PNapoli@NapoliBern.com
CLopalo@NapoliBern.com

Gregory J. Cannata, Esq. – Plaintiffs' Liaison Counsel
Gregory Cannata & Associates
233 Broadway, 5th Floor
New York, New York 10279-00003
Cannata@cannatalaw.com

| | |
|---|---|
| Richard E. Leff, Esq.<br>McGivney Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456<br>rleff@mklaw.com | Lee Ann Stevenson, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4917<br>Leeann.stevenson@kirkland.com |
| Thomas A. Egan, Esq.<br>Lissa C. Gipson, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br>(212) 412-9500<br>tegan@fzwz.com;<br>lgipson@fzwz.com | John M Flannery, Esq.<br>Allyson Avila, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407<br>(212) 490-3000<br>john.flannery@wilsonelser.com;<br>allyson.avila@wilsonelser.com; |
| Stanley Goos, Esq.<br>Harris Beach PLLC<br>100 Wall Street<br>New York, NY 10005<br>(212) 687-0100<br>Sgoos@HarrisBeach.com | Joseph Hopkins, Esq.<br>Alyson Villano, Esq.<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102<br>(973) 848-5600<br>jhopkins@pattonboggs.com;<br>avillano@pattonboggs.com |

| Philip Goldstein, Esq.<br>Loree Shelko, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>New York, New York 10105-0106<br>(212) 548-7012<br>pgoldstein@mcguirewoods.com;<br>lshelko@mcguirewoods.com | William Smith, Esq.<br>Corey Frank, Esq.<br>Faust Goetz Schenker & Blee, LLP<br>2 Rector Street, 20th Floor<br>New York, New York 10006<br>(212) 363-6900<br>wsmith@fgsb.com<br>cfrank@fgsb.com |

Richard H. Brown