```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------X

Case No.: 21 MC 102 (AKH)

STIPULATION OF
DISCONTINUANCE AS TO
DEFENDANT, AMG REALTY
PARTNERS, LP, ONLY FOR THE
CASES LISTED IN THE ATTACHED
"EXHIBIT A"

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties in the cases listed in the attached exhibit, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *AMG REALTY PARTNERS, LP.*, only as to the claims being made as to the premises located at 170 Broadway, New York, New York for the cases listed in the attached exhibit shall be and the same hereby are discontinued hereby are discontinued with prejudice without costs to any party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
December 30, 2013

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
*AMG REALTY PARTNERS, LP*

By: _____
Richard E. Leff (REL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
Attorneys for Plaintiff

By: _____
Christopher R. LoPalo (CL-6466)
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

SO ORDERED: 1-8-14
_____

EXHIBIT A

| PLAINTIFF'S NAME | INDEX NUMBER |
|---|---|
| Bailon, Peter B | 07 CV 05336 |