UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALWESKI,<br><br>　　　　　　　　　　Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>　　　　　　　　　　Defendants. | DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. Stasia Wieber, M.D., for plaintiff Tadeusz Kowalewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. on the 24th day of January, 2014, at Day Pitney LLP, One Canterbury Green, 201 Broad Street, Stamford, Connecticut 06901, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Wieber produce for inspection and copying all documents and things in response to the requests set forth in the subpoena and accompanying Exhibit "A" attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

85126182.1

Dated: New York, New York
      January 22, 2014

**DAY PITNEY LLP**

By: _/s/ Benjamin Haglund_
Benjamin E. Haglund
A Member of the Firm

7 Times Square
New York, New York 10036
(212) 297-5800

One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-8155

On behalf of the Defense Liaison Committee for
Defendants in the 21 MC 102 and 21 MC 103
Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

TO:    Gregory J. Cannata and Robert A. Grochow
           Gregory J. Cannata and Associates
           233 Broadway, 5th Floor
           New York, New York 10279

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I caused the within Notice of Deposition Upon Oral Examination to be served to all counsel by e-mail and additionally by United States Mail upon the following counsel:

    Gregory J. Cannata and Robert A. Grochow
    Gregory J. Cannata and Associates
    233 Broadway, 5th Floor
    New York, New York 10279

                        **DAY PITNEY LLP**

                        */s/ Benjamin Haglund /BMH/*
                        Benjamin E. Haglund
                        A Member of the Firm

                        7 Times Square
                        New York, New York 10036
                        (212) 297-5800

                        One Jefferson Road
                        Parsippany, New Jersey 07054
                        (973) 966-8155

                        On behalf of the Defense Liaison Committee for
                        Defendants in the 21 MC 102 and 21 MC 103
                        Dockets and as Attorneys for Defendant
                        Deutsche Bank Trust Company Americas
                        Deutsche Bank Trust Corporation
                        DB Private Clients Corporation
                        DBAB Wall Street LLC

85126182.1