UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO MENDOZA (AND WIFE, HADA MENDOZA) | 21 MC 102 (AKH) |
| Plaintiffs, | Docket No. 07-cv-4494 |
| v. | |
| 90 CHURCH STREET LIMITED PARTNERSHIP, ET. AL. | |
| Defendants. | |

### NOTICE OF APPEARANCE

TO: The Clerk of Court and All Parties of Record

I am admitted to practice in this Court and I appear in this case as counsel for non-party Dr. Carlos Serrano.

Dated: New York, New York
       January 28, 2014

SHAPIRO TAMIR LAW GROUP, PLLC

/S/: _____
Chaya Gourarie (CG 7955)
30 Broad Street, Suite 1418
New York, New York 10004
T: (212) 444-9974 x 2017/ F: (212) 444-9971