# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/14

**BENJAMIN E. HAGLUND**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891

T: (973) 966 8155  F: (973) 206 6546
bhaglund@daypitney.com

January 29, 2014

**Via Facsimile**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

RECEIVED
JAN 29 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Re:  In Re: World Trade Center Lower Manhattan Disaster Site Litigation
     1:21-MC-00102 (AKH)

Dear Judge Hellerstein:

We represent Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, DB Private Clients Corporation and DBAB Wall Street, LLC. Earlier today, we inadvertently filed a subpoena on CM/ECF without redacting the Social Security Number set forth on an authorization form attached to the subpoena as an exhibit. (Document Number 4983). We immediately contacted the Clerk's office and the document has been temporarily sealed. We were then instructed to contact Your Honor to address the issue on a permanent basis. Accordingly, we respectfully request that Your Honor order that Document Number 4983 be removed from docket in the above referenced matter and be returned to the undersigned. The subpoena has already been re-filed, without the subject confidential personal information, at Document Number 4985.

We apologize for this error and appreciate the Court's consideration in this matter.

So ordered
1-30-14
[signature]

Respectfully submitted,

Ben Haglund (LH)
Benjamin E. Haglund

84978383.2