UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In Re: WTC Lower Manhattan
Disaster Site Litigation          Plaintiff,

Case No. 1:21-mc-00102-AKH

-against-

Verizon New York Inc.              Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Lee Ann Stevenson**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LS3065         My State Bar Number is 2969905

I am,
[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kirkland & Ellis LLP
            FIRM ADDRESS: 601 Lexington Avenue
            FIRM TELEPHONE NUMBER: 212 446 4800
            FIRM FAX NUMBER: 212 446 4900

NEW FIRM:   FIRM NAME: Zuckerman Spaeder LLP
            FIRM ADDRESS: 1185 Avenue of the Americas
            FIRM TELEPHONE NUMBER: 212 704 9600
            FIRM FAX NUMBER: 212 704 4256

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/30/14

_____
ATTORNEY'S SIGNATURE