UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALWESKI,<br><br>Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>Defendants. | DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. David Mendelson, M.D., for plaintiff Tadeusz Kowalewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. on the 14th day of February, 2014, at Day Pitney LLP, 7 Times Square, New York, New York 10036, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Mendelson produce for inspection and copying all documents and things in response to the requests set forth in the subpoena and accompanying Exhibit "A" attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

**PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

85143924.1

Dated: New York, New York
February 4, 2014

                         **DAY PITNEY LLP**

By: _____
      Barbara M. Yu
      Associate

7 Times Square
New York, New York 10036
(212) 297-5841

On behalf of the Defense Liaison Committee for
Defendants in the 21 MC 102 and 21 MC 103
Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC


TO:    Gregory J. Cannata and Robert A. Grochow
         Gregory J. Cannata and Associates
         233 Broadway, 5th Floor
         New York, New York 10279

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I caused the within Notice of Deposition Upon Oral Examination to be electronically served to all counsel via ECF and additionally by United States Mail upon the following counsel:

Gregory J. Cannata and Robert A. Grochow
Gregory J. Cannata and Associates
233 Broadway, 5th Floor
New York, New York 10279

**DAY PITNEY LLP**

_/s/ Barbara M. Yu_
Barbara M. Yu
Associate

7 Times Square
New York, New York 10036
(212) 297-5841

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

3

85143924.1