UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| TADEUSZ KOWALEWSKI AND BEATA KOWALWESKI,<br><br>      Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>      Defendants. | DOCKET NO. 06-CV-01521-AKH<br><br>NOTICE OF DEPOSITION UPON ORAL EXAMINATION |

  **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 30, the Defendants' Liaison Counsel and Defendants will conduct a deposition upon oral examination of Dr. Neil Schachter, M.D., for plaintiff Tadeusz Kowalewski ("Plaintiff") in the above-captioned lawsuit, before a notary public or other officer authorized by law to administer oaths, at 10:00 a.m. on the 13th day of February, 2014, at U.S. Legal Support, 425 Park Avenue, 5th Floor, New York, New York 10022, and on any adjourned date thereof, and from day to day thereafter until completed. You are invited to attend and cross-examine; and

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 34, Defendants have requested that Dr. Schachter produce for inspection and copying all documents and things in response to the requests set forth in the subpoena and accompanying Exhibit "A" attached hereto at a time and place mutually agreeable to counsel prior to the depositions; and

  **PLEASE TAKE FURTHER NOTICE** that the deposition may be videotaped.

85143925.1

Dated: New York, New York
February 6, 2014

**DAY PITNEY LLP**

By:   /s/Barbara M. Yu
     Barbara M. Yu
     Associate

7 Times Square
New York, New York 10036
(212) 297-5841

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant Deutsche Bank Trust Company Americas Deutsche Bank Trust Corporation DB Private Clients Corporation DBAB Wall Street LLC

TO:   Gregory J. Cannata and Robert A. Grochow
      Gregory J. Cannata and Associates
      233 Broadway, 5th Floor
      New York, New York 10279

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I caused the within Notice of Deposition Upon Oral Examination to be electronically served to all counsel via ECF and additionally by United States Mail upon the following counsel:

>Gregory J. Cannata and Robert A. Grochow
>Gregory J. Cannata and Associates
>233 Broadway, 5th Floor
>New York, New York 10279

**DAY PITNEY LLP**

 /s/Barbara M. Yu
Barbara M. Yu
Associate

7 Times Square
New York, New York 10036
(212) 297-5841

On behalf of the Defense Liaison Committee for Defendants in the 21 MC 102 and 21 MC 103 Dockets and as Attorneys for Defendant
Deutsche Bank Trust Company Americas
Deutsche Bank Trust Corporation
DB Private Clients Corporation
DBAB Wall Street LLC

85143925.1