UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (STRADDLER PLAINTIFFS) | 21 MC 102 (AKH)<br>ECF Case |
| JAN ZDANOWICZ,<br><br>                 Plaintiff,<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br><br>                 Defendants. | Civil Action No. 09cv2258 |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO DISMISS WTC CAPTIVE INSURED DEFENDANTS FROM PLAINTIFF'S COMPLAINT**

James E. Tyrrell, Jr.
Joseph E. Hopkins
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036

-and-

The Legal Center
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
Tel: (973) 848-5600
Fax: (973) 848-5601
Attorneys for Defendants

On the Brief: Alyson Villano, Esq.

## **TABLE OF CONTENTS**

ARGUMENT ................................................................................................................................. 1

CONCLUSION .............................................................................................................................. 2

## TABLE OF AUTHORITIES

**Page(s)**

**OTHER AUTHORITIES**

Fed. R. Civ. P. 41(a)(2)............................................................................................................1

This joint motion is brought by Plaintiff Jan Zdanowicz ("Plaintiff") together with the Defendants The City of New York, Tully Construction Co. Inc. and Tully Industries (collectively, the "WTC Captive Insured Defendants") who respectfully submit this Memorandum of Law in Support of their Joint Motion to Dismiss Plaintiff's Claims **against WTC Captive Defendants only**.

## ARGUMENT

After thorough and detailed arms-length settlement negotiations, Plaintiff and the WTC Captive Defendants' Insurer, the WTC Captive Insurance Company, Inc. ("WTC Captive"), have agreed to settle the claims brought by Plaintiff **against the WTC Captive Insured Defendants only**. This case was settled on an individual basis by sophisticated counsel with experience in both litigating these claims and negotiating settlements. The parties have finalized the settlement documents and the WTC Captive has mailed a payment to the Trustee of the Plaintiff's Bankruptcy Estate pursuant to the terms of the confidential settlement agreement. While Plaintiff has settled his claims against the **WTC Captive Insured Defendants only**, he wishes to continue litigating his claims against the remaining defendants in his individual action. Therefore, pursuant to the direction of the Court and Fed. R. Civ. P. 41(a)(2), counsel for Plaintiff and counsel for the WTC Captive Insured Defendants jointly submit this motion to **dismiss only the WTC Captive Insured Defendants** from Plaintiff's complaint with prejudice.

At the Court's request, the parties also respectfully submit the proposed Order of Dismissal that includes the names of both the defendants to be dismissed, the defendants that should remain in the case, and a new caption, which is attached hereto as Exhibit A.

## **CONCLUSION**

For all the foregoing reasons, Plaintiff and the WTC Captive Insured Defendants respectfully request that the Court grant their motion to dismiss the WTC Captive Insured Defendants only from Plaintiff's complaint with prejudice.

Dated: February 12, 2014

*/s/ James E. Tyrrell, Jr.*
James E. Tyrrell, Jr. (JT 6837)
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 246-5100
-and-
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for Defendants*

-and-

*/s/ Robert A. Grochow*
Robert A. Grochow, P.C. (RG1890)
Gregory Cannata & Associates
233 Broadway, Floor 5
New York, NY 10279
212-553-9205
*Attorney for Plaintiffs*

2

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

------------------------------------------------------------

JAN ZDANOWICZ

                Plaintiff,

         v.

111 WALL STREET LLC
230 CENTRAL CO., LLC
55 WATER STREET CONDOMINIUM
90 CHURCH STREET LIMITED
PARTNERSHIP
ALAN KASMAN DBA KASCO
AMBIENT GROUP, INC.
AMERICAN EXPRESS BANK, LTD
AMERICAN EXPRESS COMPANY
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.
AMG REALTY PARTNERS, LP
ANN TAYLOR STORES CORPORATION
BANKERS TRUST COMPANY
BANKERS TRUST CORPORATION
BANKERS TRUST NEW YORK
CORPORATION
BATTERY PARK CITY AUTHORITY
BELFOR USA GROUP, INC.
BFP ONE LIBERTY PLAZA CO., LLC
BFP TOWER C CO. LLC
BFP TOWER C MM LLC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. d/b/a/ BMS CAT
BOSTON PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES,
INC.
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, LP
BROOKFIELD PROPERTIES CORPORATION
BT PRIVATE CLIENTS CORP.

21 MC 102
Docket No. 09cv2258

**AMENDED COMPLAINT**

Jury Trial Demanded

4

| | |
|---|---|
| CITIBANK, N.A. | : |
| CITIGROUP, INC. | : |
| CUSHMAN & WAKEFIELD 111 WALL, INC | : |
| CUSHMAN & WAKEFIELD, INC | : |
| DEUTSCHE BANK TRUST COMPANY | : |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | : |
| DEUTSCHE BANK TRUST CORPORATION | : |
| ENVIROTECH CLEAN AIR, INC | : |
| GENERAL RE SERVICES CORP. | : |
| GPS ENVIRONMENTAL CONSULTANTS, INC | : |
| HILLMAN ENVIRONMENTAL GROUP, LLC | : |
| HMC CAPITOL RESOURCES CORP | : |
| HMC FINANCIAL CENTER, INC., | : |
| INDOOR ENVIRONMENTAL TECHNOLOGY, INC. | : |
| JONES LANG LASALLE AMERICAS, INC. | : |
| JONES LANG LASALLE SERVICES, INC. | : |
| KASCO RESTORATION SERVICES CO. | : |
| MANUFACTURES HANOVER TRUST COMPANY | : |
| MARRIOTT HOTEL SERVICES, INC., | : |
| MCCLIER CORPORATION | : |
| MERRILL LYNCH & CO, INC. | : |
| MK WEST STREET COMPANY, L.P. | : |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC | : |
| NEW LIBERTY PLAZA LP | : |
| NEW WATER STREET CORP. | : |
| NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION | : |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | : |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION | : |
| NOMURA HOLDING AMERICA, INC. | : |
| NOMURA SECURITIES INTERNATIONAL, INC | : |
| ONE LIBERTY PLAZA | : |
| STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST | : |
| STRUCTURE TONE (UK), INC. | : |
| STRUCTURE TONE GLOBAL SERVICES, INC. | : |

| | |
|---|---|
| THE BANK OF NEW YORK TRUST COMPANY NA<br>THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178)<br>THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178)<br>TISHMAN INTERIORS CORPORATION<br>TOSCORP. INC.<br>TRAMMELL CROW COMPANY<br>TRAMMELL CROW CORPORATE SERVICES, INC<br>WESTON SOLUTIONS, INC<br>WFP ONE LIBERTY PLAZA CO., L.P.,<br>WFP ONE LIBERTY PLAZA, CO.GP, CORP<br>WFP RETAIL CO. G.P. CORP<br>WFP RETAIL CO. L.P<br>WFP TOWER B CO. L.P.<br>WFP TOWER B CO., G.P. CORP.<br>WFP TOWER B HOLDING CO., LP<br>WFP TOWER D CO. L.P<br>WFP TOWER D CO., G.P. CORP<br>WFP TOWER D HOLDING CO. I L.P.,<br>WFP TOWER D HOLDING CO. II L.P<br>WFP TOWER D HOLDING I G.P. CORP<br>WORLD FINANCIAL PROPERTIES, L.P<br><br>                            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |