UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| BERTHA TACHE,<br><br>         Plaintiff(s),<br><br>    v.<br><br>100 CHURCH STREET, et al.,<br><br>         Defendants. | DOCKET NO. 07-cv-1537-AKH<br><br>**NOTICE OF CROSS-MOTION FOR CONTEMPT AND TO COMPEL COMPLIANCE** |

  **PLEASE TAKE NOTICE** that on a date and time to be established by this Court, upon the Declaration of Pamela B. Goldsmith, Esq., sworn to on February 20, 2014, the exhibits annexed thereto, and upon all pleadings and proceedings had herein, defendants Zar Realty Corporation and 100 Church, LLC, by and through their attorneys, Harris Beach PLLC, will cross-move this Court, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007 for an Order:

  1. Denying non-party Dr. Carlos J. Serrano's Motion for a Protective Order in its entirety;

  2. Compelling non-party Dr. Carlos J. Serrano to appear for a deposition in the above-captioned matter; and

3.       For such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        February 20, 2014

                Respectfully submitted,

                HARRIS BEACH PLLC

                s/ Pamela B. Goldsmith, Esq.
                _____

                Pamela B. Goldsmith, Esq.
                Stanley Goos, Esq.
                100 Wall Street, 23rd Floor
                New York, NY 10005
                (212) 687-0100

                Attorneys for Defendants
                ZAR REALTY CORPORATION and
                100 CHURCH LLC

To:   Chaya Gourarie
      Mitchell C. Shapiro
      Zaki Isaac B. Tamir
      30 Broad Street, Suite 1418
      New York, New York 10004
      *Counsel for non-party Dr. Carlos J. Serrano*