Hellerstein, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)

**STIPULATION AND ORDER OF DISMISSAL AS TO**
**Envirotech Clean Air, Inc. only in:**

All cases listed in Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and based on the representation of the within defendant, and to the extent Plaintiff(s) can so Stipulate that each claim, cross-claim and counterclaim asserted by and against defendant Envirotech Clean Air, Inc. only, shall be and the same hereby are discontinued without prejudice as against defendant, Envirotech Clean Air, Inc. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should facts or circumstances derived from future discovery, or otherwise, come to light that indicate a relationship to the litigation and a basis of a claim against the defendant for whom this Stipulation is being entered, and/or should it come to light that the information provided by said defendant in support of its request of discontinuance at this time, be discerned in the future to have been inaccurate, false or

1

K&E 13548599.1

misleading, plaintiff may re-assert its claim against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any statute of limitations defense other than as may have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant.

This stipulation may be filed without further notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: New York, New York
       February 25, 2014

| | |
|---|---|
| FRIEDMAN HARFENIST KRAUT & PERLSTEIN LLP<br>*Attorneys for Defendant*<br>Envirotech Clean Air, Inc.<br>3000 Marcus Avenue, Suite 2E1<br>Lake Success, New York 11042<br>(516) 355-9600<br>BY: _____<br>Heather L. Smar | WORBY GRONER EDELMAN & NAPOLI BERN LLP<br>*Attorneys for Plaintiff*<br>350 Fifth Avenue<br>Suite 7413<br>New York, New York 10118<br>(212) 267-3700<br>By: _____<br>Christopher R. LoPalo |

SO ORDERED: 3-3-14

_____
HON ALVIN K. HELLERSTEIN

2

## SCHEDULE A

| Plaintiff | Docket Number |
|---|---|
| Virginia Barbosa | 06cv1649 |
| German Ernesto Bunay | 07cv1572 |
| Rodrigo Campozano | 07cv4459 |
| Aida Chalco | 07cv1481 |
| Sixta Garcia | 07cv5292 |
| Walter Gallegos | 07cv4467 |
| Salma Guzman | 08cv2273 |
| Edgar Mendez | 05cv1180 |
| Slawomir Peski | 08cv2688 |
| Bertha Tache | 07cv1537 |
| Christian Tapia | 08cv2248 |
| | |