```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
IN RE WORLD TRADE CENTER LOWER          :   **ORDER IDENTIFYING CASES**
MANHATTAN DISASTER SITE LITIGATION      :   **TO PROCEED TO TRIAL**
                                                              :
                                                              :   21 MC 102 (AKH)
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

 Pursuant to this Court's November 12, 2013 Amended Order Regulating Discovery and Trials of Group I and Group II Selected Cases, the following fifteen cases have been selected to proceed to trial:

**Plaintiffs' Selections:**

1. Campozano et al v. Kasman et al, 07cv4459

2. Dabrowski et al v. 160 Water Street et al, 07cv5283

3. Mendez v. Silverstein Properties et al, 05cv1180

4. Muszkatel v. Verizon New York, Inc. et al, 06cv5285

5. Ropel et al v. The Bank of New York Company, Inc. et al, 06cv1520

**Defendants' Selections:**

6. Avila et al v. Brookfield Financial Properties, Inc. et al, 07cv60

7. Baczkowski et al v. 222 Broadway, LLC et al, 07cv1565

8. Bunay v. 90 Church Street Limited Partnership C/O CT Corporation System et al, 07cv1572

9. Kowalewski et al v. Deutsche Bank Trust Corporation et al, 06cv1521

10. Torres v. 7 World Trade Center L.P. et al, 08cv2310

**The Court's Selections:**

11. Ayala v. BFP One Liberty Plaza Co., L.P. et al, 07cv1466

1

12. <u>Chojnowski et al v. Kasman et al</u>, 07cv1588

13. <u>Kwasnik v. 160 Water Street, Inc. et al</u>, 07cv11291

14. <u>Socha et al v. 110 Church L.L.C. et al</u>, 09cv680

15. <u>Solis v. One Liberty Plaza et al</u>, 07cv8287

SO ORDERED.

Dated:  March 6, 2014
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge