UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**ORDER IDENTIFYING THE FIRST CASES TO PROCEED TO TRIAL**

21 MC 102 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has determined that the following five cases will be the first cases to proceed to trial:

1. Campozano et al v. Kasman et al, 07cv4459
2. Muszkatel v. Verizon New York, Inc. et al, 06cv5285
3. Torres v. 7 World Trade Center L.P. et al, 08cv2310
4. Chojnowski et al v. Kasman et al, 07cv1588
5. Socha et al v. 110 Church L.L.C. et al, 09cv680

The Court will determine at a later date the sequence of these trials and the sequence of trials for the other ten cases selected for early trial.

Counsel are reminded of their obligation, pursuant to this Court's November 12, 2013 Amended Order Regulating Discovery and Trials of Group I and Group II Selected Cases, to prepare for trial all fifteen cases.

SO ORDERED.

Dated:   March 1? 2014
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1