*Hellerstein, A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER ) Case No. 21 MC 100 (AKH)
DISASTER SITE LITIGATION ) Case No. 21 MC 102 (AKH)
) Case No. 21 MC 103 (AKH)
--------------------------------------------------- )
)
THIS DOCUMENT APPLIES TO ALL )
WORLD TRADE CENTER DISASTER ) ECF CASE
SITE LITIGATION )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that the undersigned hereby requests that he be removed from the service list in this case, including the Court's CM/ECF electronic notification list.

Dated: March 19, 2014

Adam T. Humann
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant Verizon New York Inc.*

**SO ORDERED:**

_____
U.S.D.J. 3-20-14