UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

This documents relates to the following matters:

STIPULATION

| | |
|---|---|
| Virginia Barbosa: | 06 cv 1649 (AKH) |
| Andrzej Baczkowksi: | 07 cv 1565 (AKH) |
| Ernesto Bunay: | 07 cv 1572 (AKH) |
| Rodrigo Campozano: | 07cv 4459 (AKH) |
| Aida Chalco: | 07cv 1481 (AKH) |
| Walter Gallegos: | 07cv 4467 (AKH) |
| Sixta Garcia: | 07cv 5292 (AKH) |
| Slawomir Karpinski: | 07 cv 1634 (AKH) |
| Edgar Mendez: | 05 cv 1180 (AKH) |
| Gustavo Mendoza: | 07 cv 4494 (AKH) |
| Slawomir Peski: | 08 cv 2688 (AKH) |
| Ignacio Solis: | 07 cv 8287(AKH) |
| Bertha Tache: | 07 cv 1537 (AKH) |
| Christian Tapia: | 08 cv 2248 (AKH |
| Pedro Torres: | 08 cv 2310 (AKH) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/14

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the Parties' counsel, that the Plaintiffs' time to file and serve their Responses to Defendant Structure Tone, Inc.'s Motions in the above referenced matters shall be set for April 28, 2014. The Defendant's Reply papers shall be filed and served on or before May 29, 2014.

Dated: March 20, 2014

Worby Groner Edelman & Napoli Bern, LLP
*Counsel For Plaintiffs*

Christopher R. LoPalo (CL-6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

Barry, McTiernan & Moore, LLC
*On Behalf of Defendant Structure Tone, Inc., s/h/a Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.*

William D. Joyce, III (WDJ 9899)
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

So Ordered:

Hon. Alvin K. Hellerstein, USDJ

3/24/14