UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER LOWER          :   **ORDER IDENTIFYING CASES**
MANHATTAN DISASTER SITE LITIGATION       :   **TO PROCEED TO TRIAL**
:
:   21 MC 102 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court has determined that the cases selected to proceed to trial will proceed to trial in the following order:

1. Torres v. 7 World Trade Center L.P. et al, 08cv2310

2. Socha et al v. 110 Church L.L.C. et al, 09cv680

3. Campozano et al v. Kasman et al, 07cv4459

4. Muszkatel v. Verizon New York, Inc. et al, 06cv5285

5. Chojnowski et al v. Kasman et al, 07cv1588

6. Kwasnik v. 160 Water Street, Inc. et al, 07cv11291

7. Dabrowski et al v. 160 Water Street et al, 07cv5283

8. Kowalewski et al v. Deutsche Bank Trust Corporation et al, 06cv1521

9. Ropel et al v. The Bank of New York Company, Inc. et al, 06cv1520

10. Mendez v. Silverstein Properties et al, 05cv1180

11. Baczkowski et al v. 222 Broadway, LLC et al, 07cv1565

12. Avila et al v. Brookfield Financial Properties, Inc. et al, 07cv60

13. Bunay v. 90 Church Street Limited Partnership C/O CT Corporation System et al, 07cv1572

14. Ayala v. BFP One Liberty Plaza Co., L.P. et al, 07cv1466

1

15. <u>Solis v. One Liberty Plaza et al</u>, 07cv8287

SO ORDERED.

Dated: April 3, 2014
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2