UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| This document relates to the following matters: | STIPULATION |
| Kowalewski, Tadeusz — 06-cv-1521 (AKH)<br>Mierzejewski, Ireneusz — 06-cv-1513 (AKH)<br>Muszkatel, Jerzy — 06-cv-5285 (AKH)<br>Puello, Maria — 07-cv-11294 (AKH)<br>Ropel, Waldemar — 06-cv-1520 (AKH)<br>Sanchez, Alex — 05-cv-1091 (AKH)<br>Socha, Marek — 09-cv-0680 (AKH) | |



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the Parties' counsel, that the Plaintiffs' time to file and serve their response to Defendant Structure Tone, Inc.'s Motions in the above referenced matters shall be set for April 28, 2014. The Defendant's Reply papers shall be filed and served on or before May 14, 2014. *AOK*

Dated: March 25, 2014

Gregory J. Cannata & Associates
*Counsel for Plaintiffs*

Gregory J. Cannata
233 Broadway, Fifth Floor
New York, NY 10279
(212) 267-3700

Barry McTiernan & Moore, LLC
*On Behalf of Defendants Structure Tone, Inc. s/h/a Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.*

William D. Joyce, III (mad) w/permission
2 Rector Street, 14th Floor
New York, NY 10006
(212) 313-3600

SO ORDERED: *as modified*

HON ALVIN K. HELLERSTEIN