UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

**STIPULATION OF DISCONTINUANCE**

JOZEF POGORZELSKI,

Plaintiffs,

v.

MSDW 140 BROADWAY PROPERTY, L.L.C., 125 MAIDEN EQUITIES LLC, et al.

Defendants.

DOCKET NO.

06-cv-2748 (AKH)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the above-referenced plaintiff and the following defendant for 125 Maiden Lane: 125 MAIDEN EQUITIES LLC that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and are hereby discontinued with prejudice, without costs or disbursements to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, a copy of this stipulation shall be deemed an original for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Dated: New York, New York
September 17, 2015

Gregory J. Cannata, Esq. or Robert A. Grochow, Esq.
GREGORY J. CANNATA & ASSOCIATES, LLP
ROBERT A. GROCHOW, P.C.
Attorneys for Plaintiff
60 East 42nd Street, Suite 932
New York, New York 10165
(212) 553-9205

Daniel A. Schwartzman, Esq.
Attorney for Defendant 125 MAIDEN EQUITIES LLC
55 Fifth Avenue, 15 Floor
New York, NY 10003
(212) 206-6101

**SO-ORDERED:**

Hon. Alvin K. Hellerstein, USDJ

11-4-15