**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| EDWARD S. MOLLAHAN AND THOMAS MOLLAHAN, as Executors of the Estate of ROBERT MOLLAHAN, deceased, and EDWARD S. MOLLAHAN, individually, Plaintiffs, -against- 90 CHURCH STREET LIMITED PARTNERSHIP, et al. Defendants. | 21 MC 102 (AKH)<br>07-CV-05018 (AKH) |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**__________
**DATE FILED:** 6-30-17

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims by Plaintiff(s) against 90 Church Street Limited Partnership; Boston Properties, Inc.; Structure Tone (UK), Inc.; Structure Tone Global Services, Inc.; Ambient Group, Inc. and Belfor Group, Inc., arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work, rescue/recovery operations, destruction or removal of documents and other physical objects, scanning and preservation of documents and other physical objects, testing, evaluation, abatement, remediation, construction, deconstruction, excavation, and demolition operations, at the premises located at 90 Church Street in New York, New York, on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

2. The dismissal is without costs.

Date: New York, New York
March 20, 2017

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: ______________________
Paul Napoli
Christopher R. LoPalo
400 Broadhollow Road, Suite 305
Mellville, NY 11747
Main: 212.397.1000
Facsimile: 646.843.7603
E-mail: PNapoli@NapoliLaw.com; CLoPalo@NapoliLaw.com

*Counsel to Plaintiff(s)*

MCGIVNEY & KLUGER, P.C.

By: ______________________
Richard E. Leff
80 Broad Street, 24th Floor
New York, New York 10004
Phone: 212.509.3456
Facsimile: 212.509.4420
E-mail: rleff@mklaw.us.com

*Counsel to 90 Church Street Limited Partnership and Boston Properties, Inc.*

BARRY, MCTIERNAN & MOORE LLC

By: ______________________
William D. Joyce, III
2 Rector St.
New York, New York 10006
Phone: 212.313.3600
Facsimile: 212-608-8901
E-mail: WJoyce@bmmfirm.com

*Counsel to Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP

By: ______________________
John P. Cookson
Rosalie Trigona
88 Pine Street, 24th Floor
New York, New York 10005
Phone: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

Date: New York, New York
March 20, 2017

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: [signature]
Paul Napoli
Christopher R. LoPalo
400 Broadhollow Road, Suite 305
Mellville, NY 11747
Main: 212.397.1000
Facsimile: 646.843.7603
E-mail: PNapoli@NapoliLaw.com; CLoPalo@NapoliLaw.com

*Counsel to Plaintiff(s)*

MCGIVNEY & KLUGER, P.C.

By:________________________
Richard E. Leff
80 Broad Street, 24th Floor
New York, New York 10004
Phone: 212.509.3456
Facsimile: 212.509.4420
E-mail: rleff@mklaw.us.com

*Counsel to 90 Church Street Limited Partnership and Boston Properties, Inc.*

BARRY, MCTIERNAN & MOORE LLC

By: [signature]
William D. Joyce, III
2 Rector St.
New York, New York 10006
Phone: 212.313.3600
Facsimile: 212-608-8901
E-mail: WJoyce@bmmfirm.com

*Counsel to Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP

By:________________________
John P. Cookson
Rosalie Trigona
88 Pine Street, 24th Floor
New York, New York 10005
Phone: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

Date: New York, New York
March 20, 2017

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By:__________________________

Paul Napoli
Christopher R. LoPalo
400 Broadhollow Road, Suite 305
Mellville, NY 11747
Main: 212.397.1000
Facsimile: 646.843.7603
E-mail:PNapoli@NapoliLaw.com; CLoPalo@NapoliLaw.com

*Counsel to Plaintiff(s)*

MCGIVNEY & KLUGER, P.C.

By:__________________________

Richard E. Leff
80 Broad Street, 24th Floor
New York, New York 10004
Phone: 212.509.3456
Facsimile: 212.509.4420
E-mail: rleff@mklaw.us.com

*Counsel to 90 Church Street Limited Partnership and Boston Properties, Inc.*

BARRY, MCTIERNAN & MOORE LLC

By:__________________________

William D. Joyce, III
2 Rector St.
New York, New York 10006
Phone: 212.313.3600
Facsimile: 212-608-8901
E-mail: WJoyce@bmmfirm.com

*Counsel to Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP

By:__________________________

John P. Cookson
Rosalie Trigona
88 Pine Street, 24th Floor
New York, New York 10005
Phone: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

COZEN O'CONNOR

By: ______________________

Denise Brinker Bense
One Liberty Place
1650 Market Street
Philadelphia, PA19103
Phone: 215.665.2000
Facsimile: 215.665.2013
E-mail: dbense@cozen.com

*Counsel to Belfor Group, Inc.*

So ordered:

6-29-17