**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| BOLIVAR ZAMORA AND FANNY HUIRACOCHA, | 21 MC 102 (AKH) 08-CV-02740 (AKH) |
| Plaintiff(s), | |
| -against- | |
| ABATEMENT PROFESSIONALS, et al. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1.      All claims by Plaintiff(s) against Verizon New York, Inc.; Hillmann Environmental Group, LLC; Milro Associates, Inc.; Pinnacle Environmental Corporation; Tishman Interiors Corporation; LVI Environmental Services, Inc.; LVI Services, Inc.; Syska Hennessy Group, Inc. i/s/h/a Syska and Hennessy; Bureau Veritas North America, Inc., as Successor by Merger to Clayton Group Services, Inc. f/k/a Clayton Environmental Consultants, Inc.; Tellabs Operations, Inc.; Abscope Environmental, Inc.; Criterion Laboratories, Inc.; William F. Collins, AIA Architects, LLP i/s/h/a William F. Collins, Architect; Bristol Environmental, Inc.; Marcor Remediation, Inc.; and Covino Environmental Associates, Inc., only, arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work, rescue/recovery operations, destruction or removal of documents and other physical objects, scanning and preservation of documents and other physical objects, testing, evaluation, abatement, remediation, construction, deconstruction,

excavation and demolition operations, on and/or after September 11, 2001, at the premises located at 140 West Street in New York, New York, are voluntarily dismissed with prejudice; and

2.    The dismissal is without costs.

Date: New York, New York
        November 5, 2014

**Worby Groner Edelman & Napoli Bern, LLP**

By:_____

Paul Napoli, Esq.
Christopher R. LoPalo, Esq.
350 5th Avenue, Suite 7413
New York, NY 10118
Main:(212) 267 – 3700
Facsimile: (212) 587 – 0031

*Counsel for Plaintiff(s)*

**Zuckerman Spaeder LLP**

By:_____

Lee Ann Stevenson, Esq.
1185 Avenue of the Americas
New York, New York 10036
Main: ( 212) 704.9600
Facsimile: (212) 704.4256

*Counsel for Verizon New York, Inc.*

**Ahmuty Demers & McManus**

By:_____

Salvatore J. Calabrese, Esq.
199 Water Street
New York, NY 10038
Main:  (212) 513 – 7788
Facsimile:  (212) 513 – 7843

*Counsel for Hillmann Environmental Group, LLC*

**Segal McCambridge Singer & Mahoney**

By:_____

850 Third Avenue, Suite 1100
New York, NY 10022
Main: (212) 651 – 7500
Facsimile: (212) 651 – 7499

*Counsel for Milro Associates, Inc.*

**Pinnacle Environmental Corporation**

By: _____

Paul O'Brien
200 Broad Street
Carlstadt, NJ 07072
Main:   (201) 939-6565
Facsimile:   (201) 340-2442

*President of Pinnacle Environmental
Corporation*


**Cozen O'Connor**

By: _____

Denise Brinker Bense, Esq.
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Main: (215) 665-2000
Facsimile: (215) 665-2013

*Counsel for LVI Environmental Services Inc. and
LVI Services, Inc.*


**Cozen O'Connor**

By: _____

Michael Savino, Esq.
16th Floor, 45 Broadway
New York, NY 10006
Main: (212) 509 – 9400
Facsimile: (212) 509 – 9492

*Counsel for Tishman Interiors Corporation*


**Lewis Brisbois Bisgaard & Smith, LLP**

By: _____

David Sherman, Esq.
77 Water Street
New York, NY 10005
Main: (646) 783 – 0900
Facsimile: (212) 232 – 1399

*Counsel for Syska Hennessy Group, Inc. i/s/h/a
Syska and Hennessy*


**Harris Beach PLLC**

By: _____

Abbie Eliasberg Fuchs, Esq.
100 Wall Street, 23rd Floor
New York, NY 10005
Main:  (212) 687 – 0100
Facsimile:  (212) 687 – 0659

*Counsel for Bureau Veritas North America,
Inc., as Successor by Merger to Clayton Group
Services, Inc. f/k/a Clayton Environmental
Consultants*


**Downing & Peck, P.C.**

By: _____

Ernest J. Peck, Esq.
17 Battery Place
Suite 709
New York, New York 10004
Main: (212) 514-9190
Facsimile: (212) 514-9241

*Counsel for Covino Environmental
Associates, Inc.*

**Wilson Elser Moskowitz Edelman & Dicker, LLP**

By:_____
Allyson Avila, Esq.
150 East 4nd Street
New York, NY 10007
Main: (212) 490-3000
Facsimile: (212) 490-3038

*Counsel for Tellabs Operations, Inc.*


**McManus, Darden & Felsen**

By:_____
Eric Darden, Esq.
1155 15th Street, N.W.
Suite 810
Washington, DC 20005
Main: (202) 296-9260
Facsimile: (202) 659-3732

*Counsel for Bristol Environmental, Inc.*


**Mound Cotton**


By:_____
Mark S. Katz, Esq.
One New York Plaza, 44th Floor
New York, New York 10004
Main: (212) 804-4200
Facsimile: (212) 344-8066

*Counsel for Marcor Remediation, Inc.*


**McMahon, Martine & Gallagher**

By:_____
Christopher Muludiang, Esq.
55 Washington Street #720
Brooklyn, NY 10201
Main: (212) 747-1230
Facsimile: (212) 747-1239

*Counsel for Abscope Environmental, Inc.*


**Downing & Peck, P.C.**

By:_____
Ernest J. Peck, Esq.
17 Battery Place
Suite 709
New York, New York 10004
Main: (212) 514-9190
Facsimile: (212) 514-9241

*Counsel for Criterion Laboratories, Inc.*


**Lewis Brisbois Bisgaard & Smith, LLP**

By:_____
David M. Pollack, Esq.
77 Water Street, Suite 2100
New York, New York 10005
Main: (212) 232-1300
Facsimile: (212) 232-1399

*Counsel for William F. Collins, AIA Architects,
LLP i/s/h/a William F. Collins, Architect*


4/3/21