## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| RICHARD BUCKHEIT, PUBLIC ADMINISTRATOR FOR THE COUNTY OF KINGS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTONI KURAK, DECEASED<br><br>Plaintiffs,<br><br>-against-<br><br>55 WATER STREET CONDOMINUM, ET AL.,<br><br>Defendant(s). | 21 MC 102 (AKH)<br>06-CV-04376 (AKH) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1.      All claims by Plaintiff(s) against Brookfield Office Properties Inc., Brookfield Asset Management Inc., Brookfield Properties OLP Co. LLC (f/k/a BFP One Liberty Plaza Co. LLC), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co, LLC (f/k/a WFP Tower A Co. L.P.), Brookfield Properties One WFC G.P. Corp. (f/k/a WFP Tower A Co. G.P. Corp.), WFP Tower B Co. L.P., WFP Tower B. Co. G.P. LLC (f/k/a WFP Tower B Co. G.P. Corp.), BFP Tower C Co. LLC, BFP Tower C MM LLC, WFP Tower D Co. L.P., WFP Tower D. Co. G.P. LLC (f/k/a WFP Tower D Co. G.P. Corp.) and WFP Retail Co. L.P.; BMS Catastrophe, Inc. s/h/a Blackmon-Mooring-Steamatic Catastrophe, Inc. d/b/a BMS Catastrophe; and Hillman Entities including but not limited to Hillman Environmental Group, LLC, only, arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work,

rescue/recovery operations, destruction or removal of documents and other physical objects, scanning and preservation of documents and other physical objects, testing, evaluation, abatement, remediation, construction, deconstruction, excavation and demolition operations, on and/or after September 11, 2001, at the premises located at 165 Broadway ("1 Liberty Plaza") New York, New York, are voluntarily dismissed with prejudice; and

    2.    The dismissal is without costs.

Date: New York, New York
       November 11, 2020

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By:_____
    Christopher R. LoPalo, Esq.
    400 Broadhollow Road, Suite 305
    Melville, NY 11747
    Main: (212) 397-1000
    Facsimile: (646) 843-7603
    Email: clopalo@napolilaw.com

Counsel to Plaintiff(s)

FAUST GOETZ SCHENKER & BLEE, LLP

By:_____
    William J. Smith
    Two Rector Street, 20th Floor
    New York, NY 10006
    Main: (212) 363-6900
    Facsimile: (212) 363-1090
    Email:wsmith@fgsb.com

Counsel to Brookfield Office Properties Inc., Brookfield Asset Management Inc., Brookfield Properties OLP Co. LLC (f/k/a BFP One Liberty Plaza Co. LLC), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC (f/k/a WFP Tower A Co. L.P.), Brookfield Properties One WFC G.P. Corp. (f/k/a WFP Tower A Co. G.P. Corp.), WFP Tower B Co. L.P., WFP Tower B. Co. G.P. LLC (f/k/a WFP Tower B Co. G.P. Corp.), BFP Tower C Co. LLC, BFP Tower C MM LLC, WFP Tower D Co. L.P., WFP Tower D. Co. G.P. LLC (f/k/a WFP Tower D Co. G.P. Corp.) and WFP Retail Co. L.P.

METHFESSEL & WERBEL

By: _____
Frank J. Keenan
2025 Lincoln Highway, suite 200
Edison, NJ 08818
Main: (732) 248-4200
Facsimile: (732) 248-2355
Email: keenan@methwerb.com

Counsel to BMS Catastrophe, Inc. s/h/a
Blackmon-Mooring-Steamatic Catastrophe,
Inc. d/b/a BMS Catastrophe

AHMUTY DEMERS & MCMANUS

By:_____
Salvatore J. Calabrese
Catherine Everett
199 Water Street
New York, NY 10038
Main:  (212) 513-7788
Facsimile:  (212) 513-7846
Email:salvatore.calabrese@admlaw.com,
Catherine.everett@admlaw.com

Counsel for Hillmann entities including but
not limited to Hillmann Environmental
Group, LLC

METHFESSEL & WERBEL

By:_____
    Frank J. Keenan
    2025 Lincoln Highway, suite 200
    Edison, NJ 08818
    Main: (732) 248-4200
    Facsimile: (732) 248-2355
    Email: keenan@methwerb.com

    Counsel to BMS Catastrophe, Inc. s/h/a
    Blackmon-Mooring-Steamatic Catastrophe,
    Inc. d/b/a BMS Catastrophe

AHMUTY DEMERS & MCMANUS

By:_____
    Salvatore J. Calabrese
    Catherine Everett
    199 Water Street
    New York, NY 10038
    Main: (212) 513-7788
    Facsimile: (212) 513-7843
    Email: salvatore.calabrese@admlaw.com

    *Counsel for Hillmann Entities including
    but not limited to Hillmann Environmental
    Group, LLC*