UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                            :

                            :     **ORDER**

IN RE: WORLD TRADE CENTER LOWER    :     21-mc-102 (AKH)
MANHATTAN DISASTER SITE LITIGATION.  :

                            :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Counsel in the above captioned matter has advised the Court that the following

cases have been resolved by settlement:

        1:05-cv-09426-AKH, 1:06-cv-06018-AKH, 1:06-cv-11431-AKH,

1:06-cv-14807-AKH, 1:07-cv-00305-AKH, 1:07-cv-00787-AKH, 1:07-cv-00806-AKH,

1:07-cv-00980-AKH, 1:07-cv-01489-AKH, 1:07-cv-01584-AKH, 1:07-cv-01586-AKH,

1:07-cv-01653-AKH, 1:07-cv-01655-AKH, 1:07-cv-01657-AKH, 1:07-cv-01666-AKH,

1:07-cv-04469-AKH, 1:07-cv-04483-AKH, 1:07-cv-04484-AKH, 1:07-cv-05275-AKH,

1:07-cv-05301-AKH, 1:07-cv-05308-AKH, 1:07-cv-05329-AKH, 1:07-cv-05348-AKH,

1:07-cv-05357-AKH, 1:07-cv-05381-AKH, 1:07-cv-07968-AKH, 1:07-cv-08290-AKH,

1:07-cv-11020-AKH, 1:07-cv-11263-AKH, 1:08-cv-02587-AKH, 1:08-cv-02647-AKH,

1:08-cv-02649-AKH, 1:08-cv-02650-AKH, 1:08-cv-02710-AKH, 1:08-cv-02722-AKH,

1:08-cv-03135-AKH, 1:08-cv-04613-AKH, 1:08-cv-05708-AKH, 1:09-cv-07119-AKH,

1:10-cv-06863-AKH, 1:10-cv-07037-AKH, 1:10-cv-07184-AKH.

Each of the above-listed cases is dismissed and the clerk shall mark each case closed.

SO ORDERED.

Dated:        October 22, 2021
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2